IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLUTOKUNBO EFUNNUGA,       : | |
|         Plaintiff,       : | |
| : | |
| v.       : | Civ. No. 18-924 |
| : | |
| STEVEN FARLEY, et al.,       : | |
|         Defendants.       : | |

## ORDER

**AND NOW**, this 12th day of March, 2018, because Plaintiff has failed to file a certified copy of his prisoner account statement for the six-month period prior to the filing of this civil action on March 1, 2018, as required by 28 U.S.C. § 1915(a), it is hereby **ORDERED** that:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. No. 1) is **DENIED without prejudice**;

2. If Plaintiff seeks to proceed with this case he must, **no later than** **April 12, 2018**, either: (1) **REMIT** the $350 filing fee and $50 administrative fee to the Clerk of Court, or (2) **FILE** a certified copy of his prisoner account statement showing all deposits, withdrawals, and a current balance, from any correctional facility in which he was confined for the six-month period from September 1, 2017 through March 1, 2018, reflecting account activity from that time period;

3. If Plaintiff is ultimately granted leave to proceed *in forma pauperis*, he will be obligated to pay the $350 filing fee in installments pursuant to 28 U.S.C. § 1915(b), even if his case is dismissed. He will not be entitled to the return of any payments made toward the fee; and

4. If Plaintiff fails to comply with this Order, his case may be dismissed without prejudice for failure to prosecute without further notice.

                                              **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*
                                              _____
                                              Paul S. Diamond, J.