Exhibits Pertaining
to Exhibit-A

D-1

(Adjacent Alleyway View)



D-2

(Alleyway into Basement Entry)



D-3 (Basement Gate, Entry Way)



D-4 (Basement Gate, lock and Chain)



D-5 (Basement Vestibule, landing leading to Basement Door)



D-6 (View from threshold of Door looking right)

UP
↓

Down
↓

D-7

(Basment Entry Door/Inside View looking out)

NO
locking
mechanism



UP ↑

Down ↓

D-7 (interior View at Door, looking right, immediately upon Entry)



D-8

(View interior, looking straight immediately upon Entry at Doorway)



D-9

View of Doorway from inside looking Out



D-10 (View of interior leading Past First Section to rear of Basement)

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**

EXHIBIT B

# CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Page 1 of 15

Shawn Mobley

## CASE INFORMATION

Judge Assigned: Brandeis-Roman, Tracy

OTN: N 999084-2          LOTN:

Initial Issuing Authority: William Austin Meehan Jr.

Arresting Agency: Philadelphia Pd

Complaint/Incident #: 1619018046-0006146

Date Filed: 04/08/2016          Initiation Date: 04/08/2016

Originating Docket No: MC-51-CR-0006146-2016

Final Issuing Authority:

Arresting Officer: Lee, Eric

| Case Local Number Type(s) | Case Local Number(s) |
|---|---|
| Originating Docket Number | MC-51-CR-0006146-2016 |
| District Control Number | 1619018046 |
| Originating Document Number | 1619018046-0006146 |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related** | | | |
| CP-51-MD-0005866-2016 | In Re: Efunnuga, Olutokunbo | CP-01-51-Crim | Related |

## STATUS INFORMATION

| Case Status: Active | Status Date | Processing Status | Arrest Date: 03/02/2016 |
|---|---|---|---|
| | 11/15/2016 | Awaiting Trial | |
| | 07/06/2016 | Awaiting Trial | |
| | 04/28/2016 | Awaiting Pre-Trial Conference | |
| | 04/12/2016 | Awaiting Formal Arraignment | |
| | 04/08/2016 | Awaiting Filing of Information | |

CPCMS 9082

Printed: 03/02/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## DOCKET



### Docket Number: CP-51-CR-0003485-2016
## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania
v.
Shawn Mobley

Page 2 of 15

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 04/28/2016 | 11:00 am | 1104 | | Scheduled |
| Pre-Trial Conference | 05/24/2016 | 8:00 am | 705 | Judge Rayford A. Means | Continued |
| Pre-Trial Conference | 07/06/2016 | 8:00 am | 705 | Judge Rayford A. Means | Scheduled |
| Trial | 08/19/2016 | 8:00 am | 705 | Judge Rayford A. Means | Continued |
| Trial | 10/07/2016 | 8:00 am | 705 | Judge Rayford A. Means | Scheduled |
| Bench Warrant Hearing | 11/10/2016 | 12:30 pm | 403 | Senior Judge Harvey W. Robbins | Scheduled |
| Judge Only Bench Warrant Hearing | 11/15/2016 | 9:00 am | 705 | Judge Rayford A. Means | Scheduled |
| Trial | 01/09/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |
| Trial | 02/15/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |
| Trial | 03/07/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |
| Trial | 04/03/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |
| Trial | 04/10/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Scheduled |
| Status | 04/17/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Scheduled |
| Motions Hearing | 04/28/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Scheduled |
| Trial | 05/08/2017 | 9:00 am | 704 | Judge Vincent N. Melchiorre | Continued |
| Trial | 05/19/2017 | 9:00 am | 804 | Judge Stella Tsai | Continued |
| Trial | 06/19/2017 | 9:00 am | 804 | Judge Stella Tsai | Continued |
| Trial | 09/13/2017 | 9:00 am | 804 | Judge Stella Tsai | Continued |
| Trial | 10/24/2017 | 9:00 am | 804 | Judge Stella Tsai | Continued |
| Trial | 12/12/2017 | 9:00 am | 804 | Judge Stella Tsai | Scheduled |
| Status | 12/19/2017 | 9:00 am | 804 | Judge Stella Tsai | Scheduled |
| Trial | 01/25/2018 | 9:00 am | 804 | Judge Tracy Brandeis-Roman | Continued |
| Trial | 01/25/2018 | 9:00 am | 804 | Judge Stella Tsai | Moved |
| Trial | 02/07/2018 | 9:00 am | 804 | Judge Tracy Brandeis-Roman | Continued |
| Trial | 03/13/2018 | 9:00 am | 804 | Judge Tracy Brandeis-Roman | Scheduled |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Shawn Mobley

Page 3 of 15

### DEFENDANT INFORMATION

| Date Of Birth: | 07/20/1977 | City/State/Zip: LANSDOWNE, PA 19050 |
|---|---|---|

Alias Name
EFFUNUGA, OLUTOKUBO
Efunnuga, Olukorede
Efunnuga, Olutokunbo
Efunnuga, Olutokunbo
Mobley, Shawn O.

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Mobley, Shawn |

### BAIL INFORMATION

**Mobley, Shawn**                                                                    **Nebbia Status:  None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 03/03/2016 | Monetary | 10.00% | $10,000.00 | | |
| Revoke and Forfeit | 10/07/2016 | Monetary | 10.00% | $10,000.00 | | |
| Reinstate | 11/15/2016 | Monetary | 10.00% | $10,000.00 | | |
| | | | | | Posted | 03/03/2016 |

### CHARGES

| Seq | Orig Seq | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | 35 § 780-113 | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | 03/01/2016 | N 999084-2 |
| 2 | 2 | | 35 § 780-113 | Int Poss Contr Subst By Per Not Reg | 03/01/2016 | N 999084-2 |
| 3 | 3 | | 35 § 780-113 | Poss Of Marijuana | 03/01/2016 | N 999084-2 |
| 4 | 4 | | 35 § 780-113 | Use/Poss Of Drug Paraph | 03/01/2016 | N 999084-2 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
  Case Event
    Sequence/Description
      Sentencing Judge
        Sentence/Diversion Program Type
          Sentence Conditions

    Disposition Date
      Offense Disposition
        Sentence Date
          Incarceration/Diversionary Period

    Final Disposition
      Grade   Section
        Credit For Time Served
          Start Date

**Lower Court Proceeding (generic)**

| | | |
|---|---|---|
| Preliminary Hearing | 04/07/2016 | Not Final |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court | 35 § 780-113 |
| 2 / Int Poss Contr Subst By Per Not Reg | Held for Court | 35 § 780-113 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
**CRIMINAL DOCKET**
**Court Case**

Commonwealth of Pennsylvania

Page 4 of 15

v.

Shawn Mobley

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
| --- | --- | --- | --- |
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |

| 3 / Poss Of Marijuana | Held for Court | | 35 § 780-113 |
| 4 / Use/Poss Of Drug Paraph | Held for Court | | 35 § 780-113 |

**Proceed to Court**     Defendant Was Not Present

| Information Filed | 04/12/2016 | Not Final | |
| --- | --- | --- | --- |
| 1 / Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Held for Court | | 35 § 780-113 |
| 2 / Int Poss Contr Subst By Per Not Reg | Held for Court | | 35 § 780-113 |
| 3 / Poss Of Marijuana | Held for Court | | 35 § 780-113 |
| 4 / Use/Poss Of Drug Paraph | Held for Court | | 35 § 780-113 |

## COMMONWEALTH INFORMATION / ATTORNEY INFORMATION

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
| --- | --- |
| Name:   Philadelphia County District Attorney's Office | Name:   Berto M. Elmore |
| Prosecutor | Private |
| | Supreme Court No:   057956 |
| Supreme Court No: | Rep. Status:   Active |
| Phone Number(s): | Phone Number(s): |
| 215-686-8000   (Phone) | 215-235-6834   (Phone) |
| Address: | Address: |
| 3 South Penn Square | 2857 N Garnet St |
| Philadelphia, PA 19107 | Philadelphia, PA 19132 |
| | Representing: Mobley, Shawn |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
| --- | --- | --- | --- |
| 1 | 04/08/2016 | | Court of Common Pleas - Philadelphia County |
| Held for Court | | | |
| 1 | 04/12/2016 | | Williams, R Seth |
| Information Filed | | | |
| 3 | 04/28/2016 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |

Printed: 03/02/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Shawn Mobley

Page 5 of 15

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 05/24/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

---

| 5 | 05/24/2016 | | Means, Rayford A. |

Order Granting Motion for Continuance

LISTED FOR PRE-TRIAL
DEFENSE REQUEST CONTINUED
FUTHER INVESTIGATION NEEDED
MOTIONS TO BE FILED
NCD: 7/6/16 RM 705

HON.R.MEANS; ADA:DESANTIS; ATTY:BARATZ; DRT:SIDBERRY; CRT.CLERK:D.BROOKS

---

| 3 | 07/06/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

---

| 4 | 07/06/2016 | | Means, Rayford A. |

Order Granting Motion for Continuance

Judge: R. Means, ADA: J. Kim, Atty: A. Baratz, DRT: D. Sidberry, Clerk: R. Moore
Offer Rejected
Listed for Waiver Trial
Next Court Date: 08/19/2016, Room 705

---

| 4 | 08/19/2016 | | Court of Common Pleas - Philadelphia County |

Hearing Notice
Philadelphia County District Attorney's Office

| 08/19/2016 | eService | | Served |

---

| 5 | 08/19/2016 | | Means, Rayford A. |

Order Granting Motion for Continuance

LISTED FOR TRIAL
DEFENSE REQUEST CONTINUED
COUNSEL JUST ENTERED
NCD: 10/7/16 RM 705

HON.R.MEANS; ADA:BURKE; ATTY:ELMORE; DRT:SIDBERRY; CRT.CLERK:D.BROOKS
Philadelphia County District Attorney's
Office

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Shawn  Mobley

Page 6 of 15

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 08/19/2016 | eService | | Served |

| | | | |
|---|---|---|---|
| 2 | 10/07/2016 | | Means, Rayford A. |

Order Granting Motion to Revoke/Release and Forfeit Bail - Mobley, Shawn

| | | | |
|---|---|---|---|
| 5 | 11/10/2016 | | Court of Common Pleas -<br>Philadelphia County |

Hearing Notice

| | | | |
|---|---|---|---|
| 6 | 11/10/2016 | | Robbins, Harvey W. |

Bench Warrant to Remain

Judge Only bench warrant to stand.
Next Court Date: 11/15/16 Room 705.
Judge:  Harvey W. Robbins ADA:  Denise Spadaccini PD:  Pat Mandracchia DRT:  Steve Albergotti Court Clerk:
Jaime Falcone

| | | | |
|---|---|---|---|
| 4 | 11/15/2016 | | Court of Common Pleas -<br>Philadelphia County |

Hearing Notice

| | | | |
|---|---|---|---|
| 5 | 11/15/2016 | | Means, Rayford A. |

Order Granting Motion to Re-Instate Previously Set Bail - Mobley, Shawn

| | | | |
|---|---|---|---|
| 6 | 11/15/2016 | | Means, Rayford A. |

Order Granting Motion to Lift Bench Warrant

Judge: R. Means, ADA: J. Kim, Atty: B. Elmore, DRT: D. Sidberry, Clerk: R. Moore
Bench Warrant Lifted. Bail Reinstated.
Offer Rejected
Listed for Waiver Trial
Next Court Date: 01/09/2017, Room 704

| | | | |
|---|---|---|---|
| 4 | 01/09/2017 | | Court of Common Pleas -<br>Philadelphia County |

Hearing Notice

Printed: 03/02/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Shawn Mobley

Page 7 of 15

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 01/09/2017 | | Melchiorre, Vincent N. |

Defense Request for Further Investigation

Defense Request for Further Investigation; Commonwealth ready on call;
Time ruled excludable;

Atty. Berto M. Elmore
ADA: Jessica Chung
Steno: Gianna Parise
Court Clerk: Lula Lewis room 704
NCD 2/15/17 in room 704

---

| 1 | 02/15/2017 | | Melchiorre, Vincent N. |
|---|---|---|---|

Defense Request For Continuance To File Motion

Defendant in custody at Curran-Fromhold Correctional Facility

Commonwealth ready on call
Defense request to file motion
Trial scheduled
Time ruled excludable
Next Court Date: 3/7/17 room 704

Hon. Vincent N. Melchiorre
ADA: Katherine Tonneman, Defense: Berto Elmore, Steno: Kim Towarnicki, Clerk: Patricia Kriebel

---

| 5 | 02/15/2017 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|

Hearing Notice

---

| 1 | 03/02/2017 | | Elmore, Berto M. |
|---|---|---|---|

Omnibus Pre-Trial Motion
Omnibus Pre-Trial Motion filed on behalf of *.

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
#### Court Case

Commonwealth of Pennsylvania
v.
Shawn  Mobley

Page 8 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 03/07/2017 | | Melchiorre, Vincent N. |

Defense Request For Continuance Attorney Unavailable

Defendant in custody at Curran-Fromhold Correctional Facility

Commonwealth ready
Defense request, attorney on trial
Trial scheduled
Time ruled excludable
Must be tried defense
Attorney ordered attached next listing
Next Court Date: 5/8/17 room 704

Hon. Vincent N. Melchiorre
ADA: Katherine Tonneman, Defense: Berto Elmore, Steno: Kim Towarnicki, Clerk: Patricia Kriebel

---

| 2 | 03/07/2017 | | Melchiorre, Vincent N. |
|---|---|---|---|

Counsel Attached for Trial

The Court orders Berto M Elmore attached for a 1 day Waiver Trial on 5/8/2017 in Courtroom 704

---

| 6 | 03/07/2017 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|

Hearing Notice

---

| 4 | 03/08/2017 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|

Hearing Notice

---

| 1 | 03/17/2017 | | Philadelphia County Office of Judicial Records |
|---|---|---|---|

Full Docket Sheet Sent to Inmate

---

| 1 | 03/31/2017 | | Philadelphia County District Attorney's Office |
|---|---|---|---|

Motion to Correct the Trial Record
Motion to Correct the Trial Record filed on behalf of Commonwealth Of Pennsylvania.

---

CPCMS 9082

Printed: 03/02/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Shawn Mobley

Page 9 of 15

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 04/03/2017 | | Melchiorre, Vincent N. |

Defense Request For Continuance For Attorney To Be Appointed

Request for status of attorney
Commonwealth motion for Court recusal denied
Motion to suppress evidence denied
Defense demand jury trial
Defense counsel B. Elmore do not handle jury trials

NCD: 4/10/17 Room 704

Hon. Vincent N. Melchiorre ADA: K. Tonneman ATTY: B. Elmore STENO: K. Towarniski CLERK: K. Dandy

| 5 | 04/03/2017 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 3 | 04/10/2017 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 4 | 04/10/2017 | | Melchiorre, Vincent N. |

Defense Request For Continuance For Further Investigation

NCD: 4/17/17 Room 704 for status of Motion to Withdraw jury demand request.  No witnesses needed.

Judge Vincent Melchiorre, ADA Kate Tonneman, Atty Berto Elmore, Steno Kim Towarnicki, Ct Clerk FMiller

Custody - CFCF

| 1 | 04/13/2017 | | Elmore, Berto M. |

Motion to Reconsider
Motion to Reconsider Denial of Suppression Motion

| 3 | 04/17/2017 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

Printed: 03/02/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
#### Court Case

Commonwealth of Pennsylvania
v.
Shawn Mobley

Page 10 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 04/17/2017 | | Melchiorre, Vincent N. |

Defense Request For Continuance For Further Investigation

Any Motions will be heard on 4/21/17 Room 704
Next Court Date: 4/28/17 Room 704
Defendant in custody- CFCF

Hon. Melchiorre
Ada: Lori Edelman   Defense Atty: B.Elmore   Steno: K. Towarnicki   Clerk: L.Perez

---

| 1 | 04/21/2017 | | Mobley, Shawn |
|---|---|---|---|

Motion for Recusal
Motion for Recusal filed on behalf of *.

