EXhibit-G

# Ream 2 of 2

**291 (501 to 791) of 791 pages**

Civil Action No. 18-924



# Request #16045126

# OLUTOKUNBO EFUNNUGA

Procedure to Be Performed: _Left Thoracentesis_          Unit Procedure Performed: _____

Nurse/Technologist to complete with check mark or N/A

| (1) Pre-Procedure Verification | | | | |
|---|---|---|---|---|
| ☑ Patient/Patient Representative has confirmed: | *identity | *site | *procedure | *consent |

☑ Is Patient on Anticoagulation Therapy  ☐ No   ☑ Yes; Type: _Eliquis_
☐ Physician Notified _____          Date\Time: _10/20/16_

| | N/A ☐ |
|---|---|
| ☑ Surgical/Procedural site initialed by physician | N/A ☐ |
| ☑ H&P Completed within 30 days of procedure | N/A ☐ |
| ☑ H&P Updated within 24 hrs of admission or registration | N/A ☐ |

**DOES PATIENT HAVE A :**
Known allergy?   ☑ No   ☐ Yes

| ☑ Implants, devices and special equipment available and functioning? | N/A ☐ |
|---|---|

Participants: _____

Nurse/Technologist Signature: _____

| (2) "Time Out" Verification   before incision/start of procedure |
|---|
| **"Time Out" Suspend All Activities** |

Primary Procedure: _____
☑ Confirm all team members have introduced themselves by name and role
  Participants:

| ☑ Entire procedure team verbally confirms. | *patient | *site | *procedure |
|---|---|---|---|

☑ Proceduralist Reviews:  What are the critical or unexpected steps, operative duration, anticipated blood loss?

☑ Nursing Team Reviews: Has sterility been confirmed?  Are there any patient-specific concerns?

| ☐ Antibiotic infused/ing and redosing discussed, if applicable | N/A ☑ |
|---|---|
| ☑ Relevant images and results properly labeled and correctly displayed, if applicable | N/A ☐ |

Fire Risk:   ☑ (1) Low   ☐ (2) Medium   ☐ (3) High   ☐ (4) N/A

"Time Out" Time: _15:27_   Date: _10/20/16_
Nurse/Technologist Signature: _____

**(3) Debriefing**

**NURSE VERBALLY CONFIRMS WITH THE TEAM:**

☑ Review specimens and how each is labeled, if applicable

☑ Discuss equipment/instrument problems to report and case improvements

☑ Entire Team reviews the key concerns for recovery and further management of this patient

Participants: _____

Nurse/Technologist Signature: _____

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEDSIDE PROCEDURE CHECKLIST**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC: FA1307223089  MR: F001250247

## MERCY FITZGERALD HOSPITAL

| TIME | BP | P | R | 02 SAT | EKG |
|------|------|------|------|------|------|
| 15 | 159/82 | 122 | 22 | 92 | 81 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Procedure: Light Thoracentes

Physician: Dr. Berg

_____

_____

_____

_____

_____

_____

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC: FA1307223089  MR: F001250247



**Surgical / Invasive Procedure Site Verification**

**Location of Procedure**

☐ Operating Room   ☑ Interventional Radiology   ☐ Endoscopy Suite   ☐ Cardiac Cath Lab   ☐ Other

**Verification #1**   ☐ SPU   ☑ Nursing Unit   ☐ ED   ☐ Other _____

Date __10/20/16__ Time __2P__   Allergies __NKA__

   Verified correct patient
   Verified correct site: ☐ Left   ☑ No Laterality   ☐ Right   ☐ Bilateral   Level _____
   Verified correct procedure as stated by patient/family/guardian
   Verified operative consent accurately completed and signed

RN/Technician Signature _____   Any discrepancy call physician

**Verification #2**          **Site Verification and Marking**
                  **Holding Area/Pre-Procedure Area**

Date _____   Time _____

   Verified correct patient
   Verified correct procedure
   Verified all relevant documents are available and matched to the patient's identifiers
   Verified operative consent accurately completed and signed
   Verified correct diagnostic and radiology test results are available and properly labeled
   Proceduralist marked: Site _____ ☐ Left   ☐ No Laterality   ☐ Right   ☐ Bilateral  Level _____
   Verified blood products, equipment/implants or special equipment are available, labeled and matched to patient's identifiers appropriate

*defer to IR*

RN/Technician Signature _____   Any discrepancy call physician

**Verification #2**          **Final Verification (Patient is on procedure table)**

Date _____   Time "Final Time Out" _____

   Attending Proceduralist verified correct patient
   Procedure consent is accurate and signed
   Correct side and site marking visible after draping and confirmed
   All in agreement of procedure to be done
   Correct patient positioning
   Radiographic images and results are properly labeled and displayed as appropriate
   Antibiotic administered prior to incision as appropriate
   Fluids for irrigation available if appropriate
   Safety precautions addressed as appropriate (allergies /implants)
   Sequential device present as appropriate
   **Surgical/Procedure Team Confirms - "Does anyone have any questions or concerns before proceeding?" "Is everyone in agreement?"**

*defer to IR*

Signature RN Technician _____   Additional procedure "Time Out" if applicable _____

🛡 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**SURGICAL/INVASIVE PROCEDURE SITE VERIFICATION**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247







## Surgical / Invasive Procedure Site Verification

**Location of Procedure**
☐ Operating Room    ☒ Interventional Radiology    ☐ Endoscopy Suite    ☐ Cardiac Cath Lab    ☐ Other

**Verification #1**    10 28 16    ☐ SPU    ☒ Nursing Unit    ☐ ED    ☐ Other _____
Date ___10/28/16___ Time __12__    Allergies _____

Verified correct patient
Verified correct site: ☐ Left    ☒ No Laterality    ☐ Right    ☐ Bilateral    Level _____
Verified correct procedure as stated by patient/family/guardian
Verified operative consent accurately completed and signed

RN/Technician Signature _____    Any discrepancy call physician

---

**Verification #2**    Site Verification and Marking
Holding Area/Pre-Procedure Area

Date _____ Time _____

Verified correct patient

Verified correct procedure

Verified all relevant documents are available and matched to the patient's identifiers

Verified operative consent accurately completed and signed
Verified correct diagnostic and radiology test results are available and properly labeled

Proceduralist marked: Site _____ ☐ Left    ☐ No Laterality    ☐ Right    ☐ Bilateral Level _____

Verfied blood products, equipment/implants or special equipment are available, labeled and matched to patient's identifiers appropriate

RN/Technician Signature _____    Any discrepancy call physician

---

**Verification #2**    Final Verification (Patient is on procedure table)

Date _____ Time "Final Time Out" _____

Attending Proceduralist verified correct patient

Procedure consent is accurate and signed

Correct side and site marking visible after draping and confirmed

All in agreement of procedure to be done

Correct patient positioning

Radiographic images and results are properly labeled and displayed as appropriate

Antibiotic administered prior to incision as appropriate

Fluids for irrigation available if appropriate

Safety precautions addressed as appropriate (allergies /implants)

Sequential device present as appropriate

Surgical/Procedure Team Confirms - "Does anyone have any questions or concerns before proceeding?" "Is everyone in agreement?"

Signature RN Technician _____    Additional procedure "Time Out" if applicable _____

---

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**SURGICAL/INVASIVE PROCEDURE SITE VERIFICATION**



Page 1 of 1
Form NS552, Rev. 01/08/09
SUR.X.TIMEOUT

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



**Procedure to Be Performed:** _PICC, PLACEMENT_    **Unit Procedure Performed:** _506_

**Indication for Procedure/Diagnosis:** _BLOOD DRAWS / LTAB ?_

**Time Out Performed Immediately Before Starting the Procedure:**
- Verified Correct Patient
- Verified Correct Procedure
- Correct patient positioning
- Correct Side & Site Marked and Visible After Draping and confirmed
- Procedure consent is accurate and signed
- Safety precautions addressed as appropriate
- Availability of special equipment, radiographic images, documents as needed
- All members are in agreement of the procedure to be done
- Procedure Team confirms – "Does anyone have any questions or concerns before proceeding?"
  "Is everyone in agreement?"

**Signature RN/Technician/Physician** _D. Henry, RN_
**Date/Time of time out** _10/11/16_

**Infection Prevention Procedure:**

| Hand Hygiene: | Antimicrobial Soap & Water | Alcohol Based Hand Rub | Other |
|---|---|---|---|
| **Skin Prep:** | Chlorhexidine/Alcohol | Other | Allow prep to dry for 2-3 minutes. |
| **Barrier Precautions:** | Mask/Eye Shield | Large Sterile Drape | Cap |
| | Sterile Gown | Sterile Gloves | Other |

**Procedure/Central Line Insertion:**
- ☐ Single Lumen CV
- ☐ PA Catheter
- ☑ Picc Line
- ☐ Multi Lumen CV
- ☐ Dialysis Catheter
- ☐ Single Lumen
- ☐ Dual Lumen

**Procedure/Other:**
- ☐ Arterial Line
- ☐ Lumbar Puncture
- ☐ Drain Insertion
- ☐ Paracentesis
- ☐ Chest Tube Insertion
- ☐ Intubation
- ☐ Bronchoscopy
- ☐ Other

**Insertion Site:**
- ☐ Subclavian
- ☐ Jugular
- ☐ Femoral

**Location:**
- ☐ Brachial
- ☑ Basilic
- ☐ Cephalic
- ☐ Median Cubital
- ☐ Other

**Insertion Side:**
- ☐ Right
- ☑ Left

**Sedation/Anesthesia:**
- ☑ Local
- ☐ IV Sedation
- ☐ General
- ☐ None
- ☐ Other

**Procedure Description/Post Procedure Comments:** _As per MD order + MCMC, polocy #5 F PICC inserted in L Basilic Pt Cath 43cm EIT BCN/ w/tip. Insert tol procedure will. CXR ordered to verify PICC tip verified RN Annie_

**Estimated Blood Lost:** none unless noted _____
**Specimen:** none unless noted _____
**Complications/Corrective Action:** _____

**Operating Clinician Name (print):** _Debbie Henry_
**Signature:** _Debbie Henry_    **Date/Time:** _10/11/16_
**Supervising Clinician Name (print):** _Justin Young_
**Signature:** _Justin Young_    **Date/Time:** _10/11/16_



**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INVASIVE PROCEDURE NOTE**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37    M
ADM: 10/07/16
ACC: PA1307223089  MR: F001250247

Attach this Catheter Maintenance Guide to patient's chart.

**Bard Access Systems, Inc.**

# Power Picc
### THE UNIVERSAL PICC  The Power of Purple

## Polyurethane PICC

PowerPICC® Catheter

This patent has a PowerPICC® catheter
inserted on 10/11/16

by: PICC TEAM

REF 3275108
LOT REAT1787
2017-12-28

(01)00800174100042 3
(17)171228
(10)REAT1787

## When cleaning the exit site:

**WARNING:**
- Do not wipe the catheter with acetone based solutions, or polyethylene glycol containing ointment. These can damage the polyurethane material if used over time.
- Avoid prolonged or excessive contact with alcohol or alcohol containing antiseptics as these are known to degrade polyurethane catheters over time

**DO:**
- Maintain according to hospital protocol. Avoid using acetone based solutions, or ointment. These substances are known to degrade polyurethane.
- Use chlorhexidine gluconate and/ or povidone iodine to clean the exit site around the catheter
- Allow all cleaning agents/antiseptics to dry completely before applying dressing

**Catheter Maintenance**
Flush each lumen of the catheter with 10 ml saline every 12 hours or after each use. In addition, lock each lumen of the catheter with heparinized saline. Usually, one ml per lumen is adequate

# BARD

* Bard, PowerPICC "The Power of Purple", and the color purple are trademarks and/or registered trademarks of C. R. Bard, Inc. or its affiliate.

Bard Access Systems, Inc.
Salt Lake City, UT USA 84116
801-595-0700
Clinical Hotline 1-800-443-3385
Ordering 1-800-545-0890
www.bardaccess.com
www.powerpicc.com

0715357 / 0708R

## New Important Information:

- Contrast media should be warmed to body temperature prior to power injection. Warning: Failure to warm contrast media to body temperature prior to power injection may result in catheter failure
- Vigorously flush the PowerPICC® catheter using a 10 ml or larger syringe and sterile normal saline prior to and immediately following the completion of power injection studies. In addition, lock each lumen of the catheter with heparinized saline. Usually one ml per lumen is adequate. This will ensure the patency of the PowerPICC® catheter and prevent damage to the catheter. Resistance to flushing may indicate partial or complete catheter occlusion. Do not proceed with power injection study until occlusion has been cleared. Warning: Failure to ensure patency of the catheter prior to power injection studies may result in catheter failure
- Do not exceed the maximum flow rate of 5 ml/sec. Warning: Power injector machine pressure limiting feature may not prevent over pressurization of an occluded catheter, which may cause catheter failure. Warning: Exceeding the maximum flow rate of 5 ml/sec, or the maximum pressure of power injectors of 300 psi, may result in catheter failure and/or catheter tip displacement.
- Warning: PowerPICC® catheter indication for power injection of contrast media implies the catheter's ability to withstand the procedure, but does not imply appropriateness of the procedure for a particular patient. A suitably trained clinician is responsible for evaluating the health status of a patient as it pertains to a power injection procedure
- Use only lumens marked "Power Injectable" for power injection of contrast media. Warning: Use of lumens not marked "Power Injectable" for power injection of contrast media may cause failure of the catheter.

## Power Injection Procedure:

1. Remove the injection/needleless cap from the PowerPICC® catheter.
2. Attach a 10 ml or larger syringe filled with sterile normal saline
3. Aspirate for adequate blood return and vigorously flush the catheter with the full 10 ml of sterile normal saline. Warning: Failure to ensure patency of the catheter prior to power injection studies may result in catheter failure
4. Detach syringe
5. Attach the power injection device to the PowerPICC® catheter per manufacturer's recommendations.
6. Contrast media should be warmed to body temperature prior to power injection. Warning: Failure to warm contrast media to body temperature prior to power injection may result in catheter failure.
7. Use only lumens marked "Power Injectable" for power injection of contrast media. Warning: Use of lumens not marked "Power Injectable" for power injection of contrast media may cause failure of the catheter.
8. Complete power injection study taking care not to exceed the flow rate limits. Warning: Power injector machine pressure limiting feature may not prevent over pressurization of an occluded catheter, which may cause catheter failure. Warning: Exceeding the maximum flow rate of 5 ml/sec, or the maximum pressure of power injectors of 300 psi, may result in catheter failure and/or catheter tip displacement.
9. Disconnect the power injection device.
10. Replace the injection/needleless cap on the PowerPICC® catheter.
11. Flush the PowerPICC® catheter with 10 ml of sterile normal saline, using a 10 ml or larger syringe. In addition, lock each lumen of the catheter with heparinized saline. Usually one ml per lumen is adequate

   

 **WARNING:** Certain implants, devices, or objects may be hazardous to you and/or may interfere with the MR procedure (i.e., MRI, MR angiography, functional MRI, MR spectroscopy). **Do not enter** the MR system room or MR environment if you have any question or concern regarding an implant, device, or object. Consult the MRI Technologist or Radiologist BEFORE entering the MR system room. The MR system magnet is ALWAYS on.

Please indicate if you have any of the following:

- ☐ No ☐ Yes Aneurism Clips(s)
- ☐ No ☐ Yes Cardiac pacemaker
- ☑ No ☐ Yes Implant cardioverter defibrillator (ICD)
- ☐ No ☐ Yes Electronic Implant or Device
- ☐ No ☐ Yes Magnetically-activated implant or device
- ☐ No ☐ Yes Neurostimulation system
- ☐ No ☐ Yes Spinal cord stimulator
- ☐ No ☐ Yes Internal electrodes or wires
- ☐ No ☐ Yes Bone growth/bone fusion stimulator
- ☐ No ☐ Yes Cochear, otologic, or other ear implant
- ☐ No ☐ Yes Insulin or other infusion pump
- ☐ No ☐ Yes Implanted drug infusion device
- ☐ No ☐ Yes Any type of prothesis (eye, penile, etc.)
- ☐ No ☐ Yes Heart valve prosthesis
- ☐ No ☐ Yes Eyelid spring or wire
- ☐ No ☐ Yes Artificial or prosthetic limb
- ☐ No ☐ Yes Magnetic stent, filter, or coil
- ☐ No ☐ Yes Shunt (spinal or intraventricular)
- ☐ No ☐ Yes Vascular access port and/or catheter
- ☐ No ☐ Yes Radiation seeds or implants
- ☐ No ☐ Yes Swan-Ganz or thermodilution catheter
- ☐ No ☑ Yes Medication patch (Nicotine, Nitroglycerine)
- ☐ No ☐ Yes Any metallic fragment or foreign body
- ☐ No ☐ Yes Wire mesh implant
- ☐ No ☐ Yes Tissue expander (e.g., breast)
- ☐ No ☐ Yes Surgical staples, clips, or metallic surfaces
- ☐ No ☐ Yes Joint replacement (hip, bones, etc.)
- ☐ No ☐ Yes Bone/joint pin, screw, nail, wire, plastic, etc.
- ☐ No ☐ Yes IUD, diaphragm, or pessary
- ☐ No ☐ Yes Dentures or partial plates
- ☐ No ☐ Yes Tattoo or permanent makeup
- ☐ No ☐ Yes Body piercing jewelry
- ☐ No ☐ Yes Hearing aid (Remove before entering the MR system room)
- ☐ No ☐ Yes Other implant _____
- ☐ No ☐ Yes Breathing problem or motion disorder
- ☐ No ☐ Yes Claustrophobia
- ☐ No ☐ Yes Wireless endoscopic camera
- ☐ No ☐ Yes Deep brain stimulation

**AN MRI CANNOT BE PERFORMED IF THE PATIENT HAS:**
**ANEURYSM CLIP(S)**
**CARDIAC PACEMAKER**

Please mark on the figure(s) below the location of any implant or metal inside of or on your body.

RIGHT    LEFT LEFT    RIGHT

⚠ **IMPORTANT INSTRUCTIONS**

Before entering the MR environment or MR system room, you must remove all metallic objects including hearing aids, dentures, partial plates, keys, beepers, cell phone, eyeglasses, hair pins, barrettes, jewelry, body piercing jewelry, watch, safety pins, paper clips, money clips, credit cards, bank cards, magnetic strip cards, cords, pocket knife, nail clipper, tools, clothing with metal fasteners and clothing with metal threads.

Please consult the MRI Technologist or Radiologist if you have any questions or concerns BEFORE you enter the MR system room.

NOTE: You will be required to wear earplugs during the MR procedure.

