Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number     F001250247
Age/Sex         37/M           Room     411          Registered Date 10/07/16
Status          DIS IN         Bed      02           Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO                FA1307223089                    (Continued)


CEFT2FRO — cefTRIAXone SODIUM 2 Gram /100 ML NSS PIGGYBACK — 100 ML

Admin Route IV
Site
Volume       100        Rate 100 MLS/HR                 Duration 1 HR
Start Date  10/14/16-2100      Stop Date None           DC Date 10/16/16-1047
Ordering Doctor    GILBERT, MARK, MD
Clinical Indication BACTEREMIA
Last Bag    4
Total Dispensed    4          Total Costs $27.44        Total Charges $227.00
Rx Number   001882467


History
    10/14/16 1743 — POM ORDER                  by COGILBEM
    10/14/16 1745 — VERIFIED                   by FILINC
    10/14/16 2006 — DEBIT                      by JMCCORMICK
        ITEMS: 1     DOSES: 1
    10/15/16 0800 — DEBIT                      by HBEURKET
        ITEMS: 1     DOSES: 1
    10/15/16 1954 — DEBIT                      by NREVAK
        ITEMS: 1     DOSES: 1
    10/16/16 0804 — DEBIT                      by HBEURKET
        ITEMS: 1     DOSES: 1
    10/16/16 1109 — DISCONTINUE                by COZHANGH     Eff: 10/16/16 1047
        EDIT DOCTOR: ZHANG, HONGYU MD
        EDIT SOURCE: Provider Source

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/14/16 | 2007 FIMCCORJ | Y | 1 | 0.00 |
| (10/14/16) (2100) Rate: 100 MLS/HR | | | | |
| 10/15/16 | 0807 FIBEURKH | Y | 1 | 0.00 |
| (10/15/16) (0900) Rate: 100 MLS/HR | | | | |
| 10/15/16 | 2002 FIREVAKN | Y | 1 | 0.00 |
| (10/15/16) (2100) Rate: 100 MLS/HR | | | | |
| 10/16/16 | 0841 FIBEURKH | Y | 1 | 0.00 |
| (10/16/16) (0900) Rate: 100 MLS/HR | | | | |
| Admin Totals | | | 4 | 0 |

Patient     EFUNNUGA, OLUTOKUNBO                    Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M             Room      411            Registered Date 10/07/16
Status         DIS IN           Bed       02             Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO                   FA1307223089                      (Continued)

CEFT2FRO - cefTRIAXone SODIUM 2 Gram /100 ML NSS PIGGYBACK - 100 ML

Admin Route IV
Site
Volume       100        Rate 100 MLS/HR                  Duration 1 HR
Start Date  10/17/16-0900      Stop Date None            DC Date 10/22/16-1120
Ordering Doctor    ZHANG, HONGYU MD
Clinical Indication PULMONARY/LRTI
Last Bag     6
Total Dispensed     6          Total Costs $41.16        Total Charges $340.50
Rx Number   001883693


History
    10/16/16 1110 - POM ORDER                by COZHANGH
    10/16/16 1120 - VERIFIED                 by FIJASINT
    10/17/16 0905 - DEBIT                     by DMCCARTH
        ITEMS: 1      DOSES: 1
    10/18/16 0957 - DEBIT                     by DGILMAN
        ITEMS: 1      DOSES: 1
    10/19/16 0803 - DEBIT                     by DGILMAN
        ITEMS: 1      DOSES: 1
    10/20/16 0920 - DEBIT                     by DGILMAN
        ITEMS: 1      DOSES: 1
    10/21/16 0932 - DEBIT                     by DGILMAN
        ITEMS: 1      DOSES: 1
    10/22/16 0801 - DEBIT                     by MCAVANAU
        ITEMS: 1      DOSES: 1
    10/22/16 1123 - DISCONTINUE               by COMANNR    Eff: 10/22/16 1120
        EDIT DOCTOR: MANN, RUPINDER K MD
        EDIT SOURCE: Provider Source

| Admin Date | Time User | Given Bag Reason Code | | Items | Charge |
|---|---|---|---|---|---|
| 10/17/16 | 0911 FIMCCARD | Y | | 1 | 0.00 |
| (10/17/16) (0900) Rate: 100 MLS/HR | | | | | |
| 10/18/16 | 0959 FIGILMAD | Y | | 1 | 0.00 |
| (10/18/16) (0900) Rate: 100 MLS/HR | | | | | |
| 10/19/16 | 0902 FIGILMAD | Y | | 1 | 0.00 |
| (10/19/16) (0900) Rate: 100 MLS/HR | | | | | |
| 10/20/16 | 0924 FIGILMAD | Y | | 1 | 0.00 |
| (10/20/16) (0900) Rate: 100 MLS/HR | | | | | |
| 10/21/16 | 0944 FIGILMAD | Y | | 1 | 0.00 |
| (10/21/16) (0900) Rate: 100 MLS/HR | | | | | |

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number     F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

10/22/16    0811 FICAVANM1    Y                                    1          0.00
(10/22/16) (0900) Rate: 100 MLS/HR


Admin Totals                                                      6            0

---

MAG2GMDRIP - MAGNESIUM SULFATE 2 GM/50 ML WATER - 50 ML

Admin Route IV
Site
Volume      50        Rate 25 MLS/HR                    Duration 2 HR
Start Date  10/16/16-1100      Stop Date 10/16/16 1259    DC Date 10/16/16-1259
Ordering Doctor    ZHANG, HONGYU MD
Last Bag     1
Total Dispensed       1          Total Costs $5.30         Total Charges $50.00
Rx Number    001883697

Discontinue Comments Reached Stop Date


History
  10/16/16 1110 - POM ORDER                    by COZHANGH
  10/16/16 1121 - VERIFIED                     by FIJASINT
  10/16/16 1147 - DEBIT                        by HBEURKET
     ITEMS: 1      DOSES: 1
  10/16/16 1259 - DISCONTINUE                  by PHABKGJOB    Eff: 10/16/16 1259
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date

Admin Date  Time User       Given Bag Reason Code        Items        Charge
10/16/16    1200 FIBEURKH      Y                            1          0.00
(10/16/16) (1100) Rate: 25 MLS/HR


Admin Totals                                                1            0

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 64
USER: MT                     Medication Administration Summary

Patient    EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number       F001250247
Age/Sex        37/M            Room      411          Registered Date 10/07/16
Status         DIS IN          Bed       02           Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO               FA1307223089                    (Continued)


GENT40VI - GENTAMICIN SULFATE 80 MG/2 ML INJECTION - 120 MG (3 ML)
in SODI50IV12 - SODIUM CHLORIDE 0.9% 50 ML IV.SOLN - 50 ML

  Admin Route IV
  Site
  Volume      53        Rate 100 MLS/HR              Duration 31 MIN 48 SEC
  Start Date  10/20/16-1049      Stop Date None      DC Date 10/25/16-1202
  Ordering Doctor    GILBERT, MARK, MD
  Clinical Indication BACTEREMIA
  Last Bag    15
  Total Dispensed    15         Total Costs $48.45   Total Charges $1162.50
  Rx Number  001888813



  History
  10/20/16 1049 - ENTER                      by FIREALID
    Items Dispensed:  1    Doses Dispensed:  1
      For:    10/20/16 - 1300
  10/20/16 1049 - SYSTEM COPY AND EDIT       by FIREALID
    EDIT DOCTOR: GILBERT, MARK, MD
    FROM:
      RX ID: GENTAMICIN SULFATE 110 MG in SODIUM CHLORIDE 0.9% 50 ML
      START: 10/14/16-2100   STOP: None   SOFT STOP:
      LAST BAG: 18
      ADDITIVES:
       GENT40VI - GENTAMICIN SULFATE 80 MG/2 ML INJECTION - 110 MG (2.75 ML)
      ORDERED VOLUME: 52.75
      TOTAL VOLUME: 52.75
      DURATION: 31 MIN 39 SEC
    TO:
      RX ID: GENTAMICIN SULFATE 120 MG in SODIUM CHLORIDE 0.9% 50 ML
      START: 10/20/16-1049   STOP: None   SOFT STOP:
      LAST BAG: 1
      ADDITIVES:
       GENT40VI - GENTAMICIN SULFATE 80 MG/2 ML INJECTION - 120 MG (3 ML)
      ORDERED VOLUME: 53
      TOTAL VOLUME: 53
      DURATION: 31 MIN 48 SEC
  10/20/16 1049 - COPY AND EDIT              by FIREALID
    FROM: Rx #001882464
  10/20/16 1445 - FILL                       by
    Items Dispensed:  1    Doses Dispensed:  1
      For:    10/20/16 - 2100
  10/20/16 2145 - FILL                       by
    Items Dispensed:  1    Doses Dispensed:  1
      For:    10/21/16 - 0500
  10/21/16 0705 - FILL                       by
    Items Dispensed:  1    Doses Dispensed:  1
```

```
Patient   EFUNNUGA OLUTOKUNBO                        Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number        F001250247
Age/Sex         37/M           Room      411         Registered Date 10/07/16
Status          DIS IN         Bed       02          Discharged Date 11/01/16
```

EFUNNUGA, OLUTOKUNBO                  FA1307223089                              (Continued)

```
     For:    10/21/16 - 1300
   10/21/16 1445 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/21/16 - 2100
   10/21/16 2145 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/22/16 - 0500
   10/22/16 0705 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/22/16 - 1300
   10/22/16 1445 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/22/16 - 2100
   10/22/16 2145 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/23/16 - 0500
   10/23/16 0705 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/23/16 - 1300
   10/23/16 1445 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/23/16 - 2100
   10/23/16 2145 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/24/16 - 0500
   10/24/16 0705 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/24/16 - 1300
   10/24/16 1445 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/24/16 - 2100
   10/24/16 2145 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/25/16 - 0500
   10/25/16 0446 - DEBIT                             by FISACKSM
       ITEMS: 1
   10/25/16 0500 - CREDIT                            by FISACKSM
       ITEMS: 1
   10/25/16 0705 - FILL                         by
     Items Dispensed:  1     Doses Dispensed:  1
     For:    10/25/16 - 1300
   10/25/16 1203 - DISCONTINUE                       by COGILBEM     Eff: 10/25/16 1202
       Items Auto Credited:  1   Doses Auto Credited:  1
     For:    10/25/16 - 1300
     EDIT DOCTOR: GILBERT, MARK, MD
     EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|------------|------|------|-------|-----|-------------|-------|--------|
| 10/20/16 | 1429 | FIGILMAD | Y | | | 1 | 0.00 |

(10/20/16) (1300) Rate: 100 MLS/HR

Patient    EFUNNUGA OLUTOKUNBO                    Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA          Unit Number       F001250247
Age/Sex        37/M              Room      411             Registered Date 10/07/16
Status         DIS IN            Bed       02              Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO                    FA1307223089                          (Continued)

10/20/16    2208 FIDONAHS      Y                              1          0.00
(10/20/16) (2100) Rate: 100 MLS/HR

10/21/16    0458 FIKRETZJ      Y                              1          0.00
(10/21/16) (0500) Rate: 100 MLS/HR

10/21/16    1416 FIGILMAD      Y                              1          0.00
(10/21/16) (1300) Rate: 100 MLS/HR

10/21/16    2116 FIDONAHS      Y                              1          0.00
(10/21/16) (2100) Rate: 100 MLS/HR

10/22/16    0457 FIKRETZJ      Y                              1          0.00
(10/22/16) (0500) Rate: 100 MLS/HR

10/22/16    1340 FICAVANM1     Y                              1          0.00
(10/22/16) (1300) Rate: 100 MLS/HR

10/22/16    2118 FIDONAHS      Y                              1          0.00
(10/22/16) (2100) Rate: 100 MLS/HR

10/23/16    0528 FIDONAHS      Y                              1          0.00
(10/23/16) (0500) Rate: 100 MLS/HR

10/23/16    1315 FICAVANM1     Y                              1          0.00
(10/23/16) (1300) Rate: 100 MLS/HR

10/23/16    2042 FIROSSIA      Y                              1          0.00
(10/23/16) (2100) Rate: 100 MLS/HR

10/24/16    0535 FIROSSIA      Y                              1          0.00
(10/24/16) (0500) Rate: 100 MLS/HR

10/24/16    1300 FIGILMAD      N        PU
(10/24/16) (1300) Rate: 0 MLS/HR

10/24/16    2035 FIYOUNGS      Y                              1          0.00
(10/24/16) (2100) Rate: 100 MLS/HR

10/25/16    0517 FIBURKEC      Y                              1          0.00
(10/25/16) (0500) Rate: 100 MLS/HR

Admin Totals                                                14          0

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 67
USER: MT                       Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO                    Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex       37/M             Room      411         Registered Date 10/07/16
Status        DIS IN           Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                    FA1307223089                    (Continued)
```

METR500P4 — metroNIDAZOLE/NS 500 MG/100 ML PIGGYBACK — 100 ML

```
Admin Route IV
Site
Volume       100        Rate 200 MLS/HR              Duration 30 MIN
Start Date  10/20/16-2100      Stop Date None         DC Date 10/26/16-1555
Ordering Doctor    GEVORGYAN,DAVID MD
Clinical Indication INFECTION — UNSPECIFIED
Last Bag      17
Total Dispensed     17         Total Costs $23.97      Total Charges $850.00
Rx Number    001889328
```

```
History
   10/20/16 1916 — POM ORDER                 by COGEVORD
   10/20/16 1919 — VERIFIED                  by FILINC
   10/20/16 1922 — DEBIT                     by SDONAHUE
        ITEMS: 1      DOSES: 1
   10/21/16 0455 — DEBIT                     by JKRETZ
        ITEMS: 1      DOSES: 1
   10/21/16 1209 — DEBIT                     by DGILMAN
        ITEMS: 1      DOSES: 1
   10/21/16 1947 — DEBIT                     by SDONAHUE
        ITEMS: 1      DOSES: 1
   10/22/16 0457 — DEBIT                     by JKRETZ
        ITEMS: 1      DOSES: 1
   10/22/16 1205 — DEBIT                     by MCAVANAU
        ITEMS: 1      DOSES: 1
   10/22/16 2003 — DEBIT                     by SDONAHUE
        ITEMS: 1      DOSES: 1
   10/22/16 2207 — DEBIT                     by SDONAHUE
        ITEMS: 1      DOSES: 1
   10/23/16 1234 — DEBIT                     by MCAVANAU
        ITEMS: 1      DOSES: 1
   10/23/16 2037 — DEBIT                     by AROSSINO
        ITEMS: 1      DOSES: 1
   10/24/16 0354 — DEBIT                     by AROSSINO
        ITEMS: 1      DOSES: 1
   10/24/16 2031 — DEBIT                     by SYOUNG
        ITEMS: 1      DOSES: 1
   10/25/16 0511 — DEBIT                     by CBURKE
        ITEMS: 1      DOSES: 1
   10/25/16 1214 — DEBIT                     by DGILMAN
        ITEMS: 1      DOSES: 1
   10/25/16 2027 — DEBIT                     by SYOUNG
        ITEMS: 1      DOSES: 1
   10/26/16 0439 — DEBIT                     by VDAMATO
        ITEMS: 1      DOSES: 1
```

Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M            Room      411           Registered Date 10/07/16
Status         DIS IN          Bed       02            Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO                  FA1307223089                      (Continued)

          10/26/16 1331 - DEBIT                    by DGILMAN
            ITEMS: 1      DOSES: 1
          10/26/16 1557 - DISCONTINUE              by COMANNR    Eff: 10/26/16 1555
            EDIT DOCTOR: MANN,RUPINDER K MD
            EDIT SOURCE: Provider Source

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|------------|-----------|-----------------------|-------|--------|
| 10/20/16   | 2051 FIDONAHS   Y |               | 1     | 0.00   |
| (10/20/16) | (2100) Rate: 200 MLS/HR |        |       |        |
| 10/21/16   | 0457 FIKRETZJ   Y |               | 1     | 0.00   |
| (10/21/16) | (0500) Rate: 200 MLS/HR |        |       |        |
| 10/21/16   | 1215 FIGILMAD   Y |               | 1     | 0.00   |
| (10/21/16) | (1300) Rate: 200 MLS/HR |        |       |        |
| 10/21/16   | 2001 FIDONAHS   Y |               | 1     | 0.00   |
| (10/21/16) | (2100) Rate: 200 MLS/HR |        |       |        |
| 10/22/16   | 0457 FIKRETZJ   Y |               | 1     | 0.00   |
| (10/22/16) | (0500) Rate: 200 MLS/HR |        |       |        |
| 10/22/16   | 1206 FICAVANM1  Y |               | 1     | 0.00   |
| (10/22/16) | (1300) Rate: 200 MLS/HR |        |       |        |
| 10/22/16   | 2016 FIDONAHS   Y |               | 1     | 0.00   |
| (10/22/16) | (2100) Rate: 200 MLS/HR |        |       |        |
| 10/23/16   | 0513 FIDONAHS   Y |               | 1     | 0.00   |
| (10/23/16) | (0500) Rate: 200 MLS/HR |        |       |        |
| 10/23/16   | 1247 FICAVANM1  Y |               | 1     | 0.00   |
| (10/23/16) | (1300) Rate: 200 MLS/HR |        |       |        |
| 10/23/16   | 2043 FIROSSIA   Y |               | 1     | 0.00   |
| (10/23/16) | (2100) Rate: 200 MLS/HR |        |       |        |
| 10/24/16   | 0507 FIROSSIA   Y |               | 1     | 0.00   |
| (10/24/16) | (0500) Rate: 200 MLS/HR |        |       |        |
| 10/24/16   | 1300 FIGILMAD   N      PU |        |       |        |
| (10/24/16) | (1300) Rate: 0 MLS/HR |          |       |        |
| 10/24/16   | 2035 FIYOUNGS   Y |               | 1     | 0.00   |
| (10/24/16) | (2100) Rate: 200 MLS/HR |        |       |        |
| 10/25/16   | 0516 FIBURKEC   Y |               | 1     | 0.00   |
| (10/25/16) | (0500) Rate: 200 MLS/HR |        |       |        |
| 10/25/16   | 1219 FIGILMAD   Y |               | 1     | 0.00   |

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

(10/25/16) (1300) Rate: 200 MLS/HR

| | | | | |
|---|---|---|---|---|
| 10/25/16 | 2038 FIYOUNGS | Y | 1 | 0.00 |

(10/25/16) (2100) Rate: 200 MLS/HR

| 10/26/16 | 0514 FIDAMATV | Y | 1 | 0.00 |
|---|---|---|---|---|

(10/26/16) (0500) Rate: 200 MLS/HR

| 10/26/16 | 1405 FIGILMAD | Y | 1 | 0.00 |
|---|---|---|---|---|

(10/26/16) (1300) Rate: 200 MLS/HR

| Admin Totals | 17 | 0 |
|---|---|---|

---

METO2.5PB - METOPROLOL TARTRATE 2.5 MG/50 ML PIGGYBACK - 50 ML

Admin Route IV
Site
Volume        50          Rate 100 MLS/HR                     Duration 30 MIN
Start Date  10/21/16-0130       Stop Date 10/21/16 0159    DC Date 10/21/16-0132
Ordering Doctor   GEVORGYAN, DAVID MD
Last Bag      1
Total Dispensed      2          Total Costs $3.96          Total Charges $100.00
Rx Number   001889520


History
  10/21/16 0121 - POM ORDER                by COGEVORD
  10/21/16 0122 - VERIFIED                 by FISPERAR
     Items Dispensed: 1    Doses Dispensed:  1
       For:   10/21/16 - 0130
  10/21/16 0127 - DEBIT                    by FISPERAR
      ITEMS: 1
  10/21/16 0132 - DISCONTINUE              by COGEVORD   Eff: 10/21/16 0132
      EDIT DOCTOR: GEVORGYAN, DAVID MD
      EDIT SOURCE: Provider Source

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/21/16 | 0206 | FIKRETZJ | N | | DC | | |

(10/21/16) (0130) Rate: 0 MLS/HR

| Admin Totals | | |
|---|---|---|

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 70
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number     F001250247
Age/Sex        37/M           Room      411         Registered Date 10/07/16
Status         DIS IN         Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                   (Continued)
```

