```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 142
USER: MT                     Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO         Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M           Room      411           Registered Date 10/07/16
Status         DIS IN         Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

LORA2VIA13 — LORazepam 2 MG/ML 1 ML VIAL

```
Dose          2 MG  (1 ML)
Dose Instruction      CIWA PROTOCOL — FOR 5PAV/SICU ONLY
                      **Notify ICU Resident/Intensivist if more than 2
                      consecutive q1h doses are given.
                      **Notify ICU Resident/Intensivist for any CIWA score > 40
                      (medicate first)
Admin Route IV
Frequency   Q1H (PRN) PAR= PRN REASON: CIWA20 — CIWA score OVER 20
Start Date  10/16/16-1100      Stop Date None            DC Date 10/19/16-1033
Ordering Doctor    ZHANG, HONGYU MD
Total Dispensed      15        Total Costs $8.40          Total Charges $71.25
Rx Number    001883696
```

```
History
  10/16/16 1109 — POM ORDER                  by COZHANGH
  10/16/16 1121 — EDIT                       by FIJASINT
     FROM:
       DUPLICATE COMMENT:
     TO:
       DUPLICATE COMMENT: RPH
  10/16/16 1121 — VERIFIED                   by FIJASINT
  10/16/16 1204 — DEBIT                      by HBEURKET
       ITEMS: 1      DOSES: 1
  10/16/16 1829 — DEBIT                      by HBEURKET
       ITEMS: 1      DOSES: 1
  10/16/16 1948 — DEBIT                      by NREVAK
       ITEMS: 1      DOSES: 1
  10/16/16 2213 — DEBIT                      by NREVAK
       ITEMS: 1      DOSES: 1
  10/17/16 0013 — DEBIT                      by NREVAK
       ITEMS: 1      DOSES: 1
  10/17/16 0304 — DEBIT                      by NREVAK
       ITEMS: 1      DOSES: 1
  10/17/16 0629 — DEBIT                      by NREVAK
       ITEMS: 1      DOSES: 1
  10/17/16 0808 — DEBIT                      by DMCCARTH
       ITEMS: 1      DOSES: 1
  10/17/16 0904 — DEBIT                      by DMCCARTH
       ITEMS: 1      DOSES: 1
  10/17/16 1003 — DEBIT                      by DMCCARTH
       ITEMS: 1      DOSES: 1
  10/17/16 2108 — DEBIT                      by AROSSINO
       ITEMS: 1      DOSES: 1
  10/18/16 0013 — DEBIT                      by AROSSINO
       ITEMS: 1      DOSES: 1
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 143
USER: MT                        Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex      37/M             Room      411          Registered Date 10/07/16
Status       DIS IN           Bed       02           Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
   10/18/16 0512 - DEBIT                    by AROSSINO
        ITEMS: 1       DOSES: 1
   10/19/16 0002 - DEBIT                    by NIFFRIG
        ITEMS: 1       DOSES: 1
   10/19/16 0443 - DEBIT                    by AROSSINO
        ITEMS: 1       DOSES: 1
   10/19/16 1034 - DISCONTINUE              by COBORIKM    Eff: 10/19/16 1033
        EDIT DOCTOR: BORIKAR, MADHURA S MD
        EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/16/16 | 1220 FIBEURKH  Dose: 2 MG | Y | 1 | |
| 10/16/16 | 1833 FIBEURKH  Dose: 2 MG | Y | 1 | |
| 10/16/16 | 1954 FIREVAKN  Dose: 2 MG | Y | 1 | |
| 10/16/16 | 2214 FIREVAKN  Dose: 2 MG | Y | 1 | |
| 10/17/16 | 0015 FIREVAKN  Dose: 2 MG | Y | 1 | |
| 10/17/16 | 0305 FIREVAKN  Dose: 2 MG | Y | 1 | |
| 10/17/16 | 0631 FIREVAKN  Dose: 2 MG | Y | 1 | |
| 10/17/16 | 0809 FIMCCARD  Dose: 2 MG | Y | 1 | |
| 10/17/16 | 0913 FIMCCARD  Dose: 2 MG | Y | 1 | |
| 10/17/16 | 1006 FIMCCARD  Dose: 2 MG | Y | 1 | |
| 10/17/16 | 1346 FIMCCARD  Dose: 2 MG | Y | 1 | |
| 10/17/16 | 2108 FIROSSIA  Dose: 2 MG | Y | 1 | |
| 10/18/16 | 0015 FIROSSIA  Dose: 2 MG | Y | 1 | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 144
USER: MT                       Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
| Account Number FA1307223089 | Location FI4PVA | | Unit Number        F001250247 |
| Age/Sex        37/M | Room        411 | | Registered Date 10/07/16 |
| Status        DIS IN | Bed        02 | | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/18/16    0512 FIROSSIA      Y                               1
                 Dose: 2 MG

10/19/16    0004 FIROSSIA      Y                               1
                 Dose: 2 MG

10/19/16    0459 FIROSSIA      Y                               1
                 Dose: 2 MG
                                                            _____
    Admin Totals                                              16
```

---

```
ALBU3SOL - IPRATROPIUM/ALBUTEROL 3 ML AMPUL.NEB

Dose        3 ML  (1 AMPUL.NEB)
Admin Route NEB
Frequency   Q4H (PRN) PAR= PRN REASON: wheezing or SOB
Start Date  10/16/16-1530       Stop Date None           DC Date 10/18/16-1023
Ordering Doctor    ZHANG, HONGYU MD
Total Dispensed      0          Total Costs $             Total Charges $
Rx Number   001883883


History
    10/16/16 1527 - POM ORDER               by COZHANGH
    10/16/16 1531 - VERIFIED                by FIJASINT
    10/18/16 1023 - DISCONTINUE             by FIREALID    Eff: 10/18/16 1023
        EDIT DOCTOR: ZHANG, HONGYU MD
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 145
USER: MT                       Medication Administration Summary
```

```
Patient     EFUNNUGA OLUTOKUNBO           Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089     Location  FI4PVA         Unit Number      F001250247
Age/Sex        37/M             Room       411           Registered Date 10/07/16
Status         DIS IN           Bed        02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                      (Continued)
```

HALO5AMP - HALOPERIDOL LACTATE (SHORT ACTING) 5 MG/ML INJECTION

```
Dose          5 MG  (1 ML)
Dose Instruction     IV USE ONLY IN SICU AND 5PAV
                     SHORT ACTING
Admin Route IV
Start Date  10/16/16-2015     Stop Date 10/16/16 2016    DC Date 10/16/16-2016
Ordering Doctor     MALIK, AMMAR M MD
Total Dispensed     2          Total Costs $1.12         Total Charges $9.50
Rx Number   001884051
```

Discontinue Comments Reached Stop Date

```
History
  10/16/16 2004 - POM ORDER                   by COMALIA
  10/16/16 2008 - EDIT                        by FISACKSM
    FROM:
      INTERACTION COMMENT:
      DUPLICATE COMMENT:
    TO:
      INTERACTION COMMENT: RPH
      DUPLICATE COMMENT: RPH
  10/16/16 2008 - VERIFIED                    by FISACKSM
  10/16/16 2009 - DEBIT                       by FISACKSM
    ITEMS: 1     DOSES: 1
  10/16/16 2016 - DISCONTINUE                 by PHABKGJOB    Eff: 10/16/16 2016
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/17/16 1129 - DEBIT                       by DMCCARTH
    ITEMS: 1     DOSES: 1
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/16/16 | 2020 FIREVAKN | Y | 1 | 0.00 |
| (10/16/16) (2015) Dose: 5 MG | | | | |
| | | | | |
| Admin Totals | | | 1 | 0 |

Patient    EFUNNUGA,OLUTOKUNBO                    Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA          Unit Number      F001250247
Age/Sex         37/M             Room      411             Registered Date 10/07/16
Status          DIS IN           Bed       02              Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO                    FA1307223089                          (Continued)

HALO5AMP - HALOPERIDOL LACTATE (SHORT ACTING) 5 MG/ML INJECTION

Dose          5 MG  (1 ML)
Dose Instruction     IV USE ONLY IN SICU AND 5PAV
                     SHORT ACTING
Admin Route IV
Frequency   Q4H (PRN) PAR= PRN REASON: Agitation
Start Date  10/16/16-2115      Stop Date None              DC Date 10/17/16-0720
Ordering Doctor    MALIK,AMMAR M MD
Total Dispensed      2         Total Costs $1.12           Total Charges $9.50
Rx Number   001884103


History
  10/16/16 2106 - POM COPY AND EDIT          by COMALIA
     FROM: Rx #001883694
     Result of Frequency/Schedule Edit
     Ordering Doctor: MALIK,AMMAR M MD
     Last Scheduled Administration Time: As Needed
     Last Actual Administration Time: 10/16/16 - 1447
     Old Freq/Sch: ONCE (PRN)
     New Freq/Sch: Q4 (PRN)
     Old Order Stop:  10/16/16 - 2103
     New Order Start: 10/16/16 - 2115
     New Order Stop:
  10/16/16 2141 - EDIT                        by FISACKSM
     FROM:
       INTERACTION COMMENT:
       DUPLICATE COMMENT:
     TO:
       INTERACTION COMMENT: RPH
       DUPLICATE COMMENT: RPH
  10/16/16 2141 - EDIT                        by FISACKSM
     EDIT DOCTOR: MALIK,AMMAR M MD
     FROM:
       SIG: Q4
     TO:
       SIG: Q4H
       INTERACTION COMMENT: RPH
       DUPLICATE COMMENT: RPH
  10/16/16 2141 - VERIFIED                    by FISACKSM
  10/17/16 0013 - DEBIT                       by NREVAK
     ITEMS: 1     DOSES: 1
  10/17/16 0311 - EDIT                        by COMALIA
     EDIT DOCTOR: MALIK,AMMAR M MD
     EDIT SOURCE: Provider Source
     FROM:
       PRN REASON: RASS>2

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 147
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

```
EFUNNUGA, OLUTOKUNBO                FA1307223089                      (Continued)
```

```
   TO:
       PRN REASON: Agitation
   10/17/16 0624 - DEBIT                        by NREVAK
       ITEMS: 1      DOSES: 1
   10/17/16 0720 - DISCONTINUE                  by COMALIA      Eff: 10/17/16 0720
       EDIT DOCTOR: MALIK, AMMAR M MD
       EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/17/16 | 0015 | FIREVAKN | Y | | | 1 | |
| | | Dose: 5 MG | | | | | |
| 10/17/16 | 0625 | FIREVAKN | Y | | | 1 | |
| | | Dose: 5 MG | | | | | |
| Admin Totals | | | | | | 2 | |

Patient  **EFUNNUGA, OLUTOKUNBO**                    Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M             Room      411          Registered Date 10/07/16
Status         DIS IN           Bed       02           Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO                    FA1307223089                      (Continued)

HALO5AMP - HALOPERIDOL LACTATE (SHORT ACTING) 5 MG/ML INJECTION

Dose            5 MG  (1 ML)
Dose Instruction     IV USE ONLY IN SICU AND 5PAV
                     SHORT ACTING
Admin Route IV
Frequency   Q6 (PRN) PAR= PRN REASON: RASS > 0
Start Date  10/17/16-1115      Stop Date None              DC Date 10/27/16-1258
Ordering Doctor    BORIKAR, MADHURA S MD
Total Dispensed     4          Total Costs $2.24           Total Charges $19.00
Rx Number   001884731


History
  10/17/16 1107 - POM ORDER                    by COBORIKM
  10/17/16 1108 - EDIT                         by FIREALID
    FROM:
      INTERACTION COMMENT:
      DUPLICATE COMMENT:
    TO:
      INTERACTION COMMENT: RPH
      DUPLICATE COMMENT: RPH
  10/17/16 1108 - VERIFIED                     by FIREALID
  10/18/16 0006 - DEBIT                        by AROSSINO
    ITEMS: 1      DOSES: 1
  10/19/16 0229 - DEBIT                        by NIFFRIG
    ITEMS: 1      DOSES: 1
  10/21/16 0419 - DEBIT                        by JKRETZ
    ITEMS: 1      DOSES: 1
  10/23/16 0020 - DEBIT                        by AROSSINO
    ITEMS: 1      DOSES: 1
  10/25/16 0846 - EDIT                         by COVALEND
    EDIT DOCTOR: VALENTINO, DOMINIC J, DO
    EDIT SOURCE: Provider Source
    FROM:
      PRN REASON: AGIT - AGITATION
    TO:
      PRN REASON: RASS > 0
  10/27/16 1259 - DISCONTINUE                  by COMANNR    Eff: 10/27/16 1258
    EDIT DOCTOR: MANN, RUPINDER K MD
    EDIT SOURCE: Provider Source

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/17/16 | 1131 | FIMCCARD | Y | | | 1 | |
| | | Dose: 5 MG | | | | | |
| 10/18/16 | 0006 | FIROSSIA | Y | | | 1 | |
| | | Dose: 5 MG | | | | | |

| DATE: 11/03/16 @ 0002 | | Mercy Fitzgerald Hospital PHA *LIVE* | PAGE 149 |
| USER: MT | | Medication Administration Summary | |

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number | FA1307223089 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date | 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date | 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

| 10/19/16 | 0230 FIROSSIA | Y | 1 |
| | Dose: 5 MG | | |
| 10/21/16 | 0422 FIKRETZJ | Y | 1 |
| | Dose: 5 MG | | |

| Admin Totals | | | 4 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 150
USER: MT                     Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO            Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M           Room       411          Registered Date 10/07/16
Status         DIS IN         Bed        02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

GUAI100S18 — guaiFENesin SUGAR/ALCOHOL FREE 200 MG/10 ML SYRUP

