```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 201
USER: MT                        Medication Administration Summary
```

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
10/28/16    0831 FICARTEN     Y                              1            0.00
(10/28/16) (0900) Dose: 100 MG

10/29/16    0902 FIHALLAM     Y                              1            0.00
(10/29/16) (0900) Dose: 100 MG

10/30/16    0825 FIBLEILA     Y                              1            0.00
(10/30/16) (0900) Dose: 100 MG

10/31/16    0857 FIMOSLEK     Y                              1            0.00
(10/31/16) (0900) Dose: 100 MG

11/01/16    1036 FIHALLAM     Y                              1            0.00
(11/01/16) (0900) Dose: 100 MG


   Admin Totals                                             7            0
```

```
Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room       411        Registered Date 10/07/16
Status         DIS IN          Bed        02         Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

MULT-136 - MULTIVITAMINS TABLET

```
Dose          1 TAB  (1 TABLET)
Admin Route PO
Start Date  10/26/16-0900      Stop Date None          DC Date 11/01/16-2054
Ordering Doctor    MANN, RUPINDER K MD
Total Dispensed    7           Total Costs $0.21       Total Charges $7.35
Rx Number   001894443
```

Discontinue Comments DC'd by Discharge

History
```
   10/26/16 0715 - POM ORDER                  by COMANNR
   10/26/16 0717 - VERIFIED                   by FIANDERC
   10/26/16 0953 - DEBIT                      by DGILMAN
       ITEMS: 1    DOSES: 1
   10/27/16 0816 - DEBIT                      by MMAXWELL
       ITEMS: 1    DOSES: 1
   10/28/16 0828 - DEBIT                      by NCARTER
       ITEMS: 1    DOSES: 1
   10/29/16 0840 - DEBIT                      by MHALLAMY
       ITEMS: 1    DOSES: 1
   10/30/16 0731 - DEBIT                      by ABLEILER
       ITEMS: 1    DOSES: 1
   10/31/16 0845 - DEBIT                      by KMOSLEY
       ITEMS: 1    DOSES: 1
   11/01/16 1024 - DEBIT                      by MHALLAMY
       ITEMS: 1    DOSES: 1
   11/01/16 2055 - DISCONTINUE                by DISCHARGE    Eff: 11/01/16 2054
       FROM:
         DC COMMENTS:
       TO:
         DC COMMENTS:
           DC'd by Discharge
```

| Admin Date | Time User | | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/26/16 | 1001 FIGILMAD | Y | | 1 | 0.00 |
| (10/26/16) (0900) Dose: 1 TAB | | | | | |
| 10/27/16 | 0826 FIMAXWEM | Y | | 1 | 0.00 |
| (10/27/16) (0900) Dose: 1 TAB | | | | | |
| 10/28/16 | 0831 FICARTEN | Y | | 1 | 0.00 |
| (10/28/16) (0900) Dose: 1 TAB | | | | | |
| 10/29/16 | 0901 FIHALLAM | Y | | 1 | 0.00 |
| (10/29/16) (0900) Dose: 1 TAB | | | | | |

```
Patient    EFUNNUGA, OLUTOKUNBO                    Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA       Unit Number      F001250247
Age/Sex         37/M             Room      411          Registered Date 10/07/16
Status          DIS IN           Bed       02           Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | | (Continued) |
|---|---|---|---|

```
10/30/16    0826 FIBLEILA    Y                        1          0.00
(10/30/16) (0900) Dose: 1 TAB

10/31/16    0856 FIMOSLEK    Y                        1          0.00
(10/31/16) (0900) Dose: 1 TAB

11/01/16    1035 FIHALLAM    Y                        1          0.00
(11/01/16) (0900) Dose: 1 TAB


   Admin Totals                                       7            0
```

| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD |
|---|---|---|---|
| Account Number FA1307223089 | Location | FI4PVA | Unit Number F001250247 |
| Age/Sex 37/M | Room | 411 | Registered Date 10/07/16 |
| Status DIS IN | Bed | 02 | Discharged Date 11/01/16 |

EFUNNUGA, OLUTOKUNBO    FA1307223089    (Continued)

NYST100SM - Nystatin 500 MU/5 ML SUSPENSION

```
Dose            500 MU  (5 ML)
Dose Instruction     SWISH AND SWALLOW
Admin Route PO
Start Date  10/26/16-1700      Stop Date None        DC Date 10/27/16-1348
Ordering Doctor    MANN, RUPINDER K MD
Clinical Indication SKIN & SOFT TISSUE
Total Dispensed     3          Total Costs $2.79       Total Charges $5.85
Rx Number   001895070
```

History
```
  10/26/16 1602 - POM COPY AND EDIT          by COMANNR
     FROM: Rx #001889974
  10/26/16 1613 - VERIFIED                   by FILINC
  10/26/16 1806 - DEBIT                      by TNOGA
     ITEMS: 1      DOSES: 1
  10/26/16 2121 - DEBIT                      by MMCGILL
     ITEMS: 1      DOSES: 1
  10/27/16 0819 - DEBIT                      by MMAXWELL
     ITEMS: 1      DOSES: 1
  10/27/16 1350 - DISCONTINUE               by COGILBEM   Eff: 10/27/16 1348
     EDIT DOCTOR: GILBERT, MARK, MD
     EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/26/16 | 1746 | FINOGAT | Y | | | 1 | 0.00 |
| (10/26/16) (1700) Dose: 500 MU | | | | | | | |
| 10/26/16 | 1848 | FINOGAT | Y | | | 1 | 0.00 |
| (10/26/16) (2100) Dose: 500 MU | | | | | | | |
| 10/27/16 | 0826 | FINAXWEM | Y | | | 1 | 0.00 |
| (10/27/16) (0900) Dose: 500 MU | | | | | | | |
| 10/27/16 | 1300 | FISTASKJ | N | DC | | | |
| (10/27/16) (1300) Dose: 0 MU | | | | | | | |
| Admin Totals | | | | | | 3 | 0 |

```
Patient    EFUNNUGA, OLUTOKUNBO            Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number      F001250247
Age/Sex      37/M              Room      411           Registered Date 10/07/16
Status       DIS IN            Bed       02            Discharged Date 11/01/16
```

EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)

ACET325T10 — Acetaminophen 325 MG TABLET (TYLENOL)

**Dose**       650 MG  (2 TABLETS)
**Admin Route** PO
**Frequency**   Q4H (PRN) PAR= PRN REASON: FEVER OR PAIN 1-3
**Start Date** 10/27/16-0830    Stop Date None          DC Date 11/01/16-2054
**Ordering Doctor**   IRIARTE OPORTO, BLANCA E MD
**Total Dispensed**   22       Total Costs $0.33        Total Charges $23.10
**Rx Number**   001895580

Discontinue Comments DC'd by Discharge


History
 10/27/16 0822 — POM ORDER                    by COIRIATB
 10/27/16 0827 — VERIFIED                      by FIANDERC
 10/27/16 0845 — DEBIT                         by MMAXWELL
        ITEMS: 2      DOSES: 1
 10/29/16 0437 — DEBIT                         by JAEKIM
        ITEMS: 2      DOSES: 1
 10/29/16 1709 — DEBIT                         by MHALLAMY
        ITEMS: 2      DOSES: 1
 10/30/16 0613 — DEBIT                         by KSKANE
        ITEMS: 2      DOSES: 1
 10/30/16 1531 — DEBIT                         by ABLEILER
        ITEMS: 2      DOSES: 1
 10/30/16 1904 — DEBIT                         by ABLEILER
        ITEMS: 2      DOSES: 1
 10/31/16 0026 — DEBIT                         by DTAGOE
        ITEMS: 2      DOSES: 1
 10/31/16 0628 — DEBIT                         by DTAGOE
        ITEMS: 2      DOSES: 1
 10/31/16 1901 — DEBIT                         by KMOSLEY
        ITEMS: 2      DOSES: 1
 11/01/16 1324 — DEBIT                         by MHALLAMY
        ITEMS: 2      DOSES: 1
 11/01/16 1729 — DEBIT                         by MHALLAMY
        ITEMS: 2      DOSES: 1
 11/01/16 2055 — DISCONTINUE                   by DISCHARGE   Eff: 11/01/16 2054
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by Discharge

| Admin Date | Time User | | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/27/16 | 0851 FIMAXWEM | Y | | 2 | |
| | Dose: 650 MG | | | | |

```
Patient   EFUNNUGA OLUTOKUNBO                      Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089        Location  FI4PVA      Unit Number      F001250247
Age/Sex      37/M                  Room      411         Registered Date 10/07/16
Status       DIS IN                Bed       02          Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

| | | | |
|---|---|---|---|
| 10/29/16 | 0444 FIKIMJ | Y | 2 |
| | Dose: 650 MG | | |
| 10/29/16 | 1709 FIHALLAM | Y | 2 |
| | Dose: 650 MG | | |
| 10/29/16 | 1821 FIHALLAM | N | |
| | Dose: 650 MG | | |
| 10/30/16 | 0615 FISKANEK | Y | 2 |
| | Dose: 650 MG | | |
| 10/30/16 | 1531 FIBLEILA | Y | 2 |
| | Dose: 650 MG | | |
| 10/30/16 | 1906 FIBLEILA | Y | 2 |
| | Dose: 650 MG | | |
| 10/31/16 | 0032 FITAGOED | Y | 2 |
| | Dose: 650 MG | | |
| 10/31/16 | 0648 FITAGOED | Y | 2 |
| | Dose: 650 MG | | |
| 10/31/16 | 1902 FIMOSLEK | Y | 2 |
| | Dose: 650 MG | | |
| 11/01/16 | 1331 FIHALLAM | Y | 2 |
| | Dose: 650 MG | | |
| 11/01/16 | 1735 FIHALLAM | Y | 2 |
| | Dose: 650 MG | | |

```
    Admin Totals                                              22
```

```
Patient    EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089  Location  FI4PVA      Unit Number      F001250247
Age/Sex      37/M            Room     411          Registered Date 10/07/16
Status       DIS IN          Bed      02           Discharged Date 11/01/16
```

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

CARV3.12 - CARVEDILOL 3.125 MG TABLET

Dose            3.125 MG  (1 TABLET)
Dose Instruction    Hold for SBP <100, HR<60
Admin Route PO
Start Date  10/27/16-2100      Stop Date 10/27/16 2100    DC Date 10/27/16-2100
Ordering Doctor     JILANI, ABUBAKER K MD
Total Dispensed     0          Total Costs $              Total Charges $
Rx Number    001895875


History
   10/27/16 1319 - POM ORDER                    by COJILANA
   10/27/16 1320 - EDIT                         by COJILANA
      EDIT DOCTOR: JILANI, ABUBAKER K MD
      EDIT SOURCE: Provider Source
      FROM:
        START: 10/27/16-2100  STOP: None  SOFT STOP:
      TO:
        START: 10/27/16-2100  STOP: 10/27/16-2100  SOFT STOP:
   10/27/16 1320 - VERIFIED                      by SYSTEM
      Verified in order to DC
   10/27/16 1320 - DISCONTINUE                   by COJILANA    Eff: 10/27/16 2100
      EDIT DOCTOR: JILANI, ABUBAKER K MD
      EDIT SOURCE: Provider Source

Patient   EFUNNUGA OLUTOKUNBO                          Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA          Unit Number       F001250247
Age/Sex        37/M             Room      411             Registered Date 10/07/16
Status         DIS IN           Bed       02              Discharged Date 11/01/16

EFUNNUGA, OLUTOKUNBO                   FA1307223089                         (Continued)

METO25TA5 - METOPROLOL TARTRATE 25 MG TABLET (LOPRESSOR)

Dose           6.25 MG  (0.25 TABLETS)
Dose Instruction    Hold for SBP<100, HR<60
Admin Route PO
Start Date  10/27/16-2100         Stop Date None              DC Date 11/01/16-2054
Ordering Doctor     JILANI, ABUBAKER K MD
Total Dispensed     10          Total Costs $0.50             Total Charges $10.50
Rx Number   001895879

Discontinue Comments DC'd by Discharge


History
  10/27/16 1320 - POM ORDER                    by COJILANA
  10/27/16 1325 - VERIFIED                     by FILINC
  10/27/16 2145 - DEBIT                        by JDESALVO
      ITEMS: 1      DOSES: 1
  10/28/16 0827 - DEBIT                        by NCARTER
      ITEMS: 1      DOSES: 1
  10/28/16 2118 - DEBIT                        by JAEKIM
      ITEMS: 1      DOSES: 1
  10/29/16 0841 - DEBIT                        by MHALLAMY
      ITEMS: 1      DOSES: 1
  10/29/16 2055 - DEBIT                        by KSKANE
      ITEMS: 1      DOSES: 1
  10/30/16 0731 - DEBIT                        by ABLEILER
      ITEMS: 1      DOSES: 1
  10/30/16 2015 - DEBIT                        by DTAGOE
      ITEMS: 1      DOSES: 1
  10/31/16 0845 - DEBIT                        by KMOSLEY
      ITEMS: 1      DOSES: 1
  10/31/16 2039 - DEBIT                        by DTAGOE
      ITEMS: 1      DOSES: 1
  11/01/16 1024 - DEBIT                        by MHALLAMY
      ITEMS: 1      DOSES: 1
  11/01/16 2055 - DISCONTINUE                  by DISCHARGE    Eff: 11/01/16 2054
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by Discharge

| Admin Date | Time User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/27/16 | 2100 FIDESALJ | N | | REFUSED | | |
| (10/27/16) (2100) Dose: 0 MG | | | | | | |
| 10/28/16 | 0831 FICARTEN | Y | | | 1 | 0.00 |
| (10/28/16) (0900) Dose: 6.25 MG | | | | | | |

| Patient | EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number  F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

| | | |
|---|---|---|
| 10/28/16  2122 FIKIMJ    Y<br>(10/28/16) (2100) Dose: 6.25 MG | 1 | 0.00 |
| 10/29/16  0902 FIHALLAM   Y<br>(10/29/16) (0900) Dose: 6.25 MG | 1 | 0.00 |
| 10/29/16  2208 FISKANEK   Y<br>(10/29/16) (2100) Dose: 6.25 MG | 1 | 0.00 |
| 10/30/16  0826 FIBLEILA   Y<br>(10/30/16) (0900) Dose: 6.25 MG | 1 | 0.00 |
| 10/30/16  2053 FITAGOED   Y<br>(10/30/16) (2100) Dose: 6.25 MG | 1 | 0.00 |
| 10/31/16  0856 FIMOSLEK   Y<br>(10/31/16) (0900) Dose: 6.25 MG | 1 | 0.00 |
| 10/31/16  2106 FITAGOED   Y<br>(10/31/16) (2100) Dose: 6.25 MG | 1 | 0.00 |
| 11/01/16  1036 FIHALLAM   Y<br>(11/01/16) (0900) Dose: 6.25 MG | 1 | 0.00 |
| Admin Totals | 9 | 0 |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*        PAGE 210
USER: MT                      Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO            Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411         Registered Date 10/07/16
Status         DIS IN          Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO            FA1307223089                   (Continued)
```

CLOT10TR2 - Clotrimazole 10 MG TROCHE

**Dose**        10 MG  (1 TROCHE)
**Admin Route** MM
**Start Date** 10/27/16-1600      Stop Date None           DC Date 11/01/16-2054
**Ordering Doctor**    GILBERT,MARK, MD
**Clinical Indication** EARS, NOSE & THROAT
**Total Dispensed**      22          Total Costs $12.10        Total Charges $35.20
**Rx Number**   001895920

Discontinue Comments DC'd by Discharge

**History**
```
10/27/16 1350 - POM ORDER               by COGILBEM
10/27/16 1357 - VERIFIED                by FILINC
10/27/16 1559 - DEBIT                   by JSTASKY
        ITEMS: 1      DOSES: 1
10/28/16 0050 - DEBIT                   by AGARDOSE
        ITEMS: 1      DOSES: 1
10/28/16 0828 - DEBIT                   by NCARTER
        ITEMS: 1      DOSES: 1
10/28/16 2119 - DEBIT                   by JAEKIM
        ITEMS: 1      DOSES: 1
10/29/16 0841 - DEBIT                   by MHALLAMY
        ITEMS: 1      DOSES: 1
10/29/16 1315 - DEBIT                   by MHALLAMY
        ITEMS: 1      DOSES: 1
10/29/16 1615 - DEBIT                   by MHALLAMY
        ITEMS: 1      DOSES: 1
10/29/16 2055 - DEBIT                   by KSKANE
        ITEMS: 1      DOSES: 1
10/30/16 0133 - DEBIT                   by KSKANE
        ITEMS: 1      DOSES: 1
10/30/16 0732 - DEBIT                   by ABLEILER
        ITEMS: 1      DOSES: 1
10/30/16 1132 - DEBIT                   by ABLEILER
        ITEMS: 1      DOSES: 1
10/30/16 1525 - DEBIT                   by ABLEILER
        ITEMS: 1      DOSES: 1
10/30/16 2015 - DEBIT                   by DTAGOE
        ITEMS: 1      DOSES: 1
10/31/16 0036 - DEBIT                   by DTAGOE
        ITEMS: 1      DOSES: 1
10/31/16 0846 - DEBIT                   by KMOSLEY
        ITEMS: 1      DOSES: 1
10/31/16 1140 - DEBIT                   by KMOSLEY
        ITEMS: 1      DOSES: 1
10/31/16 1607 - DEBIT                   by KMOSLEY
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 211
USER: MT                       Medication Administration Summary
```

```
Patient    EFUNNUGA, OLUTOKUNBO           Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA        Unit Number      F001250247
Age/Sex      37/M              Room      411           Registered Date 10/07/16
Status       DIS IN            Bed       02            Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO                FA1307223089                        (Continued)
```

```
          ITEMS: 1      DOSES: 1
   10/31/16 2039 - DEBIT                          by DTAGOE
          ITEMS: 1      DOSES: 1
   11/01/16 0010 - DEBIT                          by DTAGOE
          ITEMS: 1      DOSES: 1
   11/01/16 1025 - DEBIT                          by MHALLAMY
          ITEMS: 1      DOSES: 1
   11/01/16 1309 - DEBIT                          by MHALLAMY
          ITEMS: 1      DOSES: 1
   11/01/16 1710 - DEBIT                          by MHALLAMY
          ITEMS: 1      DOSES: 1
   11/01/16 2055 - DISCONTINUE                    by DISCHARGE    Eff: 11/01/16 2054
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
          DC'd by Discharge
```

| Admin Date | Time User | Given Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|
| 10/27/16 | 1600 FISTASKJ | N | OTHER | | |
| (10/27/16) (1600) Dose: 0 MG | | | | | |
| 10/27/16 | 2000 FIDESALJ | N | REFUSED | | |
| (10/27/16) (2000) Dose: 0 MG | | | | | |
| 10/28/16 | 0049 FIGARDOA | Y | | 1 | 0.00 |
| (10/28/16) (0000) Dose: 10 MG | | | | | |
| 10/28/16 | 0831 FICARTEN | Y | | 1 | 0.00 |
| (10/28/16) (0800) Dose: 10 MG | | | | | |
| 10/28/16 | 1200 FICARTEN | N | REFUSED | | |
| (10/28/16) (1200) Dose: 0 MG | | | | | |
| 10/28/16 | 1600 FICARTEN | N | REFUSED | | |
| (10/28/16) (1600) Dose: 0 MG | | | | | |
| 10/28/16 | 2122 FIKIMJ | Y | | 1 | 0.00 |
| (10/28/16) (2000) Dose: 10 MG | | | | | |
| 10/29/16 | 0000 FIKIMJ | N | REFUSED | | |
| (10/29/16) (0000) Dose: 0 MG | | | | | |
| 10/29/16 | 0901 FIHALLAM | Y | | 1 | 0.00 |
| (10/29/16) (0800) Dose: 10 MG | | | | | |
| 10/29/16 | 1327 FIHALLAM | Y | | 1 | 0.00 |
| (10/29/16) (1200) Dose: 10 MG | | | | | |
| 10/29/16 | 1616 FIHALLAM | Y | | 1 | 0.00 |

| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

(10/29/16) (1600) Dose: 10 MG

10/29/16   2208 FISKANEK   Y                       1          0.00
(10/29/16) (2000) Dose: 10 MG

