# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

Arterial Blood HCO3 29.5, Arterial Bld O2 Saturation (Measur) 97.7, Arterial Blood Base Excess 4.8, Arterial Blood Hematocrit 37.5, Arterial Blood Sodium 140, Arterial Blood Potassium 3.8, Chloride (Blood Gas) 104, Ionized Calcium (Measured) (Bld Gas 1.18, Lactate (Blood Gas) 1.0, Blood Gas Temperature 98.6, Oxygen Delivery Device Aerm, Blood Gas Ventilator Setting 24, FiO2 40.0, Blood Gas Tidal Volume 450, Blood Gas PEEP 5.0
**Diagnostics Reviewed:** Yes
**(OLUBIYI,OLUTAYO I MD)**
blood cx ngtd 10/14
**Diagnostics Reviewed:** Yes
**(LOZADA,JAMES A MD)**

## Quality
**Lines Tubes and Catheter:** Urinary Catheter (Texas catheter (10/16/2016))
**(OLUBIYI,OLUTAYO I MD)**
**Lines Tubes and Catheter:** Urinary Catheter (Texas catheter (10/16/2016))
**(LOZADA,JAMES A MD)**
**VTE Prophylaxis Ordered:** Yes
**(OLUBIYI,OLUTAYO I MD)**
**Indwelling Foley Catheter:** No
**Indication for Indwelling Cath:** Acute Urinary Retention
**(OLUBIYI,OLUTAYO I MD)**
**Central Venous Catheter:** No
**(OLUBIYI,OLUTAYO I MD)**
**1:1 Sitter:** Continued (Reminder: Enter Orders in POM)
**Violent Restraints:** Continued (Reminder: Enter Orders in POM)
**(OLUBIYI,OLUTAYO I MD)**

## Impression and Plan
### Assessment
**Problem List:**
**(1) Acute respiratory failure with hypoxia and hypercapnia**
**(2) Toxic encephalopathy**
**(3) Lactic acidosis**
**(4) Rhabdomyolysis**
**(5) Alcohol withdrawal delirium**
**(6) Urinary retention**
**(7) Suicidal overdose**
**(8) Drug overdose**
**Chronic Problems:**
**(1) HIV (human immunodeficiency virus infection)**
**(2) Drug abuse (OLUBIYI,OLUTAYO I MD)**
**Problem List:**
**(1) Alcohol withdrawal delirium**
**(2) Acute respiratory failure with hypoxia and hypercapnia**
**(3) Drug overdose**
**(4) Toxic encephalopathy**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1017-0069
REPORT STATUS: Signed

Page 6 of 7

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

_____ _____

**(5) Lactic acidosis**
**(6) Rhabdomyolysis**
**(7) Urinary retention**
**(8) Suicidal overdose**
**Chronic Problems:  (LOZADA,JAMES A MD)**
**Management Plan**
**Plan**
NEU:
-Will continue CIWA protocol for acute alcohol withdrawal. score was around 20 overnight.
-will continue Haldol as scheduled.
-f/u Psych evaluation.
-will complete 302 documentation.
-Titrating down Precedex drip. currently at 1.2mcg/kg/hr

CV:
-Patient appears hemodynamically stable overnight.
-No major issues noted overnight.

PULM:
-Patient is sating well on 4L O2 by nasal cannular.
-Right lung pneumonia on CXR largely unchanged from yesterday.

GI:
-No acute issues.
-Famotidine was DC'd
-will continue colace for constipation.

GU:
-Serum Cr at 1.5 this AM.
-Will continue to trend CPK levels until normalize
-Foley was DC'd yesterday and patient is currently on Texas catheter due to restraints.
ID:
-Known HIV infection. Never on any HAART. Low CD4 count.
-WBC continues to trend up, 18000's this AM.
-will f/u Sputum cultures for Pneumocystis, urine & blood cultures.
-will complete ceftriaxone & gentamicin.

HEME/ONC:
-No acute issues.
-will continue DVT prophylaxis with Enoxaparin.

ENDO:
-No active issues.
-Continue accuchecks and Regular insulin SS
-Keep sugars <180 and >60

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1017-0069
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                      MR#: F001250247

---

F/E/N:
-For speech and swallow eval. and possible diet feed today.
-Will continue to monitor and replete electrolytes as needed. Electrolytes currently stable.

SOCIAL:
   ◦ Full code.
   ◦ NOK:   Sheree Bradham (484) 420-5809 Mother
             Ellis Bradham (610) 348-4661 Father

**(OLUBIYI,OLUTAYO I MD)**

**Plan**

I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as documented with the following comments:

Delirium persists with intermittent agitation despite precedex, CIWA/ativan, and intermittent haldol.
Likely alcohol withdrawal.
Breathing is acceptable s/p extubation yesterday.
302 completed this morning. Maintain 1:1 obs for suicidality. awaiting psychiatry
SLP to evaluate. If MS precludes oral intake will need DHT and tube feeds in next 24-48h
Await gentamicin trough level. Cont abx as per ID
ICU for now
Discussed with sister at bedside. All questions answered.
**(LOZADA,JAMES A MD)**

## Additional Information
**Critical Care Time (mins):** 38
**Additional Comments**
excludes procedures and teaching
**(LOZADA,JAMES A MD)**


OLUBIYI,OLUTAYO I MD                                      Oct 17, 2016 07:42
LOZADA,JAMES A MD                                        Oct 17, 2016 11:06

     **<Electronically signed by OLUTAYO I OLUBIYI, MD>** 10/17/16 2004
     **<Electronically signed by JAMES A LOZADA, MD>** 10/17/16 2008


OLUBOL / OO / DD 10/17/16 0742 / DT 10/17/16 0742


PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1017-0069
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1017-0122
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

### Subjective
**Encounter Date & Time**
10/17/16 08:34
**Subjective**
Patient seen, resting in bed, in 4 point restraints, nursing at bedside, patient extubated Saturday and has been having hallucinations and aggressive behavior, full chart reviewed at length, patient attempts to verbalize with me but it's nonsensical

### Objective
### Patient Data

**Vital Signs, Last Documented**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|--------|----------|---------------|--------------|------|
| 10/17/16 08:00 | 37.5 | 101 | 40 | 142/73 | 100 | Nasal Cannula | 2.00 | |
| 10/15/16 19:00 | | | | | | | | 40 |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/17/16 04:42:** POC Glucose 90
**Appearance:** : No Acute Distress
**Thorax:** : CTA Bilateral
**Cardiovascular:** : Regular Rate Rhythm
**Abdominal Inspection:** : Normal
**Abdomen:** : Bowel Sounds Noted
**Neurologic:** : Other (unable to assess)

### Results

**Lab Results, CBC Diagram**

**10/17/16 05:50**



**Lab Results, BMP Diagram**

**10/17/16 05:50**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1017-0122
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

| 140 | 102 | 16 | 88 |
|-----|-----|-----|----|
| 4.5 | 28 | 1.1 | |

## Impression and Plan
**Problem List:**

**(1) Toxic encephalopathy**
**Impression and Plan:** Plan to continue with close clinical monitoring and sedatives, continue restraints as needed await psychiatry input

**(2) Aspiration pneumonia**
**Impression and Plan:** Appreciate ID input, continue gentamicin and Rocephin

**(3) Acute respiratory failure with hypoxia and hypercapnia**
**Impression and Plan:** Currently stable status post extubation, continue to monitor respiratory status

**(4) AKI (acute kidney injury)**
**Impression and Plan:** Resolved

**Chronic Problems:**

HAMID,SAMMY, MD                                      Oct 17, 2016 08:40

        **<Electronically signed by SAMMY HAMID, MD>** 10/18/16 0724

HAMISA / SH / DD 10/17/16 0840 / DT 10/17/16 0840

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1017-0122
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1017-0359
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#:  F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

### *** Signed Status ***

## Subjective
**Encounter Date & Time**
10/17/16 15:01
**Service:**  Infectious Disease
**Subjective**
Pt alert, disoriented to time and place, Tm 98.8, no emesis, increased stool formation

## Objective
## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/17/16 14:00 | | 123 | 34 | 119/65 | 99 | Nasal Cannula | 2.00 | |
| 10/17/16 12:03 | 37.5 | | | | | | | |
| 10/15/16 19:00 | | | | | | | | 40 |

**Weight in Kg**
93.00

### Bedside Blood Glucose

**10/17/16 04:42:** POC Glucose 90

## Physical Exam
Tm 98.8

no stridor or meningismus,no abdominal dissension iv access intact Neuro no tremor appreciated cn pupils reactive
no facial asymmetry moves all ext. plantars down

## Results

**10/17/16 05:50**

### Lab Results, CBC Diagram



### Lab Results, BMP Diagram

**10/17/16 05:50**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1017-0359
REPORT STATUS: Signed

Page 2 of 2

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

| 140 | 102 | 16 | 88 |
|-----|-----|-----|-----|
| 4.5 | 28 | 1.1 | |

repeat blood c/s sterile

## Impression and Plan
**Plan**

bacteremia:  strep mitis, repeat blood c/ sterile, echocardiogram= n o vegetations or valvular abnormality,
recommend TEE when logistically feasible
pneumonia: aspiration,
HIVD: moderately advanced, CD4 240-300
elevated temperature: resolved, ordered sputum for cytology
confusion: analysis active,
abx mgmt:adjusted to combination parental ceftriaxone and gentamicin Gentamicin serum trough level pending
discussed clinical presentation with  pts family

recommend TEE when logistically feasible

GILBERT,MARK, MD                                    Oct 17, 2016 15:04

**<Electronically signed by MARK GILBERT, MD>** 10/17/16 1504

GILBMA / MG / DD 10/17/16 1504 / DT 10/17/16 1504

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1017-0359
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1018-0120
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

**Subjective**
**Encounter Date & Time**
10/18/16 08:21
**(OLUBIYI,OLUTAYO I MD)**

**Subjective**
**Hospital LOS days:** 12
**ICU LOS:** 12
**Subjective**
Patient was seen and evaluated by the bedside. Patient had a spike of fever 38.4 last evening. He also had an episode of Haldol for delirium overnight. Was maintained on CIWA and 1:1 observation protocols throughout the night.
**(OLUBIYI,OLUTAYO I MD)**

**Review of Systems**
**Unable to Obtain:** Altered Mental Status (Sedated.)
**(OLUBIYI,OLUTAYO I MD)**

**Objective**
**Active Meds Reviewed:** Yes
**Medications**

**Medications Active List**

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Folic Acid | 1 mg | DAILY | 10/11/16 09:00 | | 10/16/16 08:39 |
| Thiamine HCl | 100 mg | DAILY | 10/11/16 09:00 | | 10/16/16 08:39 |
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/17/16 09:11 |
| Insulin Human Regular | SS LOW DOSE LOW INTENSITY SCALE: BI... | Q6 | 10/12/16 07:45 | | |
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1018-0120
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO    MR#: F001250247

| Doxazosin Mesylate | 1 mg | DAILY | 10/13/16 09:00 | | 10/16/16 08:40 |
|---|---|---|---|---|---|
| Acetaminophen | 500 mg | Q6H PRN | 10/12/16 20:15 | | 10/17/16 15:36 |
| Docusate Sodium 100 mg | 100 mg | BID | 10/14/16 11:30 | | 10/16/16 19:53 |
| Gentamicin Sulfate/Sodium Chloride | 52.75 ml @ 100 mls/hr | Q8 | 10/14/16 21:00 | | 10/18/16 05:26 |
| Risperidone 2 mg | 2 mg | BID | 10/15/16 12:15 | | 10/16/16 19:53 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/17/16 09:00 | | 10/17/16 09:11 |
| Lorazepam | 1 mg | Q1H PRN | 10/16/16 11:00 | | 10/18/16 03:16 |
| Lorazepam | 2 mg | Q1H PRN | 10/16/16 11:00 | | 10/18/16 05:12 |
| Albuterol/ Ipratropium | 3 ml | Q4H PRN | 10/16/16 15:30 | | |
| Haloperidol Lactate 5 mg | 5 mg | Q6 PRN | 10/17/16 11:15 | | 10/18/16 00:06 |
| Sodium Chloride | 1,000 ml @ 100 mls/hr | Q10H | 10/17/16 11:15 | | 10/18/16 06:55 |
| Guaifenesin | 200 mg | Q4H PRN | 10/17/16 11:30 | | |

**(OLUBIYI,OLUTAYO I MD)**
**Active Meds Reviewed:** Yes
**(LOZADA,JAMES A MD)**
**Patient Data**

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/18/16 07:00 | | 103 | 41 | 150/70 | 98 | Nasal Cannula | 4.00 | |
| 10/18/16 04:00 | 37.9 | | | | | | | |
| 10/15/16 19:00 | | | | | | | | 40 |

### Weight in Kg
93.00

**Bedside Blood Glucose Last 24h**

**10/17/16 11:39:** POC Glucose 84
**10/17/16 16:44:** POC Glucose 91
**10/17/16 22:37:** POC Glucose 89

| | |
|---|---|
| | 10/18/16 07:00 |

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO

MR#: F001250247

| Intake Total | 2454.50 ml |
|---|---|
| Output Total | 4525 ml |
| Balance | -2070.50 ml |
| | |
| Intake Oral | 0 ml |
| IV Total | 2454.50 ml |
| Output Urine Total | 4525 ml |
| # Voids | 1 |

**Sedation Score Actual**

-2

### (OLUBIYI,OLUTAYO I MD)

#### Vital Signs 24 Hours

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/18/16 09:00 | | 96 | 29 | 126/65 | 100 | Nasal Cannula | 4.00 | |
| 10/18/16 08:00 | 37.4 | 93 | 38 | 140/66 | 100 | Nasal Cannula | 4.00 | |
| 10/18/16 07:00 | | 103 | 41 | 150/70 | 98 | Nasal Cannula | 4.00 | |
| 10/18/16 06:00 | | 92 | 29 | 140/61 | 100 | Nasal Cannula | 4.00 | |
| 10/18/16 05:00 | | 91 | 44 | 131/60 | 99 | Nasal Cannula | 4.00 | |
| 10/18/16 04:00 | 37.9 | 90 | 41 | 124/64 | 98 | Nasal Cannula | 4.00 | |
| 10/18/16 04:00 | | | | | | Nasal Cannula | 4.00 | |
| 10/18/16 03:00 | | 86 | 29 | 119/49 | 98 | Nasal Cannula | 4.00 | |
| 10/18/16 02:00 | | 86 | 37 | 126/59 | 99 | Nasal Cannula | 4.00 | |
| 10/18/16 01:00 | | 94 | 43 | 128/64 | 98 | Nasal Cannula | 4.00 | |
| 10/18/16 00:03 | | 102 | 37 | 154/83 | 96 | Nasal Cannula | 4.00 | |
| 10/18/16 00:00 | 37.8 | 89 | 41 | 138/67 | 98 | Nasal Cannula | 4.00 | |
| 10/18/16 00:00 | | | | | | Nasal Cannula | 4.00 | |
| 10/17/16 23:00 | | 91 | 37 | 123/59 | 99 | Nasal Cannula | 4.00 | |
| 10/17/16 22:00 | | 97 | 40 | 135/62 | 98 | Nasal Cannula | 4.00 | |
| 10/17/16 21:00 | | 90 | 40 | 141/70 | 99 | Nasal Cannula | 4.00 | |
| 10/17/16 20:00 | | | | | | Nasal Cannula | 4.00 | |
| 10/17/16 20:00 | 38.4 | 98 | 22 | 148/64 | 100 | Nasal Cannula | 4.00 | |
| 10/17/16 19:00 | | 93 | 46 | 137/66 | 99 | Nasal Cannula | 4.00 | |
| 10/17/16 18:00 | 38.3 | 110 | 21 | 134/71 | 100 | Nasal Cannula | 2.00 | |
| 10/17/16 17:00 | | 105 | 36 | 150/61 | 99 | Nasal Cannula | 2.00 | |
| 10/17/16 16:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/17/16 16:00 | 39.3 | 111 | 43 | 139/70 | 100 | Nasal Cannula | 2.00 | |
| 10/17/16 15:00 | | 124 | 36 | 153/71 | 100 | Nasal Cannula | 2.00 | |
| 10/17/16 14:00 | | 123 | 34 | 119/65 | 99 | Nasal Cannula | 2.00 | |
| 10/17/16 13:00 | | 109 | 50 | 137/113 | 99 | Nasal Cannula | 2.00 | |
| 10/17/16 12:03 | 37.5 | 110 | 46 | 142/68 | 98 | Nasal Cannula | 2.00 | |
| 10/17/16 12:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/17/16 11:00 | | 109 | 32 | 142/67 | 97 | Nasal Cannula | 2.00 | |

### (LOZADA,JAMES A MD)

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1018-0120
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

## Physical Exam
**Appearance:** : Appears Stated Age: No Acute Distress: Other (in physical restrains)No: Agitated, Alert
**Head Exam:** : Atraumatic: Normocephalic
**HEENT:** : PERRL: Sclera Anicteric
**Thorax:** : Accessory Muscle Use: CTA Bilateral: Decreased Breath Sounds (over the right lung lower lobe): Other (tachypneic 35-40 cpm): Rhonchi (over the right lower lobe)
**Cardiovascular:** : No JVD: Regular Rate RhythmNo: Gallop, Murmur, Rub
**Abdomen:** : Non-tender: Soft
**Rectal Exam:** : Deferred
**Skin:** : Skin Color Normal: Skin Temperature Normal: Skin Turgor Normal
**Upper Extremity Appearance:** : Normal
**Lower Extremity Appearance:** : Normal **(OLUBIYI,OLUTAYO I MD)**
**HEENT:** : PERRL
**Thorax:** : Decreased Breath Sounds (over the right lung lower lobe): No Accessory Muscle Use: Rhonchi
**Mental Status:** Abnormal (RASS -2)
**Follows Commands:** No
**(LOZADA,JAMES A MD)**