---

| 1 | 04/28/2017 | | Melchiorre, Vincent N. |
|---|---|---|---|

Order Denying Motion for Suppression

Motion for reconsideration of motion to supress is denied

Hon. Melchiorre
Ada: Z. Wynkoop   Defense Atty: B. Elmore   Steno: Kim Towarnicki   Clerk: L. Perez

---

| 2 | 04/28/2017 | | Melchiorre, Vincent N. |
|---|---|---|---|

Court Recuses from Case

All pre-trial motions heard
Case to be listed as waiver trial
Waiver of jury trial form is filled out and complete.
Next court date: 5/19/17 Room 804

Defendant in custody- CFCF

Hon. Melchiorre
Ada: Z. Wynkoop   Defense Atty: B. Elmore   Steno: Kim Towarnicki   Clerk: L. Perez

---

| 7 | 04/28/2017 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|

Hearing Notice

---

| 1 | 05/19/2017 | | Tsai, Stella |
|---|---|---|---|

Counsel Attached for Trial

The Court orders Berto M Elmore attached for a 1 day WAiver Tiral on 6/19/2017 in Courtroom 804

---

Printed: 03/02/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Shawn  Mobley

Page 11 of 15

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 05/19/2017 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

---

| | | | |
|---|---|---|---|
| 6 | 05/19/2017 | | Tsai, Stella |

Defense Request For Continuance For Further Investigation

JUDGE: STELLA TSAI, ADA: ZACHARY WYNKOOP, DEF ATTY: BERTO ELMORE,  STENO: JANICE VANORE,
CT CLERK:  WANDA CHAVARRIA

MATTER LISTED TODAY FOR A WAIVER TRIAL.  DEFENSE REQUEST,  ATTORNEY NOT
READY.  COMMONWEALTH READY - COMMONWEALTH OBJECTION TO ANOTHER DATE.
MUST BE TRIED-DEFENSE - NO FURTHER CONTINUANCE.  TIME EXCLUDABLE. ATTORNEY
ATTACHED FOR TRIAL.  WAIVER TRIAL SET FOR  6/19/2017,  ROOM 804.

(Custody-C.F.C.F.)

---

| | | | |
|---|---|---|---|
| 7 | 05/19/2017 | | Tsai, Stella |

Counsel Attached for Trial

ATTORNEY BERTO ELMORE IS ATTACHED FOR ONE (1) DAY WAIVER TRIAL SET FOR  6/19/2017, ROOM 804

---

| | | | |
|---|---|---|---|
| 1 | 06/19/2017 | | Tsai, Stella |

Commonwealth Request For Continuance Defendant Not Brought Down From Out of State/Federal Custody

Defendant In Custody.
Defendant Not Brought Down From Federal Custody.
Commonwealth To Prepare Writ.
Defense Ready.
Commonwealth Ready On Call Otherwise.
Next Court Date:9/13/17 Room 804

Hon Stella Tsai
ADA:Seamus Meintel
Defense Attorney:Berto Elmore
Steno:Janice Vanore
Court Clerk;Shante Fleet

---

| | | | |
|---|---|---|---|
| 5 | 06/19/2017 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Shawn Mobley

Page 12 of 15

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/13/2017 | | Tsai, Stella |

Commonwealth Request For Continuance For Expert

Defendant In Custody.
Defense Ready.
Chemist Unavailable - One In Training;One In Labor.
Next Court date:10/24/17 Room 804

Hon Stella Tsai
ADA:Zach Wynkoop
Defense Attorney:Berto Elmore
Steno:Aubrey McNally
Court Clerk:Shante Fleet

---

| 5 | 09/13/2017 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|

Hearing Notice

---

| 1 | 10/24/2017 | | Tsai, Stella |
|---|---|---|---|

Court Request For Continuance Defendant Not Brought Down From State Custody

COMMONWEALTH WAS READY.
DEFENSE READY.
DEFENDANT WAS NOT BROUGHT DOWN FROM FEDERAL CUSTODY; ADA TO PREPARE WRIT.
NEXT COURT DATE 12/12/17 IN ROOM 804.ATTY. BERTO M. ELMORE, PD CATHERINE EAGAN, STENO
AUBREY MCNALLY, COURT CLERK ERIN WATERS

---

| 5 | 10/24/2017 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|

Hearing Notice

---

| 1 | 12/05/2017 | | Mobley, Shawn |
|---|---|---|---|

Miscellaneous Motion Filed
Supplemental Suppression Motion Request For A Frank's Hearing

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
# CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Shawn  Mobley

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/12/2017 | | Byrd, Sandy L.V. |

Commonwealth Request For Continuance Defendant Not Brought Down From Out of State/Federal Custody

Defendant In Custody - Federal Custody.
Defendant Not Brought Down. - List For Tuesday Status Of Custody.
Commonwealth Ready In The Room.
Time Ruled Excludable.
Status Date:12/19/17 Room 804
Next Court Date:1/25/18 Room 804

Hon Sandy L.V Byrd
ADA:Mark Burgmann
Defense Attorney:Berto Elmore
Steno:Kim Towarnicki
Court Clerk:Shante Fleet

| 4 | 12/12/2017 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 7 | 12/12/2017 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 1 | 12/19/2017 | | Tsai, Stella |

Status Listing

Defendant In Custody - Federal Custody.
Defense Motion To Dismiss Denied.
Trial Date To Remain.
Must Be Tried Both.
Next Court Date:1/25/18 Room 804

Hon Stella Tsai
ADA:Wyncote
Defense Attorney:Berto Elmore
Steno:Kim Towarnicki
Court Clerk:Shante Fleet

| 3 | 01/03/2018 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0003485-2016**
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Shawn Mobley

Page 14 of 15

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/25/2018 | | Brandeis-Roman, Tracy |

Court Request For Continuance Case is Bifurcated

Case bifurcated.
Defendant in Federal custody
Assistant District Attorney to prepare writ to bring in Defendant
NCD: 2/7/18 courtroom 804

Judge Brandies-Roman
ADA: Mason Maney
Defense Attorney: Berto Elmore
Steno: Melissa Belmont
Clerk: Gary Copestake

| 5 | 01/25/2018 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|

Hearing Notice

| 1 | 02/07/2018 | | Brandeis-Roman, Tracy |
|---|---|---|---|

Court Request For Continuance Defendant Not Brought Down From State Custody

Defendant In Custody - Federal Custody.
Defendant Recently Sentenced In Federal Custody.
Commonwealth To Writ - BOP.
Bifrurcated Waiver Trial.
Next Court Date:3/13/18 Room 804

Hon Tracy Brandeis-Roman
ADA:Mason Maney
Defense Attorney:Berto Elmore
Steno:Melissa Belmont
Court Clerk:Shante Fleet

| 5 | 02/07/2018 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|

Hearing Notice

Printed: 03/02/2018

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



### Docket Number: CP-51-CR-0003485-2016
### CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Shawn Mobley

Page 15 of 15

## CASE FINANCIAL INFORMATION

| Last Payment Date: | | | | Total of Last Payment: | |
|---|---|---|---|---|---|
| **Mobley, Shawn**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
| **Costs/Fees** | | | | | |
| Bail Bond (Philadelphia) | $10.00 | $0.00 | -$10.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $10.00 | $0.00 | -$10.00 | $0.00 | $0.00 |
| Grand Totals: | $10.00 | $0.00 | -$10.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-MD-0005866-2016**

# MISCELLANEOUS DOCKET

**Forfeitures**

EXHIBIT C

In Re: Olutokunbo Efunnuga

Page 1 of 3

### CASE INFORMATION

| | | |
|---|---|---|
| Judge Assigned: | Date Filed: 10/21/2016 | Initiation Date: 10/21/2016 |
| OTN: | LOTN: | Originating Docket No: |
| Initial Issuing Authority: | Final Issuing Authority: |
| Arresting Agency: | Arresting Officer: |
| Complaint/Incident #: | |
| Case Local Number Type(s) | Case Local Number(s) |
| Property Receipt Number | 3242363 |

### RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related** | | | |
| CP-51-CR-0003485-2016 | Comm. v. Mobley, Shawn | CP-01-51-Crim | Related |

### STATUS INFORMATION

Case Status: Closed

| Status Date | Processing Status |
|---|---|
| 12/01/2017 | Completed |
| 10/06/2017 | Awaiting Forfeiture Hearing |
| 04/13/2017 | Awaiting Pre-Trial Conference |
| 01/17/2017 | Awaiting Forfeiture Hearing |
| 12/16/2016 | Awaiting Pre-Trial Conference |
| 10/21/2016 | Awaiting Disposition |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Pre-Trial Conference | 01/17/2017 | 8:00 am | 805 | | Scheduled |
| Forfeiture Hearing | 04/13/2017 | 8:00 am | 805 | | Scheduled |
| Pre-Trial Conference | 06/08/2017 | 8:00 am | 805 | | Scheduled |
| Pre-Trial Conference | 07/14/2017 | 8:00 am | 805 | | Scheduled |
| Pre-Trial Conference | 09/06/2017 | 8:00 am | 805 | | Scheduled |
| Pre-Trial Conference | 10/06/2017 | 8:00 am | 805 | | Scheduled |
| Forfeiture Hearing | 12/01/2017 | 8:00 am | 805 | | Scheduled |

Printed: 12/12/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-MD-0005866-2016**
## MISCELLANEOUS DOCKET
**Forfeitures**

In Re: Olutokunbo Efunnuga

Page 2 of 3

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 11/08/2016 | County Jail | Other Jurisdiction | | Yes |

### RESPONDENT INFORMATION

Date Of Birth:          07/20/1977          City/State/Zip: Philadelphia, PA 19139

Alias Name
EFFUNUGA, OLUTOKUBO
Efunnuga, Olukorede
Efunnuga, Olutokunbo
Mobley, Shawn
Mobley, Shawn O.

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Respondent | Efunnuga, Olutokunbo |

### COMMONWEALTH INFORMATION | ATTORNEY INFORMATION

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| Name: Philadelphia County District Attorney's Office | Name: |
| Prosecutor | Supreme Court No: |
| Supreme Court No: | Rep. Status: |
| Phone Number(s): | Phone Number(s): |
| 215-686-8000    (Phone) | |
| Address: | |
| 3 South Penn Square | |
| Philadelphia, PA 19107 | |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/21/2016 | | Unknown Filer |
| Motion for Forfeiture of Drugs | | | |
| 1 | 11/16/2016 | | Philadelphia County District Attorney's Office |
| Civil Forfeiture Praecipe to Reintsate Filed | | | |
| 1 | 12/14/2016 | | Commonwealth of Pennsylvania |
| Civil Forfeiture Praecipe to Reintsate Filed | | | |
| 2 | 12/16/2016 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |

CPCMS 9082                                                                 Printed: 12/12/2017

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



### Docket Number: CP-51-MD-0005866-2016
### MISCELLANEOUS DOCKET
**Forfeitures**

In Re: Olutokunbo Efunnuga

Page 3 of 3

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 12/16/2016 | | Commonwealth of Pennsylvania |
| Certificate of Service | | | |
| 1 | 01/30/2017 | | Philadelphia County District Attorney's Office |
| Civil Forfeiture Motion for Order of Default | | | |
| 1 | 02/23/2017 | | Philadelphia County District Attorney's Office |
| Civil Forfeiture Affidavit of Service | | | |
| 1 | 03/02/2017 | | Efunnuga, Olutokunbo |
| Answer to Petition for Forfeiture | | | |
| 1 | 12/01/2017 | | Brandeis-Roman, Tracy |
| Order Granting Motion to Dismiss | | | |

Hon. Tracy Brandeis-Roman
The Commonwealth's Forfeiture Peition relating to Property Receipt #3242363 is Withdrawn/Dismissed. The property ($301.00 USC) shall be returned to the owner.
ADA/Jennifer Kralle
DRT/Nicholas Maier
Court Clerk/Deborah Creech

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

PROB
(Rev. 0/93)

# United States District Court

EXHIBIT D

for the

## Eastern District of Pennsylvania

**March 14, 2016**

U.S.A. vs. Olutonkunbo Efunnuga                    Case No. 2:08CR000542-003

### VIOLATION OF SUPERVISED RELEASE

COMES NOW Tamika L. Baxley U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Olutonkunbo Efunnuga who was placed on supervised release by the Honorable Stewart Dalzell sitting in the Court at Philadelphia, PA, on the 28th day of January 2011, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Conspiracy to distribute MDMA (Count One), and convicted felon in possession of a firearm (Count Two). |
| ORIGINAL SENTENCE: | The defendant was committed to the custody of the U.S. Bureau of Prisons for a period of 67 months, followed by three years supervised release. A special assessment of $200.00 was ordered. |
| SPECIAL CONDITIONS: | The defendant shall pay a fine in the amount of $1,000.00 to be paid in equal annual installments during his term of supervised release. |
| MODIFICATION OF CONDITIONS: | On October 2, 2013, the Court modified the defendant's special conditions to include that the defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment and abide by the rules and any such program until satisfactorily discharged. |
| MODIFICATION OF CONDITIONS: | On May 22, 2015, the Court modified the defendant's special conditions to include that the defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged. |
| DATE SUPERVISION COMMENCED: | July 1, 2013 |
| DATE SUPERVISION TERMINATES: | June 30, 2016 |

**RE:** Olutonkunbo Efunnuga
**Case No.** 2:08CR000542-003

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of his supervision under such circumstances as may warrant revocation. This condition is:

A.    Standard Condition: The defendant shall not commit another federal, state, or local crime.

On March 1, 2016, the offender was arrested by the Philadelphia Police Department on the following charges: Manufacture, delivery or possession with intent to manufacture or deliver-marijuana; intentional possession of a controlled substance by person not regulated; and possession of marijuana.

According to the Philadelphia Police Department Arrest Report, the following events occurred: On March 1, 2016, at approximately 10:30 p.m., officers responded to a radio call for a person screaming at a home located at 728 N. 63rd Street, Philadelphia, PA. Upon arrival, officers were approached by the complainant who stated that her landlord, Olutonkunbo Efunnuga, was in the basement attempting to shut the electricity off in her building. When approached by the police, the defendant, who referred to the basement as his "office," told the officers that he needed to retrieve his keys from the basement. When one of the police officers attempted to enter the basement, he was unable to do so because the door was padlocked. Another tenant in the building unlocked the basement door and the police officers entered. Upon entering the basement, police officers smelled the odor of burnt marijuana. At that time, the defendant grabbed a set of keys from a bookshelf and told the officers that he would be outside. The defendant then left the location, taking the lock and chain that had been used to secure the basement door. While the police officers were attempting to secure the basement door, one of the officers was checking the basement. He smelled the strong odor of "un-burnt marijuana," and then observed a large quantity of new plastic baggies, consistent with the packaging of narcotics, and a digital scale on top of a desk. In addition, the officer observed a plastic bag that contained a green weed and seed substance, in plain view. One of the detectives conducted a records check on the property and it revealed that the defendant is the owner of the property. The following items were recovered from the basement:  Three zip-lock freezer bags, each obtaining a green weed and seed substance-alleged marijuana; one silver portable digital scale; and one clear zip-lock bag containing numerous new zip-lock bags. The defendant was later arrested and taken into custody without incident.

The defendant has been charged in Municipal Court of Philadelphia County under Docket No.: MC-51-CR-0006146-2016. On March 3, 2016, the defendant posted 10% of the $10,000.00 bail set in this case. A Preliminary Hearing is scheduled on March 17, 2016, before the Honorable Christine M. Hope.

2

**RE:** Olutonkunbo Efunnuga
**Case No.** 2:08CR000542-003

On March 8, 2016, this officer questioned the defendant about the new arrest. He
denied possessing or manufacturing marijuana. He claims that the residence in question
actually belongs to his brother, who has a name similar to his. Further, he stated that he
was at his brother's residence that day to complete plumbing work.

## GRADE OF VIOLATION                                                         <u>A</u>

PRAYING THAT THE COURT WILL ORDER...          **THE ISSUANCE OF A
SUMMONS DIRECTING THE
NAMED SUPERVISED
RELEASEE TO APPEAR AT A
REVOCATION HEARING.**

I declare under penalty of perjury that the
foregoing is true and correct.

Respectfully,

Valerie L. Riedel
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date March 14, 2016

TLB

cc:     Assistant U.S. Attorney
        Defense Attorney
        Defendant

ORDER OF THE COURT
Considered and ordered this _16th_
day of _March_, 20 16 and ordered
filed and made part of the records in
the above case.