## MAGNETIC RESONANCE IMAGING HISTORY & ASSESSMENT

1. Have you had prior surgery or an operation (e.g., arthroscopy, endoscopy, etc.) of any kind?    ☐ No    ☐ Yes
   If yes, please indicat the date and type of surgery:

Date: ___/___/___    Type of surgery _____

Date: ___/___/___    Type of surgery _____

*Please turn over to continue*

## MAGNETIC RESONANCE IMAGING HISTORY & ASSESSMENT

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

MAGNETIC RESONANCE IMAGING HISTORY AND ASSESSMENT

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



Page 1 of 2
Form #NSS82F, Rev. 11/2009
PHY.X.HISTPHY



2. Have you had prior diagnostic imaging study or examination (MRI, CT, Ultrasound, X-ray, etc.?    ☐ No    ☐ Yes
   If yes, please list:              Body part              Date                    Facility

   MRI              _____    ___/___/___    _____
   CT/CAT Scan      _____    ___/___/___    _____
   X-Ray            _____    ___/___/___    _____
   Ultrasound       _____    ___/___/___    _____
   Nuclear Medicine _____    ___/___/___    _____
   Other_____   _____    ___/___/___    _____

3. Have you ever experienced any problem related to a previous MRI examination or MRI procedure?    ☐ No    ☐ Yes
   If yes, please describe: _____

4. Have you had an injury to the eye involving a metallic object or fragment    ☐ No    ☐ Yes
   (e.g., metallic slivers, shavings. foreign body, etc.)?
   If yes, please describe: _____

5. Have you ever been injured by a metallic object or foreign body (e.g., BB, bullet, shrapnel, etc.)?    ☐ No    ☐ Yes
   If yes, please describe: _____

6. Are you currently taking or have you recently taken any medication or drug?    ☐ No    ☐ Yes
   If yes, please list: _____

7. Are you allergic to any medication?    ☐ No    ☐ Yes
   If yes, please list: _____

8. Do you have a history of asthma, allergic reaction, respiratory disease, or reaction to a    ☐ No    ☐ Yes
   contrast medium or dye use for an MRI, CT, or X-ray examination?

9. Do you have anemia or any disease(s) that affects your blood, a history of renal (kidney)    ☐ No    ☐ Yes
   disease or seizures?
   If yes, please describe: _____

10. How much do you weight? _____

For female patients:

11. Date of last menstrual period: ___/___/___    Post menopausal?    ☐ No    ☐ Yes
12. Are you pregnant or experiencing a late menstrual period?    ☐ No    ☐ Yes
13. Are you taking oral contraceptives or receiving hormonal treatment?    ☐ No    ☐ Yes
14. Are you taking any type of fertility medication or having fertility treatments?    ☐ No    ☐ Yes
    If yes, please describe: _____
15. Are you currently breast-feeding?    ☐ No    ☐ Yes

I attest that the above information is correct to the best of my knowledge. I have read and understand the contents of this form and had the opportunity to ask questions regarding the information on this form and regarding the MRI procedure that I am about to undergo.

Date: ___/___/___

Signature of Person Completing Form _____    Time: _____
                                          Signature

Form Completed by: ☐ Patient  ☐ Relative  ☐ Nurse: _____    _____
                                                    Print Name              Relationship to Patient

Form Information Reviewed By: _____
                              Print Name                    Signature

☐ MRI Technologist    ☐ Nurse    ☐ Radiologist    ☐ Other: _____

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

MAGNETIC RESONANCE IMAGING HISTORY AND ASSESSMENT

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979  37Y  M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

Page 2 of 2
Form #N3582-F, Rev. 11/2009
PHY.X.HISTPHY



**Mercy Fitzgerald Hospital**

**Operating Room Case Record Report**



EFUNNUGA, OLUTOKUN
MRN: 000515954
Acct #: FA1306093293
DOB: 03/06/1979          37 / M
DOS: 10/24/2016

| Surgeons and Procedures | | |
|---|---|---|
| Physician 1 | SHARIFF,HAJI | Right VATS decortication |

### Preop Assess Holding

| | | | |
|---|---|---|---|
| Time in Holding: 11:02 | | Admitted From: Patient Room | |
| Patient Identified: Y | | Type and Screen: | Y |
| Verifies operative procedure: Y | | Type and Cross: | Y |
| Verifies allergies: Y | | Blood Permit: | Y |
| Chart reviewed and complete for relevant documents: Y | | CXR: | N |
| Operative Consent Complete and signed: Y | | EKG: | Y |
| Anesthesia consent complete and signed: Y | | H and P: | Y |
| Blood Work: Y | | DVT Protocol: | Y |

**Site Marking by Attending Physician**

| Site | Laterality | Level | Procedure(s) as stated by patient/family/guardian |
|---|---|---|---|
| Chest | Right | | "they are checking my lungs" |

Family in Waiting Room:  N

Verified correct diagnostic and radiology test results are available and properly labeled:   Y

·Verified blood products equipment implants or special equipment are available labeled and matched to patients identifiers as appropriate:
Y

| Room Ready: Y | RN: KEYSER,ROBIN ,RN |
|---|---|

| Significant PMH / PSH: | HIV +, glaucoma, ETOH withdrawal, rhabadmyolysis, drug overdose |
|---|---|

| Mobility | Assistive Devices | | | |
|---|---|---|---|---|
| Total Assistance | | | | |

| Level of Consciousness | Other | Psychological | Other | Communication | Other |
|---|---|---|---|---|---|
| Other | sedated on vent | Other | sedated on vent | Other | sedated on vent |
| Skin Appearance | Other | Musculo-skelton | Other | | |
| Cool | | ROM limitations | | | |

### Case Start / Personnel

| Patient in Room:  11:05 | Anesthesia Start:  11:05 | ASA Classification:  IV | Add On:  N |
|---|---|---|---|
| Proc Start Time:  12:20 | Anesthesia Type:  General Anesthesia | | |

| PreOp Diagnosis: | empyema right lung |
|---|---|

| Staff Role | Staff Name | Time In | Time Out | Time In | Time Out |
|---|---|---|---|---|---|
| Circulator | Doherty, Meghan | 10:30 | 11:35 | 12:05 | 14:55 |
| Scrub Technician | Walsh, Rachael | 10:30 | 14:55 | | |
| Circulator | KEYSER,ROBIN ,RN | 11:30 | 12:05 | | |

| Anesthesia Staff | Name | Role |
|---|---|---|
| MALIK, PAVAN | Marcoe | Residents |
| HIN, DYNO | | |

### Prep / Positioning

| Position | Device | Device | Device | Device | Extremity | Extremity Position |
|---|---|---|---|---|---|---|
| Left Lateral | Beachchair Positioner | Pillow | Donut | Lateral Support | Right upper extremity | Armboard |
| | | Gel Rolls | | | Left upper extremity | Armboard |
| | | Overhead Arm Board | | | | |

 Mercy Fitzgerald Hospital 

**Operating Room Case Record Report**

EF... NUGA, OLUTOKU...
MR... F000515954
Acct #: FAI306093293
DOB: 03/06/1979                    37 / M
DOS: 10/24/2016

| | | |
|---|---|---|
| *Positioned By:* MALIK, PAVAN HIN, DYNO SHARIFF,HAJI | *Pad Bony Prominences:* Y | *Safety belt applied and secured:* Y |

*Skin Prep:* Y    *Skin Prep:* Chloraprep

*Hair Removed in OR with Clipper:* N                    *Hair removal 48hrs prior to surgery:* N/A

*DURAPREP OR ALCOHOL BASED SOLUTIONS:* Y    *3 minute dry time/no pressence of pooling:* Y

**ESU / Tourniuet / Counts**

*ELECTROSURGICAL UNIT* Y

| ESU # 23775-A | Ground Pad Site Megadyne | Side | Bipolar - | Cut 35 | Coag 35 |
|---|---|---|---|---|---|

*TOURNIQUET:* N/A

| COUNT: Y | Count | Count Stafff 1 | Count Staff 2 |
|---|---|---|---|
| | In Count | Doherty, Meghan | Walsh, Rachael |
| | Closing Count | Doherty, Meghan | Walsh, Rachael |
| | Second Count | Doherty, Meghan | Walsh, Rachael |
| | Final Count | Doherty, Meghan | Walsh, Rachael |

*Surgeon Notified of Counts:* Y    *If Counts Unresolved, X-Ray Taken:* N/A
*Name of practitioner confirming count:* Marcoe

**Fire Risk/Patient Safety**

*Surgical site above Xiphoid?* Yes = 1    *Open oxygen source?* No = 0

*Available ignition source?* Yes = 1    *Fire Risk Scoring:* TWO

*Moderate/High Fire Risk Protocol:*

*Includes all routine protocols:* Y    *Use draping tech to minimize O2 concentration:* Y

*Minimize electrical surgical unit settings:* Y    *Encourage use of wet sponges:* Y

*Basin of sterile saline or H2O:* Y    *Anesthesia documents O2 concentration flow:* Y

*Surgical Safety Checklist:*

*How long will the case take?* 2 hours

*What is the anticipated blood loss?* 400 ml

*Key concerns for patient recovery/management?*    no concerns

**Final Verification**

*Patient in Room:* 11:05    *TIME OUT FOR PROCEDURE VERIFICATION:* 12:19    *Nurse:* Doherty, Meghan
Y    A. Attending Proceduralist verified correct patient
Y    B. Procedure consent is accurate and signed
Y    C. Safety Precautions - Allergies read aloud
Y        Acknowledgement of implant existing devices
Y        Sterility verified - no specific concerns
Y    D. Correct patient positioning
Y    E. Site marking confirmed/correct and visible after patient is draped
Y    F. Special Equipment
N/A    G. Radiographic images properly labeled and displayed as appropriate
Y    H. Implants available/fluids for irrigation available if appropriate
Y    I. Antibiotics administered prior to incision per anesthesia
Y    J. SCD present as ordered
Y    K. Verified all relevant documents are available and matched to the patients identifiers

*Final Site Verification Completed?* Y

*Does anyone have any questions or concerns with the procedure or anesthesia?* N

*Does anyone have any questions or concerns before proceeding? Is Everyone in agreement?* Y



**Mercy Fitzgerald Hospital**

**Operating Room Case Record Report**

EFIANUGA, OLUTOKU
MIC F000515954
Acct #: FAI306093293
DOB: 03/06/1979          37/M
DOS: 10/24/2016

| Meds / XRays |
|---|

| *INTRAOP MEDS ON STERILE FIELD:* | | *Medication:* Y | | Administers prescribed meds and solutions:  Y |
|---|---|---|---|---|

| *Medication* | *Dose* | *Unit* | *Route* | *Comment* |
|---|---|---|---|---|
| Bupivacaine w/ Epinephrine 0.5% /30 ML Single use  Marcaine -MPF w EPI | 20 | ml | Injection | |

*X-Rays:*    N/A

| Specimens / Caths / Drains |
|---|

*Catheter Indwelling on Arrival:*    N/A

| *Urinary Catheter:* | Y | *French* 16 | *Balloon* 5cc | *Type* Foley | *Ordered By* | *Inserted By* KEYSER,ROBIN ,RN |
|---|---|---|---|---|---|---|

| *Specimen:* | Y | *Specimen* see meditech | | *Type* | *Fixative* | *Comments* |
|---|---|---|---|---|---|---|

*All Specimens Read Back and Verified:*    Y

| *Drains/Tubes:* Y | *Type* Chest Tubes | *Size* 28 f 32f | *Site* right lung right lung |
|---|---|---|---|

| *Packing:* N | | *Dressings/Casts:* Y | *Type* Dermabond 4x4 Tegaderm | *Site* Chest Chest Chest |
|---|---|---|---|---|

| Laser |
|---|

*Laser Used:*    N/A

| InfraOp Summary |
|---|

| *Patient in Room:* 11:05 | *Proc Start Time:* 12:20 | *Anesthesia End:* 14:55 |
|---|---|---|
| *Anesthesia Start:* 11:05 | *Proc End Time:* 14:20 | *Patient Out of Room:* 14:55 |
| *Anesthesia Type:* General Anesthesia | | *Wound Class:* IV- Infected |
| *Tranferred To:* PACU | | |

| *Urinary Catheter:* Y | *Drains / Tubes:* Y | *Packing:* N |
|---|---|---|
| *Dressings/Casts:* Y | *Implant:* N | |

*Post OP Diagnosis:*    same as preop

*Actual Procedure Performed:*    see header

*Complications:*    N          *Type:*

| *Evaluates postoperative tissue perfusion:* Y | *Evaluates for signs of injury due to positioning:* Y |
|---|---|
| *Evaluates for signs/symptoms of electrical injury:* Y | *Evaluates for signs of injury to skin/tissue:* Y |
| *Evaluates for signs/symptoms of chemical injury:* Y | |

| PNDS Outcomes |
|---|



**Mercy Fitzgerald Hospital**

**Operating Room Case Record Report**

EFU NUGA, OLUTOKU
MR 000515954
Acct #: FA1306093293
DOB: 03/06/1979
DOS: 10/24/2016                    37 / M

| Outcome | Status | Staff |
|---|---|---|
| The patient has wound/tissue perfusion consistent with or improved from baseline levels established preoperatively. | MET | Doherty, Meghan |
| The patient is free from signs and symptoms of injury caused by extraneous objects. | MET | Doherty, Meghan |
| The patient is free from signs and symptoms of chemical injury. | MET | Doherty, Meghan |
| The patient is free from signs and symptoms of electrical injury. | MET | Doherty, Meghan |
| The patient is free from signs and symptoms of injury related to positioning. | MET | Doherty, Meghan |
| The patient receives appropriate medication(s), safely administered during the perioperative period. | MET | Doherty, Meghan |

*Signature:*  Doherty, Meghan                    *Date Time:*    10/24/2016  15:00

DATE: 10-24-16   ANESTHESIA: _General_   PHYSICIAN: _Shariff_

RU emphysema

PROCEDURE: UTEE & drain dislocation   ALLERGIES: 6

TIME: 1500   05 10 15 20 25 30 35 40 45 50 55 16⁰⁰ 05 10 15

**B.P SYSTOLIC-DIASTOLIC  PULSE-RESP**

| TEMP | 104 5 | | | 100 9 | | 101 | |
|------|-------|--|--|-------|--|-----|--|

| O2SAT | 93 | 93 | 97 | 98 | 97 | 97 | 99 | 98 | 95 | 98 | 98 | 97 | 97 | 99 | 96 | 100 |
|-------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

| EKG | ST | ST | ST | ST | ST | ST | ST | ST | ST | ST | ST | ST | ST | ST | ST | ST |
|-----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

### RESPIRATORY ASSESSMENT / SKIN ASSESSMENT / LEVEL OF ACTIVITY / POSITIONING / COMFORT

| TIME: | APNEA | EUPNEA | DYSPNEA | DEEP | SHALLOW | EVEN | UNEVEN | ET/INT | ORAL/NASAL | CTA | WARM | COOL | PINK | CYANOTIC | DRY | DIAPHORETIC | FULLY AWAKE | AROUSES ON CALLING | NON-REACTIVE | EXTREM. MOVES 4 | MOVES 2 | MOVES 0 | SUPINE | SEMI-FOWLERS | LATERAL | COMFORTABLE | RN INITIALS |
|-------|-------|--------|---------|------|---------|------|--------|--------|------------|-----|------|------|------|----------|-----|-------------|-------------|--------------------|--------------|-----------------|---------|---------|--------|--------------|---------|-------------|-------------|
| 1520 | ✓ | | ✓ | | ✓ | | 8:0 | | | | | ✓ | ✓ | | | ✓ | | | | | | | | ✓ | | 00 | E.|
| 1530 | | ✓ | | ✓ | | ✓ | | | | | | ✓ | ✓ | | | ✓ | | | | | | | | ✓ | | 00/0 | E.|
| 1600 | | ✓ | | ✓ | | | | | | | | ✓ | ✓ | | | ✓ | | | | | | | | ✓ | | 00/0 | E.|

1615

**Activity: able to move, voluntarily or on command**
- 2 Four extremities
- 1 Two extremities
- 0 No extremities

**Respiration**
- 2 Able to breathe deeply and cough freely
- 1 Dyspnea, shallow or limited breathing
- 0 Apnea

**Circulation**
- 2 blood pressure within 20% of preoperative level
- 1 Blood pressure within 21-40% of preoperative level
- 0 Blood pressure > 4% of preoperative level

**Consciousness**
- 2 Awake
- 1 Lethargic
- 0 Unresponsive

**Oxygen saturation**
- 2 Saturation > 92%
- 1 Needs oxygen to maintain saturation > 90%
- 0 Saturation < 90% with

**Bleeding**
- None
- 2 Minimal
- 0 Excessive

Score: _____   *Discharge for score > 9-12

**PHYSICIAN'S ORDERS:**
CXR y done @ 1515

| O2 Therapy | | TIME ON | TIME OFF |
|------------|--|---------|----------|
| Nasal 4.0  AC16 100% Peep5 | | 1520 | |

ETT confirmed place by
Dr. J. Sultz.

| Initials | Signature |
|----------|-----------|
| ESN | Elizabeth Frey |

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC: FA1307223089   MR: F001250247

| INTAKE: | Site Key |
|---|---|
| RS | : Right Subclavian |
| LS | : Left Subclavian |
| RUE: | : Right Upper Extremity |
| LUE | : Left Upper Extremity |
| RF | : Right Femoral |
| LF | : Left Femoral |

IV Condition Assessment
Assess for presence of Phlebitis /
Infiltration Place "O" in space if
none evident. If other findings
describe in nurses notes.

OUTPUT.

OR: _____ Urine _____ EBL _____ Other _____

| Solution | Time | Rate | Site | Date of Insertion | IV Condition Assessment | Fluids Absorbed OR | PACU | RN Initials | | Time | Urine | CT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M. | 100 | | LUE. | 16/19 | O. | 1800 | 2N | EW | | 1530 | 225 | 300 | | |
| | | | | | | | | | | 1600 | 100 | 10/310 | | |
| | | | | | 2000 | | | | | | | | | |
| Rradialatin bol, cal. time duine. | | | | | | | | | | | 325 522 825 | +310 | E1135 | |

**TOTAL** — **TOTAL**

## Medications

| Drug | Time | Route/Site | Reason | RN Initials | Response |
|---|---|---|---|---|---|
| Versed | 1515 | IV | sedation | Ew | sedate |
| Versed | 1605 | IV | sedation | Ew | sedate |
| Tylenol 680 | 1610 | PR | T 101 | Ew | — |

Blood Work Results: AM 10/25

Time:

| BUN | | HGB | |
|---|---|---|---|
| NA | | HCT | |
| K | | PH | |
| CL | | PCO2 | |
| CO2 | | PO2 | |
| GLU | | NAH PO2 | |
| | | O2 SAT | |

Called By
Taken By

NURSES NOTES: _(handwritten nurses notes, largely illegible)_

Discharge:
Report Called By: _(signature)_
Report Called To: _(handwritten)_   IV's Sent To Unit: NSS   Mode of Transport: ✓ Bed
Room Number: _(handwritten)_   Stretcher _____   Cnb _____
Time: 1610   Other _____

EPUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC: FA1307223089   MR: F001250247

## Mercy Health System
A member of Catholic Health East

**POST ANESTHESIA NURSING RECORD**

NS 205 (2/09)

Ø 4   MIV +

**ANESTHESIA RECORD** — Mercy Fitzgerald Hospital
A member of Mercy Health System   AN 103 REV (5/10)

DATE 10-24-16  O.R. ROOM 2  MACHINE #  MONITOR #  ANESTHETIST/ANESTHESIOLOGIST  SURGEON Min Sharifph

DIAGNOSIS (R) LL empyema ↓EF 45%

PREMEDICATION

PROCEDURE (R) LL drain to decorticaltion TEE thorabotomy

IV: SIZE ___ PLACE ___ TIME ___
CVP/SWAN: SIZE ___ PLACE ___
ARTERIAL: SIZE ___ PLACE ___  TEST ☐
ALLEN'S

| TIME | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O₂ | 8 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 7 |
| N₂O | | | | | | | | | | | | |
| DES/SEVO/OR % | | 1.4 | 1.6 | 1.1 | 1.8 | 1.7 | 1.7 | 1.8 | 1.3 | 1.1 | 1.6 | 1.9 |
| Propofol mg | 180 | | | | | | | | | | | |
| PROP INF mcg/kg/min | | | | | | | | | | | | |
| FENT mcg | 50 | 50 | 100 | | 50 | | | | | | | |
| SUCC mg | 100 | | | | | | | | | | | |
| ROC/VEC mg | 30 | 50 | | | 20 | | | | | | | |

Versed 2
2 EPM
osed
TOP

| | EKG | 57 | | 57 | 61 | | 61 | 57 | 51 | 51 | 51 | 51 | 50 | 57 | 50 |
| M | SaO₂ | 100 | 100 | 100 | 92 | 93 | 92 | 90 | 90 | 93 | 98 | 93 | 92 | |
| O | ETCO₂ | | 31 | 40 | 41 | 30 | 29 | 34 | 33 | 34 | 33 | 36 | 34 | 34 |
| N | TEMP | | 38 | 37 | 37 | -1 | 36.1 | -7 | 37 | 37 | 37 | 37 | 37 | |
| T | URINE | | | | 200 | | | 100 | | | | | | |
| O | CRPA | SV | SV | SV | 19/16 | 15/26 | M33 | | | | | | |
| R | CORE | | | | BM | 7.3 | 56/28 | 7.125 | | | | | |

POSITION  Supine
FLUIDS LR  1000  1800
EBL
PHYS. INIT.