METO2.5PB - METOPROLOL TARTRATE 2.5 MG/50 ML PIGGYBACK - 50 ML

Admin Route IV
Site
Volume      50          Rate 100 MLS/HR                 Duration 30 MIN
Start Date  10/21/16-0510      Stop Date 10/21/16 0539   DC Date 10/21/16-0539
Ordering Doctor    PATEL,SANSKRUTI MD
Last Bag    1
Total Dispensed    1          Total Costs $1.98          Total Charges $50.00
Rx Number   001889595

Discontinue Comments Reached Stop Date


History
  10/21/16 0459 - POM ORDER                  by COPATESA
  10/21/16 0505 - EDIT                        by FISPERAR
    EDIT DOCTOR: PATEL,SANSKRUTI MD
    FROM:
      START: 10/21/16-0500  STOP: 10/21/16 0529   SOFT STOP:
    TO:
      START: 10/21/16-0510  STOP: 10/21/16-0539   SOFT STOP:
  10/21/16 0505 - VERIFIED                    by FISPERAR
    Items Dispensed:  1   Doses Dispensed:  1
    For:    10/21/16 - 0510
  10/21/16 0539 - DISCONTINUE               by PHABKGJOB    Eff: 10/21/16 0539
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date

Admin Date  Time User      Given Bag Reason Code        Items        Charge
10/21/16    0517 FIKRETZJ      Y                           1            0.00
(10/21/16) (0510) Rate: 100 MLS/HR


Admin Totals                                              1              0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 71
USER: MT                       Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO          Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M           Room       411         Registered Date 10/07/16
Status         DIS IN         Bed        02          Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

CEFE1PIG - CEFEPIME HCL 1 Gram/50 ML NSS PIGGYBACK - 50 ML

Admin Route IV
Site
Volume      50           Rate 100 MLS/HR              Duration 30 MIN
Start Date  10/22/16-1700      Stop Date None         DC Date 10/26/16-1419
Ordering Doctor    MANN, RUPINDER K MD
Clinical Indication PULMONARY/LRTI
Last Bag    14
Total Dispensed      17        Total Costs $451.52     Total Charges $3723.00
Rx Number  001890972


History
    10/22/16 1123 - POM ORDER                  by COMANNR
    10/22/16 1125 - VERIFIED                   by FILINC
    10/22/16 1205 - DEBIT                      by MCAVANAU
        ITEMS: 1    DOSES: 1
    10/22/16 1845 - DEBIT                      by MCAVANAU
        ITEMS: 1    DOSES: 1
    10/22/16 2003 - DEBIT                      by SDONAHUE
        ITEMS: 1    DOSES: 1
    10/22/16 2207 - DEBIT                      by SDONAHUE
        ITEMS: 1    DOSES: 1
    10/23/16 1109 - DEBIT                      by MCAVANAU
        ITEMS: 1    DOSES: 1
    10/23/16 1650 - DEBIT                      by MCAVANAU
        ITEMS: 1    DOSES: 1
    10/23/16 1703 - DEBIT                      by MCAVANAU
        ITEMS: 1    DOSES: 1
    10/23/16 2036 - DEBIT                      by AROSSINO
        ITEMS: 1    DOSES: 1
    10/24/16 0353 - DEBIT                      by AROSSINO
        ITEMS: 1    DOSES: 1
    10/24/16 1739 - DEBIT                      by SYOUNG
        ITEMS: 1    DOSES: 1
    10/24/16 2031 - DEBIT                      by SYOUNG
        ITEMS: 1    DOSES: 1
    10/25/16 0511 - DEBIT                      by CBURKE
        ITEMS: 1    DOSES: 1
    10/25/16 1214 - DEBIT                      by DGILMAN
        ITEMS: 1    DOSES: 1
    10/25/16 1613 - DEBIT                      by SYOUNG
        ITEMS: 1    DOSES: 1
    10/25/16 2027 - DEBIT                      by SYOUNG
        ITEMS: 1    DOSES: 1
    10/26/16 0439 - DEBIT                      by VDAMATO
        ITEMS: 1    DOSES: 1
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 72
USER: MT                       Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089     Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411          Registered Date 10/07/16
Status         DIS IN          Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

```
     10/26/16 1207 - DEBIT                   by DGILMAN
          ITEMS: 1      DOSES: 1
     10/26/16 1424 - DISCONTINUE             by COGILBEM     Eff: 10/26/16 1419
          EDIT DOCTOR: GILBERT, MARK, MD
          EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/22/16 | 1849 FICAVANM1 | Y | 1 | 0.00 |
| (10/22/16) (1700) Rate: 100 MLS/HR | | | | |
| 10/22/16 | 2319 FIDONAHS | Y | 1 | 0.00 |
| (10/22/16) (2300) Rate: 100 MLS/HR | | | | |
| 10/23/16 | 0500 FIDONAHS | Y | 1 | 0.00 |
| (10/23/16) (0500) Rate: 100 MLS/HR | | | | |
| 10/23/16 | 1116 FICAVANM1 | Y | 1 | 0.00 |
| (10/23/16) (1100) Rate: 100 MLS/HR | | | | |
| 10/23/16 | 1703 FICAVANM1 | Y | 1 | 0.00 |
| (10/23/16) (1700) Rate: 100 MLS/HR | | | | |
| 10/23/16 | 2212 FIROSSIA | Y | 1 | 0.00 |
| (10/23/16) (2300) Rate: 100 MLS/HR | | | | |
| 10/24/16 | 0507 FIROSSIA | Y | 1 | 0.00 |
| (10/24/16) (0500) Rate: 100 MLS/HR | | | | |
| 10/24/16 | 1100 FIGILMAD | N    PU | | |
| (10/24/16) (1100) Rate: 0 MLS/HR | | | | |
| 10/24/16 | 1746 FIYOUNGS | Y | 1 | 0.00 |
| (10/24/16) (1700) Rate: 100 MLS/HR | | | | |
| 10/24/16 | 2201 FIYOUNGS | Y | 1 | 0.00 |
| (10/24/16) (2300) Rate: 100 MLS/HR | | | | |
| 10/25/16 | 0517 FIBURKEC | Y | 1 | 0.00 |
| (10/25/16) (0500) Rate: 100 MLS/HR | | | | |
| 10/25/16 | 1219 FIGILMAD | Y | 1 | 0.00 |
| (10/25/16) (1100) Rate: 100 MLS/HR | | | | |
| 10/25/16 | 1631 FIYOUNGS | Y | 1 | 0.00 |
| (10/25/16) (1700) Rate: 100 MLS/HR | | | | |
| 10/25/16 | 2205 FIYOUNGS | Y | 1 | 0.00 |
| (10/25/16) (2300) Rate: 100 MLS/HR | | | | |
| 10/26/16 | 0514 FIDAMATV | Y | 1 | 0.00 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 73
USER: MT                        Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M           Room     411           Registered Date 10/07/16
Status         DIS IN         Bed      02            Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                FA1307223089                      (Continued)
```

(10/26/16) (0500) Rate: 100 MLS/HR

10/26/16    1226 FIGILMAD    Y                              1          0.00
(10/26/16) (1100) Rate: 100 MLS/HR


    Admin Totals                                         15            0


PROP10VI7 - PROPOFOL 200 MG/20 ML INJECTION - 20 ML

    Admin Route  .ROUTE
    Site
    Volume      20        Rate UD                    Duration UD
    Start Date  10/24/16-1017      Stop Date 10/24/16 1018   DC Date 10/24/16-1018
    Ordering Doctor    DOCTOR,PYXIS OVERRIDE
    Last Bag    1
    Total Dispensed    1         Total Costs $1.03           Total Charges $40.00
    Rx Number   001892540

    Discontinue Comments DC'd by DHIN


    History
       10/24/16 1019 - DISCONTINUE              by STK MED     Eff: 10/24/16 1018
          FROM:
             DC COMMENTS:
          TO:
             DC COMMENTS:
                DC'd by DHIN
       10/24/16 1019 - OV INV PHA                 by DHIN

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 74
USER: MT                          Medication Administration Summary

Patient    EFUNNUGA OLUTOKUNBO                 Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA        Unit Number       F001250247
Age/Sex         37/M             Room       411          Registered Date 10/07/16
Status          DIS IN           Bed        02           Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)


PROP10VI7 - PROPOFOL 200 MG/20 ML INJECTION - 40 ML

  Admin Route .ROUTE
  Site
  Volume     40         Rate UD                      Duration UD
  Start Date 10/25/16-1053     Stop Date 10/25/16 1054   DC Date 10/25/16-1054
  Ordering Doctor
  Last Bag    2
  Total Dispensed    2          Total Costs $2.06         Total Charges $40.00
  Rx Number   001893685

  Discontinue Comments DC'd by DHIN


  History
    10/25/16 1054 - OV INV PHA               by DHIN
    10/25/16 1054 - DISCONTINUE              by STK MED      Eff: 10/25/16 1054
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          DC'd by DHIN
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 75
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA,OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number       F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                           (Continued)


CEFT2FRO - cefTRIAXone SODIUM 2 Gram /100 ML NSS PIGGYBACK - 100 ML

  Admin Route IV
  Site
  Volume      100        Rate 100 MLS/HR                  Duration 1 HR
  Start Date  10/27/16-0900      Stop Date None           DC Date 11/01/16-2054
  Ordering Doctor    GILBERT,MARK, MD
  Clinical Indication BACTEREMIA
  Last Bag     6
  Total Dispensed     6        Total Costs $41.16         Total Charges $340.50
  Rx Number   001894936

  Discontinue Comments DC'd by Discharge


  History
    10/26/16 1424 - POM ORDER                   by COGILBEM
    10/26/16 1426 - VERIFIED                    by FILINC
    10/27/16 0819 - DEBIT                       by MMAXWELL
        ITEMS: 1      DOSES: 1
    10/28/16 0829 - DEBIT                       by NCARTER
        ITEMS: 1      DOSES: 1
    10/29/16 0841 - DEBIT                       by MHALLAMY
        ITEMS: 1      DOSES: 1
    10/30/16 0732 - DEBIT                       by ABLEILER
        ITEMS: 1      DOSES: 1
    10/31/16 0846 - DEBIT                       by KMOSLEY
        ITEMS: 1      DOSES: 1
    11/01/16 1025 - DEBIT                       by MHALLAMY
        ITEMS: 1      DOSES: 1
    11/01/16 2055 - DISCONTINUE                 by DISCHARGE     Eff: 11/01/16 2054
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          DC'd by Discharge
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/27/16 | 0826 FIMAXWEM | Y | 1 | 0.00 |
| (10/27/16) (0900) Rate: 100 MLS/HR | | | | |
| 10/28/16 | 0832 FICARTEN | Y | 1 | 0.00 |
| (10/28/16) (0900) Rate: 100 MLS/HR | | | | |
| 10/29/16 | 0902 FIHALLAM | Y | 1 | 0.00 |
| (10/29/16) (0900) Rate: 100 MLS/HR | | | | |
| 10/30/16 | 0820 FIBLEILA | Y | 1 | 0.00 |
| (10/30/16) (0900) Rate: 100 MLS/HR | | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 76
USER: MT                      Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

EFUNNUGA,OLUTOKUNBO                 FA1307223089                      (Continued)

```
10/31/16    0856 FIMOSLEK      Y                              1           0.00
(10/31/16) (0900) Rate: 100 MLS/HR

11/01/16    1035 FIHALLAM      Y                              1           0.00
(11/01/16) (0900) Rate: 100 MLS/HR


    Admin Totals                                             6              0
```

Patient   **EFUNNUGA OLUTOKUNBO**                Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M            Room      411           Registered Date 10/07/16
Status         DIS IN          Bed       02            Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO                FA1307223089                      (Continued)


METR500P4 - metroNIDAZOLE/NS 500 MG/100 ML PIGGYBACK - 100 ML

Admin Route IV
Site
Volume      100        Rate 200 MLS/HR              Duration 30 MIN
Start Date  10/26/16-2100      Stop Date None        DC Date 10/28/16-1713
Ordering Doctor    MANN,RUPINDER K MD
Clinical Indication PULMONARY/LRTI
Last Bag    6
Total Dispensed    6        Total Costs $8.46        Total Charges $300.00
Rx Number   001895067


History
  10/26/16 1602 - POM ORDER                  by COMANNR
  10/26/16 1609 - VERIFIED                   by FIREALID
  10/26/16 2119 - DEBIT                      by MMCGILL
       ITEMS: 1      DOSES: 1
  10/27/16 0459 - DEBIT                      by VDAMATO
       ITEMS: 1      DOSES: 1
  10/27/16 1452 - DEBIT                      by JSTASKY
       ITEMS: 1      DOSES: 1
  10/27/16 2146 - DEBIT                      by JDESALVO
       ITEMS: 1      DOSES: 1
  10/28/16 0531 - DEBIT                      by AGARDOSE
       ITEMS: 1      DOSES: 1
  10/28/16 1221 - DEBIT                      by NCARTER
       ITEMS: 1      DOSES: 1
  10/28/16 1719 - DISCONTINUE                by COGILBEM     Eff: 10/28/16 1713
       EDIT DOCTOR: GILBERT,MARK, MD
       EDIT SOURCE: Provider Source
  10/28/16 1719 - POM COPY AND EDIT          by COGILBEM
       TO: Rx #U001146182

| Admin Date | Time | User | Given | Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/26/16 | 2146 | FIMCGILM | Y | | 1 | 0.00 |
| (10/26/16) (2100) Rate: 200 MLS/HR | | | | | | |
| 10/27/16 | 0541 | FIDAMATV | Y | | 1 | 0.00 |
| (10/27/16) (0500) Rate: 200 MLS/HR | | | | | | |
| 10/27/16 | 1510 | FISTASKJ | Y | | 1 | 0.00 |
| (10/27/16) (1300) Rate: 200 MLS/HR | | | | | | |
| 10/27/16 | 2100 | FIDESALJ | N | REFUSED | | |
| (10/27/16) (2100) Rate: 0 MLS/HR | | | | | | |
| 10/28/16 | 0531 | FIGARDOA | Y | | 1 | 0.00 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 78
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

(10/28/16) (0500) Rate: 200 MLS/HR

10/28/16    1222 FICARTEN    Y                                1          0.00
(10/28/16) (1300) Rate: 200 MLS/HR

Admin Totals                                                 5          0

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 79
USER: MT                      Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                       (Continued)


METR500P4 - metroNIDAZOLE/NS 500 MG/100 ML PIGGYBACK - 100 ML

  Admin Route IV
  Site
  Volume      100           Rate 200 MLS/HR                 Duration 30 MIN
  Start Date  10/28/16-2100      Stop Date 10/31/16 0600   DC Date 10/31/16-0600
  Ordering Doctor    GILBERT,MARK, MD
  Clinical Indication PULMONARY/LRTI
  Last Bag    8
  Total Dispensed    9          Total Costs $12.69         Total Charges $450.00
  Rx Number   001897013

  Discontinue Comments Reached Stop Date


  History
    10/28/16 1719 - POM COPY AND EDIT           by COGILBEM
       FROM: Rx #001895067
    10/28/16 1724 - VERIFIED                    by FIANDERC
    10/28/16 2119 - DEBIT                       by JAEKIM
       ITEMS: 1     DOSES: 1
    10/29/16 0438 - DEBIT                       by JAEKIM
       ITEMS: 1     DOSES: 1
    10/29/16 1315 - DEBIT                       by MHALLAMY
       ITEMS: 1     DOSES: 1
    10/29/16 2058 - DEBIT                       by KSKANE
       ITEMS: 1     DOSES: 1
    10/30/16 0555 - DEBIT                       by KSKANE
       ITEMS: 1     DOSES: 1
    10/30/16 1206 - DEBIT                       by ABLEILER
       ITEMS: 1     DOSES: 1
    10/30/16 2015 - DEBIT                       by DTAGOE
       ITEMS: 1     DOSES: 1
    10/30/16 2059 - DEBIT                       by DTAGOE
       ITEMS: 1     DOSES: 1
    10/31/16 0351 - DEBIT                       by DTAGOE
       ITEMS: 1     DOSES: 1
    10/31/16 0600 - DISCONTINUE                 by PHABKGJOB   Eff: 10/31/16 0600
       FROM:
         DC COMMENTS:
       TO:
         DC COMMENTS:
           Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/28/16 | 2127 | FIKIMJ | Y | | | 1 | 0.00 |
| (10/28/16) (2100) Rate: 200 MLS/HR | | | | | | | |
| 10/29/16 | 0444 | FIKIMJ | Y | | | 1 | 0.00 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 80
USER: MT                          Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | | Location FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed 02 | Discharged Date 11/01/16 | |

| | | |
|---|---|---|
| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

(10/29/16) (0500) Rate: 200 MLS/HR

| 10/29/16 | 1327 FIHALLAM | Y | | 1 | 0.00 |
|---|---|---|---|---|---|

(10/29/16) (1300) Rate: 200 MLS/HR

| 10/29/16 | 2209 FISKANEK | Y | | 1 | 0.00 |
|---|---|---|---|---|---|

(10/29/16) (2100) Rate: 200 MLS/HR

| 10/30/16 | 0615 FISKANEK | Y | | 1 | 0.00 |
|---|---|---|---|---|---|

(10/30/16) (0500) Rate: 200 MLS/HR

| 10/30/16 | 1210 FIBLEILA | Y | | 1 | 0.00 |
|---|---|---|---|---|---|

(10/30/16) (1300) Rate: 200 MLS/HR

| 10/30/16 | 2059 FITAGOED | Y | | 1 | 0.00 |
|---|---|---|---|---|---|

(10/30/16) (2100) Rate: 200 MLS/HR

| 10/31/16 | 0401 FITAGOED | Y | | 1 | 0.00 |
|---|---|---|---|---|---|

(10/31/16) (0500) Rate: 200 MLS/HR

| | | | |
|---|---|---|---|
| Admin Totals | | 8 | 0 |

---

MIDA1VIA13 - Midazolam HCl/Pf 2 MG/2 ML INJECTION

Dose          4 MG  (4 ML)
Admin Route .ROUTE
Start Date  10/07/16-0724      Stop Date 10/07/16 0725    DC Date 10/07/16-0725
Ordering Doctor     DOCTOR, PYXIS OVERRIDE
Total Dispensed      2           Total Costs $0.58          Total Charges $5.00
Rx Number   001873781