```
Dose         200 MG  (10 ML)
Admin Route  PO
Frequency    Q4H (PRN) PAR= PRN REASON: CONG — CONGESTION
Start Date   10/17/16-1130      Stop Date None           DC Date 10/23/16-0730
Ordering Doctor     BORIKAR,MADHURA S MD
Total Dispensed    2         Total Costs $0.62           Total Charges $2.70
Rx Number   001884749
```

```
History
  10/17/16 1119 — POM ORDER                    by COBORIKM
  10/17/16 1119 — NOW DOSE                     by COBORIKM
      Now Dose:  10/17/16 1130
  10/17/16 1119 — KEEP NEXT DOSE               by COBORIKM
      Keep Next Dose:  10/17/16 2100
  10/17/16 1123 — EDIT                         by FIREALID
      EDIT DOCTOR: BORIKAR,MADHURA S MD
      FROM:
        MED: GUAI600T97 — MUCINEX
        RX ID: guaiFENesin 600 MG TABLET.SA
        SIG: BID
        SCHEDULE: SCH
        DOSE: 600 MG   (1 TABLET.SA)
        CHARGE: $1.50
      TO:
        MED: GUAI100S18 — guaiFENesin SUGAR/ALCOHOL FREE
        RX ID: guaiFENesin SUGAR/ALCOHOL FREE 200 MG/10 ML SYRUP
        SIG: Q4H
        SCHEDULE: PRN
        DOSE: 200 MG   (10 ML)
        CHARGE: $1.35
  10/17/16 1123 — VERIFIED                     by FIREALID
  10/18/16 2048 — DEBIT                        by AROSSINO
      ITEMS: 1     DOSES: 1
  10/19/16 0352 — DEBIT                        by AROSSINO
      ITEMS: 1     DOSES: 1
  10/23/16 0733 — DISCONTINUE                  by COVALEND    Eff: 10/23/16 0730
      EDIT DOCTOR: VALENTINO,DOMINIC J, DO
      EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/18/16 | 2051 | FIROSSIA | Y | 1 | |
| | | Dose: 200 MG | | | |
| 10/19/16 | 0422 | FIROSSIA | Y | 1 | |
| | | Dose: 200 MG | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 151
USER: MT                         Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M            Room      411          Registered Date 10/07/16
Status         DIS IN          Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                        (Continued)
```

```
                                                            _____  _____
    Admin Totals                                                  2
```

---

FENT0.0533 - fentaNYL CITRATE/PF 100 MCG/2 ML

```
Dose          50 MCG  (1 ML)
Dose Instruction     IVP FOR CRITICAL CARE UNITS AND 5-SOUTH ONLY
Admin Route IV
Start Date  10/17/16-2230      Stop Date 10/17/16 2231    DC Date 10/17/16-2231
Ordering Doctor     MALIK,AMMAR M MD
Total Dispensed     1          Total Costs $0.27          Total Charges $2.25
Rx Number   001885524
```

Discontinue Comments Reached Stop Date

```
History
  10/17/16 2219 - POM ORDER                    by COMALIA
  10/17/16 2219 - VERIFIED                     by FISPERAR
  10/17/16 2231 - DISCONTINUE                  by PHABKGJOB    Eff: 10/17/16 2231
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/17/16 2231 - DEBIT                         by AROSSINO
      ITEMS: 1     DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/17/16 | 2233 | FIROSSIA | Y | | | 1 | 0.00 |

(10/17/16) (2230) Dose: 50 MCG

```
                                                            _____  _____
    Admin Totals                                                  1            0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 152
USER: MT                       Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                        (Continued)
```

ALBU3SOL - IPRATROPIUM/ALBUTEROL 3 ML AMPUL.NEB

```
Dose          3 ML   (1 AMPUL.NEB)
Admin Route NEB
Start Date  10/18/16-1015        Stop Date None              DC Date 10/18/16-1028
Ordering Doctor      GOOCH,JOHN R MD
Total Dispensed      0           Total Costs $               Total Charges $
Rx Number     001886002
```

```
History
  10/18/16 1014 - POM ORDER                     by COGOOCHJ
  10/18/16 1016 - EDIT                          by FIREALID
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/18/16 1016 - VERIFIED                      by FIREALID
  10/18/16 1028 - COPY AND EDIT                 by FIREALID
    TO: Rx #001886022
  10/18/16 1029 - DISCONTINUE                   by FIREALID    Eff: 10/18/16 1028
    EDIT DOCTOR: GOOCH,JOHN R MD
```

```
Patient    EFUNNUGA,OLUTOKUNBO                Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA      Unit Number    F001250247
Age/Sex        37/M              Room       411         Registered Date 10/07/16
Status         DIS IN            Bed        02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                FA1307223089                      (Continued)
```

ALBU3SOL — IPRATROPIUM/ALBUTEROL 3 ML AMPUL.NEB

Dose          3 ML  (1 AMPUL.NEB)
Admin Route NEB
Start Date  10/18/16-1028      Stop Date None          DC Date 10/22/16-1828
Ordering Doctor    GOOCH,JOHN R MD
Total Dispensed    13          Total Costs $2.99       Total Charges $26.00
Rx Number   001886022

Discontinue Comments Reached Renew Stop Date


History
  10/18/16 1028 — ENTER                          by FIREALID
  10/18/16 1028 — SYSTEM COPY AND EDIT           by FIREALID
    EDIT DOCTOR: GOOCH,JOHN R MD
    FROM:
      SIG: Q6H
      START: 10/18/16-1015   STOP: None   SOFT STOP:
    TO:
      SIG: Q6
      START: 10/18/16-1028   STOP: None   SOFT STOP:
  10/18/16 1028 — COPY AND EDIT                  by FIREALID
    FROM: Rx #001886002
  10/18/16 1602 — DEBIT                          by NW
      ITEMS: 1      DOSES: 1
  10/18/16 2007 — DEBIT                          by BNARCAVA
      ITEMS: 2      DOSES: 2
  10/19/16 0736 — DEBIT                          by NW
      ITEMS: 1      DOSES: 1
  10/19/16 1351 — DEBIT                          by NW
      ITEMS: 1      DOSES: 1
  10/19/16 2019 — DEBIT                          by BNARCAVA
      ITEMS: 2      DOSES: 2
  10/20/16 0725 — DEBIT                          by DELPRATO
      ITEMS: 2      DOSES: 2
  10/20/16 2027 — DEBIT                          by SBOWIE
      ITEMS: 1      DOSES: 1
  10/21/16 0905 — DEBIT                          by BMULHOLL
      ITEMS: 2      DOSES: 2
  10/21/16 2156 — DEBIT                          by DSALERNO
      ITEMS: 1      DOSES: 1
  10/22/16 1028 — RENEW STOP FILED               by SYSTEM
  10/22/16 1828 — DISCONTINUE                    by RENEW STOP   Eff: 10/22/16 1828
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Renew Stop Date

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 154
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/18/16 | 1100 FIWHITEN | N    OTHER | | |
| (10/18/16) (1100) Dose: 0 ML | | | | |
| 10/18/16 | 1607 FIWHITEN | Y | 1 | 0.00 |
| (10/18/16) (1700) Dose: 3 ML | | | | |
| 10/18/16 | 2135 FINARCAB | Y | 1 | 0.00 |
| (10/18/16) (2300) Dose: 3 ML | | | | |
| 10/19/16 | 0146 FINARCAB | Y | 1 | 0.00 |
| (10/19/16) (0500) Dose: 3 ML | | | | |
| 10/19/16 | 0800 FIWHITEN | Y | 1 | 0.00 |
| (10/19/16) (1100) Dose: 3 ML | | | | |
| 10/19/16 | 1349 FIWHITEN | Y | 1 | 0.00 |
| (10/19/16) (1700) Dose: 3 ML | | | | |
| 10/19/16 | 2035 FINARCAB | Y | 1 | 0.00 |
| (10/19/16) (2300) Dose: 3 ML | | | | |
| 10/20/16 | 0139 FINARCAB | Y | 1 | 0.00 |
| (10/20/16) (0500) Dose: 3 ML | | | | |
| 10/20/16 | 0901 FIDELPRG | Y | 1 | 0.00 |
| (10/20/16) (1100) Dose: 3 ML | | | | |
| 10/20/16 | 2052 FIWIRZBL | N | | |
| (10/20/16) (1700) Dose: 3 ML | | | | |
| 10/20/16 | 2102 FIWIRZBL | N    PULSE | | |
| (10/20/16) (2300) Dose: 0 ML | | | | |
| 10/21/16 | 0247 FIBOWIES | N    SLEEP | | |
| (10/21/16) (0500) Dose: 0 ML | | | | |
| 10/21/16 | 0742 FIMULHOB | Y | 1 | 0.00 |
| (10/21/16) (1100) Dose: 3 ML | | | | |
| 10/21/16 | 1341 FIMULHOB | Y | 1 | 0.00 |
| (10/21/16) (1700) Dose: 3 ML | | | | |
| 10/21/16 | 2036 FISALERD | N    PULSE | | |
| (10/21/16) (2300) Dose: 0 ML | | | | |
| 10/22/16 | 0500 FISALERD | N    PULSE | | |
| (10/22/16) (0500) Dose: 0 ML | | | | |

```
DATE: 11/03/16 @ 0002           Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 155
USER: MT                        Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
| Account Number | FA1307223089 | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

```
10/22/16    0801 FIMULHOB      N      PULSE
(10/22/16) (1100) Dose: 0 ML

10/22/16    1609 FIMULHOB      N      PULSE
(10/22/16) (1700) Dose: 0 ML


    Admin Totals                                    10              0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 156
USER: MT                       Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223089 | | Location  FI4PVA | Unit Number      F001250247 | |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

SODI1DIS4 – SODIUM BICARBONATE 8.4% 50 MEQ/50 ML DISP.SYRIN

```
Dose          3 MEQ  (3 ML)
Dose Instruction      3 MEQ = 3 ML
Admin Route INH
Start Date  10/18/16-1100      Stop Date None          DC Date 10/21/16-1000
Ordering Doctor    GOOCH,JOHN R MD
Total Dispensed    1           Total Costs $2.55        Total Charges $21.25
Rx Number   001886026
```

History
```
   10/18/16 1024 – POM ORDER              by COGOOCHJ
   10/18/16 1029 – VERIFIED               by FIREALID
   10/18/16 1629 – DEBIT                  by KBURKE
       ITEMS: 1     DOSES: 1
   10/21/16 1001 – DISCONTINUE            by COHOWLAA    Eff: 10/21/16 1000
       EDIT DOCTOR: HOWLAND,AMANDA R MD
       EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/18/16 | 1100 FIWHITEN | N | | MU | | |
| (10/18/16) (1100) Dose: 0 MEQ | | | | | | |
| 10/18/16 | 1605 FIWHITEN | N | | MU | | |
| (10/18/16) (1700) Dose: 0 MEQ | | | | | | |
| 10/18/16 | 2135 FINARCAB | Y | | | 1 | 0.00 |
| (10/18/16) (2300) Dose: 3 MEQ | | | | | | |
| 10/19/16 | 0146 FINARCAB | Y | | | 1 | 0.00 |
| (10/19/16) (0500) Dose: 3 MEQ | | | | | | |
| 10/19/16 | 0800 FIWHITEN | Y | | | 1 | 0.00 |
| (10/19/16) (1100) Dose: 3 MEQ | | | | | | |
| 10/19/16 | 1349 FIWHITEN | Y | | | 1 | 0.00 |
| (10/19/16) (1700) Dose: 3 MEQ | | | | | | |
| 10/19/16 | 2035 FINARCAB | Y | | | 1 | 0.00 |
| (10/19/16) (2300) Dose: 3 MEQ | | | | | | |
| 10/20/16 | 0140 FINARCAB | Y | | | 1 | 0.00 |
| (10/20/16) (0500) Dose: 3 MEQ | | | | | | |
| 10/20/16 | 0902 FIDELPRG | Y | | | 1 | 0.00 |
| (10/20/16) (1100) Dose: 3 MEQ | | | | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 157
USER: MT                     Medication Administration Summary
```

| Patient EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex        37/M | Room | 411 | Registered Date 10/07/16 |
| Status         DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/20/16   2058 FIWIRZBL     Y                              1          0.00
(10/20/16) (2300) Dose: 3 MEQ

10/21/16   0247 FIBOWIES     N        SLEEP
(10/21/16) (0500) Dose: 0 MEQ

10/21/16   0743 FIMULHOB     Y                              1          0.00
(10/21/16) (1100) Dose: 3 MEQ


   Admin Totals                                             9             0
```

---

### ACET-33 – Acetaminophen 500 MG TABLET