10/30/16   0134 FISKANEK   Y                       1          0.00
(10/30/16) (0000) Dose: 10 MG

10/30/16   0738 FIBLEILA   Y                       1          0.00
(10/30/16) (0800) Dose: 10 MG

10/30/16   1131 FIBLEILA   Y                       1          0.00
(10/30/16) (1200) Dose: 10 MG

10/30/16   1531 FIBLEILA   Y                       1          0.00
(10/30/16) (1600) Dose: 10 MG

10/30/16   2052 FITAGOED   Y                       1          0.00
(10/30/16) (2000) Dose: 10 MG

10/31/16   0036 FITAGOED   Y                       1          0.00
(10/31/16) (0000) Dose: 10 MG

10/31/16   0857 FIMOSLEK   Y                       1          0.00
(10/31/16) (0800) Dose: 10 MG

10/31/16   1140 FIMOSLEK   Y                       1          0.00
(10/31/16) (1200) Dose: 10 MG

10/31/16   1606 FIMOSLEK   Y                       1          0.00
(10/31/16) (1600) Dose: 10 MG

10/31/16   2106 FITAGOED   Y                       1          0.00
(10/31/16) (2000) Dose: 10 MG

11/01/16   0010 FITAGOED   Y                       1          0.00
(11/01/16) (0000) Dose: 10 MG

11/01/16   1036 FIHALLAM   Y                       1          0.00
(11/01/16) (0800) Dose: 10 MG

11/01/16   1331 FIHALLAM   Y                       1          0.00
(11/01/16) (1200) Dose: 10 MG

11/01/16   1710 FIHALLAM   Y                       1          0.00
(11/01/16) (1600) Dose: 10 MG

Admin Totals                                  21            0

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 213
USER: MT                        Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089    Location  FI4PVA      Unit Number      F001250247
Age/Sex        37/M            Room      411         Registered Date 10/07/16
Status         DIS IN          Bed       02          Discharged Date 11/01/16
```

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                    (Continued)
```

ALTE2VIA2 - ALTEPLASE 2 MG VIAL

```
Dose          2 MG  (1 VIAL)
Admin Route IV
Start Date  10/28/16-1130      Stop Date 10/28/16 1131    DC Date 10/28/16-1131
Ordering Doctor    JADHAV, GAURAV P MD
Total Dispensed      0          Total Costs $              Total Charges $
Rx Number   001896702
```

Discontinue Comments Reached Stop Date

```
History
  10/28/16 1124 - POM ORDER                    by COJADHAG
  10/28/16 1132 - VERIFIED                     by FIRECEVM
  10/28/16 1132 - DISCONTINUE                  by PHABKGJOB    Eff: 10/28/16 1131
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/28/16 | 1130 | FIKIMJ | N | MU | | | |

(10/28/16) (1130) Dose: 0 MG

Admin Totals

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 214
USER: MT                       Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

CLON1TAB25 — clonazePAM 1 MG TABLET

```
Dose           1 MG  (1 TABLET)
Admin Route PO
Frequency    Q12H (PRN) PAR= PRN REASON: A/A — AGITATION/ANXIETY
Start Date  10/28/16—2100      Stop Date None          DC Date 11/01/16—0611
Ordering Doctor    JADHAV, GAURAV P MD
Total Dispensed     4          Total Costs $0.20        Total Charges $12.40
Rx Number   001896954
```

```
History
  10/28/16 1558 — POM COPY AND EDIT          by COJADHAG
    FROM: Rx #001887372
    Result of Frequency/Schedule Edit
    Ordering Doctor: JADHAV, GAURAV P MD
    Last Scheduled Administration Time: 10/28/16 — 0900
    Last Actual Administration Time: 10/28/16 — 0830
    Old Freq/Sch: BID (SCH)
    New Freq/Sch: Q12 (PRN)
    Old Order Stop:  10/28/16 — 1556
    New Order Start: 10/28/16 — 2100
    New Order Stop:
  10/28/16 1605 — EDIT                        by FIANDERC
    EDIT DOCTOR: JADHAV, GAURAV P MD
    FROM:
      SIG: Q12
    TO:
      SIG: Q12H
  10/28/16 1605 — VERIFIED                    by FIANDERC
  10/28/16 2119 — DEBIT                       by JAEKIM
      ITEMS: 1     DOSES: 1
  10/30/16 1127 — DEBIT                       by ABLEILER
      ITEMS: 1     DOSES: 1
  10/31/16 0907 — DEBIT                       by KMOSLEY
      ITEMS: 1     DOSES: 1
  10/31/16 2112 — DEBIT                       by DTAGOE
      ITEMS: 1     DOSES: 1
  11/01/16 0612 — DISCONTINUE                 by COHAMIDS    Eff: 11/01/16 0611
      EDIT DOCTOR: HAMID, SAMMY, MD
      EDIT SOURCE: Provider Source
```

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/28/16 | 2121 FIKIMJ | Y | 1 | |
| | Dose: 1 MG | | | |
| 10/30/16 | 1131 FIBLEILA | Y | 1 | |
| | Dose: 1 MG | | | |

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 215
USER: MT                       Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089    Location  FI4PVA       Unit Number      F001250247
Age/Sex        37/M            Room       411         Registered Date 10/07/16
Status         DIS IN          Bed        02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                 FA1307223089                    (Continued)
```

```
10/31/16    0906 FIMOSLEK      Y                          1
                 Dose: 1 MG

10/31/16    2114 FITAGOED      Y                          1
                 Dose: 1 MG


   Admin Totals                                          4
```

HYDR1DIS2 – HYDROmorphone HCL (DILAUDID) 1 MG/ML

```
Dose          1 MG  (1 ML)
Admin Route  IV
Frequency    Q3H (PRN) PAR= PRN REASON: pain 7-10
Start Date  10/28/16-1745      Stop Date None           DC Date 10/29/16-1011
Ordering Doctor     JADHAV,GAURAV P MD
Total Dispensed     0          Total Costs $             Total Charges $
Rx Number   001896956
```

```
History
  10/28/16 1555 – POM COPY AND EDIT              by COJADHAG
     FROM: Rx #001893023
  10/28/16 1605 – EDIT                           by FIANDERC
     FROM:
        DUPLICATE COMMENT:
     TO:
        DUPLICATE COMMENT: RPH
  10/28/16 1605 – EDIT                           by FIANDERC
     EDIT DOCTOR: JADHAV,GAURAV P MD
     FROM:
        MED: HYDR2DIS5 – HYDROmorphone HCl/Pf
        RX ID: HYDROmorphone HCl 2 MG/ML DISP.SYRIN
        CHARGE: $9.50
        RX COMMENTS:
          Order filed UNV:
          Allergies/Duplicates/Interactions differ from order entry
     TO:
        MED: HYDR1DIS2 – HYDROmorphone HCl/Pf
        RX ID: HYDROmorphone HCL (DILAUDID) 1 MG/ML
        CHARGE: $9.25
        DUPLICATE COMMENT: RPH
        RX COMMENTS:
  10/28/16 1606 – VERIFIED                       by FIANDERC
  10/29/16 1012 – DISCONTINUE                    by COSHETHV    Eff: 10/29/16 1011
     EDIT DOCTOR: SHETH,VISHAD M MD
     EDIT SOURCE: Provider Source
```

Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA        Unit Number        F001250247
Age/Sex        37/M           Room      411           Registered Date 10/07/16
Status         DIS IN         Bed       02            Discharged Date 11/01/16

EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)


HYDR5DIS2 — HYDROmorphone HCl 0.5 MG/0.5 ML DISP.SYRIN

Dose         0.5 MG  (0.5 ML)
Admin Route  IV
Frequency    Q3H (PRN) PAR= PRN REASON: pain 4-6
Start Date  10/28/16-1745       Stop Date None              DC Date 10/29/16-1011
Ordering Doctor     JADHAV,GAURAV P MD
Total Dispensed     0           Total Costs $               Total Charges $
Rx Number   001896957



History
  10/28/16 1555 — POM COPY AND EDIT            by COJADHAG
    FROM: Rx #001893022
  10/28/16 1606 — EDIT                         by FIANDERC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/28/16 1606 — EDIT                         by FIANDERC
    EDIT DOCTOR: JADHAV,GAURAV P MD
    FROM:
      MED: HYDR1DIS2 — HYDROmorphone HCl/Pf
      RX ID: HYDROmorphone HCL (DILAUDID) 1 MG/ML
      CHARGE: $9.25
      RX COMMENTS:
        Order filed UNV:
        Allergies/Duplicates/Interactions differ from order entry
    TO:
      MED: HYDR5DIS2 — HYDROmorphone HCl/Pf
      RX ID: HYDROmorphone HCl 0.5 MG/0.5 ML DISP.SYRIN
      CHARGE: $14.00
      DUPLICATE COMMENT: RPH
      RX COMMENTS:
  10/28/16 1606 — VERIFIED                     by FIANDERC
  10/29/16 1012 — DISCONTINUE                  by COSHETHV    Eff: 10/29/16 1011
    EDIT DOCTOR: SHETH,VISHAD M MD
    EDIT SOURCE: Provider Source

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 217
USER: MT                        Medication Administration Summary
```

| Patient EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD | |
|---|---|---|---|
| Account Number FA1307223089 | Location FI4PVA | Unit Number | F001250247 |
| Age/Sex        37/M | Room    411 | Registered Date 10/07/16 | |
| Status        DIS IN | Bed     02 | Discharged Date 11/01/16 | |

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)


INSU100V42 - INSULIN REGULAR, HUMAN 300 UNIT/3 ML VIAL

  Dose Instruction       SS LOW DOSE
                         LOW INTENSITY SCALE:
                         Blood Glucose    Coverage insulin
                         <80mg/dL      Notify House Officer and see below
                         80 - 149      Continue Current regimen
                         150 - 199         2 units
                         200 - 249         3 units
                         250 - 299         4 units
                         300 - 349         5 units
                         350 - 400         6 units
                         Over 400       Call House Officer

                         Notify House Officer for:
                         A)Accu-checks <80mg/dL or >400mg/dL for evaluation and
                         adjument of regimen.
                         B)Change in dietary order (ex:NPO/tube feeding on hold,
                         nausea/vomiting, <1/2 of meal eaten, etc.)
                         C)BG<70mg/dL:
                             a.If pt can take by mouth give 15gm of fast acting
                         carbohydrate(4oz fruit juice/non-diet soda OR 4 glucose
                         tabs OR 8oz non-fat milk)
                             b.If pt cannot receive oral carbohydrates, give 50%
                         dextrose - 25ml (1/2 amp) x 1
                             c.Check accu-check every 20min until>70mg/dL.
                         Repeat above treatment (a. or b.) if <70mg/dL
                         D)For ccu-check reading <40 or >450mg/dL, draw and send a
                         STAT serum glucose
  Admin Route SUBQ
  Start Date  10/29/16-0745       Stop Date None             DC Date 10/29/16-1010
  Ordering Doctor    MANZOOR,HOORIA MD
  Total Dispensed     0          Total Costs $             Total Charges $
  Rx Number   001897251



  History
  10/29/16 0104 - POM COPY AND EDIT            by COMANZH
      FROM: Rx #001879318
      Result of Frequency/Schedule Edit
      Ordering Doctor: MANZOOR,HOORIA MD
      Last Scheduled Administration Time: 10/28/16 - 2300
      Last Actual Administration Time: 10/28/16 - 2115 (Not Given)
      Old Freq/Sch: Q6 (SCH)
      New Freq/Sch: ACHS (SCH)
      Old Order Stop:  10/29/16 - 0103
      New Order Start: 10/29/16 - 0745
      New Order Stop:
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 218
USER: MT                      Medication Administration Summary
```

| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
|---|---|---|---|---|---|
| Account Number | FA1307223089 | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

```
   10/29/16 0124 - VERIFIED                     by FISACKSM
   10/29/16 1011 - DISCONTINUE                  by COSHETHV      Eff: 10/29/16 1010
      EDIT DOCTOR: SHETH, VISHAD M MD
      EDIT SOURCE: Provider Source
```

| Admin Date | Time | User | Given Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|
| 10/29/16 | 0745 | FIHALLAM | N | GLUCOSE | | |

```
   (10/29/16) (0745) Dose: 0 UNIT
```

```
   Admin Totals
```

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 219
USER: MT                         Medication Administration Summary
```

```
Patient    EFUNNUGA OLUTOKUNBO                    Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089       Location  FI4PVA       Unit Number      F001250247
Age/Sex       37/M                Room       411         Registered Date 10/07/16
Status        DIS IN              Bed        02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                        (Continued)
```

INSU100V - INSULIN LISPRO  100 UNITS/ML (1 ML)

```
Dose Instruction        SS LOW DOSE
                        LOW INTENSITY SCALE:
                        Blood Glucose    Coverage insulin
                        <80mg/dL      Notify House Officer and see below
                        80 - 149       Continue Current regimen
                        150 - 199             2 units
                        200 - 249             3 units
                        250 - 299             4 units
                        300 - 349             5 units
                        350 - 400             6 units
                        Over 400          Call House Officer

                        Notify House Officer for:
                        A)Accu-checks <80mg/dL or >400mg/dL for evaluation and
                        adjument of regimen.
                        B)Change in dietary order (ex:NPO/tube feeding on hold,
                        nausea/vomiting, <1/2 of meal eaten, etc.)
                        C)BG<70mg/dL:
                            a.If pt can take by mouth give 15gm of fast acting
                        carbohydrate(4oz fruit juice/non-diet soda OR 4 glucose
                        tabs OR 8oz non-fat milk)
                            b.If pt cannot receive oral carbohydrates, give 50%
                        dextrose - 25ml (1/2 amp) x 1
                            c.Check accu-check every 20min until>70mg/dL.
                        Repeat above treatment (a. or b.) if <70mg/dL
                        D)For ccu-check reading <40 or >450mg/dL, draw and send a
                        STAT serum glucose
Admin Route SUBQ
Start Date 10/29/16-1100      Stop Date None              DC Date 11/01/16-2054
Ordering Doctor    SHETH,VISHAD M MD
Total Dispensed    0          Total Costs $              Total Charges $
Rx Number   001897451
```

Discontinue Comments DC'd by Discharge

```
History
  10/29/16 1011 - POM ORDER                    by COSHETHV
  10/29/16 1012 - VERIFIED                     by FILINC
  11/01/16 2055 - DISCONTINUE                  by DISCHARGE    Eff: 11/01/16 2054
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by Discharge
```

```
Admin Date  Time User      Given Bag Reason Code          Items          Charge
```

Patient    EFUNNUGA OLUTOKUNBO                     Responsible Doctor LITTMAN, MARIO, MD
Account Number FA1307223089      Location  FI4PVA       Unit Number       F001250247
Age/Sex       37/M               Room      411          Registered Date 10/07/16
Status        DIS IN             Bed       02           Discharged Date 11/01/16

| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |
|---|---|---|

10/29/16    1100 FIHALLAM    N        GLUCOSE
(10/29/16) (1100) Dose: 0 UNITS

10/29/16    1630 FIHALLAM    N        GLUCOSE
(10/29/16) (1630) Dose: 0 UNITS

10/29/16    2100 FISKANEK    N        GLUCOSE
(10/29/16) (2100) Dose: 0 UNITS

10/30/16    0745 FIBLEILA    N        GLUCOSE
(10/30/16) (0745) Dose: 0 UNITS

10/30/16    1100 FIBLEILA    N        GLUCOSE
(10/30/16) (1100) Dose: 0 UNITS

10/30/16    1630 FIBLEILA    N        GLUCOSE
(10/30/16) (1630) Dose: 0 UNITS

10/30/16    2100 FITAGOED    N        GLUCOSE
(10/30/16) (2100) Dose: 0 UNITS

10/31/16    0745 FIMOSLEK    N        GLUCOSE
(10/31/16) (0745) Dose: 0 UNITS

10/31/16    1100 FIMOSLEK    N        GLUCOSE
(10/31/16) (1100) Dose: 0 UNITS

10/31/16    1630 FIMOSLEK    N        GLUCOSE
(10/31/16) (1630) Dose: 0 UNITS

10/31/16    2100 FITAGOED    N        GLUCOSE
(10/31/16) (2100) Dose: 0 UNITS

11/01/16    0745 FIHALLAM    N        GLUCOSE
(11/01/16) (0745) Dose: 0 UNITS

11/01/16    1100 FIHALLAM    N        GLUCOSE
(11/01/16) (1100) Dose: 0 UNITS

11/01/16    1630 FIHALLAM    N        GLUCOSE
(11/01/16) (1630) Dose: 0 UNITS

Admin Totals

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 221
USER: MT                        Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO              Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number     F001250247
Age/Sex        37/M           Room      411          Registered Date 10/07/16
Status         DIS IN         Bed       02           Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                       (Continued)
```

TRAM50TA27 — traMADol HCl 50 MG TABLET

```
Dose          50 MG  (1 TABLET)
Admin Route PO
Frequency     Q4H (PRN) PAR= PRN REASON: SEVERE — SEVERE PAIN
Start Date  10/29/16-1730       Stop Date None            DC Date 11/01/16-2054
Ordering Doctor    JADHAV,GAURAV P MD
Total Dispensed       9        Total Costs $0.63          Total Charges $27.90
Rx Number    001897704
```

Discontinue Comments DC'd by Discharge

History
```
  10/29/16 1729 — POM ORDER                  by COJADHAG
  10/29/16 1730 — EDIT                       by FILINC
    FROM:
      INTERACTION COMMENT:
    TO:
      INTERACTION COMMENT: RPH
  10/29/16 1730 — VERIFIED                   by FILINC
  10/29/16 1752 — DEBIT                      by MHALLAMY
    ITEMS: 1     DOSES: 1
  10/29/16 2213 — DEBIT                      by KSKANE
    ITEMS: 1     DOSES: 1
  10/30/16 0208 — DEBIT                      by KSKANE
    ITEMS: 1     DOSES: 1
  10/30/16 1525 — DEBIT                      by ABLEILER
    ITEMS: 1     DOSES: 1
  10/30/16 1531 — CREDIT                     by ABLEILER
    ITEMS: 1     DOSES: 1
  10/31/16 0350 — DEBIT                      by DTAGOE
    ITEMS: 1     DOSES: 1
  10/31/16 1140 — DEBIT                      by KMOSLEY
    ITEMS: 1     DOSES: 1
  10/31/16 1556 — DEBIT                      by KMOSLEY
    ITEMS: 1     DOSES: 1
  11/01/16 0221 — DEBIT                      by DTAGOE
    ITEMS: 1     DOSES: 1
  11/01/16 1026 — DEBIT                      by MHALLAMY
    ITEMS: 1     DOSES: 1
  11/01/16 1731 — DEBIT                      by MHALLAMY
    ITEMS: 1     DOSES: 1
  11/01/16 2055 — DISCONTINUE                by DISCHARGE     Eff: 11/01/16 2054
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        DC'd by Discharge
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 222
USER: MT                       Medication Administration Summary
```

| | | |
|---|---|---|
| Patient EFUNNUGA OLUTOKUNBO | | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089 | Location FI4PVA | Unit Number F001250247 |
| Age/Sex 37/M | Room 411 | Registered Date 10/07/16 |
| Status DIS IN | Bed 02 | Discharged Date 11/01/16 |