## Results
## Results

**Lab Results, CBC Diagram**

10/18/16 05:45



**Lab Results, BMP Diagram**

10/18/16 05:45



Arterial Blood Gas

**10/7/16 17:00:**
Venous Blood pH 7.43, Venous Blood pH (Temp Corrected) 7.43, Venous Blood Partial Pressure CO2 47.1, Venous Blood pCO2 (Temp Corrected) 47.1, Venous Blood Partial Pressure O2 91.1, Venous Blood pO2 (Temp Corrected) 91.1, Venous Blood HCO3 31.3, Venous Bld O2 Saturation (Measured) 97.2, Venous Blood Base Excess 6.2, Bedside Sodium (Blood Gas) 139, Bedside Potassium (Blood Gas) 6.0, Bedside Chloride (Blood Gas) 104, Ionized Calcium (Blood Gas) 1.12
**10/8/16 06:15:** Allen Test Pos
**10/14/16 04:57:**
Arterial Blood pH 7.44, Arterial Blood pH (Temp corrected) 7.44, Arterial Blood Partial Pressure CO2 43.5, Arterial Blood pCO2 (Temp correct) 43.5, Arterial Blood Partial Pressure O2 94, Arterial Blood pO2 (Temp corrected) 93.5,

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

Arterial Blood HCO3 29.5, Arterial Bld O2 Saturation (Measur) 97.7, Arterial Blood Base Excess 4.8, Arterial Blood Hematocrit 37.5, Arterial Blood Sodium 140, Arterial Blood Potassium 3.8, Chloride (Blood Gas) 104, Ionized Calcium (Measured) (Bld Gas 1.18, Lactate (Blood Gas) 1.0, Blood Gas Temperature 98.6, Oxygen Delivery Device Aerm, Blood Gas Ventilator Setting 24, FiO2 40.0, Blood Gas Tidal Volume 450, Blood Gas PEEP 5.0
**Diagnostics Reviewed:** Yes
**(OLUBIYI,OLUTAYO I MD)**
**Lab Results**

| Item | Value | Date Time |
|------|-------|-----------|
| Gentamicin Level Trough | 0.8 ug/ml | 10/16/16 1216 |
| Calcium Level | 8.3 mg/dL L | 10/18/16 0545 |
| Phosphorus Level | 3.8 mg/dL | 10/18/16 0545 |
| Magnesium Level | 2.3 mg/dL | 10/18/16 0545 |
| Total Bilirubin | 2.4 mg/dL H | 10/18/16 0545 |
| Direct Bilirubin | 1.8 mg/dL H | 10/18/16 0545 |
| Aspartate Amino Transf (AST/SGOT) | 150 U/L H | 10/18/16 0545 |
| Alanine Aminotransferase (ALT/SGPT) | 117 U/L H | 10/18/16 0545 |
| Alkaline Phosphatase | 110 U/L | 10/18/16 0545 |
| Total Protein | 7.1 gm/dL | 10/18/16 0545 |
| Albumin | 2.4 gm/dL L | 10/18/16 0545 |

blood cx ngtd 10/17, 10/14
**Diagnostics Reviewed:** Yes
**(LOZADA,JAMES A MD)**

### Quality
**Code Status:** Full Code
**(OLUBIYI,OLUTAYO I MD)**
**Line Necessity Addressed:** No
**(OLUBIYI,OLUTAYO I MD)**
**GI Prophylaxis:** H2 Blockers
**(OLUBIYI,OLUTAYO I MD)**
**Indwelling Foley Catheter:** No
**(OLUBIYI,OLUTAYO I MD)**
**Central Venous Catheter:** No
**(OLUBIYI,OLUTAYO I MD)**
**1:1 Sitter:** Continued (Reminder: Enter Orders in POM)
**Violent Restraints:** Continued
**(OLUBIYI,OLUTAYO I MD)**

### Impression and Plan
### Assessment
**Problem List:**
**(1) Acute respiratory failure with hypoxia and hypercapnia**
**(2) Toxic encephalopathy**
**(3) Lactic acidosis**

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                    MR#: F001250247

_____

**(4) Rhabdomyolysis**
**(5) Alcohol withdrawal delirium**
**(6) Urinary retention**
**(7) Suicidal overdose**
**(8) Drug overdose**
**Chronic Problems:   (OLUBIYI,OLUTAYO I MD)**
**Problem List:**
**(1) Alcohol withdrawal delirium**
**(2) Acute respiratory failure with hypoxia and hypercapnia**
**(3) Pleural effusion**
**(4) LFTs abnormal**
**(5) Aspiration pneumonia**
**(6) Bacteremia**
**(7) Suicidal overdose**
**(8) Drug overdose**
**(9) HIV (human immunodeficiency virus infection)**
**Chronic Problems:   (LOZADA,JAMES A MD)**
## Management Plan
### Plan
NEU:
-Will continue CIWA protocol for acute alcohol withdrawal. score remained high overnight.
-will continue Haldol PRN.
-f/u Psych evaluation.
-Titrating down Precedex drip. currently at 1.2mcg/kg/hr

CV:
-Patient appears hemodynamically stable overnight.
-No major issues noted overnight.

PULM:
-Patient is sating well on room air.
-Right lung pneumonia and pleural effusion on CXR largely unchanged from yesterday.
-for thoracentesis by IR today.

GI:
-No acute issues.
-will continue colace for constipation.

GU:
-Serum Cr is normal: 1.2 this AM.
-Will continue to trend CPK levels until normalize
-will continue Texas catheter until he is off restraints.

ID:
- will reculture blood sample for concerns of spikes of fever and leukocytosis
-WBC continues to trend up, 19.7 this AM from 18 yesterday.
-will f/u Sputum cultures for Pneumocystis, urine & blood cultures.

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

-will complete ceftriaxone & gentamicin.

HEME/ONC:
-will continue DVT prophylaxis with Enoxaparin.

ENDO:
-No acute issues.
-Continue accuchecks and Regular insulin SS
-Keep sugars <180 and >60

F/E/N:
-Speech and swallow eval could not be performed yesterday due to heavy sedation of the patient.
-will reattempt speech/swallow eval today and possible diet feed if outcome is encouraging. Otherwise will place a NG feeding tube.
-meanwhile will keep NPO for now.
-Will continue to monitor and replete electrolytes as needed. Electrolytes currently stable.

SOCIAL:
  ○ Full code.
  ○ NOK:   Sheree Bradham (484) 420-5809 Mother
           Ellis Bradham (610) 348-4661 Father
           Tosin Efunnuga 267-918-4065 Sister

**(OLUBIYI,OLUTAYO I MD)**
**Plan**
I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as documented with the following comments:

Remains delirious and dependent on sedation via benzos via CIWA, precedex, haldol prn
Febrile with suspected parapneumonic effusion, LFTs also abnormal.
continue current sedative regimen and monitoring
needs pulm toilette - will make bronchodilators standing, give neb bicarb with BD treatments, chest PT, frequent suction
will need DHT placed for tube feeds
u/s RUQ
IR for thoracentesis today - send chemistry, cell counts, pH, culture, cytology
genta trough nontoxic - cont abx as per ID
**(LOZADA,JAMES A MD)**

## Additional Information
**Critical Care Time (mins):** 34
**Additional Comments**
excudes procedures and teaching
**(LOZADA,JAMES A MD)**

OLJBIYI,OLUTAYO I MD                                    Oct 18, 2016 08:26

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1018-0120
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

LOZADA,JAMES A MD                               Oct 18, 2016 10:16

    **<Electronically signed by OLUTAYO I OLUBIYI, MD>** 10/18/16 1904
    **<Electronically signed by JAMES A LOZADA, MD>** 10/18/16 1518

OLUBOL / OO / DD 10/18/16 0826 / DT 10/18/16 0826

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1018-0120
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1018-0270
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

### *** Signed Status ***

## Subjective
**Encounter Date & Time**
10/18/16 12:11
**Service:** Infectious Disease
**Subjective**
Pt responsive, disoriented, Tm 98.8, no increased respiratory distress, or emesis

## Objective
### Patient Data

#### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox. | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/18/16 11:00 | | 99 | 44 | 140/72 | 99 | Nasal Cannula | 4.00 | |
| 10/18/16 08:00 | 37.4 | | | | | | | |
| 10/15/16 19:00 | | | | | | | | 40 |

#### Weight in Kg
93.00

**Bedside Blood Glucose**

**10/18/16 11:42:** POC Glucose 95

### Physical Exam
anicteric no stridor or meningismusiv access i ntact Neuro no tremor appreciated

## Results

**10/18/16 05:45**

**Lab Results, CBC Diagram**



**10/18/16 05:45**

**Lab Results, BMP Diagram**



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1018-0270
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

repeat blood c/s sterile
**Imaging**
CxR(my reading): right plural effusion

## Impression and Plan
**Plan**

bacteremia: strep mitis, repeat blood c/ sterile, echocardiogram= n o vegetations or valvular abnormality, recommend TEE when logistically feasible
pneumonia: aspiration, complicated by right effusion
right pleural effusion: if process and l eukocytosis persists consideration of thoracentesis reasonable
HIVD: moderately advanced, CD4 240-300
elevated temperature: resolved, ordered sputum for cytology
confusion: analysis active,
leukocytosis: if presence of increased loose stool formation observed please send cytotoxin assay
abx mgmt:continue combination parental ceftriaxone and gentamicin
discussed clinical presentation with icu nursing staff

recommend TEE when logistically feasible

GILBERT,MARK, MD                    Oct 18, 2016 12:16

**<Electronically signed by MARK GILBERT, MD>** 10/18/16 1217

GILBMA / MG / DD 10/18/16 1216 / DT 10/18/16 1216

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1018-0270
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1019-0037
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/19/16 06:06
**(IRIARTE OPORTO,BLANCA E MD)**

## Subjective
**Hospital LOS days:** 13
**ICU LOS:** 13
### Subjective
Patient was seen and examined at bedside. Patient spiked a fever last evening: 102.3 F for which he was given Tylenol. Per nurse, overnight patient was aggressive and threatening her, he received 2 doses of Ativan.Thoracocentesis was not perform yesterday due to patient restlessness.
**(IRIARTE OPORTO,BLANCA E MD)**
### Subjective
Pt admits to SOB and cough. Denies pain.
**(LOZADA,JAMES A MD)**
### Review of Systems
**Unable to Obtain:** Altered Mental Status (SEDATED)
**(IRIARTE OPORTO,BLANCA E MD)**

## Objective
**Active Meds Reviewed:** Yes
**Medications**

### Medications Active List

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Folic Acid | 1 mg | DAILY | 10/11/16 09:00 | | 10/16/16 08:39 |
| Thiamine HCl | 100 mg | DAILY | 10/11/16 09:00 | | 10/16/16 08:39 |
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/18/16 09:59 |
| Insulin Human Regular | SS LOW DOSE LOW INTENSITY SCALE: BI... | Q6 | 10/12/16 07:45 | | |
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| | | | | | |
|---|---|---|---|---|---|
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Doxazosin Mesylate | 1 mg | DAILY | 10/13/16 09:00 | | 10/16/16 08:40 |
| Acetaminophen | 500 mg | Q6H PRN | 10/12/16 20:15 | | 10/18/16 16:39 |
| Docusate Sodium 100 mg | 100 mg | BID | 10/14/16 11:30 | | 10/18/16 20:51 |
| Gentamicin Sulfate/Sodium Chloride | 52.75 ml @ 100 mls/hr | Q8 | 10/14/16 21:00 | | 10/19/16 04:22 |
| Risperidone 2 mg | 2 mg | BID | 10/15/16 12:15 | | 10/18/16 20:51 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/17/16 09:00 | | 10/18/16 09:59 |
| Lorazepam | 1 mg | Q1H PRN | 10/16/16 11:00 | | 10/18/16 22:11 |
| Lorazepam | 2 mg | Q1H PRN | 10/16/16 11:00 | | 10/19/16 04:59 |
| Haloperidol Lactate | 5 mg | Q6 PRN | 10/17/16 11:15 | | 10/19/16 02:30 |
| Guaifenesin 200 mg | 200 mg | Q4H PRN | 10/17/16 11:30 | | 10/19/16 04:22 |
| Dexmedetomidine HCl/Sodium Chloride | 208 ml @ 0 mls/hr | Q0M PRN | 10/18/16 08:30 | | 10/19/16 01:49 |
| Sodium Bicarbonate | 3 meq | Q6 | 10/18/16 11:00 | | 10/19/16 01:46 |
| Albuterol/ Ipratropium 3 ml | 3 ml | Q6 | 10/18/16 10:28 | | 10/19/16 01:46 |
| Sodium Chloride | 1,000 ml @ 100 mls/hr | Q10H | 10/18/16 20:45 10/19/16 20:44 | | 10/19/16 05:06 |

**Titratable Med Infusions**
Dexmedetomide: RATE: 30 ml/hr
                        Dose: 1.2 mcg/kg/hr
**(IRIARTE OPORTO,BLANCA E MD)**
**Active Meds Reviewed:** Yes
**(LOZADA,JAMES A MD)**
**Patient Data**

### Vital Signs 24 Hours

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/19/16 06:00 | | 88 | 40 | 116/54 | 96 | Nasal Cannula | 2.00 | |
| 10/19/16 05:00 | | 94 | 38 | 129/66 | 98 | Nasal Cannula | 2.00 | |
| 10/19/16 04:00 | 36.6 | 87 | 36 | 128/74 | 99 | Nasal Cannula | 2.00 | |
| 10/19/16 04:00 | | | | | | Nasal Cannula | 2.00 | |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1019-0037
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/19/16 03:00 | | 100 | 41 | 120/60 | 96 | Nasal Cannula | 2.00 | |
| 10/19/16 02:30 | | 86 | 30 | | 100 | | | |
| 10/19/16 02:00 | 36.5 | 84 | 39 | 118/59 | 100 | Nasal Cannula | 2.00 | |
| 10/19/16 01:46 | | 89 | 39 | | 93 | | | |
| 10/19/16 01:00 | | 84 | 37 | 122/51 | 98 | Nasal Cannula | 2.00 | |
| 10/19/16 00:00 | 37.0 | 89 | 46 | 121/69 | 97 | Nasal Cannula | 2.00 | |
| 10/19/16 00:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/18/16 23:00 | 37.3 | 100 | 38 | 111/53 | 98 | Nasal Cannula | 2.00 | |
| 10/18/16 22:00 | | 107 | 44 | 101/76 | 98 | Nasal Cannula | 2.00 | |
| 10/18/16 21:36 | | 101 | 28 | | 96 | | | |
| 10/18/16 21:00 | | 94 | 38 | 140/68 | 97 | Nasal Cannula | 2.00 | |
| 10/18/16 20:00 | 39.1 | 114 | 43 | 145/76 | 98 | Nasal Cannula | 2.00 | |
| 10/18/16 20:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/18/16 19:00 | | 98 | 39 | 153/69 | 99 | Nasal Cannula | 2.00 | |
| 10/18/16 18:00 | 38.4 | 105 | 43 | 154/70 | 99 | Nasal Cannula | 2.00 | |
| 10/18/16 17:00 | | 119 | 49 | 151/70 | 95 | Nasal Cannula | 2.00 | |
| 10/18/16 16:30 | 39.2 | 108 | 43 | 144/66 | 97 | Nasal Cannula | 2.00 | |
| 10/18/16 16:07 | | 114 | 24 | | 94 | | | |
| 10/18/16 16:00 | | | | | | Nasal Cannula | 4.00 | |
| 10/18/16 15:00 | | 101 | 41 | 118/85 | 97 | Nasal Cannula | 4.00 | |
| 10/18/16 14:00 | | 104 | 29 | 157/73 | 93 | Nasal Cannula | 4.00 | |
| 10/18/16 13:00 | | 92 | 34 | 124/61 | 98 | Nasal Cannula | 4.00 | |
| 10/18/16 12:00 | 38.5 | 95 | 42 | 133/66 | 99 | Nasal Cannula | 4.00 | |
| 10/18/16 12:00 | | | | | | Nasal Cannula | 4.00 | |
| 10/18/16 11:00 | | 99 | 44 | 140/72 | 99 | Nasal Cannula | 4.00 | |
| 10/18/16 10:00 | | 97 | 46 | 144/62 | 98 | Nasal Cannula | 4.00 | |
| 10/18/16 09:00 | | 96 | 29 | 126/65 | 100 | Nasal Cannula | 4.00 | |
| 10/18/16 08:00 | | | | | | Nasal Cannula | 4.00 | |
| 10/18/16 08:00 | 37.4 | 93 | 38 | 140/66 | 100 | Nasal Cannula | 4.00 | |

**Weight in Kg**
93.00

**Bedside Blood Glucose Last 24h**

**10/18/16 11:42:** POC Glucose 95
**10/18/16 16:34:** POC Glucose 79
**10/18/16 21:42:** POC Glucose 113
**10/19/16 04:26:** POC Glucose 121

| | 10/19/16 07:00 |
|---|---|
| Intake Total | 4055.50 ml |
| Output Total | 2875 ml |
| Balance | 1180.50 ml |
| | |
| Intake Oral | 0 ml |
| IV Total | 2955.50 ml |

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO MR#: F001250247

| Tube Feeding | 475 ml |
|---|---|
| Tube Irrigant | 625 ml |
| Output Urine Total | 2875 ml |
| # Voids | 2 |

**Sedation Score Actual**

-2

**(IRIARTE OPORTO,BLANCA E MD)**

## Physical Exam
**Appearance:** : No Acute Distress
**Head Exam:** : Moist Mucous Membranes: Normocephalic: Symmetric
**HEENT:** : Other: PERRL: Sclera Anicteric
**Thorax:** : Accessory Muscle Use: Decreased Breath Sounds (ON RIGHT LOWER LUNG LOBE ): Rhonchi (ON BOTH LUNG FIELDS )
**Cardiovascular:** : No JVD: Regular Rate Rhythm (88 BPM)
**Abdomen:** : Non-distended: Non-tender: Soft
**Skin:** : Skin Color Normal: Skin Temperature Normal
**Upper Extremity Appearance:** : Normal
**Lower Extremity Appearance:** : Normal
**Pulses:** Distal Pulses 2+
**Mental Status:** Abnormal (RASS -2 )
**Follows Commands:** No
**(IRIARTE OPORTO,BLANCA E MD)**
**Appearance:** : No Acute Distress
**Thorax:** : No Accessory Muscle Use
**Mental Status:** Abnormal (RASS -1, disoriented (oriented to self only))
**Follows Commands:** Yes
**Motor Response**
no tremor
**(LOZADA,JAMES A MD)**