U.S. District Court Judge

3/16/16   cc: Tan Na Barley - Josh

3

CLOSED,INTERP

## EXHIBIT E

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CRIMINAL DOCKET FOR CASE #: 2:08-cr-00542-PD All Defendants
### Internal Use Only

Case title: USA v. PRIL et al
Magistrate judge case number: 2:08-mj-01115

Date Filed: 09/10/2008
Date Terminated: 02/17/2011

Assigned to: HONORABLE PAUL S.
DIAMOND

### Defendant (1)

**CHHUN PRIL**
*TERMINATED: 02/17/2011*
*also known as*
CAPTAIN WOLF
*TERMINATED: 02/17/2011*

represented by **DEFENDER ASSOCIATION OF PHILADELPHIA**
FEDERAL COURT DIVISION
CURTIS CENTER BUILDING
601 WALNUT ST.
SUITE 540 WEST
PHILADELPHIA, PA 19106
215-928-1100
Fax: 215-928-1112
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**JOSEPH D. MANCANO**
Cedrone & Mancano, LLC
123 South Broad Street
Suite 810
PHILADELPHIA, PA 19109
215-925-2500
Fax: 215-925-6471
Email: jdm@cedrone-mancano.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**THOMAS IVORY**
1515 MARKET ST #1200
PHILADELPHIA, PA 19102
215-315-7781
Email: thomas@ivorylaw.com

*TERMINATED: 03/05/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY TO
DISTRIBUTE MDMA
(1)

18:922(g)(1) CONVICTED FELON IN
POSSESSION OF A FIREARM
(3)

**Disposition**

IMPRISONMENT: 140 MONTHS,
SUPERVISED RELEASE: 6 YEARS,
FINE: $2000, SPECIAL
ASSESSSMENT: $200

IMPRISONMENT: 120 MONTHS,
SUPERVISED RELEASE: 6 YEARS,
FINE: $2000, SPECIAL
ASSESSSMENT: $200

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

CONSPIRACY TO DISTRIBUTE
AND TO POSSESS WITH INTENT
TO DISTRIBUTE A SCHEDULE I
CONTROLLED SUBSTANCE, AND
KNOWING AND INTENTIONAL
USE OF A COMMUNICATION
FACILITY TO COMMIT, CAUSE
AND FACILITATE A DRUG
TRAFFICKING OFFENSE, IN
VIOLATION OF TITLE 21:846(a)(1)
AND 843

**Disposition**

Assigned to: HONORABLE PAUL S.
DIAMOND

**Defendant (2)**

**TONY NGUYEN**
*TERMINATED: 11/17/2010*

represented by **DEFENDER ASSOCIATION OF
PHILADELPHIA**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**CAROLINE A. GOLDNER**
**CINQUANTO**
1518 WALNUT STREET
SUITE 807
PHILADELPHIA, PA 19102
267-565-7412
Email: carrie@cgclegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**CHRISTIAN J. HOEY**
RUBINO & HOEY, LLC
50 DARBY ROAD
PAOLI, PA 19301
610-647-5151
Email: cjhoey@hoeylegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY TO
DISTRIBUTE MDMA
(1)

**Disposition**

FILED UNDER SEAL

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

CONSPIRACY TO DISTRIBUTE
AND TO POSSESS WITH INTENT
TO DISTRIBUTE A SCHEDULE I
CONTROLLED SUBSTANCE, AND

**Disposition**

KNOWING AND INTENTIONAL
USE OF A COMMUNICATION
FACILITY TO COMMIT, CAUSE
AND FACILITATE A DRUG
TRAFFICKING OFFENSE, IN
VIOLATION OF TITLE 21:846(a)(1)
AND 843

---

Assigned to: HONORABLE PAUL S.
DIAMOND

### Defendant (3)

**OLUTOKUNBO EFUNNUGA**
*TERMINATED: 01/28/2011*
*also known as*
SHIZZ
*TERMINATED: 01/28/2011*
*also known as*
SHENG
*TERMINATED: 01/28/2011*

represented by **KENNETH C. EDELIN , JR.**
Kenneth Edelin Esq PC
1515 Market Street
Suite 1200
PHILADELPHIA, PA 19102
215.592.0499
Fax: 215.592.0522
Email: kceesq@gmail.com
*TERMINATED: 01/28/2011*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**PAUL J. HETZNECKER**
1420 WALNUT ST
STE 911
PHILADELPHIA, PA 19102
215-893-9640
Email: phetznecker@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**TARIQ KARIM EL-SHABAZZ**
EL-SHABAZZ & HARRIS LLC
100 S. BROAD ST.
SUITE 1525
PHILADELPHIA, PA 19110
215-972-7017
Email: tkes7@aol.com
*TERMINATED: 02/17/2009*
*Designation: Retained*

**Pending Counts**

**Disposition**
FILED UNDER SEAL

21:846 CONSPIRACY TO
DISTRIBUTE MDMA
(1)
18:922(g)(1) CONVICTED FELON IN
POSSESSION OF A FIREARM                      FILED UNDER SEAL
(2)

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

## Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE A SCHEDULE I CONTROLLED SUBSTANCE, AND KNOWING AND INTENTIONAL USE OF A COMMUNICATION FACILITY TO COMMIT, CAUSE AND FACILITATE A DRUG TRAFFICKING OFFENSE, IN VIOLATION OF TITLE 21:846(a)(1) AND 843 | FILED UNDER SEAL |

Assigned to: HONORABLE PAUL S.
DIAMOND

## Defendant (4)

| **JENNIFER KHOUNSACKNARATH** | represented by | **DINA CHAVAR** |
| --- | --- | --- |
| *TERMINATED: 03/25/2010* | | 1007 NORTH ORANGE ST 4TH FL |
| | | WILMINGTON, DE 19801 |
| | | 302-256-0804 |
| | | Email: dina@dinachavar.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Public Defender or* |
| | | *Community Defender Appointment* |

**EMILY LYNNE MIRSKY**

CAFFERTY FAUCHER LLP
1717 ARCH ST STE 3610
PHILADELPHIA, PA 19103
215-864-2800
Email: emilymirsky@msn.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**JACK MEYERSON**
MEYERSON & O'NEILL
1700 MARKET STREET
SUITE 3025
PHILADELPHIA, PA 19103
215-972-1376
Fax: 215-972-0277
Email:
jmeyerson@meyersonlawfirm.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

21:846 CONSPIRACY TO
DISTRIBUTE MDMA
(1)

UNDER SEAL

## Highest Offense Level (Opening)

Felony

## Terminated Counts

## Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints

## Disposition

CONSPIRACY TO DISTRIBUTE
AND TO POSSESS WITH INTENT
TO DISTRIBUTE A SCHEDULE I
CONTROLLED SUBSTANCE, AND
KNOWING AND INTENTIONAL
USE OF A COMMUNICATION
FACILITY TO COMMIT, CAUSE
AND FACILITATE A DRUG
TRAFFICKING OFFENSE, IN

VIOLATION OF TITLE 21:846(a)(1)
AND 843

Assigned to: HONORABLE PAUL S.
DIAMOND

### Defendant (5)

**DANNY KLOT**
*TERMINATED: 03/25/2010*

represented by **ANDRES JALON**
DEREK SMITH LAW GROUP PLLC
1845 WALNUT ST SUITE 1601
PHILADELPHIA, PA 19103
215-391-4790
Email: andres@dereksmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE MDMA (1) | UNDER SEAL |
| 18:922(g)(1) CONVICTED FELON IN POSSESSION OF A FIREARM (4) | UNDER SEAL |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE A SCHEDULE I CONTROLLED SUBSTANCE, AND KNOWING AND INTENTIONAL USE OF A COMMUNICATION FACILITY TO COMMIT, CAUSE AND FACILITATE A DRUG TRAFFICKING OFFENSE, IN | |

VIOLATION OF TITLE 21:846(a)(1)
AND 843

## Plaintiff

**USA**

represented by **ANDREA FOULKES**
U.S. ATTY'S OFFICE
615 CHESTNUT ST.
STE. 1250
PHILA., PA 19106
215-861-8685
Email: andrea.foulkes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**DANIEL A. VELEZ**
UNITED STATES ATTORNEY'S
OFFICE
615 CHESTNUT STREET
ONE INDEPENDENCE MALL -
SUITE 1250
PHILADELPHIA, PA 19106-4476
215-861-8454
Email: daniel.velez@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2008 | 🔒 | ARREST Warrant Issued by MAGISTRATE JUDGE TIMOTHY R. RICE in case as to DANNY KLOT. (lisad, ) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/21/2008 | 1 | COMPLAINT as to CHHUN PRIL (1), TONY NGUYEN (2), OLUTONKUNBO EFFUNNUGA (3), JENNIFER KHOUNSACKNARATH (4), DANNY KLOT (5). (lisad, ) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/21/2008 | 2 | MOTION AND ORDER AS TO CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT THAT THIS MATTER IS SEALED AND IMPOUNDED UNTIL FURTHER ORDER OF THE COURT OR NOTIFIED BY UNITED STATES ATTORNEYS OFFICE, ETC. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 8/19/08.8/21/08 Entered. (lisad, ) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/21/2008 | 3 | |

| | | |
|---|---|---|
| | | Letter from ASUA unsealing the complaint and warrants as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT, ) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/21/2008 | 🔫 | ARREST Warrant Issued by MAGISTRATE JUDGE TIMOTHY R. RICE in case as to OLUTONKUNBO EFFUNNUGA. (lisad, ) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/21/2008 | 🔫 | ARREST Warrant Issued by MAGISTRATE JUDGE TIMOTHY R. RICE in case as to TONY NGUYEN. (lisad, ) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/21/2008 | 🔫 | ARREST Warrant Issued by MAGISTRATE JUDGE TIMOTHY R. RICE in case as to JENNIFER KHOUNSACKNARATH. (lisad, ) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/21/2008 | 4 | NOTICE OF ATTORNEY APPEARANCE DINA CHAVAR appearing for JENNIFER KHOUNSACKNARATH *with Certificate of Service* (CHAVAR, DINA) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/21/2008 | 🔫 | ARREST Warrant Issued by MAGISTRATE JUDGE TIMOTHY R. RICE in case as to CHHUN PRIL. (lisad, ) [2:08-mj-01115] (Entered: 08/21/2008) |
| 08/22/2008 | 6 | First MOTION for PRETRIAL DETENTION by USA as to DANNY KLOT. (FOULKES, ANDREA) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 14 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Initial Appearance as to DANNY KLOT held on 8/20/08. The Government's Motion for Temporary Detention is Granted. A Detention Hearing and Preliminary Examination are scheduled for 8/22/08 at 1:30 P.M. Defender's Association Appointed for Defendant. Signed by Judge Timothy R. Rice. Court Reporter ESR.(lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 9 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Initial Appearance as to OLUTONKUNBO EFFUNNUGA held on 8/21/08. The Government's Motion for Temporary Detention is Granted. A Detention Hearing/Preliminary Examination are set for 8/27/2008 at 1:30 PM in COURTROOM 5B before MAGISTRATE JUDGE L. FELIPE RESTREPO. ATTORNEY KENNETH C. EDELIN, JR for OLUTONKUNBO EFFUNNUGA ADDED IN CASE. Signed by Judge Timothy R. Rice. Court Reporter ESR.(lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 10 | CJA 23 Financial Affidavit by OLUTONKUNBO EFFUNNUGA (lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 5 | First MOTION for PRETRIAL DETENTION by USA as to TONY NGUYEN. (FOULKES, ANDREA) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 7 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Initial Appearance as to TONY NGUYEN held on 8/20/08. The Government's Motion for Temporary Detention is Granted. A Detention Hearing and Preliminary Examination are scheduled for 8/22/08 at 1:30 P.M. ATTORNEY CHRISTIAN J. HOEY for TONY NGUYEN ADDED IN CASE. Signed by Judge Timothy R. Rice. Court Reporter ESR.(lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 8 | CJA 23 Financial Affidavit by TONY NGUYEN (lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 11 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Initial Appearance as to JENNIFER KHOUNSACKNARATH held on 8/20/08. The Governemnt and Defensen have agreed to Conditions of Release. See attached Conditions of Release Order. A Preliminary Examination is set for 8/25/2008 at 1:30 PM in COURTROOM 5B before MAGISTRATE JUDGE L. FELIPE RESTREPO. Signed by Judge TImtohy R. Rice. Court Reporter ESR.(lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 12 | ORDER SETTING CONDITIONS OF RELEASE AS TO JENNIFER KHOUNSACKNARATH (4) THAT DEFENDANT IS RELEASED ON BAIL IN THE AMOUNT OF $100,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 8/20/08.8/22/08 Entered and Copies Mailed, E-Mailed. (lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | | O/R Bond Entered as to JENNIFER KHOUNSACKNARATH IN AMOUNT OF $ 100,000 (lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/22/2008 | 13 | CJA 23 Financial Affidavit by JENNIFER KHOUNSACKNARATH (lisad, ) [2:08-mj-01115] (Entered: 08/22/2008) |
| 08/26/2008 | 16 | ORDER AS TO DANNY KLOT THAT THE DEFENDANT BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR CONFINEMENT IN A CORRECTION FACILITY; THAT THE DEFENDANT BE AFFORDED REASONABLE OPPORTUNITY FOR PRIVATE CONSULTATION WITH COUNSEL, ETC. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 8/21/08.8/26/08 Entered and Copies Mailed, E-Mailed. (lisad, ) [2:08-mj-01115] (Entered: 08/26/2008) |
| 08/26/2008 | 18 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE: Preliminary Examination/Pretrial Detention Hearing as to DANNY KLOT held on 8/20/08. The Defendant stipulated to probable cause and pretrial detention. The Government's Motion for Temporary Detention is Granted. The Defendant is detained pending further proceedings. Signed by Judge Timothy R. Rice.Court Reporter ESR.(lisad, ) [2:08-mj-01115] (Entered: 08/27/2008) |
| | | |

| 08/26/2008 | 17 | First MOTION for PRETRIAL DETENTION by USA as to OLUTONKUNBO EFFUNNUGA. (FOULKES, ANDREA) [2:08-mj-01115] (Entered: 08/26/2008) |
|---|---|---|
| 08/26/2008 | 15 | Minute Entry for proceedings held before MAGISTRATE JUDGE TIMOTHY R. RICE:Pretrial Detention Hearing/Preliminary Examination as to TONY NGUYEN held on 8/22/08. The Government's Motion for Temporary Detention is Granted. A Detention Hearing/Preliminary Examination are set for 9/3/2008 at 1:30 PM in COURTROOM 5A before MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS. Signed by Judge Timothy R. Rice.Court Reporter ESR.(lisad, ) [2:08-mj-01115] (Entered: 08/26/2008) |
| 08/28/2008 | 19 | Minute Entry for proceedings held before MAGISTRATE JUDGE L. FELIPE RESTREPO: Preliminary Examination/Pretrial Detention Hearing as to OLUTONKUNBO EFFUNNUGA held on 8/27/08. The Defendant stipulated to Probable Cause and Pretrial Detention. Signed by Judge L. Felipe Restrepo. Court Reporter ESR.(mac, ) [2:08-mj-01115] (Entered: 08/29/2008) |
| 08/28/2008 | 20 | WAIVER of Preliminary Examination or Hearing filed by OLUTONKUNBO EFFUNNUGA. (mac, ) [2:08-mj-01115] (Entered: 08/29/2008) |
| 08/28/2008 | 21 | ORDER OF DETENTION AS TO OLUTONKUNBO EFFUNNUGA THAT DEFENDANT IS DETAINED PENDING FURTHER PROCEEDINGS, ETC. Signed by MAGISTRATE JUDGE L. FELIPE RESTREPO on 8/27/08.8/29/08 Entered and Copies Mailed, E-Mailed. (mac, ) [2:08-mj-01115] (Entered: 08/29/2008) |
| 08/29/2008 | 🔒 | (Court only) ***Set Interpreter Flag as to (VIETNAMESE) for TONY NGUYEN. (lb, ) [2:08-mj-01115] (Entered: 08/29/2008) |
| 08/29/2008 | 24 | ORDER OF AUTHORIZATION FOR ABOVE-NORMAL PAYMENT OF INTERPRETER AS TO TONY NGUYEN. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 8/27/08.9/2/08 Entered and Copies Mailed, E-Mailed. (mac, ) [2:08-mj-01115] (Entered: 09/02/2008) |
| 08/29/2008 | 22 | Minute Entry for proceedings held before MAGISTRATE JUDGE L. FELIPE RESTREPO: Preliminary Examination as to JENNIFER KHOUNSACKNARATH held on 8/28/08. The Defendant stipulated to Probable Cause. Signed by Judge L. Felipe Restrepo.Court Reporter ESR.(mac, ) [2:08-mj-01115] (Entered: 08/29/2008) |
| 08/29/2008 | 23 | WAIVER of Preliminary Examination or Hearing filed by JENNIFER KHOUNSACKNARATH. (mac, ) [2:08-mj-01115] (Entered: 08/29/2008) |
| 09/03/2008 | 27 | CJA 20 AS TO DANNY KLOT: APPOINTMENT OF ATTORNEY ANDRES JALON for DANNY KLOT. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 8/20/08.9/3/08 Entered. (mac, ) [2:08-mj-01115] (Entered: 09/03/2008) |