On ABx
1021550
1422 On

| SYMBOLS | | 200 |
|---|---|---|
| BP | v ^ | |
| PULSE | • | 160 |
| START ANES | X | 140 |
| START OP | ⊙ | 120 |
| S=SUPINE | | 100 |
| P=PRONE | | |
| J=JACKKNIFE | | 80 |
| L=LITHOTOMY | | |
| RL=RT. LAT | | 60 |
| LL=L. LAT | | |
| √=POSITION CHECK | | 40 |
| RESP | | 20 |

| Tidal Volume | | |
| Respiratory Rate | | |
| Peak Pressure | | |

CRYSTAL  COLL  BLOOD  FFP/PLT

Signature  CRNA
Signature  MD/DO  Time 105P

PATIENT IDENTIFIED

ANESTHESIA CHECK
☑ Machine and Circuit Leaks
☑ Airway Equip. and Drugs
☑ Monitors, IV Fluids, Suction
☑ O₂ and N₂O Supply and Pressure, O₂ Analyzer

ANESTHESIA Start  Stop

MONITORS
☑ EKG, Pulse O₂, BP, RA, LA
☑ ETCO₂
☐ Steth, Esoph/Pre Cord
☑ Temp ☐ A-Line ☐ CVP/Swan
☑ Nerve Stimulator

WARMING DEVICES
☐ Humid Vent
☐ Head/body wrap
☐ Fluid Warmer
☑ Warming Blanket/Bair Hugger

☐ REGIONAL

PRE-OP VITALS
HR ___ BP ___
Pulse O₂ ___

☐ GENERAL
LEVEL INSERT
☑ Preoxygen ☐ Rapid/Cricoid
☐ Intubate ☐ Mask ☐ LMA
Blade # Attempts
☑ Oral ☐ Nasal
Blade Size ___ ☐ Miller ☐ MAG
☑ Equal Breath Sounds ___ cm
☑ Tube & Eyes Taped

☐ REGIONAL
☑ Spinal ☐ Epidural ☐ Axillary
☐ Draped/Pepped Sterile Technique
Needle ___ Gauge Attempts ___
Paresthesia ☐ No ☐ Yes
☐ Needle Withdrawn
☐ Catheter in Sterile Technique
☐ Test Dose
Agent ___
LEVEL SENSORY

POSITION
☐ R & L Arm < 90° Elbow Axilla Good
☐ Neck, Nose, Eyes, Ears Good
IV Antibiotic (Drug, Time)

☐ 100% O₂, Suctioned, SV, Awake, Extubated, No Problems

PACU ON ADMIT
Time ___ Initials ___
Report To ___

☐ Awake  ☐ Arousable  ☐ Non-reactive
☐ Nasal O₂ 3L/min  ☐ Cold Stream O₂
HR ___ BP ___ HR ___ Pulse O₂ ___

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979  37  M
ADM: 10/07/16
ACC: FA1307223089  MR: F001250247
LR
NSS

**PRE-OP VISIT** DATE 12/24/16 AGE 37 HT 5'6" WT 93½ kg

**MEDICATIONS**

Dilaudid   Lorenox (Subcutaneous)

Flagyl

Keldol

Risperidone

**PREVIOUS ANESTHESIA**

Demoyle

**ALLERGIES**

ø

|  | **YES** | **NO** |
|---|---|---|
| PATIENT HX ANESTHESIA PROBLEMS | ☐ | ☑ |
| FAMILY HX ANESTHESIA PROBLEMS | ☐ | ☑ |
| SMOKING HX | ☑ | ☐ |
| DRINKING/DRUG HX | ☒ | ☐ |
| COMMENTS: | ☐ | ☐ |

**LAB STUDIES**
HGB/HCT  11.8 (5+9) / 33.2
Platelets  549
SMA-6

INR  1.3
PT  15.4  PTT
Bleeding Time _____ min
Other Lab/Studies
1st ft Ethos. ④ Synthons

Na  Cl  BUN/Creat
133  98  15/1.1
K  CO₂  GLU
(5-A)  27  110

**BP** _____

**CXR**

**EKG**

**AIRWAY ASSESSMENT**
☐ Good  ☒ Fair  ☐ Poor
**Teeth**
**Neck**  protruding incisors④
**Mouth**

**ASA Physical Status Class**
1  2  3  ④  5  E

---

**PROCEDURE:**   Thoarascopy, VATS

**NPO p:**  tube feeds 78° ago

**Past Medical History:**

Any disorder - polysubstance/toxic
E Resp failure S4pH, JHCA,
Glaucoma   (④ TCA, Cocaine, Marijuana)
HIV ④

④LU consolidation = pleural effusion

Alcohol withdrawal delirium

Phlebdomyolysis c lactic acidosis

EFUNNUGA, OLUTOKUNBO  M
DOB: 03/06/1979   37
ADM: 10/07/16  MR:F001250247
ACC:FA1307223089

A Gidwel
- PICC ④
- Typ/Cross ④

Preanesthesia assessment
Lungs: LB/L BdT④
Cardiac:
Comments:

124/79  119   9P/, W/c

**PLAN**
☒ GEN  ☐ Spinal  ☐ Epidural  ☐ MAC  ☐ Axillary Block
☒ Anesthetic Plan, Risks vs. Benefits explained to patient and/or guardian/mother
☐ A-Line  ☐ CVP/Swan  ☐ Epidural/Spinal Narcotic
☐ Pt. Identified

_____ **CRNA**
Signature

_____ **MD/DO**
Signature

**CIRCLE ONE**

Efunnuga, Oluto   JS6

Alarm Review   411-2 EFUNNUGA,O



EFUNNUGA, OLUTOKUNBO   37   M
DOB: 03/06/1979
ADM: 10/07/16
ACC: FA1307223089  MR: F001250247



HR 97  PVC 0

N   N   N   N   N   N   N   N   N   N   N   N   N

mV

MCL

mV

10/31/2016 13:23:59 Saved Strip SR@97 PR: 0.14 QRS: 0.08 QT: 0.32 (s)   25.0 mm/s



EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979  37   M
ADM: 10/07/16
ACC:FA1307223089 MR:F001250247

Alarm Review   411-2 EFUNNUGA,O



HR 101  PVC 0

N  N  N  N  N  N  N  N  N  N  N  N  N  N  N

10/31/2016 03:51:53 Saved Strip ST: 101 PR: 0.13 QRS: 0.08 QT: 0.31 RR: 0.60 (s)   25.0 mm/s



EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979  37  M
ADM: 10/07/16
ACC: FA1307223089  MR: F001250247

Alarm Review   411-2 EFUNNUGA,O



EFUNNUGA,OLUTOKUNBO    M
DOB: 03/06/1979   37
ADM: 10/07/16
ACC:FA1307223089 MR:F001250247

Alarm Review   411-2 EFUNNUGA,O



HR 96   PVC 0

10/29/2016 21:08:27 Saved Strip SR PR: 0.16 QRS: 0.08 QT: 0.32 (s)     25.0 mm/s

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC:FA1307223089 MR:F001250247


Alarm Review   417-2 EFUNNUGA,O



HR 112  PVC 0

10/28/2016 02:36:54 Saved Strip ST 115 PR: 0.13 QRS: 0.07 QT: 0.33 RR: 0.54 (s)     25.0 mm/s

EFUNNUGA, OLUTOKUNBO    M
DOB: 03/06/1979   37
ADM: 10/07/16
ACC:FA1307223089 MR:F001250247

Alarm Review   411-2 EFUNNUGA,O



HR 99  PVC 0

10/29/2016 02:52:48 Saved Strip SR 99 PR: 0.14 QRS: 0.06 QT: 0.31 RR: 0.61 (s)     25.0 mm/s



EFUNNUGA, OLUTOKUNBO    M
DOB: 03/06/1979   37
ADM: 10/07/16
ACC: PA1307223089  MR: F001250247

Alarm Review  417-2 EFUNNUGA,O



HR 117  PVC 0.

10/27/2016 20:05:22 Saved Strip ST 117 PR: 0.13 QRS: 0.06 QT: 0.28 RR: 0.54 (s).   25.0 mm/s:



EFUNNUGA, OLUTOKUNBO    M
DOB: 03/06/1979    37
ADM: 10/07/16    MR: F001250247
ACC: FA1307223089

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 1
USER: MT                       Medication Administration Summary
```

```
Patient  EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number      F001250247
Age/Sex       37/M             Room     411            Registered Date 10/07/16
Status        DIS IN           Bed      02             Discharged Date 11/01/16
```

```
Height    5 ft     7 in  170.18 cm              Body Surface Area   1.92 m2
Weight  176 lb   5.92 oz      80 kg
Hem-Onc No
```

Transfers
FROM: 417-02 TO: 411-02 on 10/29/16-0045
FROM: 506-01 TO: 417-02 on 10/27/16-1314
FROM: ERO06-1 TO: 506-01 on 10/07/16-0935

Drug Allergies  No Known Allergies

ADRS

Creatinine Test Results
```
                              LABORATORY
Date     Time Test            Result                   Flag Normal Range
11/01/16 0659 CREA            0.9                           0.8-1.4 mg/dL
```

---

LATA2.5D - LATANOPROST 2.5 ML OPHTHALMIC DROPS

```
Dose           1 DROP  (0.02666667 OPTHALMIC SOLUTIONS)
Admin Route EYE BOTH
Start Date  10/09/16-1800      Stop Date None             DC Date 11/01/16-2054
Ordering Doctor   AHANGAR,WASEEM MD
Total Dispensed    2           Total Costs $11.46         Total Charges $17.50
Rx Number   001875485
```

Discontinue Comments DC'd by Discharge

History
```
    10/08/16 2102 - POM ORDER                 by COAHANGW
    10/08/16 2113 - VERIFIED                  by FISPERAR
       Items Dispensed:  1   Doses Dispensed:  1
       For:  10/09/16 - 1800
    10/20/16 2052 - DEBIT                     by FILINC
       ITEMS: 1
    11/01/16 2055 - DISCONTINUE               by DISCHARGE    Eff: 11/01/16 2054
       FROM:
         DC COMMENTS:
       TO:
         DC COMMENTS:
           DC'd by Discharge
```

```
Admin Date  Time User       Given Bag Reason Code          Items        Charge
10/09/16    1717 FIBRIGHM    Y                                1
(10/09/16) (1800) Dose: 1 DROP

10/10/16    1840 FIYOUNGS    Y                                1
(10/10/16) (1800) Dose: 1 DROP
```

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 2
USER: MT                        Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO               Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M              Room       411        Registered Date 10/07/16
Status         DIS IN            Bed        02         Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/11/16    1909 FIYOUNGS    Y                              1
(10/11/16) (1800) Dose: 1 DROP

10/12/16    2153 FIMCGILM    Y                              1
(10/12/16) (1800) Dose: 1 DROP

10/13/16    1808 FIMCGILM    Y                              1
(10/13/16) (1800) Dose: 1 DROP

10/14/16    1841 FIMCCORJ    Y                              1
(10/14/16) (1800) Dose: 1 DROP

10/15/16    1744 FIBEURKH    Y                              1
(10/15/16) (1800) Dose: 1 DROP

10/16/16    1732 FIBEURKH    Y                              1
(10/16/16) (1800) Dose: 1 DROP

10/17/16    1844 FIMCCARD    Y                              1
(10/17/16) (1800) Dose: 1 DROP

10/18/16    1815 FIBURKEK    Y                              1
(10/18/16) (1800) Dose: 1 DROP

10/19/16    1706 FIDONAHS    Y                              1
(10/19/16) (1800) Dose: 1 DROP

10/20/16    1956 FIDONAHS    Y                              1
(10/20/16) (1800) Dose: 1 DROP

10/21/16    1702 FIDONAHS    Y                              1
(10/21/16) (1800) Dose: 1 DROP

10/22/16    1851 FICAVANM1   Y                              1
(10/22/16) (1800) Dose: 1 DROP

10/23/16    1705 FICAVANM1   Y                              1
(10/23/16) (1800) Dose: 1 DROP

10/24/16    1734 FIYOUNGS    Y                              1
(10/24/16) (1800) Dose: 1 DROP

10/25/16    1644 FIYOUNGS    Y                              1
(10/25/16) (1800) Dose: 1 DROP

10/26/16    1746 FINOGAT     Y                              1
(10/26/16) (1800) Dose: 1 DROP

10/27/16    1907 FIWATSOK    Y                              1
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 3
USER: MT                      Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO                  Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M             Room       411         Registered Date 10/07/16
Status         DIS IN           Bed        02          Discharged Date 11/01/16
```

| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
(10/27/16) (1800) Dose: 1 DROP

10/28/16    2123 FIKIMJ       Y                              1
(10/28/16) (1800) Dose: 1 DROP

10/29/16    1616 FIHALLAM     Y                              1
(10/29/16) (1800) Dose: 1 DROP

10/30/16    1906 FIBLEILA     Y                              1
(10/30/16) (1800) Dose: 1 DROP

10/31/16    1721 FIMOSLEK     Y                              1
(10/31/16) (1800) Dose: 1 DROP
                                                        _____
    Admin Totals                                            23
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 4
USER: MT                     Medication Administration Summary
```

| | | | |
|---|---|---|---|
| **Patient** EFUNNUGA OLUTOKUNBO | | | **Responsible Doctor** LITTMAN,MARIO, MD |
| **Account Number** FA1307223089 | **Location** | FI4PVA | **Unit Number**      F001250247 |
| **Age/Sex**        37/M | **Room** | 411 | **Registered Date** 10/07/16 |
| **Status**         DIS IN | **Bed** | 02 | **Discharged Date** 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |

PROP10VI9 - PROPOFOL 1000 MG/100 ML VIAL - 100 ML

**Admin Route** IV CONT
**Site**
**Volume**      100          Rate 0 MLS/HR                    **Duration** 0 SEC
**Frequency**   .Q0M (PRN) PAR= PRN REASON: RASS goal -1/-2
**Start Date**  10/07/16-0830        Stop Date None              **DC Date** 10/07/16-1452
**Ordering Doctor**   BORIKAR,MADHURA S MD
**Last Bag**    0
**Total Dispensed**   1          **Total Costs** $21.35          **Total Charges** $176.00
**Rx Number**   001873872

Protocol

| Condition | Dose/Rate/Route | Instruction |
|---|---|---|
| SEDATION | START @5 MCG/KG/MIN | TITRATE TO RASS GOAL |
| TITTRATION IF NEEDED | 5 MCG/KG/MIN Q10MIN | |
| MAXIMUM DOSE 50 MCG/KG/MIN | | |

Warnings
Type:          MAINTENANCE
Range:         PROPOFOL (10 MG/1 ML)
Condition:     ALL COMMON INDICATIONS
Warnings       PROP10VI9: Unable to check dose ranges for MCG/KG/MIN (No Duration).

History
  10/07/16 0821 - POM ORDER                    by COBORIKM
  10/07/16 0829 - VERIFIED                     by FIJASINT
  10/07/16 1116 - DEBIT                        by MBRIGHT
      ITEMS: 1      DOSES: 1
  10/07/16 1455 - DISCONTINUE                  by COLERMAG      Eff: 10/07/16 1452
      EDIT DOCTOR: LERMAN,GABRIEL S DO
      EDIT SOURCE: Provider Source

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 5
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number       F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

RING100010 - RINGERS SOLUTION,LACTATED 1,000 ML IV.SOLN - 1,000 ML

```
Admin Route IV CONT
Site
Volume      1,000       Rate 1,000 MLS/HR              Duration 1 HR
Start Date  10/07/16-1015       Stop Date 10/07/16 1114   DC Date 10/07/16-1114
Ordering Doctor    KUMAR,NITISH MD
Last Bag    0
Total Dispensed      0          Total Costs $             Total Charges $
Rx Number   001874004
```

Discontinue Comments Reached Stop Date


History
  10/07/16 1007 - POM ORDER                    by COKUMARNI
  10/07/16 1007 - VERIFIED                     by FIREALID
  10/07/16 1114 - DISCONTINUE                  by PHABKGJOB    Eff: 10/07/16 1114
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/07/16 | 1012 | FIBRIGHM | Y | | | 1 | 0.00 |
| (10/07/16) | (1015) | Rate: 1,000 MLS/HR | | | | | |

| | | | | | | Items | Charge |
|---|---|---|---|---|---|---|---|
| Admin Totals | | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 6
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                     (Continued)
```

RING100010 - RINGERS SOLUTION,LACTATED 1,000 ML IV.SOLN - 1,000 ML

```
Admin Route IV CONT
Site
Volume       1,000      Rate 175 MLS/HR                 Duration 5 HR 43 MIN
Start Date  10/07/16-1500      Stop Date None           DC Date 10/08/16-2300
Ordering Doctor     LERMAN,GABRIEL S DO
Last Bag     1
Total Dispensed     0          Total Costs $            Total Charges $
Rx Number    001874431
```