Discontinue Comments DC'd by JMARTIN

History
  10/07/16 0719 - DISCONTINUE              by STK MED       Eff: 10/07/16 0725
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by JMARTIN
  10/07/16 0719 - OV INV PHA               by JMARTIN

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 81
USER: MT                          Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

FENTO.0533 - fentaNYL CITRATE/PF 100 MCG/2 ML

```
Dose            50 MCG   (1 ML)
Dose Instruction      IVP FOR CRITICAL CARE UNITS AND 5-SOUTH ONLY
Admin Route IV
Frequency    Q2H (PRN) PAR= PRN REASON: RASS goal -1/-2
Start Date  10/07/16-0830        Stop Date None          DC Date 10/13/16-2311
Ordering Doctor    BORIKAR, MADHURA S MD
Total Dispensed     6          Total Costs $1.62         Total Charges $13.50
Rx Number   001873868
```

```
History
   10/07/16 0821 - POM ORDER                    by COBORIKM
   10/07/16 0828 - VERIFIED                     by FIJASINT
   10/09/16 1828 - DEBIT                        by MBRIGHT
        ITEMS: 1      DOSES: 1
   10/10/16 0254 - DEBIT                        by DMCDEVITT
        ITEMS: 1      DOSES: 1
   10/12/16 1110 - DEBIT                        by LHOKE
        ITEMS: 1      DOSES: 1
   10/13/16 0120 - DEBIT                        by VDAMATO
        ITEMS: 1      DOSES: 1
   10/13/16 1538 - DEBIT                        by MMCGILL
        ITEMS: 1      DOSES: 1
   10/13/16 2024 - DEBIT                        by MMCGILL
        ITEMS: 1      DOSES: 1
   10/13/16 2311 - DISCONTINUE                  by COBORIKM   Eff: 10/13/16 2311
        EDIT DOCTOR: BORIKAR, MADHURA S MD
        EDIT SOURCE: Provider Source
   10/13/16 2311 - POM COPY AND EDIT            by COBORIKM
        TO: Rx #U001136551
```

| Admin Date | Time | User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/09/16 | 1829 | FIBRIGHM | Y | 1 | |
| | | Dose: 50 MCG | | | |
| 10/10/16 | 0429 | FIMCDEVD | Y | 1 | |
| | | Dose: 50 MCG | | | |
| 10/12/16 | 1113 | FIHOKEL | Y | 1 | |
| | | Dose: 50 MCG | | | |
| 10/13/16 | 0201 | FIDAMATV | Y | 1 | |
| | | Dose: 50 MCG | | | |
| 10/13/16 | 1808 | FIMCGILM | Y | 1 | |
| | | Dose: 50 MCG | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 82
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/13/16      2044 FIMCGILM      Y                              1
                   Dose: 50 MCG


   Admin Totals                                          6
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*               PAGE 83
USER: MT                        Medication Administration Summary
```

| Patient | **EFUNNUGA OLUTOKUNBO** | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex          37/M | Room | 411 | Registered Date 10/07/16 |
| Status           DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO                FA1307223089                         (Continued)


HEPA500014 - HEPARIN SODIUM  5000 UNITS/ML VIAL

Dose            5,000 UNITS  (1 ML)
Admin Route SUBQ
Start Date  10/07/16-1300       Stop Date None              DC Date 10/11/16-1040
Ordering Doctor      BORIKAR,MADHURA S MD
Total Dispensed     11          Total Costs $20.46          Total Charges $170.50
Rx Number   001873871



History
  10/07/16 0816 - POM ORDER                   by COBORIKM
  10/07/16 0828 - VERIFIED                    by FIJASINT
  10/07/16 1144 - DEBIT                       by MBRIGHT
        ITEMS: 1     DOSES: 1
  10/07/16 2141 - DEBIT                       by CZIMMERM
        ITEMS: 1     DOSES: 1
  10/08/16 0541 - DEBIT                       by CZIMMERM
        ITEMS: 1     DOSES: 1
  10/08/16 1312 - DEBIT                       by MBRIGHT
        ITEMS: 1     DOSES: 1
  10/08/16 2117 - DEBIT                       by DMCDEVITT
        ITEMS: 1     DOSES: 1
  10/09/16 0434 - DEBIT                       by DMCDEVITT
        ITEMS: 1     DOSES: 1
  10/09/16 1239 - DEBIT                       by MBRIGHT
        ITEMS: 1     DOSES: 1
  10/09/16 2133 - DEBIT                       by DMCDEVITT
        ITEMS: 1     DOSES: 1
  10/10/16 0426 - DEBIT                       by DMCDEVITT
        ITEMS: 1     DOSES: 1
  10/10/16 1117 - DEBIT                       by LHOKE
        ITEMS: 1     DOSES: 1
  10/11/16 0307 - DEBIT                       by VDAMATO
        ITEMS: 1     DOSES: 1
  10/11/16 1042 - DISCONTINUE                 by COBHARGS     Eff: 10/11/16 1040
        EDIT DOCTOR: BHARGAVA,SURBHI MD
        EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/07/16 | 1354 | FIBRIGHM | Y | | | 1 | 0.00 |
| (10/07/16) (1300) Dose: 5,000 UNITS | | | | | | | |
| 10/07/16 | 2153 | FIZIMMEC | Y | | | 1 | 0.00 |
| (10/07/16) (2100) Dose: 5,000 UNITS | | | | | | | |
| 10/08/16 | 0547 | FIZIMMEC | Y | | | 1 | 0.00 |
| (10/08/16) (0500) Dose: 5,000 UNITS | | | | | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 84
USER: MT                        Medication Administration Summary
```

| | | | | | |
|---|---|---|---|---|---|
| **Patient** | EFUNNUGA, OLUTOKUNBO | | | **Responsible Doctor** LITTMAN, MARIO, MD | |
| **Account Number** FA1307223089 | | **Location** | FI4PVA | **Unit Number** | F001250247 |
| **Age/Sex** | 37/M | **Room** | 411 | **Registered Date** 10/07/16 | |
| **Status** | DIS IN | **Bed** | 02 | **Discharged Date** 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 10/08/16 | 1313 FIBRIGHM | Y | 1 | 0.00 |
| (10/08/16) (1300) Dose: 5,000 UNITS | | | | |
| 10/08/16 | 2119 FIMCDEVD | Y | 1 | 0.00 |
| (10/08/16) (2100) Dose: 5,000 UNITS | | | | |
| 10/09/16 | 0439 FIMCDEVD | Y | 1 | 0.00 |
| (10/09/16) (0500) Dose: 5,000 UNITS | | | | |
| 10/09/16 | 1242 FIBRIGHM | Y | 1 | 0.00 |
| (10/09/16) (1300) Dose: 5,000 UNITS | | | | |
| 10/09/16 | 2136 FIMCDEVD | Y | 1 | 0.00 |
| (10/09/16) (2100) Dose: 5,000 UNITS | | | | |
| 10/10/16 | 0428 FIMCDEVD | Y | 1 | 0.00 |
| (10/10/16) (0500) Dose: 5,000 UNITS | | | | |
| 10/10/16 | 1130 FIHOKEL | Y | 1 | 0.00 |
| (10/10/16) (1300) Dose: 5,000 UNITS | | | | |
| 10/10/16 | 2047 FIYOUNGS | Y | 1 | 0.00 |
| (10/10/16) (2100) Dose: 5,000 UNITS | | | | |
| 10/11/16 | 0444 FIDAMATV | Y | 1 | 0.00 |
| (10/11/16) (0500) Dose: 5,000 UNITS | | | | |
| **Admin Totals** | | | 12 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 85
USER: MT                       Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient **EFUNNUGA, OLUTOKUNBO** | | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | Location FI4PVA | Unit Number | F001250247 |
| Age/Sex 37/M | Room 411 | Registered Date 10/07/16 | |
| Status DIS IN | Bed 02 | Discharged Date 11/01/16 | |

```
EFUNNUGA, OLUTOKUNBO               FA1307223089                        (Continued)
```

SODI1DIS4 — SODIUM BICARBONATE 8.4% 50 MEQ/50 ML DISP.SYRIN

```
Dose            100 MEQ  (100 ML)
Admin Route IV
Start Date  10/07/16-1030      Stop Date 10/07/16 1031    DC Date 10/07/16-1031
Ordering Doctor    BORIKAR, MADHURA S MD
Total Dispensed      2           Total Costs $5.10            Total Charges $42.50
Rx Number    001874040
```

Warnings
```
Type:          SINGLE DOSE
Range:         SODIUM BICARBONATE (50 MEQ/50 ML)
Condition:     ALL COMMON INDICATIONS
Daily Dose     Dosing range is 2 MEQ/KG/DAY — 5 MEQ/KG/DAY. Ordered dose of 1.18
               MEQ/KG/DAY is below the Low Daily Dose. Factoring in variances, the
               range of values for this dose is  Low: 163.93 MEQ  High: 435.18 MEQ
               Max: 435.18 MEQ.
```

Discontinue Comments Reached Stop Date

History
```
10/07/16 1025 — POM ORDER                     by COBORIKM
10/07/16 1030 — VERIFIED                      by FIREALID
10/07/16 1031 — DISCONTINUE                   by PHABKGJOB    Eff: 10/07/16 1031
   FROM:
     DC COMMENTS:
   TO:
     DC COMMENTS:
        Reached Stop Date
10/07/16 1050 — DEBIT                         by MBRIGHT
     ITEMS: 2      DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/07/16 | 1051 | FIBRIGHM | Y | | | 2 | 0.00 |
| (10/07/16) (1030) Dose: 100 MEQ | | | | | | | |

| | | | | | | Items | Charge |
|---|---|---|---|---|---|---|---|
| Admin Totals | | | | | | 2 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 86
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status        DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

SODI1DIS4 - SODIUM BICARBONATE 8.4% 50 MEQ/50 ML DISP.SYRIN

```
Dose        100 MEQ  (100 ML)
Admin Route IV
Start Date  10/07/16-1200      Stop Date 10/07/16 1201   DC Date 10/07/16-1201
Ordering Doctor    BORIKAR,MADHURA S MD
Total Dispensed      0          Total Costs $0.00        Total Charges $0.00
Rx Number    001874184
```

```
Warnings
Type:          SINGLE DOSE
Range:         SODIUM BICARBONATE (50 MEQ/50 ML)
Condition:     ALL COMMON INDICATIONS
Daily Dose          Dosing range is 2 MEQ/KG/DAY - 5 MEQ/KG/DAY. Ordered dose of 1.18
                    MEQ/KG/DAY is below the Low Daily Dose. Factoring in variances, the
                    range of values for this dose is  Low: 163.93 MEQ  High: 435.18 MEQ
                    Max: 435.18 MEQ.
```

```
History
  10/07/16 1148 - POM ORDER                    by COBORIKM
  10/07/16 1154 - VERIFIED                     by FIREALID
  10/07/16 1201 - DISCONTINUE                  by PHABKGJOB    Eff: 10/07/16 1201
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/07/16 1202 - DEBIT                         by MBRIGHT
    ITEMS: 2      DOSES: 1
  10/07/16 1203 - CREDIT                        by MBRIGHT
    ITEMS: 2      DOSES: 1
  10/07/16 1204 - DISCONTINUE                   by COBORIKM    Eff: 10/07/16 1201
    EDIT DOCTOR: BORIKAR,MADHURA S MD
    EDIT SOURCE: Provider Source
    FROM:
      DC COMMENTS:
        Reached Stop Date
    TO:
      DC COMMENTS:
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/07/16 | 1200 | FIBRIGHM | N | | DC | | |
| (10/07/16) (1200) Dose: 0 MEQ | | | | | | | |

Admin Totals

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 87
USER: MT                         Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO                   Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M              Room      411           Registered Date 10/07/16
Status         DIS IN            Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO                   FA1307223089                      (Continued)
```

SODI1DIS4 - SODIUM BICARBONATE 8.4% 50 MEQ/50 ML DISP.SYRIN

```
Dose          100 MEQ  (100 ML)
Admin Route IV
Start Date  10/08/16-0500      Stop Date 10/08/16 0501    DC Date 10/08/16-0501
Ordering Doctor     ZHANG, HONGYU MD
Total Dispensed     2           Total Costs $5.10          Total Charges $42.50
Rx Number   001874991
```

```
Warnings
Type:        SINGLE DOSE
Range:       SODIUM BICARBONATE (50 MEQ/50 ML)
Condition:   ALL COMMON INDICATIONS
Daily Dose   Dosing range is 2 MEQ/KG/DAY - 5 MEQ/KG/DAY. Ordered dose of 1.18
             MEQ/KG/DAY is below the Low Daily Dose. Factoring in variances, the
             range of values for this dose is  Low: 163.93 MEQ  High: 435.18 MEQ
             Max: 435.18 MEQ.
```

Discontinue Comments Reached Stop Date

```
History
 10/08/16 0450 - POM ORDER                    by COZHANGH
 10/08/16 0501 - EDIT                         by FISPERAR
     EDIT DOCTOR: ZHANG, HONGYU MD
   FROM:
     START: 10/08/16-0445  STOP: 10/08/16 0446  SOFT STOP:
   TO:
     START: 10/08/16-0500  STOP: 10/08/16-0501  SOFT STOP:
 10/08/16 0501 - VERIFIED                     by FISPERAR
 10/08/16 0502 - DISCONTINUE                  by PHABKGJOB    Eff: 10/08/16 0501
   FROM:
     DC COMMENTS:
   TO:
     DC COMMENTS:
        Reached Stop Date
 10/08/16 0542 - DEBIT                        by CZIMMERM
     ITEMS: 2      DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/08/16 | 0547 | FIZIMMEC | Y | | | 2 | 0.00 |
| (10/08/16) (0500) Dose: 100 MEQ | | | | | | | |

| Admin Totals | | | | | | 2 | 0 |
|---|---|---|---|---|---|---|---|

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 88
USER: MT                         Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                      (Continued)


ACET160S3 - Acetaminophen 650 MG/20.3 ML SOLUTION

  Dose         650 MG  (20.3 ML)
  Admin Route PEG
  Frequency   Q6H (PRN) PAR= PRN REASON: fever
  Start Date  10/08/16-2045        Stop Date None              DC Date 10/12/16-1137
  Ordering Doctor    BHARGAVA, SURBHI MD
  Total Dispensed     4          Total Costs $1.48            Total Charges $5.60
  Rx Number   001875466



History
  10/08/16 2039 - POM ORDER                    by COBHARGS
  10/08/16 2043 - VERIFIED                     by FISPERAR
  10/08/16 2053 - DEBIT                        by DMCDEVITT
        ITEMS: 1      DOSES: 1
  10/09/16 0845 - DEBIT                        by MBRIGHT
        ITEMS: 1      DOSES: 1
  10/09/16 1431 - DEBIT                        by MBRIGHT
        ITEMS: 1      DOSES: 1
  10/10/16 0426 - DEBIT                        by DMCDEVITT
        ITEMS: 1      DOSES: 1
  10/10/16 1528 - EDIT                         by FILINC
    TO:
      ADR OVERRIDE: V - RPH REVIEWED ORDER
  10/12/16 1138 - DISCONTINUE                  by COVALEND    Eff: 10/12/16 1137
      EDIT DOCTOR: VALENTINO, DOMINIC J, DO
      EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/08/16 | 2115 | FIMCDEVD | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |
| 10/09/16 | 0845 | FIBRIGHM | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |
| 10/09/16 | 1453 | FIBRIGHM | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |
| 10/10/16 | 0428 | FIMCDEVD | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |
| Admin Totals | | | | | | 4 | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                      PAGE 89
USER: MT                          Medication Administration Summary
```

| Patient EFUNNUGA,OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex          37/M | Room | 411 | Registered Date 10/07/16 |
| Status          DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO                 FA1307223089                          (Continued)


MAGN400T3 - MAGNESIUM OXIDE 400 MG TABLET

Dose          400 MG  (1 TABLET)
Admin Route PO
Start Date  10/09/16-1015      Stop Date 10/09/16 1016    DC Date 10/09/16-1016
Ordering Doctor     BORIKAR,MADHURA S MD
Total Dispensed     1           Total Costs $0.03          Total Charges $1.05
Rx Number   001875799

Discontinue Comments Reached Stop Date


History
  10/09/16 1014 - POM ORDER                    by COBORIKM
  10/09/16 1016 - VERIFIED                     by FIRECEVM
  10/09/16 1016 - DISCONTINUE                  by PHABKGJOB    Eff: 10/09/16 1016
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         Reached Stop Date
  10/09/16 1029 - DEBIT                         by MBRIGHT
       ITEMS: 1      DOSES: 1
```

| Admin Date  Time User | Given Bag Reason Code | | Items | Charge |
|---|---|---|---|---|
| 10/09/16     1033 FIBRIGHM | Y | | 1 | 0.00 |
| (10/09/16) (1015) Dose: 400 MG | | | | |

```
  Admin Totals                                                   1              0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 90
USER: MT                        Medication Administration Summary
```

```
Patient    EFUNNUGA,OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex         37/M           Room      411         Registered Date 10/07/16
Status          DIS IN         Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                    (Continued)
```