```
Dose            500 MG  (1 TABLET)
Admin Route PO
Start Date  10/18/16-2045      Stop Date 10/18/16 2046     DC Date 10/18/16-2046
Ordering Doctor    MALIK, AMMAR M MD
Total Dispensed      0          Total Costs $             Total Charges $
Rx Number   001886770

Discontinue Comments Reached Stop Date


History
   10/18/16 2046 – POM ORDER                by COMALIA
   10/18/16 2100 – EDIT                     by FISPERAR
     FROM:
       DUPLICATE COMMENT:
     TO:
       DUPLICATE COMMENT: BS
   10/18/16 2100 – REVIEW PROVIDER ACTIVITY    by FISPERAR
                              by FIROSSIA    Eff: 10/18/16 2053
   10/18/16 2100 – VERIFIED                 by FISPERAR
   10/18/16 2100 – DISCONTINUE              by PHABKGJOB    Eff: 10/18/16 2046
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/18/16 | 2053 | FIROSSIA | Y | | | 1 | 0.00 |
| (10/18/16) (2045) Dose: 500 MG | | | | | | | |

```
   Admin Totals                                             1             0
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 158
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number    F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                      (Continued)


CLON1TAB25 - clonazePAM 1 MG TABLET

Dose           1 MG  (1 TABLET)
Admin Route PO
Start Date  10/19/16-1045      Stop Date 10/28/16 1556    DC Date 10/28/16-1556
Ordering Doctor    BORIKAR, MADHURA S MD
Total Dispensed      18         Total Costs $0.90          Total Charges $55.80
Rx Number   001887372



History
   10/19/16 1034 - POM ORDER                      by COBORIKM
   10/19/16 1034 - NOW DOSE                        by COBORIKM
      Now Dose:  10/19/16 1045
   10/19/16 1034 - KEEP NEXT DOSE                  by COBORIKM
      Keep Next Dose:  10/19/16 2100
   10/19/16 1035 - VERIFIED                        by FIREALID
   10/19/16 1124 - DEBIT                           by DGILMAN
      ITEMS: 1      DOSES: 1
   10/20/16 0919 - DEBIT                           by DGILMAN
      ITEMS: 1      DOSES: 1
   10/20/16 2004 - DEBIT                           by SDONAHUE
      ITEMS: 1      DOSES: 1
   10/21/16 0929 - DEBIT                           by DGILMAN
      ITEMS: 1      DOSES: 1
   10/21/16 2107 - DEBIT                           by SDONAHUE
      ITEMS: 1      DOSES: 1
   10/22/16 0759 - DEBIT                           by MCAVANAU
      ITEMS: 1      DOSES: 1
   10/22/16 2002 - DEBIT                           by SDONAHUE
      ITEMS: 1      DOSES: 1
   10/23/16 0807 - DEBIT                           by MCAVANAU
      ITEMS: 1      DOSES: 1
   10/23/16 2035 - DEBIT                           by AROSSINO
      ITEMS: 1      DOSES: 1
   10/24/16 0907 - DEBIT                           by DGILMAN
      ITEMS: 1      DOSES: 1
   10/24/16 2030 - DEBIT                           by SYOUNG
      ITEMS: 1      DOSES: 1
   10/25/16 0929 - DEBIT                           by DGILMAN
      ITEMS: 1      DOSES: 1
   10/25/16 2026 - DEBIT                           by SYOUNG
      ITEMS: 1      DOSES: 1
   10/26/16 0951 - DEBIT                           by DGILMAN
      ITEMS: 1      DOSES: 1
   10/26/16 2118 - DEBIT                           by MMCGILL
      ITEMS: 1      DOSES: 1
   10/27/16 0816 - DEBIT                           by MMAXWELL
```

Patient  **EFUNNUGA OLUTOKUNBO**                    Responsible Doctor LITTMAN,MARIO, MD
Account **Number** FA1307223089    **Location**  FI4PVA        Unit **Number**       F001250247
**Age/Sex**         37/M          **Room**       411          Registered Date 10/07/16
**Status**         DIS IN         **Bed**        02           Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO                    FA1307223089                    (Continued)

```
         ITEMS: 1      DOSES: 1
  10/27/16 2146 - DEBIT                         by JDESALVO
         ITEMS: 1      DOSES: 1
  10/28/16 0828 - DEBIT                         by NCARTER
         ITEMS: 1      DOSES: 1
  10/28/16 1558 - EDIT                          by COJADHAG
     EDIT DOCTOR: JADHAV,GAURAV P MD
     EDIT SOURCE: Provider Source
     FROM:
       START: 10/19/16-1045   STOP: None    SOFT STOP:
     TO:
       START: 10/19/16-1045   STOP: 10/28/16-1556   SOFT STOP:
  10/28/16 1558 - DISCONTINUE                   by COJADHAG    Eff: 10/28/16 1556
     EDIT DOCTOR: JADHAV,GAURAV P MD
     EDIT SOURCE: Provider Source
  10/28/16 1558 - POM COPY AND EDIT             by COJADHAG
     TO: Rx #U001146150
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/19/16 | 1129 FIGILMAD | Y | | | 1 | 0.00 |
| (10/19/16) (1045) Dose: 1 MG | | | | | | |
| 10/19/16 | 2100 FIDONAHS | N | NPO | | | |
| (10/19/16) (2100) Dose: 0 MG | | | | | | |
| 10/20/16 | 0923 FIGILMAD | Y | | | 1 | 0.00 |
| (10/20/16) (0900) Dose: 1 MG | | | | | | |
| 10/20/16 | 2026 FIDONAHS | Y | | | 1 | 0.00 |
| (10/20/16) (2100) Dose: 1 MG | | | | | | |
| 10/21/16 | 0943 FIGILMAD | Y | | | 1 | 0.00 |
| (10/21/16) (0900) Dose: 1 MG | | | | | | |
| 10/21/16 | 2117 FIDONAHS | Y | | | 1 | 0.00 |
| (10/21/16) (2100) Dose: 1 MG | | | | | | |
| 10/22/16 | 0813 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (0900) Dose: 1 MG | | | | | | |
| 10/22/16 | 2017 FIDONAHS | Y | | | 1 | 0.00 |
| (10/22/16) (2100) Dose: 1 MG | | | | | | |
| 10/23/16 | 0811 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/23/16) (0900) Dose: 1 MG | | | | | | |
| 10/23/16 | 2041 FIROSSIA | Y | | | 1 | 0.00 |
| (10/23/16) (2100) Dose: 1 MG | | | | | | |
| 10/24/16 | 0913 FIGILMAD | Y | | | 1 | 0.00 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 160
USER: MT                      Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient    EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD | |
| Account Number FA1307223089 | Location   FI4PVA | Unit Number        F001250247 | |
| Age/Sex         37/M | Room       411 | Registered Date 10/07/16 | |
| Status          DIS IN | Bed        02 | Discharged Date 11/01/16 | |

| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

(10/24/16) (0900) Dose: 1 MG

| 10/24/16    2034 FIYOUNGS | Y | | 1 | 0.00 |
|---|---|---|---|---|

(10/24/16) (2100) Dose: 1 MG

| 10/25/16    0935 FIGILMAD | Y | | 1 | 0.00 |
|---|---|---|---|---|

(10/25/16) (0900) Dose: 1 MG

| 10/25/16    2038 FIYOUNGS | Y | | 1 | 0.00 |
|---|---|---|---|---|

(10/25/16) (2100) Dose: 1 MG

| 10/26/16    1001 FIGILMAD | Y | | 1 | 0.00 |
|---|---|---|---|---|

(10/26/16) (0900) Dose: 1 MG

| 10/26/16    2100 FIMCGILM | N | GLUCOSE | | |
|---|---|---|---|---|

(10/26/16) (2100) Dose: 0 MG

| 10/27/16    0826 FIMAXWEM | Y | | 1 | 0.00 |
|---|---|---|---|---|

(10/27/16) (0900) Dose: 1 MG

| 10/27/16    2100 FIDESALJ | N | REFUSED | | |
|---|---|---|---|---|

(10/27/16) (2100) Dose: 0 MG

| 10/28/16    0830 FICARTEN | Y | | 1 | 0.00 |
|---|---|---|---|---|

(10/28/16) (0900) Dose: 1 MG

| Admin Totals | | 16 | 0 |
|---|---|---|---|

```
Patient   EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411         Registered Date 10/07/16
Status         DIS IN          Bed       02          Discharged Date 11/01/16
```

EFUNNUGA, OLUTOKUNBO                  FA1307223089                      (Continued)


POLY1PAC – POLYETHYLENE GLYCOL 3350 17 GM/PACKET

Dose          17 GM  (1 PKT)
Admin Route PO
Start Date  10/20/16–1100       Stop Date None              DC Date 11/01/16–2054
Ordering Doctor    HOWLAND, AMANDA R MD
Total Dispensed      12        Total Costs $13.80           Total Charges $26.40
Rx Number   001888820

Discontinue Comments DC'd by Discharge


History
  10/20/16 1050 – POM ORDER                 by COHOWLAA
  10/20/16 1050 – NOW DOSE                   by COHOWLAA
     Now Dose:  10/20/16 1100
  10/20/16 1050 – KEEP NEXT DOSE             by COHOWLAA
     Keep Next Dose:  10/21/16 0900
  10/20/16 1054 – EDIT                       by FIREALID
   FROM:
      DUPLICATE COMMENT:
   TO:
      DUPLICATE COMMENT: RPH
  10/20/16 1054 – VERIFIED                   by FIREALID
  10/20/16 1624 – DEBIT                      by SDONAHUE
     ITEMS: 1     DOSES: 1
  10/21/16 0929 – DEBIT                      by DGILMAN
     ITEMS: 1     DOSES: 1
  10/22/16 0800 – DEBIT                      by MCAVANAU
     ITEMS: 1     DOSES: 1
  10/23/16 0808 – DEBIT                      by MCAVANAU
     ITEMS: 1     DOSES: 1
  10/25/16 1105 – DEBIT                      by DGILMAN
     ITEMS: 1     DOSES: 1
  10/26/16 0951 – DEBIT                      by DGILMAN
     ITEMS: 1     DOSES: 1
  10/27/16 0818 – DEBIT                      by MMAXWELL
     ITEMS: 1     DOSES: 1
  10/28/16 0829 – DEBIT                      by NCARTER
     ITEMS: 1     DOSES: 1
  10/29/16 0841 – DEBIT                      by MHALLAMY
     ITEMS: 1     DOSES: 1
  10/30/16 0732 – DEBIT                      by ABLEILER
     ITEMS: 1     DOSES: 1
  10/31/16 0846 – DEBIT                      by KMOSLEY
     ITEMS: 1     DOSES: 1
  11/01/16 1025 – DEBIT                      by MHALLAMY
     ITEMS: 1     DOSES: 1
  11/01/16 2055 – DISCONTINUE                by DISCHARGE    Eff: 11/01/16 2054

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---------|---------------------|--|--|------------------------------------|--|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|----------------------|--------------|-------------|

```
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         DC'd by Discharge
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|------------|------|------|-------|-----|-------------|-------|--------|
| 10/20/16 | 1626 | FIDONAHS | Y | | | 1 | 0.00 |
| (10/20/16) (1100) Dose: 17 GM | | | | | | | |
| 10/21/16 | 0943 | FIGILMAD | Y | | | 1 | 0.00 |
| (10/21/16) (0900) Dose: 17 GM | | | | | | | |
| 10/22/16 | 0812 | FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (0900) Dose: 17 GM | | | | | | | |
| 10/23/16 | 0811 | FICAVANM1 | Y | | | 1 | 0.00 |
| (10/23/16) (0900) Dose: 17 GM | | | | | | | |
| 10/24/16 | 0851 | FIGILMAD | N | NPO | | | |
| (10/24/16) (0900) Dose: 0 GM | | | | | | | |
| 10/25/16 | 1109 | FIGILMAD | Y | | | 1 | 0.00 |
| (10/25/16) (0900) Dose: 17 GM | | | | | | | |
| 10/26/16 | 1000 | FIGILMAD | Y | | | 1 | 0.00 |
| (10/26/16) (0900) Dose: 17 GM | | | | | | | |
| 10/27/16 | 0825 | FIMAXWEM | Y | | | 1 | 0.00 |
| (10/27/16) (0900) Dose: 17 GM | | | | | | | |
| 10/28/16 | 0831 | FICARTEN | Y | | | 1 | 0.00 |
| (10/28/16) (0900) Dose: 17 GM | | | | | | | |
| 10/29/16 | 0905 | FIHALLAM | Y | | | 1 | 0.00 |
| (10/29/16) (0900) Dose: 17 GM | | | | | | | |
| 10/30/16 | 0830 | FIBLEILA | Y | | | 1 | 0.00 |
| (10/30/16) (0900) Dose: 17 GM | | | | | | | |
| 10/31/16 | 0902 | FIMOSLEK | Y | | | 1 | 0.00 |
| (10/31/16) (0900) Dose: 17 GM | | | | | | | |
| 11/01/16 | 1035 | FIHALLAM | Y | | | 1 | 0.00 |
| (11/01/16) (0900) Dose: 17 GM | | | | | | | |
| Admin Totals | | | | | | 12 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 163
USER: MT                         Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO           Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M           Room      411         Registered Date 10/07/16
Status         DIS IN         Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                  (Continued)
```

LIDO20VI6 — LIDOCAINE HCL 2%  20 ML VIAL