EFUNNUGA, OLUTOKUNBO          FA1307223089                    (Continued)

| Admin Date | Time User | Given Bag Reason Code | Items | Charge |
|---|---|---|---|---|
| 10/29/16 | 1800 FIHALLAM Y | | 1 | |
| | Dose: 50 MG | | | |
| 10/29/16 | 2214 FISKANEK Y | | 1 | |
| | Dose: 50 MG | | | |
| 10/30/16 | 0209 FISKANEK Y | | 1 | |
| | Dose: 50 MG | | | |
| 10/31/16 | 0353 FITAGOED Y | | 1 | |
| | Dose: 50 MG | | | |
| 10/31/16 | 1140 FIMOSLEK Y | | 1 | |
| | Dose: 50 MG | | | |
| 10/31/16 | 1600 FIMOSLEK Y | | 1 | |
| | Dose: 50 MG | | | |
| 11/01/16 | 0230 FITAGOED Y | | 1 | |
| | Dose: 50 MG | | | |
| 11/01/16 | 1047 FIHALLAM Y | | 1 | |
| | Dose: 50 MG | | | |
| 11/01/16 | 1735 FIHALLAM Y | | 1 | |
| | Dose: 50 MG | | | |

Admin Totals                                            9

```
DATE: 11/03/16 @ 0002         Mercy Fitzgerald Hospital PHA *LIVE*                    PAGE 223
USER: MT                         Medication Administration Summary
```

```
Patient   EFUNNUGA OLUTOKUNBO            |        Responsible Doctor LITTMAN,MARIO, MD
Account Number FA1307223089   Location  FI4PVA       Unit Number      F001250247
Age/Sex       37/M            Room       411         Registered Date 10/07/16
Status        DIS IN          Bed        02          Discharged Date 11/01/16
```

```
EFUNNUGA,OLUTOKUNBO                  FA1307223089                      (Continued)
```

SODI1TAB - Sodium Chloride 1 GM TABLET

```
Dose           1 GM  (1 TABLET)
Admin Route PO
Start Date  10/29/16-1800      Stop Date 10/29/16 1801    DC Date 10/29/16-1801
Ordering Doctor    JADHAV,GAURAV P MD
Total Dispensed       1        Total Costs $0.10          Total Charges $1.15
Rx Number   001897705
```

Discontinue Comments Reached Stop Date

```
History
  10/29/16 1732 - POM ORDER                     by COJADHAG
  10/29/16 1732 - EDIT                          by FILINC
    FROM:
      DUPLICATE COMMENT:
    TO:
      DUPLICATE COMMENT: RPH
  10/29/16 1732 - VERIFIED                      by FILINC
  10/29/16 1801 - DISCONTINUE                   by PHABKGJOB    Eff: 10/29/16 1801
    FROM:
      DC COMMENTS:
    TO:
      DC COMMENTS:
        Reached Stop Date
  10/29/16 1806 - DEBIT                         by FILINC
      ITEMS: 1      DOSES: 1
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 10/29/16 | 1821 | FIHALLAM | Y | | | 1 | 0.00 |
| (10/29/16) (1800) Dose: 1 GM | | | | | | | |

```
   Admin Totals                                              1              0
```

```
DATE: 11/03/16 @ 0002      Mercy Fitzgerald Hospital PHA *LIVE*           PAGE 224
USER: MT                    Medication Administration Summary
```

| | |
|---|---|
| Patient **EFUNNUGA OLUTOKUNBO** | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089    Location  FI4PVA | Unit Number     F001250247 |
| Age/Sex      37/M            Room    411 | Registered Date 10/07/16 |
| Status       DIS IN         Bed     02 | Discharged Date 11/01/16 |

```
EFUNNUGA,OLUTOKUNBO              FA1307223089                    (Continued)
```

SODI10DI20 - 0.9 % SODIUM CHLORIDE 10 ML INJECTION

```
  Dose        3 ML  (0.3 INJECTIONS)
  Admin Route IV
  Start Date  10/07/16-1300      Stop Date None         DC Date
  Ordering Doctor    BORIKAR,MADHURA S MD
  Total Dispensed              Total Costs $            Total Charges $
  Rx Number   U001131728
```

```
  History
    10/07/16 0816 - POM ORDER              by COBORIKM
    10/07/16 0828 - CANCEL                 by FIJASINT
       EDIT DOCTOR: BORIKAR,MADHURA S MD
```

SODI10DI20 - 0.9 % SODIUM CHLORIDE 10 ML INJECTION

```
  Dose        3 ML  (0.3 INJECTIONS)
  Admin Route IV
  Frequency   PRN (PRN) PAR= PRN REASON: FIV - FLUSHING IV LINE
  Start Date  10/07/16-0815      Stop Date None         DC Date
  Ordering Doctor    BORIKAR,MADHURA S MD
  Total Dispensed              Total Costs $            Total Charges $
  Rx Number   U001131729
```

```
  History
    10/07/16 0816 - POM ORDER              by COBORIKM
    10/07/16 0828 - CANCEL                 by FIJASINT
       EDIT DOCTOR: BORIKAR,MADHURA S MD
```

```
DATE: 11/03/16 @ 0002       Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 225
USER: MT                       Medication Administration Summary
```

| | | | |
|---|---|---|---|
| **Patient** EFUNNUGA, OLUTOKUNBO | | Responsible Doctor LITTMAN, MARIO, MD | |
| **Account Number** FA1307223089 | **Location** FI4PVA | **Unit Number** F001250247 | |
| **Age/Sex** 37/M | **Room** 411 | Registered Date 10/07/16 | |
| **Status** DIS IN | **Bed** 02 | Discharged Date 11/01/16 | |

```
EFUNNUGA, OLUTOKUNBO             FA1307223089                      (Continued)
```

RISP1TAB - risperiDONE 1 MG TABLET

**Dose**       0.5 MG  (0.5 TABLETS)
**Admin Route** PO
**Start Date** 10/12/16-2100     Stop Date None           DC Date
**Ordering Doctor**   ZHANG, HONGYU MD
**Total Dispensed**              Total Costs $            Total Charges $
**Rx Number**   U001135466


**History**
  10/12/16 1215 - POM ORDER                by COZHANGH
  10/12/16 1312 - CANCEL                   by FILINC
    EDIT DOCTOR: ZHANG, HONGYU MD
    FROM:
      CANCEL COMMENTS:
    TO:
      CANCEL COMMENTS:
        NEW ORDER BID

```
DATE: 11/03/16 @ 0002          Mercy Fitzgerald Hospital PHA *LIVE*          PAGE 226
USER: MT                        Medication Administration Summary
```

| | | | | |
|---|---|---|---|---|
| Patient | EFUNNUGA OLUTOKUNBO | | | Responsible Doctor LITTMAN,MARIO, MD |
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number      F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 |

| | | |
|---|---|---|
| EFUNNUGA, OLUTOKUNBO | FA1307223089 | (Continued) |

**ACET600C – Acetylcysteine 600 MG CAPSULE**

```
Dose           600 MG  (1 CAPSULE)
Admin Route PO
Start Date  10/18/16-1015     Stop Date None            DC Date
Ordering Doctor    GOOCH,JOHN R MD
Total Dispensed               Total Costs $            Total Charges $
Rx Number   U001139433
```

```
Warnings
Type:           MAINTENANCE
Range:          ACETYLCYSTEINE (600 MG)
Condition:      ALL COMMON INDICATIONS
Daily Dose            This is an exact dosage calculation of 600 MG/DAY Ordered dose of
                      1,200 MG/DAY exceeds the exact dose by 600 MG/DAY.
Renal                 The Patient's GLOMERULAR FILTRATION RATE is > 60. The result can not
                      be compared against the threshold.
```

```
History
  10/18/16 1014 – POM ORDER                  by COGOOCHJ
  10/18/16 1014 – NOW DOSE                   by COGOOCHJ
    Now Dose:  10/18/16 1015
  10/18/16 1014 – KEEP NEXT DOSE             by COGOOCHJ
    Keep Next Dose:  10/18/16 2100
  10/18/16 1024 – CANCEL                     by FIREALID
    EDIT DOCTOR: GOOCH,JOHN R MD
    FROM:
      CANCEL COMMENTS:
    TO:
      CANCEL COMMENTS:
        need IV; will d\c po
```

```
DATE: 11/03/16 @ 0002        Mercy Fitzgerald Hospital PHA *LIVE*              PAGE 227
USER: MT                        Medication Administration Summary
```

| | | | | | |
|---|---|---|---|---|---|
| Patient | EFUNNUGA, OLUTOKUNBO | | | Responsible Doctor LITTMAN, MARIO, MD | |
| Account Number FA1307223089 | | Location | FI4PVA | Unit Number | F001250247 |
| Age/Sex | 37/M | Room | 411 | Registered Date 10/07/16 | |
| Status | DIS IN | Bed | 02 | Discharged Date 11/01/16 | |

```
EFUNNUGA, OLUTOKUNBO              FA1307223089                          (Continued)
```

ENOX40DI - ENOXAPARIN SODIUM 40 MG/0.4 ML DISP.SYRIN

```
Dose          40 MG  (0.4 ML)
Admin Route SUBQ
Start Date  10/25/16-1030      Stop Date None            DC Date
Ordering Doctor    THUMMALAPENTA, SIRISHA MD
Total Dispensed             Total Costs $              Total Charges $
Rx Number   U001144231
```

```
History
  10/25/16 1028 - POM ORDER                  by COTHUMMS
  10/25/16 1028 - NOW DOSE                   by COTHUMMS
    Now Dose:  10/25/16 1030
  10/25/16 1028 - KEEP NEXT DOSE             by COTHUMMS
    Keep Next Dose:  10/26/16 0900
  10/25/16 1030 - CANCEL                     by FIREALID
    EDIT DOCTOR: THUMMALAPENTA, SIRISHA MD
    FROM:
      CANCEL COMMENTS:
    TO:
      CANCEL COMMENTS:
        dup
```