## Results
## Results

Arterial Blood Gas

**10/7/16 17:00:**
Venous Blood pH 7.43, Venous Blood pH (Temp Corrected) 7.43, Venous Blood Partial Pressure CO2 47.1, Venous Blood pCO2 (Temp Corrected) 47.1, Venous Blood Partial Pressure O2 91.1, Venous Blood pO2 (Temp Corrected) 91.1, Venous Blood HCO3 31.3, Venous Bld O2 Saturation (Measured) 97.2, Venous Blood Base Excess 6.2, Bedside Sodium (Blood Gas) 139, Bedside Potassium (Blood Gas) 6.0, Bedside Chloride (Blood Gas) 104, Ionized Calcium (Blood Gas) 1.12
**10/8/16 06:15:** Allen Test Pos
**10/14/16 04:57:**
Arterial Blood pH 7.44, Arterial Blood pH (Temp corrected) 7.44, Arterial Blood Partial Pressure CO2 43.5, Arterial Blood pCO2 (Temp correct) 43.5, Arterial Blood Partial Pressure O2 94, Arterial Blood pO2 (Temp corrected) 93.5,

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                           MR#: F001250247

Arterial Blood HCO3 29.5, Arterial Bld O2 Saturation (Measur) 97.7, Arterial Blood Base Excess 4.8, Arterial Blood Hematocrit 37.5, Arterial Blood Sodium 140, Arterial Blood Potassium 3.8, Chloride (Blood Gas) 104, Ionized Calcium (Measured) (Bld Gas 1.18, Lactate (Blood Gas) 1.0, Blood Gas Temperature 98.6, Oxygen Delivery Device Aerm, Blood Gas Ventilator Setting 24, FiO2 40.0, Blood Gas Tidal Volume 450, Blood Gas PEEP 5.0

## Lab Results

### Laboratory Tests & Results

| Test | Range/Units | 10/16/16 10:48 | 10/16/16 12:16 | 10/16/16 16:41 | 10/17/16 04:42 |
|------|-------------|----------------|----------------|----------------|----------------|
| POC Glucose | 70-99  mg/dL | 104 H | | 90 | 90 |
| Gentamicin Level Trough | | | 0.8 ug/ml | | |

| Test | Range/Units | 10/17/16 05:50 | 10/17/16 11:39 | 10/17/16 16:44 | 10/17/16 22:37 |
|------|-------------|----------------|----------------|----------------|----------------|
| White Blood Count | 4.5-11.0 Thou/uL | 18.3 H | | | |
| Red Blood Count | 4.70-6.10 Mill/Ul | 3.66 L | | | |
| Hemoglobin | 13.5-17.5 g/dL | 11.9 L | | | |
| Hematocrit | 41.0-53.0 % | 35.2 L | | | |
| Mean Corpuscular Volume | 80-100 fL | 96.4 | | | |
| Mean Corpuscular Hemoglobin | 28.4-32.0 pg | 32.6 H | | | |
| Mean Corpuscular Hemoglobin Concent | 32.6-34.8 g/dL | 33.8 | | | |
| Red Cell Distribution Width | 11.5-14.5 % | 13.5 | | | |
| Platelet Count | 150-450 THOU/UL | 464 H | | | |
| Mean Platelet Volume | 7.4-10.4 fL | 8.8 | | | |
| Neutrophils % | 42.0-75.0 % | 84.3 H | | | |
| Lymphocytes % | 18.0-44.0 % | 6.2 L | | | |
| Monocytes % | 0.0-18.0 % | 8.1 | | | |
| Eosinophils % | 0.0-5.0 % | 1.2 | | | |
| Basophils % | 0.0-2.0 % | 0.2 | | | |
| Neutrophils # | 1.8-8.0 Thou/uL | 15.4 H | | | |
| Lymphocytes # | 1.2-4.2 Thou/uL | 1.1 L | | | |
| Monocytes # | 0.0-1.0 Thou/uL | 1.5 H | | | |
| Eosinophils # | 0.0-0.7 Thou/uL | 0.2 | | | |
| Basophils # | 0.0-0.5 Thou/uL | 0.0 | | | |
| Sodium Level | 136-147 mEq/L | 140 | | | |
| Potassium Level | 3.6-5.2 mEq/L | 4.5 | | | |
| Chloride Level | 98-108 mmol/L | 102 | | | |
| Carbon Dioxide Level | 23-32 mmol/L | 28 | | | |

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| | | | | | |
|---|---|---|---|---|---|
| Anion Gap | 6.0-16 | 10.0 | | | |
| Blood Urea Nitrogen | 6-22 mg/dL | 16 | | | |
| Creatinine | 0.8-1.4 mg/dL | 1.1 | | | |
| Estimate Glomerular Filtration Rate | >60 mL/min | > 60 | | | |
| Estimated GFR (African American) | >60 mL/min/1 | > 60 | | | |
| BUN/Creatinine Ratio | 7-23 | 14.5 | | | |
| Glucose Level | 70-99 mg/dL | 88 | | | |
| Calcium Level | 8.8-10.5 mg/dL | 8.1 L | | | |
| Phosphorus Level | 2.5-4.5 mg/dL | 3.9 | | | |
| Magnesium Level | 1.8-2.4 mg/dL | 2.4 | | | |
| POC Glucose | 70-99 mg/dL | | 84 | 91 | 89 |

| Test | Range/Units | 10/18/16 05:23 | 10/18/16 05:45 | 10/18/16 08:51 | 10/18/16 11:42 |
|---|---|---|---|---|---|
| POC Glucose | 70-99 mg/dL | 98 | | | 95 |
| White Blood Count | 4.5-11.0 Thou/uL | | 19.7 H | | |
| Red Blood Count | 4.70-6.10 Mill/UI | | 3.56 L | | |
| Hemoglobin | 13.5-17.5 g/dL | | 11.7 L | | |
| Hematocrit | 41.0-53.0 % | | 34.1 L | | |
| Mean Corpuscular Volume | 80-100 fL | | 95.8 | | |
| Mean Corpuscular Hemoglobin | 28.4-32.0 pg | | 33.0 H | | |
| Mean Corpuscular Hemoglobin Concent | 32.6-34.8 g/dL | | 34.5 | | |
| Red Cell Distribution Width | 11.5-14.5 % | | 13.6 | | |
| Platelet Count | 150-450 THOU/UL | | 520 H | | |
| Mean Platelet Volume | 7.4-10.4 fL | | 8.7 | | |
| Neutrophils % | 42.0-75.0 % | | 83.3 H | | |
| Lymphocytes % | 18.0-44.0 % | | 7.4 L | | |
| Monocytes % | 0.0-18.0 % | | 8.2 | | |
| Eosinophils % | 0.0-5.0 % | | 0.7 | | |
| Basophils % | 0.0-2.0 % | | 0.4 | | |
| Neutrophils # | 1.8-8.0 Thou/uL | | 16.4 H | | |
| Lymphocytes # | 1.2-4.2 Thou/uL | | 1.5 | | |
| Monocytes # | 0.0-1.0 Thou/uL | | 1.6 H | | |
| Eosinophils # | 0.0-0.7 Thou/uL | | 0.1 | | |
| Basophils # | 0.0-0.5 Thou/uL | | 0.1 | | |
| Sodium Level | 136-147 mEq/L | | 136 | | |

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                    MR#: F001250247

| Potassium Level | 3.6-5.2 mEq/L | 4.6 | |
|---|---|---|---|
| Chloride Level | 98-108 mmol/L | 101 | |
| Carbon Dioxide Level | 23-32 mmol/L | 25 | |
| Anion Gap | 6.0-16 | 10.0 | |
| Blood Urea Nitrogen | 6-22 mg/dL | 18 | |
| Creatinine | 0.8-1.4 mg/dL | 1.2 | |
| Estimate Glomerular Filtration Rate | >60 mL/min | > 60 | |
| Estimated GFR (African American) | >60 mL/min/1 | > 60 | |
| BUN/Creatinine Ratio | 7-23 | 15.0 | |
| Glucose Level | 70-99 mg/dL | 93 | |
| Calcium Level | 8.8-10.5 mg/dL | 8.3 L | |
| Phosphorus Level | 2.5-4.5 mg/dL | 3.8 | |
| Magnesium Level | 1.8-2.4 mg/dL | 2.3 | |
| Total Bilirubin | 0.2-1.2 mg/dL | 2.4 H | |
| Direct Bilirubin | 0-0.3 mg/dL | 1.8 H | |
| Aspartate Amino Transferase (AST) | 14-51 U/L | 150 H | |
| Alanine Aminotransferase (ALT) | 7-60 U/L | 117 H | |
| Alkaline Phosphatase | 42-157 U/L | 110 | |
| Total Protein | 6.3-8.2 gm/dL | 7.1 | |
| Albumin | 4.1-5.4 gm/dL | 2.4 L | |
| Globulin | 2.3-3.5 g/dL | 4.7 H | |
| Albumin/Globulin Ratio | 0.74-3.85 | 1.0 | |
| Lactate Dehydrogenase | 127-239 U/L | | 371 H |

| Test | Range/Units | 10/18/16 16:34 | 10/18/16 21:42 | 10/19/16 04:26 | 10/19/16 05:45 |
|---|---|---|---|---|---|
| POC Glucose | 70-99 mg/dL | 79 | 113 H | 121 H | |
| White Blood Count | 4.5-11.0 Thou/uL | | | | 20.0 H |
| Red Blood Count | 4.70-6.10 Mill/Ul | | | | 3.52 L |
| Hemoglobin | 13.5-17.5 g/dL | | | | 11.8 L |
| Hematocrit | 41.0-53.0 % | | | | 33.4 L |
| Mean Corpuscular Volume | 80-100 fL | | | | 94.7 |
| Mean Corpuscular Hemoglobin | 28.4-32.0 pg | | | | 33.5 H |
| Mean Corpuscular Hemoglobin Concent | 32.6-34.8 g/dL | | | | 35.4 H |
| Red Cell Distribution Width | 11.5-14.5 % | | | | 13.4 |
| Platelet Count | 150-450 THOU/UL | | | | 531 H |
| Mean Platelet Volume | 7.4-10.4 fL | | | | 8.6 |
| Sodium Level | 136-147 mEq/L | | | | 133 L |
| Potassium Level | 3.6-5.2 mEq/L | | | | 4.4 |
| Chloride Level | 98-108 mmol/L | | | | 98 |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1019-0037
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| Carbon Dioxide Level | 23-32 mmol/L | | | 25 |
|---|---|---|---|---|
| Anion Gap | 6.0-16 | | | 10.0 |
| Blood Urea Nitrogen | 6-22 mg/dL | | | 16 |
| Creatinine | 0.8-1.4 mg/dL | | | 1.1 |
| Estimate Glomerular Filtration Rate | >60 mL/min | | | > 60 |
| Estimated GFR (African American) | >60 mL/min/1 | | | > 60 |
| BUN/Creatinine Ratio | 7-23 | | | 15.0 |
| Glucose Level | 70-99 mg/dL | | | 131 H |
| Calcium Level | 8.8-10.5 mg/dL | | | 8.3 L |
| Phosphorus Level | 2.5-4.5 mg/dL | | | 4.5 |
| Magnesium Level | 1.8-2.4 mg/dL | | | 2.2 |

## Diagnostics Reviewed: Yes
### Imaging

Chest US: Small - moderate loculated pleural effusion on right lower lobe.

Chest X-ray: Loculated pleural effusion on right lower lobe ( increased in size from previous one. Consolidations on right lower lobe.

**(IRIARTE OPORTO,BLANCA E MD)**

**Lab Results, CBC Diagram**

**10/19/16 05:45**



**Lab Results, BMP Diagram**

**10/19/16 05:45**



**Lab Results**

| Item | Value | Date Time |
|---|---|---|
| Calcium Level | 8.3 mg/dL L | 10/19/16 0545 |
| Phosphorus Level | 4.5 mg/dL | 10/19/16 0545 |
| Magnesium Level | 2.2 mg/dL | 10/19/16 0545 |
| Total Bilirubin | 2.3 mg/dL H | 10/19/16 0545 |
| Direct Bilirubin | 1.7 mg/dL H | 10/19/16 0545 |
| Aspartate Amino Transf (AST/SGOT) | 239 U/L H | 10/19/16 0545 |
| Alanine Aminotransferase (ALT/SGPT) | 154 U/L H | 10/19/16 0545 |
| Alkaline Phosphatase | 116 U/L | 10/19/16 0545 |
| Total Protein | 7.1 gm/dL | 10/19/16 0545 |
| Albumin | 2.4 gm/dL L | 10/19/16 0545 |

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

_____

blood cx ngtd 10/17, 10/14
**Diagnostics Reviewed:** Yes
**Imaging**
cxr
IMPRESSION: Dobbhoff tube terminates in stomach. Large right loculated pleural effusion slightly increased from prior imaging. Associated right-sided opacities may reflect atelectasis, however, underlying pneumonia is not excluded.
**(LOZADA,JAMES A MD)**

## Quality
**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**(IRIARTE OPORTO,BLANCA E MD)**
**Lines Tubes and Catheter:** PICC, Other (Dobhoff tube )
**Line Necessity Addressed:** Yes
**(IRIARTE OPORTO,BLANCA E MD)**
**VTE Prophylaxis Ordered:** Yes
**(IRIARTE OPORTO,BLANCA E MD)**
**Indwelling Foley Catheter:** No
**(IRIARTE OPORTO,BLANCA E MD)**
**1:1 Sitter:** Continued
**Non-Violent Restraints:** Continued
**(IRIARTE OPORTO,BLANCA E MD)**

## Impression and Plan
### Assessment
**Problem List:**
**(1) Alcohol withdrawal delirium**
**(2) Acute respiratory failure with hypoxia and hypercapnia**
**(3) Pleural effusion**
**(4) LFTs abnormal**
**(5) Aspiration pneumonia**
**(6) Bacteremia**
**(7) Suicidal overdose**
**(8) Drug overdose**
**(9) HIV (human immunodeficiency virus infection)**
**Chronic Problems: (IRIARTE OPORTO,BLANCA E MD)**

## Management Plan
**Plan**
NEU:
- We will discontinue CIWA protocol.
- will continue Haldol PRN Q6 for agitation.
- We will follow up with Psych evaluation in regards of 302 status.

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1019-0037
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

- We will titrate down Precedex drip as tolerated

CV:

-Patient appears hemodynamically stable overnight.
-No major issues noted overnight.

PULM:

- Tachypneic, saturating at 96% on 3 L via NC.

- CXR shows: right lung hyperdensities and right loculated-pleural effusion slightly increased from previous imaging, impressive of Pneumonia/aspiration PNA.
- Thoracocentesis was not done due to restlessness.
- Continue with neb Bicarbonate with BD, bronchodilators standing, chest PT, frequent suction
- Pulmonary Toilette
- We will reculture sputum

GI:

- No acute issues.
- Continue with Colace for constipation.
- Duffhob Tube was placed yesterday.

GU:
- Serum Cr is normal: 1.1 this AM.
- Continue Texas catheter until he is off restraints.

ID:

- WBC continues trending up, 20 this AM from 19 yesterday.
- Blood cultures are negative to date we will follow up with final result
- f/u Sputum cultures for Pneumocystis and final urine culture
- Continue with ceftriaxone & gentamicin.

HEME/ONC:
-will continue DVT prophylaxis with Enoxaparin.

ENDO:
-No acute issues.
-Continue accuchecks and Regular insulin SS
-Keep sugars <180 and >60

F/E/N:
- Patient Dobbhoff tube was placed yesterday, CXR shows it terminates in stomach.
- Continue Jevit 1.5 ; Feeding rate= 55 ml ; Flush 50 ml every hr.
- Will continue to monitor and replete electrolytes as needed. Electrolytes currently within normal limits.