| 09/03/2008 | 26 | CJA 20 AS TO OLUTONKUNBO EFFUNNUGA: APPOINTMENT OF ATTORNEY KENNETH C. EDELIN, JR for OLUTONKUNBO EFFUNNUGA. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 8/21/08.9/3/08 Entered. (mac, ) [2:08-mj-01115] (Entered: 09/03/2008) |
|---|---|---|
| 09/03/2008 | 25 | CJA 20 AS TO TONY NGUYEN: APPOINTMENT OF ATTORNEY CAROLINE A. GOLDNER CINQUANTO for TONY NGUYEN. Signed by MAGISTRATE JUDGE TIMOTHY R. RICE on 8/22/08.9/2/08 Entered. (mac, ) [2:08-mj-01115] (Entered: 09/03/2008) |
| 09/08/2008 | 28 | Minute Entry for proceedings held before MAGISTRATE JUDGE JACOB P. HART: Preliminary Examination/Pretrial Detention Hearing as to TONY NGUYEN held on 9/5/08. The Defendant stipulated to Probable Cause and Pretrial Detention. Signed by Judge Jacob P. Hart.Court Reporter ESR.(mac, ) [2:08-mj-01115] (Entered: 09/08/2008) |
| 09/08/2008 | 29 | ORDER OF PRETRIAL DETENTION AS TO TONY NGUYEN THAT DEFENDANT IS DETAINED PENDING TRIAL, ETC. Signed by MAGISTRATE JUDGE JACOB P. HART on 9/8/08.9/8/08 Entered and Copies Mailed, E-Mailed. (mac, ) [2:08-mj-01115] (Entered: 09/08/2008) |
| 09/10/2008 | 🔒 | (Court only) ***Set/Clear Flags as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT Set Indictment Flag 9/10/08. (jh, ) [2:08-mj-01115] (Entered: 09/10/2008) |
| 09/10/2008 | 32 | ORDER OF AUTHORIZATION FOR ABOVE-NORMAL PAYMENT OF INTERPRETER AS TO TONY NGUYEN. Signed by MAGISTRATE JUDGE JACOB P. HART on 9/8/08.9/10/08 Entered and Copies Mailed, E-Mailed. (lisad, ) [2:08-mj-01115] (Entered: 09/10/2008) |
| 09/10/2008 | 30 | Minute Entry for proceedings held before MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS: Initial Appearance as to CHHUN PRIL held on 9/9/08. The Government's Motion for Temporary Detention is Granted. A Detention Hearing and Preliminary Examination are scheduled for September 12, 2008. ATTORNEY THOMAS IVORY for CHHUN PRIL ADDED IN CASE. Signed by Judge Carol Sandra Moore Wells.Court Reporter ESR.(mac, ) [2:08-mj-01115] (Entered: 09/10/2008) |
| 09/10/2008 | 31 | CJA 23 Financial Affidavit filed by CHHUN PRIL. (mac, ) [2:08-mj-01115] (Entered: 09/10/2008) |
| 09/10/2008 | 33 | INDICTMENT as to CHHUN PRIL (1) count(s) 1, 3, TONY NGUYEN (2) count(s) 1, OLUTONKUNBO EFFUNNUGA (3) count(s) 1, 2, JENNIFER KHOUNSACKNARATH (4) count(s) 1, DANNY KLOT (5) count(s) 1, 4. (tj, ) (Entered: 09/11/2008) |
| 09/12/2008 | 34 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to CHHUN PRIL Arraignment is set for 9/18/2008 at 10:30 AM in COURTROOM 50B before MAGISTRATE JUDGE THOMAS J. RUETER. (ea, ) (Entered: 09/12/2008) |
| 09/12/2008 | 35 | NOTICE OF HEARING as to TONY NGUYEN Arraignment is set for 9/18/2008 at 10:30 AM in COURTROOM 5-B before MAGISTRATE JUDGE THOMAS J. RUETER. (ea, ) (Entered: 09/12/2008) |
| 09/12/2008 | 36 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Arraignment is set for 9/18/2008 at 10:30 AM in COURTROOM 5-B before MAGISTRATE JUDGE THOMAS J. RUETER. (ea, ) (Entered: 09/12/2008) |
| 09/12/2008 | 37 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH Arraignment is set for 9/18/2008 at 10:30 AM in COURTROOM 5-B before MAGISTRATE JUDGE THOMAS J. RUETER. (ea, ) (Entered: 09/12/2008) |
| 09/12/2008 | 38 | NOTICE OF HEARING as to DANNY KLOT Arraignment is set for 9/18/2008 at 10:30 AM in COURTROOM 5-B before MAGISTRATE JUDGE THOMAS J. RUETER. (ea, ) (Entered: 09/12/2008) |
| 09/15/2008 | 39 | Minute Entry for proceedings held before MAGISTRATE JUDGE CAROL SANDRA MOORE WELLS: Preliminary Examination/Pretrial Detention Hearing as to CHHUN PRIL held on 9/12/08. The Defendant stipulated to Probable Cause and Pretrial Detention. Signed by Judge Carol Sandra Moore Wells.Court Reporter ESR.(mac, ) (Entered: 09/16/2008) |
| 09/15/2008 | 40 | NOTICE OF ATTORNEY APPEARANCE FILED BY THOMAS IVORY appearing for CHHUN PRIL. (mac, ) (Entered: 09/16/2008) |
| 09/18/2008 | 41 | Minute Entry for proceedings held before MAGISTRATE JUDGE THOMAS J. RUETER. Arraignment as to CHHUN PRIL (1) Count 1,3 held on 9/18/08. Plea entered by CHHUN PRIL Not Guilty on counts 1,3. Defendant allowed 10 days to file motions. Trial set for 10/29/08.Court Reporter ESR.(dt) (Entered: 09/18/2008) |
| 09/18/2008 | 42 | Minute Entry for proceedings held before MAGISTRATE JUDGE THOMAS J. RUETER.Arraignment as to TONY NGUYEN (2) Count 1 held on 9/18/08. Plea entered by TONY NGUYEN Not Guilty on counts 1. Defendant Allowed 10 days to file motions. Trial set for 10/29/08.Court Reporter ESR.(dt) (Entered: 09/18/2008) |
| 09/18/2008 | 43 | Minute Entry for proceedings held before MAGISTRATE JUDGE THOMAS J. RUETERArraignment held on 9/18/08. Arraignment Continued to 9/25/2008 10:30 AM in COURTROOM before MAGISTRATE JUDGE M. FAITH ANGELL.Court Reporter Esr.(dt, ) (Entered: 09/18/2008) |
| 09/18/2008 | 44 | NOTICE OF ATTORNEY APPEARANCE EMILY LYNNE MIRSKY, JACK MEYERSON appearing for JENNIFER KHOUNSACKNARATH (dt, ) (Entered: 09/18/2008) |
| | | |

| 09/18/2008 | 45 | Minute Entry for proceedings held before MAGISTRATE JUDGE THOMAS J. RUETER. Arraignment as to JENNIFER KHOUNSACKNARATH (4) Count 1 held on 9/18/08. Plea entered by JENNIFER KHOUNSACKNARATH Not Guilty on counts 1. Defendant allowed 10 days to file motions. Trial set for 10/29/08. Court Reporter ESR.(dt) (Entered: 09/18/2008) |
| --- | --- | --- |
| 09/18/2008 | 46 | Minute Entry for proceedings held before MAGISTRATE JUDGE THOMAS J. RUETER. Arraignment as to DANNY KLOT (5) Count 1,4 held on 9/18/08. Plea entered by DANNY KLOT Not Guilty on counts 1,4. Court Reporter ESR.(dt) (Entered: 09/18/2008) |
| 09/19/2008 | 47 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Arraignment set for 9/25/2008 10:30 AM in COURTROOM 5-B before HONORABLE MAGISTRATE JUDGE ANGELL. (ea, ) (Entered: 09/19/2008) |
| 09/19/2008 | 48 | ORDER OF TEMPORARY DETENTION OF 9/18/08 THAT THE ARRAIGNMENT SCHEDULED FOR TODAY HAS BEEN RESCHEDULED TO 9/25/08 AT 10:30AM BEFORE MAGISTRATE JUDGE M. FAITH ANGELL IN COURTROOM 5B. PENDING THE HEARING, THE DEFENDANT SHALL BE HELD IN THE CUSTODY OF THE U.S. MARSHAL AND PRODUCED FOR THE HEARING. SIGNED BY JUDGE THOMS J. RUTER. 9/19/08 ENTERED AND COPIES E-MAILED. (DT) (Entered: 09/19/2008) |
| 09/19/2008 | 49 | MOTION for Extension of Time to File *Pre-Trial Motions and to Continue the Trial Date* by JENNIFER KHOUNSACKNARATH. (MIRSKY, EMILY) (Entered: 09/19/2008) |
| 09/19/2008 | 50 | ORDER OF AUTHORIZATION FOR ABOVE-NORMAL PAYMENT OF INTERPRETER AS TO TONY NGUYEN. Signed by MAGISTRATE JUDGE THOMAS J. RUETER on 9/19/08.9/19/08 ENTERED. (Entered: 09/19/2008) |
| 09/22/2008 | 51 | ORDER FOR SPEEDY TRIAL DELAY OF 9/22/08 AS TO JENNIFER KHOUNSACKNARATH THAT EXCLUDABLE TIME IN THE ABOVE-CAPTIONED CAE BE COMPUTED AND ENTERED IN THE RECORD FROM THE DATE OF FILING OF THE DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MOTIONS AND TO CONITNUE THE TRIAL DATE, FILED 9/19/08, UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR OTHER PROMPT DISPOSITION IS MADE. SIGNED BY JUDGE STEWART DALZELL. 9/23/08 ENTERED AND COPIES E-MAILED. (DT) (Entered: 09/23/2008) |
| 09/23/2008 | 52 | NOTICE OF HEARING as to CHHUN PRIL JURY TRIAL SET FOR 10/29/2008 09:30 AM IN COURTROOM 10-B BEFORE HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/23/2008) |
| 09/23/2008 | 53 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to TONY NGUYEN JURY TRIAL SET FOR 10/29/2008 09:30 AM IN COURTROOM 10-B BEFORE HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/23/2008) |
| 09/23/2008 | 54 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH JURY TRIAL SET FOR 10/29/2008 09:30 AM IN COURTROOM 10-B BEFORE HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/23/2008) |
| 09/23/2008 | 55 | NOTICE OF HEARING as to DANNY KLOT JURY TRIAL SET FOR 10/29/2008 09:30 AM IN COURTROOM 10-B BEFORE HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/23/2008) |
| 09/25/2008 | 56 | Minute Entry for proceedings held before MAGISTRATE JUDGE M. FAITH ANGELL.Arraignment as to OLUTONKUNBO EFFUNNUGA (3) Count 1,2 held on 9/25/08., Plea entered by OLUTONKUNBO EFFUNNUGA Not Guilty on counts 1-2. Defendant allowed 10 days to file motions.Court Reporter Jerry LaRosa, Jr., Esr.(dt, ) (Entered: 09/25/2008) |
| 09/25/2008 | 57 | NOTICE OF ATTORNEY APPEARANCE TARIQ KARIM EL-SHABAZZ appearing for OLUTONKUNBO EFFUNNUGA. (dt) (Entered: 09/25/2008) |
| 09/25/2008 | 58 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA JURY TRIAL SET FOR 10/29/2008 09:30 AM IN COURTROOM 10-B BEFORE HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/25/2008) |
| 09/26/2008 | 59 | NOTICE OF HEARING ON MOTION in case as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT 49 MOTION for Extension of Time to File *Pre-Trial Motions and to Continue the Trial Date* : MOTION HEARING SET FOR 10/27/2008 AT 03:30 PM IN COURTROOM 10-B BEFORE HONORABLE STEWART DALZELL. (Attachments: # 1 Notice, # 2 Notice, # 3 Notice, # 4 Notice, # 5 Notice) (ea, ) (Entered: 09/26/2008) |
| 09/26/2008 | 🔒 | (Court only) ***Clear Flag as to (VIETNAMESE) as to TONY NGUYEN. Per Defense Counsel the defendant speaks English. (lb, ) (Entered: 09/26/2008) |
| 10/01/2008 | 60 | First MOTION to Continue *Trial and Extend time to File Pre-Trial Motions- Unopposed.* by CHHUN PRIL. (IVORY, THOMAS) (Entered: 10/01/2008) |
| 10/02/2008 | 🔒 | (Court only) ***Set Interpreter Flag as to (VIETNAMESE) for TONY NGUYEN. (lb, ) (Entered: 10/02/2008) |
| 10/02/2008 | 61 | ORDER FOR SPEEDY TRIAL DELAY OF 10/2/08 AS TO CHHUN PRIL THAT EXCLUDABLE TIME IN THE ABOVE-CAPTIONED CASE BE COMPUTED AND ENTERED IN THE RECORD FROM THE DATE OF FILING OF THE DEFENDANT'S MOTION FOR |

| | | EXTENSION OF TIME TO FILE PRE TRIAL MOTIONS AND TO CONTINUE TRIAL WHICH WAS FILED ON 10/1/08 UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR OTHER PROMPT DISPOSITION IS MADE. SIGNED BY JUDGE STEWART DALZELL. 10/2/08 ENTERED AND COPIES E-MAILED. (DT) (Entered: 10/02/2008) |
|---|---|---|
| 10/03/2008 | 62 | First MOTION to Continue *and Have Captioned Case Declared Complex* by USA as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT with Certificate of Service. (FOULKES, ANDREA) Modified on 10/6/2008 (le, ). (Entered: 10/03/2008) |
| 10/03/2008 | 63 | Arrest Warrant Returned Executed on 8/20/08. in case as to JENNIFER KHOUNSACKNARATH. (dt, ) (Entered: 10/03/2008) |
| 10/03/2008 | 64 | Arrest Warrant Returned Executed on 8/20/08. in case as to DANNY KLOT. (dt, ) (Entered: 10/03/2008) |
| 10/03/2008 | 65 | Arrest Warrant Returned Executed on 8/20/08 in case as to TONY NGUYEN. (dt) (Entered: 10/03/2008) |
| 10/06/2008 | 66 | ORDER FOR SPEEDY TRIAL DELAY OF 10/6/08 AS TO CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT THAT EXCLUDABLE TIME IN THE ABOVE-CAPTIONED CASE BE COMPUTED AND ENTERED IN THE RECORD FROM THE DATE OF FILING OF GOVERNMENT'S MOTION (DOC. 62) TO HAVE CASE DECLARED COMPLEX WHICH WAS FILED ON OCTOBER 3, 2008 UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR OTHER PROMPT DISPOSITION IS MADE. SIGNED BY JUDGE STEWART DALZELL. 10/7/08 ENTERED AND COPIES E-MAILED. (DT) (Entered: 10/07/2008) |
| 10/10/2008 | 67 | CJA 20 OF 9/9/08 AS TO CHHUN PRIL: APPOINTMENT OF ATTORNEY THOMAS IVORY. SIGNED BY JUDGE CAROL SANDRA MOORE WELLS. 10/10/08 ENTERED AND COPIES E-MAILED. (DT) (Entered: 10/10/2008) |
| 10/16/2008 | 68 | Arrest Warrant Returned Executed on 8/21/08, in case as to OLUTONKUNBO EFFUNNUGA. (jh, ) (Entered: 10/17/2008) |
| 10/28/2008 | 69 | NOTICE OF HEARING as to CHHUN PRIL A Hearing on pre-trial motions is set for 3/4/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 70 | NOTICE OF HEARING as to CHHUN PRIL JURY TRIAL IS SET FOR 3/9/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 71 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to TONY NGUYEN A Hearing on pre-trial motions is set for 3/4/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 72 | NOTICE OF HEARING as to TONY NGUYEN JURY TRIAL IS SET FOR 3/9/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 73 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA A Hearing on pre-trial motions is set for 3/4/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 74 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA JURY TRIAL IS SET FOR 3/9/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 75 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH A Hearing on pre-trial motions is set for 3/4/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 76 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH JURY TRIAL IS SET FOR 3/9/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 77 | NOTICE OF HEARING as to DANNY KLOT A Hearing on pre-trial motions is set for 3/4/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 78 | NOTICE OF HEARING as to DANNY KLOT JURY TRIAL IS SET FOR 3/9/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2008) |
| 10/28/2008 | 79 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL.Bond Hearing as to OLUTONKUNBO EFFUNNUGA held on 10/27/08. Defendant's Request for Bail Pending Trial. Counsel and Defendant Address theCourt. The Defendant's Request is DENIED without prejudice at this time.Court Reporter Kathy Feldman.(dt, ) (Entered: 10/28/2008) |
| 10/28/2008 | 80 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL. Motion Hearing as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT held on 10/27/08. Motions to continue filed on 9/19/08, 10/1/08 and 10/3/08. Counsel address the Court. The Court Grants all Motions. Delivery of disks with tape recordings shall be delivered to defense counsel by 11/10/08 with transcripts and other discovery due by Janury 5, 2009.etc. Court Reporter Kathy Feldman.(dt, ) (Entered: 10/29/2008) |
| | | |