Discontinue Comments Reached Renew Stop Date

```
History
  10/07/16 1458 - POM ORDER                 by COLERMAG
  10/07/16 1505 - VERIFIED                  by FIANDERC
  10/08/16 0045 - EDIT                      by COGOOCHJ
      EDIT DOCTOR: GOOCH,JOHN R MD
      EDIT SOURCE: Provider Source
      FROM:
        SIG: .Q8H
        RATE: 125 MLS/HR
        DURATION: 8 HR
      TO:
        SIG: .Q5H43M
        RATE: 175 MLS/HR
        DURATION: 5 HR 43 MIN
  10/08/16 0045 - ADJUST ALL TIMES          by COGOOCHJ
      FROM: 10/08/16-0700
        TO: 10/08/16-0512
  10/08/16 1500 - RENEW STOP FILED          by SYSTEM
  10/08/16 2300 - DISCONTINUE               by RENEW STOP   Eff: 10/08/16 2300
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          Reached Renew Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/07/16 | 1554 | FIBRIGHM | Y | | | 1 | 0.00 |
| (10/07/16) (1500) Rate: 125 MLS/HR | | | | | | | |
| 10/07/16 | 2153 | FIZIMMEC | Y | | | 1 | 0.00 |
| (10/07/16) (2300) Rate: 125 MLS/HR | | | | | | | |
| 10/08/16 | 0548 | FIZIMMEC | Y | | | 1 | 0.00 |
| (10/08/16) (0512) Rate: 175 MLS/HR | | | | | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                PAGE 7
USER: MT                     Medication Administration Summary
```

| Patient    EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 | |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | | (Continued) |
|---|---|---|---|
| 10/08/16    1140 FIBRIGHM     Y<br>(10/08/16) (1055) Rate: 175 MLS/HR | | 1 | 0.00 |
| 10/08/16    1704 FIBRIGHM     Y<br>(10/08/16) (1638) Rate: 175 MLS/HR | | 1 | 0.00 |
| 10/08/16    2115 FIMCDEVD     Y<br>(10/08/16) (2221) Rate: 175 MLS/HR | | 1 | 0.00 |
| Admin Totals | | 6 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 8
USER: MT                       Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO                  Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex      37/M               Room      411         Registered Date 10/07/16
Status       DIS IN             Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                     (Continued)
```

RING100010 - RINGERS SOLUTION,LACTATED 1,000 ML IV.SOLN - 1,000 ML

```
Admin Route IV CONT
Site
Volume      1,000     Rate 175 MLS/HR             Duration 5 HR 43 MIN
Start Date  10/09/16-0115     Stop Date None       DC Date 10/10/16-0819
Ordering Doctor     BHARGAVA,SURBHI MD
Last Bag      0
Total Dispensed    1          Total Costs $1.43      Total Charges $40.00
Rx Number   001875584
```

```
History
   10/09/16 0112 - POM ORDER                  by COBHARGS
   10/09/16 0123 - VERIFIED                   by FISPERAR
   10/09/16 0237 - DEBIT                      by FISPERAR
       ITEMS: 1
   10/10/16 0115 - RENEW STOP FILED           by SYSTEM
   10/10/16 0820 - DISCONTINUE                by COBORIKM    Eff: 10/10/16 0819
       EDIT DOCTOR: BORIKAR,MADHURA S MD
       EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/09/16 | 0309 FIMCDEVD | Y | 1 | 0.00 |
| (10/09/16) (0115) Rate: 175 MLS/HR | | | | |
| 10/09/16 | 0826 FIBRIGHM | Y | 1 | 0.00 |
| (10/09/16) (0658) Rate: 175 MLS/HR | | | | |
| 10/09/16 | 1241 FIBRIGHM | Y | 1 | 0.00 |
| (10/09/16) (1241) Rate: 175 MLS/HR | | | | |
| 10/09/16 | 1829 FIBRIGHM | Y | 1 | 0.00 |
| (10/09/16) (1824) Rate: 175 MLS/HR | | | | |
| 10/09/16 | 1959 FIMCDEVD | Y | 1 | 0.00 |
| (10/10/16) (0007) Rate: 175 MLS/HR | | | | |
| 10/10/16 | 0147 FIMCDEVD | Y | 1 | 0.00 |
| (10/10/16) (0550) Rate: 175 MLS/HR | | | | |
| 10/10/16 | 0659 FIHOKEL | Y | 1 | 0.00 |
| Rate: 175 MLS/HR | | | | |
| Admin Totals | | | 7 | 0 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 9
USER: MT                        Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient  EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223089 | Location  FI4PVA | | Unit Number | F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 | |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

EFUNNUGA,OLUTOKUNBO          FA1307223089                          (Continued)


SODI15PB - SODIUM PHOSPHATE 12 MMOL/250 ML NSS - 250 ML

```
  Admin Route IV
  Site
  Volume      250       Rate 83.333 MLS/HR              Duration 3 HR
  Start Date  10/10/16-0830    Stop Date 10/10/16 1429   DC Date 10/10/16-1429
  Total Volume to Infuse 500 mls
  Total Bags  2
  Ordering Doctor    BORIKAR,MADHURA S MD
  Last Bag    1
  Total Dispensed    2        Total Costs $6.88          Total Charges $100.00
  Rx Number  001876637
```

  Discontinue Comments Reached Stop Date


```
  History
   10/10/16 0820 - POM ORDER                  by COBORIKM
   10/10/16 0823 - EDIT                       by FIANDERC
     FROM:
       DUPLICATE COMMENT:
     TO:
       DUPLICATE COMMENT: RPH
   10/10/16 0823 - VERIFIED                   by FIANDERC
     Items Dispensed: 1   Doses Dispensed:  1
     For:    10/10/16 - 0830
   10/10/16 0858 - DEBIT                      by FIANDERC
     ITEMS: 1
   10/10/16 1429 - DISCONTINUE                by PHABKGJOB    Eff: 10/10/16 1429
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
        Reached Stop Date
```

| Admin Date  Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|
| 10/10/16    0948 FIHOKEL          Y | | 1 | 0.00 |
| (10/10/16) (0830) Rate: 83.333 MLS/HR | | | |
| | | | |
| 10/10/16    1359 FIHOKEL          Y | | 1 | 0.00 |
| (10/10/16) (1130) Rate: 83.333 MLS/HR | | | |
| | | | |
| Admin Totals | | 2 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 10
USER: MT                     Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | Location  FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

RING100010 - RINGERS SOLUTION,LACTATED 1,000 ML IV.SOLN - 1,000 ML

```
Admin Route IV CONT
Site
Volume       1,000        Rate 200 MLS/HR               Duration 5 HR
Start Date   10/10/16-0830        Stop Date None          DC Date 10/11/16-1514
Ordering Doctor   BORIKAR,MADHURA S MD
Last Bag      0
Total Dispensed    0         Total Costs $              Total Charges $
Rx Number   001876648
```

```
History
  10/10/16 0820 - POM ORDER                    by COBORIKM
  10/10/16 0823 - VERIFIED                     by FIANDERC
  10/11/16 0830 - RENEW STOP FILED             by SYSTEM
  10/11/16 1517 - DISCONTINUE                  by COKUMARNI    Eff: 10/11/16 1514
      EDIT DOCTOR: KUMAR,NITISH MD
      EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/10/16 | 0827 FIHOKEL | Y | 1 | 0.00 |
| (10/10/16) (0830) Rate: 200 MLS/HR | | | | |
| 10/10/16 | 1400 FIHOKEL | Y | 1 | 0.00 |
| (10/10/16) (1330) Rate: 200 MLS/HR | | | | |
| 10/10/16 | 1841 FIYOUNGS | Y | 1 | 0.00 |
| (10/10/16) (1830) Rate: 200 MLS/HR | | | | |
| 10/11/16 | 0155 FIDAMATV | Y | 1 | 0.00 |
| (10/10/16) (2330) Rate: 200 MLS/HR | | | | |
| 10/11/16 | 0445 FIDAMATV | Y | 1 | 0.00 |
| (10/11/16) (0430) Rate: 200 MLS/HR | | | | |
| 10/11/16 | 0928 FIHOKEL | Y | 1 | 0.00 |
| (10/11/16) (0930) Rate: 200 MLS/HR | | | | |
| Admin Totals | | | 6 | 0 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 11
USER: MT                        Medication Administration Summary
```

---

```
Patient   EFUNNUGA, OLUTOKUNBO                    Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089     Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M             Room      411          Registered Date 10/07/16
Status         DIS IN           Bed       02           Discharged Date 11/01/16
```

---

```
EFUNNUGA, OLUTOKUNBO                    FA1307223089                    (Continued)
```

---

PROP10VI9 - PROPOFOL 1000 MG/100 ML VIAL - 100 ML

```
Admin Route IV CONT
Site
Volume       100          Rate 0 MLS/HR                    Duration 0 SEC
Frequency    .QOM (PRN) PAR= PRN REASON: Rass -1
Start Date   10/10/16-2030      Stop Date None            DC Date 10/14/16-0805
Ordering Doctor   LERMAN, GABRIEL S DO
Last Bag     0
Total Dispensed    12          Total Costs $256.20        Total Charges $2112.00
Rx Number   001877549
```

Protocol

| Condition | Dose/Rate/Route | Instruction |
|---|---|---|
| SEDATION | START @5 MCG/KG/MIN | TITRATE TO RASS GOAL |
| TITTRATION IF NEEDED | 5 MCG/KG/MIN Q10MIN | |
| MAXIMUM DOSE 50 MCG/KG/MIN | | |

```
Warnings
Type:         MAINTENANCE
Range:        PROPOFOL (10 MG/1 ML)
Condition:    ALL COMMON INDICATIONS
Warnings      PROP10VI9: Unable to check dose ranges for MCG/KG/MIN (No Duration).
```

```
History
10/10/16 2021 - POM ORDER                    by COLERMAG
10/10/16 2022 - VERIFIED                     by FILINC
10/10/16 2036 - DEBIT                        by SYOUNG
    ITEMS: 1    DOSES: 1
10/10/16 2048 - EDIT                         by FIYOUNGS
  FROM:
    TITRATION DOSE UNITS:
  TO:
    TITRATION DOSE UNITS: MCG/KG/MIN
10/10/16 2048 - WEIGHT BASED DOSING          by FIYOUNGS
  Ordered Rate: 0 MCG/KG/MIN
  Calculated Patient Weight: 93 KG
    (Height: 170.18 CM, Weight: 93 KG, Method: Actual Body Weight)
  Rate: 0 MLS/HR
10/11/16 0840 - DEBIT                        by LHOKE
    ITEMS: 1    DOSES: 1
10/11/16 1853 - DEBIT                        by SYOUNG
    ITEMS: 1    DOSES: 1
10/12/16 0038 - DEBIT                        by VDAMATO
    ITEMS: 1    DOSES: 1
10/12/16 0815 - DEBIT                        by LHOKE
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 12
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number     F001250247 |
| Age/Sex     37/M | Room | 411 | Registered Date 10/07/16 |
| Status      DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
       ITEMS: 1      DOSES: 1
  10/12/16 1632 - DEBIT                         by MMCGILL
       ITEMS: 1      DOSES: 1
  10/13/16 0119 - DEBIT                         by VDAMATO
       ITEMS: 1      DOSES: 1
  10/13/16 0453 - DEBIT                         by VDAMATO
       ITEMS: 1      DOSES: 1
  10/13/16 1121 - DEBIT                         by LHOKE
       ITEMS: 1      DOSES: 1
  10/13/16 1647 - DEBIT                         by MMCGILL
       ITEMS: 1      DOSES: 1
  10/13/16 2025 - DEBIT                         by MMCGILL
       ITEMS: 1      DOSES: 1
  10/13/16 2030 - RENEW STOP FILED              by SYSTEM
  10/14/16 0541 - DEBIT                         by VDAMATO
       ITEMS: 1      DOSES: 1
  10/14/16 0805 - DISCONTINUE                   by COBORIKM    Eff: 10/14/16 0805
       EDIT DOCTOR: BORIKAR,MADHURA S MD
       EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/10/16 | 2047 | FIYOUNGS | Y | 1 | |

```
  COSIGNED BY: FIKRETZJ
              Rate: 5.58 MLS/HR
```

| 10/11/16 | 0853 | FIHOKEL | Y | 1 | |

```
  COSIGNED BY: FIPOWELL
              Rate: 8.37 MLS/HR
```

| 10/11/16 | 1910 | FIYOUNGS | Y | 1 | |

```
  COSIGNED BY: FINOGAT
              Rate: 8.37 MLS/HR
```

| 10/12/16 | 0105 | FIDAMATV | Y | 1 | |

```
  COSIGNED BY: FIBURKEC
              Rate: 11.16 MLS/HR
```

| 10/12/16 | 1021 | FIHOKEL | Y | 1 | |

```
  COSIGNED BY: FIGILMAD
              Rate: 11.16 MLS/HR
```

| 10/13/16 | 0203 | FIDAMATV | Y | 1 | |

```
  COSIGNED BY: FICONNOJ
              Rate: 16.74 MLS/HR
```

| 10/13/16 | 0502 | FIDAMATV | Y | 1 | |

```
  COSIGNED BY: FICONNOJ
              Rate: 16.74 MLS/HR
```

| 10/13/16 | 1126 | FIHOKEL | Y | 1 | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 13
USER: MT                      Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO                     Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M             Room       411          Registered Date 10/07/16
Status         DIS IN           Bed        02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                    FA1307223089                     (Continued)
```

```
      COSIGNED BY: FIGILMAD
                     Rate: 16.74 MLS/HR

10/13/16    1655 FIMCGILM      Y                                    1
      COSIGNED BY: FIBURKEK
                     Rate: 0 MLS/HR

10/14/16    0546 FIDAMATV      Y                                    1
      COSIGNED BY: FIWRIGHC
                     Rate: 8.37 MLS/HR


      Admin Totals                                                 10
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 14
USER: MT                     Medication Administration Summary
```

| | | | |
|---|---|---|---|
| **Patient** EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
| **Account Number** FA1307223089 | **Location** FI4PVA | **Unit Number** | F001250247 |
| **Age/Sex** 37/M | **Room** 411 | Registered Date 10/07/16 | |
| **Status** DIS IN | **Bed** 02 | Discharged Date 11/01/16 | |

EFUNNUGA, OLUTOKUNBO            FA1307223089                        (Continued)

---

DEXM200V - DEXMEDETOMIDINE HCL 200 MCG/2 ML VIAL - 400 MCG (4 ML)
in SODI100I12 - SODIUM CHLORIDE 0.9% 100 ML IV.SOLN - 100 ML

**Admin Route** IV CONT
**Site**
**Volume**        104        **Rate** 0 MLS/HR                    **Duration** 0 SEC
**Frequency**   .QOM (PRN) PAR= PRN REASON: RASS goal of 0
**Start Date**  10/14/16-0845       Stop Date None              DC Date 10/15/16-1415
**Ordering Doctor**   LERMAN, GABRIEL S DO
**Last Bag**     0
**Total Dispensed**      9        Total Costs $580.86          Total Charges $4878.00
**Rx Number**   001881868

**Protocol**

| Condition | Dose/Rate/Route | Instruction |
|---|---|---|
| START @ | 0.2 MCG/KG/HR | TO RASS GOAL |
| RATE CHANGES SHOULD BE | NO > 0.1 MCG/KG/HR | Q 30 MIN |
| MAX RATE | 1.2 MCG/KG/HR | |
| Text | | |

MUST BE ORDERED BY AN INTENSIVIST

**Warnings**
Type:          MAINTENANCE
Range:         DEXMEDETOMIDINE HCL (200 MCG/2 ML)
Condition:     ALL COMMON INDICATIONS
Warnings           DEXM200V: Unable to check dose ranges for MCG/KG/HR (No Duration).

**History**
10/14/16 0846 - POM ORDER                    by COLERMAG
10/14/16 0850 - EDIT                         by FIANDERC
  FROM:
    DUPLICATE COMMENT:
  TO:
    DUPLICATE COMMENT: RPH
10/14/16 0850 - VERIFIED                      by FIANDERC
10/14/16 0851 - DEBIT                         by FIANDERC
  ITEMS: 1
10/14/16 0931 - EDIT                          by FIHOKEL
  FROM:
    TITRATION DOSE UNITS:
  TO:
    TITRATION DOSE UNITS: MCG/KG/HR
10/14/16 0931 - WEIGHT BASED DOSING           by FIHOKEL
  Ordered Rate: 0 MCG/KG/HR
  Calculated Patient Weight: 93 KG
     (Height: 170.18 CM, Weight: 93 KG, Method: Actual Body Weight)

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 15
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---------|------------|--|------------------|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number     F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 |

EFUNNUGA, OLUTOKUNBO                FA1307223089                        (Continued)

```
        Rate: 0 MLS/HR
     10/14/16 1044 - DEBIT                    by FIANDERC
          ITEMS: 1
     10/14/16 1630 - DEBIT                    by FILINC
          ITEMS: 1
     10/14/16 2003 - DEBIT                    by FILINC
          ITEMS: 1
     10/14/16 2310 - DEBIT                    by FISACKSM
          ITEMS: 1
     10/15/16 0243 - DEBIT                    by FISACKSM
          ITEMS: 1
     10/15/16 0437 - DEBIT                    by FISACKSM
          ITEMS: 1
     10/15/16 0845 - RENEW STOP FILED         by SYSTEM
     10/15/16 1012 - DEBIT                    by FIHARKIE
          ITEMS: 1
     10/15/16 1201 - DEBIT                    by FIHARKIE
          ITEMS: 1
     10/15/16 1416 - DISCONTINUE              by COZHANGH    Eff: 10/15/16 1415
          EDIT DOCTOR: ZHANG,HONGYU MD
          EDIT SOURCE: Provider Source
     10/15/16 1416 - POM COPY AND EDIT        by COZHANGH
          TO: Rx #U001137530
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|------------|-----------|------------------------|-------|--------|
| 10/14/16 | 0931 FIHOKEL | Y | 1 | |
| COSIGNED BY: FIDALISA1 | | | | |
| | Rate: 4.83 MLS/HR | | | |
| 10/14/16 | 1313 FIHOKEL | Y | 1 | |
| COSIGNED BY: FIBOWERA | | | | |
| | Rate: 29.01 MLS/HR | | | |
| 10/14/16 | 1651 FIHOKEL | Y | 1 | |
| COSIGNED BY: FIBOWERA | | | | |
| | Rate: 29.01 MLS/HR | | | |
| 10/14/16 | 2019 FIMCCORJ | Y | 1 | |
| COSIGNED BY: FIBURKEC | | | | |
| | Rate: 29.01 MLS/HR | | | |
| 10/14/16 | 2337 FIMCCORJ | Y | 1 | |
| COSIGNED BY: FIZIMMEC | | | | |
| | Rate: 29.01 MLS/HR | | | |
| 10/15/16 | 0306 FIMCCORJ | Y | 1 | |
| COSIGNED BY: FISTARRM | | | | |
| | Rate: 29.01 MLS/HR | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 16
USER: MT                     Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient  EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223089 | Location  FI4PVA | Unit Number      F001250247 | |
| Age/Sex       37/M | Room      411 | Registered Date 10/07/16 | |
| Status        DIS IN | Bed       02 | Discharged Date 11/01/16 | |

| | | |
|---|---|---|
| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |

```
  Admin Totals                                              6


RING100010 - RINGERS SOLUTION,LACTATED 1,000 ML IV.SOLN - 1,000 ML

  Admin Route IV CONT
  Site
  Volume      1,000       Rate 100 MLS/HR             Duration 10 HR
  Start Date  10/14/16-1130      Stop Date None       DC Date 10/15/16-1141
  Ordering Doctor    AHANGAR,WASEEM MD
  Last Bag      0
  Total Dispensed     0        Total Costs $          Total Charges $
  Rx Number   001882114



  History
    10/14/16 1131 - POM ORDER           by COAHANGW
    10/14/16 1134 - VERIFIED            by FIREALID
    10/15/16 1130 - RENEW STOP FILED    by SYSTEM
    10/15/16 1142 - DISCONTINUE         by COZHANGH    Eff: 10/15/16 1141
      EDIT DOCTOR: ZHANG,HONGYU MD
      EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/14/16 | 1225 | FIHOKEL | Y | | | 1 | 0.00 |
| (10/14/16) (1130) Rate: 100 MLS/HR | | | | | | | |
| 10/14/16 | 2008 | FIMCCORJ | Y | | | 1 | 0.00 |
| (10/14/16) (2130) Rate: 100 MLS/HR | | | | | | | |
| 10/15/16 | 0806 | FIBEURKH | Y | | | 1 | 0.00 |
| (10/15/16) (0730) Rate: 100 MLS/HR | | | | | | | |
| Admin Totals | | | | | | 3 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 17
USER: MT                       Medication Administration Summary
```