FAMO10VI12 - Famotidine/Pf 20 MG/2 ML INJECTION

```
Dose         20 MG  (2 ML)
Admin Route IV
Start Date  10/09/16-1030      Stop Date None            DC Date 10/10/16-1225
Ordering Doctor    BORIKAR,MADHURA S MD
Total Dispensed    2           Total Costs $1.92         Total Charges $16.00
Rx Number   001875833
```

```
History
 10/09/16 1031 - POM ORDER                   by COBORIKM
 10/09/16 1031 - NOW DOSE                     by COBORIKM
    Now Dose:  10/09/16 1030
 10/09/16 1031 - KEEP NEXT DOSE               by COBORIKM
    Keep Next Dose:  10/10/16 0900
 10/09/16 1033 - VERIFIED                     by FIRECEVM
 10/09/16 1154 - DEBIT                        by MBRIGHT
    ITEMS: 1      DOSES: 1
 10/10/16 0758 - DEBIT                        by LHOKE
    ITEMS: 1      DOSES: 1
 10/10/16 1229 - DISCONTINUE                  by CORUSSDA    Eff: 10/10/16 1225
    EDIT DOCTOR: RUSSELL,DAVID T DO
    EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/09/16 | 1157 FIBRIGHM | Y | 1 | 0.00 |
| (10/09/16) (1030) Dose: 20 MG | | | | |
| 10/10/16 | 0858 FIHOKEL | Y | 1 | 0.00 |
| (10/10/16) (0900) Dose: 20 MG | | | | |
| Admin Totals | | | 2 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 91
USER: MT                       Medication Administration Summary

Patient    EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223009    Location  FI4PVA       Unit Number       F001250247
Age/Sex       37/M            Room      411          Registered Date 10/07/16
Status        DIS IN          Bed       02           Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)


FAMO20TA42 - FAMOTIDINE 20 MG TABLET

  Dose        20 MG  (1 TABLET)
  Admin Route PO
  Start Date  10/10/16-1230      Stop Date None         DC Date 10/10/16-1232
  Ordering Doctor    RUSSELL, DAVID T DO
  Total Dispensed      0         Total Costs $          Total Charges $
  Rx Number   001877023



  History
    10/10/16 1229 - POM ORDER                  by CORUSSDA
    10/10/16 1229 - NOW DOSE                   by CORUSSDA
       Now Dose:  10/10/16 1230
    10/10/16 1229 - KEEP NEXT DOSE             by CORUSSDA
       Keep Next Dose:  10/10/16 2100
    10/10/16 1233 - DISCONTINUE                by CORUSSDA    Eff: 10/10/16 1232
       EDIT DOCTOR: RUSSELL, DAVID T DO
       EDIT SOURCE: Provider Source
    10/10/16 1233 - POM COPY AND EDIT          by CORUSSDA
       TO: Rx #U001133725
    10/10/16 1233 - VERIFIED                   by SYSTEM
       Verified in order to DC
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/10/16 | 1230 | FIMCCORJ | N | DC | | | |

```
(10/10/16) (1230) Dose: 0 MG


  Admin Totals
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 92
USER: MT                         Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)


FAMO2OTA42 - FAMOTIDINE 20 MG TABLET


 Dose        20 MG  (1 TABLET)
 Admin Route PO
 Start Date  10/10/16-2100      Stop Date None           DC Date 10/16/16-1047
 Ordering Doctor    RUSSELL, DAVID T DO
 Total Dispensed      12         Total Costs $0.60        Total Charges $13.20
 Rx Number   001877025



 History
  10/10/16 1233 - POM COPY AND EDIT           by CORUSSDA
     FROM: Rx #001877023
  10/10/16 1239 - EDIT                        by FIREALID
     EDIT DOCTOR: RUSSELL, DAVID T DO
     FROM:
       DOSE: 40 MG  (2 TABLETS)
       CHARGE: $2.20
     TO:
       DOSE: 20 MG  (1 TABLET)
       CHARGE: $1.10
  10/10/16 1239 - VERIFIED                    by FIREALID
  10/10/16 2035 - DEBIT                       by SYOUNG
       ITEMS: 1    DOSES: 1
  10/11/16 0822 - DEBIT                       by LHOKE
       ITEMS: 1    DOSES: 1
  10/11/16 2010 - DEBIT                       by SYOUNG
       ITEMS: 1    DOSES: 1
  10/12/16 0848 - DEBIT                       by LHOKE
       ITEMS: 1    DOSES: 1
  10/12/16 2030 - DEBIT                       by MMCGILL
       ITEMS: 1    DOSES: 1
  10/13/16 0806 - DEBIT                       by LHOKE
       ITEMS: 1    DOSES: 1
  10/13/16 2024 - DEBIT                       by MMCGILL
       ITEMS: 1    DOSES: 1
  10/14/16 0926 - DEBIT                       by LHOKE
       ITEMS: 1    DOSES: 1
  10/14/16 2005 - DEBIT                       by JMCCORMICK
       ITEMS: 1    DOSES: 1
  10/15/16 0800 - DEBIT                       by HBEURKET
       ITEMS: 1    DOSES: 1
  10/15/16 1953 - DEBIT                       by NREVAK
       ITEMS: 1    DOSES: 1
  10/16/16 0803 - DEBIT                       by HBEURKET
       ITEMS: 1    DOSES: 1
  10/16/16 1109 - DISCONTINUE                 by COZHANGH     Eff: 10/16/16 1047
     EDIT DOCTOR: ZHANG, HONGYU MD
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 93
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---------|---------|---------|---------|---------|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

EDIT SOURCE: Provider Source

| Admin Date | Time User | Given | Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/10/16 | 2047 FIYOUNGS | Y | | 1 | 0.00 |
| (10/10/16) (2100) Dose: 20 MG | | | | | |
| 10/11/16 | 0829 FIHOKEL | Y | | 1 | 0.00 |
| (10/11/16) (0900) Dose: 20 MG | | | | | |
| 10/11/16 | 2023 FIYOUNGS | Y | | 1 | 0.00 |
| (10/11/16) (2100) Dose: 20 MG | | | | | |
| 10/12/16 | 0903 FIHOKEL | Y | | 1 | 0.00 |
| (10/12/16) (0900) Dose: 20 MG | | | | | |
| 10/12/16 | 2153 FIMCGILM | Y | | 1 | 0.00 |
| (10/12/16) (2100) Dose: 20 MG | | | | | |
| 10/13/16 | 0810 FIHOKEL | Y | | 1 | 0.00 |
| (10/13/16) (0900) Dose: 20 MG | | | | | |
| 10/13/16 | 2043 FIMCGILM | Y | | 1 | 0.00 |
| (10/13/16) (2100) Dose: 20 MG | | | | | |
| 10/14/16 | 0933 FIHOKEL | Y | | 1 | 0.00 |
| (10/14/16) (0900) Dose: 20 MG | | | | | |
| 10/14/16 | 2008 FIMCCORJ | Y | | 1 | 0.00 |
| (10/14/16) (2100) Dose: 20 MG | | | | | |
| 10/15/16 | 0806 FIBEURKH | Y | | 1 | 0.00 |
| (10/15/16) (0900) Dose: 20 MG | | | | | |
| 10/15/16 | 2002 FIREVAKN | Y | | 1 | 0.00 |
| (10/15/16) (2100) Dose: 20 MG | | | | | |
| 10/16/16 | 0839 FIBEURKH | Y | | 1 | 0.00 |
| (10/16/16) (0900) Dose: 20 MG | | | | | |
| Admin Totals | | | | 12 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 94
USER: MT                     Medication Administration Summary
```

| | | |
|---|---|---|
| Patient **EFUNNUGA, OLUTOKUNBO** | | Responsible Doctor LITTMAN, MARIO, MD |
| Account Number FA1307223089    Location  FI4PVA | | Unit Number      F001250247 |
| Age/Sex       37/M          Room      411 | | Registered Date 10/07/16 |
| Status        DIS IN        Bed       02 | | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

FOLI1TAB35 - Folic Acid 1 MG TABLET

```
Dose          1 MG  (1 TABLET)
Admin Route GT
Start Date  10/11/16-0900      Stop Date None            DC Date 10/26/16-0710
Ordering Doctor    ZHANG, HONGYU MD
Total Dispensed      12         Total Costs $0.60         Total Charges $12.60
Rx Number   001877055
```

History
```
10/10/16 1247 - POM ORDER                  by COZHANGH
10/10/16 1259 - EDIT                       by FIANDERC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
10/10/16 1259 - VERIFIED                   by FIANDERC
10/11/16 0823 - DEBIT                      by LHOKE
    ITEMS: 1    DOSES: 1
10/12/16 0848 - DEBIT                      by LHOKE
    ITEMS: 1    DOSES: 1
10/13/16 0806 - DEBIT                      by LHOKE
    ITEMS: 1    DOSES: 1
10/14/16 0926 - DEBIT                      by LHOKE
    ITEMS: 1    DOSES: 1
10/15/16 0800 - DEBIT                      by HBEURKET
    ITEMS: 1    DOSES: 1
10/16/16 0803 - DEBIT                      by HBEURKET
    ITEMS: 1    DOSES: 1
10/19/16 0847 - DEBIT                      by DGILMAN
    ITEMS: 1    DOSES: 1
10/20/16 0920 - DEBIT                      by DGILMAN
    ITEMS: 1    DOSES: 1
10/21/16 0930 - DEBIT                      by DGILMAN
    ITEMS: 1    DOSES: 1
10/22/16 0800 - DEBIT                      by MCAVANAU
    ITEMS: 1    DOSES: 1
10/23/16 0808 - DEBIT                      by MCAVANAU
    ITEMS: 1    DOSES: 1
10/25/16 0930 - DEBIT                      by DGILMAN
    ITEMS: 1    DOSES: 1
10/26/16 0715 - DISCONTINUE                by COMANNR     Eff: 10/26/16 0710
    EDIT DOCTOR: MANN, RUPINDER K MD
    EDIT SOURCE: Provider Source
10/26/16 0715 - POM COPY AND EDIT          by COMANNR
    TO: Rx #U001144702
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 95
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number      F001250247
Age/Sex       37/M            Room      411         Registered Date 10/07/16
Status        DIS IN          Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO                   FA1307223089                (Continued)
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/11/16 | 0829 FIHOKEL | Y | | | 1 | 0.00 |
| (10/11/16) (0900) Dose: 1 MG | | | | | | |
| 10/12/16 | 0902 FIHOKEL | Y | | | 1 | 0.00 |
| (10/12/16) (0900) Dose: 1 MG | | | | | | |
| 10/13/16 | 0810 FIHOKEL | Y | | | 1 | 0.00 |
| (10/13/16) (0900) Dose: 1 MG | | | | | | |
| 10/14/16 | 0933 FIHOKEL | Y | | | 1 | 0.00 |
| (10/14/16) (0900) Dose: 1 MG | | | | | | |
| 10/15/16 | 0806 FIBEURKH | Y | | | 1 | 0.00 |
| (10/15/16) (0900) Dose: 1 MG | | | | | | |
| 10/16/16 | 0839 FIBEURKH | Y | | | 1 | 0.00 |
| (10/16/16) (0900) Dose: 1 MG | | | | | | |
| 10/17/16 | 0900 FIMCCARD | N | | REFUSED | | |
| (10/17/16) (0900) Dose: 0 MG | | | | | | |
| 10/18/16 | 0900 FIGILMAD | N | IS | | | |
| (10/18/16) (0900) Dose: 0 MG | | | | | | |
| 10/19/16 | 0903 FIGILMAD | Y | | | 1 | 0.00 |
| (10/19/16) (0900) Dose: 1 MG | | | | | | |
| 10/20/16 | 0923 FIGILMAD | Y | | | 1 | 0.00 |
| (10/20/16) (0900) Dose: 1 MG | | | | | | |
| 10/21/16 | 0943 FIGILMAD | Y | | | 1 | 0.00 |
| (10/21/16) (0900) Dose: 1 MG | | | | | | |
| 10/22/16 | 0813 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (0900) Dose: 1 MG | | | | | | |
| 10/23/16 | 0811 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/23/16) (0900) Dose: 1 MG | | | | | | |
| 10/24/16 | 0852 FIGILMAD | N | NPO | | | |
| (10/24/16) (0900) Dose: 0 MG | | | | | | |
| 10/25/16 | 0936 FIGILMAD | Y | | | 1 | 0.00 |
| (10/25/16) (0900) Dose: 1 MG | | | | | | |
| Admin Totals | | | | | 12 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 96
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)


THIA100T4 - Thiamine HCl 100 MG TABLET

Dose          100 MG  (1 TABLET)
Admin Route GT
Start Date  10/11/16-0900      Stop Date None          DC Date 10/26/16-0710
Ordering Doctor    ZHANG,HONGYU MD
Total Dispensed    13         Total Costs $0.13         Total Charges $13.65
Rx Number   001877056



History
  10/10/16 1247 - POM ORDER                    by COZHANGH
  10/10/16 1259 - EDIT                         by FIANDERC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/10/16 1259 - VERIFIED                     by FIANDERC
  10/11/16 0822 - DEBIT                        by LHOKE
      ITEMS: 1      DOSES: 1
  10/12/16 0848 - DEBIT                        by LHOKE
      ITEMS: 1      DOSES: 1
  10/13/16 0806 - DEBIT                        by LHOKE
      ITEMS: 1      DOSES: 1
  10/14/16 0926 - DEBIT                        by LHOKE
      ITEMS: 1      DOSES: 1
  10/15/16 0759 - DEBIT                        by HBEURKET
      ITEMS: 1      DOSES: 1
  10/15/16 1952 - DEBIT                        by NREVAK
      ITEMS: 1      DOSES: 1
  10/16/16 0802 - DEBIT                        by HBEURKET
      ITEMS: 1      DOSES: 1
  10/19/16 0802 - DEBIT                        by DGILMAN
      ITEMS: 1      DOSES: 1
  10/20/16 0919 - DEBIT                        by DGILMAN
      ITEMS: 1      DOSES: 1
  10/21/16 0929 - DEBIT                        by DGILMAN
      ITEMS: 1      DOSES: 1
  10/22/16 0759 - DEBIT                        by MCAVANAU
      ITEMS: 1      DOSES: 1
  10/23/16 0807 - DEBIT                        by MCAVANAU
      ITEMS: 1      DOSES: 1
  10/25/16 0930 - DEBIT                        by DGILMAN
      ITEMS: 1      DOSES: 1
  10/26/16 0715 - DISCONTINUE                  by COMANNR      Eff: 10/26/16 0710
      EDIT DOCTOR: MANN,RUPINDER K MD
      EDIT SOURCE: Provider Source
  10/26/16 0715 - POM COPY AND EDIT            by COMANNR
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 97
USER: MT                     Medication Administration Summary
```

| | |
|---|---|
| Patient **EFUNNUGA OLUTOKUNBO** | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089   Location  FI4PVA | Unit Number      F001250247 |
| Age/Sex        37/M          Room      411 | Registered Date 10/07/16 |
| Status         DIS IN        Bed       02 | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |

TO: Rx #U001144703

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/11/16 | 0829 FIHOKEL | Y | | | 1 | 0.00 |
| (10/11/16) (0900) Dose: 100 MG | | | | | | |
| 10/12/16 | 0903 FIHOKEL | Y | | | 1 | 0.00 |
| (10/12/16) (0900) Dose: 100 MG | | | | | | |
| 10/13/16 | 0810 FIHOKEL | Y | | | 1 | 0.00 |
| (10/13/16) (0900) Dose: 100 MG | | | | | | |
| 10/14/16 | 0932 FIHOKEL | Y | | | 1 | 0.00 |
| (10/14/16) (0900) Dose: 100 MG | | | | | | |
| 10/15/16 | 0806 FIBEURKH | Y | | | 1 | 0.00 |
| (10/15/16) (0900) Dose: 100 MG | | | | | | |
| 10/16/16 | 0839 FIBEURKH | Y | | | 1 | 0.00 |
| (10/16/16) (0900) Dose: 100 MG | | | | | | |
| 10/17/16 | 0900 FIMCCARD | N | | REFUSED | | |
| (10/17/16) (0900) Dose: 0 MG | | | | | | |
| 10/18/16 | 0900 FIGILMAD | N | | IS | | |
| (10/18/16) (0900) Dose: 0 MG | | | | | | |
| 10/19/16 | 0903 FIGILMAD | Y | | | 1 | 0.00 |
| (10/19/16) (0900) Dose: 100 MG | | | | | | |
| 10/20/16 | 0923 FIGILMAD | Y | | | 1 | 0.00 |
| (10/20/16) (0900) Dose: 100 MG | | | | | | |
| 10/21/16 | 0944 FIGILMAD | Y | | | 1 | 0.00 |
| (10/21/16) (0900) Dose: 100 MG | | | | | | |
| 10/22/16 | 0810 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (0900) Dose: 100 MG | | | | | | |
| 10/23/16 | 0811 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/23/16) (0900) Dose: 100 MG | | | | | | |
| 10/24/16 | 0852 FIGILMAD | N | | NPO | | |
| (10/24/16) (0900) Dose: 0 MG | | | | | | |
| 10/25/16 | 0936 FIGILMAD | Y | | | 1 | 0.00 |
| (10/25/16) (0900) Dose: 100 MG | | | | | | |

| Admin Totals | | | | | 12 | 0 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 98
USER: MT                          Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO                    Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M              Room      411           Registered Date 10/07/16
Status         DIS IN            Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                          (Continued)
```

SUCC200S - Succinylcholine Chloride 200 MG/10 ML SYRINGE

```
Dose          200 MG  (10 ML)
Admin Route IV
Start Date  10/07/16-1447       Stop Date 10/07/16 1448    DC Date 10/07/16-1448
Ordering Doctor    DOCTOR,PYXIS OVERRIDE
Total Dispensed      1          Total Costs $6.50          Total Charges $53.75
Rx Number   001877194
```

Discontinue Comments DC'd by FIKANJIR

```
History
  10/10/16 1447 - DISCONTINUE                 by STK MED      Eff: 10/07/16 1448
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by FIKANJIR
  10/10/16 1447 - ENTER                       by FIKANJIR
    Items Dispensed:  1    Doses Dispensed:  1
      For:  10/07/16 - 1447
```

ETOM2AMP - ETOMIDATE 2 MG/ML AMPUL 20 ML

```
Dose          40 MG  (20 ML)
Admin Route IV
Start Date  10/07/16-1447       Stop Date 10/07/16 1448    DC Date 10/07/16-1448
Ordering Doctor    DOCTOR,PYXIS OVERRIDE
Total Dispensed      1          Total Costs $12.10         Total Charges $99.75
Rx Number   001877195
```

Discontinue Comments DC'd by FIKANJIR

```
History
  10/10/16 1447 - ENTER                       by FIKANJIR
    Items Dispensed:  1    Doses Dispensed:  1
      For:  10/07/16 - 1447
  10/10/16 1447 - DISCONTINUE                 by STK MED      Eff: 10/07/16 1448
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by FIKANJIR
```