```
Dose           20 MG  (1 ML)
Admin Route .ROUTE
Start Date  10/20/16-1454      Stop Date 10/20/16 1455   DC Date 10/20/16-1455
Ordering Doctor    DOCTOR, PYXIS OVERRIDE
Total Dispensed     1          Total Costs $1.15         Total Charges $9.50
Rx Number   001889134
```

Discontinue Comments DC'd by RJOHNSON

```
History
  10/20/16 1455 — OV INV PHA                by RJOHNSON
  10/20/16 1455 — DISCONTINUE               by STK MED      Eff: 10/20/16 1455
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by RJOHNSON
```

CODE12.5 — ACETAMINOPHEN 300 MG/CODEINE 30 MG/ 12.5 ML ELIXIR

```
Dose           12.5 ML  (1 ELIXIR)
Admin Route PO
Frequency   Q4H (PRN) PAR= PRN REASON: fever
Start Date  10/20/16-1915      Stop Date None          DC Date 10/20/16-1918
Ordering Doctor    GEVORGYAN, DAVID MD
Total Dispensed     0          Total Costs $           Total Charges $
Rx Number   001889325
```

```
History
  10/20/16 1913 — POM ORDER                 by COGEVORD
  10/20/16 1916 — EDIT                      by FILINC
    EDIT DOCTOR: GEVORGYAN, DAVID MD
    FROM:
      SIG: Q4
    TO:
      SIG: Q4H
  10/20/16 1916 — VERIFIED                  by FILINC
  10/20/16 1918 — COPY AND EDIT             by FILINC
    TO: Rx #001889327
  10/20/16 1918 — DISCONTINUE               by FILINC      Eff: 10/20/16 1918
    EDIT DOCTOR: GEVORGYAN, DAVID MD
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 164
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | | Location  FI4PVA | Unit Number       F001250247 |
| Age/Sex        37/M | | Room      411 | Registered Date 10/07/16 |
| Status         DIS IN | | Bed       02 | Discharged Date 11/01/16 |

EFUNNUGA, OLUTOKUNBO                    FA1307223089                        (Continued)

---

ACET160S3 - Acetaminophen 650 MG/20.3 ML SOLUTION

```
Dose          650 MG  (20.3 ML)
Admin Route PO
Frequency    Q4H (PRN) PAR= PRN REASON: FEVER OR PAIN 1-3
Start Date  10/20/16-1930      Stop Date None          DC Date 10/27/16-0820
Ordering Doctor    GEVORGYAN, DAVID MD
Total Dispensed      11         Total Costs $4.07          Total Charges $15.40
Rx Number   001889327
```

```
History
  10/20/16 1918 - ENTER                         by FILINC
  10/20/16 1918 - SYSTEM COPY AND EDIT          by FILINC
    EDIT DOCTOR: GEVORGYAN, DAVID MD
    FROM:
      MED: CODE12.5 - ACETAMINOPHEN/CODEINE ELIXIR
      RX ID: ACETAMINOPHEN 300 MG/CODEINE 30 MG/  12.5 ML ELIXIR
      PRN REASON: fever
      DOSE: 12.5 ML   (1 ELIXIR)
      START: 10/20/16-1915   STOP: None   SOFT STOP:
      CHARGE TYPE: CSU - CONTROLLED SUBSTANCES
      CHARGE: $4.00
      LABEL COMMENTS:
    TO:
      MED: ACET160S3 - Acetaminophen
      RX ID: Acetaminophen 650 MG/20.3 ML SOLUTION
      PRN REASON: F - FEVER
      DOSE: 650 MG   (20.3 ML)
      START: 10/20/16-1930   STOP: None   SOFT STOP:
      CHARGE TYPE: UD - UNIT DOSE
      CHARGE: $1.40
      LABEL COMMENTS:
        INDICATIONS: ANALGESIA, ANTIPYRETIC
        SIDE EFFECTS: INCREASED LFT'S, SJS/TENS (RARE)
        NO > 4 GM OF TYLENOL / DAY
  10/20/16 1918 - COPY AND EDIT                 by FILINC
    FROM: Rx #001889325
  10/20/16 1922 - DEBIT                         by SDONAHUE
      ITEMS: 1      DOSES: 1
  10/21/16 1554 - DEBIT                         by SDONAHUE
      ITEMS: 1      DOSES: 1
  10/21/16 1948 - DEBIT                         by SDONAHUE
      ITEMS: 1      DOSES: 1
  10/22/16 0802 - DEBIT                         by MCAVANAU
      ITEMS: 1      DOSES: 1
  10/22/16 1303 - DEBIT                         by ABOWERS
      ITEMS: 1      DOSES: 1
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*                PAGE 165
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO          Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number    F001250247
Age/Sex        37/M            Room      411           Registered Date 10/07/16
Status         DIS IN          Bed       02            Discharged Date 11/01/16
```

EFUNNUGA, OLUTOKUNBO              FA1307223089                        (Continued)

```
     10/22/16 1857 - DEBIT                      by MCAVANAU
          ITEMS: 1     DOSES: 1
     10/23/16 0235 - DEBIT                      by AROSSINO
          ITEMS: 1     DOSES: 1
     10/23/16 1249 - DEBIT                      by MCAVANAU
          ITEMS: 1     DOSES: 1
     10/24/16 0220 - DEBIT                      by AROSSINO
          ITEMS: 1     DOSES: 1
     10/24/16 0943 - EDIT                       by COREGANJ
          EDIT DOCTOR: REGAN, JOHN E MD
          EDIT SOURCE: Provider Source
          FROM:
            PRN REASON: F - FEVER
          TO:
            PRN REASON: FEVER OR PAIN 2-3
     10/24/16 2031 - DEBIT                      by SYOUNG
          ITEMS: 1     DOSES: 1
     10/25/16 0510 - DEBIT                      by CBURKE
          ITEMS: 1     DOSES: 1
     10/25/16 0846 - EDIT                       by COVALEND
          EDIT DOCTOR: VALENTINO, DOMINIC J, DO
          EDIT SOURCE: Provider Source
          FROM:
            PRN REASON: FEVER OR PAIN 2-3
          TO:
            PRN REASON: FEVER OR PAIN 1-3
     10/27/16 0818 - DEBIT                      by MMAXWELL
          ITEMS: 1     DOSES: 1
     10/27/16 0822 - DISCONTINUE                by COIRIATB     Eff: 10/27/16 0820
          EDIT DOCTOR: IRIARTE OPORTO, BLANCA E MD
          EDIT SOURCE: Provider Source
     10/27/16 0845 - CREDIT                     by MMAXWELL
          ITEMS: 1     DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/20/16 | 1958 | FIDONAHS | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |
| 10/21/16 | 1559 | FIDONAHS | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |
| 10/21/16 | 2001 | FIDONAHS | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |
| 10/22/16 | 0810 | FICAVANM1 | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |
| 10/22/16 | 1304 | FIBOWERA | Y | | | 1 | |
| | | Dose: 650 MG | | | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 166
USER: MT                         Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---------|------|------|------|-----|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | | FA1307223089 | (Continued) |
|------|------|------|------|

| 10/22/16 | 1902 FICAVANM1      Y<br>Dose: 650 MG | 1 |
|------|------|------|
| 10/23/16 | 0235 FIDONAHS       Y<br>Dose: 650 MG | 1 |
| 10/23/16 | 1259 FICAVANM1      Y<br>Dose: 650 MG | 1 |
| 10/24/16 | 0221 FIROSSIA       Y<br>Dose: 650 MG | 1 |
| 10/24/16 | 2035 FIYOUNGS       Y<br>Dose: 650 MG | 1 |
| 10/25/16 | 0518 FIBURKEC       Y<br>Dose: 650 MG | 1 |

```
     Admin Totals                                               11
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 167
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO            Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex       37/M            Room      411          Registered Date 10/07/16
Status        DIS IN          Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

HYDR1DIS2 - HYDROmorphone HCL (DILAUDID) 1 MG/ML

```
Dose          1 MG  (1 ML)
Admin Route  IV
Start Date  10/21/16-0145      Stop Date 10/21/16 0146   DC Date 10/21/16-0146
Ordering Doctor    GEVORGYAN, DAVID MD
Total Dispensed      1         Total Costs $1.11         Total Charges $9.25
Rx Number    001889533
```

Discontinue Comments Reached Stop Date

```
History
  10/21/16 0132 - POM ORDER               by COGEVORD
  10/21/16 0145 - VERIFIED                by FISPERAR
  10/21/16 0146 - DISCONTINUE             by PHABKGJOB    Eff: 10/21/16 0146
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/21/16 0148 - DEBIT                   by JKRETZ
      ITEMS: 1      DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/21/16 | 0156 | FIKRETZJ | Y | | | 1 | 0.00 |
| (10/21/16) (0145) Dose: 1 MG | | | | | | | - |

|  | | | | | | Items | Charge |
|---|---|---|---|---|---|---|---|
| Admin Totals | | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 168
USER: MT                       Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO             Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089     Location  FI4PVA          Unit Number     F001250247
Age/Sex        37/M             Room      411             Registered Date 10/07/16
Status         DIS IN           Bed       02              Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                        (Continued)
```

ALTE2VIA2 - ALTEPLASE 2 MG VIAL

```
Dose         2 MG  (1 VIAL)
Admin Route IV
Start Date  10/21/16-0915      Stop Date 10/21/16 0916   DC Date 10/21/16-0916
Ordering Doctor    CHOWDHURY,JUNAD MD
Total Dispensed      1         Total Costs $111.93       Total Charges $922.50
Rx Number    001889790
```

Discontinue Comments Reached Stop Date

```
History
  10/21/16 0903 - POM ORDER                  by COCHOWDJ
  10/21/16 0905 - VERIFIED                   by FIANDERC
  10/21/16 0916 - DISCONTINUE                by PHABKGJOB    Eff: 10/21/16 0916
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/21/16 0918 - DEBIT                       by TEBERHAR
      ITEMS: 1      DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/21/16 | 0922 | FIEBERHP | Y | | | 1 | 0.00 |
| (10/21/16) (0915) Dose: 2 MG | | | | | | | |

| | | | | | | Items | Charge |
|---|---|---|---|---|---|---|---|
| Admin Totals | | | | | | 1 | 0 |

Patient  EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M           Room       411        Registered Date 10/07/16
Status         DIS IN         Bed        02         Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)

NYST100SM - Nystatin 500 MU/5 ML SUSPENSION

Dose            500 MU  (5 ML)
Dose Instruction     SWISH AND SWALLOW
Admin Route PO
Start Date  10/21/16-1300      Stop Date None          DC Date 10/26/16-1601
Ordering Doctor     HOWLAND, AMANDA R MD
Clinical Indication SKIN & SOFT TISSUE
Total Dispensed     16        Total Costs $14.88       Total Charges $31.20
Rx Number   001889974


History
  10/21/16 1011 - POM ORDER              by COHOWLAA
  10/21/16 1101 - VERIFIED               by FIREALID
  10/21/16 1209 - DEBIT                  by DGILMAN
       ITEMS: 1     DOSES: 1
  10/21/16 1555 - DEBIT                  by SDONAHUE
       ITEMS: 1     DOSES: 1
  10/21/16 1948 - DEBIT                  by SDONAHUE
       ITEMS: 1     DOSES: 1
  10/22/16 0801 - DEBIT                  by MCAVANAU
       ITEMS: 1     DOSES: 1
  10/22/16 1845 - DEBIT                  by MCAVANAU
       ITEMS: 1     DOSES: 1
  10/22/16 2003 - DEBIT                  by SDONAHUE
       ITEMS: 1     DOSES: 1
  10/23/16 1520 - DEBIT                  by MCAVANAU
       ITEMS: 1     DOSES: 1
  10/23/16 1649 - DEBIT                  by MCAVANAU
       ITEMS: 1     DOSES: 1
  10/23/16 2035 - DEBIT                  by AROSSINO
       ITEMS: 1     DOSES: 1
  10/24/16 0929 - DEBIT                  by DGILMAN
       ITEMS: 1     DOSES: 1
  10/24/16 1758 - DEBIT                  by SYOUNG
       ITEMS: 1     DOSES: 1
  10/24/16 2031 - DEBIT                  by SYOUNG
       ITEMS: 1     DOSES: 1
  10/25/16 0959 - DEBIT                  by DGILMAN
       ITEMS: 1     DOSES: 1
  10/25/16 1613 - DEBIT                  by SYOUNG
       ITEMS: 1     DOSES: 1
  10/25/16 2027 - DEBIT                  by SYOUNG
       ITEMS: 1     DOSES: 1
  10/26/16 0952 - DEBIT                  by DGILMAN
       ITEMS: 1     DOSES: 1
  10/26/16 1602 - DISCONTINUE            by COMANNR     Eff: 10/26/16 1601

Patient  EFUNNUGA,OLUTOKUNBO                              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089      Location  FI4PVA         Unit Number      F001250247
Age/Sex          37/M            Room      411            Registered Date 10/07/16
Status           DIS IN          Bed       02             Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO                      FA1307223089                          (Continued)