```
This is the end of the MAR Summary for Patient FA1307223089 - EFUNNUGA, OLUTOKUNBO.
```

MARIO LITTMAN, M.D., F.A.C.P.
DEA #                LIC # MD-034443-E  NPI # 1568400612
SAM HAMID, M.D.
DEA # BH8709199  LIC # MD-423858  NPI # 1225077985
7300 CITY LINE AVENUE, SUITE 203
PHILADELPHIA, PA 19151
(215) 878-7050

NAME _____Olutolunbo Edunvwe____ DOB ___

ADDRESS _____ DATE 11/11/16

TAMPER-RESISTANT SECURITY FEATURES LISTED ON BACK OF SCRIPT

℞          Tramadol

                50 mg
                  √
                  ( po
            Q4# PRN
                 #30

            □ 1-24
            ☑ 25-49
            □ 50-74
            □ 75-100
            □ 101-150
            □ 151 and over
            _____ Units

□ LABEL
Refill (NR) 1 2 3 4 5

SUBSTITUTION PERMISSIBLE
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED,
THE PRESCRIBER MUST HANDWRITE "BRAND NECESSARY"
OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

♻ 002347                          6BIM1367910

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: **37**     Gender: **Male**

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: **ICU) 5 PAVILION**     Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
**Restraint Assessment and Physician Order**

☐ Initial Assessment          ☒ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**
Describe current behavior:
☒ Pulling at Lines/Tubes/Catheters/Dressings
☒ Other _Agitation_

**B. Alternatives Tried**

☒ Companionship: family, friend volunteer
☐ Skin Sleeve
☒ Increased checks and observation
☒ Bed alarm
☒ Medication
☐ Diversion/Activity/Busy Box
☒ Positioning Pillows
☐ Other: _____

☒ Decrease Stimuli/Noise Reduction
☒ Modify environment
☒ Close Observation
☒ Toileting/Hydration (q 2 hours while awake)
☒ Reviewed/Assessed Medications and Lab values
☒ Assessed for underlying problem
☒ Assistance with toileting

RN Signature: _Akessino RN_          Date: _10/19/16_   Time: _0500_

**PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**
☒ To protect against removal of Lines/Tubes/Catheters/Dressings.

**B. Time:**
APPLY FROM (TIME) _0500_ AM/PM TO (TIME) _0500_ AM/PM - 24 HOUR MAXIMUM

**C. Type of restraint:**
☒ Soft Limb:          ☐ 1 Point     ☒ 2 Point     ☐ 3 Point
☐ Gerri Chair with Tray
☐ Peek-a-boo Mitts
☒ 3-4 Siderails

**D.** ☒ Attending physician notified of restraint

**E. Signatures:**

Date: _10/19/16_ Time: _____ Physician _____

Date: _10/19/16_ Time: _0500_ Nurse Signature and title _Alyson Kessenon_  Beeper# _____

Date: _____ Time: _____ Unit Secretary Signature _____

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!        DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

▪ **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

IASM.X.OTHERF1

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089     MR#: F001250247

Page 1 of 2
Form #PH719, Rev. 01/2008
ASM.X.OTHER



**A. (Nursing to Complete):**
☒ Family notified of restraint
☒ Patient/family educated regarding reason for restraint      *Moxhes.*
☒ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
**ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.**
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:
**Behavioral Key:**

| | | | | |
|---|---|---|---|---|
| 1 = Agitated | 2 = Confused | 3 = Uncooperative | 4 = Forgetful | 5 = Restless |
| 6 = Calmer | 7 = Sleeping | 8 = Following instructions | 10 = resting | |

**Type of Restraint Code:**
**A.** Soft Limb    **B.** Geri chair with tray    **C.** Peek-a-boo Mitts    **D.** 3-4 Siderails
Other interventions: _See Section B_

Plan of care Implemented as above:  Nurse's Signature _APennonev_

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 0500 | 1,2,3,5 | A,D | RA LA RL LL | Circ√, RoM, Ativan as per CIWA | APessonew |
| 0700 | 6,10 | A,D | RA LA RL LL | Circ√, RoM, Mc, Suctioned | APessonew |
| 09 | 7,10 | A,D | RA LA RL LL | am Care Ram TVR mniNb'Une | |
| 11 | 10 | A,D | RA LA RL LL | MvD | |
| | 10 | A,D | RA LA RL LL | MvD | |
| 30 | 6 | | RA LA RL LL | M D - Br - Cn | |
| | 8,7 | | RA LA RL LL | Cn - Mc Rn | |
| | | | RA LA RL LL | | |
| 9 | | | RA LA RL LL | Calm fnr M | |
| | | | RA LA RL LL | Mr - Me | |
| 01 | 10 | A,8 | RA LA RL L. | Rom Aclusei Time of Rears mned | |
| 0300 | 10 | AD | RA LA RL LL | Pollux commonds aum, ABicn | |
| 0500 | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |

**C. Reassessment:** NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:
Date/AM Shift:  Date: _10/19/16_  Time: _0N_
☒ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _APennonev_
Evening/PM Shift:  Date: _11/16_  Time: _3M_
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature ___
Night/PM Shift:  Date: _10/28/16_  Time: _0100_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature ___

pt Remove
V Keofell e 1:1
CMS 37

**D. RESTRAINTS DICONTINUATION:** patient meets criteria for removal : ( ☒ as appropriate)
☐ Removal of Lines/Tubes/dressings  ☑ Ability to follow instructions - not pulling on Lines/Tubes/Catheters/Drains
Date _10/20/16_    Time of Restraint Release _0400_    Nurse's Signature _Rune h Crutt_
Total Time Restrained:___  Hours ___    Minutes ___

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA,  OLUTOKUNBO
DOB: 03/06/1979    37Y    .M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

IASM.X.OTHERFI

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | | | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|---|---|

**PHYSICIAN ORDERS SHEET**
THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____    Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: _____    Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|
| 10/24/16 1715 | | A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M P M A M | | |

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
Restraint Assessment and Physician Order

☑ Initial Assessment    ☐ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**
Describe current behavior:
☑ Pulling at Lines/Tubes/Catheters/Dressings
☐ Other _____

**B. Alternatives Tried**
☑ Companionship: family, friend volunteer
☐ Skin Sleeve
☑ Increased checks and observation
☑ Bed alarm
☑ Medication
☐ Diversion/Activity/Busy Box
☐ Positioning Pillows
☑ Other: _____

☑ Decrease Stimuli/Noise Reduction
☑ Modify environment
☑ Close Observation
☑ Toileting/Hydration (q 2 hours while awake)
☑ Reviewed/Assessed Medications and Lab values
☑ Assessed for underlying problem
☑ Assistance with toileting

RN Signature: _____    Date: 11/24/16    Time: 1715

**PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**
☐ To protect against removal of Lines/Tubes/Catheters/Dressings.

**B. Time:**
APPLY FROM (TIME) 1715 AM/PM TO (TIME) 1715 AM/PM - 24 HOUR MAXIMUM

**C. Type of restraint:**
☐ Soft Limb:    ☐ 1 Point    ☑ 2 Point    ☐ 3 Point
☐ Gerri Chair with Tray
☐ Peek-a-boo Mitts
☑ 3-4 Siderails

**D.** ☐ Attending physician notified of restraint

**E. Signatures:**

Date: 1/24/16    Time: 1810    Physician _____

Beeper#

Date: 11/24/16    Time: 1811    Nurse Signature and title _____

Date: _____    Time: _____    Unit Secretary Signature _____

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic ortherapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!**    **DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: P001250247



IASM.X.OTHERF1

Page 1 of 2
Form #PHT19, Rev. 01/2008
ASM.X.OTHER

**A. (Nursing to Complete):** — pt's sister
- ☐ Family notified of restraint
- ☑ Patient/family educated regarding reason for restraint
- ☐ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
**ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.**
Assess readiness for release
Assess Behavior and enter number key that best describes behavior.
**Behavioral Key:**

| 1 = Agitated | 2 = Confused | 3 = Uncooperative | 4 = Forgetful | 5 = Restless |
| 6 = Calmer | 7 = Sleeping | 8 = Following instructions | 10 = resting | |

**Type of Restraint Code:**
**A.** Soft Limb    **B.** Geri chair with tray    **C.** Peek-a-boo Mitts    **D.** 3-4 Siderails

Other interventions: _See page #1_
Plan of care Implemented as above:   Nurse's Signature _____

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 1715 | 5 | A,n | RA LA RL LL | S/L sun fluid | |
| 1915 | 7 | A,J | RA LA RL LL | | |
| 2115 | N | A,n | RA LA RL LL | | |
| 2315 | 10 | A | RA LA RL LL | | |
| 0115 | 5,4 | A | RA LA RL LL | | |
| 0315 | 10 | A | RA LA RL LL | | |
| 0515 | 4,5 | N | RA LA RL LL | | |
| | 7,10 | | RA LA RL LL | | |
| | 1,5 | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift:  Date: 10/25/16   Time: 8
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____
Evening/PM Shift:  Date: 10/25/16   Time: 17
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____
Night/PM Shift:  Date: 10/25/16   Time: 0115
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of Lines/Tubes/dressings  ☐ Ability to follow instructions  ☐ not pulling on Lines/Tubes/Catheters/Drains
Date _10/25/16_  Time of Restraint Release _____  Nurse's Signature _____
Total Time Restrained: _____  Hours _____  Minutes _____

extubated
10:55 am

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

Page 2 of 2
Form #PH719, Rev. 01/2008
ASM.X.OTHER

↑ASM.X:OTHERF↑

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | | PHYSICIAN ORDERS SHEET |
|---|---|---|---|

**PHYSICIAN ORDERS SHEET**
THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____    Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS    Care Unit: _____    Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
Restraint Assessment and Physician Order

☑ Initial Assessment    ☐ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**
Describe current behavior:
☐ Pulling at Lines/Tubes/Catheters/Dressings
☑ Other _Alt Mental Status_

**B. Alternatives Tried**
☐ Companionship: family, friend volunteer
☐ Skin Sleeve
☑ Increased checks and observation
☐ Bed alarm
☑ Medication
☐ Diversion/Activity/Busy Box
☐ Positioning Pillows
☐ Other: _____

☑ Decrease Stimuli/Noise Reduction
☑ Modify environment
☐ Close Observation
☑ Toileting/Hydration (q 2 hours while awake)
☑ Reviewed/Assessed Medications and Lab values
☑ Assessed for underlying problem
☐ Assistance with toileting

RN Signature: _____    Date: _10/7/2016_    Time: _0000_

**PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**
☐ To protect against removal of Lines/Tubes/Catheters/Dressings.

**B. Time:** _14/7/2016_    _10/8/2016_
APPLY FROM (TIME) _0000_ AM/**PM** TO (TIME) _0000_ AM/PM - 24 HOUR MAXIMUM

**C. Type of restraint:**
☑ Soft Limb:    ☐ 1 Point    ☑ 2 Point    ☐ 3 Point
☐ Gerri Chair with Tray
☐ Peek-a-boo Mitts
☐ 3-4 Siderails

**D.** ☑ Attending physician notified of restraint

**E. Signatures:**
Date: _10/7_ Time: _000_ Physician _Turbhe_

Date: _10/7_ Time: _000_ Nurse Signature and title _____ Beeper# _____

Date: _____ Time: _____ Unit Secretary Signature _____

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!    DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

🛡 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



ÍASM.X.OTHERFÍ

Page 1 of 2
Form #PF719, Rev. 01/2008
ASM.X.OTHER

**A. (Nursing to Complete):**
☑ Family notified of restraint
☑ Patient/family educated regarding reason for restraint
☑ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:

**Behavioral Key:**
1 = Agitated     2 = Confused     3 = Uncooperative     4 = Forgetful     5 = Restless
6 = Calmer       7 = Sleeping     8 = Following instructions   10 = resting

**Type of Restraint Code:**
A. Soft Limb     B. Geri chair with tray     C. Peek-a-boo Mitts     D. 3-4 Siderails
Other interventions: _____ See page _____
Plan of care Implemented as above:   Nurse's Signature ___M. Bugathe(RN)___

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 8ow | 7,10 | A, D | RA LA RL LL | bruges, sant, pulses | Cmm |
| 8row | 7,10 | A, D | RA LA RL LL | Triges, sant, pulses | Cmm |
| 0DW | 7,10 | A, D | RA LA RL LL | Toriges, sant, pulses | Cmm |
| 08VU | 7,10 | A-D | RA LA RL LL | Triges, sant, pulses | Cmm |
| 0400 | 7,10 | AD | RA LA RL L | Teiy, sant, pulses | Bmu |
| 0600 | 7,10 | AD | RL LA RL LL | Oriley, sant, pulses | Bmu |
| 0800 | 7,10 | AD | RA LA RL LL | TGR, Pulsos, NPO, toleri | M. Bugathe |
| 1000 | 7,10 | AD | RA LA RL LL | TGR, Pulsas, NPO, toleri | M. Bugathe |
| 1200 | 7,10 | AD | RA LA RL LL | TGR, Pulses, NPO, toleri | M. Bugathe |
| 1400 | 7,10 | AD | RA LA RL LL | TGR, Pulses, NPO, toleri | M. Bugathe |
| 1600 | 7,10 | AD | RA LA RL LL | TGR, Pulses, NPO, toleri | M. Bugathe |
| 1800 | 7,10 | AD | RA LA RL LL | TGR, Pulses, NPO, toleri | M. Bugathe |
| 2000 | 7,10 | AiD | RA LA RL LL | Timed/repositioned; pulses⊕ Rom | Deate Pol(Aic)RT |
|  |  |  | RA LA RL LL |  |  |
|  |  |  | RA LA RL LL |  |  |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift:  Date: _10/8/10_  Time: _1800_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature ___M. Bugathe(RN)___
Evening/PM Shift: Date: _10/7_  Time: _10_
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature ___Cmm___
Night/PM Shift: Date: _10/8_  Time: _20_
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature ___Cmm___

**D. RESTRAINTS DISCONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of Lines/Tubes/dressings   ☐ Ability to follow instructions - not pulling on Lines/Tubes/Catheters/Drains
Date _____   Time of Restraint Release _____   Nurse's Signature _____

Total Time Restrained: _____   Hours _____   Minutes _____

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089      MR#: F001250247

IASM.X.OTHERFI



| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | | PHYSICIAN ORDERS SHEET |
|---|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____     Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS     Care Unit: _____     Shift: _____

| | DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|---|

**ORDERS**

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
**Restraint Assessment and Physician Order**

☐ Initial Assessment    ☑ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**
Describe current behavior:
☑ Pulling at Lines/Tubes/Catheters/Dressings
☐ Other _____

**B. Alternatives Tried**
☑ Companionship: family, friend volunteer
☐ Skin Sleeve
☑ Increased checks and observation
☑ Bed alarm
☑ Medication
☐ Diversion/Activity/Busy Box
☑ Positioning Pillows
☐ Other: _____

☑ Decrease Stimuli/Noise Reduction
☑ Modify environment
☐ Close Observation
☑ Toileting/Hydration (q 2 hours while awake)
☑ Reviewed/Assessed Medications and Lab values
☑ Assessed for underlying problem
☑ Assistance with toileting

RN Signature: _Daniel McDeith RN_     Date: _10/9/16_   Time: _22:00_

**PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**
☑ To protect against removal of Lines/Tubes/Catheters/Dressings.

**B. Time:**
APPLY FROM (TIME) _22:00_ AM/PM TO (TIME) _22:00_ AM/PM - 24 HOUR MAXIMUM

**C. Type of restraint:**
☑ Soft Limb:      ☐ 1 Point    ☑ 2 Point    ☐ 3 Point
☐ Gerri Chair with Tray
☐ Peek-a-boo Mitts
☑ 3-4 Siderails

**D.** ☐ Attending physician notified of restraint

**E. Signatures:**

Date: _10/9_   Time: _22:00_   Physician _____

Beeper# _____

Date: _10/9_   Time: _22:00_   Nurse Signature and title _Daniel McDeith RN_

Date: _____   Time: _____   Unit Secretary Signature

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!    DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



Page 1 of 2
Form #PH719, Rev. 01/2008
ASM.X.OTHER

IASM.X.OTHERFI

**A. (Nursing to Complete):**
☑ Family notified of restraint
☑ Patient/family educated regarding reason for restraint
☑ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of Injury and skin integrity.
**ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.**
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:

**Behavioral Key:**
1 = Agitated     2 = Confused     3 = Uncooperative     4 = Forgetful     5 = Restless
6 = Calmer       7 = Sleeping     8 = Following instructions   10 = resting

**Type of Restraint Code:**
**A.** Soft Limb     **B.** Geri chair with tray     **C.** Peek-a-boo Mitts     **D.** 3-4 Siderails

Other interventions: _See page 1 section B_
Plan of care implemented as above:   Nurse's Signature _Oralla Oust RN_

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 22:00 | 7,10 | A.D | RA LA RL LL | Rom, Repositioned, ④ Pulses | Oraul mcOust RN |
| 00:00 | 7,10 | A.D | RA LA RL LL | Rom, Repositioned, ④ Pulses | Oraul mcOust RN |
| 02:00 | 7,10 | A.D | RA LA RL LL | Rom, repositioned ④ Pulses | Oraul mcOust RN |
| 04:00 | 5 | A.D | RA LA RL LL | Rom Repositioned ④ Pulses | Oraul mcOust RN |
| 06:00 | 7,10 | A.D | RA LA RL LL | Rom Repositioned ④ Pulses | Oraul mcOust RN |
| 08 | 7,10 | AD | RA LA RL LL | Suction Turn Mouthcare + PP | LSHoYeh |
| 10 | 10 | AD | RA LA RL LL | Turn EEG ④ PP Rom | LSHoh |
| 12 | 7 | AD | RA LA RL LL | Unchange suction mdl care | LSHoYeh |
| 14 | 10 | AD | RA LA RL LL | Used suction room | LSHoYeh |
| 16 | 5 | A.M | RA LA RL LL | T+A, sutan, Mulu | Sahandy |
| 18 | 5 | A.n | RA LA RL LL | Tth' mouth Care | Sahandy |
| 20 | 5 | A.n | RA LA RL LL | Tth' nth, Alu | Sahandy |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |

**C. REASSESSMENT: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift:  Date: _10/10/16_    Time: _7M_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _LSHoYeh_
Evening/PM Shift:  Date: _10/6/16_    Time: _16M_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _Sahandy_
Night/PM Shift:  Date: _____   Time: _____
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of Lines/Tubes/dressings   ☐ Ability to follow instructions – not pulling on Lines/Tubes/Catheters/Drains
Date _____   Time of Restraint Release _____   Nurse's Signature _____
Total Time Restrained: _____ hours _____   Minutes _____


Mercy Fitzgerald Hospital
A member of Mercy Health System

RESTRAINTS (NON-VIOLENT)

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

IASM.X.OTHERFI

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____    Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: _____    Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
**Restraint Assessment and Physician Order**

☐ Initial Assessment    ☑ Reassessment

**(Nursing to Complete):**
**A. Nursing Assessment:**
Describe current behavior:
☑ Pulling at Lines/Tubes/Catheters/Dressings
☐ Other _____

**B. Alternatives Tried**
☐ Companionship: family, friend volunteer
☐ Skin Sleeve
☐ Increased checks and observation
☐ Bed alarm
☑ Medication
☐ Diversion/Activity/Busy Box
☐ Positioning Pillows
☐ Other: _____

☐ Decrease Stimuli/Noise Reduction
☐ Modify environment
☐ Close Observation
☐ Toileting/Hydration (q 2 hours while awake)
☐ Reviewed/Assessed Medications and Lab values
☐ Assessed for underlying problem
☐ Assistance with toileting

RN Signature: _____    Date: 10/10/15    Time: 23N

**PHYSICIAN ORDERS (Physician to Complete):**
**A. Clinical Justification:**
☑ To protect against removal of Lines/Tubes/Catheters/Dressings.

**B. Time:**
APPLY FROM (TIME) 23N AM/PM TO (TIME) 23N AM/PM - 24 HOUR MAXIMUM

**C. Type of restraint:**
☐ Soft Limb        ☐ 1 Point    ☑ 2 Point    ☐ 3 Point
☐ Gerri Chair with Tray
☐ Peek-a-boo Mitts
☑ 3-4 Siderails

**D.** ☐ Attending physician notified of restraint

**E. Signatures:**

Date: _____ Time: _____ Physician _____

Date: 10/11/15 Time: 2 7N Nurse Signature and title _____ Beeper# _____

Date: _____ Time: _____ Unit Secretary Signature _____

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff

**PLEASE NOTE!!!    DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