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1019-0037
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                    MR#: F001250247

SOCIAL:
    Full code.
    NOK:  Sheree Bradham (484) 420-5809 Mother
             Ellis Bradham (610) 348-4661 Father
             Tosin Efunnuga 267-918-4065 Sister

**(IRIARTE OPORTO,BLANCA E MD)**

**Plan**

I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as documented with the following comments:

Periods of lucidity, decreasing requirement for sedation.
Remains delirious but improving.
Ongoing fever, concern for parapneumonic effusion, biliary infection, recurrent aspiration pna
Remains on 302, psychiatry has yet to evaluate - will expedite psych evaluation
decrease precedex as tolerated, goal is off
stop CIWA/ativan, start clonazepam bid, continue haldol prn, risperdal standing
cont abx
reculture sputum, check UA
discussed with pt's mother at bedside
**(LOZADA,JAMES A MD)**

## Additional Information
**Critical Care Time (mins):** 35
**Additional Comments**
excludes procedures and teaching
**(LOZADA,JAMES A MD)**

IRIARTE OPORTO,BLANCA E MD                                    Oct 19, 2016 06:11
LOZADA,JAMES A MD                                            Oct 19, 2016 10:26

    **<Electronically signed by BLANCA E IRIARTE OPORTO, MD>** 10/20/16 0629
    **<Electronically signed by JAMES A LOZADA, MD>** 10/19/16 1810

IRIABL / BIO / DD 10/19/16 0611 / DT 10/19/16 0611

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1019-0037
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1019-0119
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
**Encounter Date & Time**
10/19/16 08:19
**Subjective**
pt seen, chart reviewed, febrile last pm, agitated

## Objective
### Patient Data

#### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/19/16 08:00 | | 90 | 23 | | 98 | | | |
| 10/19/16 08:00 | 37.4 | | | 125/62 | | Nasal Cannula | 2.00 | |
| 10/15/16 19:00 | | | | | | | | 40 |

### Weight in Kg
93.00

**Bedside Blood Glucose**

**10/19/16 04:26:** POC Glucose 121

## Results

**Lab Results, CBC Diagram**

**10/19/16 05:45**



**Lab Results, BMP Diagram**

**10/19/16 05:45**



## Impression and Plan
**Problem List:**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1019-0119
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

**(1) Aspiration pneumonia**
**Impression and Plan:** wbc and fever noted, continue gentamicin and Rocephin

**(2) Acute respiratory failure with hypoxia and hypercapnia**
**Impression and Plan:** Currently stable status post extubation, continue to monitor respiratory status

**(3) AKI (acute kidney injury)**
**Impression and Plan:** Resolved

**(4) Toxic encephalopathy**
**Impression and Plan:** Plan to continue with close clinical monitoring and sedatives, continue restraints as needed await psychiatry input

**Chronic Problems:**

HAMID,SAMMY, MD                                      Oct 19, 2016 08:20

**<Electronically signed by SAMMY HAMID, MD>** 10/20/16 0638

HAMISA / SH / DD 10/19/16 0820 / DT 10/19/16 0820

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1019-0119
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1020-0067
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/20/16 06:29
**(IRIARTE OPORTO,BLANCA E MD)**

### Subjective
**Hospital LOS days:** 14
**ICU LOS:** 14
#### Subjective
Patient was examined at bedside. Patient is calm, alert and oriented to person. He complaints of chest pain on right lower hemithorax. He continues coughing, denies sputum production. Overnight: He spiked a fever ( 39.2 ) , and team ordered a blood culture. Yesterday, he pulled out his Duffhoff tube twice.
**(IRIARTE OPORTO,BLANCA E MD)**
#### Subjective
Thick tan secretions, better mental status- calm and A&O x 1
**(MANNS,STEPHENIE T MD)**
### Review of Systems
**Unable to Obtain:** Uncooperative Patient
**(IRIARTE OPORTO,BLANCA E MD)**

## Objective
**Active Meds Reviewed:** Yes
**Medications**

### Medications Active List

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Folic Acid | 1 mg | DAILY | 10/11/16 09:00 | | 10/19/16 09:03 |
| Thiamine HCl | 100 mg | DAILY | 10/11/16 09:00 | | 10/19/16 09:03 |
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/19/16 09:03 |
| Insulin Human Regular | SS LOW DOSE LOW INTENSITY SCALE: Bl... | Q6 | 10/12/16 07:45 | | |
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1020-0067
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
|---|---|---|---|---|---|
| Doxazosin Mesylate | 1 mg | DAILY | 10/13/16 09:00 | | 10/19/16 09:03 |
| Acetaminophen | 500 mg | Q6H PRN | 10/12/16 20:15 | | 10/20/16 00:12 |
| Docusate Sodium 100 mg | 100 mg | BID | 10/14/16 11:30 | | 10/19/16 09:03 |
| Gentamicin Sulfate/Sodium Chloride | 52.75 ml @ 100 mls/hr | Q8 | 10/14/16 21:00 | | 10/20/16 04:35 |
| Risperidone 2 mg | 2 mg | BID | 10/15/16 12:15 | | 10/19/16 09:03 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/17/16 09:00 | | 10/19/16 09:02 |
| Haloperidol Lactate | 5 mg | Q6 PRN | 10/17/16 11:15 | | 10/19/16 02:30 |
| Guaifenesin | 200 mg | Q4H PRN | 10/17/16 11:30 | | 10/19/16 04:22 |
| Sodium Bicarbonate | 3 meq | Q6 | 10/18/16 11:00 | | 10/20/16 01:40 |
| Albuterol/ Ipratropium | 3 ml | Q6 | 10/18/16 10:28 | | 10/20/16 01:39 |
| Clonazepam 1 mg | 1 mg | BID | 10/19/16 10:45 | | 10/19/16 11:29 |
| Dexmedetomidine HCl 800 mcg/ Sodium Chloride | 208 ml @ 0 mls/hr | Q0M PRN | 10/19/16 10:34 | | 10/20/16 03:10 |
| Sodium Chloride | 1,000 ml @ 100 mls/hr | Q10H | 10/19/16 23:45 | | 10/20/16 00:13 |

**Titratable Med Infusions**
PRECEDEX 0.8 mcg/Kg/Hr
**(IRIARTE OPORTO,BLANCA E MD)**
**Active Meds Reviewed:** Yes
**(MANNS,STEPHENIE T MD)**
**Patient Data**

### Vital Signs 24 Hours

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/20/16 06:00 | | 107 | 28 | 120/59 | 96 | Nasal Cannula | 2.00 | |
| 10/20/16 05:00 | | 101 | 39 | 116/60 | 100 | Nasal Cannula | 2.00 | |
| 10/20/16 04:00 | | 106 | 43 | 119/62 | 99 | Nasal Cannula | 2.00 | |
| 10/20/16 04:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/20/16 03:00 | | 104 | 35 | 118/61 | 96 | Nasal Cannula | 2.00 | |
| 10/20/16 02:00 | 37.6 | 108 | 29 | 120/58 | 97 | Nasal Cannula | 2.00 | |
| 10/20/16 01:57 | | 109 | 18 | | 98 | | | |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1020-0067
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/20/16 01:40 | | 108 | 33 | | 98 | | | |
| 10/20/16 01:00 | | 114 | 28 | 136/113 | 96 | Nasal Cannula | 2.00 | |
| 10/20/16 00:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/20/16 00:00 | 39.2 | 116 | 25 | 132/69 | 98 | Nasal Cannula | 2.00 | |
| 10/19/16 23:00 | | 119 | 48 | 128/66 | 96 | Nasal Cannula | 2.00 | |
| 10/19/16 22:00 | | 126 | 43 | 123/90 | 95 | Nasal Cannula | 2.00 | |
| 10/19/16 21:00 | | 125 | 45 | 129/64 | 97 | Nasal Cannula | 2.00 | |
| 10/19/16 20:35 | | 118 | 40 | | 96 | | | |
| 10/19/16 20:00 | 39.2 | 131 | 53 | 134/66 | 96 | Nasal Cannula | 2.00 | |
| 10/19/16 20:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/19/16 19:00 | | 128 | 43 | 107/69 | 94 | Nasal Cannula | 2.00 | |
| 10/19/16 18:00 | | 111 | 34 | 128/69 | 96 | Nasal Cannula | 2.00 | |
| 10/19/16 17:00 | | 112 | 40 | 135/66 | 97 | Nasal Cannula | 2.00 | |
| 10/19/16 16:00 | | 115 | 35 | 146/69 | 95 | Nasal Cannula | 2.00 | |
| 10/19/16 15:42 | | | | | | Nasal Cannula | 2.00 | |
| 10/19/16 15:35 | 38.5 | 103 | 40 | 131/65 | 95 | Nasal Cannula | 2.00 | |
| 10/19/16 15:00 | | 101 | 43 | 124/58 | 95 | Nasal Cannula | 2.00 | |
| 10/19/16 14:00 | | 99 | 30 | 105/91 | 99 | Nasal Cannula | 2.00 | |
| 10/19/16 13:49 | | 97 | 20 | | 98 | | | |
| 10/19/16 13:00 | | 98 | 35 | 131/56 | 95 | Nasal Cannula | 2.00 | |
| 10/19/16 12:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/19/16 12:00 | 38.5 | 102 | 31 | 127/61 | 96 | Nasal Cannula | 2.00 | |
| 10/19/16 11:00 | | 99 | 25 | 122/59 | 96 | Nasal Cannula | 2.00 | |
| 10/19/16 10:00 | | 100 | 28 | 121/53 | 97 | Nasal Cannula | 2.00 | |
| 10/19/16 09:00 | | 102 | 32 | 127/71 | 95 | Nasal Cannula | 2.00 | |
| 10/19/16 08:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/19/16 08:00 | | 90 | 23 | | 98 | | | |
| 10/19/16 08:00 | 37.4 | 90 | 29 | 125/62 | 99 | Nasal Cannula | 2.00 | |
| 10/19/16 07:00 | | 84 | 22 | 125/64 | 98 | Nasal Cannula | 2.00 | |

**Weight in Kg**
92.60

**Bedside Blood Glucose Last 24h**

**10/19/16 11:11:** POC Glucose 130
**10/19/16 16:59:** POC Glucose 132
**10/19/16 22:23:** POC Glucose 108
**10/20/16 04:05:** POC Glucose 103

| | 10/20/16 07:00 |
|---|---|
| Intake Total | 3869.4 ml |
| Output Total | 4276 ml |
| Balance | -406.6 ml |
| | |
| IV Total | 2809.4 ml |
| Tube Feeding | 585 ml |

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA, OLUTOKUNBO                          MR#: F001250247

| Tube Irrigant | 475 ml |
|---|---|
| Output Urine Total | 4276 ml |
| # Voids | 4 |

**Sedation Score Actual**

0

**(IRIARTE OPORTO, BLANCA E MD)**

## Physical Exam

**Appearance:** : Alert: Appears Stated Age: No Acute Distress
**Head Exam:** : Moist Mucous Membranes: Normocephalic: Symmetric
**HEENT:** : EOMI: Moist Mucous Membranes: PERRL: Sclera Anicteric
**Thorax:** : Decreased Breath Sounds (On right lower field ): No Accessory Muscle Use: Other (TACHYPNEIC )
**Cardiovascular:** : Regular Rate Rhythm: TachycardiaNo: No JVD
**Abdomen:** : Bowel Sounds Noted: Non-tender: Soft
**Rectal Exam:** : Deferred
**Skin:** : Skin Color Normal: Skin Temperature Normal: Skin Turgor Normal
**Upper Extremity Appearance:** : Normal
**Lower Extremity Appearance:** : Normal
**Pulses:** Distal Pulses 2+
**Mental Status:** Normal
**(IRIARTE OPORTO, BLANCA E MD)**

## Results
## Results

10/20/16 04:15

**Lab Results, CBC Diagram**



10/20/16 04:15

**Lab Results, BMP Diagram**



PT/PTT/INR

**10/20/16 04:15:**
Prothrombin Time 16.3, Prothromb Time International Ratio 1.4

----------------------------------------------------------------------------------------------

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1020-0067
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023   (610)237-4742
SAMIA HENIEN, M.D.  MEDICAL DIRECTOR

LABORATORY REPORT

---

NAME:EFUNNUGA,OLUTOKUNBO         DOS: 10/07/16      LOC:FI5ICU
AGE/SEX:37/M    DOB:03/06/1979   ACCT: FA1307223089    MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

---

KEY H - Abn High   *H - Critical High   * - High or Low(Alpha results)  # - Delta Check
L - Abn Low    *L - Critical Low    * - Microbiology Abn Result

---

SPEC#:FI16:M0022636R    COLLECTED:10/19/16-2231  RECEIVED: 10/19/16-2255
SUBMITTING DR: BORIKAR,MADHURA S MD        CC: DOCTOR,NONE (FAMILY)
                    LITTMAN,MARIO, MD
                    MCNAMEE JR,WILLIAM B, MD
                    THOMPSON,TROY L MD
                    WALI,SALMAN MD
~
SOURCE: SPUTUM              EXPECTORATED SPUTUM

Procedure          Result          Verified    Site

RESPIRATORY CULTURE Preliminary                10/19/16-2312
   GRAM STAIN RESULT         *
             MANY WHITE BLOOD CELLS
             MODERATE EPITHELIAL CELLS
             MANY GRAM POSITIVE COCCI IN PAIRS
             MODERATE GRAM POSITIVE COCCI IN CHAINS
             FEW GRAM NEGATIVE RODS

---

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1020-0067
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

------------------------------------------------------------------------------------------

NAME: EFUNNUGA,OLUTOKUNBO        UNIT: F001250247
ACCT: FA1307223089
PRINTED:10/19/16 2312        PAGE:    ** END OF REPORT **
------------------------------------------------------------------------------------------

**Diagnostics Reviewed:** Yes
**Imaging**
Liver US: subcentimeter echodense lesion within the anterior segment of the right hepatic lobe, probably hemangioma measuring 6 x 7 x 7 mm.
**(IRIARTE OPORTO,BLANCA E MD)**
**Diagnostics Reviewed:** Yes
**Imaging**
I personally reviewed pCXR from 10/18:

IMPRESSION: Dobbhoff tube terminates in stomach. Large right loculated pleural effusion slightly increased from prior imaging. Associated right-sided opacities may reflect atelectasis, however, underlying pneumonia is not excluded.
**(MANNS,STEPHENIE T MD)**

**Quality**
**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**(IRIARTE OPORTO,BLANCA E MD)**
**Lines Tubes and Catheter:** PICC ((10/11/2016) ), Other (Texas Catheter)
**(IRIARTE OPORTO,BLANCA E MD)**
**VTE Prophylaxis Ordered:** Yes
**(IRIARTE OPORTO,BLANCA E MD)**
**Indwelling Foley Catheter:** No
**(IRIARTE OPORTO,BLANCA E MD)**
**Central Venous Catheter:** No
**(IRIARTE OPORTO,BLANCA E MD)**
**1:1 Sitter:** Continued
**Non-Violent Restraints:** Continued
**(IRIARTE OPORTO,BLANCA E MD)**


PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1020-0067
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

## Impression and Plan

### Assessment
**Problem List:**
**(1) Alcohol withdrawal delirium**
**(2) Acute respiratory failure with hypoxia and hypercapnia**
**(3) Pleural effusion**
**(4) LFTs abnormal**
**(5) Aspiration pneumonia**
**(6) Bacteremia**
**(7) Suicidal overdose**
**(8) Drug overdose**
**(9) HIV (human immunodeficiency virus infection)**
**Chronic Problems:  (IRIARTE OPORTO,BLANCA E MD)**
**Problem List:**
**(1) Pleural effusion**
**(2) Aspiration pneumonia**
**(3) Alcohol withdrawal delirium**
**(4) LFTs abnormal**
**(5) Bacteremia**
**(6) HIV (human immunodeficiency virus infection)**
**(7) Suicidal overdose**
**Chronic Problems:  (MANNS,STEPHENIE T MD)**
### Management Plan
**Plan**
NEU:
- will continue Haldol PRN Q6 for agitation.
- We will follow up with Psych evaluation in regards of 302 status.
- We will titrate down Precedex drip as tolerated

CV:

-Patient appears hemodynamically stable overnight.
-No major issues noted overnight.

PULM:
- Tachypneic, saturating at 96% on 2 L via NC.
- CXR shows: right lung hyperdensities  and right loculated-pleural effusion slightly increased from previous imaging, impressive of Pneumonia/aspiration PNA.
- We will obtain Chest CT and consult IR for thoracocentesis
- Continue with neb Bicarbonate with BD, bronchodilators standing, chest PT, frequent suction
- Pulmonary Toilette
- Preliminary sputum cultures results showed: Many gram positive cocci in clusters, moderate gram positive cocci in chains and few gram negative rods.
GI:

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

_____

- No acute issues.
- Continue with Colace/Miralax for constipation.
- Duffhob Tube was placed yesterday.
- LFTs trending down

GU:
- Serum Cr is normal: 1.1 this AM.
ID:

- WBC trended down, 15 this AM from 20 yesterday.
- Blood cultures are negative to date we will follow up with final result
- f/u Sputum cultures for Pneumocystis and final urine culture
- Continue with ceftriaxone & gentamicin.

HEME/ONC:
-will continue DVT prophylaxis with Enoxaparin.

ENDO:
-No acute issues.
-Continue accuchecks and Regular insulin SS
-Keep sugars < 180 and > 60


F/E/N:

- Patient sodium is 134.
- Will continue to monitor and replete electrolytes as needed.

SOCIAL:
        Full code.
        NOK:    Sheree Bradham (484) 420-5809 Mother
                Ellis Bradham (610) 348-4661 Father
                Tosin Efunnuga 267-918-4065 Sister
**(IRIARTE OPORTO,BLANCA E MD)**

## Additional Information
**Condition:** Critical
**Critical Care Time (mins):** 40 (excluding procedures and teaching)
**(MANNS,STEPHENIE T MD)**
**Attestation Statement**
I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as
documented with the following comments:
**(IRIARTE OPORTO,BLANCA E MD)**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1020-0067
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                    MR#: F001250247

**Attestation Statement**
I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as documented with the following comments:

Continued fevers with pleuritic chest pain and loculated pleural effusion.
Mental status improved and will d/w IR for repeat attempt for thoracentesis given concern for loculated effusion with possible empyema
Sending for CT scan chest today.
S/p bacteremia, now cleared. Continues on ceftriaxone and gent, ID following.
weaning precedex given improved mental status. S/p ETOH w/d, continue close monitoring.
Following abnormal LFTs.
HIV, ID following. Not currently on HAART
Continues on 1:1 observation, psych consulted
TF nutrition restarted.
Increase his bowel regimen for constipation.
D/w ICU RN and team
**(MANNS,STEPHENIE T MD)**

IRIARTE OPORTO,BLANCA E MD                                      Oct 20, 2016 06:34
MANNS,STEPHENIE T MD                                            Oct 20, 2016 10:43

   **<Electronically signed by BLANCA E IRIARTE OPORTO, MD>** 10/20/16 1807
   **<Electronically signed by STEPHENIE T MANNS, MD>** 10/20/16 1049

IRIABL / BIO / DD 10/20/16 0634 / DT 10/20/16 0634

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1020-0067
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1020-0488
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#:  F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

**\*\*\* Signed Status \*\*\***

## Subjective
**Encounter Date & Time**
10/20/16 18:31
**Service:** Infectious Disease
**Subjective**
Pt alert, verbal, disoriented to time and place, Tm 101-102, s/p right thoracentesis, no emesis or increase stool formation

## Objective
## Patient Data

**Vital Signs, Last Documented**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/20/16 17:00 | | 135 | 46 | 158/72 | 96 | Nasal Cannula | 2.00 | |
| 10/20/16 16:11 | 38.4 | | | | | | | |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/20/16 17:06:** POC Glucose 109

## Physical Exam
Tm 101-102

anicteric pupils reactive nasogastric tube intact no stridor or meningismus lung decreased bs bases no cardiac m/r appreciated abd hypoactive nontender no  guarding or pulsation no peripheral edema iv access intact Neuro no tremor appreciated, cn pupils reactive no facial asymmetry moves all ext. plantars down

## Results

**Lab Results, CBC Diagram**

**10/20/16 04:15**



**Lab Results, BMP Diagram**

**10/20/16 04:15**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1020-0488
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO

MR#: F001250247



PT/PTT/INR

**10/20/16 04:15:**
Prothrombin Time 16.3, Prothromb Time International Ratio 1.4
new c/s pending
**Imaging**
reviewed

## Impression and Plan
**Plan**

bacteremia: strep mitis, repeat blood c/ sterile, echocardiogram= n o vegetations or valvular abnormality,
recommend TEE when logistically feasible
pneumonia: aspiration, complicated by right effusion, s/p thoracentesis, and cavitary formation
right pleural effusion: s/p thoracentesis fluid analysis pending
HIVD: moderately advanced, CD4 240-300
elevated temperature:recurrent, new c/s analysis pending
confusion: analysis active,
leukocytosis: follow resonse to intervention
abx mgmt:continue combination parental ceftriaxone and gentamicin
discussed clinical presentation with icu nursing staff

recommend TEE when logistically feasible

GILBERT,MARK, MD                                                    Oct 20, 2016 18:37

**<Electronically signed by MARK GILBERT, MD>** 10/20/16 1837

GILBMA / MG / DD 10/20/16 1837 / DT 10/20/16 1837

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1021-0029
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/21/16 06:03
**(IRIARTE OPORTO,BLANCA E MD)**