| 10/28/2008 | 81 | ORDER OF 10/28/08 AS TO CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT THAT DEFENDANT KHOUNSACKNARATH'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND TO CONTINUE THE TRIAL DATE (DOC. NO. 49), DEFENDANT PRIL'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE PRETRIAL MOTIONS (DOC. NO. 60) AND THE GOVERNMENT'S MOTION TO CONTINUE AND HAVE CAPTIONED CASE DECLARED COMPLEX (DOC. NO. 62) IS GRANTED. ETC. DISCOVERY DUE BY 1/5/2009. ANY PRETRIAL MOTIONS (INCLUDING THE GOVERNMENT'S STARKS MOTION) SHALL BE FILED BY FEBRUARY 6, 2009, WITH RESPONSES THERETO DUE BY FEBRUARY 20, 2009; A HEARING ON ALL UNRESOLVED PRETRIAL MOTIONS SHALL COMMENCE AT 9:30AM ON MARCH 4, 2009 IN COURTROOM 10B; AND TRIAL IN THIS MATTER, NOT TO EXCEED TWELVE TRIAL DAYS FOR THE GOVERNMENT'S EVIDENCE, IS SPECIALLY LISTED TO COMMENCE ON MARCH 9, 2008 AT 9:30AM IN COURTROOM 10B. SIGNED BY JUDGE STEWART DALZELL. 10/29/08 ENTERED AND COPIES E-MAILED. (DT) (Entered: 10/29/2008) |
| --- | --- | --- |
| 10/29/2008 | 📎 | (Court only) ***Excludable started XT as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT: (cmc, ) (Entered: 10/29/2008) |
| 10/29/2008 | 📎 | (Court only) ***Motions terminated as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT: 62 First MOTION to Continue *and Have Captioned Case Declared Complex* filed by USA, 60 First MOTION to Continue *Trial and Extend time to File Pre-Trial Motions- Unopposed.* filed by CHHUN PRIL, 49 MOTION for Extension of Time to File *Pre-Trial Motions and to Continue the Trial Date* filed by JENNIFER KHOUNSACKNARATH. (SEE PAPER #81) (dt, ) (Entered: 10/29/2008) |
| 11/07/2008 | 82 | ORDER AS TO CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT THAT PARAGRAPH 2 OF THE 10/28 ORDER IS AMENDED TO SUBSTITUTE "11/18/08" AS THE FIRST DATE REFERENCED IN THAT PARAGRAPH. Signed by HONORABLE STEWART DALZELL on 11/7/08.11/7/08 Entered and Copies E-Mailed. (ke) (Entered: 11/07/2008) |
| 11/19/2008 | 83 | MOTION FOR PRETRIAL PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION UNDER FED.R.CRIM.P.12.2 BY TONY NGUYEN. (gs) (Entered: 11/19/2008) |
| 12/04/2008 | 84 | ORDER AS TO TONY NGUYEN'S PRO SE 83 MOTION FOR PSYCHIATRIC EXAM IS DENIED AS MOOT FOR THE REASONS |

| | | OUTLINED HEREIN. Signed by HONORABLE STEWART DALZELL on 12/4/08.12/4/08 ENTERED AND COPIES MAILED, E-MAILED.(gs) (Entered: 12/04/2008) |
|---|---|---|
| 01/28/2009 | 85 | (PRO SE) MOTION FOR REVIEW OF THE DETENTION ORDER AND RELEASE ON BAIL FILED BY OLUTONKUNBO EFFUNNUGA. (gs) (Entered: 01/28/2009) |
| 01/30/2009 | 86 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA A Bond Hearing is set for 2/6/2009 at 11:00 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 01/30/2009) |
| 02/04/2009 | 87 | MOTION to Withdraw as Attorney by Tariq Karim El-Shabazz as to OLUTONKUNBO EFFUNNUGA, CERT. OF SERVICE, (Proposed Order). (EL-SHABAZZ, TARIQ) Modified on 2/5/2009 (cmc). (Entered: 02/04/2009) |
| 02/05/2009 | 88 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA A Bail Hearing and an Attorney Withdraw/Appointment Hearing is set for 2/17/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/05/2009) |
| 02/05/2009 | 89 | RESPONSE to Motion by USA as to OLUTONKUNBO EFFUNNUGA re 85 MOTION for Order *GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER, CERTIFICATE OF SERVICE* filed by USA (FOULKES, ANDREA) (Entered: 02/05/2009) |
| 02/06/2009 | 90 | NOTICE OF HEARING as to DANNY KLOT A Change of Plea Hearing is set for 2/18/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/06/2009) |
| 02/06/2009 | 91 | ORDER FOR SPEEDY TRIAL DELAY: AS TO OLUTOKUNBO EFUNNUGA THAT EXCLUDABLE TIME BE COMPUTED AND ENTERED IN THE RECORD FROM THE DATE OF THE FILING OF DEFTS. MOTION FOR REVIEW OF DETENTION FILED 1/28/09 UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR DISPOSITION IS MADE.. Signed by HONORABLE STEWART DALZELL on 2/6/09.2/6/09 Entered and Copies Mailed, E-Mailed. (gs, ) (Entered: 02/06/2009) |
| 02/06/2009 | 92 | ORDER AS TO CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT THAT THE DEADLINES SET IN PARAGRAPH 2 OF THIS COURT'S ORDER OF 10/28/08 ARE VACATED AND THE HEARING REFERENCE IN PARAGRAPH 3 THEREOF IS CONTINUED UNTIL FURTHER ORDER OF THE COURT. Signed by HONORABLE STEWART DALZELL on 2/6/09.2/6/09 Entered and Copies E-Mailed. (gs) (Entered: 02/06/2009) |
| 02/06/2009 | 93 | (Pro Se)PETITION for Return of Property by OLUTONKUNBO EFFUNNUGA with Certificate of Service. (gs) (Entered: 02/06/2009) |

| 02/09/2009 | 94 | NOTICE OF HEARING as to DANNY KLOT The Change of Plea Hearing is rescheduled to 2/19/2009 at 2:30 PM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/09/2009) |
|---|---|---|
| 02/09/2009 | 95 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH A Change of Plea Hearing is set for 3/4/2009 at 2:30 PM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/09/2009) |
| 02/11/2009 | 96 | Request to Review Motions Filed by OLUTONKUNBO EFFUNNUGA. (gs, ) (Entered: 02/12/2009) |
| 02/17/2009 | 97 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL Attorney Appointment Hearing as to OLUTONKUNBO EFFUNNUGA held on 2/17/09. Defts. Pro Se Motion to a withdrawel of his counsel is granted. Deft. asks Court to withdraw his motions for detention order and return of property. The Court will appoint a new attorney and entertain a motion for a continuance of the trial which is currently set for 3/9/09. Court Reporter K. Feldman.(gs) (Entered: 02/18/2009) |
| 02/17/2009 | 98 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT THE 85 MOTION FOR REVIEW OF THE DETENTION ORDER AND RELEASE ON BAIL AND THE SUBSEQUENT FILING OF A PETITION WITHDRAWING HIS MOTIONS, IT IS ORDERED THAT THE CLERK SHALL MARK THE MOTIONS "WITHDRAWN". Signed by HONORABLE STEWART DALZELL on 2/17/09.2/18/09 Entered and Copies E-Mailed. (gs) (Entered: 02/18/2009) |
| 02/17/2009 | 99 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT THE 87 MOTION TO WITHDRAW AND FOR APPOINTMENT OF COUNSEL IS GHRANTED. TARIQ KARIM EL0SHABAZZ SHALL DELIVER THE DISCOVERY IN HIS POSSESSION TO SUCCESSOR COUNSEL. PAUL HETZNECKER, ESQ. IS APPOINTED AS COUNSEL FOR DEFT. THE CLERK SHALL MARK THE APPEARANCE OF TARIQ KARIM EL-SHABAZZ AS "WITHDRAWN". Signed by HONORABLE STEWART DALZELL on 2/17/09.2/18/09 Entered and Copies E-Mailed and Faxed by Chambers. (gs) (Entered: 02/18/2009) |
| 02/17/2009 | | ***Attorney update in case as to OLUTONKUNBO EFFUNNUGA. Attorney PAUL J. HETZNECKER for OLUTONKUNBO EFFUNNUGA added. Attorney TARIQ KARIM EL-SHABAZZ terminated. (gs) (Entered: 02/18/2009) |
| 02/19/2009 | 100 | NOTICE OF HEARING as to DANNY KLOT Sentencing is set for 5/22/2009 at 11:00 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/19/2009) |
| 02/19/2009 | 102 | |

| | | |
|---|---|---|
| | | ORDER AS TO DANNY KLOT (FILED UNDER SEAL). Signed by HONORABLE STEWART DALZELL on 2/19/09.2/20/09 Entered and Copies Mailed. (gs) (Entered: 02/20/2009) |
| 02/19/2009 | 103 | (SEALED) Minute Entry for proceedings held before HONORABLE STEWART DALZELL as to DANNY KLOT held on 2/19/09.(gs, ) (Entered: 02/20/2009) |
| 02/19/2009 | 104 | Plea Document as to DANNY KLOT (gs, ) (Entered: 02/20/2009) |
| 02/19/2009 | 105 | Plea Document as to DANNY KLOT (gs, ) (Entered: 02/20/2009) |
| 02/20/2009 | 101 | MOTION to Continue by OLUTONKUNBO EFFUNNUGA. (HETZNECKER, PAUL) (Additional attachment(s) added on 2/23/2009: # 1 CORRECT PDF) (cmc, ). (Entered: 02/20/2009) |
| 02/20/2009 | 107 | CJA 20 AS TO OLUTONKUNBO EFFUNNUGA: APPOINTMENT OF ATTORNEY PAUL J. HETZNECKER for OLUTONKUNBO EFFUNNUGA. Signed by HONORABLE STEWART DALZELL on 2/17/09.2/23/09 Entered and Copies Mailed. (gs) (Entered: 02/23/2009) |
| 02/23/2009 | 106 | MOTION to Continue by OLUTONKUNBO EFFUNNUGA. (HETZNECKER, PAUL) (DUPLICATE OF DOC. 101--ATTY ERROR) Modified on 2/23/2009 (cmc). (Entered: 02/23/2009) |
| 02/23/2009 | 108 | ORDER FOR SPEEDY TRIAL DELAY: AS TO OLUTONKUNBO EFFUNNUGA THAT EXCLUDABLE TIME BE COMPUTED AND ENTERED IN THE RECORD FROM THE DATE OF THE DEFT'S MOTION FOR A CONTINUANCE FILED ON 2/20/09 UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR DISPOSITION IS MADE. Signed by HONORABLE STEWART DALZELL on 2/23/09.2/23/09 Entered and Copies Mailed, E-Mailed. (gs) (Entered: 02/23/2009) |
| 02/24/2009 | 109 | NOTICE OF HEARING as to TONY NGUYEN A Change of Plea Hearing is set for 3/5/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/24/2009) |
| 02/24/2009 | 110 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA A CONTINUANCE/SCHEDULING HEARING IS SET FOR 3/5/2009 AT 11:00 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/24/2009) |
| 02/24/2009 | 111 | NOTICE OF HEARING as to CHHUN PRIL A CONTINUANCE/SCHEDULING HEARING IS SET FOR 3/5/2009 AT 11:00 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/24/2009) |
| 03/04/2009 | 112 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH Sentencing is set for 6/12/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 03/04/2009) |
| 03/05/2009 | 113 | |

| | | NOTICE OF HEARING as to TONY NGUYEN Sentencing is set for 6/12/2009 at 11:00 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 03/05/2009) |
|---|---|---|
| 03/05/2009 | 114 | MOTION for BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY AND CERTIFICATE OF SERVICE by CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT (FOULKES, ANDREA) Modified on 3/6/2009 (cmc). (Entered: 03/05/2009) |
| 03/05/2009 | 115 | JUDICIAL DOCUMENT AS TO JENNIFER KHOUNSACKNARATH. Signed by HONORABLE STEWART DALZELL on 3/4/09.3/5/09 Entered and Copies Mailed by Chambers. (gs) (Entered: 03/05/2009) |
| 03/05/2009 | 116 | Plea Document as to JENNIFER KHOUNSACKNARATH (gs) (Entered: 03/05/2009) |
| 03/05/2009 | 117 | (SEALED) Minute Entry for proceedings held before HONORABLE STEWART DALZELL as to JENNIFER KHOUNSACKNARATH held on 3/4/09.(gs) (Entered: 03/05/2009) |
| 03/05/2009 | 118 | JUDICIAL DOCUMENT AS TO TONY NGUYEN. Signed by HONORABLE STEWART DALZELL on 3/5/09.3/6/09 Entered and Copies Mailed. (gs) (Entered: 03/06/2009) |
| 03/05/2009 | 119 | Plea Document as to TONY NGUYEN (gs, ) (Entered: 03/06/2009) |
| 03/05/2009 | 120 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL Change of Plea Hearing as to TONY NGUYEN held on 3/5/09.(gs) (Entered: 03/06/2009) |
| 03/05/2009 | 121 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL Hearing as to CHHUN PRIL, OLUTONKUNBO EFFUNNUGA held on 3/5/09. Counsel addresses the Court. MOTION HEARING ON DEFT. EFUNNUGA'S IS SET FOR 3/26/2009 09:30 AM BEFORE HONORABLE STEWART DALZELLCourt Reporter ESR.(gs) (Entered: 03/06/2009) |
| 03/05/2009 | 122 | ORDER AS TO CHHUN PRIL THAT ATTORNEY JOSEPH D. MANCANO IS APPOINTED AS NEW COUNSEL FOR CHHUN PRIL. ATTORNEY THOMAS IVORY SHALL DELIVER THE DISCOVERY TO HIS SUCCESSOR AND COOPERATE TO ASSURE DEFT. IS NOT PREJUDICED BY THE CHANGE IN COUNSEL. Signed by HONORABLE STEWART DALZELL on 3/5/09.3/6/09 Entered and Copies E-Mailed. (gs, ) (Entered: 03/06/2009) |
| 03/05/2009 | 🔒 | (Court only) ***Motions terminated as to CHHUN PRIL: 114 MOTION for Bill of Particulars filed by USA. (rs, ) (Entered: 07/23/2009) |
| 03/05/2009 | 🔒 | (Court only) ***Motions terminated as to TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER |

| | | |
|---|---|---|
| | | KHOUNSACKNARATH, DANNY KLOT: 114 MOTION for Bill of Particulars filed by USA. (rs, ) (Entered: 08/03/2009) |
| 03/06/2009 | 123 | NOTICE OF HEARING as to CHHUN PRIL A STATUS CONFERENCE IS SET FOR 3/26/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 03/06/2009) |
| 03/06/2009 | 124 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA A STATUS CONFERENCE IS SET FOR 3/26/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 03/06/2009) |
| 03/09/2009 | 125 | CJA 20 AS TO CHHUN PRIL: APPOINTMENT OF ATTORNEY JOSEPH D. MANCANO for CHHUN PRIL. Signed by HONORABLE STEWART DALZELL on 3/5/09.3/10/09 Entered and Copies E-Mailed. (gs) (Entered: 03/10/2009) |
| 03/26/2009 | 126 | NOTICE OF HEARING as to CHHUN PRIL JURY TRIAL IS SET FOR 8/10/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 03/26/2009) |
| 03/26/2009 | 127 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA JURY TRIAL IS SET FOR 8/10/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 03/26/2009) |
| 03/26/2009 | 128 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL. Resumed Hearing held on 3/26/09 Sur: Deft. Efunnuga's motion to continue trial. Deft. Pril joins in the motion Both Defts. sworn and agree that a continuance of trial is in their best interest. Motion to Continue - Granted. All pretrial motions shall be filed by 5/20/09, with responses due 6/3/09. Trial shall commence 8/10/09, at 9:30 A.M. Order to follow.Court Reporter K FELDMAN.(jh, ) (Entered: 03/27/2009) |
| 03/26/2009 | 129 | ORDER AS TO CHHUN PRIL, OLUTONKUNBO EFFUNNUGA GRANTING DEFT. EFFUNNUGA'S MOTIONS FOR CONTINUANCE(DOC. # 101 & # 106). JURY TRIAL SHALL COMMENCE 8/10/2009, 09:30 AM IN COURTROOM 10-B, BEFORE HONORABLE STEWART DALZELL. ANY PRETRIAL MOTIONS SHALL BE FILED BY 5/20/2009, WITH RESPONSES DUE BY 6/3/2009.. Signed by HONORABLE STEWART DALZELL on 3/26/09.3/27/09 Entered and Copies E-Mailed.(jh, ) (Entered: 03/27/2009) |
| 04/09/2009 | 130 | MOTION for Protective Order by USA as to CHHUN PRIL. (FOULKES, ANDREA) (Additional attachment(s) added on 4/10/2009: # 1 CORRECT PDF) (cmc, ). (Entered: 04/09/2009) |
| 04/14/2009 | 131 | Amended MOTION for Protective Order by USA as to CHHUN PRIL. (FOULKES, ANDREA) (Entered: 04/14/2009) |
| 04/14/2009 | 132 | |