```
Patient  EFUNNUGA, OLUTOKUNBO                 Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA    Unit Number      F001250247
Age/Sex       37/M             Room      411       Registered Date 10/07/16
Status        DIS IN           Bed       02        Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

DEXM200V - DEXMEDETOMIDINE HCL 200 MCG/2 ML VIAL - 400 MCG (4 ML)
in SODI100I12 - SODIUM CHLORIDE 0.9% 100 ML IV.SOLN - 100 ML

```
Admin Route IV CONT
Site
Volume       104       Rate 0 MLS/HR                    Duration 0 SEC
Frequency    .QOM (PRN) PAR= PRN REASON: RASS goal of 0
Start Date  10/15/16-1415      Stop Date None           DC Date 10/16/16-2215
Ordering Doctor    ZHANG, HONGYU MD
Last Bag     0
Total Dispensed    8           Total Costs $516.32      Total Charges $4336.00
Rx Number  001883033
```

```
Protocol
   Condition                    Dose/Rate/Route          Instruction
   START @                      0.2 MCG/KG/HR            TO RASS GOAL
   RATE CHANGES SHOULD BE       NO > 0.1 MCG/KG/HR       Q 30 MIN
   MAX RATE                     1.2 MCG/KG/HR
   Text
   MUST BE ORDERED BY AN INTENSIVIST
```

```
Warnings
Type:         MAINTENANCE
Range:        DEXMEDETOMIDINE HCL (200 MCG/2 ML)
Condition:    ALL COMMON INDICATIONS
Warnings      DEXM200V: Unable to check dose ranges for MCG/KG/HR (No Duration).
```

Discontinue Comments Reached Renew Stop Date

```
History
   10/15/16 1416 - POM COPY AND EDIT           by COZHANGH
      FROM: Rx #001881868
   10/15/16 1443 - EDIT                        by FIJASINT
      FROM:
         DUPLICATE COMMENT:
      TO:
         DUPLICATE COMMENT: RPH
   10/15/16 1443 - VERIFIED                    by FIJASINT
   10/15/16 1523 - EDIT                        by FIBEURKH
      FROM:
         TITRATION DOSE UNITS:
      TO:
         TITRATION DOSE UNITS: MCG/KG/HR
   10/15/16 1523 - WEIGHT BASED DOSING         by FIBEURKH
      Ordered Rate: 0 MCG/KG/HR
      Calculated Patient Weight: 93 KG
         (Height: 170.18 CM, Weight: 93 KG, Method: Actual Body Weight)
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 18
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M           Room      411           Registered Date 10/07/16
Status         DIS IN         Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                FA1307223089                         (Continued)
```

```
        Rate: 0 MLS/HR
    10/15/16 1545 - DEBIT                    by FIKOPPJ
        ITEMS: 1
    10/15/16 1832 - DEBIT                    by FIJASINT
        ITEMS: 1
    10/16/16 0040 - DEBIT                    by FISACKSM
        ITEMS: 1
    10/16/16 0545 - DEBIT                    by FISACKSM
        ITEMS: 1
    10/16/16 0917 - DEBIT                    by FIHARKIE
        ITEMS: 1
    10/16/16 1148 - DEBIT                    by FIHARKIE
        ITEMS: 1
    10/16/16 1415 - RENEW STOP FILED         by SYSTEM
    10/16/16 1610 - DEBIT                    by FIJASINT
        ITEMS: 1
    10/16/16 1821 - DEBIT                    by FIJASINT
        ITEMS: 1
    10/16/16 2215 - DISCONTINUE              by RENEW STOP   Eff: 10/16/16 2215
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          Reached Renew Stop Date
```

```
Admin Date  Time User      Given Bag Reason Code         Items        Charge
10/15/16   1523 FIBEURKH     Y                              1
  COSIGNED BY: FIBRIGHM
               Rate: 29.01 MLS/HR

10/15/16   2305 FIREVAKN     Y                              1
  COSIGNED BY: FIBANGY
               Rate: 29.01 MLS/HR

10/16/16   1222 FIBEURKH     Y                              1
  COSIGNED BY: FIMAXWEM
               Rate: 29.01 MLS/HR

10/16/16   2210 FIREVAKN     Y                              1
  COSIGNED BY: FIIFFRIN
               Rate: 29.01 MLS/HR

                                                        ─────────  ─────────
    Admin Totals                                            4
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 19
USER: MT                      Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO          Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA       Unit Number      F001250247
Age/Sex       37/M            Room      411           Registered Date 10/07/16
Status        DIS IN          Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                   (Continued)
```

SODI100019 — SODIUM CHLORIDE 0.9% 1,000 ML IV.SOLN — 1,000 ML

Admin Route IV CONT
Site
Volume       1,000      Rate 100 MLS/HR            Duration 10 HR
Start Date  10/16/16-1100      Stop Date None       DC Date 10/17/16-1112
Ordering Doctor    ZHANG, HONGYU MD
Last Bag    0
Total Dispensed     0       Total Costs $          Total Charges $
Rx Number   001883698

History
  10/16/16 1110 — POM ORDER             by COZHANGH
  10/16/16 1121 — EDIT                  by FIJASINT
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/16/16 1121 — VERIFIED              by FIJASINT
  10/17/16 1100 — RENEW STOP FILED      by SYSTEM
  10/17/16 1116 — DISCONTINUE           by COBORIKM    Eff: 10/17/16 1112
    EDIT DOCTOR: BORIKAR, MADHURA S MD
    EDIT SOURCE: Provider Source

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/16/16 | 1201 | FIBEURKH | Y | | | 1 | 0.00 |
| (10/16/16) (1100) Rate: 100 MLS/HR | | | | | | | |
| 10/16/16 | 1955 | FIREVAKN | Y | | | 1 | 0.00 |
| (10/16/16) (2100) Rate: 100 MLS/HR | | | | | | | |
| 10/17/16 | 0444 | FIREVAKN | Y | | | 1 | 0.00 |
| (10/17/16) (0700) Rate: 100 MLS/HR | | | | | | | |
| Admin Totals | | | | | | 3 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 20
USER: MT                        Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number      F001250247
Age/Sex       37/M           Room     411           Registered Date 10/07/16
Status        DIS IN         Bed      02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

DEXM200V - DEXMEDETOMIDINE HCL 200 MCG/2 ML VIAL - 400 MCG (4 ML)
in SODI100I12 - SODIUM CHLORIDE 0.9% 100 ML IV.SOLN - 100 ML

```
Admin Route IV CONT
Site
Volume       104         Rate 0 MLS/HR                    Duration 0 SEC
Frequency    .Q0M (PRN) PAR= PRN REASON: RAS GOAL OF 0
Start Date  10/16/16-2300      Stop Date None             DC Date 10/18/16-0700
Ordering Doctor    MALIK, AMMAR M MD
Last Bag     0
Total Dispensed    10        Total Costs $645.40          Total Charges $5420.00
Rx Number   001884137
```

```
Protocol
  Condition                    Dose/Rate/Route        Instruction
  START @                      0.2 MCG/KG/HR          TO RASS GOAL
  RATE CHANGES SHOULD BE       NO > 0.1 MCG/KG/HR     Q 30 MIN
  MAX RATE                     1.2 MCG/KG/HR
  Text
  MUST BE ORDERED BY AN INTENSIVIST
```

```
Warnings
Type:        MAINTENANCE
Range:       DEXMEDETOMIDINE HCL (200 MCG/2 ML)
Condition:   ALL COMMON INDICATIONS
Warnings       DEXM200V: Unable to check dose ranges for MCG/KG/HR (No Duration).
```

Discontinue Comments Reached Renew Stop Date

```
History
  10/16/16 2252 - POM ORDER            by COMALIA
  10/16/16 2305 - EDIT                 by FISACKSM
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/16/16 2305 - VERIFIED             by FISACKSM
  10/16/16 2318 - DEBIT                by FISACKSM
    ITEMS: 1
  10/17/16 0238 - DEBIT                by FISACKSM
    ITEMS: 1
  10/17/16 0315 - EDIT                 by FIREVAKN
    FROM:
      TITRATION DOSE UNITS:
    TO:
      TITRATION DOSE UNITS: MCG/KG/HR
  10/17/16 0315 - WEIGHT BASED DOSING  by FIREVAKN
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 21
USER: MT                     Medication Administration Summary
```

```
Patient  EFUNNUGA,OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA     Unit Number    F001250247
Age/Sex      37/M             Room     411         Registered Date 10/07/16
Status       DIS IN           Bed      02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

      Ordered Rate: 0 MCG/KG/HR
      Calculated Patient Weight: 93 KG
           (Height: 170.18 CM, Weight: 93 KG, Method: Actual Body Weight)
      Rate: 0 MLS/HR
      10/17/16 0624 - DEBIT                        by FISACKSM
         ITEMS: 1
      10/17/16 1001 - DEBIT                        by FICARSOM
         ITEMS: 1
      10/17/16 1325 - DEBIT                        by FILINC
         ITEMS: 1
      10/17/16 1648 - DEBIT                        by FILINC
         ITEMS: 1
      10/17/16 2014 - DEBIT                        by FILINC
         ITEMS: 2
      10/17/16 2300 - RENEW STOP FILED             by SYSTEM
      10/18/16 0126 - DEBIT                        by FISPERAR
         ITEMS: 1
      10/18/16 0512 - DEBIT                        by FISPERAR
         ITEMS: 1
      10/18/16 0700 - DISCONTINUE                  by RENEW STOP   Eff: 10/18/16 0700
      FROM:
         DC COMMENTS:
      TO:
         DC COMMENTS:
           Reached Renew Stop Date

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/17/16 | 0315 | FIREVAKN | Y | | | 1 | |
| COSIGNED BY: FIYOUNGS | | | | | | | |
| | Rate: 29.01 MLS/HR | | | | | | |
| 10/17/16 | 0639 | FIREVAKN | Y | | | 1 | |
| COSIGNED BY: FIFALKEC | | | | | | | |
| | Rate: 29.01 MLS/HR | | | | | | |
| 10/17/16 | 1341 | FIMCCARD | Y | | | 1 | |
| COSIGNED BY: FIDALISA1 | | | | | | | |
| | Rate: 29.01 MLS/HR | | | | | | |
| 10/17/16 | 2042 | FIROSSIA | Y | | | 1 | |
| COSIGNED BY: FIMCCORJ | | | | | | | |
| | Rate: 30 MLS/HR | | | | | | |
| 10/17/16 | 2343 | FIROSSIA | Y | | | 1 | |
| COSIGNED BY: FIMCCORJ | | | | | | | |
| | Rate: 29.01 MLS/HR | | | | | | |
| 10/18/16 | 0316 | FIROSSIA | Y | | | 1 | |
| COSIGNED BY: FIMCCORJ | | | | | | | |
| | Rate: 30 MLS/HR | | | | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 22
USER: MT                     Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient **EFUNNUGA,OLUTOKUNBO** | | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223009 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA,OLUTOKUNBO | FA1307223009 | (Continued) |
|---|---|---|

```
10/18/16   0657 FIROSSIA   Y                                    1
  COSIGNED BY: FIMCCORJ
              Rate: 30 MLS/HR


                                                               _____   _____
  Admin Totals                                                      7
```

SODI100013 - SODIUM CHLORIDE 0.45% 1,000 ML IV.SOLN - 1,000 ML

```
Admin Route IV CONT
Site
Volume      1,000      Rate 100 MLS/HR              Duration 10 HR
Start Date  10/17/16-1115      Stop Date None       DC Date 10/18/16-1915
Ordering Doctor   BORIKAR,MADHURA S MD
Last Bag    0
Total Dispensed    0      Total Costs $             Total Charges $
Rx Number  001884748
```

Discontinue Comments Reached Renew Stop Date

```
History
  10/17/16 1116 - POM ORDER              by COBORIKM
  10/17/16 1118 - VERIFIED               by FIREALID
  10/18/16 1115 - RENEW STOP FILED       by SYSTEM
  10/18/16 1915 - DISCONTINUE            by RENEW STOP   Eff: 10/18/16 1915
    FROM:
       DC COMMENTS:
    TO:
       DC COMMENTS:
          Reached Renew Stop Date
```

| Admin Date | Time User | | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/17/16 | 1159 FIMCCARD | Y | | 1 | 0.00 |
| (10/17/16) (1115) Rate: 100 MLS/HR | | | | | |
| 10/17/16 | 2109 FIROSSIA | Y | | 1 | 0.00 |
| (10/17/16) (2115) Rate: 100 MLS/HR | | | | | |
| 10/18/16 | 0655 FIROSSIA | Y | | 1 | 0.00 |
| (10/18/16) (0715) Rate: 100 MLS/HR | | | | | |
| 10/18/16 | 1636 FIBURKEK | Y | | 1 | 0.00 |
| (10/18/16) (1715) Rate: 100 MLS/HR | | | | | |

```
                                                               _____   _____
  Admin Totals                                                      4             0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                PAGE 23
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO                    Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089        Location  FI4PVA        Unit Number     F001250247
Age/Sex        37/M                Room      411           Registered Date 10/07/16
Status         DIS IN              Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO               FA1307223089                     (Continued)
```

```
DEXM200V - DEXMEDETOMIDINE HCL 200 MCG/2 ML VIAL - 800 MCG (8 ML)
in SODI250I12 - SODIUM CHLORIDE 0.9% 250 ML IV.SOLN - 200 ML

  Admin Route IV CONT
  Site
  Volume      208      Rate 0 MLS/HR                     Duration 0 SEC
  Frequency   .QOM (PRN) PAR= PRN REASON: AG - AGITATION
  Start Date  10/18/16-0830      Stop Date None          DC Date 10/19/16-1035
  Ordering Doctor    LOZADA, JAMES A MD
  Last Bag    0
  Total Dispensed   4          Total Costs $511.84       Total Charges $4298.00
  Rx Number   001885827

  Protocol
    Condition                      Dose/Rate/Route          Instruction
    START @                        0.2 MCG/KG/HR            TO RASS GOAL
    RATE CHANGES SHOULD BE         NO > 0.1 MCG/KG/HR       Q 30 MIN
    MAX RATE                       1.2 MCG/KG/HR
    Text
    MUST BE ORDERED BY AN INTENSIVIST

  Warnings
  Type:        MAINTENANCE
  Range:       DEXMEDETOMIDINE HCL (200 MCG/2 ML)
  Condition:   ALL COMMON INDICATIONS
  Warnings     DEXM200V: Unable to check dose ranges for MCG/KG/HR (No Duration).



  History
  10/18/16 0819 - POM ORDER                    by COLOZADJ
  10/18/16 0821 - EDIT                         by FIANDERC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/18/16 0821 - VERIFIED                     by FIANDERC
  10/18/16 0821 - DEBIT                        by FIANDERC
    ITEMS: 1
  10/18/16 0852 - EDIT                         by FIGILMAD
    FROM:
      TITRATION DOSE UNITS:
    TO:
      TITRATION DOSE UNITS: MCG/KG/HR
  10/18/16 0852 - WEIGHT BASED DOSING          by FIGILMAD
    Ordered Rate: 0 MCG/KG/HR
    Calculated Patient Weight: 93 KG
       (Height: 170.18 CM, Weight: 93 KG, Method: Actual Body Weight)
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 24
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA,OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD | |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location FI4PVA | Unit Number       F001250247 | |
| Age/Sex      37/M | | Room      411 | Registered Date 10/07/16 | |
| Status       DIS IN | | Bed      02 | Discharged Date 11/01/16 | |

```
EFUNNUGA,OLUTOKUNBO                   FA1307223089                        (Continued)
```

```
       Rate: 0 MLS/HR
    10/18/16 1631 - DEBIT                        by FILINC
       ITEMS: 1
    10/18/16 2044 - DEBIT                        by FILINC
       ITEMS: 1
    10/19/16 0207 - DEBIT                        by FISPERAR
       ITEMS: 1
    10/19/16 0830 - RENEW STOP FILED             by SYSTEM
    10/19/16 1036 - DISCONTINUE                  by COBORIKM    Eff: 10/19/16 1035
       EDIT DOCTOR: BORIKAR,MADHURA S MD
       EDIT SOURCE: Provider Source
    10/19/16 1036 - POM COPY AND EDIT            by COBORIKM
       TO: Rx #U001140252
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/18/16 | 0852 | FIGILMAD | Y | | | 1 | |

```
    COSIGNED BY: FIHOKEL
                  Rate: 29.01 MLS/HR
```

| 10/18/16 | 1144 | FIGILMAD | Y | | | 1 | |

```
    COSIGNED BY: FIDALISA1
                  Rate: 29.01 MLS/HR
```

| 10/18/16 | 1816 | FIBURKEK | Y | | | 1 | |

```
    COSIGNED BY: FICAMPBD
                  Rate: 29.01 MLS/HR
```

| 10/19/16 | 0149 | FIROSSIA | Y | | | 1 | |

```
    COSIGNED BY: FIDAMATV
                  Rate: 30 MLS/HR
```

| 10/19/16 | 0904 | FIGILMAD | Y | | | 1 | |

```
    COSIGNED BY: FIPOWELL
                  Rate: 29.01 MLS/HR
```

| Admin Totals | | | | | | 5 | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 25
USER: MT                       Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089     Location  FI4PVA        Unit Number      F001250247
Age/Sex      37/M               Room      411           Registered Date 10/07/16
Status       DIS IN             Bed       02            Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

SODI100013 - SODIUM CHLORIDE 0.45% 1,000 ML IV.SOLN - 1,000 ML

Admin Route IV CONT
Site
Volume    1,000      Rate 100 MLS/HR                 Duration 10 HR
Start Date  10/18/16-2045      Stop Date 10/19/16 2044    DC Date 10/19/16-2044
Ordering Doctor    MALIK, AMMAR M MD
Last Bag    0
Total Dispensed     0          Total Costs $              Total Charges $
Rx Number   001886751

Discontinue Comments Reached Stop Date

History
   10/18/16 2044 - POM ORDER              by COMALIA
   10/18/16 2045 - VERIFIED               by FISPERAR
   10/19/16 2044 - DISCONTINUE            by PHABKGJOB    Eff: 10/19/16 2044
      FROM:
         DC COMMENTS:
      TO:
         DC COMMENTS:
            Reached Stop Date

| Admin Date | Time | User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/18/16 | 2052 | FIROSSIA | Y | 1 | 0.00 |
| (10/18/16) (2045) Rate: 100 MLS/HR | | | | | |
| 10/19/16 | 0506 | FIROSSIA | Y | 1 | 0.00 |
| (10/19/16) (0645) Rate: 100 MLS/HR | | | | | |
| 10/19/16 | 1452 | FIGILMAD | Y | 1 | 0.00 |
| (10/19/16) (1645) Rate: 100 MLS/HR | | | | | |
| Admin Totals | | | | 3 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 26
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number     F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

DEXM200V – DEXMEDETOMIDINE HCL 200 MCG/2 ML VIAL – 800 MCG (8 ML)
in SODI250I12 – SODIUM CHLORIDE 0.9% 250 ML IV.SOLN – 200 ML