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 99
USER: MT                        Medication Administration Summary
```

| Patient EFUNNUGA,OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number     F001250247 |
| Age/Sex       37/M | Room | 411 | Registered Date 10/07/16 |
| Status        DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO                 FA1307223089                          (Continued)


MAGN400T3 - MAGNESIUM OXIDE 400 MG TABLET

Dose         800 MG  (2 TABLETS)
Admin Route PO
Start Date  10/11/16-0815      Stop Date 10/11/16 0816    DC Date 10/11/16-0816
Ordering Doctor    ZHANG,HONGYU MD
Total Dispensed     2           Total Costs $0.07          Total Charges $2.10
Rx Number   001877954

Discontinue Comments Reached Stop Date


History
  10/11/16 0804 - POM ORDER                    by COZHANGH
  10/11/16 0808 - VERIFIED                     by FIANDERC
  10/11/16 0816 - DISCONTINUE                  by PHABKGJOB    Eff: 10/11/16 0816
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/11/16 0840 - DEBIT                         by LHOKE
      ITEMS: 2      DOSES: 1
```

| Admin Date  Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|
| 10/11/16    0842 FIHOKEL | Y | 2 | 0.00 |
| (10/11/16) (0815) Dose: 800 MG | | | |

```
  Admin Totals                                        2              0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 100
USER: MT                     Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA,OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223089 | | Location FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed 02 | Discharged Date 11/01/16 | |

EFUNNUGA,OLUTOKUNBO                  FA1307223089                      (Continued)


PHOS250T4 - NEUTRA PHOS 250 MG TABLET

Dose        500 MG  (2 TABLETS)
Admin Route PO
Start Date  10/11/16-0815    Stop Date 10/11/16 0816    DC Date 10/11/16-0816
Ordering Doctor    ZHANG,HONGYU MD
Total Dispensed      2         Total Costs $0.42         Total Charges $2.50
Rx Number   001877955

Discontinue Comments Reached Stop Date


History
   10/11/16 0804 - POM ORDER                  by COZHANGH
   10/11/16 0808 - VERIFIED                    by FIANDERC
   10/11/16 0816 - DISCONTINUE                 by PHABKGJOB   Eff: 10/11/16 0816
      FROM:
      DC COMMENTS:
   TO:
      DC COMMENTS:
         Reached Stop Date
   10/11/16 0840 - DEBIT                        by LHOKE
      ITEMS: 2      DOSES: 1

Admin Date  Time User      Given Bag Reason Code        Items        Charge
10/11/16    0842 FIHOKEL      Y                            2           0.00
(10/11/16) (0815) Dose: 500 MG


Admin Totals                                               2              0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 101
USER: MT                         Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| **Patient** EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223089 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

EFUNNUGA,OLUTOKUNBO                FA1307223089                        (Continued)


ENOX40DI - ENOXAPARIN SODIUM 40 MG/0.4 ML DISP.SYRIN

Dose          40 MG  (0.4 ML)
Admin Route SUBQ
Start Date  10/11/16-1045      Stop Date None            DC Date 11/01/16-2054
Ordering Doctor    BHARGAVA,SURBHI MD
Total Dispensed     20         Total Costs $76.00        Total Charges $630.00
Rx Number    001878241

Discontinue Comments DC'd by Discharge


History
   10/11/16 1042 - POM ORDER                     by COBHARGS
   10/11/16 1042 - NOW DOSE                      by COBHARGS
       Now Dose:  10/11/16 1045
   10/11/16 1042 - KEEP NEXT DOSE                by COBHARGS
       Keep Next Dose:  10/12/16 0900
   10/11/16 1046 - VERIFIED                      by FIREALID
   10/11/16 1114 - DEBIT                         by LHOKE
       ITEMS: 1     DOSES: 1
   10/12/16 0848 - DEBIT                         by LHOKE
       ITEMS: 1     DOSES: 1
   10/13/16 0807 - DEBIT                         by LHOKE
       ITEMS: 1     DOSES: 1
   10/14/16 0927 - DEBIT                         by LHOKE
       ITEMS: 1     DOSES: 1
   10/15/16 0800 - DEBIT                         by HBEURKET
       ITEMS: 1     DOSES: 1
   10/16/16 0804 - DEBIT                         by HBEURKET
       ITEMS: 1     DOSES: 1
   10/17/16 0905 - DEBIT                         by DMCCARTH
       ITEMS: 1     DOSES: 1
   10/18/16 0957 - DEBIT                         by DGILMAN
       ITEMS: 1     DOSES: 1
   10/19/16 0803 - DEBIT                         by DGILMAN
       ITEMS: 1     DOSES: 1
   10/20/16 0920 - DEBIT                         by DGILMAN
       ITEMS: 1     DOSES: 1
   10/21/16 0930 - DEBIT                         by DGILMAN
       ITEMS: 1     DOSES: 1
   10/22/16 0801 - DEBIT                         by MCAVANAU
       ITEMS: 1     DOSES: 1
   10/23/16 0808 - DEBIT                         by MCAVANAU
       ITEMS: 1     DOSES: 1
   10/25/16 0930 - DEBIT                         by DGILMAN
       ITEMS: 1     DOSES: 1
   10/26/16 0952 - DEBIT                         by DGILMAN
       ITEMS: 1     DOSES: 1
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 102
USER: MT                    Medication Administration Summary
```

| | | | |
|---|---|---|---|
| **Patient** | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
| **Account Number** FA1307223089 | **Location** FI4PVA | | **Unit Number** F001250247 |
| **Age/Sex** 37/M | **Room** 411 | | Registered Date 10/07/16 |
| **Status** DIS IN | **Bed** 02 | | Discharged Date 11/01/16 |

| | | | |
|---|---|---|---|
| EFUNNUGA, OLUTOKUNBO | | FA1307223089 | (Continued) |

```
     10/27/16 0818 - DEBIT                    by MMAXWELL
            ITEMS: 1      DOSES: 1
     10/28/16 0829 - DEBIT                    by NCARTER
            ITEMS: 1      DOSES: 1
     10/29/16 0841 - DEBIT                    by MHALLAMY
            ITEMS: 1      DOSES: 1
     10/30/16 0732 - DEBIT                    by ABLEILER
            ITEMS: 1      DOSES: 1
     10/31/16 0846 - DEBIT                    by KMOSLEY
            ITEMS: 1      DOSES: 1
     11/01/16 1025 - DEBIT                    by MHALLAMY
            ITEMS: 1      DOSES: 1
     11/01/16 1310 - CREDIT                   by MHALLAMY
            ITEMS: 1      DOSES: 1
     11/01/16 2055 - DISCONTINUE              by DISCHARGE    Eff: 11/01/16 2054
        FROM:
           DC COMMENTS:
        TO:
           DC COMMENTS:
              DC'd by Discharge
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/11/16 | 1118 | FIHOKEL | Y | | | 1 | 0.00 |
| (10/11/16) (1045) Dose: 40 MG | | | | | | | |
| 10/12/16 | 0908 | FIHOKEL | Y | | | 1 | 0.00 |
| (10/12/16) (0900) Dose: 40 MG | | | | | | | |
| 10/13/16 | 0809 | FIHOKEL | Y | | | 1 | 0.00 |
| (10/13/16) (0900) Dose: 40 MG | | | | | | | |
| 10/14/16 | 0933 | FIHOKEL | Y | | | 1 | 0.00 |
| (10/14/16) (0900) Dose: 40 MG | | | | | | | |
| 10/15/16 | 0807 | FIBEURKH | Y | | | 1 | 0.00 |
| (10/15/16) (0900) Dose: 40 MG | | | | | | | |
| 10/16/16 | 0841 | FIBEURKH | Y | | | 1 | 0.00 |
| (10/16/16) (0900) Dose: 40 MG | | | | | | | |
| 10/17/16 | 0911 | FIMCCARD | Y | | | 1 | 0.00 |
| (10/17/16) (0900) Dose: 40 MG | | | | | | | |
| 10/18/16 | 0959 | FIGILMAD | Y | | | 1 | 0.00 |
| (10/18/16) (0900) Dose: 40 MG | | | | | | | |
| 10/19/16 | 0903 | FIGILMAD | Y | | | 1 | 0.00 |
| (10/19/16) (0900) Dose: 40 MG | | | | | | | |
| 10/20/16 | 0924 | FIGILMAD | Y | | | 1 | 0.00 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 103
USER: MT                      Medication Administration Summary
```

| | | | | | |
|---|---|---|---|---|---|
| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

EFUNNUGA, OLUTOKUNBO              FA1307223089                          (Continued)

(10/20/16) (0900) Dose: 40 MG

| | | | | | |
|---|---|---|---|---|---|
| 10/21/16 | 0943 FIGILMAD | Y | | 1 | 0.00 |

(10/21/16) (0900) Dose: 40 MG

| | | | | | |
|---|---|---|---|---|---|
| 10/22/16 | 0814 FICAVANM1 | Y | | 1 | 0.00 |

(10/22/16) (0900) Dose: 40 MG

| 10/23/16 | 0948 FICAVANM1 | Y | | 1 | 0.00 |

(10/23/16) (0900) Dose: 40 MG

| 10/24/16 | 0900 FIGILMAD | N | HOLD | | |

(10/24/16) (0900) Dose: 0 MG

| 10/25/16 | 0935 FIGILMAD | Y | | 1 | 0.00 |

(10/25/16) (0900) Dose: 40 MG

| 10/26/16 | 1002 FIGILMAD | Y | | 1 | 0.00 |

(10/26/16) (0900) Dose: 40 MG

| 10/27/16 | 0826 FIMAXWEM | Y | | 1 | 0.00 |

(10/27/16) (0900) Dose: 40 MG

| 10/28/16 | 0831 FICARTEN | Y | | 1 | 0.00 |

(10/28/16) (0900) Dose: 40 MG

| 10/29/16 | 0902 FIHALLAM | Y | | 1 | 0.00 |

(10/29/16) (0900) Dose: 40 MG

| 10/30/16 | 0821 FIBLEILA | Y | | 1 | 0.00 |

(10/30/16) (0900) Dose: 40 MG

| 10/31/16 | 0858 FIMOSLEK | Y | | 1 | 0.00 |

(10/31/16) (0900) Dose: 40 MG

| 11/01/16 | 1036 FIHALLAM | Y | | 1 | 0.00 |

(11/01/16) (0900) Dose: 40 MG

| | | | |
|---|---|---|---|
| Admin Totals | | 21 | 0 |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 104
USER: MT                          Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411         Registered Date 10/07/16
Status         DIS IN          Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

INSU100V42 — INSULIN REGULAR, HUMAN 300 UNIT/3 ML VIAL

Dose Instruction       SS LOW DOSE
                       LOW INTENSITY SCALE:
                       Blood Glucose    Coverage insulin
                       <80mg/dL      Notify House Officer and see below
                       80 — 149       Continue Current regimen
                       150 — 199           2 units
                       200 — 249           3 units
                       250 — 299           4 units
                       300 — 349           5 units
                       350 — 400           6 units
                       Over 400         Call House Officer

                       Notify House Officer for:
                       A)Accu-checks <80mg/dL or >400mg/dL for evaluation and
                       adjument of regimen.
                       B)Change in dietary order (ex:NPO/tube feeding on hold,
                       nausea/vomiting, <1/2 of meal eaten, etc.)
                       C)BG<70mg/dL:
                            a.If pt can take by mouth give 15gm of fast acting
                       carbohydrate(4oz fruit juice/non-diet soda OR 4 glucose
                       tabs OR 8oz non-fat milk)
                            b.If pt cannot receive oral carbohydrates, give 50%
                       dextrose — 25ml (1/2 amp) x 1
                            c.Check accu-check every 20min until>70mg/dL.
                       Repeat above treatment (a. or b.) if <70mg/dL
                       D)For ccu-check reading <40 or >450mg/dL, draw and send a
                       STAT serum glucose

Admin Route SUBQ
Start Date  10/12/16-0745        Stop Date 10/29/16 0103    DC Date 10/29/16-0103
Ordering Doctor    MALIK, AMMAR M MD
Total Dispensed    12            Total Costs $174.00          Total Charges $0.00
Rx Number   001879318


History
 10/12/16 0737 — POM ORDER                      by COMALIA
 10/12/16 0737 — NOW DOSE                        by COMALIA
     Now Dose:  10/12/16 0745
 10/12/16 0737 — KEEP NEXT DOSE                  by COMALIA
     Keep Next Dose:  10/12/16 1100
 10/12/16 0751 — VERIFIED                        by FIJASINT
 10/13/16 0452 — DEBIT                           by VDAMATO
     ITEMS: 2    DOSES: 2
 10/14/16 0403 — DEBIT                           by VDAMATO
     ITEMS: 2    DOSES: 2
 10/22/16 1845 — DEBIT                           by MCAVANAU
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 105
USER: MT                     Medication Administration Summary
```

```
Patient  EFUNNUGA OLUTOKUNBO               Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M           Room      411          Registered Date 10/07/16
Status         DIS IN         Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO               FA1307223089                    (Continued)
```

```
         ITEMS: 4      DOSES: 4
   10/26/16 0439 - DEBIT                      by VDAMATO
         ITEMS: 2      DOSES: 2
   10/27/16 0459 - DEBIT                      by VDAMATO
         ITEMS: 2      DOSES: 2
   10/29/16 0104 - DISCONTINUE                by COMANZH     Eff: 10/29/16 0103
         EDIT DOCTOR: MANZOOR,HOORIA MD
         EDIT SOURCE: Provider Source
   10/29/16 0104 - EDIT                       by COMANZH
         EDIT DOCTOR: MANZOOR,HOORIA MD
         EDIT SOURCE: Provider Source
      FROM:
         START: 10/12/16-0745   STOP: None   SOFT STOP:
      TO:
         START: 10/12/16-0745   STOP: 10/29/16-0103   SOFT STOP:
   10/29/16 0104 - POM COPY AND EDIT          by COMANZH
      TO: Rx #U001146335
```

```
Admin Date  Time User      Given Bag Reason Code        Items        Charge
10/12/16    0745 FIHOKEL     N      GLUCOSE
(10/12/16) (0745) Dose: 0 UNIT

10/12/16    1100 FIHOKEL     N      LBS
(10/12/16) (1100) Dose: 0 UNIT

10/12/16    1700 FIMCGILM    N      GLUCOSE
(10/12/16) (1700) Dose: 0 UNIT

10/12/16    2154 FIMCGILM    N      GLUCOSE
(10/12/16) (2300) Dose: 0 UNIT

10/13/16    0500 FIDAMATV    N      GLUCOSE
(10/13/16) (0500) Dose: 0 UNIT

10/13/16    1100 FIHOKEL     N      GLUCOSE
(10/13/16) (1100) Dose: 0 UNIT

10/13/16    1649 FIMCGILM    N      GLUCOSE
(10/13/16) (1700) Dose: 0 UNIT

10/13/16    2300 FIDAMATV    N      GLUCOSE
(10/13/16) (2300) Dose: 0 UNIT

10/14/16    0500 FIDAMATV    N      GLUCOSE
(10/14/16) (0500) Dose: 0 UNIT

10/14/16    1100 FIHOKEL     N      GLUCOSE
(10/14/16) (1100) Dose: 0 UNIT

10/14/16    1700 FIHOKEL     N      GLUCOSE
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 106
USER: MT                        Medication Administration Summary
```

| | | |
|---|---|---|
| Patient **EFUNNUGA,OLUTOKUNBO** | | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089 | Location  FI4PVA | Unit Number    F001250247 |
| Age/Sex       37/M | Room      411 | Registered Date 10/07/16 |
| Status        DIS IN | Bed       02 | Discharged Date 11/01/16 |

EFUNNUGA,OLUTOKUNBO                    FA1307223089                         (Continued)

(10/14/16) (1700) Dose: 0 UNIT

10/14/16     2144 FIMCCORJ     N         GLUCOSE
(10/14/16) (2300) Dose: 0 UNIT

10/15/16     0500 FIMCCORJ     N         GLUCOSE
(10/15/16) (0500) Dose: 0 UNIT

10/15/16     1100 FIBEURKH     N         GLUCOSE
(10/15/16) (1100) Dose: 0 UNIT

10/15/16     1700 FIBEURKH     N         GLUCOSE
(10/15/16) (1700) Dose: 0 UNIT

10/15/16     2300 FIREVAKN     N         GLUCOSE
(10/15/16) (2300) Dose: 0 UNIT

10/16/16     0500 FIREVAKN     N         GLUCOSE
(10/16/16) (0500) Dose: 0 UNIT

10/16/16     1100 FIBEURKH     N         GLUCOSE
(10/16/16) (1100) Dose: 0 UNIT

10/16/16     1700 FIBEURKH     N         GLUCOSE
(10/16/16) (1700) Dose: 0 UNIT

10/16/16     2300 FIREVAKN     N         GLUCOSE
(10/16/16) (2300) Dose: 0 UNIT

10/17/16     0443 FIREVAKN     N         GLUCOSE
(10/17/16) (0500) Dose: 0 UNIT

10/17/16     1100 FIMCCARD     N         GLUCOSE
(10/17/16) (1100) Dose: 0 UNIT

10/17/16     1700 FIMCCARD     N         GLUCOSE
(10/17/16) (1700) Dose: 0 UNIT

10/17/16     2237 FIROSSIA     N         GLUCOSE
(10/17/16) (2300) Dose: 0 UNIT

10/18/16     0500 FIROSSIA     N         GLUCOSE
(10/18/16) (0500) Dose: 0 UNIT

10/18/16     1100 FIGILMAD     N         GLUCOSE
(10/18/16) (1100) Dose: 0 UNIT

10/18/16     1638 FIBURKEK     N         LBS
(10/18/16) (1700) Dose: 0 UNIT

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 107
USER: MT                          Medication Administration Summary
```

| Patient **EFUNNUGA, OLUTOKUNBO** | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex       37/M | Room | 411 | Registered Date 10/07/16 |
| Status        DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/18/16    2216 FIROSSIA    N        GLUCOSE
(10/18/16) (2300) Dose: 0 UNIT

10/19/16    0426 FIROSSIA    N        GLUCOSE
(10/19/16) (0500) Dose: 0 UNIT

10/19/16    1100 FIGILMAD    N        GLUCOSE
(10/19/16) (1100) Dose: 0 UNIT

10/19/16    1700 FIDONAHS    N        GLUCOSE
(10/19/16) (1700) Dose: 0 UNIT

10/19/16    2233 FIDONAHS    N        GLUCOSE
(10/19/16) (2300) Dose: 0 UNIT

10/20/16    0418 FIMCDEVD    N        GLUCOSE
(10/20/16) (0500) Dose: 0 UNIT

10/20/16    1100 FIGILMAD    N        GLUCOSE
(10/20/16) (1100) Dose: 0 UNIT

10/20/16    1700 FIDONAHS    N        GLUCOSE
(10/20/16) (1700) Dose: 0 UNIT

10/20/16    2242 FIDONAHS    N        GLUCOSE
(10/20/16) (2300) Dose: 0 UNIT

10/21/16    0500 FIKRETZJ    N        GLUCOSE
(10/21/16) (0500) Dose: 0 UNIT

10/21/16    1100 FIGILMAD    N        GLUCOSE
(10/21/16) (1100) Dose: 0 UNIT

10/21/16    1653 FIDONAHS    N        GLUCOSE
(10/21/16) (1700) Dose: 0 UNIT

10/21/16    2239 FIDONAHS    N        GLUCOSE
(10/21/16) (2300) Dose: 0 UNIT

10/22/16    0500 FIKRETZJ    N        GLUCOSE
(10/22/16) (0500) Dose: 0 UNIT

10/22/16    1100 FICAVANM1   N        GLUCOSE
(10/22/16) (1100) Dose: 0 UNIT

10/22/16    1850 FICAVANM1   Y                              1
(10/22/16) (1700) Dose: 3 UNIT

10/22/16    2218 FIDONAHS    N        GLUCOSE
(10/22/16) (2300) Dose: 0 UNIT
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 108
USER: MT                      Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO                      Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA     Unit Number       F001250247
Age/Sex        37/M            Room      411        Registered Date 10/07/16
Status         DIS IN          Bed       02         Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/23/16   0500 FIDONAHS    N        GLUCOSE
(10/23/16) (0500) Dose: 0 UNIT