```
    EDIT DOCTOR: MANN,RUPINDER K MD
    EDIT SOURCE: Provider Source
    10/26/16 1602 - POM COPY AND EDIT          by COMANNR
    TO: Rx #U001145078
```

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/21/16 | 1215 FIGILMAD | Y | | | 1 | 0.00 |
| (10/21/16) (1300) Dose: 500 MU | | | | | | |
| 10/21/16 | 1702 FIDONAHS | Y | | | 1 | 0.00 |
| (10/21/16) (1700) Dose: 500 MU | | | | | | |
| 10/21/16 | 2118 FIDONAHS | Y | | | 1 | 0.00 |
| (10/21/16) (2100) Dose: 500 MU | | | | | | |
| 10/22/16 | 0813 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (0900) Dose: 500 MU | | | | | | |
| 10/22/16 | 1206 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (1300) Dose: 500 MU | | | | | | |
| 10/22/16 | 1849 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/22/16) (1700) Dose: 500 MU | | | | | | |
| 10/22/16 | 2032 FIDONAHS | N | | | | |
| (10/22/16) (2100) Dose: 500 MU | | | | | | |
| 10/22/16 | 2100 FIDONAHS | N | | REFUSED | | |
| (10/22/16) (2100) Dose: 0 MU | | | | | | |
| 10/23/16 | 0811 FICAVANM1 | N | | REFUSED | | |
| (10/23/16) (0900) Dose: 0 MU | | | | | | |
| 10/23/16 | 1521 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/23/16) (1300) Dose: 500 MU | | | | | | |
| 10/23/16 | 1658 FICAVANM1 | Y | | | 1 | 0.00 |
| (10/23/16) (1700) Dose: 500 MU | | | | | | |
| 10/23/16 | 2041 FIROSSIA | Y | | | 1 | 0.00 |
| (10/23/16) (2100) Dose: 500 MU | | | | | | |
| 10/24/16 | 1003 FIGILMAD | Y | | | 1 | 0.00 |
| (10/24/16) (0900) Dose: 500 MU | | | | | | |
| 10/24/16 | 1300 FIGILMAD | N | | PU | | |
| (10/24/16) (1300) Dose: 0 MU | | | | | | |
| 10/24/16 | 1759 FIYOUNGS | Y | | | 1 | 0.00 |
| (10/24/16) (1700) Dose: 500 MU | | | | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 171
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD | |
|---------|---------------------|----------|--------|-------------------------------------|------------|
| Account Number | FA1307223089 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date | 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date | 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | | (Continued) |
|----------------------|--------------|---|-------------|

| | | | | |
|---|---|---|---|---|
| 10/24/16 | 2034 FIYOUNGS | Y | 1 | 0.00 |
| (10/24/16) (2100) Dose: 500 MU | | | | |
| 10/25/16 | 1001 FIGILMAD | Y | 1 | 0.00 |
| (10/25/16) (0900) Dose: 500 MU | | | | |
| 10/25/16 | 1447 FIGILMAD | Y | 1 | 0.00 |
| (10/25/16) (1300) Dose: 500 MU | | | | |
| 10/25/16 | 1631 FIYOUNGS | Y | 1 | 0.00 |
| (10/25/16) (1700) Dose: 500 MU | | | | |
| 10/25/16 | 2038 FIYOUNGS | Y | 1 | 0.00 |
| (10/25/16) (2100) Dose: 500 MU | | | | |
| 10/26/16 | 1000 FIGILMAD | Y | 1 | 0.00 |
| (10/26/16) (0900) Dose: 500 MU | | | | |
| 10/26/16 | 1406 FIGILMAD | Y | 1 | 0.00 |
| (10/26/16) (1300) Dose: 500 MU | | | | |

| Admin Totals | | | 18 | 0 |
|--------------|---|---|----|---|

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 172
USER: MT                    Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
| Account Number | FA1307223089 | Location FI4PVA | Unit Number     F001250247 |
| Age/Sex | 37/M | Room     411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed     02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO            FA1307223089                    (Continued)
```

HYDR2DIS5 — HYDROmorphone HCl 2 MG/ML DISP.SYRIN

```
  Dose        2 MG  (1 ML)
  Admin Route IV
  Frequency   Q3 (PRN) PAR= PRN REASON: Severe pain(7-10/10)
  Start Date  10/21/16-1015      Stop Date None          DC Date 10/23/16-1042
  Ordering Doctor    HOWLAND, AMANDA R MD
  Total Dispensed    7          Total Costs $8.05        Total Charges $66.50
  Rx Number  001889975
```

History
```
  10/21/16 1015 - POM ORDER                by COHOWLAA
  10/21/16 1101 - EDIT                      by FIREALID
     FROM:
       DUPLICATE COMMENT:
     TO:
       DUPLICATE COMMENT: RPH
  10/21/16 1101 - VERIFIED                  by FIREALID
  10/21/16 1948 - DEBIT                     by SDONAHUE
       ITEMS: 1    DOSES: 1
  10/21/16 2253 - DEBIT                     by JKRETZ
       ITEMS: 1    DOSES: 1
  10/22/16 2004 - DEBIT                     by SDONAHUE
       ITEMS: 1    DOSES: 1
  10/22/16 2338 - DEBIT                     by CWRIGHT2
       ITEMS: 1    DOSES: 1
  10/23/16 0245 - DEBIT                     by DMCDEVITT
       ITEMS: 1    DOSES: 1
  10/23/16 0610 - DEBIT                     by DMCDEVITT
       ITEMS: 1    DOSES: 1
  10/23/16 0945 - DEBIT                     by MCAVANAU
       ITEMS: 1    DOSES: 1
  10/23/16 1047 - DISCONTINUE               by COMANNR     Eff: 10/23/16 1042
       EDIT DOCTOR: MANN, RUPINDER K MD
       EDIT SOURCE: Provider Source
  10/23/16 1047 - POM COPY AND EDIT         by COMANNR
       TO: Rx #U001142972
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/21/16 | 1952 FIDONAHS | N | | |
| | Dose: 2 MG | | | |
| 10/21/16 | 2255 FIKRETZJ | Y | 1 | |
| | Dose: 2 MG | | | |
| 10/22/16 | 2032 FIDONAHS | Y | 1 | |
| | Dose: 2 MG | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 173
USER: MT                     Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number        F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | | FA1307223089 | | (Continued) |
|---|---|---|---|---|

| 10/22/16 | 2342 FIDONAHS | Y | 1 |
|---|---|---|---|
| | Dose: 2 MG | | |
| 10/23/16 | 0246 FIDONAHS | Y | 1 |
| | Dose: 2 MG | | |
| 10/23/16 | 0612 FIDONAHS | Y | 1 |
| | Dose: 2 MG | | |
| 10/23/16 | 0948 FICAVANM1 | Y | 1 |
| | Dose: 2 MG | | |

```
    Admin Totals                                              6
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 174
USER: MT                    Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M           Room      411          Registered Date 10/07/16
Status         DIS IN         Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

HYDR1DIS2 — HYDROmorphone HCL (DILAUDID) 1 MG/ML

```
Dose          1 MG  (1 ML)
Admin Route  IV
Frequency    Q3H (PRN) PAR= PRN REASON: MODERATE PAIN(4-6/10)
Start Date   10/21/16-1015      Stop Date None          DC Date 10/23/16-1042
Ordering Doctor     HOWLAND, AMANDA R MD
Total Dispensed    3           Total Costs $3.33        Total Charges $27.75
Rx Number   001889979
```

```
History
  10/21/16 1015 — POM ORDER                    by COHOWLAA
  10/21/16 1027 — EDIT                         by FIREALID
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/21/16 1102 — VERIFIED                      by FIREALID
  10/22/16 0030 — DEBIT                         by JKRETZ
    ITEMS: 1     DOSES: 1
  10/22/16 0802 — DEBIT                         by MCAVANAU
    ITEMS: 1     DOSES: 1
  10/22/16 1847 — DEBIT                         by MCAVANAU
    ITEMS: 1     DOSES: 1
  10/23/16 1047 — DISCONTINUE                   by COMANNR     Eff: 10/23/16 1042
    EDIT DOCTOR: MANN, RUPINDER K MD
    EDIT SOURCE: Provider Source
  10/23/16 1047 — POM COPY AND EDIT             by COMANNR
    TO: Rx #U001142973
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/22/16 | 0031 FIKRETZJ    Y | | 1 | |
| | Dose: 1 MG | | | |
| 10/22/16 | 0806 FICAVANM1   Y | | 1 | |
| | Dose: 1 MG | | | |
| Admin Totals | | | 2 | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*         PAGE 175
USER: MT                       Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M           Room      411          Registered Date 10/07/16
Status         DIS IN         Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO               FA1307223089                    (Continued)
```

FAMO10VI12 — Famotidine/Pf 20 MG/2 ML INJECTION

```
Dose        20 MG  (2 ML)
Admin Route IV
Start Date  10/21/16-2130     Stop Date 10/21/16 2131    DC Date 10/21/16-2131
Ordering Doctor    PATEL, SANSKRUTI MD
Total Dispensed      1        Total Costs $0.96          Total Charges $8.00
Rx Number   001890593
```

Discontinue Comments Reached Stop Date

```
History
  10/21/16 2123 — POM ORDER              by COPATESA
  10/21/16 2132 — EDIT                   by FISPERAR
     EDIT DOCTOR: PATEL, SANSKRUTI MD
  10/21/16 2132 — VERIFIED               by FISPERAR
  10/21/16 2132 — DISCONTINUE            by PHABKGJOB    Eff: 10/21/16 2131
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         Reached Stop Date
  10/21/16 2201 — DEBIT                  by SDONAHUE
     ITEMS: 1    DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/21/16 | 2203 | FIDONAHS | Y | | | 1 | 0.00 |
| (10/21/16) (2130) Dose: 20 MG | | | | | | | |

| | | | | | | Items | Charge |
|---|---|---|---|---|---|---|---|
| Admin Totals | | | | | | 1 | 0 |

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 176
USER: MT                     Medication Administration Summary
```

```
Patient  EFUNNUGA, OLUTOKUNBO            Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex        37/M            Room      411           Registered Date 10/07/16
Status         DIS IN          Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

HYDR1DIS2 – HYDROmorphone HCL (DILAUDID) 1 MG/ML

```
  Dose          1 MG  (1 ML)
  Admin Route  IV
  Frequency    Q3H (PRN) PAR= PRN REASON: Severe pain(7-10/10)
  Start Date   10/23/16-1045      Stop Date None           DC Date 10/24/16-1641
  Ordering Doctor     MANN, RUPINDER K MD
  Total Dispensed     3            Total Costs $3.33        Total Charges $27.75
  Rx Number    001891692
```

```
  History
    10/23/16 1047 – POM COPY AND EDIT          by COMANNR
      FROM: Rx #001889975
    10/23/16 1050 – EDIT                       by FILINC
      FROM:
        DUPLICATE COMMENT:
      TO:
        DUPLICATE COMMENT: RPH
    10/23/16 1050 – EDIT                       by FILINC
      EDIT DOCTOR: MANN, RUPINDER K MD
      FROM:
        MED: HYDR2DIS5 – HYDROmorphone HCl/Pf
        RX ID: HYDROmorphone HCl 2 MG/ML DISP.SYRIN
        SIG: Q3
        CHARGE: $9.50
        RX COMMENTS:
          Order filed UNV:
          Allergies/Duplicates/Interactions differ from order entry
      TO:
        MED: HYDR1DIS2 – HYDROmorphone HCl/Pf
        RX ID: HYDROmorphone HCL (DILAUDID) 1 MG/ML
        SIG: Q3H
        CHARGE: $9.25
        DUPLICATE COMMENT: RPH
        RX COMMENTS:
    10/23/16 1050 – VERIFIED                   by FILINC
    10/23/16 2320 – DEBIT                      by AROSSINO
        ITEMS: 1      DOSES: 1
    10/24/16 0229 – DEBIT                      by AROSSINO
        ITEMS: 1      DOSES: 1
    10/24/16 0540 – DEBIT                      by AROSSINO
        ITEMS: 1      DOSES: 1
    10/24/16 1642 – DISCONTINUE                by COIRIATB    Eff: 10/24/16 1641
        EDIT DOCTOR: IRIARTE OPORTO, BLANCA E MD
        EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|------------|------|------|-------|-----|-------------|-------|--------|