```
EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247
```

ĨASM.X.OTHERFĨ

SISLR

**A. (Nursing to Complete):**
☐ Family notified of restraint
☑ Patient/family educated regarding reason for restraint
☐ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:

**Behavioral Key:**
1 = Agitated    2 = Confused    3 = Uncooperative    4 = Forgetful    5 = Restless
6 = Calmer    7 = Sleeping    8 = Following instructions   10 = resting

**Type of Restraint Code:**
A. Soft Limb    B. Geri chair with tray    C. Peek-a-boo Mitts    D. 3-4 Siderails
Other interventions: _____ pg 1 _____ Sit By _____
Plan of care implemented as above:    Nurse's Signature _____ LSISR _____

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 22N | 5 | A/M | RA LA RL LL | TTR mouth cri, custin | S hnas |
| 0000 | 6 | A,D | RA LA RL LL | | V Simale |
| 0200 | 10 | A,D | RA LA RL LL | | V Suma |
| 0400 | 10 | A,D | RA LA RL LL | AM care | V Suma |
| 0600 | 10 | A,D | RA LA RL LL | | V Simale |
| 08 | A,D | RA LA RL LL | SBT SAT Suction | LSHSR |
| 10 | 6-7 | A,D | RA LA RL LL | Suction, team + pp skin care | LSHSR |
| 12 | 10 | A,D | RA LA RL LL | Suction PPP turn | LSHSR |
| 14 | 10 | A,D | RA LA RL LL | Condom, Call turn mblk | CSHSR |
| 1600 | A | A/M | RA LA RL LL | Suction, Opulse | S hanse |
| 1800 | 11 | A,D | RA LA RL LL | TTR wash, mixed Cru | S hande |
| 2000 | 1 | A,D | RA LA RL LL | TTR, Straight cath, suction | S hanse |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift: Date: 10/11/16    Time: 7A
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature LSISR
Evening/PM Shift: Date: 11/11/16    Time: 160
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature S/hanse
Night/PM Shift: Date: 10/11/16    Time: 0700
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature V Suma L

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of Lines/Tubes/dressings    ☐ Ability to follow instructions - not pulling on Lines/Tubes/Catheters/Drains
Date _____ Time of Restraint Release _____ Nurse's Signature _____
Total Time Restrained: _____ Hours _____ Minutes _____

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: PA1307223089    MR#: F001250247



650

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | | | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|---|---|
| | | | | THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED |

Age:_____    Gender:_____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit:_____    Shift:_____

| | DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|---|
| 1 | 10/12/16 | 2300 | A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A P M A | | |

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
Restraint Assessment and Physician Order

☐ Initial Assessment          ☐ Reassessment

**(Nursing to Complete):**
A. **Nursing Assessment:**
   Describe current behavior:
   ☑ Pulling at Lines/Tubes/Catheters/Dressings
   ☐ Other _____

B. **Alternatives Tried**
   ☐ Companionship: family, friend volunteer
   ☐ Skin Sleeve
   ☑ Increased checks and observation
   ☐ Bed alarm
   ☐ Medication
   ☐ Diversion/Activity/Busy Box
   ☐ Positioning Pillows
   ☐ Other: _____

   ☐ Decrease Stimuli/Noise Reduction
   ☐ Modify environment
   ☑ Close Observation
   ☐ Toileting/Hydration (q 2 hours while awake)
   ☐ Reviewed/Assessed Medications and Lab values
   ☐ Assessed for underlying problem
   ☐ Assistance with toileting

RN Signature: _V D Annote_          Date: 10/12    Time: 2300

**PHYSICIAN ORDERS (Physician to Complete):**
A. **Clinical Justification:**
   ☑ To protect against removal of Lines/Tubes/Catheters/Dressings.

B. **Time:**
   APPLY FROM (TIME) 2300 ___ AM/PM TO (TIME) 2300 ___ AM/PM - 24 HOUR MAXIMUM

C. **Type of restraint:**
   ☐ Soft Limb:          ☐ 1 Point    ☑ 2 Point    ☐ 3 Point
   ☐ Gerri Chair with Tray
   ☐ Peek-a-boo Mitts
   ☑ 3-4 Siderails

D. ☑ Attending physician notified of restraint

E. **Signatures:**
   Date: 10/12    Time: 2300    Physician _____
                                                    Beeper# _____
   Date: 10/12    Time: 2300    Nurse Signature and title _____
   Date: _____    Time: _____    Unit Secretary Signature

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff

**PLEASE NOTE!!!          DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

IASM.X.OTHERFI

**A. (Nursing to Complete):**
☑ Family notified of restraint
☑ Patient/family educated regarding reason for restraint
☑ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time – Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:
**Behavioral Key:**

1 = Agitated    2 = Confused    3 = Uncooperative    4 = Forgetful    5 = Restless
6 = Calmer    7 = Sleeping    8 = Following instructions  10 = resting

**Type of Restraint Code:**
**A.** Soft Limb    **B.** Geri chair with tray    **C.** Peek-a-boo Mitts    **D.** 3-4 Siderails
Other interventions: _As above_

Plan of care implemented as above:   Nurse's Signature _V. Climab_

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 2330 | 5 | A,D | RA RA RL LL | medicated, f2 R | V Climab RN |
| 0100 | 6 | A D | RA RA RL LL | 45R start zzed | V Climab |
| 0300 | 10 | B,D | RA LA RL LL | foley straight cath | V Climab |
| 0500 | 10 | A,D | RA RL LL | extuded | V Climab |
| 0700 | 10 | A D RL LL | RA LA RL LL | f# | V Climab |
| 09 | 10 | A D | RA LA RL LL | foley turn TF suction monde care A1S49L | |
| 11 | 5-10 | AD | RA LA RL LL | tudm APP TF meds/ Care 1Sobs | |
| 13 | 3 | AD | RA LL RL LL | turn op q 2 sned TF Buttom - 1S1020L | |
| 15 | 6 | AD | RA LA RL LL | √ SWR √ ALP | mmours |
| 17 | 6 | AD | RA LA RL LL | √ SWR 10 BP | mmours |
| 19 | 6. | AD | RA LA RL LL | √ SWR ULP | mmours |
| 21 | 6 | AD | RA LA RL LL | √ SWR BP | |
| 23 | 0 | AD | RA LA RL LL | √ SWR BP | |
|  |  |  | RA LA RL LL | √S | |
|  |  |  | RA LA RL LL | | |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift: Date: _10/13/16_   Time: _00_
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature ___
Evening/PM Shift: Date: ___ Time: ___
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature ___
Night/PM Shift: Date: _10/13/16_   Time: _0700_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _V Climab_

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of Lines/Tubes/dressings   ☐ Ability to follow instructions - not pulling on Lines/Tubes/Catheters/Drains
Date ___   Time of Restraint Release ___   Nurse's Signature ___

Total Time Restrained: ___ Hours ___ Minutes ___

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO  5066
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

IASM.X.OTHERFI



| | PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | **PHYSICIAN ORDERS SHEET** |
|---|---|---|---|

**THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED**

Age: _____  Gender: _____
Care Unit: _____  Shift: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

| | DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|---|

**BEHAVIORAL RESTRAINT ASSESSMENT**

**PART I         FOR VIOLENT OR SELF DESTRUCTIVE BEHAVIOR**

☐ Initial Assessment      ☑ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**
☑ Severe Agitation      ☐ Assaultive/ Risk of Injury
☐ Combative/Striking Out   ☐ Violent/ Aggressive Behavior
☐ Self-Abusive          ☑ Unsafe Behavior due to Impaired Judgment/ Cognition/ Psychosis
☑ Suicidal             ☐ Persistent aggressive verbal threats
☐ Throwing Objects      ☑ Hitting/ Kicking/ Biting
☐ Damaging Property     ☑ Behavior Dangerous to Self or Others
☐ Self-Mutilating       ☐ Other: _____

**B. Identify the less-restrictive alternatives tried in order to modify behaviors:**
☐ De-escalation       ☑ Calming Medication   ☑ 1:1 Observation     ☑ Set Clear, Firm Limits
☐ PEAT Code         ☐ Family Members      ☑ Diversion/Activity   ☐ Quiet Room / Time-Out
☑ Active Listening      ☑ Allow to Ventilate    ☑ Minimum Stimulation  ☑ Offer Alternatives / Choices
☐ Other/Describe:

**C. Patient's Response to Above Alternatives:**  _Unreceptive ._

The above alternatives have been tried and have been unsuccessful; there is a need for more restrictive restraint interventions.

RN Signature: _Alyson Rossino RN_      Date: _10/17/16_   Time: _2000_

**PART II PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**
☑ Imminent danger of harm to self or others   ☑ Combative/ Assaultive/ Violent behavior
☑ Other: _Attempt to elope previous shift_

**B. Time:** Ages 18 & above -4 hour max. / Ages 9 to 17 years - 2 hour max. / Under 9 years of age - 1 hour max.
APPLY FROM (TIME) _2000_  AM/PM TO (TIME) _0006_  AM/PM

**C. Type of restraint:**
☐ Locked Seclusion (Psychiatric Units Only)
☑ 3-4 Side rails
☑ Locked Velcro Restraints    ☑ 4 Point    ☐ 3 Point    ☐ 2 Point
☐ Soft Limb            ☐ 4 Point
☐ Other

**D.** Continuous observation face-to-face by assigned staff for duration of episode.
Note: Face-to-face LIP / Physician visit must be completed within one hour and progress note written.

**E. Signatures:**
Date: _4/17/16_ Time: _8 PM_   Licensed Independent Practitioner Signature _____   Pager# _____

Date: _____ Time: _____   Unit Secretary Signature _____

Date: _10/17/16_ Time: _2000_   Registered Nurse Signature _Alyson Rossino R_

☐ If verbal order, read back and verified by _____  RN

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!!          DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

Page 1 of 2
Form #PH719, Rev. 04/2008
ASMX.OTHER



**PART III NURSING CARE**
**(Nursing to Complete):**

**A. Family Notification /Patient and Family Education:**
Name of Family Member notified: ___No family present @ this time___ Date/Time: 10/17/16

☐ Pt. Refused
☒ Unavailable

Patient and family educated regarding reason for restraints and given hospital brochure.
Behaviors required to discontinue the restraints were explained to patient and family.
Restraint prevention & use were identified on Interdisciplinary Plan of Care /Team Treatment Plan.

RN Initials: _an_

**B. Continuous Patient Observation and Revised Plan of Care for Restraints / Seclusion:**

Assigned observer's signature signifies that the following care and / or observations were completed every 15 minutes:
**Behavior, Cognitive Function, Response to restraints and Readiness for Release**
**Circulation:** for presence of pulses & good color, Skin Assessment & Assessment for Patient Injury;
**Range-of-motion exercises and restraint release** of all limbs one at a time – provide every 2 hours and more frequently if needed per q. 15 minute observations.
**Evaluate need for Food, Fluids, Hygiene and Toileting;** provide every 2 hours and more frequently if needed per q. 15 minute observations.

**Behavioral Key:**
1 = Threatening   2 = Combative   3 = Violent   4 = Assaultive   5 = Loud/Yelling   6 = Agitated
7 = Uncooperative   8 = Calmer   9 = Quiet   10= Cooperative   11= Medicated   12 = Ate (Describe)
13= Drank (Describe)   14 = Other (See Comments)

| Time every 15 min. | Behavior Key | Circle Restrained Limbs | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|
| 2000 | 7 | RA LA RL LL | Circ√, ROM, T+R Assessment, ST, febrile | A Rosseno RN |
| 2015 | 7 | RA LA RL LL | Circ√ MC, Suctioned | A Rosseno RN |
| 2030 | 9 | RA LA RL LL | Circ√ Peri care | A Rosseno RN |
| 2045 | 9 | RA LA RL LL | Circ√ Back care, ST, | A Rosseno RN |
| 2100 | 6,7 | RA LA RL LL | Circ√ ROM, Ativan given as per CIWA | A Rosseno RN |
| 2115 | 8 | RA LA RL LL | Circ√ MC, No C/o | A Rosseno RN |
| 2130 | 8 | RA LA RL LL | Circ√ Suctioned | A Rosseno RN |
| 2145 | 8 | RA LA RL LL | Circ√, Appears asleep | A Rosseno RN |
| 2200 | 8 | RA LA RL LL | Circ√ ROM, T+R, MC, PM Care | A Rosseno RN |
| 2215 | 8 | RA LA RL LL | Circ√, MC, Suctioned | A Rosseno RN |
| 2230 | 8 | RA LA RL LL | Circ√, Suctioned, Fentanyl 50 mcg xT PRR | A Rosseno RN |
| 2245 | 9 | RA LA RL LL | Circ√ ROM, Suctioned | A Rosseno RN |
| 2300 | 9 | RA LA RL LL | Circ√ ROM Skin care | A Rosseno RN |
| 2315 | 9 | RA LA RL LL | Circ√ MC VSS | A Rosseno RN |
| 2330 | 9 | RA LA RL LL | Circ√ ROM VSS | A Rosseno RN |

**C. Reassessment:** Nurse reassess the patient at the end of the time ordered or when released.
Date: _____   Time: _____

☐ Continue Restraints   ☐ New order obtained   Signature/Title: _____

Vital Signs: Time _____ T. _____ P. _____ R. _____ BP. _____ / _____

**D. Restraints Discontinued:** The patient has met the following criteria for restraint removal or release from locked seclusion:

Criteria for Removal ☒ as appropriate, complete when released
☐ Increased behavioral control   ☐ No assaultive threats   ☐ Demonstrates calm behavior ☐ Improved mental status ☐ Improved communication   ☐ Other _____
☐ Decreased agitation   ☐ No threats of self harm   ☐ Follows directions   ☐ Interacts with staff   ☐ Agrees to Safety Contract

Signature/Title: _____   Date Ended: _____   Time Ended: _____ AM/PM

**E.** (Psychiatry only) Debriefing occurred with patient, family & staff and recorded on Debriefing Form   ☐ Yes ☐ No

**F.** ☐ Clinical leadership notified for episode > 12 hours or 2 or more episode within 12 hours.

**Total Time Restrained:** ___4___ Hours _____ Minutes

Mercy Fitzgerald Hospital
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

Page 2 of 2
Form #PH719, Rev. 01/2008
ASM.X.OTHER

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247


**PART III NURSING CARE**

**A. (Nursing to Complete):**

**A. Family Notification /Patient and Family Education:**
☐ Pt. Refused
☑ Unavailable

Name of Family Member notified: _No family present_      Date/Time: _10/17/16_

Patient and family educated regarding reason for restraints and given hospital brochure.
Behaviors required to discontinue the restraints were explained to patient and family.
Restraint prevention & use were identified on Interdisciplinary Plan of Care /Team Treatment Plan.      RN Initials: _al_

**B. Continuous Patient Observation and Revised Plan of Care for Restraints / Seclusion:**

Assigned observer's signature signifies that the following care and / or observations were completed every 15 minutes:

**Behavior, Cognitive Function, Response to restraints and Readiness for Release**

Circulation: for presence of pulses & good color, Skin Assessment & Assessment for Patient Injury;

**Range-of-motion exercises and restraint release of all limbs one at a time – provide every 2 hours and more frequently if needed per q. 15 minute observations.**

Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed per q. 15 minute observations.

**Behavioral Key:**

| | | | | | |
|---|---|---|---|---|---|
| 1  = Threatening | 2 = Combative | 3  = Violent | 4 = Assaultive | 5  = Loud/Yelling | 6  = Agitated |
| 7  = Uncooperative | 8 = Calmer | 9  = Quiet | 10 = Cooperative | 11 = Medicated | 12 = Ate (Describe) |
| 13 = Drank (Describe) | | 14 = Other (See Comments) | | | |

| Time every 15 min. | Behavior Key | Circle Restrained Limbs | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|
| 2345 | 7 | ⓇⒶ ⒶⓇⓁ ⓁⓁ | Circ√, Repositioned , MC , VSS | Glassero RN |
| 0000 | | RA LA RL LL | See next order form | Glassero RN |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |

**C. Reassessment; Nurse reassess the patient at the end of the time ordered or when released.**

Date: _10/18/16_       Time: _0000_

_Pt remains unreliable, impulsive, Attempts to strike when limbs are released._
_No verbalization of suilidal ideation present._

☑ Continue Restraints      ☑ New order obtained   Signature/Title: _Glassero RN_

Vital Signs: Time _0000_  T. _37⁸_  P. _91_  R. _45_  BP. _154_ / _83_

**D. Restraints Discontinued: The patient has met the following criteria for restraint removal or release from locked seclusion:**

Criteria for Removal ☑ as appropriate, complete when released

☐ Increased behavioral control  ☐ No assaultive threats   ☐ Demonstrates calm behavior ☐ Improved mental status ☐ Improved communication  ☐ Other _____
☐ Decreased agitation        ☐ No threats of self harm ☐ Follows directions        ☐ Interacts with staff      ☐ Agrees to Safety Contract

Signature/Title: _____  Date Ended: _____  Time Ended: _____ AM/PM

**E.** (Psychiatry only) Debriefing occurred with patient, family & staff and recorded on Debriefing Form      ☐ Yes ☐ No

**F.** ☐ Clinical leadership notified for episode > 12 hours or 2 or more episode within 12 hours.

Total Time Restrained: _4_   Hours      _0_   Minutes

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

Page 2 of 2
Form #PH719, Rev. 01/2008
ASM,X,OTHER



| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | |
|---|---|---|

**PHYSICIAN ORDERS SHEET**

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____      Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: _____      Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**BEHAVIORAL RESTRAINT ASSESSMENT**
**FOR VIOLENT OR SELF DESTRUCTIVE BEHAVIOR**

**PART I**

☐ Initial Assessment      ☒ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**
- ☒ Severe Agitation
- ☐ Combative/Striking Out
- ☐ Self-Abusive
- ☒ Suicidal
- ☐ Throwing Objects
- ☐ Damaging Property
- ☐ Self-Mutilating

- ☐ Assaultive/ Risk of Injury
- ☐ Violent/ Aggressive Behavior
- ☒ Unsafe Behavior due to Impaired Judgment/ Cognition/ Psychosis
- ☐ Persistent aggressive verbal threats
- ☒ Hitting/ Kicking/ Biting
- ☒ Behavior Dangerous to Self or Others
- ☐ Other: _____

**B. Identify the less-restrictive alternatives tried in order to modify behaviors:**
- ☐ De-escalation
- ☐ PEAT Code
- ☒ Active Listening
- ☐ Other/Describe:

- ☒ Calming Medication
- ☐ Family Members
- ☒ Allow to Ventilate

- ☒ 1:1 Observation
- ☐ Diversion/Activity
- ☒ Minimum Stimulation

- ☒ Set Clear, Firm Limits
- ☐ Quiet Room / Time-Out
- ☒ Offer Alternatives / Choices

**C. Patient's Response to Above Alternatives:** _Unreceptive._

The above alternatives have been tried and have been unsuccessful; there is a need for more restrictive restraint interventions.

RN Signature: _Alyson Rossindar_      Date: 10/18/16      Time: 0000

**PART II PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**
- ☒ Imminent danger of harm to self or others
- ☐ Other: _____
- ☒ Combative/ Assaultive/ Violent behavior

**B. Time:** Ages 18 & above -4 hour max. / Ages 9 to 17 years - 2 hour max. / Under 9 years of age - 1 hour max.

APPLY FROM (TIME) _0000_ AM/PM TO (TIME) _0400_ AM/PM

**C. Type of restraint:**
- ☐ Locked Seclusion (Psychiatric Units Only)
- ☒ 3-4 Side rails
- ☒ Locked Velcro Restraints      ☐ 4 Point      ☒ 3 Point      ☐ 2 Point
- ☐ Soft Limb      ☐ 4 Point
- ☐ Other

**D. Continuous observation face-to-face by assigned staff for duration of episode.**

Note: Face-to-face LIP / Physician visit must be completed within one hour and progress note written.

**E. Signatures:**

Licensed Independent Practitioner

Date: 10/18   Time: 12AM   Signature _____   Pager# _____

Date: _____   Time: _____   Unit Secretary Signature _____

Date: 10/18/16   Time: 0000   Registered Nurse Signature _Alyson Rossindar_

☐ If verbal order, read back and verified by _____   RN

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic orthorapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff

**PLEASE NOTE!!!!      DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

🦅 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

Page 1 of 2
Form #PH719, Rev. 01/2008
ASMX OTHER

**PART III NURSING CARE**
(Nursing to Complete):

**A. Family Notification /Patient and Family Education:**
Name of Family Member notified: _Family not present_          Date/Time: _10/18/16 0000_    ☐ Pt. Refused  ☒ Unavailable

Patient and family educated regarding reason for restraints and given hospital brochure.
Behaviors required to discontinue the restraints were explained to patient and family.
Restraint prevention & use were identified on Interdisciplinary Plan of Care /Team Treatment Plan.    RN Initials: _arc_

**B. Continuous Patient Observation and Revised Plan of Care for Restraints / Seclusion:**

Assigned observer's signature signifies that the following care and / or observations were completed every 15 minutes:
Behavior, Cognitive Function, Response to restraints and Readiness for Release
Circulation: for presence of pulses & good color, Skin Assessment & Assessment for Patient injury;
Range-of-motion exercises and restraint release of all limbs one at a time – provide every 2 hours and more frequently if needed per q.
15 minute observations.
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed per q. 15 minute observations.

**Behavioral Key:**

| | | | | | |
|---|---|---|---|---|---|
| 1 = Threatening | 2 = Combative | 3 = Violent | 4 = Assaultive | 5 = Loud/Yelling | 6 = Agitated |
| 7 = Uncooperative | 8 = Calmer | 9 = Quiet | 10 = Cooperative | 11 = Medicated | 12 = Ate (Describe) |
| 13 = Drank (Describe) | | 14 = Other (See Comments) | | | |

| Time every 15 min | Behavior Key | Circle Restrained Limbs | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|
| 0000 | 6,7 | RA LA RL LL | Circ√, T+R, Haldol IV given, Assessment | aRessendrw |
| 0015 | 6,7 | RA LA RL LL | Circ√, Ativan given as per CIWA, MC | aRessend rw |
| 0030 | 6 | RA LA RL LL | Circ√, VSS, ROM, Suctioned, Restless | aRessendrw |
| 0045 | 6 | RA LA RL LL | Circ√, SR, MC, appears to hallucinate | aRessendrw |
| 0100 | 6,7 | RA LA RL LL | Circ√, Ativan as per CIWA, ROM | aRessend rw |
| 0115 | 6,7 | RA LA RL LL | Circ√, Restless, Tachypneic, Suctioned | aRessend rw |
| 0130 | 6 | RA LA RL LL | Circ√, MC, Suctioned, Easily agitated | aRessend rw |
| 0145 | 6 | RA LA RL LL | Circ√, ROM, MC, Pericare√ | aRessend rw |
| 0200 | 6,7 | RA LA RL LL | Circ√, ROM, T+R, Ativan as per CIWA | aRessendrw |
| 0215 | 6 | RA LA RL LL | Circ√, ROM, MC, VSS & RL tachypnea | aRessend rw |
| 0230 | 6 | RA LA RL LL | Circ√, Suctioned, SR | aRessend rw |
| 0245 | 6 | RA LA RL LL | Circ√, MC, Pericare, SR | aRessendrw |
| 0300 | 6,7 | RA LA RL LL | Circ√, ROM, T+R, Ativan as per CIWA | aRessendrw |
| 0315 | 6 | RA LA RL LL | Circ√, MC, Hallucinations√ | aRessendrw |
| 0330 | 6,7 | RA LA RL LL | Circ√, MC, ROM, Uncooperative | aRessendrw |

**C. Reassessment:** Nurse reassess the patient at the end of the time ordered or when released.
Date: _10/18/16_          Time: _0400_
_Pt continues to be unreliable, impulsive + attempts to strike when limbs are_
_released despite sedation._

☐ Continue Restraints    ☐ New order obtained  Signature/Title: _____

Vital Signs: Time _____  T._____  P._____  R._____  BP._____ /_____

**D. Restraints Discontinued:** The patient has met the following criteria for restraint removal or release from locked seclusion:
Criteria for Removal ☒ as appropriate, complete when released
☐ Increased behavioral control  ☐ No assaultive threats   ☐ Demonstrates calm behavior ☐ Improved mental status☐ Improved communication   ☐ Other _____
☐ Decreased agitation      ☐ No threats of self harm  ☐ Follows directions      ☐ Interacts with staff   ☐ Agrees to Safely Contract

Signature/Title: _____  Date Ended:_____  Time Ended:_____ AM/PM

**E.** (Psychiatry only) Debriefing occurred with patient, family & staff and recorded on Debriefing Form    ☐ Yes ☐ No

**F.** ☐ Clinical leadership notified for episode > 12 hours or 2 or more episode within 12 hours.

Total Time Restrained:_____ 4 _____ Hours _____ Minutes

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
ACC: FA1307223089    MR#: F001250247

Page 2 of 2
Form #PH719, Rev. 01/2008
ASMLX.OTHER

## PART III NURSING CARE

**(Nursing to Complete):**

**A. Family Notification /Patient and Family Education:**

Name of Family Member notified: _____    Date/Time: _10/18/16 0900_    ☐ Pt. Refused  ☑ Unavailable

Patient and family educated regarding reason for restraints and given hospital brochure.
Behaviors required to discontinue the restraints were explained to patient and family.
Restraint prevention & use were identified on Interdisciplinary Plan of Care /Team Treatment Plan.    RN Initials: _al_

**B. Continuous Patient Observation and Revised Plan of Care for Restraints / Seclusion:**

Assigned observer's signature signifies that the following care and / or observations were completed every 15 minutes:
Behavior, Cognitive Function, Response to restraints and Readiness for Release
Circulation: for presence of pulses & good color, Skin Assessment & Assessment for Patient Injury;
Range-of-motion exercises and restraint release of all limbs one at a time - provide every 2 hours and more frequently if needed per q. 15 minute observations.
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed per q. 15 minute observations.

**Behavioral Key:**

| 1 = Threatening | 2 = Combative | 3 = Violent | 4 = Assaultive | 5 = Loud/Yelling | 6 = Agitated |
|---|---|---|---|---|---|
| 7 = Uncooperative | 8 = Calmer | 9 = Quiet | 10 = Cooperative | 11 = Medicated | 12 = Ate (Describe) |
| 13 = Drank (Describe) | | 14 = Other (See Comments) | | | |

| Time every 15 min. | Behavior Key | Circle Restrained Limbs | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|
| 0845 | 6, 7 | RA LA RL LL | Obvy ROM, MC, Nonverbal | ARessirono RN |
| 0400 | | RA LA RL LL | See new order | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |

**C. Reassessment: Nurse reassess the patient at the end of the time ordered or when released.**

Date: _10/18/16_    Time: _0900_

Pt continues to be unreliable, impulsive + attempts to strike when limbs are released despite sedation

☑ Continue Restraints    ☐ New order obtained    Signature/Title: _ARessie RN_

Vital Signs: Time _0900_  T. _37.7_  P. _93_  R. _44_  BP. _124 / 64_

**D. Restraints Discontinued: The patient has met the following criteria for restraint removal or release from locked seclusion:**

Criteria for Removal ☑ as appropriate, complete when released

☐ Increased behavioral control  ☐ No assaultive threats  ☐ Demonstrates calm behavior ☐ Improved mental status ☐ Improved communication  ☐ Other_____
☐ Decreased agitation  ☐ No threats of self harm  ☐ Follows directions  ☐ Interacts with staff  ☐ Agrees to Safety Contract

Signature/Title: _____  Date Ended:_____  Time Ended:_____ AM/PM

**E. (Psychiatry only)** Debriefing occurred with patient, family & staff and recorded on Debriefing Form    ☐ Yes ☐ No

**F.** ☐ Clinical leadership notified for episode > 12 hours or 2 or more episode within 12 hours.

**Total Time Restrained:**_____  Hours  _____  Minutes

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

Page 2 of 2
Form #PH719, Rev. 01/2008
ASM.X OTHER



EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____    Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS    Care Unit: _____    Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**BEHAVIORAL RESTRAINT ASSESSMENT**

**PART I    FOR VIOLENT OR SELF DESTRUCTIVE BEHAVIOR**

☐ Initial Assessment    ☒ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**
- ☒ Severe Agitation
- ☐ Combative/Striking Out
- ☐ Self-Abusive
- ☒ Suicidal
- ☐ Throwing Objects
- ☐ Damaging Property
- ☐ Self-Mutilating
- ☐ Assaultive/ Risk of Injury
- ☐ Violent/ Aggressive Behavior
- ☐ Unsafe Behavior due to Impaired Judgment/ Cognition/ Psychosis
- ☐ Persistent aggressive verbal threats
- ☒ Hitting/ Kicking/ Biting
- ☐ Behavior Dangerous to Self or Others
- ☐ Other: _____

**B. Identify the less-restrictive alternatives tried in order to modify behaviors:**
- ☐ De-escalation
- ☐ PEAT Code
- ☒ Active Listening
- ☐ Other/Describe:
- ☒ Calming Medication
- ☐ Family Members
- ☒ Allow to Ventilate
- ☒ 1:1 Observation
- ☐ Diversion/Activity
- ☒ Minimum Stimulation
- ☒ Set Clear, Firm Limits
- ☐ Quiet Room / Time-Out
- ☒ Offer Alternatives / Choices

**C. Patient's Response to Above Alternatives:** _Unreceptive_

The above alternatives have been tried and have been unsuccessful; there is a need for more restrictive restraint interventions.

RN Signature: _A Russin RN_    Date: _10/18/16_    Time: _0400_

**PART II PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**
- ☒ Imminent danger of harm to self or others
- ☒ Combative/ Assaultive/ Violent behavior
- ☐ Other: _____

**B. Time:** Ages 18 & above -4 hour max. / Ages 9 to 17 years - 2 hour max. / Under 9 years of age - 1 hour max.

APPLY FROM (TIME) _0400_ AM/PM TO (TIME) _0800_ AM/PM

**C. Type of restraint:**
- ☐ Locked Seclusion (Psychiatric Units Only)
- ☒ 3-4 Side rails
- ☒ Locked Velcro Restraints    ☐ 4 Point    ☒ 3 Point    ☐ 2 Point
- ☐ Soft Limb    ☐ 4 Point
- ☐ Other

**D. Continuous observation face-to-face by assigned staff for duration of episode.**
Note: Face-to-face LIP / Physician visit must be completed within one hour and progress note written.

**E. Signatures:**

Licensed Independent Practitioner

Date: _10/18_ Time: _4 AM_ Signature _Lurley_    Pager# _1673_

Date: _10/18_ Time: _0480_ Unit Secretary Signature _error as_

Date: _10/18/16_ Time: _0401_ Registered Nurse Signature _A Russin RN_

☐ If verbal order, read back and verified by _____    RN

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!    DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

**PART III NURSING CARE**
**(Nursing to Complete):**

**A. Family Notification /Patient and Family Education:**
Name of Family Member notified: _Att. error at_      Date/Time: _10/18/16_ _0406_   ☐ Pt. Refused   ☒ Unavailable

Patient and family educated regarding reason for restraints and given hospital brochure.
Behaviors required to discontinue the restraints were explained to patient and family.
Restraint prevention & use were identified on Interdisciplinary Plan of Care /Team Treatment Plan.    RN Initials: _CR_

**B. Continuous Patient Observation and Revised Plan of Care for Restraints / Seclusion:**
Assigned observer's signature signifies that the following care and / or observations were completed every 15 minutes:
Behavior, Cognitive Function, Response to restraints and Readiness for Release
Circulation: for presence of pulses & good color, Skin Assessment & Assessment for Patient Injury;
Range-of-motion exercises and restraint release of all limbs one at a time - provide every 2 hours and more frequently if needed per q. 15 minute observations.
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed per q. 15 minute observations.

**Behavioral Key:**

| | | | | | |
|---|---|---|---|---|---|
| 1 = Threatening | 2 = Combative | 3 = Violent | 4 = Assaultive | 5 = Loud/Yelling | 6 = Agitated |
| 7 = Uncooperative | 8 = Calmer | 9 = Quiet | 10 = Cooperative | 11 = Medicated | 12 = Ate (Describe) |
| 13 = Drank (Describe) | | 14 = Other (See Comments) | | | |

| Time every 15 min. | Behavior Key | Circle Restrained Limbs | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|
| 0400 | 6,7 | RA LA RL LL | Circ✓, ROM, T+R, MC, Suctioned | ARossino RN |
| 0415 | 6,7 | RA LA RL LL | Circ✓, Assessment, Ativan as per CIWA | ARossino RN |
| 0430 | 8 | RA LA RL LL | Circ✓ ROM, MC, | ARossino RN |
| 0445 | 8 | RA LA RL LL | Circ✓ T+R, Back care, MC | ARossino RN |
| 0500 | 8 | RA LA RL LL | removed dc'd | ARossino RN |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |

**C. Reassessment:** Nurse reassess the patient at the end of the time ordered or when released.
Date: _10/18/16_     Time: _0500_
_Removed due to ↓ aggression. Changed to 2 pt soft wrists_

☐ Continue Restraints    ☐ New order obtained   Signature/Title: _____

Vital Signs: Time _____ T. _____ P. _____ R. _____ BP. _____ / _____

**D. Restraints Discontinued:** The patient has met the following criteria for restraint removal or release from locked seclusion:
Criteria for Removal ☒ as appropriate, complete when released
☒ Increased behavioral control ☒ No assaultive threats ☐ Demonstrates calm behavior ☐ Improved mental status ☐ Improved communication ☐ Other ____
☒ Decreased agitation ☒ No threats of self harm ☒ Follows directions ☐ Interacts with staff ☐ Agrees to Safety Contract
Signature/Title: _ARossino RN_    Date Ended: _10/18/16_    Time Ended: _0500_ AM/PM

**E.** (Psychiatry only) Debriefing occurred with patient, family & staff and recorded on Debriefing Form    ☐ Yes ☐ No

**F.** ☐ Clinical leadership notified for episode > 12 hours or 2 or more episode within 12 hours.

Total Time Restrained: _____ '_ Hours     _∅_ Minutes

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