## Subjective
**Hospital LOS days:** 15
**ICU LOS:** 15
### Subjective
Patient was seen and examined at bedside. Patient is calm, awake and alert. He mentioned a disorientation episode overnight which made him feel agitated. At the moment of my examination he only reports back pain 7/10, diffuse, on the rib cage. He also complaints of pain on the thoracocentesis site. Overnight patient heart rate went up to 150s and he became very agitated, he wanted to leave and got up of bed, he received Lopressor and security was called. Posteriorly the heart rate went down to 120s.
**(IRIARTE OPORTO,BLANCA E MD)**

### Review of Systems
**Constitutional:** : Fatigue: General WeaknessDenies: Dizziness
**Head and Neck:** Denies: Headache
**Eyes:** Denies: Blurred Vision
**Ears, Nose, Mouth, Throat:** Denies: Bleeding Gums
**Cardiology:** : PalpitationsDenies: Chest Pain
**Respiratory:** : Cough: Sputum Production
**Gastrointestinal:** Denies: Abdominal Distention, Abdominal Pain
**Genitourinary:** Denies: Change In Urine Stream
**Musculoskeletal:** : Back Pain
**Hematologic:** Denies: Anemia
**Psychiatric:** : Anxiety: Depressed: Suicidal Ideation **(IRIARTE OPORTO,BLANCA E MD)**

### Objective
**Active Meds Reviewed:** Yes
**Medications**

**Medications Active List**

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Folic Acid | 1 mg | DAILY | 10/11/16 09:00 | | 10/20/16 09:23 |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0029
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| Thiamine HCl | 100 mg | DAILY | 10/11/16 09:00 | | 10/20/16 09:23 |
|---|---|---|---|---|---|
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/20/16 09:24 |
| Insulin Human Regular | SS LOW DOSE LOW INTENSITY SCALE: BI... | Q6 | 10/12/16 07:45 | | |
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Doxazosin Mesylate | 1 mg | DAILY | 10/13/16 09:00 | | 10/20/16 09:23 |
| Docusate Sodium | 100 mg | BID | 10/14/16 11:30 | | 10/20/16 09:23 |
| Risperidone 2 mg | 2 mg | BID | 10/15/16 12:15 | | 10/20/16 20:27 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/17/16 09:00 | | 10/20/16 09:24 |
| Haloperidol Lactate | 5 mg | Q6 PRN | 10/17/16 11:15 | | 10/21/16 04:22 |
| Guaifenesin | 200 mg | Q4H PRN | 10/17/16 11:30 | | 10/19/16 04:22 |
| Sodium Bicarbonate | 3 meq | Q6 | 10/18/16 11:00 | | 10/20/16 20:58 |
| Albuterol/ Ipratropium | 3 ml | Q6 | 10/18/16 10:28 | | 10/20/16 09:01 |
| Clonazepam 1 mg | 1 mg | BID | 10/19/16 10:45 | | 10/20/16 20:26 |
| Dexmedetomidine HCl 800 mcg/ Sodium Chloride | 208 ml @ 0 mls/hr | Q0M PRN | 10/20/16 10:45 | | |
| Gentamicin Sulfate/Sodium Chloride | 53 ml @ 100 mls/hr | Q8 | 10/20/16 10:49 | | 10/21/16 04:58 |
| Polyethylene Glycol 17 gm | 17 gm | DAILY | 10/20/16 11:00 | | 10/20/16 16:26 |
| Metronidazole/ Sodium Chloride | 100 ml @ 200 mls/hr | Q8 | 10/20/16 21:00 | | 10/21/16 04:57 |
| Acetaminophen | 650 mg | Q4H PRN | 10/20/16 19:30 | | 10/20/16 19:58 |

**(IRIARTE OPORTO,BLANCA E MD)**
**Active Meds Reviewed:** Yes
 **(MANNS,STEPHENIE T MD)**
**Patient Data**

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/21/16 05:17 | | 132 | | 149/59 | | | | |
| 10/21/16 05:00 | | | 40 | | 95 | Nasal Cannula | 2.00 | |
| 10/21/16 04:00 | 38.0 | | | | | | | |

**Weight in Kg**
93.00

**Bedside Blood Glucose Last 24h**

**10/20/16 12:00:** POC Glucose 93
**10/20/16 17:06:** POC Glucose 109
**10/20/16 22:41:** POC Glucose 120

| | 10/20/16 15:00 | 10/20/16 23:00 | 10/21/16 07:00 |
|---|---|---|---|
| Intake Total | 461.5 ml | 2353 ml | 700 ml |
| Output Total | 1250 ml | 800 ml | |
| Balance | -788.5 ml | 1553 ml | 700 ml |

**Sedation Score Actual**
0

**(IRIARTE OPORTO,BLANCA E MD)**

## Physical Exam
**Appearance:** : Alert: Appears Stated Age: Cooperative: No Acute Distress
**Head Exam:** : Moist Mucous Membranes: Normocephalic: Symmetric
**HEENT:** : EOMI: Moist Mucous Membranes: Other (ORAL THRUSH ): PERRL: Sclera Anicteric
**Thorax:** : Decreased Breath Sounds (BILATERALLY ): Other (Thoracocentesis site tender to palpation, dressing is clean. )
**Cardiovascular:** : No JVD: Regular Rate Rhythm: Tachycardia
**Abdomen:** : Bowel Sounds Noted: Non-distended: Non-tender: Soft
**Skin:** : Skin Color Normal: Skin Temperature Normal: Skin Turgor Normal
**Pulses:** Distal Pulses 2+
**Mental Status:** Alert and Oriented x 3
**Follows Commands:** Yes
**(IRIARTE OPORTO,BLANCA E MD)**

## Results
## Results

**Lab Results, CBC Diagram**

**10/21/16 05:00**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0029
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247



**Lab Results, BMP Diagram**

**10/21/16 05:00**

| 135 | 100 | 13 | 105 |
|-----|-----|-----|-----|
| 4.6 | 23 | 1.1 | |

**Diagnostics Reviewed:** Yes
**Imaging**
Chest CT: Consolidation throughout bilateral lower lobes, small cavitary component in left lower lobe, large cavitary component in superior segment of right lower lobe measuring up to 6.4 cm. Possible bronchopleural fistula is not excluded. Small to moderate loculated right effusion with underlying hydropneumothorax from recently performed thoracentesis.
**(IRIARTE OPORTO,BLANCA E MD)**
Resp cx 10/19:
    organism 1             GRAM NEGATIVE ROD
       GROWTH           MODERATE
**Diagnostics Reviewed:** Yes
**Imaging**
IMPRESSION:
1. Extensive consolidation throughout bilateral lower lobes most concerning for aspiration.
2. Small cavitary component in left lower lobe. Large cavitary component in superior segment of the right lower lobe measuring up to 6.4 cm. Underlying bronchopleural fistula is not excluded. Recommend short-term follow-up with chest CT.
3. Small to moderate loculated right effusion with underlying hydropneumothorax from recently performed thoracentesis. The pleural effusion could be parapneumonic or could represent empyema. Correlate with the result of recently performed thoracentesis.
**(MANNS,STEPHENIE T MD)**

## Quality
**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**(IRIARTE OPORTO,BLANCA E MD)**
**Lines Tubes and Catheter:** PICC (LEFT UPPER EXTREMITY (10/11/2016)), Other (DUBHOFF TUBE )
**Line Necessity Addressed:** Yes
**(IRIARTE OPORTO,BLANCA E MD)**
**VTE Prophylaxis Ordered:** Yes
**(IRIARTE OPORTO,BLANCA E MD)**
**Indwelling Foley Catheter:** No
**(IRIARTE OPORTO,BLANCA E MD)**
**Central Venous Catheter:** No
**(IRIARTE OPORTO,BLANCA E MD)**
**Non-Violent Restraints:** Continued

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0029
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

_____

**(IRIARTE OPORTO,BLANCA E MD)**

## Impression and Plan

**Assessment**
**Problem List:**
**(1) Severe sepsis**
**(2) Aspiration pneumonia**
**(3) Pleural effusion**
**(4) Alcohol withdrawal delirium**
**(5) LFTs abnormal**
**(6) Oral thrush**
**(7) Suicidal overdose**
**(8) Drug overdose**
**(9) Hyponatremia**
**(10) HIV (human immunodeficiency virus infection)**
**(11) Nicotine dependence**
**Chronic Problems:  (IRIARTE OPORTO,BLANCA E MD)**

## Management Plan
**Plan**
NEU:

- Will continue Haldol PRN Q6 and Clonazepam.
- We will follow up with Psych evaluation in regards of 302 status.
- Pain control with Acetaminophen.
- We will add Hydromorphone to the pain regimen


CV:

- Overnight patient was tachycardic, possible secondary to sepsis vs. withdrawal symptoms vs. anxiety vs. pulmonary infection?/pain s/p thoracocentesis.
- We will continue monitoring Vital Signs.

PULM:

- Tachypneic, saturating at 96% on 2 L via NC.
- Cavitary lesions showed in CT are impressive of anaerobes pneumonia most likely secondary to aspiration. We will add Metronidazole.
- S/p thoracocentesis
- Continue with neb bronchodilators standing, frequent suction
- F/U with final results of sputum culture
- F/U with pleural fluid results.

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

GI:

- No acute issues.
- Continue with Colace/Miralax for constipation.
- Duffhob Tube in place.
- LFTs trending down, possible secondary to acute liver damage secondary to Sepsis.

GU:

- Serum Cr is normal: 1.1 this AM.

ID:

- WBC trended up.
- Patient has 4/4 SIRS criteria + several lung infection foci with acute liver failure ( Increased INR and AST/ALT/Bilirubin)
- Blood cultures are negative to date we will follow up with final result
- f/u Sputum cultures for Pneumocystis and final urine culture
- Continue with ceftriaxone/gentamicin/metronidazole
- We added Metronidazole for anaerobic coverage.
- Echocardiogram showed NO vegetations or valvulopathy.
- ID recommended to draw an sterile blood culture
- Surgery evaluated the patient and recommended conservative management, we will follow up with surgery interventions.
- We will add: Nystatin suspension if Speech clears him.
- CD4 count is: 245 ( Low)
- We will order a Gentamicin through on the 23rd

HEME/ONC:

- INR is elevated, possible secondary to liver failure.
- Will continue DVT prophylaxis with Enoxaparin.

ENDO:
-No acute issues.
-Continue accuchecks and Regular insulin SS
-Keep sugars <180 and >60

F/E/N:

- Patient sodium is 135. Improved from yesterday.
- We will continue with tube feeds.
- Will continue to monitor and replete electrolytes as needed.

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

_____

**SOCIAL:**
        Full code.
        NOK:    Sheree Bradham (484) 420-5809 Mother
                Ellis Bradham (610) 348-4661 Father
                Tosin Efunnuga 267-918-4065 Sister
**(IRIARTE OPORTO,BLANCA E MD)**

## Additional Information
**Condition:** Critical
**Critical Care Time (mins):** 40 (excluding procedures and teaching)
 **(MANNS,STEPHENIE T MD)**
**Attestation Statement**
I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as
documented with the following comments:
 **(IRIARTE OPORTO,BLANCA E MD)**
**Attestation Statement**
I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as
documented with the following comments:

Concern as he continues to a have severe sepsis with sinus tach/tachpynea overnight.
CT scan c/w extensive pleura disease, multiple cavitary lesions, likely abscess with air fluid level and possible
bronchopulmonary fistula.
Discussed with thoracic surg atg today and will evaluate images. given conservative management with broad abx of
ceftriaxone/gent (day 11) and flagyl (day2) for better anaroebic coverage.
ID following and recommending TEE.
HIV with low CD4 count, not on HAART.
new sputum cx from 10/19 showing continued GNR.
patient awake, alert and off precedex. will give prn dilaudid for likely extensive pleurisy.
SLP evaluation and following.
No foley, PICC in place, lovenox for vte ppx
TF nutrition.

D/w ICU RN and team.

**(MANNS,STEPHENIE T MD)**


IRIARTE OPORTO,BLANCA E MD                          Oct 21, 2016 06:09
MANNS,STEPHENIE T MD                               Oct 21, 2016 10:06

        **<Electronically signed by BLANCA E IRIARTE OPORTO, MD>** 10/21/16 1350
        **<Electronically signed by STEPHENIE T MANNS, MD>** 10/21/16 1019




PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0029
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

IRIABL / BIO / DD 10/21/16 0609 / DT 10/21/16 0609

## Mercy Fitzgerald Hospital
### Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1021-0191
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#:  F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

### *** Signed Status ***

## Subjective
**Encounter Date & Time**
10/21/16 09:21
**Subjective**
pt seen, resting in bed, chart reviewed, case d/w ICU staff at length

## Objective
### Patient Data

#### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|--------|----------|---------------|--------------|------|
| 10/21/16 08:42 |      | 118   | 26   |        |          |               |              |      |
| 10/21/16 07:36 |      |       |      |        |          | Nasal Cannula | 4.00         |      |
| 10/21/16 06:00 |      |       |      | 142/68 | 96       |               |              |      |
| 10/21/16 04:00 | 38.0 |       |      |        |          |               |              |      |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/20/16 22:41:** POC Glucose 120
**Appearance:**  : No Acute Distress
**Thorax:**  : Decreased Breath Sounds
**Cardiovascular:**  : Regular Rate Rhythm
**Abdominal Inspection:**  : Normal
**Abdomen:**  : Bowel Sounds Noted

## Results

**Lab Results, CBC Diagram**

**10/21/16 05:00**



**Lab Results, BMP Diagram**

**10/21/16 05:00**

# Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                              MR#: F001250247

| 135 | 100 | 13 | 105 |
|-----|-----|----|----|
| 4.6 | 23  | 1.1 |   |

PT/PTT/INR

**10/21/16 05:00:**
Prothrombin Time 16.4, Prothromb Time International Ratio 1.4

## Impression and Plan
**Problem List:**
**(1) Aspiration pneumonia**
**Impression and Plan:** CT noted, s/p attempted drainage of loculations, need CT surg eval, flagyl added, continue gentamicin and Rocephin

**(2) Acute respiratory failure with hypoxia and hypercapnia**
**Impression and Plan:** continue to monitor respiratory status

**(3) AKI (acute kidney injury)**
**Impression and Plan:** Resolved

**(4) Toxic encephalopathy**
**Impression and Plan:** continue with close clinical monitoring

**Chronic Problems:**

HAMID,SAMMY, MD                                          Oct 21, 2016 09:25

**<Electronically signed by SAMMY HAMID, MD>** 10/22/16 0608

HAMISA / SH / DD 10/21/16 0925 / DT 10/21/16 0925

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0191
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1021-0213
ROOM/BED: 417-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#:  F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

**\*\*\* Signed Status \*\*\***

## Subjective
**Encounter Date & Time**
10/21/16 10:04
**Service:** General Surgery
**Subjective**
Patient seen and examined. No acute events overnight.
**Appetite:** tube feeds
**Sleep:** Fairly Good

## Objective

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/21/16 09:00 | | 115 | 35 | 151/66 | 98 | Nasal Cannula | | |
| 10/21/16 08:00 | 37.9 | | | | | | 2.00 | |

**Weight in Kg**
93.00

### Bedside Blood Glucose

**10/20/16 22:41:** POC Glucose 120
**Physical Exam**
General: no apparent distress, appears stated age
HNT: moist mucous membranes
Eyes: sclera anicteric
Thorax: clear to auscultation bilaterally, equal expansion
Cardiovascular: no jugular venous distension, no murmurs, pulse regular rate and rhythm
Abdomen: soft, non-tender, non-distended, bowel sounds noted
Extremities: no cyanosis, pulses 2+ bilaterally
Neurologic: alert/awake/oriented, grossly no abnormalities

### Lab Results, CBC Diagram

**10/21/16 05:00**



### Lab Results, BMP Diagram

**10/21/16 05:00**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0213
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247



## <u>Impression and Plan</u>
## Management Plan
### Plan
### Plan

37M with past history of HIV, anxiety, and polysubstance abuse who was admitted after being found unresponsive at home. He has intubated on arrival on 10/17/16 and was extubated on 10/15/16. Since that time his chest x-rays have demonstrated right lower lobe consolidation and an increasing right pleural effusion, leading to failed attempts at IR drainage. Chest CT performed on 10/20/16 demonstrates a small to moderate loculated right effusion. Thoracic surgery is being consulted for evaluation and possible intervention for the patient's right loculated pleural effusion.Failed IR thoracentesis due to loculated pleural effusion

Plan
Continue care per ICU
Continue IV antibiotics
Continue feeds as tolerated
Continue to monitor respiratory status
Will follow

RAO,SANDHYA R MD                                    Oct 21, 2016 10:07

    **&lt;Electronically signed by SANDHYA R RAO, MD&gt;** 10/21/16 1007
    **&lt;Electronically signed by HAJI M SHARIFF, MD&gt;** 10/28/16 1143

RAOSAN / SR / DD 10/21/16 1007 / DT 10/21/16 1007

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0213
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1021-0396
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
**Encounter Date & Time**
10/21/16 16:21
**Service:** Infectious Disease
**Subjective**
Pt alert, oriented to time and person and place, no fever sore throat Tm 98-99, dyspnea persists no abdominal discomfort

## Objective
## Patient Data

**Vital Signs, Last Documented**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/21/16 16:00 | 39.5 | 127 | 38 | 145/82 | 98 | Nasal Cannula | 2.00 | |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/21/16 11:38:** POC Glucose 112

## Physical Exam
Tm 98-00

anicteric ng intact no stridor or meningismus decreased bs bases abd active bs nontender no guarding or pulsation iv access intact sl rintact Neuro no tremor appreciated cn intact ms 5/5 upper and lower plantars down

## Results

**Lab Results, CBC Diagram**

**10/21/16 05:00**



**Lab Results, BMP Diagram**

**10/21/16 05:00**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0396
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO

MR#: F001250247



PT/PTT/INR

**10/21/16 05:00:**
Prothrombin Time 16.4, Prothromb Time International Ratio 1.4
repeat blood c/s sterile
**Imaging**
reviewed

## Impression and Plan
**Plan**

bacteremia:  strep mitis, repeat blood c/ sterile, echocardiogram= n o vegetations or valvular abnormality,
recommend TEE when logistically feasible
pneumonia: aspiration, complicated by right effusion,  and cavitary formation
right pleural effusion: s/p  thoracentesis yield less 2 ml fluid
HIVD: moderately advanced, CD4 240-300
elevated temperature:recurrent, presently resolved,  new c/s sterile
confusion: resolving
leukocytosis: follow response to intervention
abx mgmt:continue combination parental ceftriaxone and gentamicin  If serum creatinine rises above 1.5 mg/dl
please discontinue gentamicin
discussed clinical presentation with  pt and icu nursing staff

recommend TEE when logistically feasible

GILBERT,MARK, MD

Oct 21, 2016 16:25

**<Electronically signed by MARK GILBERT, MD>** 10/21/16 1626

GILBMA / MG / DD 10/21/16 1625 / DT 10/21/16 1625

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1021-0396
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1022-0015
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/22/16 05:18
**(PATEL,SANSKRUTI MD)**

## Subjective
**Hospital LOS days:** 16
**ICU LOS:** 16
**Subjective**
Patient was seen and examined at bedside. Patient was lying in bed and reported uncombed and chest pain in b/l lateral side of chest and sternal area. denied any difficulty in breathing.
Overnight patient tried to stand up and he was talking about god, flashes, chasing something. I talked with patient and he calm down. He remain on and off confuse overnight.
Patient continue having 1:1 observation. His HR remain 130s - 150s and RR 40s overnight. He refuse Dilaudid for pain.
**(PATEL,SANSKRUTI MD)**

### Review of Systems
**Constitutional:** : Fatigue: Fever: General Weakness
**Head and Neck:** Denies: Headache
**Eyes:** Denies: Blindness, Blurred Vision
**Ears, Nose, Mouth, Throat:** : Oral LesionDenies: Bleeding Gums, Earache, Epistaxis, Nasal Discharge
**Neurological:** Denies: Focal Weakness, Numbness, Paresthesia
**Cardiology:** : Chest Pain: Edema: Exertional DyspneaDenies: PVD, Palpitations, Syncope
**Respiratory:** : Breathing Worse: Orthopnea: Pleuritic Pain: SOBDenies: Cough, Hemoplysis, Sputum Production
**Gastrointestinal:** Denies: Abdomen Tender, Abdominal Distention, Abdominal Pain, Constipation, Diarrhea
**Genitourinary:** Denies: Dysuria, Urinary Frequency, Urinary Urgency
**Musculoskelletal:** Denies: Incisional Pain, Joint Pain
**Integumentary:** : DrynessDenies: Pruritus, Rash
**Endocrine:** Denies: Flushing
**Hematologic::** : Anemia
**Psychiatric:** : Anxiety: Delusions **(PATEL,SANSKRUTI MD)**

## Objective
**Active Meds Reviewed:** Yes
**Medications**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1022-0015
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| | | | Medications Active List | | |
|---|---|---|---|---|---|
| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
| Folic Acid | 1 mg | DAILY | 10/11/16 09:00 | | 10/21/16 09:43 |
| Thiamine HCl | 100 mg | DAILY | 10/11/16 09:00 | | 10/21/16 09:44 |
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/21/16 09:43 |
| Insulin Human Regular | SS LOW DOSE LOW INTENSITY SCALE: Bl... | Q6 | 10/12/16 07:45 | | |
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Doxazosin Mesylate | 1 mg | DAILY | 10/13/16 09:00 | | 10/21/16 09:43 |
| Docusate Sodium | 100 mg | BID | 10/14/16 11:30 | | 10/21/16 09:43 |
| Risperidone 2 mg | 2 mg | BID | 10/15/16 12:15 | | 10/21/16 20:01 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/17/16 09:00 | | 10/21/16 09:44 |
| Haloperidol Lactate | 5 mg | Q6 PRN | 10/17/16 11:15 | | 10/21/16 04:22 |
| Guaifenesin | 200 mg | Q4H PRN | 10/17/16 11:30 | | 10/19/16 04:22 |
| Albuterol/ Ipratropium | 3 ml | Q6 | 10/18/16 10:28 | | 10/21/16 13:41 |
| Clonazepam 1 mg | 1 mg | BID | 10/19/16 10:45 | | 10/21/16 21:17 |
| Gentamicin Sulfate/Sodium Chloride | 53 ml @ 100 mls/hr | Q8 | 10/20/16 10:49 | | 10/22/16 04:57 |
| Polyethylene Glycol 17 gm | 17 gm | DAILY | 10/20/16 11:00 | | 10/21/16 09:43 |
| Metronidazole/ Sodium Chloride | 100 ml @ 200 mls/hr | Q8 | 10/20/16 21:00 | | 10/22/16 04:57 |
| Acetaminophen | 650 mg | Q4H PRN | 10/20/16 19:30 | | 10/21/16 20:01 |
| Nystatin | 500 mu | QID | 10/21/16 13:00 | | 10/21/16 21:18 |
| Hydromorphone HCl | 1 mg | Q3H PRN | 10/21/16 10:15 | | 10/22/16 00:31 |
| Hydromorphone HCl | 2 mg | Q3 PRN | 10/21/16 10:15 | | 10/21/16 22:55 |

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

___

**(PATEL,SANSKRUTI MD)**

## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|--------|----------|---------------|--------------|------|
| 10/22/16 05:00 |      | 152   | 45   | 155/80 | 95       | Nasal Cannula | 2.00         |      |
| 10/22/16 03:00 | 38.5 |       |      |        |          |               |              |      |

### Weight in Kg
93.00

**Bedside Blood Glucose Last 24h**

**10/21/16 11:38:** POC Glucose 112
**10/21/16 16:27:** POC Glucose 159

|                        | 10/22/16 06:59 |
|------------------------|----------------|
| Intake Total           | 2223 ml        |
| Output Total           | 2700 ml        |
| Balance                | -477 ml        |
|                        |                |
| Intake Oral            | 360 ml         |
| IV Total               | 153 ml         |
| Tube Feeding           | 1260 ml        |
| Tube Irrigant          | 450 ml         |
| Output Urine Total     | 2700 ml        |
| # Bowel Movements      | 1              |

**Sedation Score Actual**
1

**(PATEL,SANSKRUTI MD)**

## Physical Exam
**Appearance:** : Alert: Appears Stated Age: Cooperative: Mild Distress
**Head Exam:** : Normocephalic
**HEENT:** : EOMI: Sclera Anicteric
**Thorax:** : Accessory Muscle Use (tachypnea): Other (shallow and rapid breathing): Stridor: Wheezing
**Cardiovascular:** : No JVD: Tachycardia
**Abdomen:** : Non-distended: Non-tender: Soft
**Skin:** : Skin Color Normal: Skin Temperature Normal: Skin Turgor Normal
**Upper Extremity Appearance:** : Normal
**Lower Extremity Appearance:** : Normal
**Pulses:** Distal Pulses 2+

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1022-0015
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                              MR#: F001250247

**Mental Status:** Abnormal
**CN II - XII:** No: Fourth Nerve Palsy, Sixth Nerve Palsy, Third Nerve Palsy **(PATEL,SANSKRUTI MD)**

## Results
**Results**

**Lab Results, CBC Diagram**

**10/22/16 05:13**



**Lab Results, BMP Diagram**

**10/22/16 05:13**



Arterial Blood Gas

**10/7/16 17:00:**
Venous Blood pH 7.43, Venous Blood pH (Temp Corrected) 7.43, Venous Blood Partial Pressure CO2 47.1, Venous Blood pCO2 (Temp Corrected) 47.1, Venous Blood Partial Pressure O2 91.1, Venous Blood pO2 (Temp Corrected) 91.1, Venous Blood HCO3 31.3, Venous Bld O2 Saturation (Measured) 97.2, Venous Blood Base Excess 6.2, Bedside Sodium (Blood Gas) 139, Bedside Potassium (Blood Gas) 6.0, Bedside Chloride (Blood Gas) 104, Ionized Calcium (Blood Gas) 1.12
**10/8/16 06:15:** Allen Test Pos
**10/14/16 04:57:**
Arterial Blood pH 7.44, Arterial Blood pH (Temp corrected) 7.44, Arterial Blood Partial Pressure CO2 43.5, Arterial Blood pCO2 (Temp correct) 43.5, Arterial Blood Partial Pressure O2 94, Arterial Blood pO2 (Temp corrected) 93.5, Arterial Blood HCO3 29.5, Arterial Bld O2 Saturation (Measur) 97.7, Arterial Blood Base Excess 4.8, Arterial Blood Hematocrit 37.5, Arterial Blood Sodium 140, Arterial Blood Potassium 3.8, Chloride (Blood Gas) 104, Ionized Calcium (Measured) (Bld Gas 1.18, Lactate (Blood Gas) 1.0, Blood Gas Temperature 98.6, Oxygen Delivery Device Aerm, Blood Gas Ventilator Setting 24, FiO2 40.0, Blood Gas Tidal Volume 450, Blood Gas PEEP 5.0
**Diagnostics Reviewed:** Yes

**Imaging**
Chest X ray- Right lung consolidation, with right pleural effusion, Unable to see right costophrenic angle.
**(PATEL,SANSKRUTI MD)**

## Quality
**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**(PATEL,SANSKRUTI MD)**
**Lines Tubes and Catheter:** PICC (left UE, 10/11/16), Other (Dubhoff (10/19/16))
**Line Necessity Addressed:** Yes
**(PATEL,SANSKRUTI MD)**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1022-0015
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

_____

**VTE Prophylaxis Ordered:** Yes
**(PATEL,SANSKRUTI MD)**
**Indwelling Foley Catheter:** No
**(PATEL,SANSKRUTI MD)**
**Central Venous Catheter:** No
**(PATEL,SANSKRUTI MD)**
**1:1 Sitter:** Continued
**Non-Violent Restraints:** Continued
**(PATEL,SANSKRUTI MD)**

## Impression and Plan
**Problem List:**
**(1) Severe sepsis**
**(2) Aspiration pneumonia**
**(3) Oral thrush**
**(4) Pleural effusion**
**Chronic Problems:**
**(1) Nicotine dependence**
**(2) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**(3) HIV (human immunodeficiency virus infection)**
**(4) On mechanically assisted ventilation**
**(5) Alcohol withdrawal**
**(6) Polysubstance abuse**
**(7) Antisocial personality disorder in adult (PATEL,SANSKRUTI MD)**
**Problem List:**
**(1) Aspiration pneumonia**
**(2) Empyema**
**(3) Suicidal overdose**
**(4) Polysubstance abuse**
**(5) Delirium, acute**
**(6) HIV (human immunodeficiency virus infection)**
**(7) Antisocial personality disorder in adult**
**(8) Anxiety**
**Chronic Problems:  (VALENTINO,DOMINIC J, DO)**
**Plan**
Plan

<u>NEU:</u>

Will continue Haldol to address confusion and suspected delirium.  will also continue Clonazepam and risperidone. We will follow up with Psych evaluation in regards of 302 status. Pain control with Acetaminophen and hydromorphone.

<u>CV:</u>

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

persistent sinus tachycardia, mostly secondary to pain, or sepsis, or anxiety or withdrawal, or may be combination of it. We will continue monitoring Vital Signs and telemetry.

### PULM:

Persistent tachycardia, no difficulty in breathing. Pulse O2 around 99- 98 on 2 L nasal cannula. CT chest are impressive of a small to moderate loculated right effusion with suspected bronchopleural fistula and aspiration pneumonia. s/p thoracocentesis extracted 2 ml fluid. Thoracic surgery is being consulted for evaluation and possible intervention for the patient's right loculated pleural effusion. Surgery schedule on Monday.
will continue AMA- Gentamicin, ceftriaxone and metro for anaerobes.
will continue with neb bronchodilators standing, frequent suction
F/U with final results of sputum culture (few GNR)and Pleural fluid result.

### GI:

No acute issues. Will continue Nystatin swiss and swallow for oral candidiasis. Will continue with Colace/Miralax for constipation. Duffhob Tube in place, continue feeding from DubHoff tube.
LFTs trending down, elevated LFT secondary to sepsis.

### GU:

Serum Cr is 1.2. Will d/c gentamicin if Creatinine rises above 1.5 mg/dl.

### ID:

SIRS criteria, 4/4 ( HR- 150, RR- 40, Temp >38, WBC 20,000) with source of infection lung. Blood culture negative till today. Recent respiratory culture positive for GNR, pending final result. Final urine culture is negative.
Will Continue with ceftriaxone(12), gentamicin(3),metronidazole(3)
Echocardiogram showed NO vegetations or valvulopathy, recommended TEE.
Hx of HIV infection- CD4 count is: 245 ( Low)

### HEME/ONC:

INR is elevated, possible secondary to liver failure secondary to sepsis.

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

_____

Will continue DVT prophylaxis with Enoxaparin.

### ENDO:

Continue accu checks and Regular insulin SS
Keep sugars 140 - 180

### F/E/N:

Will continue to monitor and replete electrolytes as needed.
Continue Tube feed. SLP eval- recommended start diet if no contraindication.

### SOCIAL:

Full code.
NOK:  Sheree Bradham (484) 420-5809 Mother
      Ellis Bradham (610) 348-4661 Father
      Tosin Efunnuga 267-918-4065 Sister

**(PATEL,SANSKRUTI MD)**
**Condition:** Fair
**(PATEL,SANSKRUTI MD)**
**Condition:** Critical
**Critical Care Time (mins):** 35 (excludes teaching and procedures)
**(VALENTINO,DOMINIC J, DO)**
**Attestation Statement**
I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as
documented with the following comments:
**(PATEL,SANSKRUTI MD)**
**Attestation Statement**
I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as
documented with the following comments:

Patient remains more coherent this AM and overnight.
Will check EKG to look at QT segment because of use of antipsychotics.
PO diet tolerated.
Pain control better with dilaudid dosing.
For decortication in OR on Monday.
Has sputum culture results with enterobacter and Strep species. We will change abx to cefepime based on this and
continue flagyl.
Needs intraoperative cultures.
Plans reviewed with iCU nurse and residents.

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1022-0015
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                            MR#: F001250247

_____

**(VALENTINO,DOMINIC J, DO)**

PATEL,SANSKRUTI MD                                     Oct 22, 2016 05:24
VALENTINO,DOMINIC J, DO                                Oct 22, 2016 12:17

   **<Electronically signed by SANSKRUTI PATEL, MD>** 10/23/16 2129
   **<Electronically signed by DOMINIC J VALENTINO, DO>** 10/22/16 1225

PATESA01 / SP / DD 10/22/16 0524 / DT 10/22/16 0524

## Mercy Fitzgerald Hospital
### General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1022-0116
ROOM/BED: 417-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

**\*\*\* Signed Status \*\*\***

## Subjective
**Encounter Date & Time**
10/22/16 10:28
**Service:** Cardiothoracic Surgery
**Subjective**
Patient was seen and examined. No acute events overnight. Patient tachycardic, but normotensive, not requiring pressors. Patient tachypneic but saturating high 90s on 2 L nasal cannula. Patient reports pain controlled. Receiving tube feeds through Dobbhoff. Producing urine.

## Objective
### Patient Data

**Vital Signs, Last Documented**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/22/16 10:00 | 37.3 | 120 | 32 | 134/73 | 97 | Nasal Cannula | 2.00 | |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/21/16 16:27:** POC Glucose 159
**Appearance:** : Alert: Appears Stated Age: Mild Distress
**Head Exam:** : Atraumatic: Normocephalic: Symmetric
**Eyes:** : EOMI: Sclera Anicteric
**Ears Nose Throat:** No: Muffled Hoarse Voice
**Thorax:** : Decreased Breath Sounds
**Cardiovascular:** : Tachycardia
**Abdomen:** : Non-tender: SoftNo. Distended
**Extremity Appearance:** LUE: Normal, RUE: Normal, LLE: Normal, RLE: Normal
**Skin:** : Skin Color Normal: Skin Temperature Normal
**Neurologic:** : Oriented x 3
**Affect:** : Normal

## Results

**10/22/16 05:13**

**Lab Results, CBC Diagram**



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1022-0116
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO

MR#: F001250247

10/22/16 05:13

**Lab Results, BMP Diagram**



## Quality
**Code Status:** Full Code
**Lines Tubes and Catheter:** Other (Dobbhoff)
**Line Necessity Addressed:** Yes
**VTE Prophylaxis Ordered:** Yes
**Indwelling Foley Catheter:** No
**Central Venous Catheter:** No

## Impression and Plan
**Assessment**
**Problem List:**
**(1) Loculated pleural effusion**
**Chronic Problems:**

## Management Plan
### Plan
37M with past history of HIV, anxiety, and polysubstance abuse who was admitted after being found unresponsive at home. He has intubated on arrival on 10/17/16 and was extubated on 10/15/16. Since that time his chest x-rays have demonstrated right lower lobe consolidation and an increasing right pleural effusion, leading to failed attempts at IR drainage. Chest CT performed on 10/20/16 demonstrates a small to moderate loculated right effusion. Thoracic surgery is being consulted for evaluation and possible intervention for the patient's right loculated pleural effusion.Failed IR thoracentesis due to loculated pleural effusion

Continue care per ICU
Continue IV antibiotics
Continue feeds as tolerated
Continue to monitor respiratory status
Tentative OR 10/24/2016 for VATS and decortication
DVT prophylaxis

MARCOE,JEFFREY P MD

Oct 22, 2016 10:32

**<Electronically signed by JEFFREY P MARCOE, MD>** 10/22/16 1032
**<Electronically signed by HAJI M SHARIFF, MD>** 10/28/16 1143

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1022-0116
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

MARCJE / JM / DD 10/22/16 1032 / DT 10/22/16 1032

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1023-0038
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