| | | ORDER AS TO CHHUN PRIL THAT THE 130 UNOPPOSED MOTION FOR A PROTECTIVE ORDER IS GRANTED. DEFENSE COUNSEL SHALL MAINTAIN ALL DISCOVERY IN COUNSEL'S CUSTODY IN ACCORDANCE WITH THE LIMITATIONS PROVIDED HEREIN, ETC. Signed by HONORABLE STEWART DALZELL on 4/14/09.4/14/09 Entered and Copies E-Mailed. (gs) (Entered: 04/14/2009) |
|---|---|---|
| 04/15/2009 | 133 | ORDER AS TO CHHUN PRIL THAT THE 131 AMENDED PROPOSED PROTECTIVE ORDER IS DENIED AS MOOT. Signed by HONORABLE STEWART DALZELL on 4/15/09.4/15/09 Entered and Copies E-Mailed. (gs, ) (Entered: 04/15/2009) |
| 04/16/2009 | 134 | NOTICE OF ATTORNEY APPEARANCE DANIEL A. VELEZ appearing for USA. (VELEZ, DANIEL) (Entered: 04/16/2009) |
| 05/14/2009 | 135 | NOTICE OF HEARING as to TONY NGUYEN Sentencing is rescheduled to 10/16/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 05/14/2009) |
| 05/14/2009 | 136 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH Sentencing is rescheduled to 9/18/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 05/14/2009) |
| 05/14/2009 | 137 | NOTICE OF HEARING as to DANNY KLOT Sentencing is rescheduled to 9/18/2009 at 11:00 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 05/14/2009) |
| 05/18/2009 | 138 | MOTION for Extension of Time to File *Pre-Trial Motions, with Certificate of Service,* by CHHUN PRIL. (Attachments: # 1 Proposed Order)(MANCANO, JOSEPH) (Entered: 05/18/2009) |
| 05/18/2009 | 139 | ORDER AS TO CHHUN PRIL, OLUTONKUNBO EFFUNNUGA THAT THE 138 MOTION FOR AN EXTENSION OF TIME IS GRANTED. PARAGRAPH 2 OF THIS COURT'S ORDER OF 3/26/09 IS AMENDED TO SUBSTITUTE 6/19/2009 AS A DATE FOR THE FILING OF MOTIONS AND 7/6/2009 AS THE DATE FOR THE RESPONSES THERETO. Signed by HONORABLE STEWART DALZELL on 5/18/09.5/19/09 Entered and Copies E-Mailed. (gs) (Entered: 05/19/2009) |
| 06/03/2009 | 140 | NOTICE OF HEARING as to CHHUN PRIL A Hearing on representation is set for 6/5/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 06/03/2009) |
| 06/05/2009 | 141 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL Attorney Appointment Hearing as to CHHUN PRIL held on 6/5/09. Defts. pro se request for new counsel. Counsel addresses the Court. Deft. is satisfied with Mr. Mancano's representation. The Court will order a competency evaluation of the Deft.Court Reporter ESR. (gs, ) (Entered: 06/05/2009) |

| 06/05/2009 | 142 | ORDER AS TO CHHUN PRIL THAT DR. POGOS VOSKANIAN IS APPOINTED TO CONDUCT A PSYCHIATRIC AND/OR PSYCHOLOGICAL EXAMINATION OF DEFT. AS OUTLINED HEREIN. Signed by HONORABLE STEWART DALZELL on 6/5/09.6/5/09 Entered and Copies E-Mailed. (gs) (Entered: 06/05/2009) |
|---|---|---|
| 06/12/2009 | 143 | NOTICE OF HEARING as to CHHUN PRIL A Competency Hearing is set for 6/16/2009 at 3:30 PM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 06/12/2009) |
| 06/15/2009 | | ***Terminate Deadlines and Hearings as to CHHUN PRIL: (gs, ) (Entered: 06/15/2009) |
| 06/17/2009 | 144 | MOTION *TO SUSPEND THE DEADLINE TO FILE PRE-TRIAL MOTIONS AND TRIAL DATE, WITH CERTIFICATE OF SERVICE,* by CHHUN PRIL. (Attachments: # 1 Proposed Order)(MANCANO, JOSEPH) (Entered: 06/17/2009) |
| 06/17/2009 | 146 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL Hearing as to CHHUN PRIL held on 6/16/09. Courts witness Dr. Pogos Voskanin sworn and questioned.Court Reporter ESR. (gs) (Entered: 06/18/2009) |
| 06/17/2009 | 147 | ORDER AS TO CHHUN PRIL THAT DR. POGOS VOSKANIAN IS REAPPOINTED TO CONDUCT FURTHER PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATION OF DEFT. THIS EXAM SHOULD TAKE PLACE BY 7/17/09. A HEARING TO CONSIDER DR. VOSKANIAN'S RE-EVALUATION SHALL CONVENE IN COURTROOM 10B AT 2:00 ON 7/17/09. Signed by HONORABLE STEWART DALZELL on 6/17/09.6/18/09 Entered and Copies E-Mailed, Faxed by Chambers. (gs) (Entered: 06/18/2009) |
| 06/18/2009 | 145 | NOTICE OF HEARING as to CHHUN PRIL A Competency Hearing is set for 7/17/2009 at 2:00 PM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 06/18/2009) |
| 06/18/2009 | 148 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA A Change of Plea Hearing is set for 7/15/2009 at 3:00 PM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 06/18/2009) |
| 06/18/2009 | 149 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL Telephone Conference as to CHHUN PRIL held on 6/18/09. Deft. not present. Motion to stay pre0trial motions dedline and trial date. Court advises counsel they should file any motions by tmrw. If deft. is found to be competent on 7/17/09 we may proceed with a Starks Motion at that time.(gs, ) (Entered: 06/19/2009) |
| 06/19/2009 | 151 | SEALED MOTION by USA as to CHHUN PRIL, OLUTONKUNBO EFFUNNUGA. (gs, ) (Entered: 06/22/2009) |
| 06/22/2009 | 150 | SEALED MOTION by USA as to CHHUN PRIL, OLUTONKUNBO EFFUNNUGA. (gs) (Entered: 06/22/2009) |

| 06/22/2009 | 152 | MOTION to Suppress *Statements, Memorandum of Law in Support and Certificate of Service,* by CHHUN PRIL. (Attachments: # 1 Proposed Order)(MANCANO, JOSEPH) (Entered: 06/22/2009) |
|---|---|---|
| 06/22/2009 | 153 | MOTION FOR EARLY DISCLOSURE OF JENCKS ACT AND RULE 26.2 F.R. CR. P. MATERIAL, Memorandum in Support and Certificate of Service, by CHHUN PRIL. (Attachments: # 1 Proposed Order)(MANCANO, JOSEPH) (Entered: 06/22/2009) |
| 06/22/2009 | 154 | MOTION for Disclosure *OF EVIDENCE FAVORABLE TO DEFENDANT, CHHUN PRIL (BRADY MATERIAL), Memorandum in Support and Certificate of Service,* by CHHUN PRIL. (Attachments: # 1 Proposed Order)(MANCANO, JOSEPH) (Entered: 06/22/2009) |
| 06/22/2009 | 155 | MOTION Omnibus Pretrial Motion *AND AUTHORITIES IN SUPPORT THEREOF, Memorandum of Law with Certificate of Service,* by CHHUN PRIL. (Attachments: # 1 Proposed Orders Omnibus Motion) (MANCANO, JOSEPH) (Entered: 06/22/2009) |
| 07/10/2009 | 156 | Plea Document as to OLUTONKUNBO EFFUNNUGA, CERTIFICATE OF SERVICE. (ke) (Entered: 07/13/2009) |
| 07/16/2009 | 157 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is set for 10/23/2009 at 11:00 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 07/16/2009) |
| 07/17/2009 | 158 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL Competency Hearing as to CHHUN PRIL held on 7/17/09. Court discusses the 7/16/09 report from Dr. Voskanian. Counsel speaks. Defts. Oral Motion for a Continuance is Granted. Responses to pre-trial motions are due by 9/30/09. Hearing on motions will be held on 10/9/09. Trial is scheduled for 10/19/09.Court Reporter ESR.(gs) (Entered: 07/20/2009) |
| 07/17/2009 | 161 | ORDER AS TO CHHUN PRIL THAT A JURY TRIAL IS SET FOR 10/19/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. RESPONSES TO ALL PENDING MOTIONS ARE DUE BY 9/30/2009. A PRE-TRIAL MOTION HEARING IS SET FOR 10/9/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. Signed by HONORABLE STEWART DALZELL on 7/17/09.7/20/09 Entered and Copies E-Mailed. (gs) (Entered: 07/20/2009) |
| 07/20/2009 | 159 | NOTICE OF HEARING as to CHHUN PRIL A HEARING ON PRE-TRIAL MOTIONS IS SET FOR 10/9/2009 AT 9:30 AM IN COURTROOM 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 07/20/2009) |
| 07/20/2009 | 160 | NOTICE OF HEARING as to CHHUN PRIL JURY TRIAL IS RESCHEDULED TO 10/19/2009 AT 9:30 AM IN COURTROOM |

| | | 10-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 07/20/2009) |
|---|---|---|
| 08/13/2009 | 🔒 | (Court only) ***Motions terminated as to OLUTONKUNBO EFFUNNUGA: 151 SEALED MOTION filed by USA, 150 SEALED MOTION filed by USA. (gs, ) (Entered: 08/13/2009) |
| 09/10/2009 | 162 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH Sentencing is rescheduled to 11/5/2009 at 9:30 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/10/2009) |
| 09/10/2009 | 163 | NOTICE OF HEARING as to DANNY KLOT Sentencing is rescheduled to 11/5/2009 at 11:00 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/10/2009) |
| 09/10/2009 | 164 | NOTICE OF HEARING as to TONY NGUYEN Sentencing is rescheduled to 11/6/2009 at 11:00 AM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/10/2009) |
| 09/21/2009 | 165 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL- Telephone Conference as to CHHUN PRIL held on 9/21/09. Counsel for both parties address the Court. Both parties agree Deft shuold be remanded for mental evaluation and treatment. trial set for10/19/09 is cancelled.Court Reporter K FELDMAN. (cmc) (Entered: 09/22/2009) |
| 09/21/2009 | 166 | ORDER AS TO CHHUN PRIL PURSUANT TO 18 USC 4241(B), 4247(B) DEFT IS REMANDED TO CUSTODY OF A SUITABLE PSYCHIATRIC AND/OR PSYCHOLOGICAL FACILITY OF THE B.O.P. IN ORDER FOR IT TO CONDUCT FURTHER PSYCHIATRIC AND/OR PSYCHOLOGICAL EXAMINATIONS OF DEFT AND TO SUPPLY HIM WITH SUITABLE TREATMENT TO ADDRESS HIS EVIDENT AND SIGNIFICANT MENTAL HEALTH NEEDS, AFTER B.O.P. CONCLUDES DEFTS MEDICAL CONDITION HAS STABILIZED AND HAS REACHED A LEVEL OF COMPETENCY, REPORT SHALL BE DELIVERED TO THE COURT AND DEFT BE DELIVERED TO FDC- PHILA. WITH A SPECIFIC REGIMEN OF MEDICATION DEEMED NECESSARY TO MAINTAIN DEFTS COMPETENCY,ETC. Signed by HONORABLE STEWART DALZELL on 9/21/09. 9/22/09 Entered and Copies E-Mailed and Faxed. (cmc) (Entered: 09/22/2009) |
| 09/21/2009 | 167 | ORDER AS TO CHHUN PRIL THAT THE DEADLINES SET IN THIS COURTS ORDER OF 7/17/09 ARE VACATED AND THE IMPOSITION OF REVISED DEADLINES SHALL ADIE THE RESOLUTION OF THE COMPETENCY ISSUES TO BE ADDRESSED. Signed by HONORABLE STEWART DALZELL on 9/21/09. 9/22/09 Entered and Copies E-Mailed and Faxed. Q(cmc) (Entered: 09/22/2009) |
| 09/21/2009 | 168 | |

| | | ORDER THAT ALL PRETRIAL MOTIONS BY DEFT 144 MOTION ; 150 SEALED MOTION, 151 SEALED MOTION ; 152 MOTION TO SUPPRESS ; 153 MOTION FOR DISCLOSURE ; 154 MOTION FOR DISCLOSURE; 155 MOTION ARE DENIED WITHOUT PREJUDICE TO THEIR REASSERTION AFTER THE ISSUE OF DEFTS COMPETENCY HAS BEEN FAVORABLY RESOLVED. Signed by HONORABLE STEWART DALZELL on 9/21/09. 9/22/09 ENTERED AND COPIES E-MAILED AND FAXED. (cmc) (Entered: 09/22/2009) |
|---|---|---|
| 09/21/2009 | 🔒 | (Court only) ***Excludable started XA as to CHHUN PRIL: (cmc, ) (Entered: 09/22/2009) |
| 09/22/2009 | 169 | REPORT OF SPEEDY TRIAL DELAY: XA THE CALENDARING OF PROCEDURES AS TO CHHUN PRIL HAS BEEN DELAYED FOR REASON THAT DEFT IS REMANDED TO A PSYCHIATRIC/PSYCHOLOGICAL FACILITY FOR EVALUATION AND TREATMENT. Signed by HONORABLE STEWART DALZELL on 9/22/9. 9/22/9 Entered and Copies E-Mailed. (cmc) (Entered: 09/22/2009) |
| 10/16/2009 | 170 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 1/22/2010 at 11:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/16/2009) |
| 10/23/2009 | 171 | NOTICE OF HEARING as to DANNY KLOT Sentencing is rescheduled to 1/21/2010 at 11:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/23/2009) |
| 10/23/2009 | 172 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH Sentencing is rescheduled to 1/21/2010 at 2:30 PM in COURTROOM 10-B before the HONORABLE STEWART DALZELL. (ea, ) (lisad, ). (Entered: 10/23/2009) |
| 10/23/2009 | 173 | NOTICE OF HEARING as to TONY NGUYEN Sentencing is rescheduled to 1/20/2010 at 11:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/23/2009) |
| 12/07/2009 | 174 | NOTICE OF HEARING as to CHHUN PRIL A Competency Hearing is set for 12/9/2009 at 1:30 PM in COURTROOM 3-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 12/07/2009) |
| 12/09/2009 | 🔒 | (Court only) ***Excludable started XN as to CHHUN PRIL: (cmc, ) (Entered: 12/09/2009) |
| 12/09/2009 | 175 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL. Competency Hearing as to CHHUN PRIL held on 12/9/09. Parties agree deft is in need of treatment and should be remanded to the custody of the attorney general. Order to follow.Court Reporter ESR. (gs, ) (Entered: 12/09/2009) |
| 12/09/2009 | 176 | |

| | | ORDER AS TO CHHUN PRIL THAT THE DEFT. IS COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR TREATMENT FOR A REASONABLE TIME AS OUTLINED HEREIN. Signed by HONORABLE STEWART DALZELL on 12/9/09.12/9/09 Entered and Copies E-Mailed. (gs, ) (Entered: 12/09/2009) |
|---|---|---|
| 12/09/2009 | 178 | REPORT OF SPEEDY TRIAL DELAY: AS TO CHHUN PRIL THE CALENDARING OF PROCEDURES AS TO THE ABOVE NAMED DEFTS SHALL BE FOUND TO BE MENTALLY INCOMPETENT TO STAND TRIAL AND HAS REMANDED TO A MEDICAL FACILITY FOR MENTAL HEALTH TREATMENT. Signed by HONORABLE STEWART DALZELL on 12/9/09.12/9/09 Entered and Copies E-Mailed. (gs) (Entered: 12/09/2009) |
| 01/06/2010 | 179 | NOTICE OF HEARING as to TONY NGUYEN Sentencing is rescheduled to 3/25/2010 at9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 01/06/2010) |
| 01/06/2010 | 180 | NOTICE OF HEARING as to JENNIFER KHOUNSACKNARATH Sentencing is rescheduled to 3/25/2010 at 11:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 01/06/2010) |
| 01/06/2010 | 181 | NOTICE OF HEARING as to DANNY KLOT Sentencing is rescheduled to 3/25/2010 at 2:00 PM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 01/06/2010) |
| 01/06/2010 | 182 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 4/23/2010 at 11:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 01/06/2010) |
| 02/26/2010 | 183 | NOTICE OF HEARING as to TONY NGUYEN Sentencing is rescheduled to 8/6/2010 at 9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 02/26/2010) |
| 03/10/2010 | 184 | ORDER AS TO CHHUN PRIL THAT PARAGRAPH 3 OF THIS COURT'S 12/9/2009 ORDER IS AMENDED TO READ AS FOLLOWS: NO LATER THAN 6/20/2010 THE WARDEN OF FCI-BUTNER SHALL FAX A WRITTEN REPORT TO THE COURT REGARDING DEFENDANT'S COMPETENCY AND WHETHER, IN FACT, THE ADDITIONAL REASONABLE PERIOD OF TIME CONTEMPLATED IN 18:4241(d)(2) IS NECESSARY.. Signed by HONORABLE STEWART DALZELL on 3/10/2010.3/10/2010 Entered and Copies E-Mailed. (ap, ) (Entered: 03/10/2010) |
| 03/18/2010 | 185 | SENTENCING DOCUMENT with CERTIFICATE OF SERVICE as to JENNIFER KHOUNSACKNARATH (ap, ) (Entered: 03/18/2010) |
| 03/18/2010 | 186 | Sentencing Document by USA as to JENNIFER KHOUNSACKNARATH. with CERTIFICATE OF SERVICE. (ap, ) (Entered: 03/18/2010) |