```
Admin Route IV CONT
Site
Volume       208        Rate 0 MLS/HR                    Duration 0 SEC
Frequency    .QOM (PRN) PAR= PRN REASON: AG – AGITATION
Start Date   10/19/16-1034      Stop Date None           DC Date 10/20/16-1046
Ordering Doctor    BORIKAR, MADHURA S MD
Last Bag     0
Total Dispensed     2          Total Costs $255.92       Total Charges $2149.00
Rx Number    001887423
```

Protocol

| Condition | Dose/Rate/Route | Instruction |
|---|---|---|
| START @ | 0.2 MCG/KG/HR | TO RASS GOAL |
| RATE CHANGES SHOULD BE | NO > 0.1 MCG/KG/HR | Q 30 MIN |
| MAX RATE | 1.2 MCG/KG/HR | |
| Text | | |

MUST BE ORDERED BY AN INTENSIVIST

```
Warnings
Type:          MAINTENANCE
Range:         DEXMEDETOMIDINE HCL (200 MCG/2 ML)
Condition:     ALL COMMON INDICATIONS
Warnings       DEXM200V: Unable to check dose ranges for MCG/KG/HR (No Duration).
```

```
History
10/19/16 1036 – POM COPY AND EDIT              by COBORIKM
   FROM: Rx #001885827
10/19/16 1050 – EDIT                           by FIREALID
   FROM:
      DUPLICATE COMMENT:
   TO:
      DUPLICATE COMMENT: RPH
10/19/16 1051 – VERIFIED                        by FIREALID
10/19/16 1152 – EDIT                            by FIGILMAD
   FROM:
      TITRATION DOSE UNITS:
   TO:
      TITRATION DOSE UNITS: MCG/KG/HR
10/19/16 1152 – WEIGHT BASED DOSING            by FIGILMAD
   Ordered Rate: 0 MCG/KG/HR
   Calculated Patient Weight: 93 KG
      (Height: 170.18 CM, Weight: 93 KG, Method: Actual Body Weight)
   Rate: 0 MLS/HR
```

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 27
USER: MT                          Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223009 | | Location | FI4PVA | Unit Number    F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223009                        (Continued)

     10/19/16 1655 - DEBIT                     by FILINC
          ITEMS: 1
     10/20/16 0218 - DEBIT                     by FISPERAR
          ITEMS: 1
     10/20/16 1034 - RENEW STOP FILED          by SYSTEM
     10/20/16 1046 - DISCONTINUE               by COCHOWDJ      Eff: 10/20/16 1046
          EDIT DOCTOR: CHOWDHURY, JUNAD MD
          EDIT SOURCE: Provider Source
     10/20/16 1046 - POM COPY AND EDIT         by COCHOWDJ
          TO: Rx #U001141123
```

| Admin Date | Time | User | Given | Bag | Reason | Code | Items | Charge |
|---|---|---|---|---|---|---|---|---|
| 10/19/16 | 1152 | FIGILMAD | Y | | | | 1 | |

```
     COSIGNED BY: FIPOWELL
                     Rate: 24.18 MLS/HR
```

| 10/19/16 | 1709 | FIDONAHS | Y | | | | 1 | |

```
     COSIGNED BY: FIBRIGHM
                     Rate: 19.34 MLS/HR
```

| 10/20/16 | 0310 | FIMCDEVD | Y | | | | 1 | |

```
     COSIGNED BY: FIIFFRIN
                     Rate: 19.34 MLS/HR


     Admin Totals                                                3
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 28
USER: MT                     Medication Administration Summary
```

| Patient EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|
| Account Number FA1307223089 | Location FI4PVA | Unit Number      F001250247 |
| Age/Sex       37/M | Room      411 | Registered Date 10/07/16 |
| Status        DIS IN | Bed       02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)


SODI100019 - SODIUM CHLORIDE 0.9% 1,000 ML IV.SOLN - 1,000 ML

  Admin Route IV CONT
  Site
  Volume     1,000      Rate 100 MLS/HR            Duration 10 HR
  Start Date  10/19/16-2330      Stop Date None      DC Date 10/19/16-2338
  Ordering Doctor    PATEL,SANSKRUTI MD
  Last Bag    0
  Total Dispensed    0        Total Costs $         Total Charges $
  Rx Number    001888309



  History
   10/19/16 2320 - POM ORDER                by COPATESA
   10/19/16 2330 - EDIT                     by FISPERAR
     FROM:
       DUPLICATE COMMENT:
     TO:
       DUPLICATE COMMENT: BS
   10/19/16 2330 - VERIFIED                 by FISPERAR
   10/19/16 2342 - DISCONTINUE              by COKHINEP     Eff: 10/19/16 2338
     EDIT DOCTOR: KHINE,PWINT P DO
     EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/19/16 | 2330 FIMCDEVD | N | DC | | | |
| (10/19/16) (2330) Rate: 0 MLS/HR | | | | | | |

```
  Admin Totals
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 29
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex       37/M            Room      411          Registered Date 10/07/16
Status        DIS IN          Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO             FA1307223089                    (Continued)
```

SODI100013 - SODIUM CHLORIDE 0.45% 1,000 ML IV.SOLN - 1,000 ML

```
Admin Route IV CONT
Site
Volume     1,000      Rate 100 MLS/HR              Duration 10 HR
Start Date  10/19/16-2345    Stop Date None         DC Date 10/20/16-1045
Ordering Doctor    KHINE,PWINT P DO
Last Bag    0
Total Dispensed    0         Total Costs $          Total Charges $
Rx Number   001888328
```

```
History
  10/19/16 2342 - POM ORDER               by COKHINEP
  10/19/16 2358 - VERIFIED                by FISPERAR
  10/20/16 1046 - DISCONTINUE             by COCHOWDJ      Eff: 10/20/16 1045
    EDIT DOCTOR: CHOWDHURY,JUNAD MD
    EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/20/16 | 0013 | FIMCDEVD | Y | | | 1 | 0.00 |
| (10/19/16) (2345) Rate: 100 MLS/HR | | | | | | | |

```
  Admin Totals                                         1              0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 30
USER: MT                      Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient  **EFUNNUGA OLUTOKUNBO** | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223009 | Location FI4PVA | Unit Number      F001250247 | |
| Age/Sex      37/M | Room      411 | Registered Date 10/07/16 | |
| Status       DIS IN | Bed      02 | Discharged Date 11/01/16 | |

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

DEXM200V – DEXMEDETOMIDINE HCL 200 MCG/2 ML VIAL – 800 MCG (8 ML)
in SODI250I12 – SODIUM CHLORIDE 0.9% 250 ML IV.SOLN – 200 ML

**Admin Route** IV CONT
**Site**
**Volume**      208       **Rate** 0 MLS/HR                          **Duration** 0 SEC
**Frequency**   .QOM (PRN) PAR= PRN REASON: AG – AGITATION
**Start Date**  10/20/16-1045       **Stop Date** None              **DC Date** 10/21/16-1000
**Ordering Doctor**   CHOWDHURY,JUNAD MD
**Last Bag**    0
**Total Dispensed**    0       **Total Costs** $                    **Total Charges** $
**Rx Number**   001888812

**Protocol**

| Condition | Dose/Rate/Route | Instruction |
|---|---|---|
| START @ | 0.2 MCG/KG/HR | TO RASS GOAL |
| RATE CHANGES SHOULD BE | NO > 0.1 MCG/KG/HR | Q 30 MIN |
| MAX RATE | 1.2 MCG/KG/HR | |
| **Text** | | |

MUST BE ORDERED BY AN INTENSIVIST

**Warnings**
Type:          MAINTENANCE
Range:         DEXMEDETOMIDINE HCL (200 MCG/2 ML)
Condition:     ALL COMMON INDICATIONS
Warnings       DEXM200V: Unable to check dose ranges for MCG/KG/HR (No Duration).

**History**
10/20/16 1046 – POM COPY AND EDIT          by COCHOWDJ
    FROM: Rx #001887423
10/20/16 1048 – EDIT                       by FIREALID
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
10/20/16 1048 – VERIFIED                   by FIREALID
10/21/16 1001 – DISCONTINUE                by COHOWLAA     Eff: 10/21/16 1000
    EDIT DOCTOR: HOWLAND,AMANDA R MD
    EDIT SOURCE: Provider Source

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 31
USER: MT                        Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO            Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number      F001250247
Age/Sex       37/M            Room       411        Registered Date 10/07/16
Status        DIS IN          Bed        02         Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

SODI100019 - SODIUM CHLORIDE 0.9% 1,000 ML IV.SOLN - 1,000 ML

Admin Route IV CONT
Site
Volume      1,000     Rate 1,000 MLS/HR              Duration 1 HR
Start Date  10/20/16-1200    Stop Date 10/20/16 1259   DC Date 10/20/16-1259
Ordering Doctor    CHOWDHURY,JUNAD MD
Last Bag      0
Total Dispensed    0         Total Costs $           Total Charges $
Rx Number   001888897

Discontinue Comments Reached Stop Date


History
   10/20/16 1148 - POM ORDER                  by COCHOWDJ
   10/20/16 1151 - EDIT                       by FIREALID
       FROM:
          DUPLICATE COMMENT:
       TO:
          DUPLICATE COMMENT: RPH
   10/20/16 1151 - VERIFIED                   by FIREALID
   10/20/16 1259 - DISCONTINUE                by PHABKGJOB    Eff: 10/20/16 1259
       FROM:
          DC COMMENTS:
       TO:
          DC COMMENTS:
             Reached Stop Date

Admin Date  Time User       Given Bag Reason Code        Items         Charge
10/20/16    1211 FIGILMAD    Y                              1            0.00
(10/20/16) (1200) Rate: 1,000 MLS/HR


Admin Totals                                               1            0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 32
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                      (Continued)
```

```
SODISOOI21 - SODIUM CHLORIDE 0.9% 500 ML IV.SOLN - 500 ML

  Admin Route IV CONT
  Site
  Volume       500        Rate 1,000 MLS/HR            Duration 30 MIN
  Start Date  10/20/16-1915       Stop Date 10/20/16 1944    DC Date 10/20/16-1944
  Ordering Doctor     GEVORGYAN,DAVID MD
  Last Bag     0
  Total Dispensed      0          Total Costs $             Total Charges $
  Rx Number   001889326

  Discontinue Comments Reached Stop Date


  History
    10/20/16 1914 - POM ORDER              by COGEVORD
    10/20/16 1916 - VERIFIED               by FILINC
    10/20/16 1944 - DISCONTINUE            by PHABKGJOB    Eff: 10/20/16 1944
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/20/16 | 1929 | FIDONAHS | Y | | | 1 | 0.00 |

```
(10/20/16) (1915) Rate: 1,000 MLS/HR
```

| | | | | | | Items | Charge |
|---|---|---|---|---|---|---|---|
| Admin Totals | | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 33
USER: MT                       Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411         Registered Date 10/07/16
Status         DIS IN          Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                FA1307223089                        (Continued)
```

SODI100019 - SODIUM CHLORIDE 0.9% 1,000 ML IV.SOLN - 1,000 ML

```
Admin Route IV CONT
Site
Volume      1,000      Rate 1,000 MLS/HR                Duration 1 HR
Start Date  10/20/16-2215      Stop Date 10/20/16 2314  DC Date 10/20/16-2314
Ordering Doctor    GEVORGYAN,DAVID MD
Last Bag    0
Total Dispensed     0          Total Costs $            Total Charges $
Rx Number   001889441
```

Discontinue Comments Reached Stop Date

```
History
  10/20/16 2203 - POM ORDER              by COGEVORD
  10/20/16 2207 - EDIT                   by FISPERAR
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: BS
  10/20/16 2207 - VERIFIED               by FISPERAR
  10/20/16 2314 - DISCONTINUE            by PHABKGJOB    Eff: 10/20/16 2314
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/20/16 | 2233 FIDONAHS | Y | | | 1 | 0.00 |
| (10/20/16) (2215) Rate: 1,000 MLS/HR | | | | | | |

| Admin Totals | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002       Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 34
USER: MT                      Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient  EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223089 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 | |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)


SODI100019 – SODIUM CHLORIDE 0.9% 1,000 ML IV.SOLN – 1,000 ML

  Admin Route IV CONT
  Site
  Volume     1,000      Rate 1,000 MLS/HR              Duration 1 HR
  Start Date  10/22/16-0715      Stop Date 10/22/16 0814   DC Date 10/22/16-0814
  Ordering Doctor    CHOWDHURY,JUNAD MD
  Last Bag      0
  Total Dispensed     0        Total Costs $            Total Charges $
  Rx Number   001890815

  Discontinue Comments Reached Stop Date


  History
   10/22/16 0710 – POM ORDER                   by COCHOWDJ
   10/22/16 0711 – EDIT                        by FILINC
     FROM:
       DUPLICATE COMMENT:
     TO:
       DUPLICATE COMMENT: RPH
   10/22/16 0711 – VERIFIED                    by FILINC
   10/22/16 0814 – DISCONTINUE                 by PHABKGJOB    Eff: 10/22/16 0814
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/22/16 | 0734 | FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (0715) Rate: 1,000 MLS/HR | | | | | | | |

```
  Admin Totals                                              1              0
```

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 35
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number       F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

SODI100019 - SODIUM CHLORIDE 0.9% 1,000 ML IV.SOLN - 1,000 ML

Admin Route IV CONT
Site
Volume        1,000     Rate 1,000 MLS/HR                    Duration 1 HR
Start Date  10/22/16-0915      Stop Date 10/22/16 1014     DC Date 10/22/16-1014
Ordering Doctor     MANN, RUPINDER K MD
Last Bag      0
Total Dispensed       0        Total Costs $              Total Charges $
Rx Number   001890869

Discontinue Comments Reached Stop Date


History
  10/22/16 0902 - POM ORDER                     by COMANNR
  10/22/16 0903 - EDIT                          by FILINC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/22/16 0903 - VERIFIED                      by FILINC
  10/22/16 1014 - DISCONTINUE                   by PHABKGJOB    Eff: 10/22/16 1014
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/22/16 | 0908 | FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (0915) Rate: 1,000 MLS/HR | | | | | | | |

| Admin Totals | | 1 | 0 |
|---|---|---|---|

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*            PAGE 36
USER: MT                     Medication Administration Summary

Patient   EFUNNUGA OLUTOKUNBO             Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA      Unit Number      F001250247
Age/Sex       37/M             Room      411           Registered Date 10/07/16
Status        DIS IN           Bed       02            Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO              FA1307223089                  (Continued)


SODI500I21 - SODIUM CHLORIDE 0.9% 500 ML IV.SOLN - 500 ML

  Admin Route IV CONT
  Site
  Volume       500         Rate 1,000 MLS/HR             Duration 30 MIN
  Start Date  10/23/16-0345      Stop Date 10/23/16 0414  DC Date 10/23/16-0414
  Ordering Doctor    GOOCH,JOHN R MD
  Last Bag     0
  Total Dispensed    0        Total Costs $              Total Charges $
  Rx Number    001891486

  Discontinue Comments Reached Stop Date


  History
    10/23/16 0346 - POM ORDER                    by COGOOCHJ
    10/23/16 0352 - VERIFIED                     by FISPERAR
    10/23/16 0414 - DISCONTINUE                  by PHABKGJOB    Eff: 10/23/16 0414
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          Reached Stop Date

Admin Date  Time User      Given Bag Reason Code          Items        Charge
10/23/16    0358 FIDONAHS     Y                               1          0.00
(10/23/16) (0345) Rate: 1,000 MLS/HR


  Admin Totals                                               1           0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 37
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO                Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA        Unit Number      F001250247
Age/Sex         37/M             Room     411            Registered Date 10/07/16
Status          DIS IN           Bed      02             Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO                FA1307223089                    (Continued)
```

SODI500I21 — SODIUM CHLORIDE 0.9% 500 ML IV.SOLN — 500 ML

```
Admin Route IV CONT
Site
Volume       500          Rate 1,000 MLS/HR                 Duration 30 MIN
Start Date  10/23/16-0515       Stop Date 10/23/16 0544    DC Date 10/23/16-0544
Ordering Doctor     GOOCH, JOHN R MD
Last Bag      0
Total Dispensed      0          Total Costs $               Total Charges $
Rx Number   001891500
```

Discontinue Comments Reached Stop Date

```
History
  10/23/16 0506 - POM ORDER                  by COGOOCHJ
  10/23/16 0533 - VERIFIED                   by FISPERAR
  10/23/16 0544 - DISCONTINUE                by PHABKGJOB    Eff: 10/23/16 0544
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
         Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/23/16 | 0539 | FIDONAHS | Y | | | 1 | 0.00 |
| (10/23/16) (0515) Rate: 1,000 MLS/HR | | | | | | | |

| Admin Totals | | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 38
USER: MT                        Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089 | Location | FI4PVA | Unit Number    F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |

PROP10VI9 - PROPOFOL 1000 MG/100 ML VIAL - 100 ML

```
Admin Route IV CONT
Site
Volume       100          Rate 0 MLS/HR                      Duration 0 SEC
Frequency    .QOM (PRN) PAR= PRN REASON: rass 0 to -1
Start Date  10/24/16-1645      Stop Date None                DC Date 10/25/16-1007
Ordering Doctor   GEVORGYAN,DAVID MD
Last Bag      0
Total Dispensed     1          Total Costs $21.35            Total Charges $176.00
Rx Number   001892970
```

```
Protocol
   Condition                        Dose/Rate/Route         Instruction
   SEDATION                         START @5 MCG/KG/MIN      TITRATE TO RASS GOAL
   TITTRATION IF NEEDED             5 MCG/KG/MIN Q10MIN
   MAXIMUM DOSE 50 MCG/KG/MIN
```

```
Warnings
Type:        MAINTENANCE
Range:       PROPOFOL (10 MG/1 ML)
Condition:   ALL COMMON INDICATIONS
Warnings        PROP10VI9: Unable to check dose ranges for MCG/KG/MIN (No Duration).
```

```
History
 10/24/16 1647 - POM ORDER                    by COGEVORD
 10/24/16 1647 - MERGEDM                      by SYSTEM
   Items Dispensed:  on: 10/24/16-1646 Dispensing Machine: 5PAV User: HBEURKET
 10/24/16 1650 - VERIFIED                     by FIANDERC
 10/24/16 1650 - DEBIT                        by HBEURKET
    ITEMS: 1      DOSES: 1
 10/24/16 1650 - EVALDM                       by FIANDERC
   Dispensing machine transaction merged
   Items Dispensed:  on: 10/24/16-1646 Dispensing Machine: 5PAV User: HBEURKET
 10/24/16 1655 - EDIT                         by FIBEURKH
   FROM:
     TITRATION DOSE UNITS:
   TO:
     TITRATION DOSE UNITS: MCG/KG/MIN
 10/24/16 1655 - WEIGHT BASED DOSING          by FIBEURKH
   Ordered Rate: 0 MCG/KG/MIN
   Calculated Patient Weight: 93 KG
       (Height: 170.18 CM, Weight: 93 KG, Method: Actual Body Weight)
   Rate: 0 MLS/HR
 10/25/16 1008 - DISCONTINUE                  by COGEVORD    Eff: 10/25/16 1007
   EDIT DOCTOR: GEVORGYAN,DAVID MD
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 39
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

EDIT SOURCE: Provider Source

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/24/16 | 1655 | FIBEURKH | Y | | | 1 | |

COSIGNED BY: FIYOUNGS
            Rate: 22.32 MLS/HR


Admin Totals                                                1

RING100010 - RINGERS SOLUTION,LACTATED 1,000 ML IV.SOLN - 1,000 ML

Admin Route IV CONT
Site
Volume       1,000      Rate 60 MLS/HR                  Duration 16 HR 40 MIN
Start Date  10/24/16-1800      Stop Date 10/24/16 1800  DC Date 10/24/16-1800
Ordering Doctor    MARCOE,JEFFREY P MD
Last Bag     0
Total Dispensed     0         Total Costs $             Total Charges $
Rx Number   001893026


History
  10/24/16 1753 - EDIT                      by COMARCOJ
      EDIT DOCTOR: MARCOE,JEFFREY P MD
      EDIT SOURCE: Provider Source
  FROM:
      START: 10/24/16-1800   STOP: None   SOFT STOP:
  TO:
      START: 10/24/16-1800   STOP: 10/24/16-1800   SOFT STOP:
  10/24/16 1753 - POM ORDER                 by COMARCOJ
  10/24/16 1753 - DISCONTINUE               by COMARCOJ     Eff: 10/24/16 1800
      EDIT DOCTOR: MARCOE,JEFFREY P MD
      EDIT SOURCE: Provider Source
  10/24/16 1753 - VERIFIED                  by SYSTEM
      Verified in order to DC

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 40
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

SODI100019 — SODIUM CHLORIDE 0.9% 1,000 ML IV.SOLN — 1,000 ML