10/23/16   1100 FICAVANM1   N        GLUCOSE
(10/23/16) (1100) Dose: 0 UNIT

10/23/16   1659 FICAVANM1   N        GLUCOSE
(10/23/16) (1700) Dose: 0 UNIT

10/23/16   2213 FIROSSIA    N        GLUCOSE
(10/23/16) (2300) Dose: 0 UNIT

10/24/16   0500 FIROSSIA    N        GLUCOSE
(10/24/16) (0500) Dose: 0 UNIT

10/24/16   1100 FIGILMAD    N        GLUCOSE
(10/24/16) (1100) Dose: 0 UNIT

10/24/16   1700 FIYOUNGS    N        GLUCOSE
(10/24/16) (1700) Dose: 0 UNIT

10/24/16   2201 FIYOUNGS    N        GLUCOSE
(10/24/16) (2300) Dose: 0 UNIT

10/25/16   0500 FIBURKEC    N        GLUCOSE
(10/25/16) (0500) Dose: 0 UNIT

10/25/16   1100 FIGILMAD    N        GLUCOSE
(10/25/16) (1100) Dose: 0 UNIT

10/25/16   1631 FIYOUNGS    N        GLUCOSE
(10/25/16) (1700) Dose: 0 UNIT

10/25/16   2205 FIYOUNGS    N        GLUCOSE
(10/25/16) (2300) Dose: 0 UNIT

10/26/16   0500 FIDAMATV    N        GLUCOSE
(10/26/16) (0500) Dose: 0 UNIT

10/26/16   1100 FIGILMAD    N        GLUCOSE
(10/26/16) (1100) Dose: 0 UNIT

10/26/16   1700 FINOGAT     N        GLUCOSE
(10/26/16) (1700) Dose: 0 UNIT

10/26/16   2147 FIMCGILM    N        GLUCOSE
(10/26/16) (2300) Dose: 0 UNIT

10/27/16   0500 FIDAMATV    N        GLUCOSE
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 109
USER: MT                       Medication Administration Summary
```

| Patient   EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

(10/27/16) (0500) Dose: 0 UNIT

10/27/16    1100 FIMAXWEM    N      GLUCOSE
(10/27/16) (1100) Dose: 0 UNIT

10/27/16    1700 FISTASKJ    N      GLUCOSE
(10/27/16) (1700) Dose: 0 UNIT

10/27/16    2203 FIDESALJ    N      GLUCOSE
(10/27/16) (2300) Dose: 0 UNIT

10/28/16    0500 FIGARDOA    N      GLUCOSE
(10/28/16) (0500) Dose: 0 UNIT

10/28/16    1100 FICARTEN    N      GLUCOSE
(10/28/16) (1100) Dose: 0 UNIT

10/28/16    1700 FICARTEN    N      GLUCOSE
(10/28/16) (1700) Dose: 0 UNIT

10/28/16    2115 FIKIMJ      N      GLUCOSE
(10/28/16) (2300) Dose: 0 UNIT

Admin Totals                                         1

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 110
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location FI4PVA | | Unit Number    F001250247 |
| Age/Sex        37/M | Room      411 | | Registered Date 10/07/16 |
| Status         DIS IN | Bed       02 | | Discharged Date 11/01/16 |

| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

DEXT4TAB - Dextrose 4 GM TAB.CHEW

```
  Dose         16 GM  (4 TAB.CHEWS)
  Admin Route PO
  Frequency   PRN (PRN) PAR= PRN REASON: LBS - LOW BLOOD SUGAR
  Start Date  10/12/16-1145      Stop Date None        DC Date 11/01/16-2054
  Ordering Doctor    MALIK,AMMAR M MD
  Total Dispensed     4          Total Costs $0.62          Total Charges $6.00
  Rx Number   001879709

  Discontinue Comments DC'd by Discharge


  History
    10/12/16 1142 - ENTER                    by FIREALID
    10/12/16 1240 - DEBIT                    by LHOKE
       ITEMS: 4      DOSES: 1
    11/01/16 2055 - DISCONTINUE              by DISCHARGE    Eff: 11/01/16 2054
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          DC'd by Discharge
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/12/16 | 1241 | FIHOKEL | Y | | | 4 | |
| | | Dose: 16 GM | | | | | |

```
  Admin Totals                                             4
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 111
USER: MT                        Medication Administration Summary

Patient     EFUNNUGA OLUTOKUNBO                    Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089     Location  FI4PVA       Unit Number       F001250247
Age/Sex        37/M             Room      411          Registered Date 10/07/16
Status         DIS IN           Bed       02           Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO                   FA1307223089                    (Continued)


DEXT50DI3 - DEXTROSE 50% 25 GM/50 ML DISP.SYRIN

  Dose        12.5 GM  (25 ML)
  Admin Route IV
  Frequency   PRN (PRN) PAR= PRN REASON: LBS - LOW BLOOD SUGAR
  Start Date  10/12/16-1145       Stop Date None            DC Date 11/01/16-2054
  Ordering Doctor    MALIK,AMMAR M MD
  Total Dispensed    0            Total Costs $             Total Charges $
  Rx Number   001879710

  Discontinue Comments DC'd by Discharge


  History
   10/12/16 1142 - ENTER                      by FIREALID
   11/01/16 2055 - DISCONTINUE                by DISCHARGE    Eff: 11/01/16 2054
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         DC'd by Discharge
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 112
USER: MT                         Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M            Room      411           Registered Date 10/07/16
Status         DIS IN          Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

DOXA1TAB19 — DOXAZOSIN MESYLATE 1 MG TABLET (CARDURA)

```
Dose          1 MG  (1 TABLET)
Admin Route PO
Start Date  10/12/16-1200     Stop Date 10/12/16 1201    DC Date 10/12/16-1201
Ordering Doctor     ZHANG, HONGYU MD
Total Dispensed     1          Total Costs $0.50         Total Charges $1.55
Rx Number    001879752
```

Discontinue Comments Reached Stop Date

```
History
  10/12/16 1159 - POM ORDER              by COZHANGH
  10/12/16 1201 - EDIT                   by FIREALID
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/12/16 1201 - VERIFIED               by FIREALID
  10/12/16 1201 - DISCONTINUE            by PHABKGJOB    Eff: 10/12/16 1201
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/12/16 1230 - DEBIT                  by LHOKE
    ITEMS: 1      DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/12/16 | 1241 | FIHOKEL | Y | | | 1 | 0.00 |
| (10/12/16) (1200) Dose: 1 MG | | | | | | | |

| | | Items | Charge |
|---|---|---|---|
| Admin Totals | | 1 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 113
USER: MT                        Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO             Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M           Room      411         Registered Date 10/07/16
Status         DIS IN         Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO               FA1307223089                    (Continued)
```

DOXA1TAB19 — DOXAZOSIN MESYLATE 1 MG TABLET (CARDURA)

```
Dose        1 MG  (1 TABLET)
Admin Route PO
Start Date  10/13/16-0900    Stop Date None          DC Date 10/23/16-0730
Ordering Doctor    ZHANG,HONGYU MD
Total Dispensed    8         Total Costs $4.00        Total Charges $12.40
Rx Number   001879758
```

```
History
  10/12/16 1200 - POM ORDER               by COZHANGH
  10/12/16 1202 - EDIT                    by FIREALID
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/12/16 1202 - EDIT                    by FIREALID
    EDIT DOCTOR: ZHANG,HONGYU MD
    FROM:
      SIG: BEDTIME
      START: 10/13/16-2100  STOP: None  SOFT STOP:
    TO:
      SIG: DAILY
      START: 10/13/16-0900  STOP: None  SOFT STOP:
      DUPLICATE COMMENT: RPH
  10/12/16 1202 - VERIFIED                by FIREALID
  10/13/16 0806 - DEBIT                   by LHOKE
      ITEMS: 1     DOSES: 1
  10/14/16 0926 - DEBIT                   by LHOKE
      ITEMS: 1     DOSES: 1
  10/15/16 0800 - DEBIT                   by HBEURKET
      ITEMS: 1     DOSES: 1
  10/16/16 0803 - DEBIT                   by HBEURKET
      ITEMS: 1     DOSES: 1
  10/19/16 0802 - DEBIT                   by DGILMAN
      ITEMS: 1     DOSES: 1
  10/20/16 0920 - DEBIT                   by DGILMAN
      ITEMS: 1     DOSES: 1
  10/21/16 0930 - DEBIT                   by DGILMAN
      ITEMS: 1     DOSES: 1
  10/22/16 0800 - DEBIT                   by MCAVANAU
      ITEMS: 1     DOSES: 1
  10/23/16 0733 - DISCONTINUE             by COVALEND    Eff: 10/23/16 0730
      EDIT DOCTOR: VALENTINO,DOMINIC J, DO
      EDIT SOURCE: Provider Source
```

Admin Date  Time User      Given Bag Reason Code        Items        Charge

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 114
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

EFUNNUGA, OLUTOKUNBO            FA1307223089                              (Continued)

```
10/13/16    0810 FIHOKEL      Y                              1           0.00
(10/13/16) (0900) Dose: 1 MG

10/14/16    0932 FIHOKEL      Y                              1           0.00
(10/14/16) (0900) Dose: 1 MG

10/15/16    0806 FIBEURKH     Y                              1           0.00
(10/15/16) (0900) Dose: 1 MG

10/16/16    0840 FIBEURKH     Y                              1           0.00
(10/16/16) (0900) Dose: 1 MG

10/17/16    0900 FIMCCARD     N       REFUSED
(10/17/16) (0900) Dose: 0 MG

10/18/16    0900 FIGILMAD     N       IS
(10/18/16) (0900) Dose: 0 MG

10/19/16    0903 FIGILMAD     Y                              1           0.00
(10/19/16) (0900) Dose: 1 MG

10/20/16    0923 FIGILMAD     Y                              1           0.00
(10/20/16) (0900) Dose: 1 MG

10/21/16    0943 FIGILMAD     Y                              1           0.00
(10/21/16) (0900) Dose: 1 MG

10/22/16    0815 FICAVANM1    Y                              1           0.00
(10/22/16) (0900) Dose: 1 MG


   Admin Totals                                             8             0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*         PAGE 115
USER: MT                     Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M           Room      411           Registered Date 10/07/16
Status         DIS IN         Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO                FA1307223089                    (Continued)
```

RISP1TAB - risperiDONE 1 MG TABLET

```
Dose        1 MG  (1 TABLET)
Admin Route PO
Start Date  10/12/16-1145       Stop Date None          DC Date 10/15/16-1205
Ordering Doctor    VALENTINO, DOMINIC J, DO
Total Dispensed    7            Total Costs $1.75        Total Charges $8.75
Rx Number   001879823
```

```
History
   10/12/16 1224 - POM ORDER               by COVALEND
   10/12/16 1224 - NOW DOSE                by COVALEND
      Now Dose:  10/12/16 1145
   10/12/16 1224 - KEEP NEXT DOSE          by COVALEND
      Keep Next Dose:  10/12/16 2100
   10/12/16 1313 - VERIFIED                by FILINC
   10/12/16 1318 - DEBIT                   by LHOKE
      ITEMS: 1     DOSES: 1
   10/12/16 2030 - DEBIT                   by MMCGILL
      ITEMS: 1     DOSES: 1
   10/13/16 0806 - DEBIT                   by LHOKE
      ITEMS: 1     DOSES: 1
   10/13/16 2036 - DEBIT                   by MMCGILL
      ITEMS: 1     DOSES: 1
   10/14/16 0926 - DEBIT                   by LHOKE
      ITEMS: 1     DOSES: 1
   10/14/16 2006 - DEBIT                   by JMCCORMICK
      ITEMS: 1     DOSES: 1
   10/15/16 0800 - DEBIT                   by HBEURKET
      ITEMS: 1     DOSES: 1
   10/15/16 1206 - DISCONTINUE             by COZHANGH    Eff: 10/15/16 1205
      EDIT DOCTOR: ZHANG, HONGYU MD
      EDIT SOURCE: Provider Source
   10/15/16 1206 - POM COPY AND EDIT       by COZHANGH
      TO: Rx #U001137428
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/12/16 | 1320 FIHOKEL | Y | | | 1 | 0.00 |
| (10/12/16) (1145) Dose: 1 MG | | | | | | |
| 10/12/16 | 2154 FIMCGILM | Y | | | 1 | 0.00 |
| (10/12/16) (2100) Dose: 1 MG | | | | | | |
| 10/13/16 | 0810 FIHOKEL | Y | | | 1 | 0.00 |
| (10/13/16) (0900) Dose: 1 MG | | | | | | |
| 10/13/16 | 2043 FIMCGILM | Y | | | 1 | 0.00 |

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 116
USER: MT                   Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number    F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
(10/13/16) (2100) Dose: 1 MG

10/14/16    0932 FIHOKEL      Y                              1           0.00
(10/14/16) (0900) Dose: 1 MG

10/14/16    2008 FIMCCORJ     Y                              1           0.00
(10/14/16) (2100) Dose: 1 MG

10/15/16    0806 FIBEURKH     Y                              1           0.00
(10/15/16) (0900) Dose: 1 MG


    Admin Totals                                            7             0
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 117
USER: MT                   Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO          Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number      F001250247
Age/Sex       37/M            Room       411         Registered Date 10/07/16
Status        DIS IN          Bed        02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

ACET-33 — Acetaminophen 500 MG TABLET

```
Dose          500 MG  (1 TABLET)
Admin Route PO
Frequency     Q6H (PRN) PAR= PRN REASON: Fever
Start Date 10/12/16-2015      Stop Date None          DC Date 10/20/16-1911
Ordering Doctor    OLUBIYI, OLUTAYO I MD
Total Dispensed     13           Total Costs $0.13        Total Charges $13.65
Rx Number   001880249
```

History
```
  10/12/16 2016 — POM ORDER             by COOLUBIO
  10/12/16 2017 — VERIFIED              by FILINC
  10/13/16 0158 — DEBIT                 by VDAMATO
        ITEMS: 1      DOSES: 1
  10/15/16 0800 — DEBIT                 by HBEURKET
        ITEMS: 1      DOSES: 1
  10/15/16 1953 — DEBIT                 by NREVAK
        ITEMS: 1      DOSES: 1
  10/16/16 0452 — DEBIT                 by NREVAK
        ITEMS: 1      DOSES: 1
  10/16/16 0803 — DEBIT                 by HBEURKET
        ITEMS: 1      DOSES: 1
  10/16/16 1727 — DEBIT                 by HBEURKET
        ITEMS: 1      DOSES: 1
  10/16/16 1948 — DEBIT                 by NREVAK
        ITEMS: 1      DOSES: 1
  10/17/16 1531 — DEBIT                 by DMCCARTH
        ITEMS: 1      DOSES: 1
  10/18/16 1622 — DEBIT                 by KBURKE
        ITEMS: 1      DOSES: 1
  10/18/16 1629 — DEBIT                 by KBURKE
        ITEMS: 1      DOSES: 1
  10/19/16 1148 — DEBIT                 by DGILMAN
        ITEMS: 1      DOSES: 1
  10/19/16 2236 — DEBIT                 by MMCGILL
        ITEMS: 1      DOSES: 1
  10/20/16 0010 — DEBIT                 by DMCDEVITT
        ITEMS: 1      DOSES: 1
  10/20/16 1913 — DISCONTINUE           by COGEVORD    Eff: 10/20/16 1911
        EDIT DOCTOR: GEVORGYAN, DAVID MD
        EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|------------|------|------|-------|-----|-------------|-------|--------|
| 10/13/16 | 0204 | FIDAMATV | Y | | | 1 | |
| | | Dose: 500 MG | | | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 118
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | | FA1307223089 | | (Continued) |
|---|---|---|---|---|

| 10/15/16 | 2002 FIREVAKN | Y | 1 |
|---|---|---|---|
| | Dose: 500 MG | | |
| 10/16/16 | 0437 FIREVAKN | Y | 1 |
| | Dose: 500 MG | | |
| 10/16/16 | 0840 FIBEURKH | Y | 1 |
| | Dose: 500 MG | | |
| 10/16/16 | 1732 FIBEURKH | Y | 1 |
| | Dose: 500 MG | | |
| 10/16/16 | 1954 FIREVAKN | Y | 1 |
| | Dose: 500 MG | | |
| 10/17/16 | 1536 FIMCCARD | Y | 1 |
| | Dose: 500 MG | | |
| 10/18/16 | 1639 FIBURKEK | Y | 1 |
| | Dose: 500 MG | | |
| 10/19/16 | 1152 FIGILMAD | Y | 1 |
| | Dose: 500 MG | | |
| 10/20/16 | 0012 FIMCDEVD | Y | 1 |
| | Dose: 500 MG | | |
| 10/20/16 | 1429 FIGILMAD | Y | 1 |
| | Dose: 500 MG | | |

```
    Admin Totals                                                      11
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 119
USER: MT                        Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex       37/M             Room      411         Registered Date 10/07/16
Status        DIS IN           Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO             FA1307223089                      (Continued)
```

ALBU3SOL - IPRATROPIUM/ALBUTEROL 3 ML AMPUL.NEB

```
Dose          3 ML  (1 AMPUL.NEB)
Admin Route NEB
Start Date  10/13/16-1600      Stop Date 10/13/16 1601    DC Date 10/13/16-1601
Ordering Doctor    MALIK,AMMAR M MD
Total Dispensed    0           Total Costs $              Total Charges $
Rx Number   001881279
```

Discontinue Comments Reached Stop Date

```
History
  10/13/16 1554 - POM ORDER                  by COMALIA
  10/13/16 1555 - VERIFIED                   by FILINC
  10/13/16 1601 - DISCONTINUE                by PHABKGJOB    Eff: 10/13/16 1601
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
```

| Admin Date | Time User | | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/13/16 | 1600 FILALUS | Y | | 1 | 0.00 |
| (10/13/16) (1600) Dose: 3 ML | | | | | |

| Admin Totals | | | | 1 | 0 |
|---|---|---|---|---|---|

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 120
USER: MT                      Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO                Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411         Registered Date 10/07/16
Status         DIS IN          Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO                FA1307223089                     (Continued)
```

FENT0.0533 — fentaNYL CITRATE/PF 100 MCG/2 ML                       `

```
Dose          50 MCG  (1 ML)
Dose Instruction    IVP FOR CRITICAL CARE UNITS AND 5-SOUTH ONLY
Admin Route IV
Frequency   Q2H (PRN) PAR= PRN REASON: RASS goal -1/-2
Start Date  10/14/16-0030      Stop Date None              DC Date 10/14/16-0030
Ordering Doctor    BORIKAR, MADHURA S MD
Total Dispensed    0           Total Costs $               Total Charges $
Rx Number   001881549
```

```
History
  10/13/16 2311 - POM COPY AND EDIT            by COBORIKM
     FROM: Rx #001873868
  10/13/16 2312 - DISCONTINUE                  by COBORIKM    Eff: 10/14/16 0030
     EDIT DOCTOR: BORIKAR, MADHURA S MD
     EDIT SOURCE: Provider Source
  10/13/16 2312 - VERIFIED                     by SYSTEM
     Verified in order to DC
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 121
USER: MT                       Medication Administration Summary
```

| Patient EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO                FA1307223089                      (Continued)
```

FENTO.0533 — fentaNYL CITRATE/PF 100 MCG/2 ML