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*         PAGE 177
USER: MT                      Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number    F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

| | | | |
|---|---|---|---|
| 10/23/16 | 2321 FIROSSIA<br>Dose: 1 MG | Y | 1 |
| 10/24/16 | 0229 FIROSSIA<br>Dose: 1 MG | Y | 1 |
| 10/24/16 | 0541 FIROSSIA<br>Dose: 1 MG | Y | 1 |
| Admin Totals | | | 3 |

```
DATE: 11/03/16 @ 0002     Mercy Fitzgerald Hospital PHA *LIVE*         PAGE 178
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO        Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number    F001250247
Age/Sex        37/M           Room      411          Registered Date 10/07/16
Status         DIS IN         Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

HYDR5DIS2 — HYDROmorphone HCl 0.5 MG/0.5 ML DISP.SYRIN

```
Dose          0.5 MG  (0.5 ML)
Admin Route  IV
Frequency    Q3H (PRN) PAR= PRN REASON: MODERATE PAIN(4-6/10)
Start Date   10/23/16-1315     Stop Date None        DC Date 10/24/16-1641
Ordering Doctor    MANN, RUPINDER K MD
Total Dispensed    3          Total Costs $5.04       Total Charges $42.00
Rx Number    001891693
```

History
  10/23/16 1047 — POM COPY AND EDIT            by COMANNR
    FROM: Rx #001889979
  10/23/16 1050 — EDIT                         by FILINC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/23/16 1050 — EDIT                         by FILINC
    EDIT DOCTOR: MANN, RUPINDER K MD
    FROM:
      MED: HYDR1DIS2 — HYDROmorphone HCl/Pf
      RX ID: HYDROmorphone HCL (DILAUDID) 1 MG/ML
      CHARGE: $9.25
      RX COMMENTS:
        Order filed UNV:
        Allergies/Duplicates/Interactions differ from order entry
    TO:
      MED: HYDR5DIS2 — HYDROmorphone HCl/Pf
      RX ID: HYDROmorphone HCl 0.5 MG/0.5 ML DISP.SYRIN
      CHARGE: $14.00
      DUPLICATE COMMENT: RPH
      RX COMMENTS:
  10/23/16 1050 — VERIFIED                     by FILINC
  10/23/16 1657 — DEBIT                        by MCAVANAU
        ITEMS: 1     DOSES: 1
  10/23/16 1701 — DEBIT                        by MCAVANAU
        ITEMS: 1     DOSES: 1
  10/23/16 2039 — DEBIT                        by AROSSINO
        ITEMS: 1     DOSES: 1
  10/24/16 1642 — DISCONTINUE                  by COIRIATB    Eff: 10/24/16 1641
        EDIT DOCTOR: IRIARTE OPORTO, BLANCA E MD
        EDIT SOURCE: Provider Source

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|------------|------|------|-------|-----|-------------|-------|--------|
| 10/23/16 | 1658 | FICAVANM1 | Y | | | 1 | |
| | | Dose: 0.5 MG | | | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 179
USER: MT                         Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD |
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

EFUNNUGA, OLUTOKUNBO                    FA1307223089                         (Continued)

10/23/16      2041 FIROSSIA      Y                                1
                   Dose: 0.5 MG

     Admin Totals                                                 2

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 180
USER: MT                        Medication Administration Summary
```

| | |
|---|---|
| Patient  EFUNNUGA, OLUTOKUNBO | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089    Location  FI4PVA | Unit Number      F001250247 |
| Age/Sex        37/M           Room     411 | Registered Date 10/07/16 |
| Status         DIS IN         Bed      02 | Discharged Date 11/01/16 |

EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)

SENN1TAB9 — SENOKOT S TABLET

```
Dose          1 TAB  (1 TABLET)
Admin Route PO
Start Date  10/23/16-1045      Stop Date None          DC Date 11/01/16-2054
Ordering Doctor    MANN,RUPINDER K MD
Total Dispensed     18        Total Costs $1.62        Total Charges $19.80
Rx Number   001891694
```

Discontinue Comments DC'd by Discharge

```
History
  10/23/16 1048 — POM ORDER                    by COMANNR
  10/23/16 1048 — NOW DOSE                     by COMANNR
    Now Dose:  10/23/16 1045
  10/23/16 1048 — KEEP NEXT DOSE               by COMANNR
    Keep Next Dose:  10/23/16 2100
  10/23/16 1050 — EDIT                         by FILINC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: V
  10/23/16 1051 — VERIFIED                     by FILINC
  10/23/16 1249 — DEBIT                        by MCAVANAU
    ITEMS: 1      DOSES: 1
  10/23/16 2035 — DEBIT                        by AROSSINO
    ITEMS: 1      DOSES: 1
  10/24/16 2030 — DEBIT                        by SYOUNG
    ITEMS: 1      DOSES: 1
  10/25/16 0930 — DEBIT                        by DGILMAN
    ITEMS: 1      DOSES: 1
  10/25/16 2026 — DEBIT                        by SYOUNG
    ITEMS: 1      DOSES: 1
  10/26/16 0952 — DEBIT                        by DGILMAN
    ITEMS: 1      DOSES: 1
  10/26/16 2119 — DEBIT                        by MMCGILL
    ITEMS: 1      DOSES: 1
  10/27/16 0816 — DEBIT                        by MMAXWELL
    ITEMS: 1      DOSES: 1
  10/27/16 2145 — DEBIT                        by JDESALVO
    ITEMS: 1      DOSES: 1
  10/28/16 0828 — DEBIT                        by NCARTER
    ITEMS: 1      DOSES: 1
  10/28/16 2118 — DEBIT                        by JAEKIM
    ITEMS: 1      DOSES: 1
  10/29/16 0840 — DEBIT                        by MHALLAMY
    ITEMS: 1      DOSES: 1
  10/29/16 2055 — DEBIT                        by KSKANE
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 181
USER: MT                        Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | | Location  FI4PVA | Unit Number      F001250247 | |
| Age/Sex | 37/M | Room     411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed      02 | Discharged Date 11/01/16 | |

| | | | |
|---|---|---|---|
| EFUNNUGA, OLUTOKUNBO | | FA1307223089 | (Continued) |

```
        ITEMS: 1      DOSES: 1
  10/30/16 0732 - DEBIT                    by ABLEILER
        ITEMS: 1      DOSES: 1
  10/30/16 2015 - DEBIT                    by DTAGOE
        ITEMS: 1      DOSES: 1
  10/31/16 0846 - DEBIT                    by KMOSLEY
        ITEMS: 1      DOSES: 1
  10/31/16 2039 - DEBIT                    by DTAGOE
        ITEMS: 1      DOSES: 1
  11/01/16 1025 - DEBIT                    by MHALLAMY
        ITEMS: 1      DOSES: 1
  11/01/16 2055 - DISCONTINUE              by DISCHARGE    Eff: 11/01/16 2054
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         DC'd by Discharge
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/23/16 | 1259 | FICAVANM1 | Y | | | 1 | 0.00 |
| (10/23/16) (1045) Dose: 1 TAB | | | | | | | |
| 10/23/16 | 2041 | FIROSSIA | Y | | | 1 | 0.00 |
| (10/23/16) (2100) Dose: 1 TAB | | | | | | | |
| 10/24/16 | 0900 | FIGILMAD | N | | NPO | | |
| (10/24/16) (0900) Dose: 0 TAB | | | | | | | |
| 10/24/16 | 2034 | FIYOUNGS | Y | | | 1 | 0.00 |
| (10/24/16) (2100) Dose: 1 TAB | | | | | | | |
| 10/25/16 | 0935 | FIGILMAD | Y | | | 1 | 0.00 |
| (10/25/16) (0900) Dose: 1 TAB | | | | | | | |
| 10/25/16 | 2038 | FIYOUNGS | Y | | | 1 | 0.00 |
| (10/25/16) (2100) Dose: 1 TAB | | | | | | | |
| 10/26/16 | 1001 | FIGILMAD | Y | | | 1 | 0.00 |
| (10/26/16) (0900) Dose: 1 TAB | | | | | | | |
| 10/26/16 | 2146 | FIMCGILM | Y | | | 1 | 0.00 |
| (10/26/16) (2100) Dose: 1 TAB | | | | | | | |
| 10/27/16 | 0826 | FIMAXWEM | Y | | | 1 | 0.00 |
| (10/27/16) (0900) Dose: 1 TAB | | | | | | | |
| 10/27/16 | 2100 | FIDESALJ | N | | REFUSED | | |
| (10/27/16) (2100) Dose: 0 TAB | | | | | | | |
| 10/28/16 | 0831 | FICARTEN | Y | | | 1 | 0.00 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 182
USER: MT                     Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089 | Location FI4PVA | Unit Number    F001250247 |
| Age/Sex      37/M | Room     411 | Registered Date 10/07/16 |
| Status       DIS IN | Bed      02 | Discharged Date 11/01/16 |

| EFUNNUGA,OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

(10/28/16) (0900) Dose: 1 TAB

| 10/28/16    2123 FIKIMJ       Y | 1 | 0.00 |
|---|---|---|

(10/28/16) (2100) Dose: 1 TAB

| 10/29/16    0901 FIHALLAM     Y | 1 | 0.00 |
|---|---|---|

(10/29/16) (0900) Dose: 1 TAB

| 10/29/16    2209 FISKANEK     Y | 1 | 0.00 |
|---|---|---|

(10/29/16) (2100) Dose: 1 TAB

| 10/30/16    0826 FIBLEILA     Y | 1 | 0.00 |
|---|---|---|

(10/30/16) (0900) Dose: 1 TAB

| 10/30/16    2053 FITAGOED     Y | 1 | 0.00 |
|---|---|---|

(10/30/16) (2100) Dose: 1 TAB

| 10/31/16    0856 FIMOSLEK     Y | 1 | 0.00 |
|---|---|---|

(10/31/16) (0900) Dose: 1 TAB

| 10/31/16    2106 FITAGOED     Y | 1 | 0.00 |
|---|---|---|

(10/31/16) (2100) Dose: 1 TAB

| 11/01/16    1036 FIHALLAM     Y | 1 | 0.00 |
|---|---|---|

(11/01/16) (0900) Dose: 1 TAB

| Admin Totals | 17 | 0 |
|---|---|---|

FENT0.0533 — fentaNYL CITRATE/PF 100 MCG/2 ML

```
Dose          100 MCG  (2 ML)
Admin Route .ROUTE
Start Date  10/24/16-1017      Stop Date 10/24/16 1018    DC Date 10/24/16-1018
Ordering Doctor      DOCTOR,PYXIS OVERRIDE
Total Dispensed      1        Total Costs $0.27           Total Charges $2.25
Rx Number    001892538
```

Discontinue Comments DC'd by DHIN

```
History
  10/24/16 1018 — OV INV PHA              by DHIN
  10/24/16 1019 — DISCONTINUE             by STK MED      Eff: 10/24/16 1018
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by DHIN
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*       PAGE 183
USER: MT                      Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
| Account Number FA1307223089 | | Location FI4PVA | Unit Number    F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

MIDA1VIA13 — Midazolam HCl/Pf 2 MG/2 ML INJECTION

```
Dose        2 MG  (2 ML)
Admin Route .ROUTE
Start Date  10/24/16-1017      Stop Date 10/24/16 1018    DC Date 10/24/16-1018
Ordering Doctor     DOCTOR, PYXIS OVERRIDE
Total Dispensed      1           Total Costs $0.29         Total Charges $2.50
Rx Number   001892539
```

Discontinue Comments DC'd by DHIN

```
History
   10/24/16 1019 — DISCONTINUE             by STK MED    Eff: 10/24/16 1018
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          DC'd by DHIN
   10/24/16 1019 — OV INV PHA                    by DHIN
```

FENT0.0528 — fentaNYL CITRATE/PF 250 MCG/5 ML INJECTION

```
Dose        250 MCG  (5 ML)
Admin Route .ROUTE
Start Date  10/24/16-1018      Stop Date 10/24/16 1019    DC Date 10/24/16-1019
Ordering Doctor     DOCTOR, PYXIS OVERRIDE
Total Dispensed      1           Total Costs $1.32         Total Charges $11.00
Rx Number   001892541
```

Discontinue Comments DC'd by DHIN

```
History
   10/24/16 1019 — DISCONTINUE             by STK MED    Eff: 10/24/16 1019
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          DC'd by DHIN
   10/24/16 1019 — OV INV PHA                    by DHIN
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 184
USER: MT                   Medication Administration Summary
```