```
EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247
```

**PART III NURSING CARE**
  **(Nursing to Complete):**
**A. Family Notification /Patient and Family Education:**                                          ☐ PL Refused
    Name of Family Member notified: _____  Date/Time: _____   ☐ Unavailable

Patient and family educated regarding reason for restraints and given hospital brochure.
Behaviors required to discontinue the restraints were explained to patient and family.
Restraint prevention & use were identified on Interdisciplinary Plan of Care /Team Treatment Plan.        RN Initials: ____

**B. Continuous Patient Observation and Revised Plan of Care for Restraints / Seclusion:**

Assigned observer's signature signifies that the following care and / or observations were completed every 15 minutes:
Behavior, Cognitive Function, Response to restraints and Readiness for Release
Circulation: for presence of pulses & good color, Skin Assessment & Assessment for Patient Injury;
Range-of-motion exercises and restraint release of all limbs one at a time – provide every 2 hours and more frequently if needed per q.
15 minute observations.
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed per q. 15 minute observations.

**Behavioral Key:**

| | | | | | |
|---|---|---|---|---|---|
| 1 = Threatening | 2 = Combative | 3 = Violent | 4 = Assaultive | 5 = Loud/Yelling | 6 = Agitated |
| 7 = Uncooperative | 8 = Calmer | 9 = Quiet | 10 = Cooperative | 11 = Medicated | 12 = Ate (Describe) |
| 13 = Drank (Describe) | | 14 = Other (See Comments) | | | |

| Time every 15 min. | Behavior Key | Circle Restrained Limbs | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |
| | | RA LA RL LL | | |

**C. Reassessment:** Nurse reassess the patient at the end of the time ordered or when released.
   Date: _____          Time: _____
_____
_____

☐ Continue Restraints      ☐ New order obtained    Signature/Title: _____

Vital Signs: Time _____  T. _____  P. _____  R. _____  BP. _____ / _____

**D. Restraints Discontinued:** The patient has met the following criteria for restraint removal or release from locked seclusion:
   Criteria for Removal ☑ as appropriate, complete when released
   ☐ Increased behavioral control  ☐ No assaultive threats    ☐ Demonstrates calm behavior ☐ Improved mental status ☐ Improved communication  ☐ Other ____
   ☐ Decreased agitation        ☐ No threats of self harm  ☐ Follows directions          ☐ Interacts with staff      ☐ Agrees to Safety Contract

   Signature/Title: _____  Date Ended: _____  Time Ended: _____ AM/PM

**E.** (Psychiatry only) Debriefing occurred with patient, family & staff and recorded on Debriefing Form      ☐ Yes ☐ No

**F.** ☐ Clinical leadership notified for episode > 12 hours or 2 or more episode within 12 hours.

**Total Time Restrained:** _____  Hours  _____  Minutes

⚕ **Mercy Fitzgerald Hospital**
  A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