### Subjective
**Encounter Date & Time**
10/23/16 07:46
**(MANN,RUPINDER K MD)**

### Subjective
**Hospital LOS days:** 17
**ICU LOS:** 17
**Subjective**
Patient seen and examined. Patient spiked fever- 101.3 F overnight. He was also persistently tachycardiac and tachypneic. As per nurse, he was confused also overnight. Received 1L of NSS and pain meds. This morning, He is AAOX3. C/o of pain in chest- more on Left than right, more when he take breaths. **(MANN,RUPINDER K MD)**

### Review of Systems
**Head and Neck:** Denies: Headache
**Eyes:** Denies: Blurred Vision
**Ears, Nose, Mouth, Throat:** Denies: Nasal Congestion, Nasal Discharge
**Neurological:** Denies: Focal Weakness, Numbness, Paresthesia
**Cardiology:** : Chest Pain (B/l chest pain- more on breathing)
**Respiratory:** : Pleuritic Pain
**Gastrointestinal:** Denies: Abdominal Pain, Nausea, Vomiting
**Musculoskeletal:** : Back Pain **(MANN,RUPINDER K MD)**

### Objective
**Medications**

**Medications Active List**

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Folic Acid | 1 mg | DAILY | 10/11/16 09:00 | | 10/22/16 08:13 |
| Thiamine HCl | 100 mg | DAILY | 10/11/16 09:00 | | 10/22/16 08:10 |
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/22/16 08:14 |
| Insulin Human Regular | SS LOW DOSE LOW INTENSITY SCALE: Bl... | Q6 | 10/12/16 07:45 | | 10/22/16 18:50 |

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
|---|---|---|---|---|---|
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Docusate Sodium | 100 mg | BID | 10/14/16 11:30 | | 10/22/16 08:11 |
| Risperidone | 2 mg | BID | 10/15/16 12:15 | | 10/22/16 20:15 |
| Haloperidol Lactate | 5 mg | Q6 PRN | 10/17/16 11:15 | | 10/21/16 04:22 |
| Clonazepam 1 mg | 1 mg | BID | 10/19/16 10:45 | | 10/22/16 20:17 |
| Gentamicin Sulfate/Sodium Chloride | 53 ml @ 100 mls/hr | Q8 | 10/20/16 10:49 | | 10/23/16 05:28 |
| Polyethylene Glycol 17 gm | 17 gm | DAILY | 10/20/16 11:00 | | 10/22/16 08:12 |
| Metronidazole/ Sodium Chloride | 100 ml @ 200 mls/hr | Q8 | 10/20/16 21:00 | | 10/23/16 05:13 |
| Acetaminophen | 650 mg | Q4H PRN | 10/20/16 19:30 | | 10/23/16 02:35 |
| Nystatin | 500 mu | QID | 10/21/16 13:00 | | 10/22/16 18:49 |
| Hydromorphone HCl | 1 mg | Q3H PRN | 10/21/16 10:15 | | 10/22/16 08:06 |
| Hydromorphone HCl 2 mg | 2 mg | Q3 PRN | 10/21/16 10:15 | | 10/23/16 06:12 |
| Cefepime HCl | 50 ml @ 100 mls/hr | Q6 | 10/22/16 17:00 | | 10/23/16 05:00 |

**(MANN,RUPINDER K MD)**

## Patient Data

### Vital Signs 24 Hours

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/23/16 07:00 | | 114 | 34 | 109/68 | 100 | Room Air | | |
| 10/23/16 06:00 | | 119 | 36 | 133/76 | 100 | Room Air | | |
| 10/23/16 05:00 | | 120 | 37 | 121/75 | 100 | Room Air | | |
| 10/23/16 04:00 | | | | | | Room Air | | |
| 10/23/16 04:00 | 37.7 | 127 | 35 | 113/56 | 100 | Room Air | | |
| 10/23/16 03:00 | | 140 | 46 | 130/73 | 100 | Room Air | | |
| 10/23/16 02:37 | 38.5 | 137 | 42 | | 100 | Room Air | | |
| 10/23/16 02:00 | | 124 | 41 | 132/69 | 100 | Room Air | | |
| 10/23/16 01:00 | | 117 | 29 | 115/67 | 100 | Room Air | | |
| 10/23/16 00:30 | | 117 | 30 | | 100 | Room Air | | |
| 10/23/16 00:06 | | | | | | Nasal Cannula | 2.00 | |

## Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/23/16 00:00 | | 125 | 40 | 121/69 | 100 | Nasal Cannula | 2.00 | |
| 10/22/16 23:00 | 37.2 | 106 | 29 | 101/67 | 100 | Nasal Cannula | 2.00 | |
| 10/22/16 22:00 | | 110 | 32 | 111/60 | 100 | Nasal Cannula | 2.00 | |
| 10/22/16 21:00 | | 118 | 33 | 109/60 | 100 | Nasal Cannula | 2.00 | |
| 10/22/16 20:00 | 38.1 | 128 | 38 | 126/70 | 99 | Nasal Cannula | 2.00 | |
| 10/22/16 20:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/22/16 19:00 | | 132 | 41 | 132/66 | 100 | Nasal Cannula | 2.00 | |
| 10/22/16 18:00 | 38.6 | 127 | 38 | 114/80 | 98 | Nasal Cannula | 2.00 | |
| 10/22/16 17:00 | | 125 | 38 | 133/76 | 97 | Nasal Cannula | 2.00 | |
| 10/22/16 16:00 | | 124 | 39 | 139/86 | 100 | Nasal Cannula | 2.00 | |
| 10/22/16 16:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/22/16 15:00 | | 122 | 41 | 125/62 | 98 | Nasal Cannula | 2.00 | |
| 10/22/16 14:00 | | 121 | 39 | 131/74 | 98 | Nasal Cannula | 2.00 | |
| 10/22/16 13:00 | | 125 | 42 | 142/74 | 99 | Nasal Cannula | 2.00 | |
| 10/22/16 12:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/22/16 12:00 | 38.0 | 124 | 39 | 139/80 | 96 | Nasal Cannula | 2.00 | |
| 10/22/16 11:00 | | 125 | 37 | 127/59 | 97 | Nasal Cannula | 2.00 | |
| 10/22/16 10:00 | 37.3 | 120 | 32 | 134/73 | 97 | Nasal Cannula | 2.00 | |
| 10/22/16 09:00 | | 126 | 38 | 128/70 | 97 | Nasal Cannula | 2.00 | |
| 10/22/16 08:02 | | | | | | Nasal Cannula | 4.00 | |
| 10/22/16 08:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/22/16 08:00 | 38.6 | 131 | 34 | 114/63 | 96 | Nasal Cannula | 2.00 | |

**Weight in Kg**
93.00

**Bedside Blood Glucose Last 24h**

**10/22/16 10:57:** POC Glucose 125
**10/22/16 17:54:** POC Glucose 244
**10/22/16 22:09:** POC Glucose 111
**10/23/16 04:57:** POC Glucose 119

| | 10/23/16 07:00 |
|---|---|
| Intake Total | 4576 ml |
| Output Total | 1950 ml |
| Balance | 2626 ml |
| | |
| Intake Oral | 540 ml |
| IV Total | 2756 ml |
| Tube Feeding | 780 ml |
| Tube Irrigant | 500 ml |
| Output Urine Total | 1950 ml |
| # Voids | 1 |

**I&O Comment**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0038
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

|              | 10/22/16 15:00 | 10/22/16 23:00 | 10/23/16 07:00 |
|--------------|--------|--------|---------|
| Intake Total | 1860 ml | 833 ml | 1883 ml |
| Output Total | 1000 ml | 300 ml | 650 ml |
| Balance      | 860 ml | 533 ml | 1233 ml |

**Sedation Score Actual**
0
**CAM - ICU**
Negative
**(MANN,RUPINDER K MD)**

## Physical Exam
**Appearance:** : Alert: No Acute Distress
**Head Exam:** : Moist Mucous Membranes
**HEENT:** : EOMI: Sclera Anicteric
**Thorax:** : Decreased Breath Sounds: Other (Tachypenic)No: Wheezing
**Cardiovascular:** : TachycardiaNo: Murmur
**Abdomen:** : Bowel Sounds Noted: Non-distended: Non-tender
**Skin:** : Skin Color Normal
**Upper Extremity Appearance:** : Normal
**Lower Extremity Appearance:** : Normal
**Pulses:** Distal Pulses :2+
**Mental Status:** Alert and Oriented x 3
**Follows Commands:** Yes
**(MANN,RUPINDER K MD)**

## Results
## Results

**10/23/16 05:00**

**Lab Results, CBC Diagram**



**10/23/16 05:00**

**Lab Results, BMP Diagram**



Arterial Blood Gas

**10/7/16 17:00:**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0038
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

Venous Blood pH 7.43, Venous Blood pH (Temp Corrected) 7.43, Venous Blood Partial Pressure CO2 47.1, Venous Blood pCO2 (Temp Corrected) 47.1, Venous Blood Partial Pressure O2 91.1, Venous Blood pO2 (Temp Corrected) 91.1, Venous Blood HCO3 31.3, Venous Bld O2 Saturation (Measured) 97.2, Venous Blood Base Excess 6.2, Bedside Sodium (Blood Gas) 139, Bedside Potassium (Blood Gas) 6.0, Bedside Chloride (Blood Gas) 104, Ionized Calcium (Blood Gas) 1.12

**10/8/16 06:15:** Allen Test Pos

**10/14/16 04:57:**

Arterial Blood pH 7.44, Arterial Blood pH (Temp corrected) 7.44, Arterial Blood Partial Pressure CO2 43.5, Arterial Blood pCO2 (Temp correct) 43.5, Arterial Blood Partial Pressure O2 94, Arterial Blood pO2 (Temp corrected) 93.5, Arterial Blood HCO3 29.5, Arterial Bld O2 Saturation (Measur) 97.7, Arterial Blood Base Excess 4.8, Arterial Blood Hematocrit 37.5, Arterial Blood Sodium 140, Arterial Blood Potassium 3.8, Chloride (Blood Gas) 104, Ionized Calcium (Measured) (Bld Gas 1.18, Lactate (Blood Gas) 1.0, Blood Gas Temperature 98.6, Oxygen Delivery Device Aerm, Blood Gas Ventilator Setting 24, FiO2 40.0, Blood Gas Tidal Volume 450, Blood Gas PEEP 5.0

**(MANN,RUPINDER K MD)**
**Diagnostics Reviewed:** Yes
**(VALENTINO,DOMINIC J, DO)**

## Quality
**Code Status:** Full Code
**(MANN,RUPINDER K MD)**
**Lines Tubes and Catheter:** PICC (LUE- 10/11/16), Other (Doubhoff- 10/19/16)
**(MANN,RUPINDER K MD)**
**VTE Prophylaxis Ordered:** Yes (Lovenox 40 mg s/c Daily)
**(MANN,RUPINDER K MD)**
**Indwelling Foley Catheter:** No
**(MANN,RUPINDER K MD)**
**1:1 Sitter:** Continued
**(MANN,RUPINDER K MD)**

## Impression and Plan
### Assessment
**Problem List:**
**(1) Aspiration pneumonia**
**(2) Empyema**
**(3) Suicidal overdose**
**(4) Polysubstance abuse**
**(5) Delirium, acute**
**(6) HIV (human immunodeficiency virus infection)**
**(7) Antisocial personality disorder in adult**
**(8) Anxiety**
**Chronic Problems: (MANN,RUPINDER K MD)**
**Problem List:**
**(1) Aspiration pneumonia**
**(2) Empyema**
**(3) Delirium, acute**
**(4) Suicidal overdose**

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                              MR#: F001250247

_____

**(5) Polysubstance abuse**
**(6) HIV (human immunodeficiency virus infection)**
**(7) Antisocial personality disorder in adult**
**(8) Anxiety**
**Chronic Problems: (VALENTINO,DOMINIC J, DO)**
## Management Plan
**Plan**

Neuro- Acute Delirium due to pain and sepsis. Continue risperidone, Haldol prn . Pain control with Dilaudid prn with pain scale
        F/u psych eval  patient came with intentional overdose- suicide attempt. 302ed

CVS: Persistently sinus tachycardia- most likely due to pain, sepsis. Will continue adequate pain control
        B.P. fairly controlled

Pulm- Aspiration pneumonia  and Right sided Empyema on CT scan. Thoracenteses yield only 2 ml fluid due to loculation
        Going to OR on Monday for decortication
        Continue medical management with gentamicin, cefepime and metronidazole
        F/u pleural fluid result- Pleural fluid Ph

GI:   Continue Nystatin swish and swallow for oral candidiasis.
       Continue dysphagia 2 diet and nocturnal tube feed
       Elevated LFT due to liver injury secondary to sepsis. Trending down


GU: No active issue. Will continue to monitor serum creatinine especially as patient is on gentamycin.


ID: Aspiration pneumonia and Empyema of Right lung.
     Resp culture (10/19/16)-Enterobacter aerogenes and Streptococcus group C
     Repeat resp culture(1021/16)- Normal flora and rare org till now
     Continue Cefepime, Metronidazole and gentamicin
     Echocardiogram showed NO vegetations or valvulopathy, recommended TEE.
     Hx of HIV infection- CD4 count is: 245 ( Low). Will start HAART therapy once acute illness resolves

Hem/Onc: INR is elevated- most likely due to liver injury 2/2 to sepsis.
             DVT prophylaxis with Enoxaparin 40 mg s/c Daily.

Endo: No active issues

F/E/N: Monitor electrolyte and replete as needed
         Continue dysphagia 2 diet with nocturnal tube feed.

Social: Full code.
        NOK:   Sheree Bradham (484) 420-5809 Mother
               Ellis Bradham (610) 348-4661 Father
               Tosin Efunnuga 267-918-4065 Sister

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

**(MANN,RUPINDER K MD)**

## Additional Information
**Condition:** Critical
**Critical Care Time (mins):** 35 (excludes teaching and procedures)
**(VALENTINO,DOMINIC J, DO)**
**Attestation Statement**
I have seen and evaluated the patient, reviewed and discussed the plan of care with house staff, and agree as documented with the following comments:

Patient remains alert and more coherent this AM. Still on 1:1 as 302 status ongoing.
Needs VATs tomorrow. I advised surgery to speak with his mother since he is 302 status. He is willing to have, but she should be informed as NOK.
I spoke with Dr. Asnani from ID in the iCU and she wants to keep the gentamycin on for possible endocarditis. We are asking for a cardiology consult to get a TEE, preferably when he is intubated for his VATS procedure.
We will maintain PO diet until midnight.
Continue on pain regimen with dilaudid, but lower doses. He is not needing regularly but will certainly need more post op tomorrow.
Increase bowel regimen as no BMs in 24hr.

Plans reviewed on rounds with ICU nurse and residents.
**(VALENTINO,DOMINIC J, DO)**

MANN,RUPINDER K MD                              Oct 23, 2016 07:52
VALENTINO,DOMINIC J, DO                         Oct 23, 2016 11:14

    **<Electronically signed by RUPINDER K MANN, MD>** 10/26/16 0556
    **<Electronically signed by DOMINIC J VALENTINO, DO>** 10/23/16 1121

MANNRU / RM / DD 10/23/16 0752 / DT 10/23/16 0752

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0038
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO          MR#: F001250247
ACCT: FA1307223089               ADMIT DATE: 10/07/16
REPORT #: 1023-0041              DOB: 03/06/1979
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)


### *** Signed Status ***


## Subjective
**Encounter Date & Time**
10/23/16 07:57
**Subjective**
Patient seen, resting, chart reviewed, febrile overnight

## Objective
## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/23/16 07:00 | | 114 | 34 | 109/68 | 100 | Room Air | | |
| 10/23/16 04:00 | 37.7 | | | | | | | |
| 10/23/16 00:06 | | | | | | | 2.00 | |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/23/16 04:57:** POC Glucose 119
**Thorax:** : Decreased Breath Sounds
**Cardiovascular:** : Tachycardia
**Abdominal Inspection:** : Normal
**Abdomen:** : Bowel Sounds Noted

## Results

**10/23/16 05:00**

**Lab Results, CBC Diagram**



**10/23/16 05:00**

**Lab Results, BMP Diagram**



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0041
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

_____

## Impression and Plan
**Problem List:**
**(1) Empyema**
**Impression and Plan:** Continue with cefepime and gentamicin, appreciate infectious disease and surgery input, planning for operative treatment tomorrow

**(2) Acute respiratory failure with hypoxia and hypercapnia**
**Impression and Plan:** continue to provide oxygen and monitor pulse oximetry closely

**(3) AKI (acute kidney injury)**
**Impression and Plan:** Resolved, close monitoring of serum creatinine while on gentamicin

**(4) Toxic encephalopathy**
**Chronic Problems:**

HAMID,SAMMY, MD                                      Oct 23, 2016 07:59

**<Electronically signed by SAMMY HAMID, MD>** 10/24/16 0555

HAMISA / SH / DD 10/23/16 0759 / DT 10/23/16 0759

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0041
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1023-0084
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

### Subjective
**Encounter Date & Time**
10/23/16 11:08
**Service:** Infectious Disease
**Covering for:** GILBERT,MARK, MD
**Subjective**
Case discussed with ICU team, patient for VATS tomorrow
Rocephin was changed to cefepime based upon the sputum culture with Enterobacter and strep
On gentamicin
Renal function stable
Ongoing fevers
Blood Cultures done 3 days ago negative so far

### Objective
**Active Meds Reviewed:** Yes
**Patient Data**

**Vital Signs, Last Documented**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/23/16 10:00 | | 121 | 30 | 116/63 | 98 | Nasal Cannula | 2.00 | |
| 10/23/16 08:00 | 38.0 | | | | | | | |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/23/16 04:57:** POC Glucose 119
**Appearance:** : No Acute Distress
**Head Exam:** : Symmetric
**Eyes:** : Sclera Anicteric
**Thorax:** : Crackles
**Abdomen:** : Distended: Soft

### Results

**10/23/16 05:00**

**Lab Results, CBC Diagram**

24.3   11.2   526
       32.7

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0084
REPORT STATUS: Signed

Page 2 of 2

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

**Lab Results, BMP Diagram**

**10/23/16 05:00**



| 135 | 99 | 14 | 118 |
|-----|-----|-----|-----|
| 4.5 | 26 | 1.0 | |

**Diagnostics Reviewed:** Yes

## Impression and Plan
**Plan**
Impression and plan

1. HIV
   ○ Antiretrovirals once clinical condition allows

2. Pneumonia, cefepime and Flagyl

3. Strep bacteremia, MIC to penicillin on the higher side so on the beta lactams as well as synergistic gentamicin, gentamicin levels ordered
TEE
Discussed with ICU team

4. Leukocytosis, suspect multifactorial, pneumonia, loculated effusion for VATS tomorrow

ASNANI,BHARTI, MD                                    Oct 23, 2016 11:14

**<Electronically signed by BHARTI ASNANI, MD>** 10/23/16 1114

ASNABH / BA / DD 10/23/16 1114 / DT 10/23/16 1114

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0084
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1023-0260
ROOM/BED: 417-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/23/16 17:05
**Service:** Cardiothoracic Surgery
**Subjective**
No acute issues. Continues to be febrile, tachycardic, and tachypneic.

## Objective

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/23/16 16:00 | | | | | | Nasal Cannula | 2.00 | |
| 10/23/16 16:00 | | 115 | 37 | 120/67 | 99 | | | |
| 10/23/16 15:00 | 38.1 | | | | | | | |

### Weight in Kg
93.00

### Bedside Blood Glucose

**10/23/16 16:55:** POC Glucose 111
**Physical Exam**
General: no apparent distress, appears stated age
HNT: moist mucous membranes
Eyes: sclera anicteric
Thorax: appears to be short of breath as he is tachypneic and whispering. RR in 30s and O2 saturation at this time is 95% on 2 L nasal cannula. Lungs with good air movement and equal expansion bilaterally, but diminished breath sounds at bilateral bases.
Cardiovascular: no jugular venous distension, no murmurs, tachycardic
Abdomen: soft, non-tender, non-distended, bowel sounds noted
Neurologic: alert/awake/oriented, grossly no abnormalities

### Lab Results, CBC Diagram

**10/23/16 05:00**



### Lab Results, BMP Diagram

**10/23/16 05:00**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0260
REPORT STATUS: Signed

Page 2 of 2

# Mercy Fitzgerald Hospital
## General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247



## Impression and Plan
### Assessment
**Problem List:**
**(1) Loculated pleural effusion**
**(2) HIV (human immunodeficiency virus infection)**
**(3) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**(4) Drug overdose**
**(5) Anxiety**
**(6) Polysubstance abuse**
**Chronic Problems:**

## Management Plan
### Plan
37M with past history of HIV, anxiety, and polysubstance abuse who was admitted after being found unresponsive at home. He has intubated on arrival on 10/17/16 and was extubated on 10/15/16. Since that time his chest x-rays have demonstrated right lower lobe consolidation and an increasing right pleural effusion, leading to failed attempts at IR drainage. Chest CT performed on 10/20/16 demonstrates a small to moderate loculated right effusion. Thoracic surgery is being consulted for evaluation and possible intervention for the patient's right loculated pleural effusion.

-Continue close monitoring
-Continue IV abx
-Continue care per ICU team
-To OR tomorrow for R VATS and decortication
-Lovenox for DVT ppx

SALIM,ANDREW N MD                                    Oct 23, 2016 5:09 pm

**<Electronically signed by ANDREW N SALIM, MD>** 10/23/16 1709
**<Electronically signed by HAJI M SHARIFF, MD>** 10/28/16 1143

SALIAN / ANS / DD 10/23/16 1709 / DT 10/23/16 1709

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1023-0260
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1024-0023
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

### *** Addendum *** *** Addendum *** *** Addendum ***

10/24/16
Addendum: VALENTINO,DOMINIC J, DO on 10/24/16 @ 15:54

Resident had signed note before assigning to me for editing and so my comments are included as this addendum. I have seen and evaluated the patient today and personally examined him. I also have reviewed the resident's note in detail and I agree with what she is written below except as noted:

The patient is going to the OR today for a right-sided VATS. Postoperative I would expect him to come back intubated and we will work on extubating him quickly. I spoke with cardiology personally and arranged for him to have a TEE before his surgical procedure when he is in the PACU and intubated. Surgery was also aware of this. The cardiologist also personally spoke to the surgery team about this.

Once extubated again, will reassess need for pain control. Also if the results of the TEE are negative, we will try to get his antibiotics reconfigured to stop sooner as long as no evidence of positive blood cultures are coming up. In speaking with infectious disease yesterday, his CD4 count is above 200. He should not be at risk of many opportunistic infections given this.
We will also follow up with cultures obtained from the VATS today as we may need to tweak antibiotics based on this.

Patient was eating prior to being nothing by mouth for the OR and we'll try to get him back on oral diet after extubation.

He is still 302 status and is still on one-to-one observation. Once he is medically cleared, we will have to get security and/or case management to contact the police authorities as the patient apparently has a warrant outstanding that they wish to serve him on.

Plans discussed in detail with ICU nurse and residents on rounds.

Critical care time, excluding teaching and procedures, equals 35 minutes.

DO>

<Electronically signed by DOMINIC J VALENTINO III

VALEDO / DJV / DD 10/24/16, 1557 / DT 10/24/16, 1557

*** Original Report ***

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1024-0023
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

## Subjective
**Encounter Date & Time**
10/24/16 06:12
**Subjective**
**Hospital LOS days:** 18
**ICU LOS:** 18
**Subjective**
Patient seen and examined at bedside, he complaints of LLQ pain that radiates to the left flank, but he mentions is better than yesterday. He is coughing less frequently, but continues producing a yellowish-greenish sputum. No agitation/disorientation episodes overnight. Overnight: He spiked a fever around 2 a.m. which subsided after Tylenol. He is peeing using the urinal and per nurse: He looks better and he is been more cooperative.

### Review of Systems
**Constitutional:** : Appetite Loss: Fatigue: Fever
**Head and Neck:** Denies: Headache
**Eyes:** Denies: Blurred Vision
**Neurological:** Denies: Headache
**Cardiology:** Denies: Chest Pain, Palpitations
**Respiratory:** : Cough: Sputum Production
**Gastrointestinal:** : Abdominal PainDenies: Abdomen Tender
**Genitourinary:** Denies: Change in Urine Stream
**Integumentary:** Denies: Dryness
**Psychiatric:** : Depressed

## Objective
**Active Meds Reviewed:** Yes
**Medications**

### Medications Active List

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Folic Acid | 1 mg | DAILY | 10/11/16 09:00 | | 10/23/16 08:11 |
| Thiamine HCl | 100 mg | DAILY | 10/11/16 09:00 | | 10/23/16 08:11 |
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/23/16 09:48 |
| Insulin Human Regular | SS LOW DOSE LOW INTENSITY SCALE: BI... | Q6 | 10/12/16 07:45 | | 10/22/16 18:50 |
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Risperidone | 2 mg | BID | 10/15/16 12:15 | | 10/23/16 20:41 |

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

| Haloperidol Lactate | 5 mg | Q6 PRN | 10/17/16 11:15 | | 10/21/16 04:22 |
|---|---|---|---|---|---|
| Clonazepam 1 mg | 1 mg | BID | 10/19/16 10:45 | | 10/23/16 20:41 |
| Gentamicin Sulfate/Sodium Chloride | 53 ml @ 100 mls/hr | Q8 | 10/20/16 10:49 | | 10/24/16 05:35 |
| Polyethylene Glycol 17 gm | 17 gm | DAILY | 10/20/16 11:00 | | 10/23/16 08:11 |
| Metronidazole/ Sodium Chloride | 100 ml @ 200 mls/hr | Q8 | 10/20/16 21:00 | | 10/24/16 05:07 |
| Acetaminophen | 650 mg | Q4H PRN | 10/20/16 19:30 | | 10/24/16 02:21 |
| Nystatin 500 mu | 500 mu | QID | 10/21/16 13:00 | | 10/23/16 20:41 |
| Cefepime HCl | 50 ml @ 100 mls/hr | Q6 | 10/22/16 17:00 | | 10/24/16 05:07 |
| Hydromorphone HCl | 1 mg | Q3H PRN | 10/23/16 10:45 | | 10/24/16 05:41 |
| Hydromorphone HCl | 0.5 mg | Q3H PRN | 10/23/16 13:15 | | 10/23/16 20:41 |
| Senna/Docusate Sodium | 1 tab | BID | 10/23/16 10:45 | | 10/23/16 20:41 |

## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/24/16 06:00 | | 111 | 28 | 120/70 | 99 | Nasal Cannula | 2.00 | |
| 10/24/16 04:00 | 37.6 | | | | | | | |

### Weight in Kg
93.00

**Bedside Blood Glucose Last 24h**

**10/23/16 11:14:** POC Glucose 129
**10/23/16 16:55:** POC Glucose 111
**10/24/16 04:34:** POC Glucose 83

| | 10/23/16 15:00 | 10/23/16 23:00 | 10/24/16 07:00 |
|---|---|---|---|
| Intake Total | 950 ml | 908 ml | 278 ml |
| Output Total | 1250 ml | 1175 ml | 625 ml |
| Balance | -300 ml | -267 ml | -347 ml |

### Sedation Score Actual
0

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

## Physical Exam
**Appearance:** : Alert: Appears Stated Age: Cooperative: No Acute Distress
**Head Exam:** : Moist Mucous Membranes: Normocephalic: Symmetric
**HEENT:** : EOMI: Moist Mucous Membranes: PERRL: Sclera Anicteric
**Thorax:** : Crackles (RIGHT LOWER LUNG FIELD): Decreased Breath Sounds (LEFT LOWER LUNG FIELD): No Accessory Muscle Use: Other (Tachypneic)
**Cardiovascular:** : Regular Rate Rhythm: Tachycardia
**Abdomen:** : Bowel Sounds Noted: Non-distended: Non-tender: Soft
**Skin:** : Skin Color Normal: Skin Temperature Normal: Skin Turgor Normal
**Upper Extremity Appearance:** : Normal
**Lower Extremity Appearance:** : Normal
**Pulses:** Distal Pulses 2+
**Mental Status:** Alert and Oriented x 3
**Follows Commands:** Yes

## Results
## Results

**Lab Results, CBC Diagram**

**10/24/16 04:50**



**Lab Results, BMP Diagram**

**10/24/16 04:50**



PT/PTT/INR

**10/24/16 04:50:**
Prothrombin Time 15.8, Prothromb Time International Ratio 1.3

Arterial Blood Gas

**10/7/16 17:00:**
Venous Blood pH 7.43, Venous Blood pH (Temp Corrected) 7.43, Venous Blood Partial Pressure CO2 47.1, Venous Blood pCO2 (Temp Corrected) 47.1, Venous Blood Partial Pressure O2 91.1, Venous Blood pO2 (Temp Corrected) 91.1, Venous Blood HCO3 31.3, Venous Bld O2 Saturation (Measured) 97.2, Venous Blood Base Excess 6.2, Bedside Sodium (Blood Gas) 139, Bedside Potassium (Blood Gas) 6.0, Bedside Chloride (Blood Gas) 104, Ionized Calcium (Blood Gas) 1.12
**10/8/16 06:15:** Allen Test Pos
**10/14/16 04:57:**
Arterial Blood pH 7.44, Arterial Blood pH (Temp corrected) 7.44, Arterial Blood Partial Pressure CO2 43.5, Arterial Blood pCO2 (Temp correct) 43.5, Arterial Blood Partial Pressure O2 94, Arterial Blood pO2 (Temp corrected) 93.5,

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

Arterial Blood HCO3 29.5, Arterial Bld O2 Saturation (Measur) 97.7, Arterial Blood Base Excess 4.8, Arterial Blood Hematocrit 37.5, Arterial Blood Sodium 140, Arterial Blood Potassium 3.8, Chloride (Blood Gas) 104, Ionized Calcium (Measured) (Bld Gas 1.18, Lactate (Blood Gas) 1.0, Blood Gas Temperature 98.6, Oxygen Delivery Device Aerm, Blood Gas Ventilator Setting 24, FiO2 40.0, Blood Gas Tidal Volume 450, Blood Gas PEEP 5.0
**Diagnostics Reviewed:** Yes

## Quality
**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**Lines Tubes and Catheter:** NG Tube (Doubhoff- (10/19/16)), PICC (LEFT UPPER EXTREMITY (10/11/2016) )
**Line Necessity Addressed:** Yes
**VTE Prophylaxis Ordered:** Yes
**Indwelling Foley Catheter:** No
**Central Venous Catheter:** No
**1:1 Sitter:** Discontinued
**Non-Violent Restraints:** Discontinued

## Impression and Plan
## Assessment
**Problem List:**
**(1) Severe sepsis**
**(2) Aspiration pneumonia**
**(3) Empyema**
**(4) Delirium, acute**
**(5) Suicidal overdose**
**(6) Polysubstance abuse**
**(7) HIV (human immunodeficiency virus infection)**
**(8) LFTs abnormal**
**(9) Oral thrush**
**(10) Hyponatremia**
**(11) Antisocial personality disorder in adult**
**(12) Anxiety**
**Chronic Problems:**

## Management Plan
**Plan**
Neuro-  Continue risperidone, Haldol prn.
        Pain control with Dilaudid prn with pain scale
        F/u psych eval   patient came with intentional overdose- suicide attempt. 302ed

CVS:  Persistently sinus tachycardia possible due to pain and sepsis.
      B.P. fairly controlled

Pulm-
        Patient will go to the OR today for VATS and decortication.

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1024-0023
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                    MR#: F001250247

_____

Continue with Gentamycin, cefepime and metronidazole for aspiration pneumonia/empyema. Legionella antigen test was negative.

Final respiratory culture shows normal respiratory flora.

Expectorated sputum shows 2 organism: E.aerogenes and streptococcus group C. ( Resistant to Cefazolin and Piperacillin/Tazobactam)

Continue with nebulizations and suction and nystatin swish and swallow.

GI:    Continue Nystatin swish and swallow for oral candidiasis.
       Elevated LFT due to liver injury secondary to sepsis. Trending down.


GU:  No active issue. Last serum creatinine was within normal limits we will continue to monitor since patient is on gentamicin.

ID:  Aspiration pneumonia and Empyema of Right lung.
     Resp culture (10/19/16)-Enterobacter aerogenes and Streptococcus group C
     Repeat resp culture(10/21/16)- Normal flora and rare org till now
     Continue Cefepime, Metronidazole and gentamicin
     Echocardiogram showed NO vegetations or valvulopathy, recommended TEE.
     Hx of HIV infection-  CD4 count is: 245 ( Low). Will start HAART therapy once acute illness resolves

Hem/Onc: INR is elevated- most likely due to liver injury 2/2 to sepsis.
         DVT prophylaxis with Enoxaparin 40 mg s/c Daily, held today before procedure.

Endo: No active issues

F/E/N:  Monitor electrolyte and replete as needed
        NPO

Social: Full code.
        NOK:    Sheree Bradham (484) 420-5809 Mother
                Ellis Bradham (610) 348-4661 Father
                Tosin Efunnuga 267-918-4065 Sister


IRIARTE OPORTO,BLANCA E MD                                    Oct 24, 2016 06:17

**<Electronically signed by BLANCA E IRIARTE OPORTO, MD>** 10/24/16 1204


        10/24/16 1557


PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1024-0023
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Critical Care Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

IRIABL / BIO / DD 10/24/16 0617 / DT 10/24/16 0617

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1024-0023
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1024-0046
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/24/16 07:02
**Subjective**
Patient seen, resting well, had a fever overnight, still with sputum production cough

## Objective
## Patient Data

#### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/24/16 06:00 | | 111 | 28 | 120/70 | 99 | Nasal Cannula | 2.00 | |
| 10/24/16 04:00 | 37.6 | | | | | | | |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/24/16 04:34:** POC Glucose 83
**Appearance:** : No Acute Distress
**Thorax:** : Decreased Breath Sounds
**Cardiovascular:** : Regular Rate Rhythm
**Abdominal Inspection:** : Normal
**Abdomen:** : Bowel Sounds Noted

## Results

**10/24/16 04:50**

**Lab Results, CBC Diagram**



23.2  11.8  33.2  549

**10/24/16 04:50**

**Lab Results, BMP Diagram**

133  98  15  100
5.1  27  1.1

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1024-0046
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

PT/PTT/INR

**10/24/16 04:50:**
Prothrombin Time 15.8, Prothromb Time International Ratio 1.3

## Impression and Plan
**Problem List:**
**(1) Empyema**
**Impression and Plan:** Continue with cefepime, Flagyl and gentamicin, for OR today for decortication for source control

**(2) Acute respiratory failure with hypoxia and hypercapnia**
**Impression and Plan:** Stable, continue to provide oxygen and monitor pulse oximetry closely

**(3) AKI (acute kidney injury)**
**Impression and Plan:** Resolved

**(4) Toxic encephalopathy**
**Impression and Plan:** Clinically improved

**Chronic Problems:**

HAMID,SAMMY, MD                                      Oct 24, 2016 07:04

**<Electronically signed by SAMMY HAMID, MD>** 10/25/16 0614

HAMISA / SH / DD 10/24/16 0704 / DT 10/24/16 0704

PATIENT: EFUNNUGA,OLUTOKUNBO
CC.
REPORT #: 1024-0046
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1024-0178
ROOM/BED: 417-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
**Encounter Date & Time**
10/24/16 10:26
**Service:** Carciothoracic Surgery
**Subjective**
Patient seen and examined. No acute events overnight. Patient remains febrile and tachycardic.

## Objective
### Patient Data

**Vital Signs, Last Documented**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/24/16 10:00 | | 119 | 37 | 124/79 | 98 | Nasal Cannula | 2.00 | |
| 10/24/16 08:00 | 37.3 | | | | | | | |

**Weight in Kg**
93.00

**Bedside Blood Glucose**

**10/24/16 04:34:** POC Glucose 83
**Appearance:** : Alert: Appears Stated Age: Mild Distress
**Head Exam:** : Atraumatic: Normocephalic: Symmetric
**Eyes:** : EOMI
**Ears Nose Throat:** No: Muffled Hoarse Voice
**Thorax:** : Crackles: Decreased Breath Sounds
**Cardiovascular:** : Tachycardia
**Abdomen:** : Non-tender: Soft
**Extremity Appearance:** LUE: Normal, RUE: Normal, LLE: Normal, RLE: Normal
**Skin:** : Skin Color Normal: Skin Temperature Normal
**Neurologic:** : Oriented x 3
**Affect:** : Normal

## Results

**Lab Results, CBC Diagram**

**10/24/16 04:50**



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1024-0178
REPORT STATUS: Signed