| 03/18/2010 | 187 | JUDICIAL DOCUMENT AS TO CERTAIN PERSONS. Signed by HONORABLE STEWART DALZELL on 3/4/2010.3/18/2010 ENTERED AND COPIES MAILED.(ap, ) (Entered: 03/18/2010) |
| 03/19/2010 | 188 | Sentencing Document by USA as to JENNIFER KHOUNSACKNARATH. with CERTIFICATE OF SERVICE. (ap, ) Modified on 3/19/2010 (ap, ). (Entered: 03/19/2010) |
| 03/19/2010 | 189 | Sentencing Document by USA as to DANNY KLOT. with CERTIFICATE OF SERVICE. (ap, ) (Entered: 03/19/2010) |
| 03/24/2010 | 190 | MOTION for Judgment and Preliminary Order of Forfeiture , *Certificate of Service* by USA as to DANNY KLOT. (FOULKES, ANDREA) (FILED UNDER SEAL) Modified on 3/26/2010 (ap, ). (Entered: 03/24/2010) |
| 03/24/2010 | 191 | SENTENCING DOCUMENT as to JENNIFER KHOUNSACKNARATH with CERTIFICATE OF SERVICE (FILED UNDER SEAL). (ap, ) (Entered: 03/25/2010) |
| 03/25/2010 | 192 | SENTENCING DOCUMENT as to DANNY KLOT WITH CERTIFICATE OF SERVICE (FILED UNDER SEAL). (ap, ) (Entered: 03/25/2010) |
| 03/25/2010 | 193 | SEALED Minute Entry for proceedings held before HONORABLE STEWART DALZELL held on 3/25/2010 for JENNIFER KHOUNSACKNARATH. Court Reporter ESR. (ap, ) (Entered: 03/26/2010) |
| 03/25/2010 | 194 | JUDICIAL DOCUMENT AS TO CERTAIN PERSON. Signed by HONORABLE STEWART DALZELL on 3/25/2010.3/26/2010 ENTERED AND COPIES MAILED by Chambers.(ap, ) (Entered: 03/26/2010) |
| 03/25/2010 | 195 | JUDGMENT AS TO JENNIFER KHOUNSACKNARATH. Signed by HONORABLE STEWART DALZELL on 3/25/2010.3/26/2010 Entered and Copies Mailed by Chambers. (FILED UNDER SEAL)(ap, ) (Entered: 03/26/2010) |
| 03/25/2010 | 196 | ORDER AS TO JENNIFER KHOUNSACKNARATH. Signed by HONORABLE STEWART DALZELL on 3/25/2010. 3/26/2010 Entered and copies Mailed by chambers. (FILED UNDER SEAL) (ap, ) (Entered: 03/26/2010) |
| 03/25/2010 | 197 | JUDICIAL DOCUMENT AS TO CERTAIN PERSON. Signed by HONORABLE STEWART DALZELL on 3/24/2010.3/26/2010 Entered and Copies Mailed. (ap, ) (Entered: 03/26/2010) |
| 03/25/2010 | 198 | SEALED Minute Entry for proceedings held before HONORABLE STEWART DALZELL held on 3/25/2010 for DANNY KLOT. Court Reporter ESR. (ap, ) (Entered: 03/26/2010) |
| 03/25/2010 | 199 | JUDGMENT AS TO DANNY KLOT. Signed by HONORABLE STEWART DALZELL on 3/25/2010. 3/26/2010 Entered and Copies |

|            |     | Mailed by Chambers. (FILED UNDER SEAL) (ap, ) (Entered: 03/26/2010) |
|------------|-----|---------------------------------------------------------------------|
| 03/25/2010 | 200 | SEALED ORDER AS TO DANNY KLOT. Signed by HONORABLE STEWART DALZELL on 3/25/2010. 3/26/2010 Entered and Copies Mailed by Chambers. (FILED UNDER SEAL) (ap, ) (Entered: 03/26/2010) |
| 03/31/2010 | 201 | SEALED AMENDED JUDGMENT AS TO JENNIFER KHOUNSACKNARATH. Signed by HONORABLE STEWART DALZELL on 3/31/2010.3/31/2010 Entered and Copies Mailed by Chambers. (FILED UNDER SEAL)(ap, ) (Entered: 03/31/2010) |
| 03/31/2010 | 202 | SEALED AMENDED JUDGMENT AS TO DANNY KLOT. Signed by HONORABLE STEWART DALZELL on 3/31/2010.3/31/2010 Entered and Copies Mailed by Chambers. (FILED UNDER SEAL). (ap, ) (Entered: 03/31/2010) |
| 04/15/2010 | 203 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 7/23/2010 at 11:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 04/15/2010) |
| 07/15/2010 | 204 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 10/22/2010 at 9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 07/15/2010) |
| 07/28/2010 | 205 | NOTICE OF HEARING as to TONY NGUYEN Sentencing is rescheduled to 10/15/2010 at 9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 07/28/2010) |
| 08/06/2010 | 206 | NOTICE OF HEARING as to CHHUN PRIL A Competency/Scheduling Hearing is set for 9/9/2010 at 11:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 08/06/2010) |
| 08/06/2010 | 207 | ORDER AS TO CHHUN PRIL THAT BY 9/1/2010 COUNSEL SHALL ADVISE THE COURT AS TO WHETHER THAT PARTY CONTESTS ANY ASPECT OF THE EVALUATION OR THE CERTIFICATE, AND SHALL EXPLAIN IN DETAIL THE NATURE OF THAT PARTY'S OBJECTIONS; A HEARING WILL CONVENE PURSUANT TO 18:4241(a) AND 4247(d) AT 11 AM ON 9/9/2010 in COURTROOM 15B. Signed by HONORABLE STEWART DALZELL on 8/6/2010.8/6/2010 Entered and Copies E-Mailed and Faxed by Chambers. (ap, ) (Entered: 08/06/2010) |
| 08/09/2010 | 208 | ORDER AS TO CHHUN PRIL THAT THE WARDEN OF FCI BUTNER AND THE US MARSHAL FOR THE ED OF PA PRODUCE BEFORE THIS COURT THE DEFENDANT ON 9/9/2010 AT 11 AM BEFORE THE HONORABLE STEWART DALZELL TO APPEAR FOR A COMPETENCY/SCHEDULING HERAING IN THE ABOVE-CAPTIONED MATTER, AND THAT IMMEDIATELY |

| | | UPON TEMRINATION OF THE SAID PROCEEDINGS, HE/SHE BE DELIVERED INTO THE CUSTODY OF FCI PHILADELPHIA. Signed by HONORABLE STEWART DALZELL on 8/9/2010.8/9/2010 Entered and Copies E-Mailed. (ap, ) (Entered: 08/09/2010) |
|---|---|---|
| 08/12/2010 | 209 | CERTIFICATE of Restoration of Competency to Stand Trial as to CHHUN PRIL (ap, ) (Entered: 08/12/2010) |
| 09/09/2010 | 210 | NOTICE OF HEARING as to CHHUN PRIL A STATUS HEARING IS SET FOR 10/8/2010 AT 3:00 PM IN COURTROOM 15-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 09/09/2010) |
| 09/09/2010 | 211 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL: Competency Hearing as to CHHUN PRIL held on 9/9/2010. The Court refers counsel to the Report received regarding the Defendant's competency to proceed in this matter. Counsel address the Court. The Court will defer ruling on this matter pending a status hearing to be scheduled for 10/8/2010 at 3 PM. Court Reporter ESR. (ap, ) (Entered: 09/09/2010) |
| 10/04/2010 | 212 | AMENDED NOTICE OF HEARING as to TONY NGUYEN Sentencing is rescheduled to 11/17/2010 at 9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/04/2010) |
| 10/08/2010 | 213 | NOTICE OF HEARING as to CHHUN PRIL JURY TRIAL IS SET FOR 11/16/2010 AT 11:00 AM IN COURTROOM 15-B BEFORE THE HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/08/2010) |
| 10/08/2010 | 214 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL: Resumed Competency Hearing as to CHHUN PRIL held on 10/8/2010. Counsel address the Court. Court finds the defendant competent to stand trial in this case. Trial scheduled for 11/16/2010 at 11 am.Court Reporter ESR. (ap, ) (Entered: 10/08/2010) |
| 10/08/2010 | 215 | ORDER AS TO CHHUN PRIL THAT TRIAL IN THIS MATTER, NOT TO EXCEED 3 DAYS FOR THE PRESENTATION OF THE GOVERNMENT'S CASE-IN-CHIEF, SHALL COMMENCE AT 11 AM ON 11/16/2010 IN COURTROOM 15B. Signed by HONORABLE STEWART DALZELL on 10/8/2010.10/8/2010 Entered and Copies E-Mailed. (ap, ) (Entered: 10/08/2010) |
| 10/14/2010 | 216 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 10/29/2010 at 9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/14/2010) |
| 10/28/2010 | 217 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 11/30/2010 at 9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 10/28/2010) |

| 11/12/2010 | | 218 | NOTICE OF HEARING as to TONY NGUYEN Sentencing is rescheduled to 11/17/2010 at 10:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 11/12/2010) |
| 11/15/2010 | 219 | | First Sentencing Document by TONY NGUYEN . (GOLDNER CINQUANTO, CAROLINE) (Entered: 11/15/2010) |
| 11/15/2010 | 220 | | SENTENCING DOCUMENT as to TONY NGUYEN (FOULKES, ANDREA) (Entered: 11/15/2010) |
| 11/15/2010 | | 222 | Sentencing Document by USA as to TONY NGUYEN, CERTIFICATE OF SERVICE. (ke) (Entered: 11/16/2010) |
| 11/16/2010 | | 221 | NOTICE OF HEARING as to CHHUN PRIL Sentencing is set for 2/17/2011 at 9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 11/16/2010) |
| 11/16/2010 | | 223 | SEALED Minute Entry for proceedings held before HONORABLE STEWART DALZELL as to CHHUN PRIL held on 11/16/2010. Court Reporter ESR. (FILED UNDER SEAL) (ap, ) (Entered: 11/17/2010) |
| 11/16/2010 | | 224 | Plea Document as to CHHUN PRIL (ap, ) (Entered: 11/17/2010) |
| 11/16/2010 | | 225 | Plea Document BY USA as to CHHUN PRIL (ap, ) (Entered: 11/17/2010) |
| 11/16/2010 | | 226 | JUDICIAL DOCUMENT AS TO CHHUN PRIL. Signed by HONORABLE STEWART DALZELL on 11/16/2010.11/17/2010 Entered and Copies Mailed by Chambers. (ap, ) (Entered: 11/17/2010) |
| 11/17/2010 | | 227 | JUDICIAL DOCUMENT AS TO TONY NGUYEN (2). Signed by HONORABLE STEWART DALZELL on 11/17/2010.11/17/2010 ENTERED AND COPIES MAILED BY CHAMBERS.(ap, ) (Entered: 11/17/2010) |
| 11/17/2010 | | 228 | SEALED Minute Entry for proceedings held before HONORABLE STEWART DALZELL held on 11/17/2010 for TONY NGUYEN (2).Court Reporter ESR. (FILED UNDER SEAL).(ap, ) (Entered: 11/17/2010) |
| 11/17/2010 | | 229 | SEALED JUDGMENT AS TO TONY NGUYEN (2). Signed by HONORABLE STEWART DALZELL on 11/17/2010.11/17/2010 Entered and Copies Mailed by Chambers. (FILED UNDER SEAL) (ap, ) (Entered: 11/17/2010) |
| 11/29/2010 | | 230 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 1/20/2011 at 11:00 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 11/29/2010) |
| 01/18/2011 | | 231 | MOTION for Judgment and Preliminary Order of Forfeiture with Certificate of Service by USA as to OLUTONKUNBO EFFUNNUGA. (FOULKES, ANDREA) (Entered: 01/18/2011) |
| 01/18/2011 | | 232 | |

| | | SENTENCING DOCUMENT BY USA as to OLUTONKUNBO EFFUNNUGA. CERTIFICATE OF SERVICE. (ap, ) Modified on 1/19/2011 (ap, ). (Entered: 01/19/2011) |
|---|---|---|
| 01/18/2011 | 233 | Sentencing Document by USA as to OLUTONKUNBO EFFUNNUGA. CERTIFICATE OF SERVICE. (ap, ) (Entered: 01/19/2011) |
| 01/20/2011 | 234 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 1/27/2011 at 9:30 AM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 01/20/2011) |
| 01/26/2011 | 235 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing is rescheduled to 1/28/2011 at 2:00 PM in COURTROOM 15-B before the HONORABLE STEWART DALZELL. (ea, ) (Entered: 01/26/2011) |
| 01/28/2011 | 237 | JUDICIAL DOCUMENT AS TO OLUTONKUNBO EFFUNNUGA (3). Signed by HONORABLE STEWART DALZELL on 1/28/2011.1/28/2011 ENTERED AND COPIES MAILED by Chambers.(ap, ) (Entered: 01/28/2011) |
| 01/28/2011 | 238 | SEALED ORDER AS TO OLUTONKUNBO EFFUNNUGA. Signed by HONORABLE STEWART DALZELL on 1/28/2011.1/28/2011 Entered and Copies Mailed by Chambers. (FILED UNDER SEAL) (ap, ) (Entered: 01/28/2011) |
| 01/28/2011 | 239 | JUDICIAL DOCUMENT AS TO OLUTONKUNBO EFFUNNUGA. Signed by HONORABLE STEWART DALZELL on 1/28/2011.1/28/2011 Entered and Copies Mailed by Chambers. (ap, ) (Entered: 01/28/2011) |
| 01/28/2011 | 236 | SEALED Minute Entry for proceedings held before HONORABLE STEWART DALZELL as to OLUTONKUNBO EFFUNNUGA held on 7/15/2009. Court Reporter ESR. (FILED UNDER SEAL) (ap, ) Modified on 1/31/2011 (ap, ). (Entered: 01/31/2011) |
| 01/28/2011 | 240 | SEALED Minute Entry for proceedings held before HONORABLE STEWART DALZELL held on 1/28/2011 for OLUTONKUNBO EFFUNNUGA (3). Court Reporter ESR. (FILED UNDER SEAL) (ap, ) (Entered: 01/31/2011) |
| 01/28/2011 | 241 | SEALED JUDGMENT AS TO OLUTONKUNBO EFFUNNUGA (3). Signed by HONORABLE STEWART DALZELL on 1/28/2011.1/31/2011 Entered and Copies Mailed by Chambers. (FILED UNDER SEAL) (ap, ) (Entered: 01/31/2011) |
| 02/02/2011 | 242 | SENTENCING DOCUMENT as to OLUTONKUNBO EFFUNNUGA. CERTIFICATE OF SERVICE. (ap, ) (Entered: 02/02/2011) |
| 02/14/2011 | 243 | SENTENCING MEMORANDUM Certificate of Service by CHHUN PRIL (Attachments: # 1 Exhibit A-D, # 2 Certificate of Service) (MANCANO, JOSEPH) (Entered: 02/14/2011) |
| | | |