```
Admin Route IV CONT
Site
Volume      1,000         Rate 60 MLS/HR                    Duration 16 HR 40 MIN
Start Date  10/24/16-1800        Stop Date None             DC Date 10/25/16-0842
Ordering Doctor    MARCOE,JEFFREY P MD
Last Bag     0
Total Dispensed      0          Total Costs $               Total Charges $
Rx Number    001893029
```

```
History
  10/24/16 1753 - POM ORDER                    by COMARCOJ
  10/24/16 1756 - EDIT                         by FIANDERC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/24/16 1756 - VERIFIED                     by FIANDERC
  10/25/16 0846 - DISCONTINUE                  by COVALEND     Eff: 10/25/16 0842
    EDIT DOCTOR: VALENTINO,DOMINIC J, DO
    EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/24/16 | 1800 | FIYOUNGS | Y | | | 1 | 0.00 |
| (10/24/16) (1800) Rate: 60 MLS/HR | | | | | | | |
| 10/25/16 | 0532 | FIBURKEC | Y | | | 1 | 0.00 |
| (10/25/16) (1040) Rate: 60 MLS/HR | | | | | | | |
| Admin Totals | | | | | | 2 | 0 |

```
Patient   EFUNNUGA, OLUTOKUNBO          Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M           Room       411          Registered Date 10/07/16
Status         DIS IN         Bed        02           Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

DEXM200PB — DEXMEDETOMIDINE 200 MCG/ NSS 50 ML — 50 ML

```
Admin Route IV CONT
Site
Volume      50          Rate 0 MLS/HR              Duration 0 SEC
Frequency   .Q0M (PRN) PAR= PRN REASON: RASS Goal 0 to -1
Start Date  10/25/16-0845      Stop Date None        DC Date 10/25/16-1623
Ordering Doctor   VALENTINO, DOMINIC J, DO
Last Bag     0
Total Dispensed    1        Total Costs $67.87        Total Charges $559.25
Rx Number   001893533
```

Protocol

| Condition | Dose/Rate/Route | Instruction |
|---|---|---|
| START @ | 0.2 MCG/KG/HR | TO RASS GOAL 0 to -1 |
| RATE CHANGES SHOULD BE | NO > 0.1 MCG/KG/HR | Q 30 MIN |
| MAX RATE | 1.2 MCG/KG/HR | |
| Text | | |

MUST BE ORDERED BY AN INTENSIVIST

```
Warnings
Type:         MAINTENANCE
Range:        DEXMEDETOMIDINE IN 0.9 % NACL (200 MCG/50 ML)
Condition:    ALL COMMON INDICATIONS
Warnings      DEXM200PB: Unable to check dose ranges for MCG/KG/HR (No Duration).
```

```
History
  10/25/16 0847 — POM ORDER               by COVALEND
  10/25/16 0850 — EDIT                    by FIJASINT
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/25/16 0850 — VERIFIED                by FIJASINT
  10/25/16 0909 — DEBIT                   by DGILMAN
    ITEMS: 1     DOSES: 1
  10/25/16 0919 — EDIT                    by FIGILMAD
    FROM:
      TITRATION DOSE UNITS:
    TO:
      TITRATION DOSE UNITS: MCG/KG/HR
  10/25/16 0919 — WEIGHT BASED DOSING     by FIGILMAD
    Ordered Rate: 0 MCG/KG/HR
    Calculated Patient Weight: 93 KG
      (Height: 170.18 CM, Weight: 93 KG, Method: Actual Body Weight)
    Rate: 0 MLS/HR
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 42
USER: MT                      Medication Administration Summary
```

| Patient EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status      DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO               FA1307223089                    (Continued)
```

```
   10/25/16 1625 - DISCONTINUE                 by COREGANJ      Eff: 10/25/16 1623
      EDIT DOCTOR: REGAN, JOHN E MD
      EDIT SOURCE: Provider Source
```

| Admin Date  Time User | Given Bag Reason Code | | Items | Charge |
|---|---|---|---|---|
| 10/25/16    0919 FIGILMAD | Y | | 1 | |

```
   COSIGNED BY: FIDALISA1
              Rate: 4.65 MLS/HR
```

| Admin Totals | | | 1 | |
|---|---|---|---|---|

```
SODI500I21 - SODIUM CHLORIDE 0.9% 500 ML IV.SOLN - 500 ML

   Admin Route IV CONT
   Site
   Volume      500        Rate 1,000 MLS/HR            Duration 30 MIN
   Start Date  10/26/16-1045      Stop Date 10/26/16 1114    DC Date 10/26/16-1114
   Ordering Doctor    REGAN, JOHN E MD
   Last Bag    0
   Total Dispensed    0        Total Costs $            Total Charges $
   Rx Number   001894695

   Discontinue Comments Reached Stop Date


   History
   10/26/16 1043 - POM ORDER                  by COREGANJ
   10/26/16 1050 - VERIFIED                   by FIREALID
   10/26/16 1114 - DISCONTINUE                by PHABKGJOB     Eff: 10/26/16 1114
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          Reached Stop Date
```

| Admin Date  Time User | Given Bag Reason Code | | Items | Charge |
|---|---|---|---|---|
| 10/26/16    1124 FIGILMAD | Y | | 1 | 0.00 |

```
(10/26/16) (1045) Rate: 1,000 MLS/HR
```

| Admin Totals | | | 1 | 0 |
|---|---|---|---|---|

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 43
USER: MT                     Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA,OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number     F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |

RING100010 — RINGERS SOLUTION,LACTATED 1,000 ML IV.SOLN — 1,000 ML

Admin Route IV CONT
Site
Volume      1,000      Rate 1,000 MLS/HR              Duration 1 HR
Start Date  10/27/16-0845      Stop Date 10/27/16 0944   DC Date 10/27/16-0944
Ordering Doctor    IRIARTE OPORTO,BLANCA E MD
Last Bag     0
Total Dispensed      0        Total Costs $              Total Charges $
Rx Number    001895589

Discontinue Comments Reached Stop Date


History
   10/27/16 0839 — POM ORDER                    by COIRIATB
   10/27/16 0841 — VERIFIED                      by FIANDERC
   10/27/16 0944 — DISCONTINUE                   by PHABKGJOB    Eff: 10/27/16 0944
     FROM:
        DC COMMENTS:
     TO:
        DC COMMENTS:
          Reached Stop Date

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/27/16 | 0854 | FIMAXWEM | Y | | | 1 | 0.00 |
| (10/27/16) (0845) Rate: 1,000 MLS/HR | | | | | | | |

Admin Totals                                               1            0

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 44
USER: MT                   Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex      37/M             Room      411           Registered Date 10/07/16
Status       DIS IN           Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                      (Continued)
```

SODI100019 — SODIUM CHLORIDE 0.9% 1,000 ML IV.SOLN — 1,000 ML

Admin Route IV CONT
Site
Volume      1,000      Rate 75 MLS/HR                  Duration 13 HR 20 MIN
Start Date  10/31/16-0745      Stop Date 11/01/16 1024    DC Date 11/01/16-1024
Total Volume to Infuse 2,000 mls
Total Bags   2
Ordering Doctor    SHETH, VISHAD M MD
Last Bag      0
Total Dispensed    0         Total Costs $            Total Charges $
Rx Number   001898817

Discontinue Comments Reached Stop Date

History
  10/31/16 0745 — POM ORDER                    by COSHETHV
  10/31/16 0746 — EDIT                         by FIJASINT
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/31/16 0746 — VERIFIED                     by FIJASINT
  11/01/16 0745 — RENEW STOP FILED             by SYSTEM
  11/01/16 1024 — DISCONTINUE                  by PHABKGJOB    Eff: 11/01/16 1024
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/31/16 | 0855 FIMOSLEK | Y | | | 1 | 0.00 |
| (10/31/16) (0745) Rate: 75 MLS/HR | | | | | | |
| 10/31/16 | 2118 FITAGOED | Y | | | 1 | 0.00 |
| (10/31/16) (2105) Rate: 75 MLS/HR | | | | | | |
| Admin Totals | | | | | 2 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 45
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M           Room      411         Registered Date 10/07/16
Status         DIS IN         Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

```
THIA100V6 - THIAMINE HCL 200 MG/2 ML VIAL - 100 MG (1 ML)
FOLI5VIA3 - FOLIC ACID 5 MG/ML 10ML - 1 MG (0.2 ML)
in SODI100I12 - SODIUM CHLORIDE 0.9% 100 ML IV.SOLN - 100 ML

   Admin Route IV
   Site
   Volume        101.2      Rate 100 MLS/HR               Duration 1 HR 1 MIN
   Start Date  10/07/16-1030       Stop Date None         DC Date 10/10/16-1245
   Ordering Doctor   BORIKAR, MADHURA S MD
   Last Bag     4
   Total Dispensed    4        Total Costs $37.76          Total Charges $353.00
   Rx Number   001874059


   History
     10/07/16 1031 - POM ORDER                by COBORIKM
     10/07/16 1031 - NOW DOSE                 by COBORIKM
        Now Dose:  10/07/16 1030
     10/07/16 1031 - KEEP NEXT DOSE           by COBORIKM
        Keep Next Dose:  10/08/16 0900
     10/07/16 1045 - VERIFIED                 by FIRECEVM
        Items Dispensed:  1   Doses Dispensed:  1
        For:   10/07/16 - 1030
     10/07/16 2145 - FILL                     by
        Items Dispensed:  1   Doses Dispensed:  1
        For:   10/08/16 - 0900
     10/08/16 2145 - FILL                     by
        Items Dispensed:  1   Doses Dispensed:  1
        For:   10/09/16 - 0900
     10/09/16 2145 - FILL                     by
        Items Dispensed:  1   Doses Dispensed:  1
        For:   10/10/16 - 0900
     10/10/16 1247 - DISCONTINUE              by COZHANGH   Eff: 10/10/16 1245
        EDIT DOCTOR: ZHANG, HONGYU MD
        EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/07/16 | 1119 | FIBRIGHM | Y | | 1 | 0.00 |
| (10/07/16) | (1030) Rate: 100 MLS/HR | | | | | |
| 10/08/16 | 0909 | FIBRIGHM | Y | | 1 | 0.00 |
| (10/08/16) | (0900) Rate: 100 MLS/HR | | | | | |
| 10/09/16 | 0826 | FIBRIGHM | Y | | 1 | 0.00 |
| (10/09/16) | (0900) Rate: 100 MLS/HR | | | | | |
| 10/10/16 | 0827 | FIHOKEL | Y | | 1 | 0.00 |
| (10/10/16) | (0900) Rate: 100 MLS/HR | | | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 46
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA,OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

EFUNNUGA,OLUTOKUNBO                      FA1307223089                          (Continued)

---

Admin Totals                                                      4              0

---

POTA20PI4 - POTASSIUM CHLORIDE 20 MEQ/100 ML PIGGYBACK - 100 ML

Admin Route IV
Site
Volume        100          Rate 50 MLS/HR                      Duration 2 HR
Start Date  10/09/16-1015       Stop Date 10/09/16 1214      DC Date 10/09/16-1214
Ordering Doctor    BORIKAR,MADHURA S MD
Last Bag     1
Total Dispensed       1          Total Costs $1.90            Total Charges $50.00
Rx Number   001875798

Discontinue Comments Reached Stop Date

History
  10/09/16 1014 - POM ORDER                        by COBORIKM
  10/09/16 1016 - VERIFIED                         by FIRECEVM
  10/09/16 1030 - DEBIT                            by MBRIGHT
     ITEMS: 1      DOSES: 1
  10/09/16 1214 - DISCONTINUE                      by PHABKGJOB    Eff: 10/09/16 1214
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         Reached Stop Date

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/09/16 | 1033 FIBRIGHM | Y | 1 | 0.00 |

(10/09/16) (1015) Rate: 50 MLS/HR

Admin Totals                                                      1              0

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                PAGE 47
USER: MT                        Medication Administration Summary
```

```
Patient  EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number      F001250247
Age/Sex      37/M             Room      411          Registered Date 10/07/16
Status       DIS IN           Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

VANC1VIA12 - Vancomycin 1,000 MG/VIAL INJECTION - 1,750 MG
in SODI500I21 - SODIUM CHLORIDE 0.9% 500 ML IV.SOLN - 500 ML

```
Admin Route IV
Site
Volume      500        Rate 250 MLS/HR                  Duration 2 HR
Start Date 10/09/16-1030       Stop Date 10/09/16 1229   DC Date 10/09/16-1229
Ordering Doctor    BORIKAR, MADHURA S MD
Clinical Indication INFECTION - UNSPECIFIED
Last Bag     1
Total Dispensed    1           Total Costs $33.85        Total Charges $328.00
Rx Number   001875820
```

```
Warnings
Type:          SINGLE DOSE
Range:         VANCOMYCIN HCL (1 GM)
Condition:     ALL COMMON INDICATIONS
Daily Dose     Dosing range is 7.5 MG/KG/DAY - 30 MG/KG/DAY. Ordered dose of 0
               MG/KG/DAY is below the Low Daily Dose. Factoring in variances, the
               range of values for this dose is  Low: 683.12 MG  High: 2,901.51 MG
               Max: 2,901.51 MG.
General Warnings  Elimination half-life is 4 - 11 hours
Renal          The patient's GLOMERULAR FILTRATION RATE is 57.  This is lower than
               the 90 threshold, a drug dosage adjustment should be considered.
```

Discontinue Comments Reached Stop Date

```
History
 10/09/16 1025 - POM ORDER                   by COBORIKM
 10/09/16 1026 - EDIT                        by FIRECEVM
   FROM:
     DUPLICATE COMMENT:
   TO:
     DUPLICATE COMMENT: RPH
 10/09/16 1026 - VERIFIED                    by FIRECEVM
   Items Dispensed: 1   Doses Dispensed: 1
   For:   10/09/16 - 1030
 10/09/16 1229 - DISCONTINUE                 by PHABKGJOB    Eff: 10/09/16 1229
   FROM:
     DC COMMENTS:
   TO:
     DC COMMENTS:
       Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/09/16 | 1034 | FIBRIGHM | Y | | | 1 | 0.00 |

(10/09/16) (1030) Rate: 250 MLS/HR

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 48
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

Admin Totals                                                    1              0

---

VANC1.5P - VANCOMYCIN 1.5 Gram /500 ML NSS PIGGYBACK - 500 ML

Admin Route IV
Site
Volume       500        Rate 250 MLS/HR              Duration 2 HR
Start Date 10/09/16-2100      Stop Date None         DC Date 10/10/16-1225
Ordering Doctor   BORIKAR,MADHURA S MD
Clinical Indication INFECTION - UNSPECIFIED
Last Bag    2
Total Dispensed    2         Total Costs $14.00      Total Charges $115.50
Rx Number   001875821


History
  10/09/16 1025 - POM ORDER              by COBORIKM
  10/09/16 1026 - EDIT                   by FIRECEVM
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/09/16 1026 - VERIFIED               by FIRECEVM
  10/09/16 2133 - DEBIT                  by DMCDEVITT
    ITEMS: 1      DOSES: 1
  10/10/16 0759 - DEBIT                  by LHOKE
    ITEMS: 1      DOSES: 1
  10/10/16 1229 - DISCONTINUE            by CORUSSDA    Eff: 10/10/16 1225
    EDIT DOCTOR: RUSSELL,DAVID T DO
    EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/09/16 | 2136 | FIMCDEVD | Y | | | 1 | 0.00 |
| (10/09/16) (2100) Rate: 250 MLS/HR | | | | | | | |
| 10/10/16 | 0859 | FIHOKEL | Y | | | 1 | 0.00 |
| (10/10/16) (0900) Rate: 250 MLS/HR | | | | | | | |

Admin Totals                                                    2              0

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 49
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status        DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

MAGN100I - MAGNESIUM SULFATE 1 Gram /100 ML NSS PIGGYBACK - 100 ML

```
Admin Route IV
Site
Volume      100          Rate 100 MLS/HR                    Duration 1 HR
Start Date  10/10/16-0830       Stop Date 10/10/16 0929    DC Date 10/10/16-0929
Ordering Doctor     BORIKAR, MADHURA S MD
Last Bag     1
Total Dispensed      1         Total Costs $1.73           Total Charges $50.00
Rx Number    001876647
```

Discontinue Comments Reached Stop Date

```
History
  10/10/16 0820 - POM ORDER                      by COBORIKM
  10/10/16 0823 - VERIFIED                       by FIANDERC
  10/10/16 0851 - DEBIT                          by LHOKE
     ITEMS: 1      DOSES: 1
  10/10/16 0929 - DISCONTINUE                    by PHABKGJOB    Eff: 10/10/16 0929
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/10/16 | 0858 | FIHOKEL | Y | | | 1 | 0.00 |

(10/10/16) (0830) Rate: 100 MLS/HR

| | | | | | | Items | Charge |
|---|---|---|---|---|---|---|---|
| Admin Totals | | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 50
USER: MT                       Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA          Unit Number      F001250247
Age/Sex        37/M           Room       411            Registered Date 10/07/16
Status         DIS IN         Bed        02             Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                        (Continued)
```

CEFT2FRO — cefTRIAXone SODIUM 2 Gram /100 ML NSS PIGGYBACK — 100 ML

Admin Route IV
Site
Volume      100          Rate 100 MLS/HR                Duration 1 HR
Start Date  10/10/16-1030      Stop Date 10/10/16 1350   DC Date 10/10/16-1350
Ordering Doctor    ASNANI,BHARTI, MD
Clinical Indication BACTEREMIA
Last Bag     1
Total Dispensed    1          Total Costs $6.86         Total Charges $56.75
Rx Number    001876911


History
  10/10/16 1027 — POM ORDER                      by COASNANB
  10/10/16 1027 — NOW DOSE                       by COASNANB
     Now Dose:  10/10/16 1030
  10/10/16 1027 — KEEP NEXT DOSE                 by COASNANB
     Keep Next Dose:  10/11/16 0900
  10/10/16 1058 — VERIFIED                       by FIREALID
  10/10/16 1117 — DEBIT                          by LHOKE
     ITEMS: 1     DOSES: 1
  10/10/16 1354 — EDIT                           by COBORIKM
     EDIT DOCTOR: BORIKAR,MADHURA S MD
     EDIT SOURCE: Provider Source
     FROM:
       START: 10/10/16-1030   STOP: None   SOFT STOP:
     TO:
       START: 10/10/16-1030   STOP: 10/10/16-1350   SOFT STOP:
  10/10/16 1354 — DISCONTINUE              by COBORIKM    Eff: 10/10/16 1350
     EDIT DOCTOR: BORIKAR,MADHURA S MD
     EDIT SOURCE: Provider Source
  10/10/16 1355 — POM COPY AND EDIT        by COBORIKM
     TO: Rx #U001133759
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/10/16 | 1124 FIHOKEL | Y | 1 | 0.00 |
| (10/10/16) (1030) Rate: 100 MLS/HR | | | | |

| Admin Totals | | | 1 | 0 |
|---|---|---|---|---|

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 51
USER: MT                     Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO           Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number     F001250247
Age/Sex       37/M            Room      411            Registered Date 10/07/16
Status        DIS IN          Bed       02             Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                      (Continued)
```