```
Dose            100 MCG  (2 ML)
Dose Instruction     IVP FOR CRITICAL CARE UNITS AND 5—SOUTH ONLY
Admin Route IV
Frequency   Q2H (PRN) PAR= PRN REASON: RASS goal —1
Start Date  10/14/16-0030      Stop Date None            DC Date 10/15/16-1601
Ordering Doctor    BORIKAR, MADHURA S MD
Total Dispensed    15         Total Costs $4.05          Total Charges $33.75
Rx Number   001881552
```

History
```
10/13/16 2312 — POM ORDER                    by COBORIKM
10/13/16 2316 — VERIFIED                     by FIRECEVM
10/14/16 0017 — EDIT                         by COBORIKM
    EDIT DOCTOR: BORIKAR, MADHURA S MD
    EDIT SOURCE: Provider Source
    FROM:
      PRN REASON: RASS goal —1/—2
    TO:
      PRN REASON: RASS goal —1
10/14/16 0020 — DEBIT                         by VDAMATO
    ITEMS: 1    DOSES: 1
10/14/16 0255 — DEBIT                         by VDAMATO
    ITEMS: 1    DOSES: 1
10/14/16 0506 — DEBIT                         by VDAMATO
    ITEMS: 1    DOSES: 1
10/14/16 0726 — DEBIT                         by LHOKE
    ITEMS: 1    DOSES: 1
10/14/16 0918 — DEBIT                         by LHOKE
    ITEMS: 1    DOSES: 1
10/14/16 1128 — DEBIT                         by LHOKE
    ITEMS: 1    DOSES: 1
10/14/16 1705 — DEBIT                         by LHOKE
    ITEMS: 1    DOSES: 1
10/14/16 1958 — DEBIT                         by JMCCORMICK
    ITEMS: 1    DOSES: 1
10/14/16 2203 — DEBIT                         by JMCCORMICK
    ITEMS: 1    DOSES: 1
10/14/16 2216 — DEBIT                         by JMCCORMICK
    ITEMS: 1    DOSES: 1
10/15/16 0342 — DEBIT                         by JMCCORMICK
    ITEMS: 1    DOSES: 1
10/15/16 0759 — DEBIT                         by HBEURKET
    ITEMS: 1    DOSES: 1
10/15/16 1035 — DEBIT                         by HBEURKET
    ITEMS: 1    DOSES: 1
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 122
USER: MT                     Medication Administration Summary
```

| | |
|---|---|
| Patient **EFUNNUGA OLUTOKUNBO** | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089    Location  FI4PVA | Unit Number      F001250247 |
| Age/Sex      37/M            Room       411 | Registered Date 10/07/16 |
| Status       DIS IN          Bed        02 | Discharged Date 11/01/16 |

EFUNNUGA, OLUTOKUNBO                   FA1307223089                        (Continued)

```
     10/15/16 1212 - DEBIT                          by HBEURKET
        ITEMS: 1      DOSES: 1
     10/15/16 1521 - DEBIT                          by HBEURKET
        ITEMS: 1      DOSES: 1
     10/15/16 1602 - DISCONTINUE                    by COZHANGH     Eff: 10/15/16 1601
        EDIT DOCTOR: ZHANG,HONGYU MD
        EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/14/16 | 0023 FIDAMATV    Y<br>Dose: 100 MCG | | 1 | |
| 10/14/16 | 0300 FIDAMATV    Y<br>Dose: 100 MCG | | 1 | |
| 10/14/16 | 0529 FIDAMATV    Y<br>Dose: 100 MCG | | 1 | |
| 10/14/16 | 0727 FIHOKEL     Y<br>Dose: 100 MCG | | 1 | |
| 10/14/16 | 0918 FIHOKEL     Y<br>Dose: 100 MCG | | 1 | |
| 10/14/16 | 1130 FIHOKEL     Y<br>Dose: 100 MCG | | 1 | |
| 10/14/16 | 1707 FIHOKEL     Y<br>Dose: 100 MCG | | 1 | |
| 10/14/16 | 1959 FIMCCORJ    Y<br>Dose: 100 MCG | | 1 | |
| 10/14/16 | 2204 FIMCCORJ    Y<br>Dose: 100 MCG | | 1 | |
| 10/15/16 | 0343 FIMCCORJ    Y<br>Dose: 100 MCG | | 1 | |
| 10/15/16 | 0807 FIBEURKH    Y<br>Dose: 100 MCG | | 1 | |
| 10/15/16 | 1041 FIBEURKH    Y<br>Dose: 100 MCG | | 1 | |
| 10/15/16 | 1217 FIBEURKH    Y<br>Dose: 100 MCG | | 1 | |
| 10/15/16 | 1523 FIBEURKH    Y<br>Dose: 100 MCG | | 1 | |

Case 2:18-cv-00924-PD   Document 15-5   Filed 05/03/18   Page 63 of 81

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 123
USER: MT                        Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

Admin Totals                                              14

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 124
USER: MT                       Medication Administration Summary
```

| | |
|---|---|
| Patient **EFUNNUGA OLUTOKUNBO** | Responsible Doctor LITTMAN, MARIO, MD |
| Account Number FA1307223089    Location  FI4PVA | Unit Number     F001250247 |
| Age/Sex        37/M        Room     411 | Registered Date 10/07/16 |
| Status         DIS IN      Bed      02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                      (Continued)
```

DOCU100C33 - Docusate Sodium 100 MG CAPSULE

```
Dose          100 MG  (1 CAPSULE)
Admin Route PO
Start Date  10/14/16-1130      Stop Date None           DC Date 10/23/16-1042
Ordering Doctor     BHARGAVA, SURBHI MD
Total Dispensed      11        Total Costs $0.33         Total Charges $11.55
Rx Number   001882113
```

```
History
  10/14/16 1131 - POM ORDER                    by COBHARGS
  10/14/16 1131 - NOW DOSE                     by COBHARGS
      Now Dose:  10/14/16 1130
  10/14/16 1131 - KEEP NEXT DOSE               by COBHARGS
      Keep Next Dose:  10/14/16 2100
  10/14/16 1134 - VERIFIED                     by FIREALID
  10/14/16 1329 - DEBIT                        by LHOKE
      ITEMS: 1     DOSES: 1
  10/14/16 2005 - DEBIT                        by JMCCORMICK
      ITEMS: 1     DOSES: 1
  10/15/16 0800 - DEBIT                        by HBEURKET
      ITEMS: 1     DOSES: 1
  10/15/16 1953 - DEBIT                        by NREVAK
      ITEMS: 1     DOSES: 1
  10/16/16 1947 - DEBIT                        by NREVAK
      ITEMS: 1     DOSES: 1
  10/18/16 2046 - DEBIT                        by AROSSINO
      ITEMS: 1     DOSES: 1
  10/19/16 0802 - DEBIT                        by DGILMAN
      ITEMS: 1     DOSES: 1
  10/20/16 0919 - DEBIT                        by DGILMAN
      ITEMS: 1     DOSES: 1
  10/21/16 0929 - DEBIT                        by DGILMAN
      ITEMS: 1     DOSES: 1
  10/22/16 0759 - DEBIT                        by MCAVANAU
      ITEMS: 1     DOSES: 1
  10/23/16 0807 - DEBIT                        by MCAVANAU
      ITEMS: 1     DOSES: 1
  10/23/16 1047 - DISCONTINUE                  by COMANNR    Eff: 10/23/16 1042
      EDIT DOCTOR: MANN, RUPINDER K MD
      EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/14/16 | 1336 | FIHOKEL | Y | 1 | 0.00 |
| (10/14/16) (1130) Dose: 100 MG | | | | | |
| 10/14/16 | 2008 | FIMCCORJ | Y | 1 | 0.00 |

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---------|---------------------|--|--|--------------------------------------|--|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

EFUNNUGA, OLUTOKUNBO                        FA1307223089                          (Continued)

(10/14/16) (2100) Dose: 100 MG

| 10/15/16 | 0807 FIBEURKH | N | OTHER | | |
|----------|---------------|---|-------|---|---|
(10/15/16) (0900) Dose: 0 MG

10/15/16    2002 FIREVAKN    Y                                  1          0.00
(10/15/16) (2100) Dose: 100 MG

10/16/16    0841 FIBEURKH    Y                                  1          0.00
(10/16/16) (0900) Dose: 100 MG

10/16/16    1953 FIREVAKN    Y                                  1          0.00
(10/16/16) (2100) Dose: 100 MG

10/17/16    0900 FIMCCARD    N          REFUSED
(10/17/16) (0900) Dose: 0 MG

10/17/16    2100 FIROSSIA    N          IS
(10/17/16) (2100) Dose: 0 MG

10/18/16    0900 FIGILMAD    N          IS
(10/18/16) (0900) Dose: 0 MG

10/18/16    2051 FIROSSIA    Y                                  1          0.00
(10/18/16) (2100) Dose: 100 MG

10/19/16    0903 FIGILMAD    Y                                  1          0.00
(10/19/16) (0900) Dose: 100 MG

10/19/16    2100 FIDONAHS    N          NPO
(10/19/16) (2100) Dose: 0 MG

10/20/16    0923 FIGILMAD    Y                                  1          0.00
(10/20/16) (0900) Dose: 100 MG

10/20/16    2027 FIDONAHS    N          NPO
(10/20/16) (2100) Dose: 0 MG

10/21/16    0943 FIGILMAD    Y                                  1          0.00
(10/21/16) (0900) Dose: 100 MG

10/21/16    2002 FIDONAHS    N          OTHER
(10/21/16) (2100) Dose: 0 MG

10/22/16    0811 FICAVANM1   Y                                  1          0.00
(10/22/16) (0900) Dose: 100 MG

10/22/16    2028 FIDONAHS    N          OTHER
(10/22/16) (2100) Dose: 0 MG

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 126
USER: MT                   Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number    F001250247 |
| Age/Sex       37/M | Room | 411 | Registered Date 10/07/16 |
| Status        DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/23/16   0811 FICAVANM1   Y                              1           0.00
(10/23/16) (0900) Dose: 100 MG


                                                         _____
   Admin Totals                                          11              0
```

```
FENT0.0533 - fentaNYL CITRATE/PF 100 MCG/2 ML

   Dose        50 MCG  (1 ML)
   Dose Instruction    IVP FOR CRITICAL CARE UNITS AND 5-SOUTH ONLY
   Admin Route IV
   Start Date  10/14/16-2215     Stop Date 10/14/16 2216    DC Date 10/14/16-2216
   Ordering Doctor    OLUBIYI,OLUTAYO I MD
   Total Dispensed     0        Total Costs $              Total Charges $
   Rx Number   001882592

   Discontinue Comments Reached Stop Date


   History
     10/14/16 2216 - POM ORDER               by COOLUBIO
     10/14/16 2218 - EDIT                    by FISACKSM
       FROM:
         DUPLICATE COMMENT:
       TO:
         DUPLICATE COMMENT: RPH
     10/14/16 2218 - VERIFIED                by FISACKSM
     10/14/16 2218 - DISCONTINUE             by PHABKGJOB   Eff: 10/14/16 2216
       FROM:
         DC COMMENTS:
       TO:
         DC COMMENTS:
            Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/14/16 | 2218 | FIMCCORJ | Y | | | 1 | 0.00 |

```
(10/14/16) (2215) Dose: 50 MCG


                                                         _____
   Admin Totals                                          1               0
```

```
Patient    EFUNNUGA, OLUTOKUNBO                  Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA       Unit Number      F001250247
Age/Sex         37/M             Room       411         Registered Date 10/07/16
Status          DIS IN           Bed        02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO                      FA1307223089                        (Continued)
```

HYDR1DIS2 — HYDROmorphone HCL (DILAUDID) 1 MG/ML

```
Dose            1 MG  (1 ML)
Dose Instruction        PER PCA ORDER FORM
                        PCA DOSE:               MG
                        LOCKOUT INTERVAL:       MINS
                        CONT. (BASAL)RATE:      MG/HR
                        1 HR LIMIT:             MG
                        LOADING DOSE:           MG
Admin Route IV
Start Date  10/14/16-2300        Stop Date 10/14/16 2301    DC Date 10/14/16-2301
Ordering Doctor      OLUBIYI,OLUTAYO I MD
Total Dispensed      1            Total Costs $1.11          Total Charges $9.25
Rx Number   001882601
```

Discontinue Comments Reached Stop Date

History
```
 10/14/16 2254 — POM ORDER                      by COOLUBIO
 10/14/16 2258 — EDIT                           by FISACKSM
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
 10/14/16 2259 — EDIT                           by FISACKSM
    EDIT DOCTOR: OLUBIYI,OLUTAYO I MD
    FROM:
      MED: HYDR6PCA2 — HYDROMORPHONE-NS 6 MG/30 ML VL
      RX ID: HYDROmorphone HCl in 0.9% NaCl 6 MG/30 ML PCA.VIAL
      CHARGE: $329.75
      RX COMMENTS:
        Order filed UNV:
        Allergies/Duplicates/Interactions differ from order entry
    TO:
      MED: HYDR1DIS2 — HYDROmorphone HCl/Pf
      RX ID: HYDROmorphone HCL (DILAUDID) 1 MG/ML
      CHARGE: $9.25
      RX COMMENTS:
 10/14/16 2259 — VERIFIED                       by FISACKSM
 10/14/16 2301 — DISCONTINUE                    by PHABKGJOB    Eff: 10/14/16 2301
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
 10/14/16 2304 — DEBIT                          by JMCCORMICK
    ITEMS: 1    DOSES: 1
```

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 128
USER: MT                          Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/14/16 | 2306 FIMCCORJ | Y | 1 | 0.00 |
| (10/14/16) (2300) Dose: 1 MG | | | | |
| | | | | |
| Admin Totals | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 129
USER: MT                      Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO            Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M           Room      411         Registered Date 10/07/16
Status         DIS IN         Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

HYDR1DIS2 - HYDROmorphone HCL (DILAUDID) 1 MG/ML

```
Dose         1 MG  (1 ML)
Dose Instruction      PER PCA ORDER FORM
                      PCA DOSE:            MG
                      LOCKOUT INTERVAL:    MINS
                      CONT. (BASAL)RATE:   MG/HR
                      1 HR LIMIT:          MG
                      LOADING DOSE:        MG
Admin Route IV
Start Date  10/15/16-0415      Stop Date 10/15/16 0416     DC Date 10/15/16-0416
Ordering Doctor    OLUBIYI,OLUTAYO I MD
Total Dispensed     1          Total Costs $1.11            Total Charges $9.25
Rx Number   001882681
```

History
  10/15/16 0417 - POM ORDER                    by COOLUBIO
  10/15/16 0422 - EDIT                         by FISACKSM
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/15/16 0423 - EDIT                         by FISACKSM
    EDIT DOCTOR: OLUBIYI,OLUTAYO I MD
    FROM:
      MED: HYDR6PCA2 - HYDROMORPHONE-NS 6 MG/30 ML VL
      RX ID: HYDROmorphone HCl in 0.9% NaCl 6 MG/30 ML PCA.VIAL
      CHARGE: $329.75
      RX COMMENTS:
        Order filed UNV:
        Allergies/Duplicates/Interactions differ from order entry
    TO:
      MED: HYDR1DIS2 - HYDROmorphone HCl/Pf
      RX ID: HYDROmorphone HCL (DILAUDID) 1 MG/ML
      CHARGE: $9.25
      RX COMMENTS:
  10/15/16 0423 - VERIFIED                     by FISACKSM
  10/15/16 0423 - DISCONTINUE                  by PHABKGJOB    Eff: 10/15/16 0416
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/15/16 0459 - DEBIT                         by JMCCORMICK
    ITEMS: 1      DOSES: 1
  10/15/16 0502 - DISCONTINUE                  by COBORIKM     Eff: 10/15/16 0416
    EDIT DOCTOR: BORIKAR,MADHURA S MD

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 130
USER: MT                    Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
      EDIT SOURCE: Provider Source
   FROM:
      DC COMMENTS:
        Reached Stop Date
   TO:
      DC COMMENTS:
```

| Admin Date | Time | User | Given | Bag | Reason Code | | Items | | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/16 | 0415 | FIMCCORJ | N | | DC | | | | |

(10/15/16) (0415) Dose: 0 MG


   Admin Totals

---

HYDR1DIS2 - HYDROmorphone HCL (DILAUDID) 1 MG/ML

```
  Dose          1 MG   (1 ML)
  Admin Route IV
  Start Date   10/15/16-0515      Stop Date 10/15/16 0516     DC Date 10/15/16-0516
  Ordering Doctor    BORIKAR,MADHURA S MD
  Total Dispensed      0          Total Costs $              Total Charges $
  Rx Number    001882695

  Discontinue Comments Reached Stop Date


  History
   10/15/16 0502 - POM ORDER              by COBORIKM
   10/15/16 0514 - EDIT                   by FISACKSM
      FROM:
         DUPLICATE COMMENT:
      TO:
         DUPLICATE COMMENT: RPH
   10/15/16 0514 - VERIFIED               by FISACKSM
   10/15/16 0516 - DISCONTINUE            by PHABKGJOB   Eff: 10/15/16 0516
      FROM:
         DC COMMENTS:
      TO:
         DC COMMENTS:
           Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | | Items | | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/16 | 0515 | FIMCCORJ | Y | | | | 1 | | 0.00 |

(10/15/16) (0515) Dose: 1 MG


   Admin Totals                                              1              0

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 131
USER: MT                      Medication Administration Summary
```

```
Patient     EFUNNUGA OLUTOKUNBO            Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location   FI4PVA      Unit Number    F001250247
Age/Sex       37/M            Room        411         Registered Date 10/07/16
Status        DIS IN          Bed         02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                 (Continued)
```

FURO10VI7 - FUROSEMIDE 40 MG/4 ML INJECTION

```
Dose        40 MG  (4 ML)
Admin Route IV
Start Date  10/15/16-1145      Stop Date 10/15/16 1146   DC Date 10/15/16-1145
Ordering Doctor    ZHANG,HONGYU MD
Total Dispensed      0          Total Costs $             Total Charges $
Rx Number    001882864
```

```
History
  10/15/16 1135 - POM ORDER                 by COZHANGH
  10/15/16 1141 - DISCONTINUE               by COZHANGH    Eff: 10/15/16 1145
     EDIT DOCTOR: ZHANG,HONGYU MD
     EDIT SOURCE: Provider Source
  10/15/16 1141 - VERIFIED                  by SYSTEM
     Verified in order to DC
```

```
DATE: 11/03/16 @ 0002         Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 132
USER: MT                        Medication Administration Summary
```

```
Patient  EFUNNUGA OLUTOKUNBO                  Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA        Unit Number       F001250247
Age/Sex       37/M              Room      411           Registered Date 10/07/16
Status        DIS IN            Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                      (Continued)
```