```
Patient   EFUNNUGA,OLUTOKUNBO           Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number     F001250247
Age/Sex       37/M            Room       411          Registered Date 10/07/16
Status        DIS IN          Bed        02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO               FA1307223089                    (Continued)
```

BUPI30VI6 — BUPIVACAINE/EPI 0.5%/0.0005 30 ML VIAL

**Dose**        30 ML  (1 INJECTION)
**Admin Route** .ROUTE
**Start Date**  10/24/16-1308      Stop Date 10/24/16 1309    DC Date 10/24/16-1309
**Ordering Doctor**   DOCTOR,PYXIS OVERRIDE
**Total Dispensed**      1         Total Costs $2.95          Total Charges $24.50
**Rx Number**    001892760

Discontinue Comments DC'd by MDOHERTY


**History**
  10/24/16 1309 — DISCONTINUE              by STK MED    Eff: 10/24/16 1309
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         DC'd by MDOHERTY
  10/24/16 1309 — OV INV PHA               by MDOHERTY

GLYC0.2V71 — GLYCOPYRROLATE 0.2 MG/ML (5 ML) SYRINGE

**Dose**        1 MG  (5 ML)
**Admin Route** .ROUTE
**Start Date**  10/24/16-1335      Stop Date 10/24/16 1336    DC Date 10/24/16-1336
**Ordering Doctor**   DOCTOR,PYXIS OVERRIDE
**Total Dispensed**      1         Total Costs $29.68         Total Charges $30.70
**Rx Number**    001892789

Discontinue Comments DC'd by DHIN


**History**
  10/24/16 1336 — OV INV PHA                by DHIN
  10/24/16 1336 — DISCONTINUE              by STK MED    Eff: 10/24/16 1336
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         DC'd by DHIN

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 185
USER: MT                       Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number      F001250247
Age/Sex       37/M            Room      411          Registered Date 10/07/16
Status        DIS IN          Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

NEOS5DIS - Neostigmine Methylsulfate 5 MG/5 ML DISP.SYRIN

```
Dose        5 MG  (5 ML)
Admin Route IV
Start Date  10/24/16-1335      Stop Date 10/24/16 1336   DC Date 10/24/16-1336
Ordering Doctor    DOCTOR, PYXIS OVERRIDE
Total Dispensed       1        Total Costs $5.00         Total Charges $41.25
Rx Number   001892790
```

Discontinue Comments DC'd by DHIN

```
History
  10/24/16 1336 - DISCONTINUE              by STK MED    Eff: 10/24/16 1336
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by DHIN
  10/24/16 1336 - OV INV PHA                 by DHIN
```

ONDA2VIA2 - Ondansetron HCl/Pf 4 MG/2 ML INJECTION

```
Dose        4 MG  (2 ML)
Admin Route .ROUTE
Start Date  10/24/16-1335      Stop Date 10/24/16 1336   DC Date 10/24/16-1336
Ordering Doctor    DOCTOR, PYXIS OVERRIDE
Total Dispensed       1        Total Costs $0.44         Total Charges $3.75
Rx Number   001892791
```

Discontinue Comments DC'd by DHIN

```
History
  10/24/16 1336 - OV INV PHA                 by DHIN
  10/24/16 1336 - DISCONTINUE              by STK MED    Eff: 10/24/16 1336
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by DHIN
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 186
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO          Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number    F001250247
Age/Sex       37/M            Room      411           Registered Date 10/07/16
Status        DIS IN          Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

HYDR2DIS5 - HYDROmorphone HCl 2 MG/ML DISP.SYRIN

```
  Dose        2 MG  (1 ML)
  Admin Route .ROUTE
  Start Date  10/24/16-1348     Stop Date 10/24/16 1349   DC Date 10/24/16-1349
  Ordering Doctor    DOCTOR,PYXIS OVERRIDE
  Total Dispensed      0          Total Costs $0.00         Total Charges $0.00
  Rx Number   001892799
```

  Discontinue Comments DC'd by DHIN

```
  History
    10/24/16 1349 - DISCONTINUE            by STK MED     Eff: 10/24/16 1349
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          DC'd by DHIN
    10/24/16 1349 - OV INV PHA             by DHIN
    10/24/16 1747 - LINKDM                 by SYSTEM
      Provider Order Rx #: U001143811
    10/24/16 1749 - EVALDM                 by FIANDERC
      Provider order 001893023 identified as linked with this dispensing machine order.
```

FENT0.0528 - fentaNYL CITRATE/PF 250 MCG/5 ML INJECTION

```
  Dose       250 MCG  (5 ML)
  Admin Route .ROUTE
  Start Date  10/24/16-1411     Stop Date 10/24/16 1412   DC Date 10/24/16-1412
  Ordering Doctor    DOCTOR,PYXIS OVERRIDE
  Total Dispensed      1          Total Costs $1.32         Total Charges $11.00
  Rx Number   001892813
```

  Discontinue Comments DC'd by DHIN

```
  History
    10/24/16 1413 - DISCONTINUE            by STK MED     Eff: 10/24/16 1412
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          DC'd by DHIN
    10/24/16 1413 - OV INV PHA             by DHIN
```

```
DATE: 11/03/16 @ 0002       Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 187
USER: MT                      Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO           Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number     F001250247
Age/Sex        37/M            Room      411           Registered Date 10/07/16
Status         DIS IN          Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

MIDA1VIA13 — Midazolam HCl/Pf 2 MG/2 ML INJECTION

```
Dose        2 MG  (2 ML)
Admin Route .ROUTE
Start Date  10/24/16-1512     Stop Date 10/24/16 1513   DC Date 10/24/16-1513
Ordering Doctor    DOCTOR,PYXIS OVERRIDE
Total Dispensed     1          Total Costs $0.29         Total Charges $2.50
Rx Number   001892869
```

Discontinue Comments DC'd by ECROSBY

```
History
  10/24/16 1512 — OV INV PHA                by ECROSBY
  10/24/16 1512 — DISCONTINUE               by STK MED    Eff: 10/24/16 1513
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         DC'd by ECROSBY
```

ACET650S10 — Acetaminophen 650 MG SUPP.RECT

```
Dose        650 MG  (1 SUPP.RECT)
Admin Route RC
Start Date  10/24/16-1601     Stop Date 10/24/16 1602   DC Date 10/24/16-1602
Ordering Doctor    DOCTOR,PYXIS OVERRIDE
Total Dispensed     1          Total Costs $0.18         Total Charges $1.20
Rx Number   001892938
```

Discontinue Comments DC'd by ECROSBY

```
History
  10/24/16 1601 — DISCONTINUE               by STK MED    Eff: 10/24/16 1602
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         DC'd by ECROSBY
  10/24/16 1601 — OV INV PHA                by ECROSBY
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 188
USER: MT                     Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO            Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number     F001250247
Age/Sex        37/M           Room      411         Registered Date 10/07/16
Status         DIS IN         Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                     (Continued)
```

FENT0.0533 - fentaNYL CITRATE/PF 100 MCG/2 ML

```
 Dose          50 MCG  (1 ML)
 Dose Instruction    IVP FOR CRITICAL CARE UNITS AND 5-SOUTH ONLY
 Admin Route IV
 Frequency    Q2H (PRN) PAR= PRN REASON: CPOT > 2 / RASS 0 TO -1
 Start Date  10/24/16-1645      Stop Date None          DC Date 10/24/16-1648
 Ordering Doctor    IRIARTE OPORTO,BLANCA E MD
 Total Dispensed     1          Total Costs $0.27          Total Charges $2.25
 Rx Number   001892964
```

```
 History
   10/24/16 1641 - POM ORDER                  by COIRIATB
   10/24/16 1643 - EDIT                       by COIRIATB
      EDIT DOCTOR: IRIARTE OPORTO,BLANCA E MD
      EDIT SOURCE: Provider Source
      FROM:
        PRN REASON: CPOT > 3 / RASS 0 TO -1
      TO:
        PRN REASON: CPOT > 2 / RASS 0 TO -1
   10/24/16 1643 - MERGEDM                    by SYSTEM
      Items Dispensed:  on: 10/24/16-1642 Dispensing Machine: 5PAV User: HBEURKET
   10/24/16 1647 - VERIFIED                   by FIANDERC
   10/24/16 1647 - DEBIT                      by HBEURKET
      ITEMS: 1     DOSES: 1
   10/24/16 1647 - EVALDM                     by FIANDERC
      Dispensing machine transaction merged
      Items Dispensed:  on: 10/24/16-1642 Dispensing Machine: 5PAV User: HBEURKET
   10/24/16 1649 - DISCONTINUE                by COGEVORD     Eff: 10/24/16 1648
      EDIT DOCTOR: GEVORGYAN,DAVID MD
      EDIT SOURCE: Provider Source
   10/24/16 1649 - POM COPY AND EDIT          by COGEVORD
      TO: Rx #U001143768
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 189
USER: MT                      Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO           Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number    F001250247
Age/Sex       37/M            Room       411           Registered Date 10/07/16
Status        DIS IN          Bed        02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO            FA1307223089                         (Continued)
```

FENTO.0533 - fentaNYL CITRATE/PF 100 MCG/2 ML

```
Dose            75 MCG  (1.5 ML)
Dose Instruction    IVP FOR CRITICAL CARE UNITS AND 5-SOUTH ONLY
Admin Route IV
Frequency   Q2H (PRN) PAR= PRN REASON: CPOT > 2 / RASS 0 TO -1
Start Date  10/24/16-1845      Stop Date 10/24/16 1845    DC Date 10/24/16-1845
Ordering Doctor    GEVORGYAN, DAVID MD
Total Dispensed      0          Total Costs $             Total Charges $
Rx Number   001892971
```

History
```
  10/24/16 1649 - POM COPY AND EDIT            by COGEVORD
    FROM: Rx #001892964
  10/24/16 1650 - VERIFIED                     by FIANDERC
  10/24/16 1747 - DISCONTINUE                  by COGEVORD    Eff: 10/24/16 1845
    EDIT DOCTOR: GEVORGYAN, DAVID MD
    EDIT SOURCE: Provider Source
    FROM:
      RX COMMENTS:
        Order filed UNV:
        Allergies/Duplicates/Interactions differ from order entry
    TO:
      RX COMMENTS:
        Order filed UNV:
        Allergies/Duplicates/Interactions differ from order entry
        Order filed UNV:
        Allergies/Duplicates/Interactions differ from order entry
  10/24/16 1747 - EDIT                         by COGEVORD
    EDIT DOCTOR: GEVORGYAN, DAVID MD
    EDIT SOURCE: Provider Source
    FROM:
      START: 10/24/16-1845  STOP: None  SOFT STOP:
    TO:
      START: 10/24/16-1845  STOP: 10/24/16-1845  SOFT STOP:
```

```
Admin Date  Time User      Given Bag Reason Code          Items          Charge
10/24/16    1654 FIBEURKH      Y                            1
                 Dose: 75 MCG
```

```
  Admin Totals                                              1
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 190
USER: MT                     Medication Administration Summary
```

```
Patient  EFUNNUGA, OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number    F001250247
Age/Sex        37/M            Room      411           Registered Date 10/07/16
Status         DIS IN          Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                      (Continued)
```

HYDR1DIS2 - HYDROmorphone HCL (DILAUDID) 1 MG/ML

```
Dose           1 MG  (1 ML)
Admin Route IV
Frequency   Q3H (PRN) PAR= PRN REASON: pain 4-6
Start Date  10/24/16-1745      Stop Date None         DC Date 10/28/16-1554
Ordering Doctor    GEVORGYAN, DAVID MD
Total Dispensed      5          Total Costs $5.55      Total Charges $46.25
Rx Number   001893022
```

```
History
  10/24/16 1747 - POM ORDER              by COGEVORD
  10/24/16 1747 - EDIT                   by FIANDERC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/24/16 1747 - VERIFIED               by FIANDERC
  10/25/16 1307 - DEBIT                  by DGILMAN
      ITEMS: 1     DOSES: 1
  10/26/16 1402 - DEBIT                  by ADALISAY
      ITEMS: 1     DOSES: 1
  10/27/16 1600 - DEBIT                  by JSTASKY
      ITEMS: 1     DOSES: 1
  10/28/16 0101 - DEBIT                  by AGARDOSE
      ITEMS: 1     DOSES: 1
  10/28/16 0531 - DEBIT                  by AGARDOSE
      ITEMS: 1     DOSES: 1
  10/28/16 1555 - DISCONTINUE            by COJADHAG   Eff: 10/28/16 1554
    EDIT DOCTOR: JADHAV, GAURAV P MD
    EDIT SOURCE: Provider Source
  10/28/16 1555 - POM COPY AND EDIT      by COJADHAG
    TO: Rx #U001146149
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/25/16 | 1308 | FIGILMAD | Y | | | 1 | |
| | | Dose: 1 MG | | | | | |
| 10/26/16 | 1406 | FIGILMAD | Y | | | 1 | |
| | | Dose: 1 MG | | | | | |
| 10/27/16 | 1602 | FISTASKJ | Y | | | 1 | |
| | | Dose: 1 MG | | | | | |
| 10/28/16 | 0101 | FIGARDOA | N | | | | |
| | | Dose: 1 MG | | | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 191
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/28/16      0531 FIGARDOA       Y                              1
                   Dose: 1 MG


     Admin Totals                                               4
```

```
DATE: 11/03/16 @ 0002     Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 192
USER: MT                     Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO           Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number     F001250247
Age/Sex        37/M           Room       411           Registered Date 10/07/16
Status         DIS IN         Bed        02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