```
EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247
```



| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

**PHYSICIAN ORDERS SHEET**

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____   Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: _____   Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|
| 1 | 10/13 | 2300 | A P M | **RESTRAINTS FOR NON-VIOLENT BEHAVIOR** | |

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
**Restraint Assessment and Physician Order**

☐ Initial Assessment     ☐ Reassessment

**(Nursing to Complete):**
A. **Nursing Assessment:**
   Describe current behavior:
   ☑ Pulling at Lines/Tubes/Catheters/Dressings
   ☐ Other _____

B. **Alternatives Tried**
   ☐ Companionship: family, friend volunteer        ☐ Decrease Stimuli/Noise Reduction
   ☐ Skin Sleeve                                     ☐ Modify environment
   ☑ Increased checks and observation                ☐ Close Observation
   ☐ Bed alarm                                       ☐ Toileting/Hydration (q 2 hours while awake)
   ☐ Medication                                      ☐ Reviewed/Assessed Medications and Lab values
   ☐ Diversion/Activity/Busy Box                     ☐ Assessed for underlying problem
   ☐ Positioning Pillows                             ☐ Assistance with toileting
   ☐ Other: _____

RN Signature: _Vnimah_         Date: 10/13    Time: 0300

**PHYSICIAN ORDERS (Physician to Complete):**
A. **Clinical Justification:**
   ☑ To protect against removal of Lines/Tubes/Catheters/Dressings.
B. **Time:**
   APPLY FROM (TIME) 2300 AM/**PM** TO (TIME) 2300 AM/**PM** 24 HOUR MAXIMUM

C. **Type of restraint:**
   ☑ Soft Limb:              ☐ 1 Point      ☑ 2 Point      ☐ 3 Point
   ☐ Geri Chair with Tray
   ☐ Peek-a-boo Mitts
   ☑ 3-4 Siderails

D. ☑ Attending physician notified of restraint

E. **Signatures:**
   Date: 10/13   Time: 2300   Physician _____
   Date: 10/13   Time: 2300   Nurse Signature and title _V Nimah_     Beeper# _____
   Date: _____   Time: _____   Unit Secretary Signature _____

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!**     DO NOT WRITE ON REVERSE SIDE OF THIS FORM.

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: PA1307223089     MR#: F001250247



ÎASM.X.OTHERFÎ

**A. (Nursing to Complete):**
☑ Family notified of restraint
☑ Patient/family educated regarding reason for restraint
☑ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
**ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.**
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:

**Behavioral Key:**

| | | | | |
|---|---|---|---|---|
| 1 = Agitated | 2 = Confused | 3 = Uncooperative | 4 = Forgetful | 5 = Restless |
| 6 = Calmer | 7 = Sleeping | 8 = Following Instructions | 10 = resting | |

**Type of Restraint Code:**
**A.** Soft Limb   **B.** Geri chair with tray   **C.** Peek-a-boo Mitts   **D.** 3-4 Siderails
Other interventions: _as above_
Plan of care implemented as above:   Nurse's Signature _Volimat_

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 2300 | 5 | A D | (RA) (LA) RL LL | TK. | Volimat |
| 0100 | 6 | A D | (RA) (LA) RL LL | suctioned | Volimat |
| 2300 | 10 | A D | (RA) (LA) RL LL | TK | Volimat |
| 0500 | 5 | A D | (RA) (LA) RL LL | A.M Care | Volimat |
| 0700 | 6 | A D | (RA) (LA) RL LL | 72R | Volimat |
| 9/K | 6 | A D | (RA) (LA) RL LL | Asses PPP TK foley no Edca | (SAK) |
| 11/K | 6 | A D | (RA) (LA) RL LL | Asses BSA no Edca Foley TK | (SAK) |
| 1226 | | | RA LA RL LL | d/c per Jen Wome | (KDK) |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift:  Date: _10/14/16_   Time: _9/1_
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _SAK_

Evening/PM Shift:  Date: _____   Time: _____
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____

Night/PM Shift:  Date _10/14/16_   Time: _0100_
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _Volimat_

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of lines/Tubes/dressings   ☐ Ability to follow instructions - not pulling on Lines/Tubes/Catheters/Drains   _SAK_
Date _10/14/11_  Time of Restraint Release _1226 P_  Nurse's Signature _SAK_
Total Time Restrained: _____ Hours   _____ Minutes

🛡 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

IASM.X.OTHERFI

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____  Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS   Care Unit: _____  Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|
| | 10/14/16 2000 | A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M A F A M | | |

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
**Restraint Assessment and Physician Order**

☐ Initial Assessment    ☒ Reassessment

**(Nursing to Complete):**
**A. Nursing Assessment:**
Describe current behavior:
☒ Pulling at Lines/Tubes/Catheters/Dressings
☐ Other _____

**B. Alternatives Tried**
☒ Companionship: family, friend volunteer       ☒ Decrease Stimuli/Noise Reduction
☐ Skin Sleeve                                    ☒ Modify environment
☒ Increased checks and observation              ☒ Close Observation
☒ Bed alarm                                      ☐ Toileting/Hydration (q 2 hours while awake)
☒ Medication                                     ☐ Reviewed/Assessed Medications and Lab values
☐ Diversion/Activity/Busy Box                   ☒ Assessed for underlying problem
☒ Positioning Pillows                            ☒ Assistance with toileting
☐ Other _____

RN Signature: _Jennifer McCann_ Date: _10/14/16_ Time: _2000_

**PHYSICIAN ORDERS (Physician to Complete):**
**A. Clinical Justification:**
☒ To protect against removal of Lines/Tubes/Catheters/Dressings.

**B. Time:**
APPLY FROM (TIME) _2000_ AM/PM TO (TIME) _2000_ AM/PM - 24 HOUR MAXIMUM

**C. Type of restraint:**
☒ Soft Limb:        ☐ 1 Point    ☒ 2 Point    ☐ 3 Point
☐ Gerri Chair with Tray
☐ Peek-a-boo Mitts
☒ 3-4 Siderails

**D.** ☐ Attending physician notified of restraint

**E. Signatures:**
Date _10/14/16_ Time _2000_ Physician _____

Date _10/14/16_ Time: _2000_ Nurse Signature and title _Jennifer McCann_ Beeper# _____

Date: _____ Time: _____ Unit Secretary Signature _____

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!     DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



IASM.X.OTHERFI

**A. (Nursing to Complete):**
☑ Family notified of restraint
☑ Patient/family educated regarding reason for restraint
☑ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time -  Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:

**Behavioral Key:**

| 1 = Agitated | 2 = Confused | 3 = Uncooperative | 4 = Forgetful | 5 = Restless |
|---|---|---|---|---|
| 6 = Calmer | 7 = Sleeping | 8 = Following Instructions | 10 = resting | |

**Type of Restraint Code:**

A. Soft Limb     B. Geri chair with tray     C. Peek-a-boo Mitts     D. 3-4 Siderails

Other interventions: _____

Plan of care implemented as above:  Nurse's Signature _Mccruph_

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 0000 | 1 | AD | RA LA RL LL | repositioned ROM | Mccermick |
| 2200 | 6 | AD | RA LA RL LL | MM care | Mccermick |
| 0000 | 5 | AD | RA LA RL LL | MC PX ROM | Mccermick |
| 0200 | 7 | AD | RA LA RL LL | repositioned ROM | Mccermick |
| 0400 | 10 | AD | RA LA RL LL | turned & repositioned | Mccermick |
| 0600 | 10 | AD | RA LA RL LL | MC PX ROM | Mccermick |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift: Date: _____  Time: _____
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____
Evening/PM Shift: Date: _____  Time: _____
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____
Night/PM Shift: Date: _10/15/16_  Time: _2100_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _Jennifer Mccermick_

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of Lines/Tubes/dressings   ☐ Ability to follow instructions - not pulling on Lines/Tubes/Catheters/Drains
Date _____   Time of Restraint Release _____   Nurse's Signature _____

Total Time Restrained: _____  Hours _____  Minutes _____

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

**PHYSICIAN ORDERS SHEET**
THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____    Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: _____    Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
**Restraint Assessment and Physician Order**

☐ Initial Assessment    ☑ Reassessment

**(Nursing to Complete):**
**A. Nursing Assessment:**
  Describe current behavior:
  ☑ Pulling at Lines/Tubes/Catheters/Dressings
  ☑ Other _Suicide precautions/302'd_

**B. Alternatives Tried**
  ☐ Companionship: family, friend volunteer
  ☑ Skin Sleeve
  ☑ Increased checks and observation
  ☑ Bed alarm
  ☑ Medication
  ☐ Diversion/Activity/Busy Box
  ☑ Positioning Pillows
  ☑ Other: _1:1 supervision_

  ☑ Decrease Stimuli/Noise Reduction
  ☑ Modify environment
  ☑ Close Observation
  ☑ Toileting/Hydration (q 2 hours while awake)
  ☑ Reviewed/Assessed Medications and Lab values
  ☑ Assessed for underlying problem
  ☑ Assistance with toileting

RN Signature: _A Rossiddar_    Date: _10/18/16_    Time: _0500_

**PHYSICIAN ORDERS (Physician to Complete):**
**A. Clinical Justification:**
  ☑ To protect against removal of Lines/Tubes/Catheters/Dressings.

**B. Time:**
  APPLY FROM (TIME) _0500_ AM/PM TO (TIME) _0500_ AM/PM - 24 HOUR MAXIMUM

**C. Type of restraint:**
  ☑ Soft Limb:    ☐ 1 Point    ☑ 2 Point    ☐ 3 Point
  ☐ Gerri Chair with Tray
  ☐ Peek-a-boo Mitts
  ☑ 3-4 Siderails

**D.** ☑ Attending physician notified of restraint

**E. Signatures:**

Date: _10/18_ Time: _0500_ Physician _Nilesh Kumar_

Date: _10/18_ Time: _0500_ Nurse Signature and title _Alysm Rossidar_    Beeper# _____

Date: _____ Time: _____ Unit Secretary Signature

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff

**PLEASE NOTE!!!    DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**



🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

Page 1 of 2
Form #PH719, Rev. 01/2008
ASM.X.OTHER

IASM.X.OTHERFI

**A. (Nursing to Complete):**
☒ Family notified of restraint
☒ Patient/family educated regarding reason for restraint
☒ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
**ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.**
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:
**Behavioral Key:**

| | | | |
|---|---|---|---|
| 1 = Agitated | 2 = Confused | 3 = Uncooperative | 4 = Forgetful | 5 = Restless |
| 6 = Calmer | 7 = Sleeping | 8 = Following instructions | 10 = resting | |

**Type of Restraint Code:**
**A.** Soft Limb     **B.** Geri chair with tray     **C.** Peek-a-boo Mitts     **D.** 3-4 Siderails
Other interventions: _See Section B_
Plan of care implemented as above:   Nurse's Signature _aRossenon_

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 0500 | 2,4 | A,D | RA LA RL LL | Circ√, RUM, Bath done | aRassenon |
| 0700 | 2,4,6 | A,D | RA LA RL LL | Circ√, RUM, MC, T+R | aRassenon |
| 09 | 2,10 | AD | RA LA RL LL | possessed Rom R√A S T+R | |
| 11A | 7,10 | A | RA LA RL LL | mu | |
| 1P | 7,10 | A | RA LA RL LL | Oh | |
| 3P | 10 | AD | RA LA RL LL | Oh | |
| 4P | 10 | A,D | RA LA RL LL | TD TR dept | Burke Rr |
| 5P | 5 | A,D | RA LA RL LL | RNM, circ√S, T+R | Burke Rr |
| 10P | 10 | A,D | RA LA RL LL | ROM circ√Bulbs | Burke Rr |
| 1900 | 6 | A,D | RA LA RL LL | Circ√, ROM, T+R, Bed change | aRussenon |
| 2100 | 6 | A,D | RA LA RL LL | Circ√, RUM, Assignment T+R | aRassenon |
| 2300 | 1,5 | A,D | RA LA RL LL | Circ√ RUM, PM Care T+R, MC | aRassenon |
| 0100 | 6 | A,D | RA LA RL LL | Circ√ Rom T+R, Bathed MC | aRassenon |
| 0300 | 2,3,4 | A,D | RA LA RL LL | Circ√, Rom, T+R, MC | aRassenon |
| | | | RA LA RL LL | | |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift:  Date: _10/18/16_  Time: _51_
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____
Evening/PM Shift:  Date: _10/18/16_  Time: _1900_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _alyson Kassenon_
Night/PM Shift:  Date: _10/18/16_  Time: _0006_
☒ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _alyson Kassenon_

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☒ as appropriate)**
☐ Removal of Lines/Tubes/dressings   ☐ Ability to follow instructions - not pulling on Lines/Tubes/Catheters/Drains
Date _____  Time of Restraint Release _____  Nurse's Signature _____
Total Time Restrained: _____  Hours _____  Minutes _____

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

IASM.X.OTHERFI

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _37_      Gender: _Male_

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: _ICU_      Shift: _7P-7A_

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**BEHAVIORAL RESTRAINT ASSESSMENT**
**PART I    FOR VIOLENT OR SELF DESTRUCTIVE BEHAVIOR**

☐ Initial Assessment      ☐ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**

☐ Severe Agitation
☐ Combative/Striking Out
☐ Self-Abusive
☐ Suicidal
☐ Throwing Objects
☐ Damaging Property
☐ Self-Mutilating

☐ Assaultive/ Risk of Injury
☐ Violent/ Aggressive Behavior
☐ Unsafe Behavior due to Impaired Judgment/ Cognition/ Psychosis
☐ Persistent aggressive verbal threats
☐ Hitting/ Kicking/ Biting
☐ Behavior Dangerous to Self or Others
☐ Other: _____

**B. Identify the less-restrictive alternatives tried in order to modify behaviors:**

☐ De-escalation
☐ PEAT Code
☐ Active Listening
☐ Other/Describe:

☐ Calming Medication
☐ Family Members
☐ Allow to Ventilate

☐ 1:1 Observation
☐ Diversion/Activity
☐ Minimum Stimulation

☐ Set Clear, Firm Limits
☐ Quiet Room / Time-Out
☐ Offer Alternatives / Choices

**C. Patient's Response to Above Alternatives:** _____

The above alternatives have been tried and have been unsuccessful; there is a need for more restrictive restraint interventions.

RN Signature: _____  Date: _____  Time: _____

**PART II PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**

☐ Imminent danger of harm to self or others      ☐ Combative/ Assaultive/ Violent behavior
☐ Other: _____

**B. Time:** Ages 18 & above -4 hour max. / Ages 9 to 17 years - 2 hour max. / Under 9 years of age - 1 hour max.

APPLY FROM (TIME) _____ AM/PM TO (TIME) _____ AM/PM

**C. Type of restraint:**

☐ Locked Seclusion (Psychiatric Units Only)
☐ 3-4 Side rails
☐ Locked Velcro Restraints      ☐ 4 Point      ☐ 3 Point      ☐ 2 Point
☐ Soft Limb      ☐ 4 Point
☐ Other

**D. Continuous observation face-to-face by assigned staff for duration of episode.**
Note: Face-to-face LIP / Physician visit must be completed within one hour and progress note written.

**E. Signatures:**

Licensed Independent Practitioner

Date: _____  Time: _____  Signature _____  Pager# _____

Date: _0-16-_ Time: _2015_ Unit Secretary Signature _____

Date: _9-16-_ Time: _"_ Registered Nurse Signature: _Newalk_  RN

☐ If verbal order, read back and verified by _____

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic ortherapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!    DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979  37  M
ADM: 10/07/16
ACC:FA1307223089 MR:F001250247

**PART III NURSING CARE**
(Nursing to Complete):

A. Family Notification /Patient and Family Education: _KiKi_ _Sister_ ☐ Pt. Refused
Name of Family Member notified: _____ Date/Time: _10-15-16_ ☐ Unavailable

Patient and family educated regarding reason for restraints and given hospital brochure.
Behaviors required to discontinue the restraints were explained to patient and family.
Restraint prevention & use were identified on Interdisciplinary Plan of Care /Team Treatment Plan.   RN Initials: _M_

B. Continuous Patient Observation and Revised Plan of Care for Restraints / Seclusion:

Assigned observer's signature signifies that the following care and / or observations were completed every 15 minutes:
**Behavior, Cognitive Function, Response to restraints and Readiness for Release**
Circulation: for presence of pulses & good color, Skin Assessment & Assessment for Patient Injury;
Range-of-motion exercises and restraint release of all limbs one at a time - provide every 2 hours and more frequently if needed per q. 15 minute observations.
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed per q. 15 minute observations.

**Behavioral Key:**

| | | | | | |
|---|---|---|---|---|---|
| 1 = Threatening | 2 = Combative | 3 = Violent | 4 = Assaultive | 5 = Loud/Yelling | 6 = Agitated |
| 7 = Uncooperative | 8 = Calmer | 9 = Quiet | 10 = Cooperative | 11 = Medicated | 12 = Ate (Describe) |
| 13 = Drank (Describe) | | 14 = Other (See Comments) | | | |

| Time every 15 min | Behavior Key | Circle Restrained Limbs | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|
| 0000 | 8 | RA LA RL LL | Pt resting, VSS | N Walker |
| 0015 | 8 | RA LA RL LL | Medication given, reported | N Walker |
| 0030 | 9 | RA LA RL LL | Pt resting VSS | N Walker |
| 0045 | 9 | RA LA RL LL | Pt resting VSS | N Walker |
| 0100 | 9 | RA LA RL LL | Pt resting VSS | N Walker |
| 0115 | 9 | RA LA RL LL | Pt resting VSS | N Walker |
| 0130 | 9 | RA LA RL LL | Manageable x6a) | N Walker |
| 0145 | 8 | RA LA RL LL | calm VSS | N Walker |
| 0200 | 9 | RA LA RL LL | Resting VSS | N Walker |
| 0215 | 9 | RA LA RL LL | resting VSS | N Walker |
| 0230 | 9 | RA LA RL LL | resting VSS | N Walker |
| 0245 | 9 | RA LA RL LL | resting VSS | N Walker |
| 0300 | 9 | RA LA RL LL | Resting IV's continued | N Walker |
| 0315 | 9 | RA LA RL LL | resting VSS | N Walker |
| 0330 | 9 | RA LA RL LL | resting VSS | N Walker |

C. Reassessment: Nurse reassess the patient at the end of the time ordered or when released.
Date: _10-16-16_   Time: _0330_

_Pt sedated but in active DTS._

☑ Continue Restraints   ☐ New order obtained  Signature/Title: _____

Vital Signs: Time _____ T.____ P.____ R.____ BP.____ / _____

D. Restraints Discontinued: The patient has met the following criteria for restraint removal or release from locked seclusion:

Criteria for Removal ☑ as appropriate, complete when released
☐ Increased behavioral control ☐ No assaultive threats ☐ Demonstrates calm behavior ☐ Improved mental status ☐ Improved communication ☐ Other_____
☐ Decreased agitation   ☐ No threats of self harm ☐ Follows directions   ☐ Interacts with staff   ☐ Agrees to Safety Contract

Signature/Title: _____ Date Ended: _____ Time Ended: _____ AM/PM

E. (Psychiatry only) Debriefing occurred with patient, family & staff and recorded on Debriefing Form   ☐ Yes ☐ No

F. ☐ Clinical leadership notified for episode > 12 hours or 2 or more episode within 12 hours.

Total Time Restrained: _____  Hours _____  Minutes

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

Page 2 of 2
Form #PH-19, Rev. 01/2008
ASM.X OTHER

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC: FA1307223089 MR: F001250247



| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: __37__    Gender: _Male_

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: _ICU_    Shift: _7P-7A_

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**BEHAVIORAL RESTRAINT ASSESSMENT**

**PART I** — **FOR VIOLENT OR SELF DESTRUCTIVE BEHAVIOR**

☑ Initial Assessment    ☐ Reassessment

**(Nursing to Complete):**

**A. Nursing Assessment:**
- ☐ Severe Agitation
- ☐ Combative/Striking Out
- ☐ Self-Abusive
- ☑ Suicidal
- ☐ Throwing Objects
- ☐ Damaging Property
- ☐ Self-Mutilating

- ☐ Assaultive/ Risk of Injury
- ☑ Violent/ Aggressive Behavior
- ☐ Unsafe Behavior due to Impaired Judgment/ Cognition/ Psychosis
- ☐ Persistent aggressive verbal threats
- ☐ Hitting/ Kicking/ Biting
- ☑ Behavior Dangerous to Self or Others
- ☐ Other: _____

**B. Identify the less-restrictive alternatives tried in order to modify behaviors:**
- ☑ De-escalation
- ☑ PEAT Code
- ☑ Active Listening
- ☐ Other/Describe:

- ☑ Calming Medication
- ☐ Family Members
- ☐ Allow to Ventilate

- ☐ 1:1 Observation
- ☐ Diversion/Activity
- ☐ Minimum Stimulation

- ☐ Set Clear, Firm Limits
- ☐ Quiet Room / Time-Out
- ☐ Offer Alternatives / Choices

**C. Patient's Response to Above Alternatives:** _____

The above alternatives have been tried and have been unsuccessful; there is a need for more restrictive restraint interventions.

RN Signature: _RKwalk_    Date: _10-16-16_    Time: _2015_

**PART II PHYSICIAN ORDERS (Physician to Complete):**

**A. Clinical Justification:**
- ☑ Imminent danger of harm to self or others    ☑ Combative/ Assaultive/ Violent behavior
- ☐ Other: _____

**B. Time:** Ages 18 & above -4 hour max./ Ages 9 to 17 years - 2 hour max. / Under 9 years of age - 1 hour max.

APPLY FROM (TIME) _2015_ AM/PM TO (TIME), _2015_ AM/PM
_10-16-16_    _10-17-16_

**C. Type of restraint:**
- ☐ Locked Seclusion (Psychiatric Units Only)
- ☐ 3-4 Side rails
- ☑ Locked Velcro Restraints    ☐ 4 Point    ☐ 3 Point    ☐ 2 Point
- ☐ Soft Limb    ☑ 4 Point
- ☐ Other

**D.** Continuous observation face-to-face by assigned staff for duration of episode.
Note: Face-to-face LIP / Physician visit must be completed within one hour and progress note written.

**E. Signatures:**

Licensed Independent Practitioner

Date: _____ Time: _____ Signature _NW_ Pager# _____

Date: _____ Time: _____ Unit Secretary Signature _____

Date: _10-16-16_ Time: _2015_ Registered Nurse Signature _RKwalk_

☐ If verbal order, read back; and verified by _____ RN

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!    DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC:FA130.7223089 MR:F001250247

**PART III NURSING CARE**
(Nursing to Complete):
A. Family Notification /Patient and Family Education:    ☐ Pt. Refused
Name of Family Member notified: _N's sister_    Date/Time: _10-16-16_    ☐ Unavailable

Patient and family educated regarding reason for restraints and given hospital brochure.
Behaviors required to discontinue the restraints were explained to patient and family.
Restraint prevention & use were identified on Interdisciplinary Plan of Care /Team Treatment Plan.    RN Initials: _NR_

B. Continuous Patient Observation and Revised Plan of Care for Restraints / Seclusion:

Assigned observer's signature signifies that the following care and / or observations were completed every 15 minutes:
Behavior, Cognitive Function, Response to restraints and Readiness for Release
Circulation: for presence of pulses & good color, Skin Assessment & Assessment for Patient Injury;
Range-of-motion exercises and restraint release of all limbs one at a time - provide every 2 hours and more frequently if needed per q. 15 minute observations.
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed per q. 15 minute observations.

**Behavioral Key:**
1 = Threatening    2 = Combative    3 = Violent    4 = Assaultive    5 = Loud/Yelling    6 = Agitated
7 = Uncooperative    8 = Calmer    9 = Quiet    10 = Cooperative    11 = Medicated    12 = Ate (Describe)
13 = Drank (Describe)    14 = Other (See Comments)

| Time every 15 min | Behavior Key | Circle Restrained Limbs | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|
| 2015 | 5,6 | RA LA RL LL | CERT code, security called | N Rewalter |
| 2030 | 6 | RA LA RL LL | Back in bed, 4pt lock restraints | N Rewalter |
| 2045 | 6 | RA LA RL LL | Medication given | N Rewalter |
| 2100 | 6 | RA LA RL LL | Restless, close monitoring | N Rewalter |
| 2115 | 9 | RA LA RL LL | sleeping, VSS 1:1 | N Rewalter |
| 2130 | 9 | RA LA RL LL | pt sleeping VSS 1:1 | N Rewalter |
| 2145 | 9 | RA LA RL LL | pt sleeping VSS | N Rewalter |
| 2200 | 9 | RA LA RL LL | pt sleeping VSS | N Rewalter |
| 2215 | 9 | RA LA RL LL | pt sleeping VSS | N Rewalter |
| 2230 | 9 | RA LA RL LL | pt resting PRN care given | N Rewalter |
| 2245 | 9 | RA LA RL LL | pt resting ROM | N Rewalter |
| 2300 | 9 | RA LA RL LL | pt resting ROM | N Rewalter |
| 2315 | 9 | RA LA RL LL | pt resting ROM | N Rewalter |
| 2330 | 9 | RA LA RL LL | pt resting ROM | N Rewalter |
| 2345 | 9 | RA LA RL LL | pt resting ROM | N Rewalter |

C. Reassessment: Nurse reassess the patient at the end of the time ordered or when released.
Date: _10-15-16_    Time: _2345_
_pt action in D/S sedation given_

☐ Continue Restraints    ☐ New order obtained    Signature/Title: _N Rewalter_

Vital Signs: Time _____  T. _____  P. _____  R. _____  BP. _____  /

D. Restraints Discontinued: The patient has met the following criteria for restraint removal or release from locked seclusion:
Criteria for Removal ☑ as appropriate, complete when released
☐ Increased behavioral control  ☐ No assaultive threats  ☐ Demonstrates calm behavior ☐ Improved mental status ☐ Improved communication  ☐ Other _____
☐ Decreased agitation  ☐ No threats of self harm  ☐ Follows directions  ☐ Interacts with staff  ☐ Agrees to Safety Contract

Signature/Title: _____  Date Ended: _____  Time Ended: _____ AM/PM

E. (Psychiatry only) Debriefing occurred with patient, family & staff and recorded on Debriefing Form    ☐ Yes ☐ No

F. ☐ Clinical leadership notified for episode > 12 hours or 2 or more episode within 12 hours.

Total Time Restrained: _____    Hours _____    Minutes _____

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**BEHAVIORAL RESTRAINTS (VIOLENT)**

Page 2 of 2
Form #PH719, Rev. 01/2008
ASM.X.OTHER

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979  37  M
ADM: 10/07/16
ACC: FA1307223089 MR: F001250247



| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | | | DESCRIPTION OF EVENT | **PHYSICIAN ORDERS SHEET** |
|---|---|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____     Gender: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

Care Unit: _____     Shift: _____

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|
| 1 | | | **RESTRAINTS FOR NON-VIOLENT BEHAVIOR** | |
| | | | **Restraint Assessment and Physician Order** | |
| 2 | | | ☐ Initial Assessment     ☑ Reassessment | |
| 3 | | | **(Nursing to Complete):** | |
| | | | **A. Nursing Assessment:** | |
| | | | Describe current behavior: | |
| 4 | | | ☑ Pulling at Lines/Tubes/Catheters/Dressings | |
| | | | ☐ Other _____ | |
| 5 | | | **B. Alternatives Tried** | |
| | | | ☑ Companionship: family, friend volunteer     ☐ Decrease Stimuli/Noise Reduction | |
| 6 | | | ☐ Skin Sleeve     ☐ Modify environment | |
| | | | ☐ Increased checks and observation     ☐ Close Observation | |
| 7 | | | ☐ Bed-alarm     ☐ Toileting/Hydration (q 2 hours while awake) | |
| | | | ☑ Medication     ☐ Reviewed/Assessed Medications and Lab values | |
| | | | ☐ Diversion/Activity/Busy Box     ☐ Assessed for underlying problem | |
| 8 | | | ☐ Positioning Pillows     ☐ Assistance with toileting | |
| | | | ☐ Other: _____ | |
| 9 | | | RN Signature: _Suean (Arring_     Date: _10/11/16_     Time: _220_ | |
| 10 | | | | |
| 11 | | | **PHYSICIAN ORDERS (Physician to Complete):** | |
| | | | **A. Clinical Justification:** | |
| 12 | | | ☑ To protect against removal of Lines/Tubes/Catheters/Dressings. | |
| | | | **B. Time:** | |
| 13 | | | APPLY FROM (TIME) _220_ AM/PM TO (TIME) _22N_ AM/PM - 24 HOUR MAXIMUM | |
| 14 | | | **C. Type of restraint:** | |
| | | | ☑ Soft Limb:     ☐ 1 Point     ☑ 2 Point     ☐ 3 Point | |
| | | | ☐ Gerri Chair with Tray | |
| 15 | | | ☐ Peek-a-boo Mitts | |
| | | | ☑ 3-4 Siderails | |
| 16 | | | **D.** ☐ Attending physician notified of restraint | |
| 17 | | | **E. Signatures:** | |
| 18 | | | Date: _____ Time: _____ Physician _____ | |
| 19 | | | Date: _1/11/16_ Time: _22N_ Nurse Signature and title _____ Beeper# | |
| 20 | | | Date: _____ Time: _____ Unit Secretary Signature | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic or therapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!     DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979     37Y     M
Adm: 10/7/2016
Acc: FA1307223089     MR#: F001250247

Page 1 of 2
Form #PH719, Rev. 01/2008
ASMLXOTHER

ΙASM.X.OTHERFΙ

**A. (Nursing to Complete):**
☑ Family notified of restraint
☑ Patient/family educated regarding reason for restraint
☐ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:

**Behavioral Key:**

| 1 = Agitated | 2 = Confused | 3 = Uncooperative | 4 = Forgetful | 5 = Restless |
| 6 = Calmer | 7 = Sleeping | 8 = Following instructions | 10= resting | |

**Type of Restraint Code:**
A. Soft Limb      B. Geri chair with tray      C. Peek-a-boo Mitts      D. 3-4 Siderails

Other interventions: _____

: Plan of care Implemented as above:   Nurse's Signature _____

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 2201 | A | A,D | RA (LA) RL LL | T.M. quiter | |
| 0400 | 10 | A,D | RA (LA) RL LL | T+A | |
| 0200 | 5 | B,D | RA (LA) RL LL | eu Elion | |
| 0400 | 10 | A,D | (RA) (LA) RL LL | M care | |
| 0600 | 10 | A,D | (RA) (LA) RL LL | T+R euclin | |
| 0800 | 10 | A | (RA) (LA) RL LL | turns Suchion (Dep TF linn | Listol |
| 10 | 10 | A,D | (RA) (LA) RL LL | +AD TF turni Reon-Suchin | |
| 10 | 10 | A,D | (RA)(RA) RL LL | A+Ad TF lussay = suction | |
| 14 | 5 | A,D | RA (LA) RL LL | A+AD TF horn Sir. care monik nei | |
| 16 | 5 | A,D | RA LA RL LL | suchum V. SNR Elenga III | |
| 18 | 6 | A,D | RA LA RL LL | 3.longetieng | |
| 20 | 5 | A,D | RA LA RL LL | suk Venn | |
| 22 | 6 | A,D | RA LA RL LL | Vrom, SW morning | |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift: Date: 10/12/16   Time: 7A
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____ Listol
Evening/PM Shift: Date: 10/12/16   Time: 1600
☐ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____
Night/PM Shift: Date: 10/12/16   Time: 0700
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _____ Valimank

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of Lines/Tubes/dressings   ☐ Ability to follow instructions - not pulling on Lines/Tubes/Catheters/Drains
Date _____   Time of Restraint Release _____   Nurse's Signature _____

Total Time Restrained: _____ Hours _____   Minutes _____

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
ACC: FA1307223089    MR#: F001250247

ÎASM.X.OTHERFÎ

Page 2 of 2
Form #PH719, Rev. 01/2008
ASM.X.OTHER

| PATIENT HAS HISTORY OF DRUG ALLERGY, SENSITIVITY OR ADVERSE REACTION TO: | DESCRIPTION OF EVENT | PHYSICIAN ORDERS SHEET |
|---|---|---|

THIS DRUG REACTION HISTORY MUST BE COMPLETED BEFORE DRUG CAN BE DISPENSED

Age: _____    Gender: _____

Care Unit: _____ Shift: _____

☐ CHECK HERE IF PATIENT DENIES HISTORY OF ALLERGIES, SENSITIVITIES OR ADVERSE REACTIONS

| DATE | TIME | FAXED | ORDERS | TRANSCRIBED BY |
|---|---|---|---|---|

**RESTRAINTS FOR NON-VIOLENT BEHAVIOR**
**Restraint Assessment and Physician Order**

☐ Initial Assessment    ☑ Reassessment

**(Nursing to Complete):**
**A. Nursing Assessment:**
Describe current behavior:
☑ Pulling at Lines/Tubes/Catheters/Dressings
☐ Other _____

**B. Alternatives Tried**
☑ Companionship: family, friend volunteer
☐ Skin Sleeve
☑ Increased checks and observation
☑ Bed alarm
☑ Medication
☑ Diversion/Activity/Busy Box
☑ Positioning Pillows
☐ Other: _____

☑ Decrease Stimuli/Noise Reduction
☑ Modify environment
☑ Close Observation
☑ Toileting/Hydration (q 2 hours while awake)
☑ Reviewed/Assessed Medications and Lab values
☑ Assessed for underlying problem
☑ Assistance with toileting

RN Signature: _Daniel Br Quth BN_    Date: _10/8/16_  Time: _2000_

**PHYSICIAN ORDERS (Physician to Complete):**
**A. Clinical Justification:**
☑ To protect against removal of Lines/Tubes/Catheters/Dressings.

**B. Time:**
APPLY FROM (TIME) _2000_ AM/PM TO (TIME) _2000_ AM/PM - 24 HOUR MAXIMUM

**C. Type of restraint:**
☑ Soft Limb:        ☐ 1 Point    ☑ 2 Point    ☐ 3 Point
☐ Gerri Chair with Tray
☐ Peek-a-boo Mitts
☑ 3-4 Siderails

**D.** ☑ Attending physician notified of restraint

**E. Signatures:**

Date: _12/8_  Time: _2000_  Physician _Nilish Kumar_

Date: _10/8_  Time: _2000_  Nurse Signature and title _Daniel m Quth RN_    Beeper# _____

Date: _____  Time: _____  Unit Secretary Signature

Unless written "Do Not Substitute" by the physician, approval is given that all pharmaceuticals ordered by the trade names may be dispensed with the generic ortherapeutic alternate in stock as defined by the Mercy Health System's Pharmacy & Therapeutic Committee of the Medical Staff.

**PLEASE NOTE!!!    DO NOT WRITE ON REVERSE SIDE OF THIS FORM.**

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



ÍASM.X.OTHERFÍ

Page 1 of 2
Form #PH719, Rev. 01/2008
ASM.X.OTHER

**A. (Nursing to Complete):**
☑ Family notified of restraint
☑ Patient/family educated regarding reason for restraint
☑ Restraint prevention and use identified on care plan

**B. RESTRAINT PLAN OF CARE FOR NON-VIOLENT BEHAVIOR**
OBSERVE AND INTERACT WITH PATIENT AND PROVIDE PHYSICAL CARE,
Check circulation in limbs - For the presence of pulses and good color - Provide every 2 hours and more frequently if needed
Range-of-motion exercises and restraint release of all limbs one at a time - Provide every 2 hours and more frequently if needed
Evaluate need for Food, Fluids, Hygiene and Toileting; provide every 2 hours and more frequently if needed
PROVIDE SAFETY AND COMFORT MEASURES,
Assess for signs of injury and skin integrity.
**ASSESS BEHAVIOR AND RESPONSE TO RESTRAINTS.**
Assess readiness for release
Assess Behavior and enter number key that best describes behavior:
**Behavioral Key:**

| | | | | |
|---|---|---|---|---|
| **1** = Agitated | **2** = Confused | **3** = Uncooperative | **4** = Forgetful | **5** = Restless |
| **6** = Calmer | **7** = Sleeping | **8** = Following instructions | **10**= resting | |

**Type of Restraint Code:**
**A.** Soft Limb    **B.** Geri chair with tray    **C.** Peek-a-boo Mitts    **D.** 3-4 Siderails

Other interventions: _____ seepage / section B _____
Plan of care implemented as above:  Nurse's Signature _David L Outser_

| Time every 2 Hours | Behavior Key | Type Code | Circle Limb/s Restrained | Comments/Observations/Interventions | Assigned Staff Observer Signature |
|---|---|---|---|---|---|
| 2200 | 9,10 | A,D | RA LA RL LL | Rom, T3R, Pulse, circ √ | David L Outser RN |
| 0000 | 4,10 | A,D | RA LA RL LL | Rom , T3R, @ Pulse, circ √ | David L Outser RN |
| 0200 | 7,10 | A,D | RA LA RL LL | Rom, T3R, Rom, circ√ | David L Outser RN |
| 0400 | 7,10 | A,D | RA LA RL LL | Rom, T3R, @ Pulse, circ√ | David L Outser RN |
| 0600 | 7,10 | A,D | RA LA RL LL | Rom, T3R, Pulse, circ√ | David L Outser RN |
| 0800 | 7,10 | A,D | RA LA RL LL | T3R, @ Pulses, NPO, falling | M. Bright RN |
| 1000 | 7 | A,D | RA LA RL LL | T3R, @ Pulses, NPO, falling | M. Bright RN |
| 1200 | 7 | A,D | RA LA RL LL | T3R, @ Pulses, NPO, falling | M. Bright RN |
| 1400 | 7 | A,D | RA LA RL LL | T3R, @ Pulses, NPO, falling | M. Bright RN |
| 1600 | 7 | A,D | RA LA RL LL | T3R, @ Pulses, NPO, falling | M. Bright RN |
| 1800 | 1,5 | A,D | RA LA RL LL | T3R, @ Pulses, NPO, falling | M. Bright RN |
| 2000 | 7, 10 | A,D | RA LA RL LL | T3R, @ Pulse, Rom, circ√ | David L Outser |
| | | | RA LA RL LL | | |
| | | | RA LA RL LL | | |

**C. Reassessment: NURSES REASSESSES EVERY SHIFT AND DOCUMENTS BELOW:**
Date/AM Shift:  Date: _10/9/16_    Time: _1800_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _M. Bright RN_
Evening/PM Shift: Date: _10/9/16_    Time: _1900_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _10/9/16  David L Outser_
Night/PM Shift: Date: _10/9/16_    Time: _0_
☑ Continue Restraints as warranted by patient's condition as assessed and documented
Nurse's Signature _David L Outser_

**D. RESTRAINTS DICONTINUATION: patient meets criteria for removal : ( ☑ as appropriate)**
☐ Removal of Lines/Tubes/dressings    ☐ Ability to follow instructions - not putting on Lines/Tubes/Catheters/Drains
Date _____ Time of Restraint Release _____ Nurse's Signature _____

| Total Time Restrained:_____ Hours _____ | Minutes _____ |
|---|---|

🏥 **Mercy Fitzgerald Hospital**
A member of Mercy Health System

**RESTRAINTS (NON-VIOLENT)**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
ACC: FA1307223089    MR#: F001250247

ÍASM.X.OTHERFÍ

## Patient Instructions Signature Page

Patient Name: EFUNNUGA,OLUTOKUNBO
Account Number: FA1307223089
Date of Birth: Mar 6, 1979

Guardian Name: MOBLEY,SHEREE

The above-named patient and/or guardian has received the following:
Patient Visit Report

Patient Instructions
Aspiration Pneumonia (DC)

RXM Orders

Signature Disclaimer
Please make sure you have read through this information before signing.

**I have read and understand the instructions given to me by my caregivers.**

_____          _____
Print Patient Name

_____          _____
Patient (or Guardian) Signature                    Date          Time

_____          _____
Caregiver/RN/Doctor Signature                      Date          Time