| 02/16/2011 | 244 | MOTION for Judgment and Preliminary Order of Forfeiture by USA as to CHHUN PRIL, Certificate of Service. (FOULKES, ANDREA) Modified on 2/17/2011 (fh) (Entered: 02/16/2011) |
| 02/16/2011 | 245 | SENTENCING DOCUMENT as to CHHUN PRIL. CERTIFICATE OF SERVICE. (ap, ) (Entered: 02/16/2011) |
| 02/17/2011 | 246 | JUDICIAL DOCUMENT AS TO CERTAIN PERSONS. Signed by HONORABLE STEWART DALZELL on 2/17/2011.2/17/2011 Entered and Copies Mailed by Chambers. (ap, ) (Entered: 02/17/2011) |
| 02/17/2011 | 247 | JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE AS TO CHHUN PRIL. Signed by HONORABLE STEWART DALZELL on 2/17/2011.2/17/2011 Entered and Copies Mailed by Chambers, E-Mailed. (ap, ) (Entered: 02/17/2011) |
| 02/17/2011 | 248 | Minute Entry for proceedings held before HONORABLE STEWART DALZELL: Sentencing held on 2/17/2011 for CHHUN PRIL (1), Count (s) 1, 3, IMPRISONMENT: 140 MONTHS, SUPERVISED RELEASE: 6 YEARS, FINE: $2000, SPECIAL ASSESSSMENT: $200. Court Reporter ESR. (ap, ) (Entered: 02/17/2011) |
| 02/17/2011 | 249 | JUDGMENT AS TO CHHUN PRIL (1), Count(s) 1, IMPRISONMENT: 140 MONTHS; Count(s) 3, IMPRISONMENT: 120 MONTHS (TO RUN CONCURRENTLY WITH COUNT 1); SUPERVISED RELEASE: 6 YEARS, FINE: $2000, SPECIAL ASSESSSMENT: $200 AS TO ALL COUNTS. Signed by HONORABLE STEWART DALZELL on 2/17/2011.2/17/2011 Entered and Copies Mailed, E-Mailed by Chambers. (ap, ) (Entered: 02/17/2011) |
| 02/17/2011 | 🔒 | (Court only) ***Case Terminated as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT (ap, ) (Entered: 02/17/2011) |
| 02/17/2011 | 🔒 | (Court only) ***Judgment Index Record Added (afm, ) (Entered: 02/17/2011) |
| 08/16/2011 | 250 | Judgment Returned Executed as to CHHUN PRIL on 7/22/2011. (ap, ) (Entered: 08/16/2011) |
| 01/20/2012 | 251 | MOTION for Order *MOTION OF THE UNITED STATES FOR ENTRY OF A FINAL ORDER OF FORFEITURE, CERTIFICATE OF SERVICE* by USA as to CHHUN PRIL. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(FOULKES, ANDREA) (Entered: 01/20/2012) |
| 01/20/2012 | 252 | MOTION for Order *MOTION OF THE UNITED STATES FOR ENTRY OF A FINAL ORDER OF FORFEITURE, CERTIFICATE OF SERVICE* by USA as to DANNY KLOT. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(FOULKES, ANDREA) (Entered: 01/20/2012) |
| 01/20/2012 | 253 | MOTION for Order *MOTION OF THE UNITED STATES FOR ENTRY OF A FINAL ORDER OF FORFEITURE, CERTIFICATE OF SERVICE* by USA as to OLUTONKUNBO EFFUNNUGA. (Attachments: # 1 Exhibit 1)(FOULKES, ANDREA) (Entered: 01/20/2012) |

| 01/23/2012 | | 254 | JUDGMENT AND FINAL ORDER OF FORFEITURE AS TO CHHUN PRIL. Signed by HONORABLE STEWART DALZELL on 1/23/2012.1/23/2012 Entered and Copies E-Mailed. (ap, ) (Entered: 01/23/2012) |
| --- | --- | --- | --- |
| 01/27/2012 | | 255 | JUDGMENT AND FINAL ORDER OF FORFEITURE AS TO OLUTONKUNBO EFFUNNUGA. Signed by HONORABLE STEWART DALZELL on 1/27/2012.1/27/2012 Entered and Copies E-Mailed. (ap, ) (Entered: 01/27/2012) |
| 01/27/2012 | | 256 | JUDGMENT AND FINAL ORDER OF FORFEITURE AS TO DANNY KLOT. Signed by HONORABLE STEWART DALZELL on 1/27/2012.1/27/2012 Entered and Copies E-Mailed. (ap, ) (Entered: 01/27/2012) |
| 10/02/2013 | | 257 | REQUEST AND ORDER FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER AS TO OLUTONKUNBO EFFUNNUGA. Signed by HONORABLE STEWART DALZELL on 10/2/2013.10/2/2013 Entered and Copies E-Mailed. (ap, ) (Entered: 10/02/2013) |
| 04/01/2015 | 🔒 | 258 | CJA 23 Financial Affidavit by CHHUN PRIL (tomg, ) (Entered: 04/02/2015) |
| 04/01/2015 | | 259 | ORDER AS TO CHHUN PRIL (1) THAT THE TERM OF IMPRISONMENT IN THIS CASE IS REDUCED TO 135 MONTHS, EFFECTIVE 11/1/2015. Signed by HONORABLE STEWART DALZELL on 4/1/2015.4/2/2015 Entered and Copies E-Mailed AND CC USM BY CHAMBERS. (tomg, ) Modified on 4/2/2015 (tomg, ). (Entered: 04/02/2015) |
| 12/17/2015 | | 260 | Praecipe to Satisfy Judgment by USA as to OLUTONKUNBO EFFUNNUGA (kk, ) (Entered: 12/18/2015) |
| 01/15/2016 | 🔒 | 261 | CJA 23 Financial Affidavit by TONY NGUYEN (kk, ) (Entered: 01/19/2016) |
| 01/15/2016 | | 262 | ORDER REDUCING SENTENCE RE: 782 AMENDMENT AS TO TONY NGUYEN THAT THE TERM OF IMPRISONMENT IN THIS CASE IS REDUCED TO 108 MONTHS EFFECTIVE 11/1/2015, AND AND ALL PENDING PRO SE MOTIONS RELATED TO AMENDMENT 782 ARE MOOT AND HEREBY DISMISSED. Signed by HONORABLE STEWART DALZELL on 1/15/2016.1/19/2016 Entered and Copies E-Mailed. (kk, ) (Entered: 01/19/2016) |
| 03/16/2016 | | 263 | REPORT AND ORDER OF PROBATION OFFICER AS TO OLUTONKUNBO EFFUNNUGA THE ISSUANCE OF A SUMMONS DIRECTING THE NAMED SUPERVISED RELEASEE TO APPEAR AT A REVOCATION HEARING. Signed by HONORABLE STEWART DALZELL on 3/16/2016.3/16/2016 Entered and Copies E-Mailed. (ap, ) (Entered: 03/16/2016) |

| 05/05/2016 | 264 | ORDER REASSIGNING CASE. CASE REASSIGNED TO JUDGE HONORABLE PAUL S. DIAMOND as to CHHUN PRIL, TONY NGUYEN, OLUTONKUNBO EFFUNNUGA, JENNIFER KHOUNSACKNARATH, DANNY KLOT FOR ALL FURTHER PROCEEDINGS. JUDGE HONORABLE STEWART DALZELL NO LONGER ASSIGNED TO CASE. Signed by CHIEF JUDGE PETRESE B. TUCKER on 5/5/16.5/5/16 Entered and Copies E-Mailed. (eibo, ) (Entered: 05/05/2016) |
|---|---|---|
| 05/17/2016 | 265 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT PAUL J. HETZNECKER,ESQUIRE, IS APPOINTED TO REPRESENT THE ABOVE-NAMED DEFENDANT IN HIS VIOLATION MATTER PURSUANT TO THE CRIMINAL JUSTICE ACT. Signed by HONORABLE PAUL S. DIAMOND on 5/16/2016.5/17/2016 Entered and Copies E-Mailed. (kk, ) (Entered: 05/17/2016) |
| 05/18/2016 | 266 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 5/19/2016 has been postponed until 6/29/2016 at 2:00 PM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 05/18/2016) |
| 05/18/2016 | 267 | Letter as to OLUTONKUNBO EFFUNNUGA dated 5/18/2016 (kk, ) (Entered: 05/18/2016) |
| 06/10/2016 | 268 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 6/29/2016 WILL NOW TAKE PLACE AT 9:30 AM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 06/10/2016) |
| 06/28/2016 | 269 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 6/29/2016 has been postponed until 8/3/2016 at 2:00 PM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 06/28/2016) |
| 08/02/2016 | 270 | (PRO SE)Letter as to OLUTONKUNBO EFFUNNUGA dated 7/29/2016 (kk, ) (Entered: 08/02/2016) |
| 08/02/2016 | 271 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 8/3/2016 has been postponed until 8/30/2016 at 11:00 AM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 08/02/2016) |
| 08/23/2016 | 272 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 8/30/2016 HAS BEEN POSTPONED UNTIL 10/12/2016 at 2:00 PM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 08/23/2016) |
| 10/12/2016 | 273 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 10/12/2016 has been postponed until 11/2/2016 at 9:30 AM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 10/12/2016) |
| 10/31/2016 | 274 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 11/17/2016 at 9:30 AM before HONORABLE PAUL S. DIAMOND. This hearing will be conducted as a status hearing.(lk, ) (Entered: 10/31/2016) |
| 11/04/2016 | 275 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 11/17/2016 has been postponed until 12/1/2016 at 2:00 PM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 11/04/2016) |
| 11/30/2016 | 276 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA STATUS CONFERENCE SET FOR 12/1/2016 is postponed until 1/25/2017 at 11:00 AM BEFORE HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 11/30/2016) |
| 12/19/2016 | 277 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 1/25/ 2017 has been postponed until 1/30/2017 at 2:00 PM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 12/19/2016) |
| 01/26/2017 | 278 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 1/30/2017 has been postponed until 4/6/2017 at 11:00 AM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 01/26/2017) |
| 01/26/2017 | 279 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT THE WARDEN OF CFCF AND THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA PRODUCE BEFORE THIS COURT THE BODY OF OLUTONKUNBO EFFUNNUGA ON APRIL 6, 2017AT11:00 A.M. BEFORE THE HONORABLE PAUL S. DIAMOND TO APPEAR FOR A VIOLATION OF SUPERVISED RELEASE HEARING IN THE ABOVE- CAPTIONED MATTER. Signed by HONORABLE PAUL S. DIAMOND on 1/26/2017.1/27/2017 Entered and Copies E-Mailed. (kk, ) (Entered: 01/27/2017) |
| 04/05/2017 | 280 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release/Status is set for 5/31/2017 at 9:30 AM before HONORABLE PAUL S. DIAMOND. Courtroom 14A.(lk, ) (Entered: 04/05/2017) |
| 04/06/2017 | 281 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT THE WARDEN OF CFCF AND THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA PRODUCE BEFORE THIS COURT THE BODY OF OLUTONKUNBO EFFUNNUGA ON MAY 31, 2017 AT 9:30 A.M. IN COURTROOM 14A BEFORE THE HONORABLE PAUL S. DIAMOND TO APPEAR FOR A VIOLATION OF SUPERVISED RELEASE HEARING, ETC. Signed by HONORABLE PAUL S. DIAMOND on 4/5/2017.4/6/2017 Entered and Copies E-Mailed. (kk, ) (Entered: 04/06/2017) |
| 05/30/2017 | 282 | |

|            |     | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Sentencing set for 5/31/2017 has been postponed until 9/7/2017 at 2:00 PM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 05/30/2017) |
|------------|-----|-----|
| 07/21/2017 | 283 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT THE PARTIES SHALL BRIEF WHETHER I HAVE SUBJECT-MATTER JURISDICTION OVER THE MARCH 16, 2016 VIOLATION OF SUPERVISED RELEASE PETITION. THE GOVERNMENT AND PROBATION SHALL FILE SIMULTANEOUSLY INDIVIDUAL BRIEFS NO LATER THAN JULY 28, 2017, ETC. Signed by HONORABLE PAUL S. DIAMOND on 7/21/2017.7/21/2017 Entered and Copies E-Mailed. (kk, ) (Entered: 07/21/2017) |
| 07/21/2017 | 284 | (PRO SE) Letter as to OLUTONKUNBO EFFUNNUGA DATED 4/20/2017 (kk, ) (Entered: 07/24/2017) |
| 07/24/2017 | 285 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT THE DEADLINES SET FORTH IN MY 7/21/2017 ORDER 283 ARE AMENDED AS FOLLOWS: THE GOVERNMENT AND PROBATION SHALL FILE SIMULTANEOUSLY INDIVIDUAL BRIEFS NO LATER THAN AUGUST 4, 2017, ETC. Signed by HONORABLE PAUL S. DIAMOND on 7/24/2017.7/25/2017 Entered and Copies E-Mailed. (kk, ) (Entered: 07/25/2017) |
| 08/08/2017 | 286 | Response by USA as to OLUTONKUNBO EFFUNNUGA re 285 Order, *GOVERNMENT'S RESPONSE REGARDING VOSR JURISDICTION, WITH CERTIFICATE OF SERVICE* (Attachments: # 1 "A")(FOULKES, ANDREA) (Entered: 08/08/2017) |
| 08/10/2017 | 287 | LETTER FROM U.S. PROBATION OFFICE DATED 8/9/2017 as to OLUTONKUNBO EFFUNNUGA (kk, ) (Entered: 08/10/2017) |
| 08/10/2017 | 288 | Response by OLUTONKUNBO EFFUNNUGA as to USA RE: 286 Response Regarding VOSR Jurisdiction , CERTIFICATE OF SERVICE. (Attachments: # 1 Exhibit)(HETZNECKER, PAUL) Modified on 8/11/2017 (afm, ). (Entered: 08/10/2017) |
| 08/28/2017 | 289 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA STATUS CONFERENCE SET FOR 9/7/2017 has been postponed until 10/4/2017 at 2:00 PM BEFORE HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 08/28/2017) |
| 09/07/2017 | 290 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT BECAUSE THE MAY 18TH NOTICE CONSTITUTES A TIMELY WARRANT OR SUMMONS UNDER 18 U.S.C. § 3583(I), THIS COURT HAS SUBJECT-MATTER JURISDICTION TO CONSIDER DEFENDANTS SUPERVISED RELEASE VIOLATION. Signed by HONORABLE PAUL S. DIAMOND on 9/7/2017.9/8/2017 Entered and Copies E-Mailed. (kk, ) (Entered: 09/08/2017) |
| 09/22/2017 | 291 | Letter as to OLUTONKUNBO EFFUNNUGA DATED 9/21/2017 (kk, ) (Entered: 09/22/2017) |

| 10/03/2017 | | 292 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA STATUS CONFERENCE SET FOR 10/4/2017 has been postponed until 11/1/2017 at 11:00 AM BEFORE HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 10/03/2017) |
| 11/14/2017 | | 293 | NOTICE OF HEARING as to OLUTONKUNBO EFFUNNUGA Hearing re Revocation of Supervised Release set for 11/1/2017 has been postponed to 1/24/2018 at 2:00 PM before HONORABLE PAUL S. DIAMOND. (lk, ) (Entered: 11/14/2017) |
| 12/28/2017 | | 294 | WRIT OF 4/5/2017 RETURNED EXECUTED as to OLUTONKUNBO EFFUNNUGA ON 5/24/2017. (kk, ) (Entered: 12/28/2017) |
| 01/24/2018 | 🔒 | 295 | Minute Entry for proceedings held before HONORABLE PAUL S. DIAMOND RE: VIOLATION OF SUPERVISED RELEASE as to OLUTONKUNBO EFFUNNUGA held on 1/24/2018. DEFT SWORN. DEFT STIPULATES TO THE VIOLATION. COURT SENTENCES DEFT TO BOP FOR A TERM OF 13 MONTHS WITH NO TERM OF SUPERVISION TO FOLLOW. Court Reporter B. JOHNSON.(kk, ) (Entered: 01/25/2018) |
| 01/25/2018 | | 296 | ORDER AS TO OLUTONKUNBO EFFUNNUGA THAT THE DEFENDANT HAS VIOLATED THE TERMS OF HIS SUPERVISED RELEASE AND THE DEFENDANTS SUPERVISED RELEASE IS HEREBY REVOKED AS FOLLOWS: THE DEFENDANT IS REMANDED TO THE CUSTODY OF THE BUREAU OF PRISONS TO BE INCARCERATED FOR THIRTEEN (13) MONTHS, WITH NO TERM OF SUPERVISED RELEASE TO FOLLOW. Signed by HONORABLE PAUL S. DIAMOND on 1/24/2018.1/25/2018 Entered and Copies E-Mailed. (kk, ) (Entered: 01/25/2018) |
| 02/05/2018 | | 297 | (PRO SE) Letter as to OLUTONKUNBO EFFUNNUGA dated 1/30/2018. (ems) (Entered: 02/05/2018) |