CEFT2FRO - cefTRIAXone SODIUM 2 Gram /100 ML NSS PIGGYBACK - 100 ML

```
Admin Route IV
Site
Volume      100          Rate 100 MLS/HR                Duration 1 HR
Start Date  10/10/16-2100       Stop Date None          DC Date 10/12/16-1438
Ordering Doctor    BORIKAR, MADHURA S MD
Clinical Indication BACTEREMIA
Last Bag    4
Total Dispensed    5         Total Costs $34.30        Total Charges $283.75
Rx Number   001877122
```

Discontinue Comments D\C PER DR MCNAMEE

```
History
  10/10/16 1355 - POM COPY AND EDIT           by COBORIKM
     FROM: Rx #001876911
     Result of Frequency/Schedule Edit
     Ordering Doctor: BORIKAR, MADHURA S MD
     Last Scheduled Administration Time: 10/10/16 - 1030
     Last Actual Administration Time: 10/10/16 - 1124
     Old Freq/Sch: DAILY (SCH)
     New Freq/Sch: Q12 (SCH)
     Old Order Stop:  10/10/16 - 1350
     New Order Start: 10/10/16 - 2100
     New Order Stop:
  10/10/16 1358 - VERIFIED                    by FIREALID
  10/10/16 2036 - DEBIT                       by SYOUNG
     ITEMS: 1      DOSES: 1
  10/11/16 0823 - DEBIT                       by LHOKE
     ITEMS: 1      DOSES: 1
  10/11/16 2011 - DEBIT                       by SYOUNG
     ITEMS: 1      DOSES: 1
  10/12/16 0815 - DEBIT                       by LHOKE
     ITEMS: 1      DOSES: 1
  10/12/16 0849 - DEBIT                       by LHOKE
     ITEMS: 1      DOSES: 1
  10/12/16 1438 - DISCONTINUE                 by FIREALID    Eff: 10/12/16 1438
     EDIT DOCTOR: BORIKAR, MADHURA S MD
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         D\C PER DR MCNAMEE
```

```
Admin Date  Time User      Given Bag Reason Code          Items        Charge
10/10/16    2048 FIYOUNGS       Y                           1           0.00
(10/10/16) (2100) Rate: 100 MLS/HR
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 52
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD | |
|---|---|---|---|---|---|
| Account Number | FA1307223089 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA,OLUTOKUNBO | FA1307223089 | | (Continued) |
|---|---|---|---|

```
10/11/16     0843 FIHOKEL      Y                                  1            0.00
(10/11/16) (0900) Rate: 100 MLS/HR

10/11/16     2023 FIYOUNGS     Y                                  1            0.00
(10/11/16) (2100) Rate: 100 MLS/HR

10/12/16     0904 FIHOKEL      Y                                  1            0.00
(10/12/16) (0900) Rate: 100 MLS/HR
                                                                 ____         ____
    Admin Totals                                                   4            0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 53
USER: MT                         Medication Administration Summary

Patient    EFUNNUGA OLUTOKUNBO               Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location   FI4PVA        Unit Number      F001250247
Age/Sex        37/M            Room      411            Registered Date 10/07/16
Status         DIS IN          Bed       02             Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO               FA1307223089                       (Continued)
```

VANC1.5P - VANCOMYCIN 1.5 Gram /500 ML NSS PIGGYBACK - 500 ML

Admin Route IV
Site
Volume      500          Rate 250 MLS/HR                    Duration 2 HR
Start Date  10/10/16-2100      Stop Date 10/11/16 0806    DC Date 10/11/16-0806
Ordering Doctor     BORIKAR, MADHURA S MD
Clinical Indication CNS INFECTION
Last Bag     1
Total Dispensed     1          Total Costs $7.00           Total Charges $57.75
Rx Number   001877129


History
    10/10/16 1355 - POM ORDER                  by COBORIKM
    10/10/16 1404 - VERIFIED                   by FIREALID
    10/10/16 2036 - DEBIT                      by SYOUNG
        ITEMS: 1      DOSES: 1
    10/11/16 0810 - EDIT                       by COZHANGH
        EDIT DOCTOR: ZHANG, HONGYU MD
        EDIT SOURCE: Provider Source
        FROM:
        START: 10/10/16-2100   STOP: None   SOFT STOP:
        TO:
        START: 10/10/16-2100   STOP: 10/11/16-0806   SOFT STOP:
    10/11/16 0810 - DISCONTINUE                by COZHANGH     Eff: 10/11/16 0806
        EDIT DOCTOR: ZHANG, HONGYU MD
        EDIT SOURCE: Provider Source
    10/11/16 0810 - POM COPY AND EDIT          by COZHANGH
        TO: Rx #U001134399

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/10/16 | 2144 | FIYOUNGS | Y | | | 1 | 0.00 |
| (10/10/16) (2100) Rate: 250 MLS/HR | | | | | | | |

| Admin Totals | | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 54
USER: MT                       Medication Administration Summary
```

```
Patient  EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number     F001250247
Age/Sex        37/M           Room       411        Registered Date 10/07/16
Status         DIS IN         Bed        02         Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO                 FA1307223089                        (Continued)
```

VANC1.5P - VANCOMYCIN 1.5 Gram /500 ML NSS PIGGYBACK - 500 ML

Admin Route IV
Site
Volume      500          Rate 250 MLS/HR                   Duration 2 HR
Start Date  10/11/16-0815        Stop Date None             DC Date 10/12/16-1434
Ordering Doctor    ZHANG, HONGYU MD
Clinical Indication CNS INFECTION
Last Bag     1
Total Dispensed     4          Total Costs $28.00           Total Charges $231.00
Rx Number   001877964

Warnings
Type:        MAINTENANCE
Range:       VANCOMYCIN/0.9 % SOD CHLORIDE (1.5 G/500 ML)
Condition:   ALL COMMON INDICATIONS
Daily Dose          Maximum Daily Dose is 4,000 MG/DAY. Ordered dose of 4,500 MG/DAY
                    exceeds the Maximum Daily Dose. Factoring in variances, the range of
                    values for this dose is  Low: 1,353.15 GM  High: 5,747.4 GM.
General Warnings  Elimination half-life is 4  -  11 hours
Renal               The Patient's GLOMERULAR FILTRATION RATE is > 60. The result can not
                    be compared against the threshold.


Discontinue Comments D\C per dr mcnamee.


History
  10/11/16 0810 - POM COPY AND EDIT           by COZHANGH
    FROM: Rx #001877129
    Result of Frequency/Schedule Edit
    Ordering Doctor: ZHANG, HONGYU MD
    Last Scheduled Administration Time: 10/10/16 - 2100
    Last Actual Administration Time: 10/10/16 - 2144
    Old Freq/Sch: Q12 (SCH)
    New Freq/Sch: Q8 (SCH)
    Old Order Stop:  10/11/16 - 0806
    New Order Start: 10/11/16 - 0815
    New Order Stop:
  10/11/16 0810 - NOW DOSE                    by COZHANGH
    Now Dose:  10/11/16 0815
  10/11/16 0810 - KEEP NEXT DOSE              by COZHANGH
    Keep Next Dose:  10/11/16 1300
  10/11/16 0817 - VERIFIED                    by FIREALID
  10/11/16 0841 - DEBIT                       by LHOKE
    ITEMS: 1      DOSES: 1
  10/11/16 1132 - DEBIT                       by LHOKE
    ITEMS: 1      DOSES: 1
  10/11/16 2024 - DEBIT                       by FILINC
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 55
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                      (Continued)
```

```
         ITEMS: 1
    10/12/16 0422 - DEBIT                          by FISACKSM
         ITEMS: 1
    10/12/16 1435 - DISCONTINUE                    by FIREALID    Eff: 10/12/16 1434
         EDIT DOCTOR: ZHANG,HONGYU MD
    FROM:
         DC COMMENTS:
    TO:
         DC COMMENTS:
            D\C per dr mcnamee.
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/11/16 | 0927 FIHOKEL | Y | | | 1 | 0.00 |
| (10/11/16) (0815) Rate: 250 MLS/HR | | | | | | |
| 10/11/16 | 1229 FIHOKEL | Y | | | 1 | 0.00 |
| (10/11/16) (1300) Rate: 250 MLS/HR | | | | | | |
| 10/11/16 | 2112 FIYOUNGS | Y | | | 1 | 0.00 |
| (10/11/16) (2100) Rate: 250 MLS/HR | | | | | | |
| 10/12/16 | 0453 FIDAMATV | Y | | | 1 | 0.00 |
| (10/12/16) (0500) Rate: 250 MLS/HR | | | | | | |

```
    Admin Totals                                                4            0
```

```
Patient  EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room       411         Registered Date 10/07/16
Status         DIS IN          Bed        02          Discharged Date 11/01/16
```

EFUNNUGA, OLUTOKUNBO                    FA1307223089                     (Continued)


CEFA1FRO — ceFAZolin 1 GM/NSS 50 ML BAG — 50 ML

Admin Route IV
Site
Volume     50          Rate 100 MLS/HR                    Duration 30 MIN
Start Date 10/12/16-1437        Stop Date None             DC Date 10/14/16-1729
Ordering Doctor    MCNAMEE JR, WILLIAM B, MD
Clinical Indication PULMONARY/LRTI
Last Bag    6
Total Dispensed    6          Total Costs $42.00          Total Charges $346.50
Rx Number  001879987


History
   10/12/16 1438 — ENTER                          by FIREALID
   10/12/16 1438 — NOW DOSE                        by FIREALID
      Now Dose:  10/12/16 1437
   10/12/16 1438 — KEEP NEXT DOSE                  by FIREALID
      Keep Next Dose:  10/12/16 2100
   10/12/16 2031 — DEBIT                           by MMCGILL
      ITEMS: 1      DOSES: 1
   10/13/16 0452 — DEBIT                           by VDAMATO
      ITEMS: 1      DOSES: 1
   10/13/16 1121 — DEBIT                           by LHOKE
      ITEMS: 1      DOSES: 1
   10/13/16 2026 — DEBIT                           by MMCGILL
      ITEMS: 1      DOSES: 1
   10/14/16 0404 — DEBIT                           by VDAMATO
      ITEMS: 1      DOSES: 1
   10/14/16 1215 — DEBIT                           by LHOKE
      ITEMS: 1      DOSES: 1
   10/14/16 1731 — DISCONTINUE                     by COGILBEM    Eff: 10/14/16 1729
      EDIT DOCTOR: GILBERT, MARK, MD
      EDIT SOURCE: Provider Source

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/12/16 | 2152 | FIMCGILM | Y | | | 1 | 0.00 |
| (10/12/16) (1437) Rate: 100 MLS/HR | | | | | | | |
| 10/12/16 | 2154 | FIMCGILM | Y | | | 1 | 0.00 |
| (10/12/16) (2100) Rate: 100 MLS/HR | | | | | | | |
| 10/13/16 | 0614 | FIDAMATV | Y | | | 1 | 0.00 |
| (10/13/16) (0500) Rate: 100 MLS/HR | | | | | | | |
| 10/13/16 | 1127 | FIHOKEL | Y | | | 1 | 0.00 |
| (10/13/16) (1300) Rate: 100 MLS/HR | | | | | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                PAGE 57
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA,OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD | |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location  FI4PVA | Unit Number    F001250247 | |
| Age/Sex | 37/M | Room      411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed       02 | Discharged Date 11/01/16 | |

| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/13/16    2043 FIMCGILM     Y                            1           0.00
(10/13/16) (2100) Rate: 100 MLS/HR

10/14/16    0528 FIDAMATV     Y                            1           0.00
(10/14/16) (0500) Rate: 100 MLS/HR

10/14/16    1226 FIHOKEL      Y                            1           0.00
(10/14/16) (1300) Rate: 100 MLS/HR


   Admin Totals                                            7              0
```

---

```
AMPI2GMPB - AMPICILLIN SODIUM 2 GM/100 ML NSS PIGGYBACK - 100 ML

Admin Route IV
Site
Volume      100          Rate 200 MLS/HR              Duration 30 MIN
Start Date  10/14/16-2100     Stop Date 10/14/16 2100   DC Date 10/14/16-2100
Ordering Doctor    GILBERT,MARK, MD
Clinical Indication BACTEREMIA
Last Bag    0
Total Dispensed    0         Total Costs $             Total Charges $
Rx Number   001882463



History
  10/14/16 1731 - POM ORDER                 by COGILBEM
  10/14/16 1733 - VERIFIED                   by FILINC
  10/14/16 1734 - EDIT                       by COGILBEM
     EDIT DOCTOR: GILBERT,MARK, MD
     EDIT SOURCE: Provider Source
     FROM:
       START: 10/14/16-2100   STOP: None   SOFT STOP:
     TO:
       START: 10/14/16-2100   STOP: 10/14/16-2100   SOFT STOP:
  10/14/16 1735 - DISCONTINUE               by COGILBEM    Eff: 10/14/16 2100
     EDIT DOCTOR: GILBERT,MARK, MD
     EDIT SOURCE: Provider Source
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 58
USER: MT                          Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO           Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M            Room      411          Registered Date 10/07/16
Status         DIS IN          Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

GENT40VI – GENTAMICIN SULFATE 80 MG/2 ML INJECTION – 110 MG (2.75 ML)
in SODI50IV12 – SODIUM CHLORIDE 0.9% 50 ML IV.SOLN – 50 ML

```
Admin Route IV
Site
Volume       52.75       Rate 100 MLS/HR            Duration 31 MIN 39 SEC
Start Date  10/14/16-2100      Stop Date None       DC Date 10/20/16-1049
Ordering Doctor   GILBERT, MARK, MD
Clinical Indication BACTEREMIA
Last Bag     17
Total Dispensed   17          Total Costs $54.91       Total Charges $1317.50
Rx Number   001882464
```

```
History
  10/14/16 1731 – POM ORDER                   by COGILBEM
  10/14/16 1733 – EDIT                        by FILINC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/14/16 1733 – VERIFIED                    by FILINC
    Items Dispensed:  1   Doses Dispensed:  1
    For:    10/14/16 – 2100
  10/14/16 2145 – FILL                        by
    Items Dispensed:  1   Doses Dispensed:  1
    For:   10/15/16 – 0500
  10/15/16 0705 – FILL                        by
    Items Dispensed:  1   Doses Dispensed:  1
    For:   10/15/16 – 1300
  10/15/16 1445 – FILL                        by
    Items Dispensed:  1   Doses Dispensed:  1
    For:   10/15/16 – 2100
  10/15/16 2145 – FILL                        by
    Items Dispensed:  1   Doses Dispensed:  1
    For:   10/16/16 – 0500
  10/16/16 0705 – FILL                        by
    Items Dispensed:  1   Doses Dispensed:  1
    For:   10/16/16 – 1300
  10/16/16 1445 – FILL                        by
    Items Dispensed:  1   Doses Dispensed:  1
    For:   10/16/16 – 2100
  10/16/16 2145 – FILL                        by
    Items Dispensed:  1   Doses Dispensed:  1
    For:   10/17/16 – 0500
  10/17/16 0705 – FILL                        by
    Items Dispensed:  1   Doses Dispensed:  1
    For:   10/17/16 – 1300
```

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 59
USER: MT                        Medication Administration Summary

Patient    EFUNNUGA OLUTOKUNBO                       Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089     Location   FI4PVA    Unit Number      F001250247
Age/Sex       37/M              Room        411       Registered Date 10/07/16
Status        DIS IN            Bed         02        Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO                  FA1307223089                    (Continued)

    10/17/16 1445 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/17/16 - 2100
    10/17/16 2145 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/18/16 - 0500
    10/18/16 0705 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/18/16 - 1300
    10/18/16 1445 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/18/16 - 2100
    10/18/16 2145 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/19/16 - 0500
    10/19/16 0705 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/19/16 - 1300
    10/19/16 1445 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/19/16 - 2100
    10/19/16 2145 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/20/16 - 0500
    10/20/16 0705 - FILL                      by
       Items Dispensed:  1     Doses Dispensed:  1
       For:   10/20/16 - 1300
    10/20/16 1049 - COPY AND EDIT          by FIREALID
       TO: Rx #001888813
    10/20/16 1049 - DISCONTINUE           by FIREALID    Eff: 10/20/16 1049
       Items Auto Credited:  1    Doses Auto Credited:  1
       For:   10/20/16 - 1300
       EDIT DOCTOR: GILBERT,MARK, MD
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/14/16 | 2023 | FIMCCORJ | Y | | | 1 | 0.00 |
| (10/14/16) (2100) Rate: 100 MLS/HR | | | | | | | |
| 10/15/16 | 0516 | FIMCCORJ | Y | | | 1 | 0.00 |
| (10/15/16) (0500) Rate: 100 MLS/HR | | | | | | | |
| 10/15/16 | 1218 | FIBEURKH | Y | | | 1 | 0.00 |
| (10/15/16) (1300) Rate: 100 MLS/HR | | | | | | | |
| 10/15/16 | 2025 | FIREVAKN | Y | | | 1 | 0.00 |
| (10/15/16) (2100) Rate: 100 MLS/HR | | | | | | | |
| 10/16/16 | 0436 | FIREVAKN | Y | | | 1 | 0.00 |
| (10/16/16) (0500) Rate: 100 MLS/HR | | | | | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 60
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) | |
|---|---|---|---|
| 10/16/16    1221 FIBEURKH    Y<br>(10/16/16) (1300) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/16/16    2207 FIREVAKN    Y<br>(10/16/16) (2100) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/17/16    0443 FIREVAKN    Y<br>(10/17/16) (0500) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/17/16    1505 FIMCCARD    Y<br>(10/17/16) (1300) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/17/16    2111 FIROSSIA    Y<br>(10/17/16) (2100) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/18/16    0526 FIROSSIA    Y<br>(10/18/16) (0500) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/18/16    1235 FIYOUNGS    Y<br>(10/18/16) (1300) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/18/16    2106 FIROSSIA    Y<br>(10/18/16) (2100) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/19/16    0422 FIROSSIA    Y<br>(10/19/16) (0500) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/19/16    1322 FIGILMAD    Y<br>(10/19/16) (1300) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/19/16    2055 FIDONAHS    Y<br>(10/19/16) (2100) Rate: 100 MLS/HR | | 1 | 0.00 |
| 10/20/16    0435 FIMCDEVD    Y<br>(10/20/16) (0500) Rate: 100 MLS/HR | | 1 | 0.00 |
| Admin Totals | | 17 | 0 |