FURO10VI6 – FUROSEMIDE 20 MG/2 ML INJECTION

**Dose**         20 MG  (2 ML)
**Admin Route** IV
**Start Date**  10/15/16–1145       Stop Date 10/15/16 1146    DC Date 10/15/16–1146
**Ordering Doctor**    ZHANG,HONGYU MD
**Total Dispensed**      1          Total Costs $0.51         Total Charges $4.25
**Rx Number**   001882888

Discontinue Comments Reached Stop Date

**History**
```
   10/15/16 1141 – POM ORDER              by COZHANGH
   10/15/16 1151 – EDIT                   by FIJASINT
      FROM:
         INTERACTION COMMENT:
      TO:
         INTERACTION COMMENT: RPH
   10/15/16 1151 – VERIFIED               by FIJASINT
   10/15/16 1151 – DISCONTINUE            by PHABKGJOB    Eff: 10/15/16 1146
      FROM:
         DC COMMENTS:
      TO:
         DC COMMENTS:
            Reached Stop Date
   10/15/16 1212 – DEBIT                  by HBEURKET
      ITEMS: 1      DOSES: 1
```

| Admin Date | Time | User | Given | Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/15/16 | 1217 | FIBEURKH | Y | | 1 | 0.00 |
| (10/15/16) (1145) Dose: 20 MG | | | | | | |

| Admin Totals | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 133
USER: MT                     Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO           Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number    F001250247
Age/Sex        37/M           Room       411          Registered Date 10/07/16
Status         DIS IN         Bed        02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

RISP2TAB – risperiDONE 2 MG TABLET

```
Dose        2 MG  (1 TABLET)
Admin Route PO
Start Date  10/15/16-1215      Stop Date None          DC Date 11/01/16-2054
Ordering Doctor    ZHANG,HONGYU MD
Total Dispensed     32          Total Costs $10.56      Total Charges $43.20
Rx Number   001882900
```

Discontinue Comments DC'd by Discharge

History
```
10/15/16 1206 – POM COPY AND EDIT            by COZHANGH
   FROM: Rx #001879823
10/15/16 1206 – NOW DOSE                     by COZHANGH
   Now Dose:  10/15/16 1215
10/15/16 1206 – KEEP NEXT DOSE               by COZHANGH
   Keep Next Dose:  10/15/16 2100
10/15/16 1209 – EDIT                         by FIJASINT
   EDIT DOCTOR: ZHANG,HONGYU MD
   FROM:
     MED: RISP1TAB – RisperDAL
     RX ID: risperiDONE 1 MG TABLET
     CHARGE: $2.50
     RX COMMENTS:
       Order filed UNV:
       Allergies/Duplicates/Interactions differ from order entry
   TO:
     MED: RISP2TAB – risperiDONE
     RX ID: risperiDONE 2 MG TABLET
     CHARGE: $1.35
     RX COMMENTS:
10/15/16 1209 – VERIFIED                     by FIJASINT
10/15/16 1212 – DEBIT                        by HBEURKET
     ITEMS: 1      DOSES: 1
10/15/16 1953 – DEBIT                        by NREVAK
     ITEMS: 1      DOSES: 1
10/16/16 0802 – DEBIT                        by HBEURKET
     ITEMS: 1      DOSES: 1
10/16/16 1947 – DEBIT                        by NREVAK
     ITEMS: 1      DOSES: 1
10/17/16 0904 – DEBIT                        by DMCCARTH
     ITEMS: 1      DOSES: 1
10/17/16 2102 – DEBIT                        by AROSSINO
     ITEMS: 1      DOSES: 1
10/17/16 2107 – CREDIT                       by AROSSINO
     ITEMS: 1      DOSES: 1
10/18/16 2044 – DEBIT                        by AROSSINO
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 134
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---------|----------------------|-|---------------------------------------|
| Account Number FA1307223089 | | Location  FI4PVA | Unit Number      F001250247 |
| Age/Sex        37/M | | Room      411 | Registered Date 10/07/16 |
| Status         DIS IN | | Bed       02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO            FA1307223089                    (Continued)

        ITEMS: 1     DOSES: 1
   10/19/16 0802 - DEBIT                         by DGILMAN
        ITEMS: 1     DOSES: 1
   10/20/16 0919 - DEBIT                         by DGILMAN
        ITEMS: 1     DOSES: 1
   10/20/16 2004 - DEBIT                         by SDONAHUE
        ITEMS: 1     DOSES: 1
   10/21/16 0930 - DEBIT                         by DGILMAN
        ITEMS: 1     DOSES: 1
   10/21/16 1947 - DEBIT                         by SDONAHUE
        ITEMS: 1     DOSES: 1
   10/22/16 0800 - DEBIT                         by MCAVANAU
        ITEMS: 1     DOSES: 1
   10/22/16 2004 - DEBIT                         by SDONAHUE
        ITEMS: 1     DOSES: 1
   10/23/16 0808 - DEBIT                         by MCAVANAU
        ITEMS: 1     DOSES: 1
   10/23/16 2035 - DEBIT                         by AROSSINO
        ITEMS: 1     DOSES: 1
   10/24/16 0907 - DEBIT                         by DGILMAN
        ITEMS: 1     DOSES: 1
   10/24/16 2031 - DEBIT                         by SYOUNG
        ITEMS: 1     DOSES: 1
   10/25/16 0930 - DEBIT                         by DGILMAN
        ITEMS: 1     DOSES: 1
   10/25/16 2026 - DEBIT                         by SYOUNG
        ITEMS: 1     DOSES: 1
   10/26/16 0953 - DEBIT                         by DGILMAN
        ITEMS: 1     DOSES: 1
   10/26/16 2119 - DEBIT                         by MMCGILL
        ITEMS: 1     DOSES: 1
   10/27/16 0818 - DEBIT                         by MMAXWELL
        ITEMS: 1     DOSES: 1
   10/27/16 2146 - DEBIT                         by JDESALVO
        ITEMS: 1     DOSES: 1
   10/28/16 0829 - DEBIT                         by NCARTER
        ITEMS: 1     DOSES: 1
   10/28/16 2120 - DEBIT                         by JAEKIM
        ITEMS: 1     DOSES: 1
   10/29/16 0840 - DEBIT                         by MHALLAMY
        ITEMS: 1     DOSES: 1
   10/29/16 2055 - DEBIT                         by KSKANE
        ITEMS: 1     DOSES: 1
   10/30/16 0733 - DEBIT                         by ABLEILER
        ITEMS: 1     DOSES: 1
   10/30/16 2015 - DEBIT                         by DTAGOE
        ITEMS: 1     DOSES: 1
   10/31/16 0847 - DEBIT                         by KMOSLEY
        ITEMS: 1     DOSES: 1
   10/31/16 2039 - DEBIT                         by DTAGOE
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 135
USER: MT                   Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411         Registered Date 10/07/16
Status         DIS IN          Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                        (Continued)
```

```
         ITEMS: 1      DOSES: 1
   11/01/16 1046 - DEBIT                    by MHALLAMY
         ITEMS: 1      DOSES: 1
   11/01/16 2055 - DISCONTINUE              by DISCHARGE     Eff: 11/01/16 2054
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         DC'd by Discharge
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/15/16 | 1216 FIBEURKH | Y | | | 1 | 0.00 |
| (10/15/16) (1215) Dose: 2 MG | | | | | | |
| 10/15/16 | 2002 FIREVAKN | Y | | | 1 | 0.00 |
| (10/15/16) (2100) Dose: 2 MG | | | | | | |
| 10/16/16 | 0840 FIBEURKH | Y | | | 1 | 0.00 |
| (10/16/16) (0900) Dose: 2 MG | | | | | | |
| 10/16/16 | 1953 FIREVAKN | Y | | | 1 | 0.00 |
| (10/16/16) (2100) Dose: 2 MG | | | | | | |
| 10/17/16 | 0900 FIMCCARD | N | | REFUSED | | |
| (10/17/16) (0900) Dose: 0 MG | | | | | | |
| 10/17/16 | 2100 FIROSSIA | N | | IS | | |
| (10/17/16) (2100) Dose: 0 MG | | | | | | |
| 10/18/16 | 0900 FIGILMAD | N | | IS | | |
| (10/18/16) (0900) Dose: 0 MG | | | | | | |
| 10/18/16 | 2051 FIROSSIA | Y | | | 1 | 0.00 |
| (10/18/16) (2100) Dose: 2 MG | | | | | | |
| 10/19/16 | 0903 FIGILMAD | Y | | | 1 | 0.00 |
| (10/19/16) (0900) Dose: 2 MG | | | | | | |
| 10/19/16 | 2100 FIDONAHS | N | | NPO | | |
| (10/19/16) (2100) Dose: 0 MG | | | | | | |
| 10/20/16 | 0923 FIGILMAD | Y | | | 1 | 0.00 |
| (10/20/16) (0900) Dose: 2 MG | | | | | | |
| 10/20/16 | 2027 FIDONAHS | Y | | | 1 | 0.00 |
| (10/20/16) (2100) Dose: 2 MG | | | | | | |
| 10/21/16 | 0945 FIGILMAD | Y | | | 1 | 0.00 |
| (10/21/16) (0900) Dose: 2 MG | | | | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 136
USER: MT                     Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient   EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | Location  FI4PVA | Unit Number         F001250247 | |
| Age/Sex        37/M | Room      411 | Registered Date 10/07/16 | |
| Status         DIS IN | Bed       02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | | FA1307223089 | (Continued) |
|---|---|---|---|

| Date | Medication | | | |
|---|---|---|---|---|
| 10/21/16    2001 FIDONAHS<br>(10/21/16) (2100) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/22/16    0811 FICAVANM1<br>(10/22/16) (0900) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/22/16    2015 FIDONAHS<br>(10/22/16) (2100) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/23/16    0811 FICAVANM1<br>(10/23/16) (0900) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/23/16    2041 FIROSSIA<br>(10/23/16) (2100) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/24/16    0914 FIGILMAD<br>(10/24/16) (0900) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/24/16    2034 FIYOUNGS<br>(10/24/16) (2100) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/25/16    0935 FIGILMAD<br>(10/25/16) (0900) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/25/16    2038 FIYOUNGS<br>(10/25/16) (2100) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/26/16    1001 FIGILMAD<br>(10/26/16) (0900) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/26/16    2146 FIMCGILM<br>(10/26/16) (2100) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/27/16    0826 FIMAXWEM<br>(10/27/16) (0900) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/27/16    2100 FIDESALJ<br>(10/27/16) (2100) Dose: 0 MG | N | REFUSED | | |
| 10/28/16    0830 FICARTEN<br>(10/28/16) (0900) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/28/16    2121 FIKIMJ<br>(10/28/16) (2100) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/29/16    0901 FIHALLAM<br>(10/29/16) (0900) Dose: 2 MG | Y | | 1 | 0.00 |
| 10/29/16    2209 FISKANEK<br>(10/29/16) (2100) Dose: 2 MG | Y | | 1 | 0.00 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 137
USER: MT                     Medication Administration Summary
```

| | | | |
|---|---|---|---|
| **Patient**  EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
| **Account Number** FA1307223089 | **Location**  FI4PVA | | **Unit Number**      F001250247 |
| **Age/Sex**       37/M | **Room**      411 | | Registered Date 10/07/16 |
| **Status**        DIS IN | **Bed**       02 | | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

| | | | |
|---|---|---|---|
| 10/30/16    0825 FIBLEILA      Y | | 1 | 0.00 |
| (10/30/16) (0900) Dose: 2 MG | | | |
| 10/30/16    2053 FITAGOED      Y | | 1 | 0.00 |
| (10/30/16) (2100) Dose: 2 MG | | | |
| 10/31/16    0857 FIMOSLEK      Y | | 1 | 0.00 |
| (10/31/16) (0900) Dose: 2 MG | | | |
| 10/31/16    2344 FITAGOED      Y | | 1 | 0.00 |
| (10/31/16) (2100) Dose: 2 MG | | | |
| 11/01/16    1046 FIHALLAM      Y | | 1 | 0.00 |
| (11/01/16) (0900) Dose: 2 MG | | | |
| **Admin Totals** | | 30 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 138
USER: MT                     Medication Administration Summary
```

| | |
|---|---|
| Patient **EFUNNUGA OLUTOKUNBO** | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089    Location  FI4PVA | Unit Number      F001250247 |
| Age/Sex       37/M            Room      411 | Registered Date 10/07/16 |
| Status        DIS IN          Bed       02 | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |

HALO5AMP - HALOPERIDOL LACTATE (SHORT ACTING) 5 MG/ML INJECTION

Dose          5 MG  (1 ML)
Dose Instruction     IV USE ONLY IN SICU AND 5PAV
                     SHORT ACTING
Admin Route IV
Start Date  10/16/16-0245      Stop Date 10/16/16 0246     DC Date 10/16/16-0246
Ordering Doctor    GOOCH,JOHN R MD
Total Dispensed     1          Total Costs $0.56           Total Charges $4.75
Rx Number   001883432

Discontinue Comments Reached Stop Date

History
  10/16/16 0245 - POM ORDER                    by COGOOCHJ
  10/16/16 0246 - EDIT                         by FISACKSM
    FROM:
      INTERACTION COMMENT:
      DUPLICATE COMMENT:
    TO:
      INTERACTION COMMENT: RPH
      DUPLICATE COMMENT: RPH
  10/16/16 0247 - VERIFIED                     by FISACKSM
  10/16/16 0247 - DISCONTINUE                  by PHABKGJOB    Eff: 10/16/16 0246
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/16/16 0318 - DEBIT                         by NREVAK
    ITEMS: 1    DOSES: 1

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/16/16 | 0319 | FIREVAKN | Y | | | 1 | 0.00 |

(10/16/16) (0245) Dose: 5 MG

| | | |
|---|---|---|
| Admin Totals | 1 | 0 |

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 139
USER: MT                      Medication Administration Summary
```

| | | |
|---|---|---|
| Patient  EFUNNUGA,OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089 | Location  FI4PVA | Unit Number     F001250247 |
| Age/Sex        37/M | Room     411 | Registered Date 10/07/16 |
| Status        DIS IN | Bed      02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                (Continued)
```

HALO5AMP - HALOPERIDOL LACTATE (SHORT ACTING) 5 MG/ML INJECTION

```
Dose          5 MG  (1 ML)
Dose Instruction    IV USE ONLY IN SICU AND 5PAV
                    SHORT ACTING
Admin Route IV
Frequency   ONCE (PRN) PAR= PRN REASON: RASS>2
Start Date  10/16/16-1100    Stop Date 10/16/16 2300   DC Date 10/16/16-2103
Ordering Doctor    ZHANG,HONGYU MD
Total Dispensed    2          Total Costs $1.12          Total Charges $9.50
Rx Number   001883694
```

```
History
 10/16/16 1110 - POM ORDER                by COZHANGH
 10/16/16 1120 - EDIT                     by FIJASINT
   FROM:
     INTERACTION COMMENT:
     DUPLICATE COMMENT:
   TO:
     INTERACTION COMMENT: RPH
     DUPLICATE COMMENT: RPH
 10/16/16 1120 - EDIT                     by FIJASINT
   EDIT DOCTOR: ZHANG,HONGYU MD
   FROM:
     START: 10/16/16-1100   STOP: None   SOFT STOP:
   TO:
     START: 10/16/16-1100   STOP: 10/16/16-2300   SOFT STOP:
     INTERACTION COMMENT: RPH
     DUPLICATE COMMENT: RPH
 10/16/16 1120 - VERIFIED                 by FIJASINT
 10/16/16 1442 - DEBIT                    by HBEURKET
   ITEMS: 1     DOSES: 1
 10/16/16 2003 - DEBIT                    by FISACKSM
   ITEMS: 1     DOSES: 1
 10/16/16 2009 - CREDIT                   by FISACKSM
     Dose credited to dispensing machine inventory.
     Charge not credited to patient account.
     DISPENSING MACHINE INVENTORY: FTZ5PAVA
 10/16/16 2010 - CREDIT                   by FISACKSM
     Dose credited to dispensing machine inventory.
     Charge not credited to patient account.
     DISPENSING MACHINE INVENTORY: FTZ5PAVA
 10/16/16 2106 - DISCONTINUE              by COMALIA    Eff: 10/16/16 2103
   EDIT DOCTOR: MALIK,AMMAR M MD
   EDIT SOURCE: Provider Source
 10/16/16 2106 - POM COPY AND EDIT        by COMALIA
   TO: Rx #U001138333
```

Case 2:18-cv-00924-PD   Document 15-5   Filed 05/03/18   Page 80 of 81

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                PAGE 140
USER: MT                        Medication Administration Summary

Patient    EFUNNUGA OLUTOKUNBO                     Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089     Location   FI4PVA       Unit Number      F001250247
Age/Sex       37/M              Room       411          Registered Date 10/07/16
Status        DIS IN            Bed        02           Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO                      FA1307223089                    (Continued)

Admin Date  Time User      Given Bag Reason Code            Items         Charge
10/16/16    1447 FIBEURKH    Y                                1
            Dose: 5 MG


    Admin Totals                                               1
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 141
USER: MT                        Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO          Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411          Registered Date 10/07/16
Status         DIS IN          Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

LORA2VIA13 — LORazepam 2 MG/ML 1 ML VIAL

Dose          1 MG  (0.5 ML)
Dose Instruction     CIWA PROTOCOL — FOR 5PAV/SICU ONLY
                     **Notify ICU Resident/Intensivist if more than 2
                     consecutive q1h doses are given.
Admin Route IV
Frequency   Q1H (PRN) PAR= PRN REASON: CIWA10-20 — CIWA score 10-20
Start Date  10/16/16-1100     Stop Date None        DC Date 10/19/16-1033
Ordering Doctor    ZHANG,HONGYU MD
Total Dispensed     4          Total Costs $2.24     Total Charges $19.00
Rx Number   001883695


History
  10/16/16 1109 — POM ORDER                    by COZHANGH
  10/16/16 1120 — EDIT                         by FIJASINT
     FROM:
        DUPLICATE COMMENT:
     TO:
        DUPLICATE COMMENT: RPH
  10/16/16 1120 — VERIFIED                     by FIJASINT
  10/17/16 1346 — DEBIT                        by ADALISAY
     ITEMS: 1       DOSES: 1
  10/18/16 0220 — DEBIT                        by AROSSINO
     ITEMS: 1       DOSES: 1
  10/18/16 0309 — DEBIT                        by AROSSINO
     ITEMS: 1       DOSES: 1
  10/18/16 2211 — DEBIT                        by AROSSINO
     ITEMS: 1       DOSES: 1
  10/19/16 1034 — DISCONTINUE                  by COBORIKM    Eff: 10/19/16 1033
     EDIT DOCTOR: BORIKAR,MADHURA S MD
     EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/18/16 | 0221 | FIROSSIA | Y | | | 1 | |
| | | Dose: 1 MG | | | | | |
| 10/18/16 | 0316 | FIROSSIA | Y | | | 1 | |
| | | Dose: 1 MG | | | | | |
| 10/18/16 | 2211 | FIROSSIA | Y | | | 1 | |
| | | Dose: 1 MG | | | | | |
| Admin Totals | | | | | | 3 | |