HYDR2DIS5 — HYDROmorphone HCl 2 MG/ML DISP.SYRIN

```
Dose         1.5 MG  (0.75 ML)
Admin Route IV
Frequency   Q3H (PRN) PAR= PRN REASON: pain 7-10
Start Date  10/24/16-1745     Stop Date None            DC Date 10/28/16-1554
Ordering Doctor    GEVORGYAN, DAVID MD
Total Dispensed    13         Total Costs $14.95         Total Charges $123.50
Rx Number   001893023
```

```
History
  10/24/16 1747 — LINKDM                    by SYSTEM
    Dispensing Machine Order Rx #: 001892799
  10/24/16 1747 — POM ORDER                 by COGEVORD
  10/24/16 1748 — EDIT                      by FIANDERC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/24/16 1748 — EDIT                      by FIANDERC
    EDIT DOCTOR: GEVORGYAN, DAVID MD
    FROM:
      SIG: Q3
    TO:
      SIG: Q3H
      DUPLICATE COMMENT: RPH
  10/24/16 1748 — VERIFIED                  by FIANDERC
  10/24/16 1749 — EVALDM                    by FIANDERC
    Dispensing machine order 001892799 identified as linked with this provider order.
  10/24/16 1839 — DEBIT                     by SYOUNG
    ITEMS: 1      DOSES: 1
  10/24/16 2244 — DEBIT                     by SYOUNG
    ITEMS: 1      DOSES: 1
  10/25/16 0139 — DEBIT                     by CBURKE
    ITEMS: 1      DOSES: 1
  10/25/16 0510 — DEBIT                     by CBURKE
    ITEMS: 1      DOSES: 1
  10/25/16 0946 — DEBIT                     by DGILMAN
    ITEMS: 1      DOSES: 1
  10/25/16 1613 — DEBIT                     by SYOUNG
    ITEMS: 1      DOSES: 1
  10/25/16 1901 — DEBIT                     by SYOUNG
    ITEMS: 1      DOSES: 1
  10/26/16 0110 — DEBIT                     by VDAMATO
    ITEMS: 1      DOSES: 1
  10/26/16 0751 — DEBIT                     by DGILMAN
    ITEMS: 1      DOSES: 1
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 193
USER: MT                   Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO            Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex      37/M             Room      411          Registered Date 10/07/16
Status       DIS IN           Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO            FA1307223089                      (Continued)
```

```
   10/26/16 1836 - DEBIT                    by TNOGA
        ITEMS: 1      DOSES: 1
   10/26/16 2119 - DEBIT                    by MMCGILL
        ITEMS: 1      DOSES: 1
   10/27/16 0133 - DEBIT                    by VDAMATO
        ITEMS: 1      DOSES: 1
   10/28/16 1555 - DISCONTINUE              by COJADHAG    Eff: 10/28/16 1554
        EDIT DOCTOR: JADHAV, GAURAV P MD
        EDIT SOURCE: Provider Source
   10/28/16 1555 - POM COPY AND EDIT        by COJADHAG
        TO: Rx #U001146148
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/24/16 | 1840 FIYOUNGS    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/24/16 | 2246 FIYOUNGS    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/25/16 | 0149 FIBURKEC    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/25/16 | 0518 FIBURKEC    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/25/16 | 0947 FIGILMAD    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/25/16 | 1643 FIYOUNGS    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/25/16 | 1902 FIYOUNGS    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/26/16 | 0114 FIDAMATV    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/26/16 | 0801 FIGILMAD    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/26/16 | 1848 FINOGAT     Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/26/16 | 2145 FIMCGILM    Y | | 1 | |
| | Dose: 1.5 MG | | | |
| 10/27/16 | 0137 FIDAMATV    Y | | 1 | |
| | Dose: 1.5 MG | | | |

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 194
USER: MT                    Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number     F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

```
  Admin Totals                                              12
```

```
DOCU100C33 - Docusate Sodium 100 MG CAPSULE

   Dose        100 MG  (1 CAPSULE)
   Admin Route PO
   Start Date  10/25/16-0900     Stop Date None          DC Date 10/25/16-1029
   Ordering Doctor   PATEL, SANSKRUTI MD
   Total Dispensed     0         Total Costs $           Total Charges $
   Rx Number   001893362



   History
    10/25/16 0526 - POM ORDER              by COPATESA
    10/25/16 0536 - EDIT                   by FISACKSM
      FROM:
        DUPLICATE COMMENT:
      TO:
        DUPLICATE COMMENT: RPH
    10/25/16 0536 - VERIFIED               by FISACKSM
    10/25/16 1032 - DISCONTINUE            by COTHUMMS    Eff: 10/25/16 1029
        EDIT DOCTOR: THUMMALAPENTA, SIRISHA MD
        EDIT SOURCE: Provider Source
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 195
USER: MT                    Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO        Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411         Registered Date 10/07/16
Status         DIS IN          Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

ALTE2VIA2 - ALTEPLASE 2 MG VIAL

```
Dose         2 MG  (1 VIAL)
Admin Route IV
Start Date  10/25/16-0800      Stop Date 10/25/16 0801   DC Date 10/25/16-0801
Ordering Doctor    IRIARTE OPORTO, BLANCA E MD
Total Dispensed      0          Total Costs $            Total Charges $
Rx Number    001893500
```

Discontinue Comments Reached Stop Date

```
History
  10/25/16 0755 - POM ORDER                  by COIRIATB
  10/25/16 0812 - VERIFIED                   by FIJASINT
  10/25/16 0812 - DISCONTINUE                by PHABKGJOB    Eff: 10/25/16 0801
     FROM:
       DC COMMENTS:
     TO:
       DC COMMENTS:
         Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/25/16 | 0800 | FINOGAT | N | | OTHER | | |

(10/25/16) (0800) Dose: 0 MG


  Admin Totals

```
DATE: 11/03/16 @ 0002       Mercy Fitzgerald Hospital PHA *LIVE*            PAGE 196
USER: MT                    Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO            Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex       37/M            Room       411          Registered Date 10/07/16
Status        DIS IN          Bed        02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                  (Continued)
```

SODI15OR2 - Sodium Polystyrene Sulfonate 15 GM/60 ML ORAL.SUSP

```
Dose          30 GM  (120 ML)
Admin Route PO
Start Date  10/25/16-1030      Stop Date 10/25/16 1031   DC Date 10/25/16-1031
Ordering Doctor    THUMMALAPENTA,SIRISHA MD
Total Dispensed       2        Total Costs $12.19        Total Charges $18.20
Rx Number   001893662
```

Discontinue Comments Reached Stop Date

```
History
  10/25/16 1028 - POM ORDER                 by COTHUMMS
  10/25/16 1031 - VERIFIED                  by FIREALID
  10/25/16 1031 - DISCONTINUE               by PHABKGJOB   Eff: 10/25/16 1031
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/25/16 1107 - DEBIT                      by DGILMAN
      ITEMS: 2      DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/25/16 | 1108 | FIGILMAD | Y | | | 2 | 0.00 |
| (10/25/16) (1030) Dose: 30 GM | | | | | | | |

```
  Admin Totals                                           2              0
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 197
USER: MT                   Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO          Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA    Unit Number      F001250247
Age/Sex        37/M           Room       411       Registered Date 10/07/16
Status         DIS IN         Bed        02        Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO           FA1307223089                    (Continued)
```

PHEN10DIS - Phenylephrine HCl 1 MG/10 ML DISP.SYRIN

```
Dose       1 MG  (10 ML)
Admin Route .ROUTE
Start Date  10/25/16-1053      Stop Date 10/25/16 1054   DC Date 10/25/16-1054
Ordering Doctor
Total Dispensed      1         Total Costs $6.00          Total Charges $49.50
Rx Number    001893686
```

Discontinue Comments DC'd by DHIN

```
History
  10/25/16 1054 - DISCONTINUE              by STK MED     Eff: 10/25/16 1054
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by DHIN
  10/25/16 1054 - OV INV PHA               by DHIN
```

SODI15OR2 - Sodium Polystyrene Sulfonate 15 GM/60 ML ORAL.SUSP

```
Dose       30 GM  (120 ML)
Admin Route PO
Start Date  10/25/16-1230      Stop Date 10/25/16 1231   DC Date 10/25/16-1230
Ordering Doctor    GEVORGYAN, DAVID MD
Total Dispensed      0         Total Costs $           Total Charges $
Rx Number    001893819
```

```
History
  10/25/16 1220 - POM ORDER                by COGEVORD
  10/25/16 1223 - DISCONTINUE              by COGEVORD   Eff: 10/25/16 1230
    EDIT DOCTOR: GEVORGYAN, DAVID MD
    EDIT SOURCE: Provider Source
  10/25/16 1223 - VERIFIED                 by SYSTEM
    Verified in order to DC
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 198
USER: MT                      Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO           Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA         Unit Number      F001250247
Age/Sex        37/M            Room      411            Registered Date 10/07/16
Status         DIS IN          Bed       02             Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                     (Continued)
```

FOLI1TAB35 — Folic Acid 1 MG TABLET

```
Dose        1 MG  (1 TABLET)
Admin Route PO
Start Date  10/26/16-0900       Stop Date None            DC Date 10/31/16-1519
Ordering Doctor    MANN,RUPINDER K MD
Total Dispensed      6           Total Costs $0.30         Total Charges $6.30
Rx Number   001894441
```

History
```
   10/26/16 0715 - POM COPY AND EDIT          by COMANNR
      FROM: Rx #001877055
   10/26/16 0717 - EDIT                       by FIANDERC
      FROM:
        DUPLICATE COMMENT:
      TO:
        DUPLICATE COMMENT: RPH
   10/26/16 0717 - VERIFIED                   by FIANDERC
   10/26/16 0952 - DEBIT                      by DGILMAN
      ITEMS: 1     DOSES: 1
   10/27/16 0818 - DEBIT                      by MMAXWELL
      ITEMS: 1     DOSES: 1
   10/28/16 0827 - DEBIT                      by NCARTER
      ITEMS: 1     DOSES: 1
   10/29/16 0840 - DEBIT                      by MHALLAMY
      ITEMS: 1     DOSES: 1
   10/30/16 0731 - DEBIT                      by ABLEILER
      ITEMS: 1     DOSES: 1
   10/31/16 0845 - DEBIT                      by KMOSLEY
      ITEMS: 1     DOSES: 1
   10/31/16 1521 - DISCONTINUE                by COMAQSOT   Eff: 10/31/16 1519
      EDIT DOCTOR: MAQSOOD,TAHIR MD
      EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/26/16 | 1002 | FIGILMAD | Y | | | 1 | 0.00 |
| (10/26/16) (0900) Dose: 1 MG | | | | | | | |
| 10/27/16 | 0826 | FIMAXWEM | Y | | | 1 | 0.00 |
| (10/27/16) (0900) Dose: 1 MG | | | | | | | |
| 10/28/16 | 0831 | FICARTEN | Y | | | 1 | 0.00 |
| (10/28/16) (0900) Dose: 1 MG | | | | | | | |
| 10/29/16 | 0901 | FIHALLAM | Y | | | 1 | 0.00 |
| (10/29/16) (0900) Dose: 1 MG | | | | | | | |

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 199
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/30/16     0825 FIBLEILA       Y                              1          0.00
(10/30/16) (0900) Dose: 1 MG

10/31/16     0856 FIMOSLEK       Y                              1          0.00
(10/31/16) (0900) Dose: 1 MG


   Admin Totals                                                 6            0
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 200
USER: MT                   Medication Administration Summary
```

```
Patient   EFUNNUGA, OLUTOKUNBO            Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M            Room       411         Registered Date 10/07/16
Status         DIS IN          Bed        02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

THIA100T4 — Thiamine HCl 100 MG TABLET

```
Dose         100 MG  (1 TABLET)
Admin Route PO
Start Date  10/26/16-0900      Stop Date None           DC Date 11/01/16-2054
Ordering Doctor    MANN,RUPINDER K MD
Total Dispensed     7          Total Costs $0.07        Total Charges $7.35
Rx Number   001894442
```

Discontinue Comments DC'd by Discharge

```
History
  10/26/16 0715 — POM COPY AND EDIT         by COMANNR
    FROM: Rx #001877056
  10/26/16 0717 — EDIT                      by FIANDERC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/26/16 0717 — VERIFIED                  by FIANDERC
  10/26/16 0951 — DEBIT                      by DGILMAN
       ITEMS: 1      DOSES: 1
  10/27/16 0816 — DEBIT                      by MMAXWELL
       ITEMS: 1      DOSES: 1
  10/28/16 0828 — DEBIT                      by NCARTER
       ITEMS: 1      DOSES: 1
  10/29/16 0840 — DEBIT                      by MHALLAMY
       ITEMS: 1      DOSES: 1
  10/30/16 0732 — DEBIT                      by ABLEILER
       ITEMS: 1      DOSES: 1
  10/31/16 0845 — DEBIT                      by KMOSLEY
       ITEMS: 1      DOSES: 1
  11/01/16 1025 — DEBIT                      by MHALLAMY
       ITEMS: 1      DOSES: 1
  11/01/16 2055 — DISCONTINUE               by DISCHARGE   Eff: 11/01/16 2054
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by Discharge
```

| Admin Date | Time | User | Given Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/26/16 | 1001 | FIGILMAD | Y | | 1 | 0.00 |
| (10/26/16) (0900) Dose: 100 MG | | | | | | |
| 10/27/16 | 0826 | FIMAXWEM | Y | | 1 | 0.00 |
| (10/27/16) (0900) Dose: 100 MG | | | | | | |