```
DATE: 11/11/16 @ 0049      Mercy Fitzgerald Hospital AOM *LIVE*                    PAGE 1
USER: MT                   Ambulatory Prescriptions and Procedures
```

Patient Name: EFUNNUGA,OLUTOKUNBO                    Admission/Registration Date: 10/07/16
Unit Number: F001250247                              Discharge Date: 11/01/16
Account Number: FA1307223089                         Admitting Physician: LITTMAN,MARIO, MD
Date of Birth: 03/06/1979     Age/Sex: 37 M          Attending Physician: LITTMAN,MARIO, MD

Preferred Pharmacy: RITE AID-950 E BALTIMORE PK 950 EAST BALTIMORE PIKE YEADON, PA 19
                    Phone: (610)622-3795 Fax:   (610)622-4500
                    Mail Order: N  LTC: N  Specialty: N  24Hrs: N  eRx: Y  EPCS: Y


Prescriptions

   Clotrimazole (Clotrimazole) 10 Mg Troche
   10 MG  MUCOUS MEM 5 TIMES DAILY   28 Days
   Rx# 0000000183   Days: 28  Refills: 0
   Entered Date: Oct 31, 2016 Compound Med: No
   Ordering Provider: JADHGA     Location: FI4PVA
   Diagnosis:

   Latanoprost (Latanoprost) 2.5 Ml Drops
   1 DROP  BOTH EYES EVERY EVENING   28 Days
   Rx# 0000000184   Days: 28  Refills: 0          DROPS
   Entered Date: Oct 31, 2016 Compound Med: No
   Instructions: 2.5 ML
   Ordering Provider: JADHGA     Location: FI4PVA
   Diagnosis:

   Metoprolol Tartrate (Metoprolol Tartrate) 25 Mg Tablet
   6.25 MG  ORAL EVERY 12 HOURS   30 Days
   Rx# 0000001015   Days: 30  Refills: 0          TABLET
   Entered Date: Nov 1, 2016  Compound Med: No
   Ordering Provider: SHETVI     Location: FI4PVA
   Diagnosis:

   Thera (Multivitamin,Therapeutic) 1 Tab Tablet
   1 TAB  ORAL DAILY   30 Days
   Rx# 0000001016   Days: 30  Refills: 0          TABLET
   Entered Date: Nov 1, 2016  Compound Med: No
   Ordering Provider: SHETVI     Location: FI4PVA
   Diagnosis:

   Vitamin B-1 (Thiamine HCl) 100 Mg Tablet
   100 MG  ORAL DAILY   30 Days
   Rx# 0000001017   Days: 30  Refills: 0          TABLET
   Entered Date: Nov 1, 2016  Compound Med: No
   Ordering Provider: SHETVI     Location: FI4PVA
   Diagnosis:

   traMADol HCl (traMADol HCl) 50 Mg Tablet
   50 MG  ORAL EVERY 4 HOURS As needed for SEVERE PAIN  20 Days
   Rx# 0000001018   Days: 20  Refills: 0          TABLET
   Entered Date: Nov 1, 2016  Compound Med: No
   Control Schedule: 4
   Ordering Provider: SHETVI     Location: FI4PVA
   Diagnosis:

```
DATE: 11/11/16 @ 0049      Mercy Fitzgerald Hospital AOM *LIVE*              PAGE 2
USER: MT                   Ambulatory Prescriptions and Procedures
```

Patient Name: EFUNNUGA,OLUTOKUNBO          Admission/Registration Date: 10/07/16
Unit Number: F001250247                    Discharge Date: 11/01/16
Account Number: FA1307223089               Admitting Physician: LITTMAN,MARIO, MD
Date of Birth: 03/06/1979    Age/Sex: 37 M  Attending Physician: LITTMAN,MARIO, MD

risperiDONE (risperiDONE) 2 Mg Tablet
2 MG  ORAL TWICE A DAY    30 Days
Rx# 0000001019    Days: 30   Refills: 0          TABLET
Entered Date: Nov 1, 2016   Compound Med: No
Ordering Provider: SHETVI      Location: FI4PVA
Diagnosis:

Folic Acid (Folic Acid) 1 Mg Tablet
1 MG  ORAL DAILY    30 Days
Rx# 0000001020    Days: 30   Refills: 0          TABLET
Entered Date: Nov 1, 2016   Compound Med: No
Ordering Provider: SHETVI      Location: FI4PVA
Diagnosis:

Cephalexin (Cephalexin) 500 Mg Capsule
500 MG  ORAL EVERY 8 HOURS    14 Days
Rx# 0000001021    Days: 14   Refills: 0          CAPSULE
Entered Date: Nov 1, 2016   Compound Med: No
Ordering Provider: SHETVI      Location: FI4PVA
Diagnosis:

Latanoprost (Latanoprost) 2.5 Ml Drops
1 DROP   BOTH EYES EVERY EVENING    30 Days
Rx# 0000001023    Days: 30   Refills: 0
Entered Date: Nov 1, 2016   Compound Med: No
Ordering Provider: SHETVI      Location: FI4PVA
Diagnosis:

Clotrimazole (Clotrimazole) 10 Ml Solution
1 APPLIC   TOPICAL 5 TIMES DAILY    30 Days
Rx# 0000001024    Days: 30   Refills: 0          SOLUTION
Entered Date: Nov 1, 2016   Compound Med: No
Ordering Provider: SHETVI      Location: FI4PVA
Diagnosis:


Referrals

Internal Medic Ref
In 14 Days
To Practice:
To Provider:
Referral Authorization Date:
Referral Expiration Date:
Referral Type:
Diagnosis:
# OF VISITS:            Active              Sheth,Vishad M Md

```
DATE: 11/11/16 @ 0049      Mercy Fitzgerald Hospital AOM *LIVE*              PAGE 3
USER: MT                   Ambulatory Prescriptions and Procedures
```

```
Patient Name: EFUNNUGA,OLUTOKUNBO              Admission/Registration Date: 10/07/16
Unit Number: F001250247                        Discharge Date: 11/01/16
Account Number: FA1307223089                   Admitting Physican: LITTMAN,MARIO, MD
Date of Birth: 03/06/1979   Age/Sex: 37 M      Attending Physican: LITTMAN,MARIO, MD
```

**Cardiovasc Surg Ref**
In 20 Days
To Practice:
To Provider: Shariff,Haji M Md
Referral Authorization Date:
Referral Expiration Date:
Referral Type:
Diagnosis:
\# OF VISITS:              Active              Sheth,Vishad M Md

**Infectious Dis Ref**
In 21 Days
To Practice:
To Provider:
Referral Authorization Date:
Referral Expiration Date:
Referral Type:
Diagnosis:
\# OF VISITS:              Active              Sheth,Vishad M Md


**Discontinued Prescriptions**

**Flagyl (metroNIDAZOLE) 500 Mg Tablet**
500 MG  ORAL TWICE A DAY    7 Days
Rx# 0000001022   Days: 7    Refills: 0          TABLET
Entered Date: Nov 1, 2016   Compound Med: No
Ordering Provider: SHETVI    Location: FI4PVA
Diagnosis:


**Discontinued Reported Medications**

**Xalatan (Latanoprost) 2.5 Ml Drops**
1 DROP  BOTH EYES EVERY EVENING
              Refills: 0          Date: Oct 7, 2016      DROPS
Instructions: 2.5 ML
Location: FI5ICU
Diagnosis: