# Mercy Fitzgerald Hospital
## Cardiology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1027-0188
ROOM/BED: 506-01
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

### *** Signed Status ***

## Subjective
**Encounter Date & Time**
10/27/16 10:29
**Subjective**
Not eating very much. Has pain at the surgical site in the right lateral chest. Denies worsening shortness of breath.

## Objective
**Medications**

### Medications Active List

Enoxaparin Sodium 40 mg DAILY Last administered on 10/27/16at 08:26;  Start 10/11/16 at 10:45
Insulin Human Regular SS LOW DOSE LOW INTENSITY SCALE: Bl... Q6 Last administered on 10/22/16at 18:50; Start 10/12/16 at 07:45
Dextrose 16 gm PRN  PRN Last administered on 10/12/16at 12:41;  Start 10/12/16 at 11:45
Dextrose/Water 12.5 gm PRN  PRN;  Start 10/12/16 at 11:45
Risperidone 2 mg BID Last administered on 10/27/16at 08:26;  Start 10/15/16 at 12:15
Haloperidol Lactate 5 mg Q6  PRN Last administered on 10/21/16at 04:22;  Start 10/17/16 at 11:15
Clonazepam 1 mg BID Last administered on 10/27/16at 08:26;  Start 10/19/16 at 10:45
Polyethylene Glycol 17 gm DAILY Last administered on 10/27/16at 08:25;  Start 10/20/16 at 11:00
Senna/Docusate Sodium 1 tab BID Last administered on 10/27/16at 08:26;  Start 10/23/16 at 10:45
Hydromorphone HCl 1 mg Q3H  PRN Last administered on 10/26/16at 14:06;  Start 10/24/16 at 17:45
Hydromorphone HCl 1.5 mg Q3H  PRN Last administered on 10/27/16at 08:26;  Start 10/24/16 at 17:45
Folic Acid 1 mg DAILY Last administered on 10/27/16at 08:26;  Start 10/26/16 at 09:00
Thiamine HCl 100 mg DAILY Last administered on 10/27/16at 08:26;  Start 10/26/16 at 09:00
Multivitamins Therapeutic 1 tab 1 tab DAILY Last administered on 10/27/16at 08:26;  Start 10/26/16 at 09:00
Ceftriaxone Sodium 100 ml @  100 mls/hr DAILY Last administered on 10/27/16at 08:26;  Start 10/27/16 at 09:00
Nystatin 500 mu 500 mu QID Last administered on 10/27/16at 08:26;  Start 10/26/16 at 17:00
Metronidazole/ Sodium Chloride 100 ml @  200 mls/hr Q8 Last administered on 10/27/16at 05:41;  Start 10/26/16 at 21:00
Acetaminophen 650 mg Q4H  PRN Last administered on 10/27/16at 08:51;  Start 10/27/16 at 08:30

## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/27/16 10:00 | | 121 | 31 | 129/105 | 97 | Room Air | | |
| 10/27/16 09:00 | | | | | | | 2.00 | |
| 10/27/16 08:00 | 37.7 | | | | | | | |
| 10/25/16 11:00 | | | | | | | | 40 |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1027-0188
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
## Cardiology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

---

**Weight in Kg**
80.00

**Bedside Blood Glucose**

**10/27/16 05:14:** POC Glucose 127

## Physical Exam
NAD, MMM
No JVD
Decreased breath sounds on the right
Tachycardic but regular rhythm, S1 and S2 preserved, no murmur, rub or gallop
No lower extremity edema
Normoactive bowel sounds, soft, nontender
Integumentary is warm and well-perfused

## Results

**Lab Results, CBC Diagram**

**10/27/16 06:05**



**Lab Results, BMP Diagram**

**10/27/16 06:05**



PT/PTT/INR
**10/26/16 12:38:** Activated Partial Thromboplast Time 37.4
**10/27/16 06:05:**
Prothrombin Time 15.8, Prothromb Time International Ratio 1.3
**Diagnostics Reviewed:** Yes
**Diagnostic Tracings**
Telemetry: Sinus tachycardia

## Impression and Plan
**Problem List:**
**(1) Drug overdose**
**(2) Aspiration pneumonia**
**(3) Pleural effusion**
**(4) Abscess of lung with pneumonia**
**(5) S/P thoracotomy**
**(6) Tachycardia**
**Chronic Problems:**


PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1027-0188
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Cardiology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

---

**Plan**

Loculated pleural effusion, pulmonary abscess and bacteremia: Cultures repeatedly growing strep species. No evidence of infectious endocarditis on TEE.

Mildly reduced biventricular ventricular systolic function: This may be a stress-induced decreased in biventricular function. Clinically he appears euvolemic. He will need a repeat echocardiogram in 2-3 months or sooner if he decompensates after discharge to further evaluate and to determine if further workup is needed.

Tachycardia: This is sinus tachycardia and likely physiologic in this setting. He is not responding to fluid bolus challenges. He does not appear to be significantly dehydrated on exam. I agree with ruling out pulmonary emboli with CT angiogram. Since his tachycardia is persistent, **add low-dose metoprolol tartrate 6.25 mg twice daily**.

MENETREY,JAMMIE E DO                                Oct 27, 2016 10:34

**<Electronically signed by JAMMIE E MENETREY, DO>** 10/27/16 1037

MENEJA / JEM / DD 10/27/16 1034 / DT 10/27/16 1034

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1027-0188
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1027-0259
ROOM/BED: 417-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
**Encounter Date & Time**
10/27/16 13:49
**Service:** Infectious Disease
**Subjective**
Pt alert, tolerating enteral via kaofeed tube, no fever increased chest pain or abdominal discomfort

## Objective
## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/27/16 11:00 | | 126 | 32 | 157/79 | 97 | Room Air | | |
| 10/27/16 09:00 | | | | | | | 2.00 | |
| 10/27/16 08:00 | 37.7 | | | | | | | |
| 10/25/16 11:00 | | | | | | | | 40 |

## Weight in Kg
80.00

**Bedside Blood Glucose**

**10/27/16 11:14:** POC Glucose 118

## Physical Exam
Tm 98.8

anicteric no stridor or meningismus right CT intact abd active bs nontender no guarding or pulsating iv access intact
Neuro no tremor appreciated  cn intact ms 5/5 uper  and lower plantars down

## Results

**Lab Results, CBC Diagram**

**10/27/16 06:05**



**Lab Results, BMP Diagram**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1027-0259
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

**10/27/16 06:05**



PT/PTT/INR

**10/27/16 06:05:**
Prothrombin Time 15.8, Prothromb Time International Ratio 1.3
reviewed
**Imaging**
reviewed

## Impression and Plan
### Plan

bacteremia:  strep mitis, repeat blood c/ sterile, TEE= n o vegetations or valvular abnormality,
pneumonia: aspiration, resolving
right pleural effusion: s/p decortication and drainage 10/24
HIVD: moderately advanced, CD4 240-300
elevated temperature:recurrent, presently resolved,  new c/s sterile
confusion: resolving
leukocytosis: follow response to intervention
candidiasis: oropharyngeal switch to topical clotrimazole
abx mgmt:recommend discontinue metronidazole in 72 hrs, continue parental ceftriaxone

GILBERT,MARK, MD                                        Oct 27, 2016 13:53

**<Electronically signed by MARK GILBERT, MD>** 10/27/16 1353

GILBMA / MG / DD 10/27/16 1353 / DT 10/27/16 1353

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1027-0259
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1028-0062
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

**\*\*\* Signed Status \*\*\***

## Subjective
**Encounter Date & Time**
10/28/16 07:18
**Subjective**
Patient seen, resting comfortably this morning, no new issues or events, chart reviewed

## Objective
## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/27/16 23:29 | 37.2 | 110 | 18 | 139/75 | 100 | Nasal Cannula | 2.00 | |
| 10/25/16 11:00 | | | | | | | | 40 |

**Weight in Kg**
80.00

### Bedside Blood Glucose

**10/28/16 05:55:** POC Glucose 117
**Appearance:** : No Acute Distress
**Thorax:** : Decreased Breath Sounds
**Cardiovascular:** : Regular Rate Rhythm
**Abdominal Inspection:** : Normal
**Abdomen:** : Bowel Sounds Noted

## Impression and Plan
**Problem List:**
**(1) Empyema**
**Impression and Plan:** Status post Mini thoracotomy, decortication, unroofing of pulmonary abscess, plan to continue with Rocephin and Flagyl and postop care

**(2) Acute respiratory failure with hypoxia and hypercapnia**
**Impression and Plan:** stable, continue to monitor oxygenation

**(3) AKI (acute kidney injury)**
**Impression and Plan:** Resolved

**Chronic Problems:**

HAMID,SAMMY, MD                                    Oct 28, 2016 07:21

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0062
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

**\<Electronically signed by SAMMY HAMID, MD\>** 10/31/16 0611

HAMISA / SH / DD 10/28/16 0721 / DT 10/28/16 0721

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0062
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1028-0122
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

### \*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/28/16 08:38
**Service:** Internal Medicine
**Subjective**
Patient was examined bedside. He states that his chest discomfort has reduced. Also wonders when the feeding tube tube can be removed. His shortness of breath has improved. No new complaints. Night was uneventful.
**Appetite:** Good
**Sleep:** Fairly Good

## Objective

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/27/16 23:29 | 37.2 | 110 | 18 | 139/75 | 100 | Nasal Cannula | 2.00 | |
| 10/25/16 11:00 | | | | | | | | 40 |

**Weight in Kg**
80.00

### Bedside Blood Glucose

**10/28/16 07:19:** POC Glucose 98
**Physical Exam**
General: no apparent distress, appears stated age
HNT: moist mucous membranes
Eyes: sclera anicteric
Thorax: clear to auscultation bilaterally, equal expansion
Cardiovascular: no jugular venous distension, no murmurs, pulse regular rate and rhythm
Abdomen: soft, non-tender, non-distended, bowel sounds noted
Extremities: no cyanosis, pulses 2+ bilaterally
Neurologic: alert/awake/oriented, grossly no abnormalities
**Current Meds Reviewed:** Yes
**Medications**

### Medications Active List

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/28/16 08:31 |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0122
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| Insulin Human Regular | SS LOW DOSE LOW INTENSITY SCALE: BI... | Q6 | 10/12/16 07:45 | | 10/22/16 18:50 |
|---|---|---|---|---|---|
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Risperidone | 2 mg | BID | 10/15/16 12:15 | | 10/28/16 08:30 |
| Clonazepam | 1 mg | BID | 10/19/16 10:45 | | 10/28/16 08:30 |
| Polyethylene Glycol | 17 gm | DAILY | 10/20/16 11:00 | | 10/28/16 08:31 |
| Senna/Docusate Sodium | 1 tab | BID | 10/23/16 10:45 | | 10/28/16 08:31 |
| Hydromorphone HCl | 1 mg | Q3H PRN | 10/24/16 17:45 | | 10/28/16 05:31 |
| Hydromorphone HCl | 1.5 mg | Q3H PRN | 10/24/16 17:45 | | 10/27/16 01:37 |
| Folic Acid | 1 mg | DAILY | 10/26/16 09:00 | | 10/28/16 08:31 |
| Thiamine HCl | 100 mg | DAILY | 10/26/16 09:00 | | 10/28/16 08:31 |
| Multivitamins Therapeutic 1 tab | 1 tab | DAILY | 10/26/16 09:00 | | 10/28/16 08:31 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/27/16 09:00 | | 10/28/16 08:32 |
| Metronidazole/ Sodium Chloride | 100 ml @ 200 mls/hr | Q8 | 10/26/16 21:00 | | 10/28/16 05:31 |
| Acetaminophen | 650 mg | Q4H PRN | 10/27/16 08:30 | | 10/27/16 08:51 |
| Metoprolol Tartrate | 6.25 mg | Q12 | 10/27/16 21:00 | | 10/28/16 08:31 |
| Clotrimazole | 10 mg | 5XD | 10/27/16 16:00 | | 10/28/16 08:31 |

**Labs Reviewed:** Yes

**10/28/16 06:20**

**Lab Results, BMP Diagram**



**Diagnostics Reviewed:** Yes

## Quality

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0122
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**Line Necessity Addressed:** Yes
**VTE Prophylaxis Ordered:** Yes
**Indwelling Foley Catheter:** No

## Impression and Plan

### Assessment
**Problem List:**
**(1) Aspiration pneumonia**
**Impression and Plan:** -Swallow video studies done yesterday.
-Patient much more conscious than before(according to last notes)
-Patient therapy on board and recommend--
Continue moist Puree diet level with Nectar thick liquids and extra gravy. ENT evaluation for right vocal cord dysfunction.
-Continue on IV ceftriaxone and metronidazole(D2) . Will stop metronidazole on D3 according to infectious disease recommendations.

**(2) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**Impression and Plan:** -Patient came in with TCA overdose and suicidal attempt.
-Patient had acute hepatic failure and elevated liver enzymes.
-Patient continues to be in police custody with forelimbs handcuffed due to the same and some criminal history.
-Continue on one-on-one, patient has been 302 ed .
-Psychiatry on board appreciate their recommendations.

**(3) Loculated pleural effusion**
**Impression and Plan:** Patient underwent VATS procedure thoracotomy and decortication.
Surgery on board and have discontinued the thoracostomy tubes yesterday.
The effusion fluid grew--

| | |
|---|---|
| Organism 1 | BETA HEMOLYTIC STREP C |
| GROWTH | MODERATE |
| Organism 2 | STAPHYLOCOCCUS AUREUS |
| GROWTH | RARE |
| Organism 3 | CULTURE IN PROGRESS |

```
           STA AUREUS
           M.I.C.   RX
           --------- ---
TRIMET/SULFA   <=10    S
CLINDAMYCIN    0.25    S
ERYTHROMYCIN   <=0.25  S
GENTAMICIN     <=0.5   S
LEVOFLOXACIN   0.25    S
LINEZOLID      2       S
OXACILLIN      0.5     S
TETRACYCLINE   >=16    R
VANCOMYCIN     1       S
```
Lorazepam for agitation.

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0122
REPORT STATUS: Signed

Page 4 of 4

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO        MR#: F001250247

Pain management--
- Acetaminophen 650 mg Q4 for mild pain ( 1-3 )
       - Hydromorphone 1 mg Q3 for moderate pain ( 4 -6 )
       - Hydromorphone 1.5 mg Q3 for severe pain (7-10)
     Risperidone 2 mg BID PO.

**(4) Oral thrush**
**Impression and Plan:** -Resolving DC now statin and had topical clotrimazole.

**(5) Bacteremia**
**Impression and Plan:**
 continue IV abx
TEE- no vegetations.

**(6) HIV (human immunodeficiency virus infection)**
**Impression and Plan:** Patient's CD4 count is 254. We will continue HAART after he stabilizes. Infectious disease on board,

**Chronic Problems:**

JADHAV,GAURAV P MD        Oct 28, 2016 08:43

   **<Electronically signed by GAURAV P JADHAV, MD>** 10/29/16 2014

JADHGA / GJ / DD 10/28/16 0843 / DT 10/28/16 0843

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0122
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Cardiology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1028-0155
ROOM/BED: 417-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/28/16 09:28
**Subjective**
Breathing and voice continue to improve.  Chest pain is under better control at the surgical site.  Denies abd pain.

## Objective
**Medications**

#### Medications Active List
Enoxaparin Sodium 40 mg DAILY Last administered on 10/28/16at 08:31;  Start 10/11/16 at 10:45
Insulin Human Regular SS LOW DOSE LOW INTENSITY SCALE: BI... Q6 Last administered on 10/22/16at 18:50;
Start 10/12/16 at 07:45
Dextrose 16 gm PRN  PRN Last administered on 10/12/16at 12:41;  Start 10/12/16 at 11:45
Dextrose/Water 12.5 gm PRN  PRN;  Start 10/12/16 at 11:45
Risperidone 2 mg BID Last administered on 10/28/16at 08:30;  Start 10/15/16 at 12:15
Clonazepam 1 mg BID Last administered on 10/28/16at 08:30;  Start 10/19/16 at 10:45
Polyethylene Glycol 17 gm DAILY Last administered on 10/28/16at 08:31;  Start 10/20/16 at 11:00
Senna/Docusate Sodium 1 tab BID Last administered on 10/28/16at 08:31;  Start 10/23/16 at 10:45
Hydromorphone HCl 1 mg Q3H  PRN Last administered on 10/28/16at 05:31;  Start 10/24/16 at 17:45
Hydromorphone HCl 1.5 mg Q3H  PRN Last administered on 10/27/16at 01:37;  Start 10/24/16 at 17:45
Folic Acid 1 mg DAILY Last administered on 10/28/16at 08:31;  Start 10/26/16 at 09:00
Thiamine HCl 100 mg DAILY Last administered on 10/28/16at 08:31;  Start 10/26/16 at 09:00
Multivitamins Therapeutic 1 tab 1 tab DAILY Last administered on 10/28/16at 08:31;  Start 10/26/16 at 09:00
Ceftriaxone Sodium 100 ml @  100 mls/hr DAILY Last administered on 10/28/16at 08:32;  Start 10/27/16 at 09:00
Metronidazole/ Sodium Chloride 100 ml @  200 mls/hr Q8 Last administered on 10/28/16at 05:31;  Start 10/26/16 at
21:00
Acetaminophen 650 mg Q4H  PRN Last administered on 10/27/16at 08:51;  Start 10/27/16 at 08:30
Metoprolol Tartrate 6.25 mg Q12 Last administered on 10/28/16at 08:31;  Start 10/27/16 at 21:00
Clotrimazole 10 mg 5XD Last administered on 10/28/16at 08:31;  Start 10/27/16 at 16:00
## Patient Data

#### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/28/16 08:00 | 37.2 | 110 | 18 | 148/75 | 98 | Nasal Cannula | 2.00 | 40 |

**Weight in Kg**
80.00

#### Bedside Blood Glucose

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0155
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Cardiology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

**10/28/16 07:19:** POC Glucose 98

## Physical Exam
NAD, MMM
No JVD
Decreased breath sounds on the right
Tachycardic but regular rhythm, S1 and S2 preserved, no murmur, rub or gallop
No lower extremity edema
Normoactive bowel sounds, soft, nontender
Integumentary is warm and well-perfused

## Results

**10/28/16 06:20**

**Lab Results, CBC Diagram**



**10/28/16 06:20**

**Lab Results, BMP Diagram**



**Diagnostics Reviewed:** Yes
**Diagnostic Tracings**
Telemetry: Sinus tach in the 130s

## Impression and Plan
**Problem List:**
**(1) Drug overdose**
**(2) Aspiration pneumonia**
**(3) Pleural effusion**
**(4) Abscess of lung with pneumonia**
**(5) S/P thoracotomy**
**(6) Tachycardia**
**Chronic Problems:**
**Plan**
Loculated pleural effusion, pulmonary abscess and bacteremia: Cultures repeatedly growing strep species. No evidence of infectious endocarditis on TEE.

Mildly reduced biventricular ventricular systolic function: This may be a stress-induced decreased in biventricular function. Clinically he appears euvolemic. He will need a repeat echocardiogram in 2-3 months or sooner if he decompensates after discharge to further evaluate and to determine if further workup is needed.

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0155
REPORT STATUS: Signed

Page 3 of 3

# Mercy Fitzgerald Hospital
## Cardiology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

---

Tachycardia: This is sinus tachycardia and likely physiologic in this setting. He is not responding to fluid bolus challenges. He does not appear to be significantly dehydrated on exam. I agree with ruling out pulmonary emboli with CT angiogram. Metoprolol tartrate 6.25 mg twice daily wad started today (pt refused dose yesterday); up-titrate beta blocker for heart rate control as BP will allow.

MENETREY,JAMMIE E DO                                 Oct 28, 2016 09:32

**<Electronically signed by JAMMIE E MENETREY, DO>** 10/28/16 0932

MENEJA / JEM / DD 10/28/16 0932 / DT 10/28/16 0932

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0155
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Pulmonology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1028-0246
ROOM/BED: 417-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
**Encounter Date & Time**
10/28/16 12:59
**Service:** Pulmonology
**Subjective**
Denies significant restaurant complaints, chest pain improved. Chest tube now discontinued

## Objective
**Active Meds Reviewed:** Yes
**Patient Data**

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/28/16 12:44 | | 107 114 | | | | | | |
| 10/28/16 08:00 | 37.2 | | 18 | 148/75 | 98 | Nasal Cannula | 2.00 | 40 |

**Weight in Kg**
80.00

**Bedside Blood Glucose**

**10/28/16 07:19:** POC Glucose 98
**Appearance:** : Lethargic: No Acute Distress
**Thorax:** : CTA Bilateral: Decreased Breath Sounds (right-side): No Accessory Muscle Use
**Cardiovascular:** : No JVD: Regular Rate Rhythm

## Results

**Lab Results, CBC Diagram**

10/28/16 06:20



**Lab Results, BMP Diagram**

10/28/16 06:20



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0246
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Pulmonology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                        MR#: F001250247

---

**Imaging**
Chest x-ray reviewed personally, significant improvement in bilateral lung opacification.

## Impression and Plan
**Problem List:**
**(1) Aspiration pneumonia**
**(2) Bacteremia**
**(3) Empyema**
**(4) S/P thoracotomy**
**Impression and Plan:** Chest tube discontinued

**(5) Acute respiratory failure with hypoxia and hypercapnia**
**(6) Suicidal overdose**
**(7) Polysubstance abuse**
**(8) Antisocial personality disorder in adult**
**(9) HIV (human immunodeficiency virus infection)**
**Chronic Problems:**
**Plan**
Complete IV antibiotics, follow temp. Incentive spirometry. Out of bed as tolerated. Follow chest x-ray. Will sign off, please call with questions.
**Condition:** Guarded

PILLAI,AJAY R, MD                                    Oct 28, 2016 13:01

**<Electronically signed by AJAY R PILLAI, MD>** 10/28/16 1301

PILLAJ / ARP / DD 10/28/16 1301 / DT 10/28/16 1301

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0246
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Otolaryngology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1028-0326
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/28/16 16:09
**Subjective**
318986 consult done and dictated

## Objective
### Patient Data

**Vital Signs, Last Documented**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/28/16 12:44 | | 107 114 | | | | | | |
| 10/28/16 08:00 | 37.2 | | 18 | 148/75 | 98 | Nasal Cannula | 2.00 | 40 |

**Weight in Kg**
80.00

**Bedside Blood Glucose**

**10/28/16 07:19:** POC Glucose 98

## Results

**Lab Results, CBC Diagram**

**10/28/16 06:20**



**Lab Results, BMP Diagram**

**10/28/16 06:20**



GHADERI,MAHMOUD DO                                      Oct 28, 2016 16:10

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0326
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Otolaryngology Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

_____

**\<Electronically signed by MAHMOUD GHADERI, DO\>** 10/31/16 1321

GHADMA / MG / DD 10/28/16 1610 / DT 10/28/16 1610

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0326
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1028-0350
ROOM/BED: 417-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/28/16 17:14
**Service:** Infectious Disease
**Subjective**
Pt alert, CT removed, local chest discomfort diminished, no fever, sore throat increased dyspnea or stool formation

## Objective
## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/28/16 12:44 | | 107 | | | | | | |
| | | 114 | | | | | | |
| 10/28/16 08:00 | 37.2 | | 18 | 148/75 | 98 | Nasal Cannula | 2.00 | 40 |

**Weight in Kg**
80.00

**Bedside Blood Glucose**

**10/28/16 07:19:** POC Glucose 98

## Physical Exam
Tm 98.8

anicteric no stridor or meningismus decreased bs right lung bases abd active bs nontender no guarding or pulsation iv access intact no edema slr intact Neuro no tremor appreciated

## Results

**Lab Results, CBC Diagram**

**10/28/16 06:20**



**Lab Results, BMP Diagram**

**10/28/16 06:20**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0350
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO                     MR#: F001250247



**Imaging**
reviewed

## Impression and Plan
**Plan**

bacteremia: strep mitis, repeat blood c/ sterile, TEE= n o vegetations or valvular abnormality,
pneumonia: aspiration, resolving
right pleural effusion: s/p decortication and drainage 10/24
HIVD: moderately advanced, CD4 240-300
elevated temperature:recurrent, presently resolved,  new c/s sterile
confusion: resolving
leukocytosis: follow response to intervention
candidiasis: oropharyngeal switch to topical clotrimazole
abx mgmt:recommend discontinue metronidazole in 72 hrs, continue parental ceftriaxone
discussed clinical presentation with pt

GILBERT,MARK, MD                                   Oct 28, 2016 17:18

**<Electronically signed by MARK GILBERT, MD>** 10/28/16 1718

GILBMA / MG / DD 10/28/16 1718 / DT 10/28/16 1718

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0350
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1028-0364
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#:  F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
### Encounter Date & Time
10/28/16 18:27
**Service:** General Surgery
### Subjective
Patient was seen and examined. No acute events overnight. Patient resting comfortably in bed. Chest tubes were removed yesterday. Tolerating diet without any nausea or vomiting. Urinating.

## Objective
## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/28/16 17:00 | 36.8 | 108 | 20 | 130/78 | | | | |
| 10/28/16 08:00 | | | | | 98 | Nasal Cannula | 2.00 | 40 |

### Weight in Kg
80.00

**Bedside Blood Glucose**

**10/28/16 07:19:** POC Glucose 98

## Physical Exam
Right sided chest tube incision clean dry and intact
Chest tube site dressings clean with minimal soilage
**Appearance:**  : Alert: Appears Stated Age: No Acute Distress
**Head Exam:**  : Atraumatic: Normocephalic: Symmetric
**Eyes:**  : EOMI: Sclera Anicteric
**Ears Nose Throat:** No: Muffled Hoarse Voice
**Thorax:**  : No Accessory Muscle Use
**Cardiovascular:**  : Regular Rate Rhythm
**Abdomen:**  : Non-tender: SoftNo: Distended
**Extremity Appearance:** LUE: Normal, RUE: Normal, LLE: Normal, RLE: Normal
**Skin:**  : Skin Color Normal: Skin Temperature Normal
**Neurologic:**  : Oriented x 3
**Affect:**  : Normal

## Results

**Lab Results, CBC Diagram**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0364
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

**10/28/16 06:20**



**Lab Results, BMP Diagram**

**10/28/16 06:20**



## Quality
**Code Status:** Full Code
**Line Necessity Addressed:** Yes
**VTE Prophylaxis Ordered:** Yes
**Indwelling Foley Catheter:** No
**Central Venous Catheter:** No

## Impression and Plan
**Assessment**
**Problem List:**
**(1) Loculated pleural effusion**
**Chronic Problems:**

## Management Plan
### Plan
37M with past history of HIV, anxiety, and polysubstance abuse who was admitted after being found unresponsive at home. He has intubated on arrival on 10/17/16 and was extubated on 10/15/16. Since that time his chest x-rays have demonstrated right lower lobe consolidation and an increasing right pleural effusion, leading to failed attempts at IR drainage. Chest CT performed on 10/20/16 demonstrates a small to moderate loculated right effusion. Thoracic surgery is being consulted for evaluation and possible intervention for the patient's right loculated pleural effusion.Failed IR thoracentesis due to loculated pleural effusion

Continue care per primary team
Continue antibiotics
Diet as tolerated
Continue to monitor respiratory status
Encourage out of bed and incentive spirometer
Follow-up labs replete as needed
DVT prophylaxis

Thank you for consulting us on this patient's medical care. We will sign off now, please call back with any further questions or concerns.

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1028-0364
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### General Surgery Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

---

MARCOE,JEFFREY P MD                                  Oct 28, 2016 18:29

> **<Electronically signed by JEFFREY P MARCOE, MD>** 10/28/16 1829
> **<Electronically signed by HAJI M SHARIFF, MD>** 11/18/16 1301

MARCJE / JM / DD 10/28/16 1829 / DT 10/28/16 1829

## Mercy Fitzgerald Hospital
### Progress Note

**Patient:** EFUNNUGA,OLUTOKUNBO
**DOB:** 03/06/1979          **Sex:** M
**Date:** 10/29/16
**Report #** 1029-0108

**MR #**   F001250247
**Acct #**  FA1307223089
**Room/Bed:** 411-02

## *** Signed Status ***

DATE OF SERVICE:  10/29/2016

SUBJECTIVE:
Patient seen and examined, resting quietly.  No adverse events overnight.

OBJECTIVE:
VITAL SIGNS:  Blood pressure 130/82, temperature 37.2.
GENERAL:  Patient appears to be in no acute distress.
LUNGS:  Decreased breath sound, posterior chest wall.
HEART:  S1, S2.
ABDOMEN:  Soft, normoactive bowel sounds.
EXTREMITIES:  Without calf tenderness.

LABORATORY DATA:
CBC:  WBC 14.1, hemoglobin 10.1, hematocrit 29.1, platelet count 581.  SMA-6:  Sodium 129, potassium 4.3, chloride 95, $CO_2$ 25, BUN 12, creatinine 0.9, blood glucose 103.

IMAGING STUDIES:
Chest x-ray (10/28/2016) shows bilateral small pleural effusions, no pneumothorax.

ASSESSMENT AND PLAN:
1.  Empyema, status post mini thoracotomy with decortication, unroofing a pulmonary abscess.  Continue postoperative care (chest tube is out) as well as antimicrobial therapy (Flagyl and ceftriaxone per Infectious Disease).
2.  Acute respiratory failure with hypoxia and hypercapnia, stable.
3.  Acute kidney injury, now with stable creatinine.
4.  Toxic encephalopathy.

DICTATED BY:  Mario Littman, MD

Job #:319711 Doc #:688532

### <Electronically signed by MARIO LITTMAN, MD> at 10/29/16 1355

LITTMAN, MARIO MD

LITTMAR / NE / DD 10/29/16 0937 / DT 10/29/16 1057

**CC:** LITTMAN,MARIO, MD
**REPORT #:** 1029-0108
**REPORT STATUS:** Signed

## Mercy Fitzgerald Hospital
### Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1029-0138
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
**Encounter Date & Time**
10/29/16 11:43
**Service:** Internal Medicine
**Subjective**
Patient was examined bedside. He states that he feels much more energetic today than the day before. No new complaints. Night was uneventful
**Appetite:** Good
**Sleep:** Fairly Good

## Objective

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/29/16 10:36 | | | | | | Nasal Cannula | 2.00 | 40 |
| 10/29/16 07:00 | 37.2 | 110 20 | | 130/82 | 100 | | | |
| 10/29/16 02:35 | | | 16 | | | | | |

**Weight in Kg**
80.00

### Bedside Blood Glucose

**10/29/16 11:16:** POC Glucose 107
**Physical Exam**
General: no apparent distress, appears stated age
HNT: moist mucous membranes
Eyes: sclera anicteric
Thorax: clear to auscultation bilaterally, equal expansion
Cardiovascular: no jugular venous distension, no murmurs, pulse regular rate and rhythm
Abdomen: soft, non-tender, non-distended, bowel sounds noted
Extremities: no cyanosis, pulses 2+ bilaterally
Neurologic: alert/awake/oriented, grossly no abnormalities
**Current Meds Reviewed:** Yes
**Medications**

### Medications Active List

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| | | | | | |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1029-0138
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| | | | | | |
|---|---|---|---|---|---|
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/29/16 09:02 |
| Dextrose | 16 gm | PRN  PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
| Dextrose/Water | 12.5 gm | PRN  PRN | 10/12/16 11:45 | | |
| Risperidone | 2 mg | BID | 10/15/16 12:15 | | 10/29/16 09:01 |
| Polyethylene Glycol | 17 gm | DAILY | 10/20/16 11:00 | | 10/29/16 09:05 |
| Senna/Docusate Sodium | 1 tab | BID | 10/23/16 10:45 | | 10/29/16 09:01 |
| Folic Acid | 1 mg | DAILY | 10/26/16 09:00 | | 10/29/16 09:01 |
| Thiamine HCl | 100 mg | DAILY | 10/26/16 09:00 | | 10/29/16 09:02 |
| Multivitamins Therapeutic 1 tab | 1 tab | DAILY | 10/26/16 09:00 | | 10/29/16 09:01 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/27/16 09:00 | | 10/29/16 09:02 |
| Acetaminophen | 650 mg | Q4H  PRN | 10/27/16 08:30 | | 10/29/16 04:44 |
| Metoprolol Tartrate | 6.25 mg | Q12 | 10/27/16 21:00 | | 10/29/16 09:02 |
| Clotrimazole | 10 mg | 5XD | 10/27/16 16:00 | | 10/29/16 09:01 |
| Clonazepam 1 mg | 1 mg | Q12H  PRN | 10/28/16 21:00 | | 10/28/16 21:21 |
| Metronidazole/ Sodium Chloride | 100 ml @ 200 mls/hr | Q8 | 10/28/16 21:00 10/31/16 06:00 | | 10/29/16 04:44 |
| Insulin Human Lispro | SS LOW DOSE LOW INTENSITY SCALE: BI... | ACHS | 10/29/16 11:00 | | |

**Labs Reviewed:** Yes

**Lab Results, CBC Diagram**

**10/29/16 06:26**



**Lab Results, BMP Diagram**

**10/29/16 06:26**

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO

MR#: F001250247



**Diagnostics Reviewed:** Yes

## Quality
**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**Line Necessity Addressed:** Yes
**VTE Prophylaxis Ordered:** Yes
**Indwelling Foley Catheter:** No

## Impression and Plan
### Assessment
**Problem List:**
**(1) Aspiration pneumonia**
**Impression and Plan:** -Swallow video studies done yesterday.
-Patient much more conscious than before(according to last notes)
-Patient therapy on board and recommend--
Continue moist Puree diet level with Nectar thick liquids and extra gravy.
-ENT evaluated the patient yesterday and states that no intervention is required currently.
-Continue on IV ceftriaxone and metronidazole(D3) . Will stop metronidazole on D3 according to infectious disease recommendations.

**(2) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**Impression and Plan:** -Patient came in with TCA overdose and suicidal attempt.
-Patient had acute hepatic failure and elevated liver enzymes.
-Patient continues to be in police custody with forelimbs handcuffed due to the same and some criminal history.
-Continue on one-on-one, patient has been 302 ed .
-Psychiatry on board appreciate their recommendations.

**(3) Loculated pleural effusion**
**Impression and Plan:** Patient underwent VATS procedure thoracotomy and decortication.
Surgery on board and have discontinued the thoracostomy tubes yesterday.
The effusion fluid grew--

| | |
|---|---|
| Organism 1 | BETA HEMOLYTIC STREP C |
| GROWTH | MODERATE |
| Organism 2 | STAPHYLOCOCCUS AUREUS |
| GROWTH | RARE |
| Organism 3 | CULTURE IN PROGRESS |

```
        STA AUREUS
        M.I.C.  RX
        --------- ---
TRIMET/SULFA  <=10    S
CLINDAMYCIN   0.25    S
```

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1029-0138
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

```
ERYTHROMYCIN   <=0.25   S
GENTAMICIN     <=0.5    S
LEVOFLOXACIN   0.25     S
LINEZOLID      2        S
OXACILLIN      0.5      S
TETRACYCLINE   >=16     R
VANCOMYCIN     1        S
```
Lorazepam for agitation.
Pain management--
- Acetaminophen 650 mg Q4 for mild pain ( 1-3 )
            - Hydromorphone 0.5 mg Q3 for moderate pain ( 4 -6 )
            - Hydromorphone 1 mg Q3 for severe pain (7-10)
        Risperidone 2 mg BID PO.

**(4) Oral thrush**
**Impression and Plan:** -Resolving DC now statin and had topical clotrimazole.

**(5) Bacteremia**
**Impression and Plan:**
 continue IV abx
TEE- no vegetations.

**(6) HIV (human immunodeficiency virus infection)**
**Impression and Plan:** Patient's CD4 count is 254. We will continue HAART after he stabilizes. Infectious disease on board,

**Chronic Problems:**

JADHAV,GAURAV P MD                                    Oct 29, 2016 11:46

    **<Electronically signed by GAURAV P JADHAV, MD>** 10/29/16 2014

JADHGA / GJ / DD 10/29/16 1146 / DT 10/29/16 1146

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1029-0138
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Progress Note

**Patient:** EFUNNUGA,OLUTOKUNBO       **MR #**   F001250247
**DOB:** 03/06/1979      **Sex:** M     **Acct #** FA1307223089
**Date:** 10/30/16                **Room/Bed:** 411-02
**Report #** 1030-0151

## *** Signed Status ***

DATE OF SERVICE: 10/30/2016

SUBJECTIVE:
Patient seen, examined, seemingly more energetic and responsive. No adverse events overnight.

OBJECTIVE:
VITAL SIGNS: Blood pressure 120/60, heart rate of 100, temperature 36.7.
GENERAL: He appears to be in no respiratory distress.
HEENT: Moist mucous membranes.
LUNGS: Clear to auscultation bilaterally.
HEART: S1, S2.
ABDOMEN: Soft, normoactive bowel sounds.
EXTREMITIES: 2+ pulses bilaterally.
NEUROLOGIC EXAM: No gross abnormalities.

ASSESSMENT AND PLAN:
1. Aspiration pneumonia. Continue ceftriaxone and Flagyl for now.
2. Empyema status post mini-thoracotomy and decortication, unroofing of pulmonary abscess.
3. Acute respiratory failure with hypoxia, hypercapnia stable.
4. Acute kidney injury with resolution.

DICTATED BY: Mario Littman, MD

Job #:320818 Doc #:689645

#### <Electronically signed by MARIO LITTMAN, MD> at 10/31/16 0555

LITTMAN, MARIO MD

LITTMAR / NE / DD 10/30/16 1111 / DT 10/30/16 1201

CC: LITTMAN,MARIO, MD
REPORT #: 1030-0151
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1030-0200
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

### *** Signed Status ***

## Subjective
**Encounter Date & Time**
10/30/16 13:50
**Service:** Hospitalist
**Subjective**
Patient seen and examined.  Patient reports no change in SOB at rest.

## Objective

**Vital Signs 24 Hours**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/30/16 08:30 | | | | | | Nasal Cannula | 2.00 | |
| 10/30/16 08:01 | | | | | | Nasal Cannula | | |
| 10/30/16 07:50 | 36.7 | 100 | 18 | 120/60 | 100 | Room Air | | |
| 10/30/16 02:42 | | | | | | Nasal Cannula | 2.00 | |
| 10/29/16 20:00 | 36.7 | 53 | 18 | 127/89 | 97 | Room Air | | |
| 10/29/16 15:46 | 37.6 | 110 | 22 | 113/79 | 100 | Room Air | | |

**Vital Signs, Last Documented**

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/30/16 08:30 | | | | | | Nasal Cannula | 2.00 | |
| 10/30/16 07:50 | 36.7 | 100 | 18 | 120/60 | 100 | | | |
| 10/29/16 10:36 | | | | | | | | 40 |

**Weight in Kg**
80.00

### Bedside Blood Glucose

**10/29/16 20:46:** POC Glucose 103
**Physical Exam**
General: no apparent distress, appears stated age
HNT: moist mucous membranes
Eyes: sclera anicteric
Thorax: clear to auscultation bilaterally, equal expansion
Cardiovascular: no jugular venous distension, no murmurs, pulse regular rate and rhythm
Abdomen: soft, non-tender, non-distended, bowel sounds noted, right para umbilical pain with palpation
Extremities: no cyanosis, no pedal edema
Neurologic: alert/awake/oriented, grossly no abnormalities
**Current Meds Reviewed:** Yes
**Medications**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1030-0200
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

**Medications Active List**

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/30/16 08:21 |
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Risperidone | 2 mg | BID | 10/15/16 12:15 | | 10/30/16 08:25 |
| Polyethylene Glycol | 17 gm | DAILY | 10/20/16 11:00 | | 10/30/16 08:30 |
| Senna/Docusate Sodium | 1 tab | BID | 10/23/16 10:45 | | 10/30/16 08:26 |
| Folic Acid | 1 mg | DAILY | 10/26/16 09:00 | | 10/30/16 08:25 |
| Thiamine HCl | 100 mg | DAILY | 10/26/16 09:00 | | 10/30/16 08:25 |
| Multivitamins Therapeutic 1 tab | 1 tab | DAILY | 10/26/16 09:00 | | 10/30/16 08:26 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/27/16 09:00 | | 10/30/16 08:20 |
| Acetaminophen | 650 mg | Q4H PRN | 10/27/16 08:30 | | 10/30/16 06:15 |
| Metoprolol Tartrate | 6.25 mg | Q12 | 10/27/16 21:00 | | 10/30/16 08:26 |
| Clotrimazole | 10 mg | 5XD | 10/27/16 16:00 | | 10/30/16 11:31 |
| Clonazepam 1 mg | 1 mg | Q12H PRN | 10/28/16 21:00 | | 10/30/16 11:31 |
| Metronidazole/ Sodium Chloride | 100 ml @ 200 mls/hr | Q8 | 10/28/16 21:00 10/31/16 06:00 | | 10/30/16 12:10 |
| Insulin Human Lispro | SS LOW DOSE LOW INTENSITY SCALE: BI... | ACHS | 10/29/16 11:00 | | |
| Tramadol HCl | 50 mg | Q4H PRN | 10/29/16 17:30 | | 10/30/16 02:09 |

**10/30/16 11:18**

**Lab Results, CBC Diagram**



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1030-0200
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                          MR#: F001250247

**Lab Results, BMP Diagram**

**10/30/16 06:28**



## Quality
**Discussed Care Plan with:** Patient
**Code Status:** Full Code

## Impression and Plan
### Management Plan
**Plan**

**(1) Aspiration pneumonia**
**Impression and Plan:** -Swallow video studies done yesterday.
-Patient much more conscious than before(according to last notes)
-Patient therapy on board and recommend--
Continue moist Puree diet level with Nectar thick liquids and extra gravy.
-ENT evaluated the patient yesterday and states that no intervention is required currently.
-Continue on IV ceftriaxone and metronidazole(D3) . Will stop metronidazole on D3 according to infectious disease recommendations. stop on 10/31/16

**(2) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**Impression and Plan:** -Patient came in with TCA overdose and suicidal attempt.
-Patient had acute hepatic failure and elevated liver enzymes.
-Patient continues to be in police custody with forelimbs handcuffed due to the same and some criminal history.
-Continue on one-on-one, patient has been 302 ed .
-Psychiatry on board appreciate their recommendations.

**(3) Loculated pleural effusion**
**Impression and Plan:** Patient underwent VATS procedure thoracotomy and decortication.
Surgery on board and have discontinued the thoracostomy tubes yesterday.
The effusion fluid grew--

| | |
|---|---|
| Organism 1 | BETA HEMOLYTIC STREP C |
| GROWTH | MODERATE |
| Organism 2 | STAPHYLOCOCCUS AUREUS |
| GROWTH | RARE |
| Organism 3 | CULTURE IN PROGRESS |

```
     STA AUREUS
     M.I.C.   RX
     --------- ---
TRIMET/SULFA   <=10    S
CLINDAMYCIN    0.25    S
ERYTHROMYCIN   <=0.25   S
```

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

```
GENTAMICIN    <=0.5    S
LEVOFLOXACIN   0.25    S
LINEZOLID      2       S
OXACILLIN      0.5     S
TETRACYCLINE  >=16     R
VANCOMYCIN     1       S
```
Lorazepam for agitation.
Pain management--
- Acetaminophen 650 mg Q4 for mild pain ( 1-3 )
            - Hydromorphone 0.5 mg Q3 for moderate pain ( 4 -6 )
            - Hydromorphone 1 mg Q3 for severe pain (7-10)
        Risperidone 2 mg BID PO.

**(4) Oral thrush**
**Impression and Plan:** -Resolving DC now statin and had topical clotrimazole.

**(5) Bacteremia**
**Impression and Plan:**
 continue IV abx
TEE- no vegetations.

**(6) HIV (human immunodeficiency virus infection)**
**Impression and Plan:** Patient's CD4 count is 254. We will continue HAART after he stabilizes. Infectious disease on board,

LAMBERT,PETER C MD                                Oct 30, 2016 13:53

        **<Electronically signed by PETER C LAMBERT, MD>** 10/31/16 1824

LAMBPE / PL / DD 10/30/16 1353 / DT 10/30/16 1353

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1030-0200
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1031-0015
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/31/16 06:15
**Subjective**
Patient seen, resting comfortably this morning, no new issues noted, full chart reviewed at length

## Objective
### Patient Data

#### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/30/16 21:04 | 37.0 | 107 | | 124/59 | 93 | Room Air | | |
| 10/30/16 16:00 | | | 16 | | | | | |
| 10/30/16 08:30 | | | | | | | 2.00 | |
| 10/29/16 10:36 | | | | | | | | 40 |

**Weight in Kg**
80.00

**Bedside Blood Glucose**

**10/30/16 16:54:** POC Glucose 100
**Appearance:** : No Acute Distress
**Thorax:** : Decreased Breath Sounds
**Cardiovascular:** : No JVD: Regular Rate Rhythm
**Abdomen:** : Bowel Sounds Noted: Soft

## Results

**Lab Results, CBC Diagram**

**10/30/16 11:18**



**10/31/16 04:00**



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0015
REPORT STATUS: Signed

Page 2 of 2

# Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                      MR#: F001250247

---

**Lab Results, BMP Diagram**

**10/30/16 06:28**



**10/31/16 04:00**



## Impression and Plan
**Problem List:**
**(1) Empyema**
**Impression and Plan:** Status post Mini thoracotomy, decortication, unroofing of pulmonary abscess, plan to continue with Rocephin

**(2) Acute respiratory failure with hypoxia and hypercapnia**
**Impression and Plan:** stable

**(3) AKI (acute kidney injury)**
**Impression and Plan:** Resolved

**(4) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**Impression and Plan:** Continue to monitor clinically

**Chronic Problems:**

HAMID,SAMMY, MD                                   Oct 31, 2016 06:17

**<Electronically signed by SAMMY HAMID, MD>** 11/01/16 0602

HAMISA / SH / DD 10/31/16 0617 / DT 10/31/16 0617

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0015
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1031-0111
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
**Encounter Date & Time**
10/31/16 07:58
**Service:** Internal Medicine
**Subjective**
Patient examined bedside.No new complaints . Still continues to have right chest tightness
**Appetite:** Good
**Sleep:** Fairly Good

## Objective

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/30/16 21:04 | 37.0 | 107 | | 124/59 | 93 | Room Air | | |
| 10/30/16 16:00 | | | 16 | | | | | |
| 10/30/16 08:30 | | | | | | | 2.00 | |
| 10/29/16 10:36 | | | | | | | | 40 |

**Weight In Kg**
80.00

### Bedside Blood Glucose

**10/30/16 16:54:** POC Glucose 100
**Physical Exam**
General: no apparent distress, appears stated age
HNT: moist mucous membranes
Eyes: sclera anicteric
Thorax: clear to auscultation bilaterally, equal expansion
Cardiovascular: no jugular venous distension, no murmurs, pulse regular rate and rhythm
Abdomen: soft, non-tender, non-distended, bowel sounds noted
Extremities: no cyanosis, pulses 2+ bilaterally
Neurologic: alert/awake/oriented, grossly no abnormalitiesGeneral: []
**Current Meds Reviewed:** Yes
**Medications**

### Medications Active List

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/30/16 08:21 |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0111
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO

MR#: F001250247

| | | | | | |
|---|---|---|---|---|---|
| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Risperidone | 2 mg | BID | 10/15/16 12:15 | | 10/30/16 20:53 |
| Polyethylene Glycol | 17 gm | DAILY | 10/20/16 11:00 | | 10/30/16 08:30 |
| Senna/Docusate Sodium | 1 tab | BID | 10/23/16 10:45 | | 10/30/16 20:53 |
| Folic Acid | 1 mg | DAILY | 10/26/16 09:00 | | 10/30/16 08:25 |
| Thiamine HCl | 100 mg | DAILY | 10/26/16 09:00 | | 10/30/16 08:25 |
| Multivitamins Therapeutic 1 tab | 1 tab | DAILY | 10/26/16 09:00 | | 10/30/16 08:26 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/27/16 09:00 | | 10/30/16 08:20 |
| Acetaminophen | 650 mg | Q4H PRN | 10/27/16 08:30 | | 10/31/16 06:48 |
| Metoprolol Tartrate | 6.25 mg | Q12 | 10/27/16 21:00 | | 10/30/16 20:53 |
| Clotrimazole | 10 mg | 5XD | 10/27/16 16:00 | | 10/31/16 00:36 |
| Clonazepam | 1 mg | Q12H PRN | 10/28/16 21:00 | | 10/30/16 11:31 |
| Insulin Human Lispro | SS LOW DOSE LOW INTENSITY SCALE: BI... | ACHS | 10/29/16 11:00 | | |
| Tramadol HCl 50 mg | 50 mg | Q4H PRN | 10/29/16 17:30 | | 10/31/16 03:53 |
| Sodium Chloride | 1,000 ml @ 75 mls/hr | Q13H20M | 10/31/16 07:45 11/1/16 10:24 | | |

**Labs Reviewed:** Yes

**Lab Results, CBC Diagram**

**10/30/16 11:18**



**10/31/16 04:00**



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0111
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

**10/31/16 04:00**

**Lab Results, BMP Diagram**



**Diagnostics Reviewed:** Yes

## Quality
**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**Line Necessity Addressed:** Yes
**VTE Prophylaxis Ordered:** Yes
**Indwelling Foley Catheter:** No

## Impression and Plan
### Assessment
**Problem List:**
**(1) Aspiration pneumonia**
**Impression and Plan:** -Swallow video studies done yesterday.
-Patient much more conscious than before(according to last notes)
-Patient therapy on board and recommend
Continue moist Puree diet level with Nectar thick liquids and extra gravy.
-ENT evaluated the patient yesterday and states that no intervention is required currently.
-Continue on IV ceftriaxone and metronidazole(D3) . Will stop metronidazole on D3 according to infectious disease recommendations.

**(2) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**Impression and Plan:** -Patient came in with TCA overdose and suicidal attempt.
-Patient had acute hepatic failure and elevated liver enzymes.
-Patient continues to be in police custody with forelimbs handcuffed due to the same and some criminal history.
-Continue on one-on-one, patient has been 302 ed .
-Psychiatry on board appreciate their recommendations.

**(3) Loculated pleural effusion**
**Impression and Plan:** Patient underwent VATS procedure thoracotomy and decortication.
Surgery on board and have discontinued the thoracostomy tubes yesterday.
The effusion fluid grew--

| | |
|---|---|
| Organism 1 | BETA HEMOLYTIC STREP C |
| GROWTH | MODERATE |
| Organism 2 | STAPHYLOCOCCUS AUREUS |
| GROWTH | RARE |
| Organism 3 | CULTURE IN PROGRESS |

STA AUREUS

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0111
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                    MR#: F001250247

---

```
         M.I.C.   RX
      ---------  ---
TRIMET/SULFA   <=10    S
CLINDAMYCIN    0.25    S
ERYTHROMYCIN   <=0.25    S
GENTAMICIN     <=0.5   S
LEVOFLOXACIN   0.25    S
LINEZOLID      2       S
OXACILLIN      0.5     S
TETRACYCLINE   >=16    R
VANCOMYCIN     1       S
```
Lorazepam for agitation.
Pain management--
- Acetaminophen 650 mg Q4 for mild pain ( 1-3 )
            - Tramadol q4 for severe pain
      Risperidone 2 mg BID PO.

**(4) Oral thrush**
**Impression and Plan:** -Resolving DC now statin and had topical clotrimazole.

**(5) Bacteremia**
**Impression and Plan:**
 continue IV abx
TEE- no vegetations.

**(6) HIV (human immunodeficiency virus infection)**
**Impression and Plan:** Patient's CD4 count is 254. We will continue HAART after he stabilizes. Infectious disease on board,

**Chronic Problems:**

JADHAV,GAURAV P MD                                              Oct 31, 2016 08:02

    **<Electronically signed by GAURAV P JADHAV, MD>** 11/02/16 1124

JADHGA / GJ / DD 10/31/16 0802 / DT 10/31/16 0802

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0111
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Psychiatric Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1031-0351
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
10/31/16 15:40
**Service:** Psychiatry
**Subjective**
I am feeling better now
**Appetite:** Fair
**Sleep:** Fairly Good

## Objective

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/31/16 10:31 | | | | | | Room Air | | |
| 10/31/16 09:00 | 37.1 | 100 | 20 | 108/54 | 100 | | | |
| 10/30/16 08:30 | | | | | | | 2.00 | |
| 10/29/16 10:36 | | | | | | | | 40 |

**Weight In Kg**
80.00

**Bedside Blood Glucose**

**10/31/16 11:40:** POC Glucose 89
**Physical Exam**
General: []
Head/Neck/Throat: []
Eyes: []
Thorax: [Report some pain where surgery was done]
Cardiovascular: []
Abdomen: []
Musculoskeletal: []
Skin: []
Neurologic: []
**Current Meds Reviewed:** Yes
**Labs Reviewed:** Yes

**Lab Results, CBC Diagram**

**10/31/16 04:00**

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0351
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Psychiatric Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247



**Lab Results, BMP Diagram**

**10/31/16 04:00**

```
 ( 127 ) ( 93 ) | 13  ( 112 )
   4.1  |  26  | 0.9
```

**Diagnostics Reviewed:** Yes
**Additional Comments**
Mental status examination

Patient was seen in his room where he was lying in his bed fairly comfortably
He was pleasant and cooperative
His speech was slow and soft with goal-directed thought process
His affect was sad and constricted and mood depressed
He did not recall taking an overdose and denies that being an intentional overdose
He is aware of his legal issues and feels overwhelmed with that
He is not currently suicidal but does report feeling depressed
He has 3 children ages 2, 13 and 19 from the same mother
Prior to the hospitalization he was living with his sister and 13-year-old daughter
He has not been taking his psychotropic medication since he was last released from the prison in 2012
He does report fair response with amitriptyline and did not think that Prozac helped
He feels comfortable taking Risperdal at present
Fair insight and aware that he will be arrested once is medically cleared

## Impression and Plan
**Severity of Illness**
**1:1 Observation:** No
**Change in Symptoms:** Improving

## Assessment
**Axis I:**
**(1) Depression, major, recurrent, mild**
**Axis II:**
**Axis III:**
**Axis IV:**
**Patient Problems:**
**Plan**
Patient still has some depression and will benefit with the addition of amitriptyline at bedtime
We'll start him with amitriptyline 50 mg at bedtime
I will stop his daytime Risperdal as he is not agitated or delirious anymore
I'll continue with bedtime Risperdal as adjunct amitriptyline and gradually wean it down if he appears sedated

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0351
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Psychiatric Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

_____

Patient does not require inpatient psychiatric treatment, once medically cleared he may be released to the police custody

Patient was made aware of this and he is comfortable although not extremely happy about that with the fact that he will be arrested after the discharge

MAQSOOD,TAHIR MD                                Oct 31, 2016 15:46

**<Electronically signed by TAHIR MAQSOOD, MD>** 10/31/16 1546

MAQSTA / TM / DD 10/31/16 1546 / DT 10/31/16 1546

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1031-0351
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Internal Med Progress Note

PATIENT:  EFUNNUGA,OLUTOKUNBO
ACCT:  FA1307223089
REPORT #: 1101-0025
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#:  F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
**Encounter Date & Time**
11/1/16 06:10
**Subjective**
pt seen, resting well, no new issues or events

## Objective
## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/31/16 21:20 | 36.9 | 103 | 20 | 131/70 | 100 | Room Air | | |
| 10/30/16 08:30 | | | | | | | 2.00 | |
| 10/29/16 10:36 | | | | | | | | 40 |

**Weight in Kg**
80.00

**Bedside Blood Glucose**

**10/31/16 16:49:** POC Glucose 99
**Appearance:**  : No Acute Distress
**Thorax:**  : Decreased Breath Sounds
**Cardiovascular:**  : Regular Rate Rhythm
**Abdominal Inspection:**  : Normal
**Abdomen:**  : Bowel Sounds Noted: Soft

## Impression and Plan
**Problem List:**
**(1) Empyema**
**Impression and Plan:** Status post Mini thoracotomy, decortication, unroofing of pulmonary abscess, plan to continue with Rocephin, need ID input to change to po then ok to dc to police custody - tramadol Rx on chart, clonazepam stopped

**(2) Acute respiratory failure with hypoxia and hypercapnia**
**Impression and Plan:** stable

**(3) AKI (acute kidney injury)**
**(4) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**Chronic Problems:**

Page 2 of 2

# Mercy Fitzgerald Hospital
## Internal Med Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                    MR#: F001250247

---

HAMID,SAMMY, MD                                                Nov 1, 2016 06:11

**<Electronically signed by SAMMY HAMID, MD>** 11/02/16 0428

HAMISA / SH / DD 11/01/16 0611 / DT 11/01/16 0611

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1101-0025
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1101-0103
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

\*\*\* Signed Status \*\*\*

## Subjective
**Encounter Date & Time**
11/1/16 08:38
**Service:** Internal Medicine
**Subjective**
Patient examined bedside. No new complaints, wonders when he can be discharged for jail.
**Appetite:** Good
**Sleep:** Fairly Good

## Objective

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 10/31/16 21:20 | 36.9 | 103 | 20 | 131/70 | 100 | Room Air | | |
| 10/30/16 08:30 | | | | | | | 2.00 | |
| 10/29/16 10:36 | | | | | | | | 40 |

**Weight in Kg**
80.00

### Bedside Blood Glucose

**10/31/16 16:49:** POC Glucose 99
**Physical Exam**
General: no apparent distress, appears stated age
HNT: moist mucous membranes
Eyes: sclera anicteric
Thorax: clear to auscultation bilaterally, equal expansion
Cardiovascular: no jugular venous distension, no murmurs, pulse regular rate and rhythm
Abdomen: soft, non-tender, non-distended, bowel sounds noted
Extremities: no cyanosis, pulses 2+ bilaterally
Neurologic: alert/awake/oriented, grossly no abnormalities
**Current Meds Reviewed:** Yes
**Medications**

### Medications Active List

| Medications | Dose Ordered | Sig/Sch | Start Time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Enoxaparin Sodium | 40 mg | DAILY | 10/11/16 10:45 | | 10/31/16 08:58 |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1101-0103
REPORT STATUS: Signed

## Mercy Fitzgerald Hospital
### Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

| Dextrose | 16 gm | PRN PRN | 10/12/16 11:45 | | 10/12/16 12:41 |
|---|---|---|---|---|---|
| Dextrose/Water | 12.5 gm | PRN PRN | 10/12/16 11:45 | | |
| Risperidone | 2 mg | BID | 10/15/16 12:15 | | 10/31/16 23:44 |
| Polyethylene Glycol | 17 gm | DAILY | 10/20/16 11:00 | | 10/31/16 09:02 |
| Senna/Docusate Sodium | 1 tab | BID | 10/23/16 10:45 | | 10/31/16 21:06 |
| Thiamine HCl | 100 mg | DAILY | 10/26/16 09:00 | | 10/31/16 08:57 |
| Multivitamins Therapeutic 1 tab | 1 tab | DAILY | 10/26/16 09:00 | | 10/31/16 08:56 |
| Ceftriaxone Sodium | 100 ml @ 100 mls/hr | DAILY | 10/27/16 09:00 | | 10/31/16 08:56 |
| Acetaminophen | 650 mg | Q4H PRN | 10/27/16 08:30 | | 10/31/16 19:02 |
| Metoprolol Tartrate | 6.25 mg | Q12 | 10/27/16 21:00 | | 10/31/16 21:06 |
| Clotrimazole | 10 mg | 5XD | 10/27/16 16:00 | | 11/1/16 00:10 |
| Insulin Human Lispro | SS LOW DOSE LOW INTENSITY SCALE: BI... | ACHS | 10/29/16 11:00 | | |
| Tramadol HCl 50 mg | 50 mg | Q4H PRN | 10/29/16 17:30 | | 11/1/16 02:30 |
| Sodium Chloride | 1,000 ml @ 75 mls/hr | Q13H20M | 10/31/16 07:45 11/1/16 10:24 | | 10/31/16 21:18 |

**Labs Reviewed:** Yes

**Lab Results, CBC Diagram**

11/1/16 06:59



**Lab Results, BMP Diagram**

11/1/16 06:59



**Diagnostics Reviewed:** Yes

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1101-0103
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                    MR#: F001250247

---

## Quality
**Discussed Care Plan with:** Patient
**Code Status:** Full Code
**Line Necessity Addressed:** Yes
**VTE Prophylaxis Ordered:** Yes
**Indwelling Foley Catheter:** No

## Impression and Plan
### Assessment
**Problem List:**
**(1) Aspiration pneumonia**
**Impression and Plan:** -Swallow video studies
-Patient much more conscious than before(according to last notes)
-Patient therapy on board and recommend
Continue moist Puree diet level with Nectar thick liquids and extra gravy.
-ENT evaluated the patient yesterday and states that no intervention is required currently.
-Continue on IV ceftriaxone and metronidazole discontinued.
We'll be shifted him to oral abx according to IDs recommendations before discharge.

**(2) Suicide and self-inflicted poisoning by drugs and medicinal substances**
**Impression and Plan:** -Patient came in with TCA overdose and suicidal attempt.
-Patient had acute hepatic failure and elevated liver enzymes.
-Patient continues to be in police custody with forelimbs handcuffed due to the same and some criminal history.
-Continue on one-on-one, patient has been 302 ed .
-Psychiatry on board appreciate their recommendations.

**(3) Loculated pleural effusion**
**Impression and Plan:** Patient underwent VATS procedure thoracotomy and decortication.
Surgery on board and have discontinued the thoracostomy tubes yesterday.
The effusion fluid grew--

| | |
|---|---|
| Organism 1 | BETA HEMOLYTIC STREP C |
| GROWTH | MODERATE |
| Organism 2 | STAPHYLOCOCCUS AUREUS |
| GROWTH | RARE |
| Organism 3 | CULTURE IN PROGRESS |

STA AUREUS
M.I.C.   RX
--------- ---

| | | |
|---|---|---|
| TRIMET/SULFA | <=10 | S |
| CLINDAMYCIN | 0.25 | S |
| ERYTHROMYCIN | <=0.25 | S |
| GENTAMICIN | <=0.5 | S |
| LEVOFLOXACIN | 0.25 | S |
| LINEZOLID | 2 | S |
| OXACILLIN | 0.5 | S |
| TETRACYCLINE | >=16 | R |

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1101-0103
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Progress Note

PATIENT: EFUNNUGA,OLUTOKUNBO                                    MR#: F001250247

---

VANCOMYCIN     1        S
Lorazepam for agitation.
Pain management--
- Acetaminophen 650 mg Q4 for mild pain ( 1-3 )
              - Tramadol q4 for severe pain
      Risperidone 2 mg BID PO.

**(4) Oral thrush**
**Impression and Plan:** -Resolving DC now statin and had topical clotrimazole.

**(5) Bacteremia**
**Impression and Plan:**
 continue IV abx
TEE- no vegetations.

**(6) HIV (human immunodeficiency virus infection)**
**Impression and Plan:** Patient's CD4 count is 254. We will continue HAART after he stabilizes. Infectious disease on board,

**Chronic Problems:**

JADHAV,GAURAV P MD                                             Nov 1, 2016 08:40

        **<Electronically signed by GAURAV P JADHAV, MD>** 11/02/16 1125

JADHGA / GJ / DD 11/01/16 0840 / DT 11/01/16 0840

PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1101-0103
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO
ACCT: FA1307223089
REPORT #: 1101-0335
ROOM/BED: 411-02
SEX: M
ATTENDING: LITTMAN,MARIO, MD
PCP: DOCTOR,NONE (FAMILY)

MR#: F001250247
ADMIT DATE: 10/07/16
DOB: 03/06/1979

*** Signed Status ***

## Subjective
### Encounter Date & Time
11/1/16 15:13
**Service:** Infectious Disease
### Subjective
Pt alert, hoarseness of voice diminished, oral intake and appetite intact, no fever, rigors, TM 98.8, no HA visual changes persistent sore throat dyspnea or chest pain, pt w/o diarrhea, or abdominal discomfort

## Objective
## Patient Data

### Vital Signs, Last Documented

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 11/1/16 11:53 | | | | | | Room Air | 2.00 | 40 |
| 11/1/16 10:00 | 37.3 | 108 | 18 | 115/64 | 100 | | | |

### Weight in Kg
80.00

### Bedside Blood Glucose

**11/1/16 11:26:** POC Glucose 120

## Physical Exam
Tm 98.8

a/ox3

anicteric oropharynx exudate diminished, former CT site right thorax w/o spreading erythema or discharge, decreased bs right lung abd active bs nontender no guarding or pulsation iv access sites w/o induction slr io ntact no edema or joint swelling  Neuro no tremor appreciated cn intact ms 5/5 upper and lower plantars down no sensory deficits

## Results

### Lab Results, CBC Diagram

**11/1/16 06:59**



PATIENT: EFUNNUGA,OLUTOKUNBO
CC:
REPORT #: 1101-0335
REPORT STATUS: Signed

# Mercy Fitzgerald Hospital
## Infectious Disease Progress No

PATIENT: EFUNNUGA,OLUTOKUNBO                              MR#: F001250247

___

**Lab Results, BMP Diagram**

**11/1/16 06:59**



c/s reviewed
**Imaging**
CxR(my reading): diminished right effusion, no progressive consolidation

## **Impression and Plan**
**Plan**

bacteremia: strep mitis, repeat blood c/ sterile, TEE= n o vegetations or valvular abnormality, resolved
pneumonia: aspiration, resolved
right empyema s/p decortication and drainage 10/24, polymicrobial , resolving
HIVD: moderately advanced, CD4 240-300  Discussed previous evaluations a tDCMH where pt prescribed  8/16
combination Triumeq
elevated temperature:recurrent, presently resolved,  new c/s sterile
confusion: resolv3e
leukocytosis: follow response to intervention
candidiasis: oropharyngeal switch to topical clotrimazole
abx mgmt:recommend 1) transition to oral systemic cephalexin (500 mg po q6h) and metronidazole (500 mg po
q12h) for two weeks, 2) clinical evaluation in thoracic surgery clinic in two weeks, 3) oral clotrimazole troches four per
day until thrush resolved, 4) Triumeq one tab daily 5) clinical observation at DCMH HIV clinic in four weeks
discussed clinical presentation with pt and floor medical staff

GILBERT,MARK, MD                                            Nov 1, 2016 15:20

**<Electronically signed by MARK GILBERT, MD>** 11/01/16 1535

GILBMA / MG / DD 11/01/16 1520 / DT 11/01/16 1520

## Pre -Procedural History and Physical Verification

| | |
|---|---|
| Verified the H & P _____ Patient examined prior to procedure by _____ | Date 10/24/16 Time 12 noon |

✓ **No Interval Changes**

_____ **Changes Noted** _____

### Patient Verification

I have identified the patient on the procedure table

Attending Proceduralist _____ SHARIFF _____ Date 10/24/16 Time _____

### Post Procedural Note

**Operative Note**

**PREOPERATIVE DIAGNOSIS:** Empyema, Right chest

**POST-OPERATIVE DIAGNOSIS** same

**NAME OF SURGEON/ASSISTANTS** H.M. SHARIFF

**PROCEDURE:** Mini thoracotomy, decortication, unroofing of pulmonary abscess

**FINDINGS:** Empyema, pulmonary abscess

**SPECIMEN REMOVED:** cultures, Empyema fluid

| | |
|---|---|
| **EBL:** 300cc | **FLUIDS:** 1.8L LR |
| **COMPLICATIONS:** | **DRAINS:** 2 chest tubes Medial-Apex lateral-Base |

The LIP Signature also indicates orders for medications give during procedure.

Signature: _____ Shariff _____ Date 10/24/16 Time 11.15 AM

---

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INTERDISCIPLINARY O/P PROGRESS NOTES**

Page 1 of 2
Form MR32, Rev.4/12
PGN X PROGRESS

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



## INTERDISCIPLINARY INTEGRATED PROGRESS NOTES



EFUNNUGA OLUTOKUNBO    F001250247    RM 506 1C    > 30    at 10:56:12,    HR 119    SpO2 100

ST    PR 0.16    QRS 0.12    QT 0.36

10/7/16 Nsg 10 am    M. Bright RN

EFUNNUGA, O    F001250247    RM 506 1    32 PVC 0 NBP 110/64 (74) RESP 26 SpO2 95 Pl≤

SP    PR 0.30    QRS 0.12    QT 0.40

10/8/16 Nsg 1445    M. Bright RN

EFUNNUGA, O    F001250247    RM 506 10/8/2016 19    CHY RHYTHM PULSE 109 PVC 0 NBP 117/63 (74) RESP 35 Sp

19m ST @10⁴

---

## Mercy Fitzgerald Hospital
A member of Mercy Health System

**INTERDISCIPLINARY PROGRESS NOTES**



EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



## INTERDISCIPLINARY INTEGRATED PROGRESS NOTES



EFUNNUGA, O    F001250247    RM 506 10/9/2016 20:01:52    ∿ PULSE 95  PVC 0  NBP 122/65 (77)  RESP 26  SpO2 100

Bm SCR 94    PR=14    QRS=0.10√  QT=032

O    F001250247    RM 506 10/10/2016 07:16:00  HR 103  SV TACHY RHYTHM  PULSE 103  PVC 0  NBP 119/59 (72)  RESP 29

ST

10/10/16  Reg  FA  LS Hok.

O    F001250247    RM 506 10/12/2016 07:20:5    PULSE 96  PVC 0  NBP 158/79 (96)  RESP 33

10/12/16 SR  LS Hok

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INTERDISCIPLINARY PROGRESS NOTES**

Page 1 of 1
Form MR133, Rev.11/09
PGN.X.PROGRESS

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247



EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC: FA1307223089  MR: F001250247





**INTERDISCIPLINARY INTEGRATED PROGRESS NOTES**



O  F001250247    RM 506 10/13/20    PULSE 67  PVC 0  NBP 151/73 (90)  RESP 27  SpO2 100

10/13/16  Nsg ℠  LStroke
Foley inserted - aseptic technique - Witness by D.Hileman RN
℠ tolerated. Drained sh amber urine.  — LStol

A, O  F001250247    RM 506 10/14/2016 07:39:37  HR 103  SINUS TACHY  PULSE 103  PVC 0  NBP 132/56 (72)  RESP 29  SpO2 1

10/14/16  Nsg ℠  LStroke

EFUNNUGA, O   F001250247   RM 506 10/15/2016 00:09:24  Resp  Leads Off  RA  Lead Off   HR 78  SV RHYTHM

Owecounn   10/15/16  DDO9  8N



---

**⚕ Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INTERDISCIPLINARY PROGRESS NOTES**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

## INTERDISCIPLINARY INTEGRATED PROGRESS NOTES



F001250247    RM 506 10/15/2016 23:08:32    HR 102    SINUS TACHY    PULSE 102    P:

10-15   Nursing 7P-7A   Monitor Stach, VSS   IV Precedex
drip continues pt monitored closely.
Q 2ENC maintained pt having hallucinations
and delirium this AM. Dr. Dood aware
~Newark~

F001250247    RM 506 10/17/2016 03:44:13    HR 80    SINUS RHYTHM    PULSE 80    PVC 0    NBP 1

10-15   Nursing now 10-16-16   3⁵⁰ AM   Monitor Sinus VSS
7P-7A   IVF & Precedex drip continue along c
arabry. pt c increased agitation &
confusion that escalated requiring CERT
code & security. Locked Nightshirt placed
atvdan as per CIWA protocol & haldol & 4° PN
R 1:1 monitoring closely   ~Newark~

🏥 Mercy Fitzgerald Hospital
A member of Mercy Health System

INTERDISCIPLINARY PROGRESS NOTES



Page 1 of 1
Form MR133, Rev.11/09
PGN.X.PROGRESS

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



## INTERDISCIPLINARY INTEGRATED PROGRESS NOTES

JNNUGA, O    F001250247    RM 506 10/17/2016 06:59:08  HR 108  SV TACHY RHYTHM  PULSE 109  PVC 0  NBP 113/60



HR 108   PR .14
QRS .06   ST

10/17/16  0-60   D. McCarthy  RN

EFUNNUGA    J/17/2016 19:33:47  Some ECG AlarmsOff  HR 102  SINUS

10/17/16
1933
ST ole
PVC
Classick



Willman RN

10/18/16   EFUNN    0/18/2016 19:10:47  Some ECG AlarmsOff  HR 105  SINUS TA
1910
ST
Classickor,




**Mercy Fitzgerald Hospital**
A member of Mercy Health System

INTERDISCIPLINARY PROGRESS NOTES

Page 1 of 1
Form MR133, Rev.11/09
PGN X PROGRESS

EFUNNUGA,  OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37    M
ADM:  10/07/16
ACC: FA1307223089  MR: F001250247



## INTERDISCIPLINARY INTEGRATED PROGRESS NOTES

-01250247     RM 506 10/19/2016 16:00:33  Same ECG Alarm**        C O  NB.

EFUNNUGA, O  F001250247    RM 506 10/20/2016 00:36:17                    -R 115  SV TACHY RHYTHM  PAIR PVCs 1  PULSE 116  P

*b̷m ST @115*

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INTERDISCIPLINARY PROGRESS NOTES**



Page 1 of 1
Form MR133, Rev.11/09
PGN.X.PROGRESS

EFUNNUGA,  OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089      MR#: F001250247





ED PROGRESS NOTES

EFUNNUGA, OLUTOKUNBO    M
DOB: 03/06/1979    37
ADM: 10/07/16
ACC: FA1307223089  MR: F001250247

## INTERDISCIPLINARY INTEGRATED PROGRESS NOTES

EFUNNUGA, O   F001250247    RM 506 10/20/2016 16:20:28  Scae              3  PVC 0  NBP 161/30 (64)  RESP



O F001250247    RM 506                    msOff  HR 128  SINUS TACHY  PULSE 128  PVC 0  NBP 14



e ECG AlarmsOff  HR 166  SV TACHY RHYTHM



Son              HR              PVC 0  NBP 132



**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INTERDISCIPLINARY PROGRESS NOTES**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

Page 1 of 1
Form MR133, Rev.11/09
PGN X.PROGRESS

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37    M
ADM: 10/07/16
ACC:FA1307223089  MR:F001250247



SpO2 100  Plc àr  ràg y*

**Pre-Procedural History and Physical Verification**

| | |
|---|---|
| Verified the H & P _____ | Patient examined prior to procedure by _____ Date 10/24/11 Time _____ |

_____ No Interval Changes

_____ Changes Noted _____

_____

**Patient Verification**

I have identified the patient on the procedure table

Attending Proceduralist _____ Date 10/30/14 Time _____

**Post Procedural Note**

Operative Note

PREOPERATIVE DIAGNOSIS: _____

POST-OPERATIVE DIAGNOSIS _____

NAME OF SURGEON/ASSISTANTS _____

PROCEDURE: _____

FINDINGS: _____

SPECIMEN REMOVED: _____

EBL: _____ FLUIDS: _____

COMPLICATIONS: _____ DRAINS: _____

The LIP Signature also indicates orders for medications give during procedure.

Signature: _____ Date _____ Time _____



**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INTERDISCIPLINARY O/P PROGRESS NOTES**

Page 1 of 2
Form MR32, Rev 4/12
PGN.X PROGRESS



```
EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37   M
ADM: 10/07/16
ACC:FA1307223089  MR:F001250247
```

## INTERDISCIPLINARY INTEGRATED PROGRESS NOTES

N Wilman R

EFUNNUGA, O          1     P4        7/2016 19:02:46  Some ECG AlarmsOff  HR 110  SINI                      77/77

10/23/16
190L
57

aloossine

EFUNNUGA, O   F001250247   RM 506 10/24/2016 18:14:59  Some ECG AlarmsOff  HR 132  SINUS TACHY  PULSE 135  PVC 0  AR

10/24/11  Nursing 3p-11p                                        A. Jrnn FR

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INTERDISCIPLINARY PROGRESS NOTES**

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979   37Y   M
Adm: 10/7/2016
Acc: FA1307223089   MR#: F001250247

Page 1 of 1
Form MR133, Rev.11/09
PGN.X.PROGRESS

EFUNNUGA,OLUTOKUNBO
DOB: 03/06/1979  37   M
ADM: 10/07/16
ACC:FA1307223089 MR:F001250247

## INTERDISCIPLINARY INTEGRATED PROGRESS NOTES

EFUNNUGA, O   F001250247   RM 506 10/25/2016 19.32:10  Some ECG AlarmsOff  HR 120  SINUS TACHY  PULSE 120  PVC 0  NBP 143/85 (5

10/25h  Nursing 3p-11p                                    a/finager —

a Wilman &

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**INTERDISCIPLINARY PROGRESS NOTES**



Page 1 of 1
Form MR133, Rev.11/09
PGN X PROGRESS

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247



EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979  37   M
ADM: 10/07/16
ACC: FA1307223089 MR: F001250247





```
                         MERCY HEALTH SYSTEM LABORATORY
                           MERCY FITZGERALD HOSPITAL
                             1500 LANSDOWNE AVENUE
                         DARBY, PA 19023    (610)237-4742
                     SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                             LABORATORY REPORT
```

| NAME: EFUNNUGA, OLUTOKUNBO | DOS: 10/07/16 | LOC:FI4PVA |
|---|---|---|
| AGE/SEX:37/M        DOB:03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN, MARIO, MD | | |

KEY H – Abn High      *H – Critical High      * – High or Low(Alpha results)      # – Delta Check
    L – Abn Low       *L – Critical Low       * – Microbiology Abn Result

HEMATOLOGY

| Date | NOV 1 | OCT 31 | OCT 30 | | |
|---|---|---|---|---|---|
| Time | 0659 | 0400 | 1118 | Reference | Units |
| => WHITE BLOOD COUNT | 12.5  H | 15.1  H | 16.8  H | (4.5-11.0) | Thou/uL |
| => RED BLOOD COUNT | 3.06  L | 3.29  L | 3.61  L | (4.70-6.10) | Mill/Ul |
| => HEMOGLOBIN | 10.4  L | 10.4  L | 11.5  L | (13.5-17.5) | g/dL |
| => HEMATOCRIT | 28.7  L | 30.4  L | 33.7  L | (41.0-53.0) | % |
| => MCV | 94.0 | 92.3 | 93.1 | (80-100) | fL |
| => MCH | 34.0  H | 31.4 | 31.7 | (28.4-32.0) | pg |
| => MCHC | 36.1  H | 34.1 | 34.1 | (32.6-34.8) | g/dL |
| => RDW | 14.0 | 14.1 | 13.7 | (11.5-14.5) | % |
| => PLATELET COUNT | 535(a) # H | 651  H | 632  H | (150-450) | THOU/UL |
| => MPV | 7.8 | 7.9 | 8.1 | (7.4-10.4) | fL |

| Date | OCT 29 | OCT 28 | OCT 27 | | |
|---|---|---|---|---|---|
| Time | 0626 | 0620 | 0605 | Reference | Units |
| => WHITE BLOOD COUNT | 14.1  H | 13.5  H | 22.8  H | (4.5-11.0) | Thou/uL |
| => RED BLOOD COUNT | 3.16  L | 2.98  L | 3.09  L | (4.70-6.10) | Mill/Ul |
| => HEMOGLOBIN | 10.1  L | 9.7  L | 10.0  L | (13.5-17.5) | g/dL |
| => HEMATOCRIT | 29.1  L | 28.3  L | 29.2  L | (41.0-53.0) | % |
| => MCV | 92.4 | 95.0 | 94.6 | (80-100) | fL |
| => MCH | 32.1  H | 32.7  H | 32.3  H | (28.4-32.0) | pg |
| => MCHC | 34.8 | 34.4 | 34.1 | (32.6-34.8) | g/dL |
| => RDW | 13.8 | 13.8 | 14.1 | (11.5-14.5) | % |
| => PLATELET COUNT | 581  H | 528  H | 535  H | (150-450) | THOU/UL |
| => MPV | 8.3 | 8.7 | 8.9 | (7.4-10.4) | fL |

| Date | OCT 26 | OCT 25 | OCT 24 | | |
|---|---|---|---|---|---|
| Time | 0545 | 0555 | 0450 | Reference | Units |
| => WHITE BLOOD COUNT | 27.6  H | 24.9  H | 23.2  H | (4.5-11.0) | Thou/uL |
| => RED BLOOD COUNT | 3.24  L | 3.62  L | 3.56  L | (4.70-6.10) | Mill/Ul |
| => HEMOGLOBIN | 10.5  L | 12.0  L | 11.8  L | (13.5-17.5) | g/dL |
| => HEMATOCRIT | 30.7  L | 34.5  L | 33.2  L | (41.0-53.0) | % |
| => MCV | 94.6 | 95.3 | 93.4 | (80-100) | fL |

NOTES:  (a)  CONFIRMED IN DUPLICATE

| NAME: EFUNNUGA, OLUTOKUNBO | UNIT: F001250247 |
|---|---|
| | ACCT: FA1307223089 |
| PRINTED:12/07/16 0001 | PAGE:   1  ** CONTINUED ON NEXT PAGE ** |

```
                            MERCY HEALTH SYSTEM LABORATORY
                               MERCY FITZGERALD HOSPITAL
                                  1500 LANSDOWNE AVENUE
                            DARBY, PA 19023    (610)237-4742
                         SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

                               LABORATORY REPORT
```

| NAME: EFUNNUGA, OLUTOKUNBO | DOS: 10/07/16 | LOC: FI4PVA |
|---|---|---|
| AGE/SEX: 37/M     DOB: 03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN, MARIO, MD | | |

| KEY H - Abn High | *H - Critical High | * - High or Low(Alpha results) | # - Delta Check |
|---|---|---|---|
| L - Abn Low | *L - Critical Low | * - Microbiology Abn Result | |

HEMATOLOGY CONTINUED

| Date | OCT 26 | OCT 25 | OCT 24 | | |
|---|---|---|---|---|---|
| Time | 0545 | 0555 | 0450 | Reference | Units |
| => MCH | 32.3  H | 33.1  H | 33.1  H | (28.4-32.0) | pg |
| => MCHC | 34.2 | 34.8 | 35.5  H | (32.6-34.8) | g/dL |
| => RDW | 13.8 | 13.9 | 13.7 | (11.5-14.5) | % |
| -> PLATELET COUNT | 521  H | 583  H | 549  H | (150-450) | THOU/UL |
| => MPV | 9.0 | 9.4 | 8.7 | (7.4-10.4) | fL |
| => NEUTROPHILS | | | 82.0  H | (42.0-75.0) | % |
| => LYMPHOCYTE | | | 6.0  L | (18.0-44.0) | % |
| => MONOCYTES | | | 7.0 | (0.0-18.0) | % |
| => EOSINOPHIL | | | 1.0 | (0.0-5.0) | % |
| => NEUTROPHILS # | | | 19.0  H | (1.8-8.0) | Thou/uL |
| => LYMPHOCYTE # | | | 1.4 | (1.2-4.2) | Thou/uL |
| => MONOCYTE # | | | 1.6  H | (0.0-1.0) | Thou/uL |
| => EOSINOPHIL # | | | 0.2 | (0.0-0.7) | Thou/uL |

| Date | OCT 23 | OCT 22 | OCT 21 | | |
|---|---|---|---|---|---|
| Time | 0500 | 0513 | 0500 | Reference | Units |
| => WHITE BLOOD COUNT | 24.3  H | 31.6 # H | 21.6  H | (4.5-11.0) | Thou/uL |
| => RED BLOOD COUNT | 3.46  L | 3.78  L | 3.67  L | (4.70-6.10) | Mill/Ul |
| => HEMOGLOBIN | 11.2  L | 12.4  L | 12.1  L | (13.5-17.5) | g/dL |
| => HEMATOCRIT | 32.7  L | 35.3  L | 35.0  L | (41.0-53.0) | % |
| => MCV | 94.6 | 93.6 | 95.3 | (80-100) | fL |
| => MCH | 32.5  H | 32.9  H | 33.0  H | (28.4-32.0) | pg |
| => MCHC | 34.4 | 35.2  H | 34.6 | (32.6-34.8) | g/dL |
| => RDW | 13.5 | 13.8 | 13.5 | (11.5-14.5) | % |
| => PLATELET COUNT | 526  H | 620  H | 540  H | (150-450) | THOU/UL |
| => MPV | 8.9 | 8.6 | 8.9 | (7.4-10.4) | fL |

| Date | OCT 20 | OCT 19 | OCT 18 | | |
|---|---|---|---|---|---|
| Time | 0415 | 0545 | 0545 | Reference | Units |
| => WHITE BLOOD COUNT | 15.7  H | 20.0  H | 19.7  H | (4.5-11.0) | Thou/uL |
| => RED BLOOD COUNT | 3.43  L | 3.52  L | 3.56  L | (4.70-6.10) | Mill/Ul |
| => HEMOGLOBIN | 11.4  L | 11.8  L | 11.7  L | (13.5-17.5) | g/dL |
| => HEMATOCRIT | 32.3  L | 33.4  L | 34.1  L | (41.0-53.0) | % |
| => MCV | 94.3 | 94.7 | 95.8 | (80-100) | fL |

| NAME: EFUNNUGA, OLUTOKUNBO | UNIT: F001250247 |
|---|---|
| | ACCT: FA1307223089 |
| PRINTED: 12/07/16 0001 | PAGE:    2  ** CONTINUED ON NEXT PAGE ** |

```
                          MERCY HEALTH SYSTEM LABORATORY
                            MERCY FITZGERALD HOSPITAL
                              1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                    SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

                              LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO          DOS:  10/07/16            LOC: FI4PVA
AGE/SEX: 37/M      DOB: 03/06/1979   ACCT: FA1307223089        MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H — Abn High      *H — Critical High      * — High or Low(Alpha results)    # — Delta Check
    L — Abn Low       *L — Critical Low       * — Microbiology Abn Result

HEMATOLOGY CONTINUED

| Date<br>Time | OCT 20<br>0415 | | OCT 19<br>0545 | | OCT 18<br>0545 | | Reference | Units |
|---|---|---|---|---|---|---|---|---|
| => MCH | 33.4 | H | 33.5 | H | 33.0 | H | (28.4–32.0) | pg |
| => MCHC | 35.4 | H | 35.4 | H | 34.5 | | (32.6–34.8) | g/dL |
| => RDW | 13.5 | | 13.4 | | 13.6 | | (11.5–14.5) | % |
| => PLATELET COUNT | 554 | H | 531 | H | 520 | H | (150–450) | THOU/UL |
| => MPV | 8.6 | | 8.6 | | 8.7 | | (7.4–10.4) | fL |
| => NEUTROPHILS | | | | | 83.3 | H | (42.0–75.0) | % |
| => LYMPHOCYTE | | | | | 7.4 | L | (18.0–44.0) | % |
| => MONOCYTES | | | | | 8.2 | | (0.0–18.0) | % |
| => EOSINOPHIL | | | | | 0.7 | | (0.0–5.0) | % |
| => BASOPHIL | | | | | 0.4 | | (0.0–2.0) | % |
| => NEUTROPHILS # | | | | | 16.4 | H | (1.8–8.0) | Thou/uL |
| => LYMPHOCYTE # | | | | | 1.5 | | (1.2–4.2) | Thou/uL |
| => MONOCYTE # | | | | | 1.6 | H | (0.0–1.0) | Thou/uL |
| => EOSINOPHIL # | | | | | 0.1 | | (0.0–0.7) | Thou/uL |
| => BASOPHIL # | | | | | 0.1 | | (0.0–0.5) | Thou/uL |

| Date<br>Time | OCT 17<br>0550 | | OCT 16<br>0515 | | OCT 15<br>0534 | | Reference | Units |
|---|---|---|---|---|---|---|---|---|
| => WHITE BLOOD COUNT | 18.3 | H | 17.6 | H | 14.0 | H | (4.5–11.0) | Thou/uL |
| => RED BLOOD COUNT | 3.66 | L | 3.58 | L | 3.53 | L | (4.70–6.10) | Mill/Ul |
| => HEMOGLOBIN | 11.9 | L | 11.8 | L | 11.5 | L | (13.5–17.5) | g/dL |
| => HEMATOCRIT | 35.2 | L | 34.4 | L | 34.5 | L | (41.0–53.0) | % |
| => MCV | 96.4 | | 96.2 | | 97.7 | | (80–100) | fL |
| => MCH | 32.6 | H | 32.9 | H | 32.5 | H | (28.4–32.0) | pg |
| => MCHC | 33.8 | | 34.2 | | 33.3 | | (32.6–34.8) | g/dL |
| => RDW | 13.5 | | 13.4 | | 13.8 | | (11.5–14.5) | % |
| => PLATELET COUNT | 464 | H | 371 | | 297 | | (150–450) | THOU/UL |
| => MPV | 8.8 | | 9.0 | | 9.1 | | (7.4–10.4) | fL |
| => NEUTROPHILS | 84.3 | H | 86.4 | H | 79.7 | H | (42.0–75.0) | % |
| => LYMPHOCYTE | 6.2 | L | 5.5 | L | 8.6 | L | (18.0–44.0) | % |
| => MONOCYTES | 8.1 | | 7.2 | | 9.6 | | (0.0–18.0) | % |
| => EOSINOPHIL | 1.2 | | 0.6 | | 1.9 | | (0.0–5.0) | % |
| => BASOPHIL | 0.2 | | 0.3 | | 0.2 | | (0.0–2.0) | % |
| => NEUTROPHILS # | 15.4 | H | 15.2 | H | 11.2 | H | (1.8–8.0) | Thou/uL |
| => LYMPHOCYTE # | 1.1 | L | 1.0 | L | 1.2 | | (1.2–4.2) | Thou/uL |
| => MONOCYTE # | 1.5 | H | 1.3 | H | 1.3 | H | (0.0–1.0) | Thou/uL |

NAME: EFUNNUGA, OLUTOKUNBO               UNIT: F001250247
                                         ACCT: FA1307223089
PRINTED: 12/07/16 0001                   PAGE:    3   ** CONTINUED ON NEXT PAGE **

```
                        MERCY HEALTH SYSTEM LABORATORY
                         MERCY FITZGERALD HOSPITAL
                           1500 LANSDOWNE AVENUE
                     DARBY, PA 19023    (610)237-4742
                  SAMIA HENIEN, M.D.   MEDICAL DIRECTOR
```

## LABORATORY REPORT

| | | |
|---|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | DOS:  10/07/16 | LOC: FI4PVA |
| AGE/SEX: 37/M        DOB: 03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN, MARIO, MD | | |

| | | | |
|---|---|---|---|
| KEY H - Abn High | *H - Critical High | * - High or Low(Alpha results) | # - Delta Check |
| L - Abn Low | *L - Critical Low | * - Microbiology Abn Result | |

### HEMATOLOGY CONTINUED

| Date<br>Time | OCT 17<br>0550 | OCT 16<br>0515 | OCT 15<br>0534 | Reference | Units |
|---|---|---|---|---|---|
| => EOSINOPHIL # | 0.2 | 0.1 | 0.3 | (0.0-0.7) | Thou/uL |
| => BASOPHIL # | 0.0 | 0.1 | 0.0 | (0.0-0.5) | Thou/uL |

| Date<br>Time | OCT 14<br>0555 | OCT 13<br>0600 | OCT 12<br>0540 | Reference | Units |
|---|---|---|---|---|---|
| => WHITE BLOOD COUNT | 10.9 | 10.9 | 10.3 | (4.5-11.0) | Thou/uL |
| => RED BLOOD COUNT | 3.79  L | 3.58  L | 3.52  L | (4.70-6.10) | Mill/Ul |
| => HEMOGLOBIN | 12.3  L | 11.8  L | 11.8  L | (13.5-17.5) | g/dL |
| => HEMATOCRIT | 37.3  L | 35.1  L | 34.9  L | (41.0-53.0) | % |
| => MCV | 98.5 | 97.8 | 99.0 | (80-100) | fL |
| => MCH | 32.5  H | 32.8  H | 33.4  H | (28.4-32.0) | pg |
| => MCHC | 33.0 | 33.5 | 33.7 | (32.6-34.8) | g/dL |
| => RDW | 13.9 | 13.5 | 13.8 | (11.5-14.5) | % |
| => PLATELET COUNT | 262 | 194 | 170 | (150-450) | THOU/UL |
| => MPV | 9.4 | 9.6 | 9.7 | (7.4-10.4) | fL |
| => NEUTROPHILS | 77.0  H | 76.0  H | 81.5  H | (42.0-75.0) | % |
| => LYMPHOCYTE | 7.5  L | 8.0  L | 6.6  L | (18.0-44.0) | % |
| => MONOCYTES | 11.2 | 4.0 | 10.6 | (0.0-18.0) | % |
| => EOSINOPHIL | 3.9 | 7.0  H | 1.1 | (0.0-5.0) | % |
| => BASOPHIL | 0.4 | | 0.2 | (0.0-2.0) | % |
| => NEUTROPHILS # | 8.4  H | 8.3  H | 8.4  H | (1.8-8.0) | Thou/uL |
| => LYMPHOCYTE # | 0.8  L | 0.9  L | 0.7  L | (1.2-4.2) | Thou/uL |
| => MONOCYTE # | 1.2  H | 0.4 | 1.1  H | (0.0-1.0) | Thou/uL |
| => EOSINOPHIL # | 0.4 | 0.8  H | 0.1 | (0.0-0.7) | Thou/uL |
| => BASOPHIL # | 0.0 | | 0.0 | (0.0-0.5) | Thou/uL |

| Date<br>Time | OCT 11<br>1910 | OCT 10<br>0445 | OCT 9<br>0530 | Reference | Units |
|---|---|---|---|---|---|
| => WHITE BLOOD COUNT | 11.3  H | 7.7 | 11.8  H | (4.5-11.0) | Thou/uL |
| => RED BLOOD COUNT | 3.69  L | 3.81  L | 4.24  L | (4.70-6.10) | Mill/Ul |
| => HEMOGLOBIN | 12.1  L | 13.0  L | 14.2 | (13.5-17.5) | g/dL |
| => HEMATOCRIT | 36.0  L | 37.4  L | 42.0 | (41.0-53.0) | % |
| => MCV | 97.7 | 98.3 | 99.0 | (80-100) | fL |
| => MCH | 32.7  H | 34.2  H | 33.5  H | (28.4-32.0) | pg |

| | | |
|---|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | UNIT: F001250247 | |
| | ACCT: FA1307223089 | |
| PRINTED: 12/07/16 0001 | PAGE:    4   ** CONTINUED ON NEXT PAGE ** | |

```
                        MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                       DARBY, PA 19023    (610)237-4742
                    SAMIA HENIEN, M.D.   MEDICAL DIRECTOR
```

## LABORATORY REPORT

| | | |
|---|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | DOS: 10/07/16 | LOC: FI4PVA |
| AGE/SEX: 37/M     DOB: 03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN, MARIO, MD | | |

| | | |
|---|---|---|
| KEY H - Abn High | *H - Critical High | * - High or Low(Alpha results)     # - Delta Check |
| L - Abn Low | *L - Critical Low | * - Microbiology Abn Result |

### HEMATOLOGY CONTINUED

| Date | OCT 11 | OCT 10 | OCT 9 | | |
|---|---|---|---|---|---|
| Time | 1910 | 0445 | 0530 | Reference | Units |
| => MCHC | 33.5 | 34.8 | 33.9 | (32.6-34.8) | g/dL |
| => RDW | 13.3 | 13.1 | 13.6 | (11.5-14.5) | % |
| => PLATELET COUNT | 167 | 133  L | 142  L | (150-450) | THOU/UL |
| => MPV | 9.9 | 10.0 | 10.3 | (7.4-10.4) | fL |
| => NEUTROPHILS | 80.7  H | 84.1  H | 82.8  H | (42.0-75.0) | % |
| => LYMPHOCYTE | 9.1  L | 10.3  L | 11.5  L | (18.0-44.0) | % |
| => MONOCYTES | 9.4 | 5.3 | 5.6 | (0.0-18.0) | % |
| => EOSINOPHIL | 0.6 | 0.2 | 0.0 | (0.0-5.0) | % |
| => BASOPHIL | 0.2 | 0.1 | 0.1 | (0.0-2.0) | % |
| => NEUTROPHILS # | 9.1  H | 6.4 | 9.8  H | (1.8-8.0) | Thou/uL |
| => LYMPHOCYTE # | 1.0  L | 0.8  L | 1.4 | (1.2-4.2) | Thou/uL |
| => MONOCYTE # | 1.1  H | 0.4 | 0.7 | (0.0-1.0) | Thou/uL |
| => EOSINOPHIL # | 0.1 | 0.0 | 0.0 | (0.0-0.7) | Thou/uL |
| => BASOPHIL # | 0.0 | 0.0 | 0.0 | (0.0-0.5) | Thou/uL |

| Date | OCT 8 | OCT 7 | | |
|---|---|---|---|---|
| Time | 0510 | 0732 | Reference | Units |
| => WHITE BLOOD COUNT | 13.6  H | 7.6 | (4.5-11.0) | Thou/uL |
| => RED BLOOD COUNT | 4.20  L | 4.76 | (4.70-6.10) | Mill/Ul |
| => HEMOGLOBIN | 13.7 # | 16.3 | (13.5-17.5) | g/dL |
| => HEMATOCRIT | 41.0 | 46.7 | (41.0-53.0) | % |
| => MCV | 97.6 | 98.1 | (80-100) | fL |
| => MCH | 32.6  H | 34.2  H | (28.4-32.0) | pg |
| => MCHC | 33.4 | 34.9  H | (32.6-34.8) | g/dL |
| => RDW | 13.0 | 13.6 | (11.5-14.5) | % |
| => PLATELET COUNT | 158 | 184 | (150-450) | THOU/UL |
| => MPV | 10.0 | 9.4 | (7.4-10.4) | fL |
| => NEUTROPHILS | | 77.0  H | (42.0-75.0) | % |
| => LYMPHOCYTE | | 16.2  L | (18.0-44.0) | % |
| => MONOCYTES | | 6.1 | (0.0-18.0) | % |
| => EOSINOPHIL | | 0.4 | (0.0-5.0) | % |
| => BASOPHIL | | 0.3 | (0.0-2.0) | % |
| => NEUTROPHILS # | | 5.9 | (1.8-8.0) | Thou/uL |
| => LYMPHOCYTE # | | 1.2 | (1.2-4.2) | Thou/uL |
| => MONOCYTE # | | 0.5 | (0.0-1.0) | Thou/uL |
| => EOSINOPHIL # | | 0.0 | (0.0-0.7) | Thou/uL |

| | | |
|---|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | | UNIT: F001250247 |
| | | ACCT: FA1307223089 |
| PRINTED: 12/07/16 0001 | | PAGE:   5  ** CONTINUED ON NEXT PAGE ** |

```
                          MERCY HEALTH SYSTEM LABORATORY
                            MERCY FITZGERALD HOSPITAL
                             1500 LANSDOWNE AVENUE
                          DARBY, PA 19023    (610)237-4742
                        SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

| NAME: EFUNNUGA, OLUTOKUNBO | | DOS: 10/07/16 | LOC: FI4PVA |
|---|---|---|---|
| AGE/SEX: 37/M | DOB: 03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN, MARIO, MD | | | |

| KEY H – Abn High | *H – Critical High | * – High or Low(Alpha results) | # – Delta Check |
|---|---|---|---|
| L – Abn Low | *L – Critical Low | * – Microbiology Abn Result | |

HEMATOLOGY CONTINUED

| Date | | OCT 8 | OCT 7 | | | |
|---|---|---|---|---|---|---|
| Time | | 0510 | 0732 | | Reference | Units |
| => BASOPHIL # | | \| | \| 0.0 \| | | \| (0.0-0.5) | Thou/uL |

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => NUCLEATED RBC% | 7 | OCT 13 | 0600 | 1.0 | | % |
| => BAND | 7 | OCT 13 | 0600 | 3.0 | (0.0-4.0) | % |
| => BAND | 18 | OCT 24 | 0450 | 4.0 | (0.0-4.0) | % |
| => MYELOCYTE | 7 | OCT 13 | 0600 | 2.0 | | % |
| => BAND# | 7 | OCT 13 | 0600 | 0.3 | | Thou/uL |
| => BAND# | 18 | OCT 24 | 0450 | 0.9 | | Thou/uL |
| => MYELOCYTE# | 7 | OCT 13 | 0600 | 0.2 | | Thou/uL |
| => PLT ESTIMATE | 18 | OCT 24 | 0450 | INCREASED | (NORMAL) | |
| => POLYCHROMASIA | 18 | OCT 24 | 0450 | 1+ | | |
| => HYPOCHROMASIA | 7 | OCT 13 | 0600 | 1+ | | |
| => ANISOCYTOSIS | 18 | OCT 24 | 0450 | 1+ | | |
| => MICROCYTOSIS | 7 | OCT 13 | 0600 | 1+ | | |
| => MACROCYTOSIS | 7 | OCT 13 | 0600 | 1+ | | |
| => MACROCYTOSIS | 18 | OCT 24 | 0450 | FEW | | |
| => TARGET CELLS | 18 | OCT 24 | 0450 | 1+ | | |
| => Prothrombin Tim | 1 | OCT 7 | 0732 | 14.1 | (11.3-15.3) | SECONDS |
| => Prothrombin Tim | 14 | OCT 20 | 0415 | 16.3  H | (11.3-15.3) | SECONDS |
| => Prothrombin Tim | 15 | OCT 21 | 0500 | 16.4  H | (11.3-15.3) | SECONDS |
| => Prothrombin Tim | 18 | OCT 24 | 0450 | 15.8  H | (11.3-15.3) | SECONDS |
| => Prothrombin Tim | 19 | OCT 25 | 0829 | 17.2  H | (11.3-15.3) | SECONDS |
| => Prothrombin Tim | 20 | OCT 26 | 0545 | 17.8  H | (11.3-15.3) | SECONDS |
| => Prothrombin Tim | 21 | OCT 27 | 0605 | 15.8  H | (11.3-15.3) | SECONDS |
| => INR | 1 | OCT 7 | 0732 | 1.2 | (0.8-1.2) | |
| => INR | 14 | OCT 20 | 0415 | 1.4  H | (0.8-1.2) | |
| => INR | 15 | OCT 21 | 0500 | 1.4  H | (0.8-1.2) | |
| => INR | 18 | OCT 24 | 0450 | 1.3  H | (0.8-1.2) | |
| => INR | 19 | OCT 25 | 0829 | 1.5  H | (0.8-1.2) | |
| => INR | 20 | OCT 26 | 0545 | 1.6  H | (0.8-1.2) | |
| => INR | 21 | OCT 27 | 0605 | 1.3  H | (0.8-1.2) | |
| => PTT | 1 | OCT 7 | 0732 | 31.0 | (24.0-39.0) | SECONDS |
| => PTT | 20 | OCT 26 | 1238 | 37.4 | (24.0-39.0) | SECONDS |

| NAME: EFUNNUGA, OLUTOKUNBO | UNIT: F001250247 |
|---|---|
| | ACCT: FA1307223089 |
| PRINTED: 12/07/16 0001 | PAGE:   6   ** CONTINUED ON NEXT PAGE ** |

```
                              MERCY HEALTH SYSTEM LABORATORY
                                MERCY FITZGERALD HOSPITAL
                                  1500 LANSDOWNE AVENUE
                              DARBY, PA 19023    (610)237-4742
                           SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

                                    LABORATORY REPORT
```

| | | |
|---|---|---|
| NAME:EFUNNUGA,OLUTOKUNBO | DOS:  10/07/16 | LOC:FI4PVA |
| AGE/SEX:37/M       DOB:03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN,MARIO, MD | | |

```
KEY H - Abn High      *H - Critical High     * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low       *L - Critical Low      * - Microbiology Abn Result
```

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => SOURCE, CSF | 2 | OCT 8 | 1337 | CSF(b) | | |
| => TUBE NUMBER, CS | 2 | OCT 8 | 1337 | 3 | | |
| => COLOR, CSF | 2 | OCT 8 | 1337 | COLORLESS | | |
| => APPEARANCE, CSF | 2 | OCT 8 | 1337 | CLEAR | | |
| => XANTHOCHROMIA | 2 | OCT 8 | 1337 | NO | | |
| => WBC, CSF | 2 | OCT 8 | 1337 | 1 | | /uL |
| => RBC, CSF | 2 | OCT 8 | 1337 | 383 | | /mm3 |
| => GLUCOSE, CSF | 2 | OCT 8 | 1337 | 69 | (40-70) | mg/dL |
| => TOTAL PROTEIN, | 2 | OCT 8 | 1337 | 58  H | (15-45) | mg/dL |
| => COLOR URINE | 2 | OCT 8 | 2100 | YELLOW | (YEL,AMB) | |
| => COLOR URINE | 13 | OCT 19 | 1813 | AMBER | (YEL,AMB) | |
| => APPEARANCE | 2 | OCT 8 | 2100 | CLEAR | (CLEAR) | |
| => APPEARANCE | 13 | OCT 19 | 1813 | CLEAR | (CLEAR) | |
| => GLUCOSE | 2 | OCT 8 | 2100 | NEGATIVE | (NEGATIVE) | mg/dl |
| => GLUCOSE | 13 | OCT 19 | 1813 | NEGATIVE | (NEGATIVE) | mg/dl |
| => BILIRUBIN | 2 | OCT 8 | 2100 | NEGATIVE | (NEGATIVE) | |
| => BILIRUBIN | 13 | OCT 19 | 1813 | NEGATIVE | (NEGATIVE) | |
| => KETONE | 2 | OCT 8 | 2100 | 20  H | (NEGATIVE) | mg/dL |
| => KETONE | 13 | OCT 19 | 1813 | NEGATIVE | (NEGATIVE) | mg/dL |
| => SPECIFIC GRAVIT | 2 | OCT 8 | 2100 | 1.020 | (1.005-1.030) | |
| => SPECIFIC GRAVIT | 13 | OCT 19 | 1813 | 1.012 | (1.005-1.030) | |
| => OCCULT BLOOD UR | 2 | OCT 8 | 2100 | SMALL  H | (NEGATIVE) | |
| => OCCULT BLOOD UR | 13 | OCT 19 | 1813 | LARGE  H | (NEGATIVE) | |
| => PH, URINE | 2 | OCT 8 | 2100 | 9.0 | (5.0-9.0) | |
| => PH, URINE | 13 | OCT 19 | 1813 | 7.0 | (5.0-9.0) | |
| => PROTEIN | 2 | OCT 8 | 2100 | 30  H | (Neg, Trace) | mg/dL |
| => PROTEIN | 13 | OCT 19 | 1813 | 30  H | (Neg, Trace) | mg/dL |
| => UROBILINOGEN | 2 | OCT 8 | 2100 | 4.0  H | (0.1-2.0) | E.U./dL |
| => UROBILINOGEN | 13 | OCT 19 | 1813 | 4.0  H | (0.1-2.0) | E.U./dL |
| => NITRATE | 2 | OCT 8 | 2100 | NEGATIVE | (NEGATIVE) | |
| => NITRATE | 13 | OCT 19 | 1813 | NEGATIVE | (NEGATIVE) | |
| => LEUKOCYTE ESTER | 2 | OCT 8 | 2100 | NEGATIVE | (NEGATIVE) | |
| => LEUKOCYTE ESTER | 13 | OCT 19 | 1813 | NEGATIVE | (NEGATIVE) | |

```
NOTES:  (b)                      Normal Range
                            Adults         Neonates
              Lymph         40-80%         5-35%
              Mono          15-45%         50-90%
              Seg            0-6%          0-8%
```

| | | |
|---|---|---|
| NAME: EFUNNUGA,OLUTOKUNBO | UNIT: F001250247 | |
| | ACCT: FA1307223089 | |
| PRINTED:12/07/16 0001 | PAGE:    7  ** CONTINUED ON NEXT PAGE ** | |

```
                            MERCY HEALTH SYSTEM LABORATORY
                               MERCY FITZGERALD HOSPITAL
                                 1500 LANSDOWNE AVENUE
                            DARBY, PA 19023    (610)237-4742
                          SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                                   LABORATORY REPORT
```

| | | | |
|---|---|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | | DOS:  10/07/16 | LOC:FI4PVA |
| AGE/SEX:37/M        DOB:03/06/1979 | | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN, MARIO, MD | | | |

```
KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result
```

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => MICROSCOPIC | 2 | OCT 8 | 2100 | ADD MICRO | | |
| => MICROSCOPIC | 13 | OCT 19 | 1813 | ADD MICRO | | |
| => RBC | 2 | OCT 8 | 2100 | 0-2 | (0-2) | /hpf |
| => RBC | 13 | OCT 19 | 1813 | 51-100  H | (0-2) | /hpf |
| => WBC | 2 | OCT 8 | 2100 | 6-10  H | (0-5) | /hpf |
| => WBC | 13 | OCT 19 | 1813 | 3-5 | (0-5) | /hpf |
| => SQUAMOUS CELLS | 13 | OCT 19 | 1813 | OCC | | /hpf |
| => HYALINE CAST | 13 | OCT 19 | 1813 | OCC  H | | /hpf |
| => Patient Temp | 1 | OCT 7 | 0735 | 98.6 | | |
| => Patient Temp | 1 | OCT 7 | 0825 | 98.6 | | |
| => Patient Temp | 1 | OCT 7 | 1025 | 98.6 | | |
| => Patient Temp | 1 | OCT 7 | 1700 | 98.6 | | |
| => Patient Temp | 2 | OCT 8 | 0615 | 98.6 | | |
| => Patient Temp | 3 | OCT 9 | 0558 | 98.6 | | |
| => Patient Temp | 4 | OCT 10 | 0500 | 98.6 | | |
| => Patient Temp | 6 | OCT 12 | 0552 | 98.6 | | |
| => Patient Temp | 7 | OCT 13 | 0530 | 98.6 | | |
| => Patient Temp | 8 | OCT 14 | 0457 | 98.6 | | |
| => Patient Temp | 18 | OCT 24 | 1700 | 98.6 | | |
| => pH, ARTERIAL | 1 | OCT 7 | 0825 | 7.31  L | (7.35-7.45) | |
| => pH, ARTERIAL | 2 | OCT 8 | 0615 | 7.45 | (7.35-7.45) | |
| => pH, ARTERIAL | 3 | OCT 9 | 0558 | 7.48  H | (7.35-7.45) | |
| => pH, ARTERIAL | 4 | OCT 10 | 0500 | 7.43 | (7.35-7.45) | |
| => pH, ARTERIAL | 6 | OCT 12 | 0552 | 7.44 | (7.35-7.45) | |
| => pH, ARTERIAL | 7 | OCT 13 | 0530 | 7.41 | (7.35-7.45) | |
| => pH, ARTERIAL | 8 | OCT 14 | 0457 | 7.44 | (7.35-7.45) | |
| => pH, ARTERIAL | 18 | OCT 24 | 1700 | 7.41 | (7.35-7.45) | |
| => VBG pH | 1 | OCT 7 | 0735 | 7.26  L | (7.32-7.43) | |
| => VBG pH | 1 | OCT 7 | 1025 | 7.29  L | (7.32-7.43) | |
| => VBG pH | 1 | OCT 7 | 1700 | 7.43 | (7.32-7.43) | |
| => ART BLD PCO2 | 1 | OCT 7 | 0825 | 50.7  H | (35.0-45.0) | mmHg |
| => ART BLD PCO2 | 2 | OCT 8 | 0615 | 48.6  H | (35.0-45.0) | mmHg |
| => ART BLD PCO2 | 3 | OCT 9 | 0558 | 39.1 | (35.0-45.0) | mmHg |
| => ART BLD PCO2 | 4 | OCT 10 | 0500 | 42.2 | (35.0-45.0) | mmHg |
| => ART BLD PCO2 | 6 | OCT 12 | 0552 | 40.8 | (35.0-45.0) | mmHg |
| => ART BLD PCO2 | 7 | OCT 13 | 0530 | 46.2  H | (35.0-45.0) | mmHg |
| => ART BLD PCO2 | 8 | OCT 14 | 0457 | 43.5 | (35.0-45.0) | mmHg |
| => ART BLD PCO2 | 18 | OCT 24 | 1700 | 40.6 | (35.0-45.0) | mmHg |
| => VEN PARTL PRESS | 1 | OCT 7 | 0735 | 57.2  H | (38-50) | mmHg |
| => VEN PARTL PRESS | 1 | OCT 7 | 1025 | 59.2  H | (38-50) | mmHg |

```
                          NAME: EFUNNUGA, OLUTOKUNBO          UNIT: F001250247
                                                             ACCT: FA1307223089
                          PRINTED:12/07/16 0001               PAGE:   8  ** CONTINUED ON NEXT PAGE **
```

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

LABORATORY REPORT

NAME: EFUNNUGA, OLUTOKUNBO          DOB: 10/07/16                LOC: FI4PVA
AGE/SEX: 37/M      DOB: 03/06/1979   ACCT: FA1307223089          MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H – Abn High      *H – Critical High      * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low       *L – Critical Low       * – Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => VEN PARTL PRESS | 1 | OCT 7 | 1700 | 47.1 | (38-50) | mmHg |
| => VEN BLOOD GAS P | 1 | OCT 7 | 0735 | 68.1 H | (30-50) | mmHg |
| => VEN BLOOD GAS P | 1 | OCT 7 | 1025 | 43.5 | (30-50) | mmHg |
| => VEN BLOOD GAS P | 1 | OCT 7 | 1700 | 91.1 H | (30-50) | mmHg |
| => VBG PH TEMP COR | 1 | OCT 7 | 0735 | 7.26 L | (7.32-7.43) | |
| => VBG PH TEMP COR | 1 | OCT 7 | 1025 | 7.29 L | (7.32-7.43) | |
| => VBG PH TEMP COR | 1 | OCT 7 | 1700 | 7.43 | (7.32-7.43) | |
| => VBG PCO2 TEMP C | 1 | OCT 7 | 0735 | 57.2 H | (38-50) | |
| => VBG PCO2 TEMP C | 1 | OCT 7 | 1025 | 59.2 H | (38-50) | |
| => VBG PCO2 TEMP C | 1 | OCT 7 | 1700 | 47.1 | (38-50) | |
| => VBG PO2 TEMP CO | 1 | OCT 7 | 0735 | 68.1 H | (30-50) | |
| => VBG PO2 TEMP CO | 1 | OCT 7 | 1025 | 43.5 | (30-50) | |
| => VBG PO2 TEMP CO | 1 | OCT 7 | 1700 | 91.1 H | (30-50) | |
| => ART BL PART PRE | 1 | OCT 7 | 0825 | 482 H | (83-108) | mmHg |
| => ART BL PART PRE | 2 | OCT 8 | 0615 | 148 H | (83-108) | mmHg |
| => ART BL PART PRE | 3 | OCT 9 | 0558 | 60 L | (83-108) | mmHg |
| => ART BL PART PRE | 4 | OCT 10 | 0500 | 107 | (83-108) | mmHg |
| => ART BL PART PRE | 6 | OCT 12 | 0552 | 126 H | (83-108) | mmHg |
| => ART BL PART PRE | 7 | OCT 13 | 0530 | 122 H | (83-108) | mmHg |
| => ART BL PART PRE | 8 | OCT 14 | 0457 | 94 | (83-108) | mmHg |
| => ART BL PART PRE | 18 | OCT 24 | 1700 | 104 | (83-108) | mmHg |
| => VENOUS HCO3 | 1 | OCT 7 | 0735 | 25.8 | (23-27) | mmol/L |
| => VENOUS HCO3 | 1 | OCT 7 | 1025 | 28.6 H | (23-27) | mmol/L |
| => VENOUS HCO3 | 1 | OCT 7 | 1700 | 31.3 H | (23-27) | mmol/L |
| => ABG Ph TEMP COR | 1 | OCT 7 | 0825 | 7.31 L | (7.35-7.45) | |
| => ABG Ph TEMP COR | 2 | OCT 8 | 0615 | 7.45 | (7.35-7.45) | |
| => ABG Ph TEMP COR | 3 | OCT 9 | 0558 | 7.48 H | (7.35-7.45) | |
| => ABG Ph TEMP COR | 4 | OCT 10 | 0500 | 7.43 | (7.35-7.45) | |
| => ABG Ph TEMP COR | 6 | OCT 12 | 0552 | 7.44 | (7.35-7.45) | |
| => ABG Ph TEMP COR | 7 | OCT 13 | 0530 | 7.41 | (7.35-7.45) | |
| => ABG Ph TEMP COR | 8 | OCT 14 | 0457 | 7.44 | (7.35-7.45) | |
| => ABG Ph TEMP COR | 18 | OCT 24 | 1700 | 7.41 | (7.35-7.45) | |
| => ABG PCO2 TEMP C | 1 | OCT 7 | 0825 | 50.7 H | (35.0-45.0) | |
| => ABG PCO2 TEMP C | 2 | OCT 8 | 0615 | 48.6 H | (35.0-45.0) | |
| => ABG PCO2 TEMP C | 3 | OCT 9 | 0558 | 39.1 | (35.0-45.0) | |
| => ABG PCO2 TEMP C | 4 | OCT 10 | 0500 | 42.2 | (35.0-45.0) | |
| => ABG PCO2 TEMP C | 6 | OCT 12 | 0552 | 40.8 | (35.0-45.0) | |
| => ABG PCO2 TEMP C | 7 | OCT 13 | 0530 | 46.2 H | (35.0-45.0) | |
| => ABG PCO2 TEMP C | 8 | OCT 14 | 0457 | 43.5 | (35.0-45.0) | |
| => ABG PCO2 TEMP C | 18 | OCT 24 | 1700 | 40.6 | (35.0-45.0) | |

NAME: EFUNNUGA, OLUTOKUNBO                UNIT: F001250247
                                          ACCT: FA1307223089
PRINTED: 12/07/16 0001                    PAGE:    9  ** CONTINUED ON NEXT PAGE **

```
                          MERCY HEALTH SYSTEM LABORATORY
                            MERCY FITZGERALD HOSPITAL
                              1500 LANSDOWNE AVENUE
                          DARBY, PA 19023    (610)237-4742
                        SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

                                LABORATORY REPORT
```

| NAME: EFUNNUGA, OLUTOKUNBO | DOS: 10/07/16 | LOC: FI4PVA |
| AGE/SEX: 37/M    DOB: 03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN, MARIO, MD | | |

| KEY H – Abn High | *H – Critical High | * – High or Low(Alpha results) | # – Delta Check |
| L – Abn Low | *L – Critical Low | * – Microbiology Abn Result | |

| Test | Day | Date | Time | Result | | Reference | Units |
|------|-----|------|------|--------|--|-----------|-------|
| => ABG PO2 TEMP CO | 1 | OCT 7 | 0825 | 482 | H | (83–108) | |
| => ABG PO2 TEMP CO | 2 | OCT 8 | 0615 | 148 | H | (83–108) | |
| => ABG PO2 TEMP CO | 3 | OCT 9 | 0558 | 59.8 | *L | (83–108) | |
| => ABG PO2 TEMP CO | 4 | OCT 10 | 0500 | 107 | | (83–108) | |
| => ABG PO2 TEMP CO | 6 | OCT 12 | 0552 | 126 | H | (83–108) | |
| => ABG PO2 TEMP CO | 7 | OCT 13 | 0530 | 122 | H | (83–108) | |
| => ABG PO2 TEMP CO | 8 | OCT 14 | 0457 | 93.5 | | (83–108) | |
| => ABG PO2 TEMP CO | 18 | OCT 24 | 1700 | 104 | | (83–108) | |
| => HCO3 | 1 | OCT 7 | 0825 | 25.4 | | (21–28) | mmol/L |
| => HCO3 | 2 | OCT 8 | 0615 | 33.7 | H | (21–28) | mmol/L |
| => HCO3 | 3 | OCT 9 | 0558 | 28.9 | H | (21–28) | mmol/L |
| => HCO3 | 4 | OCT 10 | 0500 | 28.1 | H | (21–28) | mmol/L |
| => HCO3 | 6 | OCT 12 | 0552 | 27.4 | | (21–28) | mmol/L |
| => HCO3 | 7 | OCT 13 | 0530 | 29.2 | H | (21–28) | mmol/L |
| => HCO3 | 8 | OCT 14 | 0457 | 29.5 | H | (21–28) | mmol/L |
| => HCO3 | 18 | OCT 24 | 1700 | 25.4 | | (21–28) | mmol/L |
| => BASE EXCESS | 1 | OCT 7 | 0825 | -1.3 | | (-2–2) | mmol/L |
| => BASE EXCESS | 2 | OCT 8 | 0615 | 8.7 | H | (-2–2) | mmol/L |
| => BASE EXCESS | 3 | OCT 9 | 0558 | 4.9 | H | (-2–2) | mmol/L |
| => BASE EXCESS | 4 | OCT 10 | 0500 | 3.5 | H | (-2–2) | mmol/L |
| => BASE EXCESS | 6 | OCT 12 | 0552 | 2.9 | H | (-2–2) | mmol/L |
| => BASE EXCESS | 7 | OCT 13 | 0530 | 4.1 | H | (-2–2) | mmol/L |
| => BASE EXCESS | 8 | OCT 14 | 0457 | 4.8 | H | (-2–2) | mmol/L |
| => BASE EXCESS | 18 | OCT 24 | 1700 | 0.7 | | (-2–2) | mmol/L |
| => VENOUS BASE EXC | 1 | OCT 7 | 0735 | -1.8 | | (-2–2) | mmol/L |
| => VENOUS BASE EXC | 1 | OCT 7 | 1025 | 1.3 | | (-2–2) | mmol/L |
| => VENOUS BASE EXC | 1 | OCT 7 | 1700 | 6.2 | H | (-2–2) | mmol/L |
| => % SAT, MEAS(VEN | 1 | OCT 7 | 0735 | 87.0 | | | |
| => % SAT, MEAS(VEN | 1 | OCT 7 | 1025 | 71.6 | | | |
| => % SAT, MEAS(VEN | 1 | OCT 7 | 1700 | 97.2 | | | |
| => VEN BG SODIUM | 1 | OCT 7 | 0735 | 139 | | (136–147) | mmol/L |
| => VEN BG SODIUM | 1 | OCT 7 | 1025 | 141 | | (136–147) | mmol/L |
| => VEN BG SODIUM | 1 | OCT 7 | 1700 | 139 | | (136–147) | mmol/L |
| => ALLEN'S TEST | 2 | OCT 8 | 0615 | POS | | | |
| => VEN BG POTASSIU | 1 | OCT 7 | 0735 | 3.9 | | (3.5–5.0) | mmol/L |
| => VEN BG POTASSIU | 1 | OCT 7 | 1025 | 4.3 | | (3.5–5.0) | mmol/L |
| => VEN BG POTASSIU | 1 | OCT 7 | 1700 | 6.0 | H | (3.5–5.0) | mmol/L |
| => VEN BG CHLORIDE | 1 | OCT 7 | 0735 | 104 | | (98–108) | mmol/L |
| => VEN BG CHLORIDE | 1 | OCT 7 | 1025 | 105 | | (98–108) | mmol/L |
| => VEN BG CHLORIDE | 1 | OCT 7 | 1700 | 104 | | (98–108) | mmol/L |

```
                    NAME: EFUNNUGA, OLUTOKUNBO          UNIT: F001250247
                                                        ACCT: FA1307223089
                    PRINTED: 12/07/16 0001              PAGE:   10  ** CONTINUED ON NEXT PAGE **
```

```
                         MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                        SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO          DOS:  10/07/16            LOC: FI4PVA
AGE/SEX: 37/M      DOB: 03/06/1979  ACCT: FA1307223089       MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H - Abn High     *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low      *L - Critical Low     * - Microbiology Abn Result


| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => VEN BG CA, IONI | 1 | OCT 7 | 0735 | 1.13 L | (1.17-1.32) | mmol/L |
| => VEN BG CA, IONI | 1 | OCT 7 | 1025 | 1.17 | (1.17-1.32) | mmol/L |
| => VEN BG CA, IONI | 1 | OCT 7 | 1700 | 1.12 L | (1.17-1.32) | mmol/L |
| => VEN BG LACTATE | 1 | OCT 7 | 0735 | 3.5(c) *H | (0.5-2.2) | mmol/L |
| => VEN BG LACTATE | 1 | OCT 7 | 1025 | 2.6 H | (0.5-2.2) | mmol/L |
| => VEN BG LACTATE | 1 | OCT 7 | 1700 | 1.1 | (0.5-2.2) | mmol/L |
| => % SAT, MEAS (AB | 1 | OCT 7 | 0825 | 99.4 H | (95-98) | % |
| => % SAT, MEAS (AB | 2 | OCT 8 | 0615 | 99.4 H | (95-98) | % |
| => % SAT, MEAS (AB | 3 | OCT 9 | 0558 | 92.6 L | (95-98) | % |
| => % SAT, MEAS (AB | 4 | OCT 10 | 0500 | 98.5 H | (95-98) | % |
| => % SAT, MEAS (AB | 6 | OCT 12 | 0552 | 99.1 H | (95-98) | % |
| => % SAT, MEAS (AB | 7 | OCT 13 | 0530 | 98.7 H | (95-98) | % |
| => % SAT, MEAS (AB | 8 | OCT 14 | 0457 | 97.7 | (95-98) | % |
| => % SAT, MEAS (AB | 18 | OCT 24 | 1700 | 97.8 | (95-98) | % |
| => ARTERIAL FIO2 | 1 | OCT 7 | 0825 | 100.0 | | % |
| => ARTERIAL FIO2 | 2 | OCT 8 | 0615 | 40.0 | | % |
| => ARTERIAL FIO2 | 3 | OCT 9 | 0558 | 30.0 | | % |
| => ARTERIAL FIO2 | 4 | OCT 10 | 0500 | 40.0 | | % |
| => ARTERIAL FIO2 | 6 | OCT 12 | 0552 | 40.0 | | % |
| => ARTERIAL FIO2 | 7 | OCT 13 | 0530 | 40.0 | | % |
| => ARTERIAL FIO2 | 8 | OCT 14 | 0457 | 40.0 | | % |
| => ARTERIAL FIO2 | 18 | OCT 24 | 1700 | 50.0 | | % |
| => ART TIDAL VOLUM | 1 | OCT 7 | 0825 | 400 | | mL |
| => ART TIDAL VOLUM | 2 | OCT 8 | 0615 | 400 | | mL |
| => ART TIDAL VOLUM | 6 | OCT 12 | 0552 | 400 | | mL |
| => ART TIDAL VOLUM | 7 | OCT 13 | 0530 | 450 | | mL |
| => ART TIDAL VOLUM | 8 | OCT 14 | 0457 | 450 | | mL |
| => ART TIDAL VOLUM | 18 | OCT 24 | 1700 | 450 | | mL |
| => ARTERIAL PEEP | 1 | OCT 7 | 0825 | 5.0 | | cmH2O |
| => ARTERIAL PEEP | 2 | OCT 8 | 0615 | 5.0 | | cmH2O |
| => ARTERIAL PEEP | 6 | OCT 12 | 0552 | 5.0 | | cmH2O |
| => ARTERIAL PEEP | 7 | OCT 13 | 0530 | 5.0 | | cmH2O |
| => ARTERIAL PEEP | 8 | OCT 14 | 0457 | 5.0 | | cmH2O |
| => ARTERIAL PEEP | 18 | OCT 24 | 1700 | 5.0 | | cmH2O |
| => O2 DEVICE PRIMA | 1 | OCT 7 | 0825 | 1 NA | | |
| => O2 DEVICE PRIMA | 2 | OCT 8 | 0615 | AERM | | |

NOTES:  (c)  RESULTS CALLED TO AND READ BACK BY DR. HALLSTEAD ON 10/07/16
             at 0744 by FIWIRZBL


                 NAME: EFUNNUGA, OLUTOKUNBO              UNIT: F001250247
                                                        ACCT: FA1307223089
                 PRINTED: 12/07/16 0001                 PAGE:   11  ** CONTINUED ON NEXT PAGE **

```
                         MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                             1500 LANSDOWNE AVENUE
                         DARBY, PA 19023    (610)237-4742
                      SAMIA HENIEN, M.D.   MEDICAL DIRECTOR
```

## LABORATORY REPORT

NAME: EFUNNUGA, OLUTOKUNBO      DOB: 10/07/16      LOC: FI4PVA
AGE/SEX: 37/M     DOB: 03/06/1979     ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low     *L – Critical Low     * – Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => O2 DEVICE PRIMA | 3 | OCT 9 | 0558 | AERM | | |
| => O2 DEVICE PRIMA | 4 | OCT 10 | 0500 | AERM | | |
| => O2 DEVICE PRIMA | 6 | OCT 12 | 0552 | AERM | | |
| => O2 DEVICE PRIMA | 7 | OCT 13 | 0530 | AERM | | |
| => O2 DEVICE PRIMA | 8 | OCT 14 | 0457 | AERM | | |
| => O2 DEVICE PRIMA | 18 | OCT 24 | 1700 | 0.NA | | |
| => VBG TEMP | 1 | OCT 7 | 0735 | 98.6 | | C |
| => VBG TEMP | 1 | OCT 7 | 1025 | 98.6 | | C |
| => VBG TEMP | 1 | OCT 7 | 1700 | 98.6 | | C |
| => ABG NA | 2 | OCT 8 | 0615 | 142 | (136–147) | mmol/L |
| => ABG NA | 3 | OCT 9 | 0558 | 141 | (136–147) | mmol/L |
| => ABG NA | 4 | OCT 10 | 0500 | 140 | (136–147) | mmol/L |
| => ABG NA | 6 | OCT 12 | 0552 | 139 | (136–147) | mmol/L |
| => ABG NA | 8 | OCT 14 | 0457 | 140 | (136–147) | mmol/L |
| => ABG NA | 18 | OCT 24 | 1700 | 127 L | (136–147) | mmol/L |
| => ABG K | 2 | OCT 8 | 0615 | 3.8 | (3.6–5.2) | mmol/L |
| => ABG K | 3 | OCT 9 | 0558 | 3.8 | (3.6–5.2) | mmol/L |
| => ABG K | 4 | OCT 10 | 0500 | 3.7 | (3.6–5.2) | mmol/L |
| => ABG K | 6 | OCT 12 | 0552 | 3.8 | (3.6–5.2) | mmol/L |
| => ABG K | 8 | OCT 14 | 0457 | 3.8 | (3.6–5.2) | mmol/L |
| => ABG K | 18 | OCT 24 | 1700 | 8.6(d) *H | (3.6–5.2) | mmol/L |
| => ABG CL | 2 | OCT 8 | 0615 | 102 | (98–108) | mmol/L |
| => ABG CL | 3 | OCT 9 | 0558 | 106 | (98–108) | mmol/L |
| => ABG CL | 4 | OCT 10 | 0500 | 107 | (98–108) | mmol/L |
| => ABG CL | 6 | OCT 12 | 0552 | 106 | (98–108) | mmol/L |
| => ABG CL | 8 | OCT 14 | 0457 | 104 | (98–108) | mmol/L |
| => ABG CL | 18 | OCT 24 | 1700 | 100 | (98–108) | mmol/L |
| => CA, IONIZED (AB | 2 | OCT 8 | 0615 | 1.19 | (1.17–1.32) | mmol/L |
| => CA, IONIZED (AB | 3 | OCT 9 | 0558 | 1.21 | (1.17–1.32) | mmol/L |
| => CA, IONIZED (AB | 4 | OCT 10 | 0500 | 1.20 | (1.17–1.32) | mmol/L |
| => CA, IONIZED (AB | 6 | OCT 12 | 0552 | 1.17 | (1.17–1.32) | mmol/L |
| => CA, IONIZED (AB | 8 | OCT 14 | 0457 | 1.18 | (1.17–1.32) | mmol/L |
| => CA, IONIZED (AB | 18 | OCT 24 | 1700 | 1.07 L | (1.17–1.32) | mmol/L |
| => LACTATE (ABG) | 2 | OCT 8 | 0615 | 1.0 | (0.5–2.2) | mmol/L |
| => LACTATE (ABG) | 3 | OCT 9 | 0558 | 1.3 | (0.5–2.2) | mmol/L |
| => LACTATE (ABG) | 4 | OCT 10 | 0500 | 1.1 | (0.5–2.2) | mmol/L |

NOTES:    (d)   RESULTS CALLED TO AND READ BACK BY chowdhury ON 10/24/16 at
                1704 by FIWHITEN

NAME: EFUNNUGA, OLUTOKUNBO           UNIT: F001250247
                                    ACCT: FA1307223089
PRINTED: 12/07/16 0001           PAGE:   12   ** CONTINUED ON NEXT PAGE **

```
                         MERCY HEALTH SYSTEM LABORATORY
                           MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                         DARBY, PA 19023    (610)237-4742
                      SAMIA HENIEN, M.D.   MEDICAL DIRECTOR
```

## LABORATORY REPORT

```
NAME:EFUNNUGA,OLUTOKUNBO            DOS:  10/07/16              LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979    ACCT: FA1307223089         MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD
```

```
KEY H - Abn High     *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low      *L - Critical Low      * - Microbiology Abn Result
```

| Test | Day | Date | Time | Result | | Reference | Units |
|------|-----|------|------|--------|--|-----------|-------|
| => LACTATE (ABG) | 6 | OCT 12 | 0552 | 0.7 | | (0.5-2.2) | mmol/L |
| => LACTATE (ABG) | 8 | OCT 14 | 0457 | 1.0 | | (0.5-2.2) | mmol/L |
| => LACTATE (ABG) | 18 | OCT 24 | 1700 | 1.0 | | (0.5-2.2) | mmol/L |
| => HEMATOCRIT (ABG | 1 | OCT 7 | 0735 | 51.2 | | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 1 | OCT 7 | 1025 | 45.9 | | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 1 | OCT 7 | 1700 | 46.3 | | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 2 | OCT 8 | 0615 | 42.1 | | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 3 | OCT 9 | 0558 | 43.4 | | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 4 | OCT 10 | 0500 | 39.9 | L | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 6 | OCT 12 | 0552 | 36.4 | L | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 7 | OCT 13 | 0530 | 35.7 | L | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 8 | OCT 14 | 0457 | 37.5 | L | (41.0-53.0) | % |
| => HEMATOCRIT (ABG | 18 | OCT 24 | 1700 | 38.6 | L | (41.0-53.0) | % |
| => MECH VENT SETTI | 1 | OCT 7 | 0825 | 18 | | | bpm |
| => MECH VENT SETTI | 6 | OCT 12 | 0552 | 18 | | | bpm |
| => MECH VENT SETTI | 7 | OCT 13 | 0530 | 24 | | | bpm |
| => MECH VENT SETTI | 8 | OCT 14 | 0457 | 24 | | | bpm |
| => MECH VENT SETTI | 18 | OCT 24 | 1700 | 16 | | | bpm |
| => POCT GLUCOSE | 1 | OCT 7 | 0707 | 109 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 1 | OCT 7 | 0816 | 82 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 6 | OCT 12 | 0804 | 88 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 6 | OCT 12 | 1116 | 67 | L | (70-99) | mg/dL |
| => POCT GLUCOSE | 6 | OCT 12 | 1630 | 101(e) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 6 | OCT 12 | 2122 | 106(f) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 7 | OCT 13 | 0612 | 121 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 7 | OCT 13 | 1113 | 91 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 7 | OCT 13 | 1623 | 73(g) | | (70-99) | mg/dL |
| => POCT GLUCOSE | 7 | OCT 13 | 2125 | 108(h) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 8 | OCT 14 | 0523 | 113 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 8 | OCT 14 | 1233 | 137 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 8 | OCT 14 | 1625 | 109(i) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 8 | OCT 14 | 2123 | 121(j) | H | (70-99) | mg/dL |

```
NOTES:   (e)   RN/MD notified
         (f)   RN/MD notified
         (g)   RN/MD notified
         (h)   RN/MD notified
         (i)   RN/MD notified
         (j)   RN/MD notified
```

```
                   NAME: EFUNNUGA,OLUTOKUNBO          UNIT: F001250247
                                                      ACCT: FA1307223089
                   PRINTED:12/07/16 0001              PAGE:   13  ** CONTINUED ON NEXT PAGE **
```

```
                          MERCY HEALTH SYSTEM LABORATORY
                           MERCY FITZGERALD HOSPITAL
                             1500 LANSDOWNE AVENUE
                          DARBY, PA 19023    (610)237-4742
                      SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                               LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO              DOS:   10/07/16            LOC: FI4PVA
AGE/SEX: 37/M         DOB: 03/06/1979   ACCT: FA1307223089        MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H - Abn High      *H - Critical High     * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low       *L - Critical Low      * - Microbiology Abn Result

| Test | Day | Date | Time | Result | | Reference | Units |
|------|-----|------|------|--------|---|-----------|-------|
| => POCT GLUCOSE | 9 | OCT 15 | 2227 | 97 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 10 | OCT 16 | 0449 | 98 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 10 | OCT 16 | 1048 | 104 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 10 | OCT 16 | 1641 | 90 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 11 | OCT 17 | 0442 | 90 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 11 | OCT 17 | 1139 | 84 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 11 | OCT 17 | 1644 | 91 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 11 | OCT 17 | 2237 | 89 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 12 | OCT 18 | 0523 | 98 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 12 | OCT 18 | 1142 | 95 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 12 | OCT 18 | 1634 | 79(k) | | (70-99) | mg/dL |
| => POCT GLUCOSE | 12 | OCT 18 | 2142 | 113(l) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 13 | OCT 19 | 0426 | 121 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 13 | OCT 19 | 1111 | 130 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 13 | OCT 19 | 1659 | 132 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 13 | OCT 19 | 2223 | 108 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 14 | OCT 20 | 0405 | 103 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 14 | OCT 20 | 1200 | 93 | | (70-99) | mg/dL |
| => POCT GLUCOSE | 14 | OCT 20 | 1706 | 109(m) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 14 | OCT 20 | 2241 | 120(n) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 15 | OCT 21 | 1138 | 112 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 15 | OCT 21 | 1627 | 159(o) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 15 | OCT 21 | 2238 | 145(p) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 16 | OCT 22 | 0508 | 154 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 16 | OCT 22 | 1057 | 125 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 16 | OCT 22 | 1754 | 244 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 16 | OCT 22 | 2209 | 111(q) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 17 | OCT 23 | 0457 | 119(r) | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 17 | OCT 23 | 1114 | 129 | H | (70-99) | mg/dL |
| => POCT GLUCOSE | 17 | OCT 23 | 1655 | 111 | H | (70-99) | mg/dL |

```
NOTES:   (k)   RN/MD notified
         (l)   RN/MD notified
         (m)   RN/MD notified
         (n)   RN/MD notified
         (o)   RN/MD notified
         (p)   RN/MD notified
         (q)   RN/MD notified
         (r)   RN/MD notified
```

NAME: EFUNNUGA, OLUTOKUNBO                      UNIT: F001250247
                                                ACCT: FA1307223089
PRINTED: 12/07/16 0001                          PAGE:  14  ** CONTINUED ON NEXT PAGE **

```
                       MERCY HEALTH SYSTEM LABORATORY
                        MERCY FITZGERALD HOSPITAL
                          1500 LANSDOWNE AVENUE
                      DARBY, PA 19023    (610)237-4742
                      SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                            LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO          DOS:  10/07/16           LOC: FI4PVA
AGE/SEX: 37/M        DOB: 03/06/1979   ACCT: FA1307223089    MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H - Abn High     *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low      *L - Critical Low     * - Microbiology Abn Result


| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => POCT GLUCOSE | 17 | OCT 23 | 2201 | 119 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 18 | OCT 24 | 0434 | 83 | (70-99) | mg/dL |
| => POCT GLUCOSE | 18 | OCT 24 | 1044 | 99 | (70-99) | mg/dL |
| => POCT GLUCOSE | 18 | OCT 24 | 1744 | 85 | (70-99) | mg/dL |
| => POCT GLUCOSE | 18 | OCT 24 | 2142 | 105 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 19 | OCT 25 | 0609 | 133 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 19 | OCT 25 | 1055 | 90 | (70-99) | mg/dL |
| => POCT GLUCOSE | 19 | OCT 25 | 1603 | 107(s) H | (70-99) | mg/dL |
| => POCT GLUCOSE | 19 | OCT 25 | 2205 | 144(t) H | (70-99) | mg/dL |
| => POCT GLUCOSE | 20 | OCT 26 | 0501 | 122 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 20 | OCT 26 | 1141 | 142(u) H | (70-99) | mg/dL |
| => POCT GLUCOSE | 20 | OCT 26 | 1625 | 115(v) H | (70-99) | mg/dL |
| => POCT GLUCOSE | 20 | OCT 26 | 2143 | 128 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 21 | OCT 27 | 0514 | 127 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 21 | OCT 27 | 1114 | 118 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 21 | OCT 27 | 1619 | 87 | (70-99) | mg/dL |
| => POCT GLUCOSE | 21 | OCT 27 | 2108 | 101 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 22 | OCT 28 | 0555 | 117(w) H | (70-99) | mg/dL |
| => POCT GLUCOSE | 22 | OCT 28 | 0719 | 98 | (70-99) | mg/dL |
| => POCT GLUCOSE | 22 | OCT 28 | 1109 | 107 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 22 | OCT 28 | 1524 | 114 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 22 | OCT 28 | 1713 | 105 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 22 | OCT 28 | 2103 | 98 | (70-99) | mg/dL |
| => POCT GLUCOSE | 23 | OCT 29 | 0721 | 96 | (70-99) | mg/dL |
| => POCT GLUCOSE | 23 | OCT 29 | 1116 | 107 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 23 | OCT 29 | 1623 | 97 | (70-99) | mg/dL |
| => POCT GLUCOSE | 23 | OCT 29 | 2046 | 103 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 24 | OCT 30 | 0818 | 116(x) H | (70-99) | mg/dL |
| => POCT GLUCOSE | 24 | OCT 30 | 1133 | 119 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 24 | OCT 30 | 1654 | 100 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 24 | OCT 30 | 2119 | 130 H | (70-99) | mg/dL |
| => POCT GLUCOSE | 25 | OCT 31 | 0816 | 101 H | (70-99) | mg/dL |

NOTES:   (s)  RN/MD notified
         (t)  RN/MD notified
         (u)  On Protocol
         (v)  RN/MD notified
         (w)  RN/MD notified
         (x)  RN/MD notified


                    NAME: EFUNNUGA, OLUTOKUNBO           UNIT: F001250247
                                                         ACCT: FA1307223089
                    PRINTED: 12/07/16 0001               PAGE:   15   ** CONTINUED ON NEXT PAGE **

```
                        MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                    SAMIA HENIEN, M.D.    MEDICAL DIRECTOR
```

## LABORATORY REPORT

```
NAME: EFUNNUGA, OLUTOKUNBO          DOS:  10/07/16              LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979    ACCT: FA1307223089          MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD
```

```
KEY H – Abn High      *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low       *L – Critical Low     * – Microbiology Abn Result
```

| | Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|---|
| => | POCT GLUCOSE | 25 | OCT 31 | 1140 | 89 | (70-99) | mg/dL |
| => | POCT GLUCOSE | 25 | OCT 31 | 1649 | 99 | (70-99) | mg/dL |
| => | POCT GLUCOSE | 25 | OCT 31 | 2104 | 109  H | (70-99) | mg/dL |
| => | POCT GLUCOSE | 26 | NOV 1 | 0855 | 94 | (70-99) | mg/dL |
| => | POCT GLUCOSE | 26 | NOV 1 | 1126 | 120  H | (70-99) | mg/dL |
| => | POCT GLUCOSE | 26 | NOV 1 | 1729 | 100  H | (70-99) | mg/dL |
| => | GLUCOSE, URINE | 1 | OCT 7 | 0817 | NEGATIVE | (NEGATIVE) | mg/dL |
| => | BILIRUBIN, UR P | 1 | OCT 7 | 0817 | NEGATIVE | (NEGATIVE) | |
| => | KETONE, URINE P | 1 | OCT 7 | 0817 | NEGATIVE | (NEGATIVE) | mg/dL |
| => | SPEC GRAVITY, UR | 1 | OCT 7 | 0817 | 1.015 | (1.005-1.030) | |
| => | BLOOD, URINE PO | 1 | OCT 7 | 0817 | NEGATIVE | (NEGATIVE) | |
| => | PH, URINE POC | 1 | OCT 7 | 0817 | 5.5 | (5.0-9.0) | |
| => | PROTEIN, URINE | 1 | OCT 7 | 0817 | NEGATIVE | (NEGATIVE) | mg/dL |
| => | UROBILINOGEN, UR | 1 | OCT 7 | 0817 | 0.2 | (0.1-2.0) | E.U./dL |
| => | NITRITE, URINE | 1 | OCT 7 | 0817 | NEGATIVE | (NEGATIVE) | |
| => | LEUKOCYTE ES, UR | 1 | OCT 7 | 0817 | NEGATIVE | (NEGATIVE) | |
| => | GLUCOSE | 1 | OCT 7 | 0732 | 109(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 2 | OCT 8 | 0510 | 107(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 3 | OCT 9 | 0530 | 105(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 4 | OCT 10 | 0445 | 107(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 5 | OCT 11 | 1910 | 100(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 6 | OCT 12 | 0540 | 105(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 7 | OCT 13 | 0600 | 112(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 8 | OCT 14 | 0555 | 107(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 9 | OCT 15 | 0534 | 95(y) | (70-99) | mg/dL |
| => | GLUCOSE | 10 | OCT 16 | 0515 | 95(y) | (70-99) | mg/dL |
| => | GLUCOSE | 11 | OCT 17 | 0550 | 88(y) | (70-99) | mg/dL |
| => | GLUCOSE | 12 | OCT 18 | 0545 | 93(y) | (70-99) | mg/dL |
| => | GLUCOSE | 13 | OCT 19 | 0545 | 131(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 14 | OCT 20 | 0415 | 96(y) | (70-99) | mg/dL |
| => | GLUCOSE | 15 | OCT 21 | 0500 | 105(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 16 | OCT 22 | 0513 | 164(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 17 | OCT 23 | 0500 | 118(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 18 | OCT 24 | 0450 | 100(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 18 | OCT 24 | 1730 | 108(y)  H | (70-99) | mg/dL |
| => | GLUCOSE | 19 | OCT 25 | 0555 | 107(y)  H | (70-99) | mg/dL |

```
NOTES:  (y)   Impaired Fasting Glucose: 100-125 mg/dL
              Fasting Glu Assoc w Diabetes:>125 mg/dL
```

```
                NAME: EFUNNUGA, OLUTOKUNBO            UNIT: F001250247
                                                      ACCT: FA1307223089
                PRINTED:12/07/16 0001                 PAGE:   16  ** CONTINUED ON NEXT PAGE **
```

```
                        MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                     SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO           DOS:  10/07/16           LOC: FI4PVA
AGE/SEX: 37/M        DOB: 03/06/1979  ACCT: FA1307223089      MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H – Abn High      *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low       *L – Critical Low     * – Microbiology Abn Result


| Test | Day | Date | Time | Result | | Reference | Units |
|------|-----|------|------|--------|--|-----------|-------|
| => GLUCOSE | 19 | OCT 25 | 0829 | 123(z) | H | (70-99) | mg/dL |
| => GLUCOSE | 20 | OCT 26 | 0545 | 121(z) | H | (70-99) | mg/dL |
| => GLUCOSE | 21 | OCT 27 | 0605 | 123(z) | H | (70-99) | mg/dL |
| => GLUCOSE | 22 | OCT 28 | 0620 | 115(z) | H | (70-99) | mg/dL |
| => GLUCOSE | 23 | OCT 29 | 0626 | 103(z) | H | (70-99) | mg/dL |
| => GLUCOSE | 24 | OCT 30 | 0628 | 102(z) | H | (70-99) | mg/dL |
| => GLUCOSE | 25 | OCT 31 | 0400 | 112(z) | H | (70-99) | mg/dL |
| => GLUCOSE | 26 | NOV 1 | 0659 | 102(z) | H | (70-99) | mg/dL |
| => BLD UREA NITROG | 1 | OCT 7 | 0732 | 14 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 2 | OCT 8 | 0510 | 14 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 3 | OCT 9 | 0530 | 13 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 4 | OCT 10 | 0445 | 10 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 5 | OCT 11 | 1910 | 12 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 6 | OCT 12 | 0540 | 12 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 7 | OCT 13 | 0600 | 11 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 8 | OCT 14 | 0555 | 11 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 9 | OCT 15 | 0534 | 11 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 10 | OCT 16 | 0515 | 14 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 11 | OCT 17 | 0550 | 16 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 12 | OCT 18 | 0545 | 18 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 13 | OCT 19 | 0545 | 16 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 14 | OCT 20 | 0415 | 12 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 15 | OCT 21 | 0500 | 13 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 16 | OCT 22 | 0513 | 13 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 17 | OCT 23 | 0500 | 14 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 18 | OCT 24 | 0450 | 15 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 18 | OCT 24 | 1730 | 16 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 19 | OCT 25 | 0555 | 16 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 19 | OCT 25 | 0829 | 16 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 20 | OCT 26 | 0545 | 19 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 21 | OCT 27 | 0605 | 16 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 22 | OCT 28 | 0620 | 11 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 23 | OCT 29 | 0626 | 12 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 24 | OCT 30 | 0628 | 14 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 25 | OCT 31 | 0400 | 13 | | (6-22) | mg/dL |
| => BLD UREA NITROG | 26 | NOV 1 | 0659 | 9 | | (6-22) | mg/dL |

NOTES:   (z)   Impaired Fasting Glucose: 100-125 mg/dL
               Fasting Glu Assoc w Diabetes: >125 mg/dL


             NAME: EFUNNUGA, OLUTOKUNBO              UNIT: F001250247
                                                     ACCT: FA1307223089
             PRINTED: 12/07/16 0001                  PAGE:   17   ** CONTINUED ON NEXT PAGE **

```
                              MERCY HEALTH SYSTEM LABORATORY
                                MERCY FITZGERALD HOSPITAL
                                  1500 LANSDOWNE AVENUE
                               DARBY, PA 19023    (610)237-4742
                             SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                                      LABORATORY REPORT
```

| | | |
|---|---|---|
| NAME:EFUNNUGA,OLUTOKUNBO | DOS: 10/07/16 | LOC:FI4PVA |
| AGE/SEX:37/M    DOB:03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN,MARIO, MD | | |

KEY H - Abn High      *H - Critical High      * - High or Low(Alpha results)      # - Delta Check
    L - Abn Low       *L - Critical Low       * - Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => CREATININE | 1 | OCT 7 | 0732 | 1.8  H | (0.8-1.4) | mg/dL |
| => CREATININE | 2 | OCT 8 | 0510 | 1.3 | (0.8-1.4) | mg/dL |
| => CREATININE | 3 | OCT 9 | 0530 | 1.4 | (0.8-1.4) | mg/dL |
| => CREATININE | 4 | OCT 10 | 0445 | 1.3 | (0.8-1.4) | mg/dL |
| => CREATININE | 5 | OCT 11 | 1910 | 1.1 | (0.8-1.4) | mg/dL |
| => CREATININE | 6 | OCT 12 | 0540 | 1.2 | (0.8-1.4) | mg/dL |
| => CREATININE | 7 | OCT 13 | 0600 | 1.1 | (0.8-1.4) | mg/dL |
| => CREATININE | 8 | OCT 14 | 0555 | 1.1 | (0.8-1.4) | mg/dL |
| => CREATININE | 9 | OCT 15 | 0534 | 0.9 | (0.8-1.4) | mg/dL |
| => CREATININE | 10 | OCT 16 | 0515 | 0.9 | (0.8-1.4) | mg/dL |
| => CREATININE | 11 | OCT 17 | 0550 | 1.1 | (0.8-1.4) | mg/dL |
| => CREATININE | 12 | OCT 18 | 0545 | 1.2 | (0.8-1.4) | mg/dL |
| => CREATININE | 13 | OCT 19 | 0545 | 1.1 | (0.8-1.4) | mg/dL |
| => CREATININE | 14 | OCT 20 | 0415 | 1.2 | (0.8-1.4) | mg/dL |
| => CREATININE | 15 | OCT 21 | 0500 | 1.1 | (0.8-1.4) | mg/dL |
| => CREATININE | 16 | OCT 22 | 0513 | 1.2 | (0.8-1.4) | mg/dL |
| => CREATININE | 17 | OCT 23 | 0500 | 1.0 | (0.8-1.4) | mg/dL |
| => CREATININE | 18 | OCT 24 | 0450 | 1.1 | (0.8-1.4) | mg/dL |
| => CREATININE | 18 | OCT 24 | 1730 | 1.1 | (0.8-1.4) | mg/dL |
| => CREATININE | 19 | OCT 25 | 0555 | 1.2 | (0.8-1.4) | mg/dL |
| => CREATININE | 19 | OCT 25 | 0829 | 1.2 | (0.8-1.4) | mg/dL |
| => CREATININE | 20 | OCT 26 | 0545 | 1.2 | (0.8-1.4) | mg/dL |
| => CREATININE | 21 | OCT 27 | 0605 | 1.0 | (0.8-1.4) | mg/dL |
| => CREATININE | 22 | OCT 28 | 0620 | 0.8 | (0.8-1.4) | mg/dL |
| => CREATININE | 23 | OCT 29 | 0626 | 0.9 | (0.8-1.4) | mg/dL |
| => CREATININE | 24 | OCT 30 | 0628 | 0.9 | (0.8-1.4) | mg/dL |
| => CREATININE | 25 | OCT 31 | 0400 | 0.9 | (0.8-1.4) | mg/dL |
| => CREATININE | 26 | NOV 1 | 0659 | 0.9 | (0.8-1.4) | mg/dL |
| => GFR NON AFR AME | 1 | OCT 7 | 0732 | 43  L | (>60) | mL/min |
| => GFR NON AFR AME | 2 | OCT 8 | 0510 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 3 | OCT 9 | 0530 | 57  L | (>60) | mL/min |
| => GFR NON AFR AME | 4 | OCT 10 | 0445 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 5 | OCT 11 | 1910 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 6 | OCT 12 | 0540 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 7 | OCT 13 | 0600 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 8 | OCT 14 | 0555 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 9 | OCT 15 | 0534 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 10 | OCT 16 | 0515 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 11 | OCT 17 | 0550 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME | 12 | OCT 18 | 0545 | > 60 | (>60) | mL/min |

```
                    NAME: EFUNNUGA,OLUTOKUNBO            UNIT: F001250247
                                                         ACCT: FA1307223089
                    PRINTED:12/07/16 0001                PAGE:  18  ** CONTINUED ON NEXT PAGE **
```

```
                          MERCY HEALTH SYSTEM LABORATORY
                           MERCY FITZGERALD HOSPITAL
                              1500 LANSDOWNE AVENUE
                          DARBY, PA 19023    (610)237-4742
                        SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                                LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO            DOS:   10/07/16            LOC:FI4PVA
AGE/SEX:37/M        DOB:03/06/1979  ACCT: FA1307223089        MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High     *H - Critical High   * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low      *L - Critical Low    * - Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => GFR NON AFR AME 13 | | OCT 19 | 0545 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 14 | | OCT 20 | 0415 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 15 | | OCT 21 | 0500 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 16 | | OCT 22 | 0513 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 17 | | OCT 23 | 0500 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 18 | | OCT 24 | 0450 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 18 | | OCT 24 | 1730 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 19 | | OCT 25 | 0555 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 19 | | OCT 25 | 0829 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 20 | | OCT 26 | 0545 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 21 | | OCT 27 | 0605 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 22 | | OCT 28 | 0620 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 23 | | OCT 29 | 0626 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 24 | | OCT 30 | 0628 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 25 | | OCT 31 | 0400 | > 60 | (>60) | mL/min |
| => GFR NON AFR AME 26 | | NOV 1 | 0659 | > 60 | (>60) | mL/min |
| => GFR AFRICAN AME | 1 | OCT 7 | 0732 | 52(aa)  L | (>60) | mL/min/1 |
| => GFR AFRICAN AME | 2 | OCT 8 | 0510 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME | 3 | OCT 9 | 0530 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME | 4 | OCT 10 | 0445 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME | 5 | OCT 11 | 1910 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME | 6 | OCT 12 | 0540 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME | 7 | OCT 13 | 0600 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME | 8 | OCT 14 | 0555 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME | 9 | OCT 15 | 0534 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 10 | | OCT 16 | 0515 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 11 | | OCT 17 | 0550 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 12 | | OCT 18 | 0545 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 13 | | OCT 19 | 0545 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 14 | | OCT 20 | 0415 | > 60(aa) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 15 | | OCT 21 | 0500 | > 60(aa) | (>60) | mL/min/1 |

```
NOTES:  (aa) The calculation of eGFR is based on the IDMS traceable
            MDRD formula and is not valid in patients younger than 18 or
            older than 70.Exceptional dietary intake, muscle mass
            abnormalities, rapidly changing renal function,
            drug induced inhibition of creatinine secretion, and
            pregnancy invalidate results. The calculation has not been
            validated in a normal population.
```

                    NAME: EFUNNUGA,OLUTOKUNBO           UNIT: F001250247
                                                        ACCT: FA1307223089
                    PRINTED:12/07/16 0001               PAGE:  19  ** CONTINUED ON NEXT PAGE **

```
                          MERCY HEALTH SYSTEM LABORATORY
                            MERCY FITZGERALD HOSPITAL
                             1500 LANSDOWNE AVENUE
                          DARBY, PA 19023    (610)237-4742
                       SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16          LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979  ACCT: FA1307223089      MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H — Abn High     *H — Critical High    * — High or Low(Alpha results)   # — Delta Check
    L — Abn Low      *L — Critical Low     * — Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => GFR AFRICAN AME 16 | | OCT 22 | 0513 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 17 | | OCT 23 | 0500 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 18 | | OCT 24 | 0450 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 18 | | OCT 24 | 1730 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 19 | | OCT 25 | 0555 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 19 | | OCT 25 | 0829 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 20 | | OCT 26 | 0545 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 21 | | OCT 27 | 0605 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 22 | | OCT 28 | 0620 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 23 | | OCT 29 | 0626 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 24 | | OCT 30 | 0628 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 25 | | OCT 31 | 0400 | > 60(ab) | (>60) | mL/min/1 |
| => GFR AFRICAN AME 26 | | NOV 1 | 0659 | > 60(ab) | (>60) | mL/min/1 |
| => BUN/CREAT RATIO | 1 | OCT 7 | 0732 | 8.0 | (7-23) | |
| => BUN/CREAT RATIO | 2 | OCT 8 | 0510 | 11.0 | (7-23) | |
| => BUN/CREAT RATIO | 3 | OCT 9 | 0530 | 9.0 | (7-23) | |
| => BUN/CREAT RATIO | 4 | OCT 10 | 0445 | 8.0 | (7-23) | |
| => BUN/CREAT RATIO | 5 | OCT 11 | 1910 | 11.0 | (7-23) | |
| => BUN/CREAT RATIO | 6 | OCT 12 | 0540 | 10.0 | (7-23) | |
| => BUN/CREAT RATIO | 7 | OCT 13 | 0600 | 10.0 | (7-23) | |
| => BUN/CREAT RATIO | 8 | OCT 14 | 0555 | 10.0 | (7-23) | |
| => BUN/CREAT RATIO | 9 | OCT 15 | 0534 | 12.0 | (7-23) | |
| => BUN/CREAT RATIO | 10 | OCT 16 | 0515 | 16.0 | (7-23) | |
| => BUN/CREAT RATIO | 11 | OCT 17 | 0550 | 14.5 | (7-23) | |
| => BUN/CREAT RATIO | 12 | OCT 18 | 0545 | 15.0 | (7-23) | |
| => BUN/CREAT RATIO | 13 | OCT 19 | 0545 | 15.0 | (7-23) | |
| => BUN/CREAT RATIO | 14 | OCT 20 | 0415 | 10.0 | (7-23) | |
| => BUN/CREAT RATIO | 15 | OCT 21 | 0500 | 12.0 | (7-23) | |
| => BUN/CREAT RATIO | 16 | OCT 22 | 0513 | 11.0 | (7-23) | |
| => BUN/CREAT RATIO | 17 | OCT 23 | 0500 | 14.0 | (7-23) | |
| => BUN/CREAT RATIO | 18 | OCT 24 | 0450 | 14.0 | (7-23) | |

NOTES:   (ab) The calculation of eGFR is based on the IDMS traceable
             MDRD formula and is not valid in patients younger than 18 or
             older than 70.Exceptional dietary intake, muscle mass
             abnormalities, rapidly changing renal function,
             drug induced inhibition of creatinine secretion, and
             pregnancy invalidate results. The calculation has not been
             validated in a normal population.

                    NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                           ACCT: FA1307223089
                    PRINTED:12/07/16 0001                  PAGE:  20  ** CONTINUED ON NEXT PAGE **

```
                          MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                          DARBY, PA 19023      (610)237-4742
                          SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                               LABORATORY REPORT
```

| | | | | | | |
|---|---|---|---|---|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | | | DOS: 10/07/16 | | LOC: FI4PVA | |
| AGE/SEX: 37/M | DOB: 03/06/1979 | | ACCT: FA1307223089 | | MR: F001250247 | |
| ATTEND DR: LITTMAN, MARIO, MD | | | | | | |

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low     *L - Critical Low      * - Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => BUN/CREAT RATIO | 18 | OCT 24 | 1730 | 15.0 | (7-23) | |
| => BUN/CREAT RATIO | 19 | OCT 25 | 0555 | 13.0 | (7-23) | |
| => BUN/CREAT RATIO | 19 | OCT 25 | 0829 | 13.0 | (7-23) | |
| => BUN/CREAT RATIO | 20 | OCT 26 | 0545 | 16.0 | (7-23) | |
| => BUN/CREAT RATIO | 21 | OCT 27 | 0605 | 16.0 | (7-23) | |
| => BUN/CREAT RATIO | 22 | OCT 28 | 0620 | 14.0 | (7-23) | |
| => BUN/CREAT RATIO | 23 | OCT 29 | 0626 | 13.0 | (7-23) | |
| => BUN/CREAT RATIO | 24 | OCT 30 | 0628 | 16.0 | (7-23) | |
| => BUN/CREAT RATIO | 25 | OCT 31 | 0400 | 14.0 | (7-23) | |
| => BUN/CREAT RATIO | 26 | NOV 1 | 0659 | 10.0 | (7-23) | |
| => SODIUM LEVEL | 1 | OCT 7 | 0732 | 136 | (136-147) | mEq/L |
| => SODIUM LEVEL | 2 | OCT 8 | 0510 | 138 | (136-147) | mEq/L |
| => SODIUM LEVEL | 3 | OCT 9 | 0530 | 141 | (136-147) | mEq/L |
| => SODIUM LEVEL | 4 | OCT 10 | 0445 | 140 | (136-147) | mEq/L |
| => SODIUM LEVEL | 5 | OCT 11 | 1910 | 138 | (136-147) | mEq/L |
| => SODIUM LEVEL | 6 | OCT 12 | 0540 | 140 | (136-147) | mEq/L |
| => SODIUM LEVEL | 7 | OCT 13 | 0600 | 140 | (136-147) | mEq/L |
| => SODIUM LEVEL | 8 | OCT 14 | 0555 | 139 | (136-147) | mEq/L |
| => SODIUM LEVEL | 9 | OCT 15 | 0534 | 138 | (136-147) | mEq/L |
| => SODIUM LEVEL | 10 | OCT 16 | 0515 | 138 | (136-147) | mEq/L |
| => SODIUM LEVEL | 11 | OCT 17 | 0550 | 140 | (136-147) | mEq/L |
| => SODIUM LEVEL | 12 | OCT 18 | 0545 | 136 | (136-147) | mEq/L |
| => SODIUM LEVEL | 13 | OCT 19 | 0545 | 133 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 14 | OCT 20 | 0415 | 134 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 15 | OCT 21 | 0500 | 135 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 16 | OCT 22 | 0513 | 133 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 17 | OCT 23 | 0500 | 135 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 18 | OCT 24 | 0450 | 133 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 18 | OCT 24 | 1730 | 130 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 19 | OCT 25 | 0555 | 132 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 19 | OCT 25 | 0829 | 133 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 20 | OCT 26 | 0545 | 134 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 21 | OCT 27 | 0605 | 133 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 22 | OCT 28 | 0620 | 131 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 23 | OCT 29 | 0626 | 129 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 24 | OCT 30 | 0628 | 130 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 25 | OCT 31 | 0400 | 127 L | (136-147) | mEq/L |
| => SODIUM LEVEL | 26 | NOV 1 | 0659 | 131 L | (136-147) | mEq/L |
| => POTASSIUM LEVEL | 1 | OCT 7 | 0732 | 3.8 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 2 | OCT 8 | 0510 | 4.1 | (3.6-5.2) | mEq/L |

```
                          MERCY HEALTH SYSTEM LABORATORY
                           MERCY FITZGERALD HOSPITAL
                              1500 LANSDOWNE AVENUE
                          DARBY, PA 19023    (610)237-4742
                        SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                               LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO        DOS:  10/07/16            LOC: FI4PVA
AGE/SEX: 37/M      DOB: 03/06/1979   ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result


| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => POTASSIUM LEVEL | 3 | OCT 9 | 0530 | 3.9 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 4 | OCT 10 | 0445 | 3.9 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 5 | OCT 11 | 1910 | 3.8 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 6 | OCT 12 | 0540 | 4.2 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 7 | OCT 13 | 0600 | 3.8 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 8 | OCT 14 | 0555 | 4.1 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 9 | OCT 15 | 0534 | 4.4 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 10 | OCT 16 | 0515 | 4.0 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 11 | OCT 17 | 0550 | 4.5 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 12 | OCT 18 | 0545 | 4.6 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 13 | OCT 19 | 0545 | 4.4 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 14 | OCT 20 | 0415 | 4.7 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 15 | OCT 21 | 0500 | 4.6 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 16 | OCT 22 | 0513 | 4.8 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 17 | OCT 23 | 0500 | 4.5 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 18 | OCT 24 | 0450 | 5.1 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 18 | OCT 24 | 1730 | 5.8  H | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 19 | OCT 25 | 0555 | 5.9  H | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 19 | OCT 25 | 0829 | 5.7  H | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 20 | OCT 26 | 0545 | 4.6 # | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 21 | OCT 27 | 0605 | 4.1 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 22 | OCT 28 | 0620 | 4.1 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 23 | OCT 29 | 0626 | 4.3 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 24 | OCT 30 | 0628 | 4.7 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 25 | OCT 31 | 0400 | 4.1 | (3.6-5.2) | mEq/L |
| => POTASSIUM LEVEL | 26 | NOV 1 | 0659 | 4.1 | (3.6-5.2) | mEq/L |
| => CHLORIDE LEVEL | 1 | OCT 7 | 0732 | 98 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 2 | OCT 8 | 0510 | 102 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 3 | OCT 9 | 0530 | 103 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 4 | OCT 10 | 0445 | 106 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 5 | OCT 11 | 1910 | 103 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 6 | OCT 12 | 0540 | 104 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 7 | OCT 13 | 0600 | 104 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 8 | OCT 14 | 0555 | 101 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 9 | OCT 15 | 0534 | 100 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 10 | OCT 16 | 0515 | 98 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 11 | OCT 17 | 0550 | 102 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 12 | OCT 18 | 0545 | 101 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 13 | OCT 19 | 0545 | 98 | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 14 | OCT 20 | 0415 | 99 | (98-108) | mmol/L |

```
                          MERCY HEALTH SYSTEM LABORATORY
                           MERCY FITZGERALD HOSPITAL
                             1500 LANSDOWNE AVENUE
                          DARBY, PA 19023    (610)237-4742
                         SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO           DOS:  10/07/16            LOC:FI4PVA
AGE/SEX:37/M        DOB:03/06/1979  ACCT: FA1307223089       MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High     *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low      *L - Critical Low      * - Microbiology Abn Result

| Test | Day | Date | Time | Result | | Reference | Units |
|------|-----|------|------|--------|---|-----------|-------|
| => CHLORIDE LEVEL | 15 | OCT 21 | 0500 | 100 | | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 16 | OCT 22 | 0513 | 97 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 17 | OCT 23 | 0500 | 99 | | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 18 | OCT 24 | 0450 | 98 | | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 18 | OCT 24 | 1730 | 95 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 19 | OCT 25 | 0555 | 94 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 19 | OCT 25 | 0829 | 96 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 20 | OCT 26 | 0545 | 94 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 21 | OCT 27 | 0605 | 94 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 22 | OCT 28 | 0620 | 94 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 23 | OCT 29 | 0626 | 95 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 24 | OCT 30 | 0628 | 94 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 25 | OCT 31 | 0400 | 93 | L | (98-108) | mmol/L |
| => CHLORIDE LEVEL | 26 | NOV 1 | 0659 | 96 | L | (98-108) | mmol/L |
| => CO2 LEVEL | 1 | OCT 7 | 0732 | 24 | | (23-32) | mmol/L |
| => CO2 LEVEL | 2 | OCT 8 | 0510 | 27 | | (23-32) | mmol/L |
| => CO2 LEVEL | 3 | OCT 9 | 0530 | 27 | | (23-32) | mmol/L |
| => CO2 LEVEL | 4 | OCT 10 | 0445 | 26 | | (23-32) | mmol/L |
| => CO2 LEVEL | 5 | OCT 11 | 1910 | 26 | | (23-32) | mmol/L |
| => CO2 LEVEL | 6 | OCT 12 | 0540 | 26 | | (23-32) | mmol/L |
| => CO2 LEVEL | 7 | OCT 13 | 0600 | 28 | | (23-32) | mmol/L |
| => CO2 LEVEL | 8 | OCT 14 | 0555 | 28 | | (23-32) | mmol/L |
| => CO2 LEVEL | 9 | OCT 15 | 0534 | 26 | | (23-32) | mmol/L |
| => CO2 LEVEL | 10 | OCT 16 | 0515 | 26 | | (23-32) | mmol/L |
| => CO2 LEVEL | 11 | OCT 17 | 0550 | 28 | | (23-32) | mmol/L |
| => CO2 LEVEL | 12 | OCT 18 | 0545 | 25 | | (23-32) | mmol/L |
| => CO2 LEVEL | 13 | OCT 19 | 0545 | 25 | | (23-32) | mmol/L |
| => CO2 LEVEL | 14 | OCT 20 | 0415 | 25 | | (23-32) | mmol/L |
| => CO2 LEVEL | 15 | OCT 21 | 0500 | 23 | | (23-32) | mmol/L |
| => CO2 LEVEL | 16 | OCT 22 | 0513 | 25 | | (23-32) | mmol/L |
| => CO2 LEVEL | 17 | OCT 23 | 0500 | 26 | | (23-32) | mmol/L |
| => CO2 LEVEL | 18 | OCT 24 | 0450 | 27 | | (23-32) | mmol/L |
| => CO2 LEVEL | 18 | OCT 24 | 1730 | 23 | | (23-32) | mmol/L |
| => CO2 LEVEL | 19 | OCT 25 | 0555 | 27 | | (23-32) | mmol/L |
| => CO2 LEVEL | 19 | OCT 25 | 0829 | 28 | | (23-32) | mmol/L |
| => CO2 LEVEL | 20 | OCT 26 | 0545 | 29 | | (23-32) | mmol/L |
| => CO2 LEVEL | 21 | OCT 27 | 0605 | 30 | | (23-32) | mmol/L |
| => CO2 LEVEL | 22 | OCT 28 | 0620 | 24 # | | (23-32) | mmol/L |
| => CO2 LEVEL | 23 | OCT 29 | 0626 | 25 | | (23-32) | mmol/L |
| => CO2 LEVEL | 24 | OCT 30 | 0628 | 25 | | (23-32) | mmol/L |

```
                    NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                          ACCT: FA1307223089
                    PRINTED:12/07/16 0001                 PAGE:  23  ** CONTINUED ON NEXT PAGE **
```

```
                        MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                         DARBY, PA 19023   (610)237-4742
                      SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

| | | | | | | |
|---|---|---|---|---|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | | | DOS: 10/07/16 | | LOC: FI4PVA | |
| AGE/SEX: 37/M | DOB: 03/06/1979 | | ACCT: FA1307223089 | | MR: F001250247 | |
| ATTEND DR: LITTMAN, MARIO, MD | | | | | | |

```
KEY H - Abn High    *H - Critical High   * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low    * - Microbiology Abn Result
```

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => CO2 LEVEL | 25 | OCT 31 | 0400 | 26 | (23-32) | mmol/L |
| => CO2 LEVEL | 26 | NOV 1 | 0659 | 25 | (23-32) | mmol/L |
| => ANION GAP | 1 | OCT 7 | 0732 | 14.0 | (6.0-16) | |
| => ANION GAP | 2 | OCT 8 | 0510 | 9.0 | (6.0-16) | |
| => ANION GAP | 3 | OCT 9 | 0530 | 11.0 | (6.0-16) | |
| => ANION GAP | 4 | OCT 10 | 0445 | 8.0 | (6.0-16) | |
| => ANION GAP | 5 | OCT 11 | 1910 | 9.0 | (6.0-16) | |
| => ANION GAP | 6 | OCT 12 | 0540 | 10.0 | (6.0-16) | |
| => ANION GAP | 7 | OCT 13 | 0600 | 8.0 | (6.0-16) | |
| => ANION GAP | 8 | OCT 14 | 0555 | 10.0 | (6.0-16) | |
| => ANION GAP | 9 | OCT 15 | 0534 | 12.0 | (6.0-16) | |
| => ANION GAP | 10 | OCT 16 | 0515 | 14.0 | (6.0-16) | |
| => ANION GAP | 11 | OCT 17 | 0550 | 10.0 | (6.0-16) | |
| => ANION GAP | 12 | OCT 18 | 0545 | 10.0 | (6.0-16) | |
| => ANION GAP | 13 | OCT 19 | 0545 | 10.0 | (6.0-16) | |
| => ANION GAP | 14 | OCT 20 | 0415 | 10.0 | (6.0-16) | |
| => ANION GAP | 15 | OCT 21 | 0500 | 12.0 | (6.0-16) | |
| => ANION GAP | 16 | OCT 22 | 0513 | 11.0 | (6.0-16) | |
| => ANION GAP | 17 | OCT 23 | 0500 | 10.0 | (6.0-16) | |
| => ANION GAP | 18 | OCT 24 | 0450 | 8.0 | (6.0-16) | |
| => ANION GAP | 18 | OCT 24 | 1730 | 12.0 | (6.0-16) | |
| => ANION GAP | 19 | OCT 25 | 0555 | 11.0 | (6.0-16) | |
| => ANION GAP | 19 | OCT 25 | 0829 | 9.0 | (6.0-16) | |
| => ANION GAP | 20 | OCT 26 | 0545 | 11.0 | (6.0-16) | |
| => ANION GAP | 21 | OCT 27 | 0605 | 9.0 | (6.0-16) | |
| => ANION GAP | 22 | OCT 28 | 0620 | 13.0 | (6.0-16) | |
| => ANION GAP | 23 | OCT 29 | 0626 | 9.0 | (6.0-16) | |
| => ANION GAP | 24 | OCT 30 | 0628 | 11.0 | (6.0-16) | |
| => ANION GAP | 25 | OCT 31 | 0400 | 8.0 | (6.0-16) | |
| => ANION GAP | 26 | NOV 1 | 0659 | 10.0 | (6.0-16) | |
| => CALCIUM LEVEL | 1 | OCT 7 | 0732 | 9.0 | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 2 | OCT 8 | 0510 | 8.3 L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 3 | OCT 9 | 0530 | 8.4 L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 4 | OCT 10 | 0445 | 7.9 L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 5 | OCT 11 | 1910 | 8.0 L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 6 | OCT 12 | 0540 | 8.0 L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 7 | OCT 13 | 0600 | 8.4 L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 8 | OCT 14 | 0555 | 8.4 L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 9 | OCT 15 | 0534 | 8.3 L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 10 | OCT 16 | 0515 | 8.4 L | (8.8-10.5) | mg/dL |

```
                    NAME: EFUNNUGA, OLUTOKUNBO           UNIT: F001250247
                                                         ACCT: FA1307223089
                    PRINTED: 12/07/16  0001              PAGE:  24  ** CONTINUED ON NEXT PAGE **
```

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

LABORATORY REPORT

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16           LOC:FI4PVA
AGE/SEX:37/M       DOB:03/06/1979   ACCT: FA1307223089      MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High      *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low       *L - Critical Low     * - Microbiology Abn Result

| Test | Day | Date | Time | Result | | Reference | Units |
|------|-----|------|------|--------|---|-----------|-------|
| => CALCIUM LEVEL | 11 | OCT 17 | 0550 | 8.1 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 12 | OCT 18 | 0545 | 8.3 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 13 | OCT 19 | 0545 | 8.3 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 14 | OCT 20 | 0415 | 8.2 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 15 | OCT 21 | 0500 | 7.9 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 16 | OCT 22 | 0513 | 8.4 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 17 | OCT 23 | 0500 | 8.1 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 18 | OCT 24 | 0450 | 8.7 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 18 | OCT 24 | 1730 | 8.4 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 19 | OCT 25 | 0555 | 8.6 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 19 | OCT 25 | 0829 | 8.7 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 20 | OCT 26 | 0545 | 8.7 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 21 | OCT 27 | 0605 | 8.3 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 22 | OCT 28 | 0620 | 8.1 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 23 | OCT 29 | 0626 | 8.4 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 24 | OCT 30 | 0628 | 8.6 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 25 | OCT 31 | 0400 | 8.5 | L | (8.8-10.5) | mg/dL |
| => CALCIUM LEVEL | 26 | NOV 1 | 0659 | 8.3 | L | (8.8-10.5) | mg/dL |
| => PHOSPHOROUS LEV | 2 | OCT 8 | 0510 | 4.1 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 3 | OCT 9 | 0530 | 3.7 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 4 | OCT 10 | 0445 | 1.8 # L | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 5 | OCT 11 | 1910 | 3.1 # | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 6 | OCT 12 | 0540 | 2.8 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 7 | OCT 13 | 0600 | 3.6 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 8 | OCT 14 | 0555 | 3.6 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 9 | OCT 15 | 0534 | 2.9 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 10 | OCT 16 | 0515 | 3.6 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 11 | OCT 17 | 0550 | 3.9 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 12 | OCT 18 | 0545 | 3.8 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 13 | OCT 19 | 0545 | 4.5 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 14 | OCT 20 | 0415 | 4.3 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 15 | OCT 21 | 0500 | 3.5 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 16 | OCT 22 | 0513 | 3.2 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 17 | OCT 23 | 0500 | 3.3 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 18 | OCT 24 | 0450 | 4.7 # H | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 19 | OCT 25 | 0555 | 5.1 H | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 19 | OCT 25 | 0829 | 5.7 H | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 20 | OCT 26 | 0545 | 3.5 # | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 21 | OCT 27 | 0605 | 3.3 | | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 22 | OCT 28 | 0620 | 3.1 | | (2.5-4.5) | mg/dL |

NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                       ACCT: FA1307223089
PRINTED:12/07/16 0001                  PAGE:  25  ** CONTINUED ON NEXT PAGE **

```
                          MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                     SAMIA HENIEN, M.D.   MEDICAL DIRECTOR
```

## LABORATORY REPORT

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16              LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979  ACCT: FA1307223089         MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    I – Abn Low     *L – Critical Low     * – Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => PHOSPHOROUS LEV | 23 | OCT 29 | 0626 | 3.7 | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 24 | OCT 30 | 0628 | 3.9 | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 25 | OCT 31 | 0400 | 3.6 | (2.5-4.5) | mg/dL |
| => PHOSPHOROUS LEV | 26 | NOV 1 | 0659 | 3.3 | (2.5-4.5) | mg/dL |
| => MAGNESIUM LEVEL | 1 | OCT 7 | 0732 | 2.4 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 2 | OCT 8 | 0510 | 1.9 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 3 | OCT 9 | 0530 | 1.9 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 4 | OCT 10 | 0445 | 1.7  L | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 5 | OCT 11 | 1910 | 2.2 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 6 | OCT 12 | 0540 | 2.2 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 7 | OCT 13 | 0600 | 2.5  H | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 8 | OCT 14 | 0555 | 2.1 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 9 | OCT 15 | 0534 | 1.8 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 10 | OCT 16 | 0515 | 1.7  L | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 11 | OCT 17 | 0550 | 2.4 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 12 | OCT 18 | 0545 | 2.3 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 13 | OCT 19 | 0545 | 2.2 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 14 | OCT 20 | 0415 | 2.2 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 15 | OCT 21 | 0500 | 2.3 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 16 | OCT 22 | 0513 | 2.2 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 17 | OCT 23 | 0500 | 2.3 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 18 | OCT 24 | 0450 | 2.1 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 19 | OCT 25 | 0555 | 2.0 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 19 | OCT 25 | 0829 | 2.2 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 20 | OCT 26 | 0545 | 2.2 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 21 | OCT 27 | 0605 | 2.0 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 22 | OCT 28 | 0620 | 2.1 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 23 | OCT 29 | 0626 | 2.0 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 24 | OCT 30 | 0628 | 2.0 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 25 | OCT 31 | 0400 | 2.0 | (1.8-2.4) | mg/dL |
| => MAGNESIUM LEVEL | 26 | NOV 1 | 0659 | 2.0 | (1.8-2.4) | mg/dL |
| => TOTAL PROTEIN | 1 | OCT 7 | 0732 | 8.4(ac)  H | (6.3-8.2) | gm/dL |
| => TOTAL PROTEIN | 4 | OCT 10 | 0445 | 6.1(ac) # L | (6.3-8.2) | gm/dL |
| => TOTAL PROTEIN | 12 | OCT 18 | 0545 | 7.1(ac) | (6.3-8.2) | gm/dL |
| => TOTAL PROTEIN | 13 | OCT 19 | 0545 | 7.1(ac) | (6.3-8.2) | gm/dL |

NOTES:    (ac) Reference range is based on ambulatory population.
          A decrease of approximately 0.5 gram is observed
          in hospitalized patients.

                    NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                          ACCT: FA1307223089
                    PRINTED:12/07/16 0001                 PAGE:  26  ** CONTINUED ON NEXT PAGE **

```
                        MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                         DARBY, PA 19023    (610)237-4742
                       SAMIA HENIEN, M.D.   MEDICAL DIRECTOR
```

## LABORATORY REPORT

| NAME: EFUNNUGA, OLUTOKUNBO | | DOS: 10/07/16 | LOC: FI4PVA |
|---|---|---|---|
| AGE/SEX: 37/M | DOB: 03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN, MARIO, MD | | | |

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
     L – Abn Low    *L – Critical Low    * – Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => TOTAL PROTEIN | 14 | OCT 20 | 0415 | 7.3(ad) | (6.3-8.2) | gm/dL |
| => TOTAL PROTEIN | 15 | OCT 21 | 0500 | 7.6(ad) | (6.3-8.2) | gm/dL |
| => TOTAL PROTEIN | 16 | OCT 22 | 0513 | 8.1(ad) | (6.3-8.2) | gm/dL |
| => TOTAL PROTEIN | 19 | OCT 25 | 0555 | 7.6(ad) | (6.3-8.2) | gm/dL |
| => TOTAL PROTEIN | 20 | OCT 26 | 0545 | 7.6(ad) | (6.3-8.2) | gm/dL |
| => TOTAL PROTEIN | 21 | OCT 27 | 0605 | 7.4(ad) | (6.3-8.2) | gm/dL |
| => ALBUMIN | 1 | OCT 7 | 0732 | 4.0  L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 4 | OCT 10 | 0445 | 2.5 # L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 12 | OCT 18 | 0545 | 2.4  L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 13 | OCT 19 | 0545 | 2.4  L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 14 | OCT 20 | 0415 | 2.4  L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 15 | OCT 21 | 0500 | 2.5  L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 16 | OCT 22 | 0513 | 2.6  L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 19 | OCT 25 | 0555 | 2.3  L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 20 | OCT 26 | 0545 | 2.3  L | (4.1-5.4) | gm/dL |
| => ALBUMIN | 21 | OCT 27 | 0605 | 2.2  L | (4.1-5.4) | gm/dL |
| => GLOBULIN | 1 | OCT 7 | 0732 | 4.4  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 4 | OCT 10 | 0445 | 3.6  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 12 | OCT 18 | 0545 | 4.7  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 13 | OCT 19 | 0545 | 4.7  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 14 | OCT 20 | 0415 | 4.9  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 15 | OCT 21 | 0500 | 5.1  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 16 | OCT 22 | 0513 | 5.5  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 19 | OCT 25 | 0555 | 5.3  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 20 | OCT 26 | 0545 | 5.3  H | (2.3-3.5) | g/dL |
| => GLOBULIN | 21 | OCT 27 | 0605 | 5.2  H | (2.3-3.5) | g/dL |
| => ALB/GLOB RATIO | 1 | OCT 7 | 0732 | 1.0 | (0.74-3.85) | |
| => ALB/GLOB RATIO | 4 | OCT 10 | 0445 | 1.0 | (0.74-3.85) | |
| => ALB/GLOB RATIO | 12 | OCT 18 | 0545 | 1.0 | (0.74-3.85) | |
| => ALB/GLOB RATIO | 13 | OCT 19 | 0545 | 1.0 | (0.74-3.85) | |
| => ALB/GLOB RATIO | 14 | OCT 20 | 0415 | 0.0  L | (0.74-3.85) | |
| => ALB/GLOB RATIO | 15 | OCT 21 | 0500 | 0.0  L | (0.74-3.85) | |
| => ALB/GLOB RATIO | 16 | OCT 22 | 0513 | 0.0  L | (0.74-3.85) | |
| => ALB/GLOB RATIO | 19 | OCT 25 | 0555 | 0.0  L | (0.74-3.85) | |
| => ALB/GLOB RATIO | 20 | OCT 26 | 0545 | 0.0  L | (0.74-3.85) | |

```
NOTES:   (ad) Reference range is based on ambulatory population.
         A decrease of approximately 0.5 gram is observed
         in hospitalized patients.
```

| NAME: EFUNNUGA, OLUTOKUNBO | UNIT: F001250247 |
|---|---|
| | ACCT: FA1307223089 |
| PRINTED:12/07/16 0001 | PAGE: 27 ** CONTINUED ON NEXT PAGE ** |

```
                        MERCY HEALTH SYSTEM LABORATORY
                         MERCY FITZGERALD HOSPITAL
                           1500 LANSDOWNE AVENUE
                        DARBY, PA 19023     (610)237-4742
                       SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

| | | |
|---|---|---|
| **NAME:EFUNNUGA,OLUTOKUNBO** | **DOS:** 10/07/16 | **LOC:**FI4PVA |
| **AGE/SEX:**37/M   **DOB:**03/06/1979 | **ACCT:** FA1307223089 | **MR:** F001250247 |
| **ATTEND DR:** LITTMAN,MARIO, MD | | |

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low      *L - Critical Low     * - Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => ALB/GLOB RATIO | 21 | OCT 27 | 0605 | 0.0  L | (0.74-3.85) | |
| => BILIRUBIN,TOTAL | 1 | OCT 7 | 0732 | 0.5 | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 4 | OCT 10 | 0445 | 0.8 | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 12 | OCT 18 | 0545 | 2.4  H | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 13 | OCT 19 | 0545 | 2.3  H | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 14 | OCT 20 | 0415 | 1.5  H | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 15 | OCT 21 | 0500 | 1.3  H | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 16 | OCT 22 | 0513 | 1.2 | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 19 | OCT 25 | 0555 | 1.8  H | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 20 | OCT 26 | 0545 | 1.2 | (0.2-1.2) | mg/dL |
| => BILIRUBIN,TOTAL | 21 | OCT 27 | 0605 | 0.8 | (0.2-1.2) | mg/dL |
| => BILIRUBIN,DIREC | 1 | OCT 7 | 0732 | < 0.2 | (0-0.3) | mg/dL |
| => BILIRUBIN,DIREC | 12 | OCT 18 | 0545 | 1.8  H | (0-0.3) | mg/dL |
| => BILIRUBIN,DIREC | 13 | OCT 19 | 0545 | 1.7  H | (0-0.3) | mg/dL |
| => BILIRUBIN,DIREC | 14 | OCT 20 | 0415 | 1.1  H | (0-0.3) | mg/dL |
| => BILIRUBIN,DIREC | 15 | OCT 21 | 0500 | 0.8  H | (0-0.3) | mg/dL |
| => BILIRUBIN,DIREC | 16 | OCT 22 | 0513 | 0.7  H | (0-0.3) | mg/dL |
| => BILIRUBIN,DIREC | 19 | OCT 25 | 0555 | 1.4  H | (0-0.3) | mg/dL |
| => BILIRUBIN,DIREC | 20 | OCT 26 | 0545 | 0.7  H | (0-0.3) | mg/dL |
| => BILIRUBIN,DIREC | 21 | OCT 27 | 0605 | 0.4  H | (0-0.3) | mg/dL |
| => AST/SGOT | 1 | OCT 7 | 0732 | 26 | (14-51) | U/L |
| => AST/SGOT | 4 | OCT 10 | 0445 | 207 # H | (14-51) | U/L |
| => AST/SGOT | 12 | OCT 18 | 0545 | 150  H | (14-51) | U/L |
| => AST/SGOT | 13 | OCT 19 | 0545 | 239  H | (14-51) | U/L |
| => AST/SGOT | 14 | OCT 20 | 0415 | 242  H | (14-51) | U/L |
| => AST/SGOT | 15 | OCT 21 | 0500 | 167  H | (14-51) | U/L |
| => AST/SGOT | 16 | OCT 22 | 0513 | 112  H | (14-51) | U/L |
| => AST/SGOT | 19 | OCT 25 | 0555 | 83  H | (14-51) | U/L |
| => AST/SGOT | 20 | OCT 26 | 0545 | 59  H | (14-51) | U/L |
| => AST/SGOT | 21 | OCT 27 | 0605 | 64  H | (14-51) | U/L |
| => ALT SGPT | 1 | OCT 7 | 0732 | 20 | (7-60) | U/L |
| => ALT SGPT | 4 | OCT 10 | 0445 | 46 | (7-60) | U/L |
| => ALT SGPT | 12 | OCT 18 | 0545 | 117  H | (7-60) | U/L |
| => ALT SGPT | 13 | OCT 19 | 0545 | 154  H | (7-60) | U/L |
| => ALT SGPT | 14 | OCT 20 | 0415 | 191  H | (7-60) | U/L |
| => ALT SGPT | 15 | OCT 21 | 0500 | 158  H | (7-60) | U/L |
| => ALT SGPT | 16 | OCT 22 | 0513 | 128  H | (7-60) | U/L |
| => ALT SGPT | 19 | OCT 25 | 0555 | 72  H | (7-60) | U/L |
| => ALT SGPT | 20 | OCT 26 | 0545 | 53 | (7-60) | U/L |
| => ALT SGPT | 21 | OCT 27 | 0605 | 53 | (7-60) | U/L |

```
                    NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                          ACCT: FA1307223089
                    PRINTED:12/07/16 0001                 PAGE:  28  ** CONTINUED ON NEXT PAGE **
```

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

LABORATORY REPORT

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16              LOC:FI4PVA
AGE/SEX:37/M     DOB:03/06/1979   ACCT: FA1307223089          MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High     *H - Critical High     * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low      *L - Critical Low      * - Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => ALK PHOSPHATASE | 1 | OCT 7 | 0732 | 55 | (42-157) | U/L |
| => ALK PHOSPHATASE | 4 | OCT 10 | 0445 | 40 L | (42-157) | U/L |
| => ALK PHOSPHATASE | 12 | OCT 18 | 0545 | 110 | (42-157) | U/L |
| => ALK PHOSPHATASE | 13 | OCT 19 | 0545 | 116 | (42-157) | U/L |
| => ALK PHOSPHATASE | 14 | OCT 20 | 0415 | 136 | (42-157) | U/L |
| => ALK PHOSPHATASE | 15 | OCT 21 | 0500 | 159 H | (42-157) | U/L |
| => ALK PHOSPHATASE | 16 | OCT 22 | 0513 | 158 H | (42-157) | U/L |
| => ALK PHOSPHATASE | 19 | OCT 25 | 0555 | 118 | (42-157) | U/L |
| => ALK PHOSPHATASE | 20 | OCT 26 | 0545 | 112 | (42-157) | U/L |
| => ALK PHOSPHATASE | 21 | OCT 27 | 0605 | 109 | (42-157) | U/L |
| => LDH | 12 | OCT 18 | 0851 | 371 H | (127-239) | U/L |
| => TOTAL CK | 1 | OCT 7 | 0732 | 392 H | (32-230) | U/L |
| => TOTAL CK | 2 | OCT 8 | 0510 | 1114 H | (32-230) | U/L |
| => TOTAL CK | 3 | OCT 9 | 0530 | 7497 # H | (32-230) | U/L |
| => TOTAL CK | 3 | OCT 9 | 1215 | 7236 H | (32-230) | U/L |
| => TOTAL CK | 4 | OCT 10 | 0445 | 8288 H | (32-230) | U/L |
| => TOTAL CK | 5 | OCT 11 | 1910 | 6046 H | (32-230) | U/L |
| => TOTAL CK | 7 | OCT 13 | 0600 | 3101 H | (32-230) | U/L |
| => TOTAL CK | 8 | OCT 14 | 0555 | 1505 H | (32-230) | U/L |
| => TOTAL CK | 9 | OCT 15 | 0534 | 822 H | (32-230) | U/L |
| => TOTAL CK | 10 | OCT 16 | 0515 | 690 H | (32-230) | U/L |
| => TROPONIN T | 1 | OCT 7 | 0732 | (ae) | (<0.04) | ng/mL |
| => TROPONIN T | 1 | OCT 7 | 1211 | (ag) | (<0.04) | ng/mL |
| => TROPONIN T | 1 | OCT 7 | 1440 | (ah) | (<0.04) | ng/mL |
| => AMPHET UR SCREE | 1 | OCT 7 | 0815 | NEGATIVE | (NEGATIVE) | |
| => BARB URINE SCRE | 1 | OCT 7 | 0815 | NEGATIVE | (NEGATIVE) | |
| => BENZO UR SCREEN | 1 | OCT 7 | 0815 | NEGATIVE | (NEGATIVE) | |
| => COCAINE UR SCR | 1 | OCT 7 | 0815 | POSITIVE H | (NEGATIVE) | |
| => METHADONE UR SC | 1 | OCT 7 | 0815 | NEGATIVE | (NEGATIVE) | |
| => OPIATES UR SCR | 1 | OCT 7 | 0815 | NEGATIVE | (NEGATIVE) | |

NOTES:   (ae) <= 0.01
         See also (af)
         (af) Troponin levels greater than or equal to 0.04 ng/ml are
         indicative of myocardial injury.
         (ag) <= 0.01
         See also (af)
         (ah) <= 0.01
         See also (af)

NAME: EFUNNUGA,OLUTOKUNBO                    UNIT: F001250247
                                            ACCT: FA1307223089
PRINTED:12/07/16 0001                       PAGE:  29  ** CONTINUED ON NEXT PAGE **

```
                           MERCY HEALTH SYSTEM LABORATORY
                            MERCY FITZGERALD HOSPITAL
                             1500 LANSDOWNE AVENUE
                          DARBY, PA 19023    (610)237-4742
                      SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO          DOS:  10/07/16          LOC: FI4PVA
AGE/SEX: 37/M      DOB: 03/06/1979   ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H − Abn High     *H − Critical High    * − High or Low(Alpha results)   # − Delta Check
    L − Abn Low      *L − Critical Low     * − Microbiology Abn Result


Test                 Day  Date    Time      Result       Reference       Units

=> PCP URINE SCREE    1   OCT 7   0815     NEGATIVE      (NEGATIVE)
=> THC UR SCREEN      1   OCT 7   0815     POSITIVE  H   (NEGATIVE)
=> UR PROPOXYPHENE    1   OCT 7   0815     NEGATIVE      (NEGATIVE)
=> TCA SCREEN, UR     1   OCT 7   0815        (ai)   H   (NEGATIVE)
=> UR METHAMPHET      1   OCT 7   0815        (ak)      (NEGATIVE)
=> OXYCODONE UR SC    1   OCT 7   0815        (am)      (NEGATIVE)

NOTES:   (ai) POSITIVE  H
             False positive results may occur when the patient is taking
             quetiapine, chlorpromazine, cyclobenzaprine, thioridazine,
             diphenhydramine, orphenadrine citrate, and cyproheptadine.
             See also (aj)
         (aj) Screening test only. Result is presumptive.
             Cutoff concentration for a positive result is:
             Amphetamines              1000 ng/mL
             Benzodiazepines            300 ng/mL
             Cocaine                    300 ng/mL
             Cannabinoids (THC)          50 ng/mL
             Opiates                    300 ng/mL
             Tricyclics                 300 ng/mL
             Phencyclidine (PCP)         25 ng/mL
             Barbiturates               200 ng/mL
             Methadone                  300 ng/mL
             Propoxyphene               300 ng/mL
         (ak) NEGATIVE
             See also (al)
         (al) Screening test only. Result is presumptive.
             Cutoff concentration for a positive result is 1000 ng/mL.
         (am) NEGATIVE
             Screening test only. Result is presumptive.
             Cutoff concentration for a positive result is 100 ng/mL.




                  NAME: EFUNNUGA, OLUTOKUNBO              UNIT: F001250247
                                                         ACCT: FA1307223089
                  PRINTED: 12/07/16 0001                 PAGE:  30  ** CONTINUED ON NEXT PAGE **
```

```
                            MERCY HEALTH SYSTEM LABORATORY
                              MERCY FITZGERALD HOSPITAL
                                 1500 LANSDOWNE AVENUE
                             DARBY, PA 19023     (610)237-4742
                           SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

                                   LABORATORY REPORT
```

| | | | | | | |
|---|---|---|---|---|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | | | DOS:  10/07/16 | | LOC: FI4PVA | |
| AGE/SEX: 37/M | | DOB: 03/06/1979 | ACCT: FA1307223089 | | MR: F001250247 | |
| ATTEND DR: LITTMAN, MARIO, MD | | | | | | |

```
KEY H - Abn High     *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low      *L - Critical Low     * - Microbiology Abn Result
```

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => VANCOMYCIN TROU | 4 | OCT 10 | 2020 | 5.3(an) | | mg/L |
| => VANCOMYCIN TROU | 6 | OCT 12 | 0540 | 11.0(an) | | mg/L |
| => ACETAMINOPHEN | 1 | OCT 7 | 0732 | < 5.0(ao)   L | (10-30) | mg/L |
| => SALICYLATE LEVE | 1 | OCT 7 | 0732 | < 0.3(ap) | (0.0-44.0) | mg/dL |
| => TSH REFLEX | 2 | OCT 8 | 1145 | 0.76 | (0.27-4.62) | uIU/mL |
| => AMMONIA | 2 | OCT 8 | 1145 | 53(aq) | (16-60) | umol/L |
| => HEPATITIS C ANT | 5 | OCT 11 | 1910 | NEGATIVE | (NEGATIVE) | |
| => HEP B SURFACE A | 5 | OCT 11 | 1910 | NEGATIVE | (NEGATIVE) | |
| => HEP B CORE IGM | 5 | OCT 11 | 1910 | NEGATIVE | (NEGATIVE) | |
| => RDM UR CREATINI | 1 | OCT 7 | 1440 | 126.0(ar) | | mg/dL |
| => SODIUM, RANDOM U | 1 | OCT 7 | 1440 | 64(as) | | mmol/L |
| => SODIUM, RANDOM U | 1 | OCT 7 | 1530 | 63(as) | | mmol/L |
| => POTASSIUM, RANDO | 1 | OCT 7 | 1530 | 58(at) | | mmol/L |

```
NOTES:   (an)
              Interpretive Note:
              Vancomycin Trough concentrations of at least 10 mg/L
              should be achieved, this may reduce the emergence of
              isolates with elevated vancomcyin MICs (reduced
              susceptibility).
              Trough concentrations of 15-20 mg/L recommended in the
              setting of invasive infections such as bacteremia,
              endocarditis, osteomyelitis, prosthetic joint infections
              hospital acquired pneumonia and infections involving
              the central nervous system and for treatment of due to
              isolates with vancomycin MICs > 1 mg/L.
              Am J Health Syst Pharm 2009:66 p82
         (ao) RESULT DELAYED. INSTRUMENT MALFUNCTION
         (ap) Salicylates Interpretation
              antipyretic, analgesic:  2.0-10.0 mg/dL
              anti-inflammatory:      10.0-25.0 mg/dL
              toxic:                      >30.0 mg/dL
         (aq) Temozolomide at therapeutic concentrations may lead to
              erroneous results.
         (ar) Reference range not established for random specimens.
         (as) Reference Range not available.
              Dependent on salt intake.
         (at) Reference Range not available.
              Dependent on salt intake.
```

| | |
|---|---|
| NAME: EFUNNUGA, OLUTOKUNBO | UNIT: F001250247 |
| | ACCT: FA1307223089 |
| PRINTED: 12/07/16 0001 | PAGE:  31  ** CONTINUED ON NEXT PAGE ** |

```
                        MERCY HEALTH SYSTEM LABORATORY
                         MERCY FITZGERALD HOSPITAL
                           1500 LANSDOWNE AVENUE
                        DARBY, PA 19023   (610)237-4742
                     SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                             LABORATORY REPORT
```

| | | |
|---|---|---|
| NAME:EFUNNUGA,OLUTOKUNBO | DOS: 10/07/16 | LOC:FI4PVA |
| AGE/SEX:37/M    DOB:03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN,MARIO, MD | | |

KEY H - Abn High     *H - Critical High     * - High or Low(Alpha results)     # - Delta Check
    L - Abn Low      *L - Critical Low      * - Microbiology Abn Result


| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => RDM UR CHLORIDE | 1 | OCT 7 | 1530 | 51(au) | | mmol/L |
| => ETHYL ALCOHOL | 1 | OCT 7 | 0732 | 51(av) | (<10) | mg/dL |
| => RAPID PLASMA RE | 3 | OCT 9 | 1215 | (aw) | (NR) | |
| => VDRL CSF | 2 | OCT 8 | 1337 | (ax) | (Nonreactive) | |
| => VDRL, CSF TITER | 2 | OCT 8 | 1337 | (ay) | (()) | Titer |
| => CRYPTO AG | 3 | OCT 9 | 1215 | (az) | | |

```
NOTES:   (au) Reference Range not available.
              Dependent on salt intake.
         (av) For Medical Managment only
              Impairment:           50-100
              Depression of CNS:    >100
              Fatalities reported:  >400
         (aw) NON-REACTIVE
         (ax) Nonreactive
         (ay) Test not performed
              Test performed at Warde Medical Laboratory,
              300 W. Textile Rd, Ann Arbor, MI  48108        800-876-6522
              William G. Finn, MD  - Medical Director
         (az) See Below
              Cryptococcal Ag Screen w/rfl
              Test Name              Result        Flag Ref Range
              Specimen Source        SERUM
              Cryptococcal Ag Scr    NOT DETECTED        NOT DETECTED
              Culture should be performed on the initial
              positive antigen test in order to recover the
              causative organism for precise identification
              (C. neoformans vs. C. gatii) and potential
              susceptibility testing.
              Test performed at
              Focus Diagnostics, Inc.
              33608 Ortega Highway
              San Juan Capistrano, CA 92675
              Laboratory Director: H J Batterman MD
```

| | |
|---|---|
| NAME: EFUNNUGA,OLUTOKUNBO | UNIT: F001250247 |
| | ACCT: FA1307223089 |
| PRINTED:12/07/16 0001 | PAGE:  32  ** CONTINUED ON NEXT PAGE ** |

```
                        MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                     SAMIA HENIEN, M.D.    MEDICAL DIRECTOR
```

## LABORATORY REPORT

**NAME:EFUNNUGA,OLUTOKUNBO**          **DOS:**  10/07/16          **LOC:**FI4PVA
**AGE/SEX:**37/M      **DOB:**03/06/1979      **ACCT:** FA1307223089      **MR:** F001250247
**ATTEND DR:** LITTMAN,MARIO, MD

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low     *L – Critical Low     * – Microbiology Abn Result

| Test | Day | Date | Time | Result | Reference | Units |
|------|-----|------|------|--------|-----------|-------|
| => OLIG BANDS, CSF | 2 | OCT 8 | 1337 | (ba) | | |
| => ALBUMIN, CSF | 2 | OCT 8 | 1337 | 24.2(bb) | (0.0 – 35.0) | mg/dL |
| => CD4% | 4 | OCT 10 | 2030 | 26  L | (35-66) | % |
| => CD4,ABSOLUTE | 4 | OCT 10 | 2030 | 245  L | (443-1471) | cell/ul |
| => CD8% | 4 | OCT 10 | 2030 | 56  H | (9-37) | % |
| => CD8,ABSOLUTE | 4 | OCT 10 | 2030 | 515 | (190-832) | cell/ul |
| => CD4/CD8 RATIO | 4 | OCT 10 | 2030 | 0.5(bc)  L | (1.0-3.7) | |
| => GENTAMICIN, TRO | 10 | OCT 16 | 1216 | (bd) | | |

```
NOTES:   (ba) See Below
              CSF contains oligoclonal bands.  Since the corresponding
              serum contains the same oligoclonal bands, this is not
              specific enough to be considered supportive evidence
              for multiple sclerosis.
              Reviewing pathologist: William G Finn, M.D.
              Test performed at Warde Medical Laboratory,
              300 W. Textile Rd, Ann Arbor, MI  48108       800-876-6522
              William G. Finn, MD  – Medical Director
         (bb) Test performed at Warde Medical Laboratory,
              300 W. Textile Rd, Ann Arbor, MI  48108       800-876-6522
              William G. Finn, MD  – Medical Director
         (bc) Test performed at Warde Medical Laboratory,
              300 W. Textile Rd, Ann Arbor, MI  48108       800-876-6522
         (bd) 0.8 UG/ML
              REFERENCE RANGE:0.5-2.0 UG/ML
              CONFIRMED IN DUPLICATE
              TEST PERFORMED BY ATLANTIC DIAGNOSTIC LABORATORIES BENSALEM
              PA
              See also (*be)
         (*be)ATLANTIC DIAGNOSTICS LAB
              PERFORMED at Atlantic Diagnostics Labs
              Bensalem, PA
```

| | | |
|---|---|---|
| **NAME:** EFUNNUGA,OLUTOKUNBO | **UNIT:** F001250247 | |
| | **ACCT:** FA1307223089 | |
| **PRINTED:**12/07/16 0001 | **PAGE:**  33  ** CONTINUED ON NEXT PAGE ** | |

```
                    MERCY HEALTH SYSTEM LABORATORY
                     MERCY FITZGERALD HOSPITAL
                        1500 LANSDOWNE AVENUE
                    DARBY, PA 19023    (610)237-4742
                 SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                         LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO          DOS:  10/07/16          LOC: FI4PVA
AGE/SEX: 37/M    DOB: 03/06/1979    ACCT: FA1307223089      MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result


     Test          Day  Date    Time      Result      Reference      Units

=> GENTAMICIN, TRO 17  OCT 23  0500     1.0(bf)     (1.0-2.0)      mg/L
=> GENTAMICIN, TRO 17  OCT 23  1300     1.1(bh)     (1.0-2.0)      mg/L

NOTES:    (bf) THIS TEST WAS PERFORMED AT:
               QUEST DIAGNOSTICS/NICHOLS CHANTILLY
               14225 NEWBROOK DRIVE
               CHANTILLY, VA 20151-2228
               PATRICK W. MASON, MD, PHD
               See also (*bg)
          (*bg)QUEST
               Performed by Quest Laboratories
               HORSHAM, PA
          (bh) THIS TEST WAS PERFORMED AT:
               QUEST DIAGNOSTICS/NICHOLS CHANTILLY
               14225 NEWBROOK DRIVE
               CHANTILLY, VA 20151-2228
               PATRICK W. MASON, MD, PHD
               See also (*bg)

        NAME: EFUNNUGA, OLUTOKUNBO              UNIT: F001250247
                                                ACCT: FA1307223089
        PRINTED: 12/07/16 0001                  PAGE:  34  ** CONTINUED ON NEXT PAGE **
```

```
                    MERCY HEALTH SYSTEM LABORATORY
                      MERCY FITZGERALD HOSPITAL
                        1500 LANSDOWNE AVENUE
                     DARBY, PA 19023    (610)237-4742
                  SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                           LABORATORY REPORT
```

NAME: EFUNNUGA, OLUTOKUNBO          DOS:  10/07/16          LOC: FI4PVA
AGE/SEX: 37/M      DOB: 03/06/1979   ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H — Abn High    *H — Critical High    * — High or Low(Alpha results)   # — Delta Check
    L — Abn Low     *L — Critical Low     * — Microbiology Abn Result

```
    Test             Day  Date    Time     Result     Reference     Units

=> TOXOPLASMA IgG     2   OCT 8   1337    <0.90(bi)

NOTES:   (bi) REFERENCE RANGE:
                     IgG: <0.90
                     IgM: <0.80
            INTERPRETIVE CRITERIA:
                       IgG:
                         <0.90      ANTIBODY NOT DETECTED
                       0.90-1.09    EQUIVOCAL
                     > OR = 1.10    ANTIBODY DETECTED
                       IgM:
                         <0.80      ANTIBODY NOT DETECTED
                       0.80-0.99    EQUIVOCAL
                     > OR = 1.00    ANTIBODY DETECTED
            Diagnosis of central nervous system infections can
            be accomplished by demonstrating the presence of
            intrathecally-produced specific antibody.
            Interpreting results may be complicated by low
            antibody levels found in CSF, passive transfer of
            antibody from blood, and contamination via bloody
            taps. The interpretation of CSF results must
            consider CSF-serum antibody ratios to the
            infectious agent.
            THIS TEST WAS PERFORMED AT:
            FOCUS DIAGNOSTICS
            33608 ORTEGA HIGHWAY BLD B-WEST WING
            SAN JUAN CAPISTRANO, CA 92675-2042
            HOLLIS BATTERMAN, MD
            See also (*bj)
         (*bj)QUEST
            Performed by Quest Laboratories
            HORSHAM, PA
```

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

LABORATORY REPORT

NAME:EFUNNUGA,OLUTOKUNBO              DOS:  10/07/16              LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979      ACCT: FA1307223089          MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result


    Test              Day  Date    Time      Result      Reference      Units

=> TOXOPLASMA IgM      2  OCT 8    1337    <0.80(bk)
=> HIV-1 RNA QUAL      1  OCT 7    1030     DETECTED  H  (Not detected)
=> DATE RECEIVED       1  OCT 7    1030     10/7/16

NOTES:  (bk) REFERENCE RANGE:
                         IgG: <0.90
                         IgM: <0.80
               INTERPRETIVE CRITERIA:
                         IgG:
                              <0.90    ANTIBODY NOT DETECTED
                          0.90-1.09    EQUIVOCAL
                          > OR = 1.10  ANTIBODY DETECTED
                           IgM:
                              <0.80    ANTIBODY NOT DETECTED
                          0.80-0.99    EQUIVOCAL
                          > OR = 1.00  ANTIBODY DETECTED
               Diagnosis of central nervous system infections can
               be accomplished by demonstrating the presence of
               intrathecally-produced specific antibody.
               Interpreting results may be complicated by low
               antibody levels found in CSF, passive transfer of
               antibody from blood, and contamination via bloody
               taps. The interpretation of CSF results must
               consider CSF-serum antibody ratios to the
               infectious agent.
               THIS TEST WAS PERFORMED AT:
               FOCUS DIAGNOSTICS
               33608 ORTEGA HIGHWAY BLD B-WEST WING
               SAN JUAN CAPISTRANO, CA 92675-2042
               HOLLIS BATTERMAN,MD
               See also (*b1)
         (*b1)QUEST
               Performed by Quest Laboratories
               HORSHAM, PA


                NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                       ACCT: FA1307223089
                PRINTED:12/07/16 0001                  PAGE:  36  ** CONTINUED ON NEXT PAGE **

```
                    MERCY HEALTH SYSTEM LABORATORY
                      MERCY FITZGERALD HOSPITAL
                        1500 LANSDOWNE AVENUE
                      DARBY, PA 19023   (610)237-4742
                   SAMIA HENIEN, M.D.  MEDICAL DIRECTOR
```

### LABORATORY REPORT

| | | | | |
|---|---|---|---|---|
| NAME:EFUNNUGA,OLUTOKUNBO | | DOS: 10/07/16 | | LOC:FI4PVA |
| AGE/SEX:37/M | DOB:03/06/1979 | ACCT: FA1307223089 | | MR: F001250247 |
| ATTEND DR: LITTMAN,MARIO, MD | | | | |

| | | | |
|---|---|---|---|
| KEY H – Abn High | *H – Critical High | * – High or Low(Alpha results) | # – Delta Check |
| L – Abn Low | *L – Critical Low | * – Microbiology Abn Result | |

| Test | Day | Date | Time | Result | Reference | Units |
|---|---|---|---|---|---|---|
| => DATE REPORTED | 1 | OCT 7 | 1030 | (bm) | | |
| => COPIES/ML | 1 | OCT 7 | 1030 | 1,443  H | (<40) | Copies/mL |
| => LOGCOPIES/ML | 1 | OCT 7 | 1030 | 3.16(bn)  H | (<1.60) | |

Source Category: BLOOD

Collection Date: 10/19/16

> BLOOD CULTURE                      Final 10/25/16
                                     NO GROWTH AFTER 6 DAYS

```
NOTES:   (bm) 10/10/16
            This test utilizes a real-time reverse-transcriptase
            polymerase chain reaction test from Abbott Molecular
            Systems to amplify a portion of the pol/integrase region
            of the HIV-1 genome. This test is intended for use in
            conjunction with clinical presentation and other laboratory
            markers as an indicator of disease prognosis.  This test
            may also be used as an aid in assessing the viral response
            to antiretroviral treatment as measured by changes in
            plasma HIV-1 RNA levels.  This test should not be used to
            establish a diagnosis of  HIV-1 infection. The lower limit
            of quantitation is 40 copies/mL  (1.60 log cy/mL) and the
            upper limit of quantitation is 10,000,000 copies/mL
            (7.00 log cy/mL). The qualitative limit of detection
            is 20 copies/mL (1.30 log cy/mL).
            Specimens reported as DETECTED but <40 cy/mL contain
            detectable level of HIV-1 RNA but the viral load is below
            the limit of quantitation. A Not detected result does
            not rule out infection.
            Test performed at Warde Medical Laboratory,
            300 W. Textile Rd, Ann Arbor, MI  48108      800-876-6522
            William G. Finn, MD  – Medical Director
         (bn) Result Units: Log (10) Copies/mL
```

| | |
|---|---|
| NAME: EFUNNUGA,OLUTOKUNBO | UNIT: F001250247 |
| | ACCT: FA1307223089 |
| PRINTED:12/07/16 0001 | PAGE:  37  ** CONTINUED ON NEXT PAGE ** |

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

### LABORATORY REPORT

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16           LOC:FI4PVA
AGE/SEX:37/M       DOB:03/06/1979   ACCT: FA1307223089      MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result

Source Category: BLOOD

Collection Date: 10/19/16

> BLOOD CULTURE                    Final 10/25/16
                                   NO GROWTH AFTER 6 DAYS

Collection Date: 10/17/16

> BLOOD CULTURE                    Final 10/23/16
                                   NO GROWTH AFTER 6 DAYS

Collection Date: 10/14/16

> BLOOD CULTURE                    Final 10/20/16
                                   NO GROWTH AFTER 6 DAYS

Collection Date: 10/10/16

> BLOOD CULTURE                    Final 10/16/16
                                   NO GROWTH AFTER 6 DAYS

> BLOOD CULTURE                    Final 10/16/16
                                   NO GROWTH AFTER 6 DAYS

Collection Date: 10/08/16

> BLOOD CULTURE                    Final 10/12/16
      GRAM STAIN RESULT            FROM AEROBIC BOTTLE:
                                   GRAM POSITIVE COCCI IN CHAINS

      POSITIVE                     POSITIVE SMEAR CALLED|
      CALLED TO/READ BACK BY:      JOHN GOOCH AT 77906
      DATE                         10/09/16
      TIME CALLED                  2220
      CALLED BY                    GM

---

            NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                  ACCT: FA1307223089
            PRINTED:12/07/16 0001                 PAGE:   38  ** CONTINUED ON NEXT PAGE **

```
                        MERCY HEALTH SYSTEM LABORATORY
                        MERCY FITZGERALD HOSPITAL
                           1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                    SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16           LOC:FI4PVA
AGE/SEX:37/M       DOB:03/06/1979   ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result

Source Category: BLOOD (continued)


Collection Date: 10/08/16 (continued)


BLOOD CULTURE                                           (continued)
     Organism 1                      STREP MITIS/STREP ORALIS
        BACTEC BOTTLE                FROM AEROBIC BOTTLE


        10/12FOR IDENTIFICATION  AND SUSCEPTIBILITY REFER TO:BLOOD
        CULTURE FROM SAME DATE

> BLOOD CULTURE                       Final 10/12/16
        GRAM STAIN RESULT             FROM ANAEROBIC BOTTLE: GRAM POSITIVE COCCI IN CHAINS

        POSITIVE                      POSITIVE SMEAR CALLED
        CALLED TO/READ BACK BY:       DR KUMAR, NITISH
        DATE                          10/09/16
        TIME CALLED                   1305
        CALLED BY                     GPB

     Organism 1                      STREP MITIS/STREP ORALIS
        BACTEC BOTTLE                FROM ANAEROBIC BOTTLE

1  STRMO
                    M.I.C.       RX
TRIMET/SULFA        <=10          S
CEFTRIAXONE         <=1           S
ERYTHROMYCIN        1             I
LEVOFLOXACIN        0.25          S
LINEZOLID           2             S
PENG                0.5           R
TETRACYCLINE        16            R
VANCOMYCIN          0.5           S


Source Category: URINE


Collection Date: 10/21/16

> LEGIONELLA URINARY ANTIGEN          Final 10/21/16

             NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                    ACCT: FA1307223089
                    PRINTED:12/07/16 0001           PAGE:   39  ** CONTINUED ON NEXT PAGE **

```
                          MERCY HEALTH SYSTEM LABORATORY
                          MERCY FITZGERALD HOSPITAL
                             1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                     SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

                              LABORATORY REPORT
```

| | | |
|---|---|---|
| NAME:EFUNNUGA,OLUTOKUNBO | DOS:  10/07/16 | LOC:FI4PVA |
| AGE/SEX:37/M    DOB:03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN,MARIO, MD | | |

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)   # – Delta Check
    L – Abn Low     *L – Critical Low     * – Microbiology Abn Result

Source Category: URINE (continued)


Collection Date: 10/21/16 (continued)

LEGIONELLA URINARY ANTIGEN                                              (continued)
        RESULT                          NEGATIVE FOR LEGIONELLA URINARY ANTIGEN


Collection Date: 10/14/16

> URINE CULTURE                         Final 10/15/16
        CULTURE                         NO GROWTH IN 24 HOURS


Source Category: RESPIRATORY


Collection Date: 10/24/16

> MRSA PCR SCREEN                        Final 10/24/16
        RESULT                          NEGATIVE—NO MRSA DNA DETECTED

        MRSA colonization unlikely. False negative results can
        occur. Follow hospital policies for repeat monitoring.


Collection Date: 10/21/16

> RESPIRATORY CULTURE                    Final 10/23/16
        GRAM STAIN RESULT                *
                                        MANY WHITE BLOOD CELLS
                                        MANY EPITHELIAL CELLS
                                        FEW GRAM POSITIVE COCCI IN PAIRS
                                        FEW GRAM POSITIVE BACILLI
                                        RARE GRAM NEGATIVE RODS

        CULTURE                         NORMAL RESPIRATORY FLORA
        GROWTH                          RARE


| | |
|---|---|
| NAME: EFUNNUGA,OLUTOKUNBO | UNIT: F001250247 |
| | ACCT: FA1307223089 |
| PRINTED:12/07/16 0001 | PAGE:  40  ** CONTINUED ON NEXT PAGE ** |

```
                        MERCY HEALTH SYSTEM LABORATORY
                         MERCY FITZGERALD HOSPITAL
                           1500 LANSDOWNE AVENUE
                       DARBY, PA 19023    (610)237-4742
                     SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16          LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979  ACCT: FA1307223089      MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result

Source Category: RESPIRATORY

Collection Date: 10/19/16

> RESPIRATORY CULTURE                    Final 10/22/16
        GRAM STAIN RESULT                *
                                         MANY WHITE BLOOD CELLS
                                         MODERATE EPITHELIAL CELLS
                                         MANY GRAM POSITIVE COCCI IN PAIRS
                                         MODERATE GRAM POSITIVE COCCI IN CHAINS
                                         FEW GRAM NEGATIVE RODS

        CULTURE                          NORMAL RESPIRATORY FLORA
        GROWTH                           LIGHT

      Organism 1                         ENTEROBACTER AEROGENES
        GROWTH                           MODERATE
      Organism 2                         STREPTOCOCCUS GROUP C
        GROWTH                           MODERATE

1  ENT AEROGE
                      M.I.C.        RX
TRIMET/SULFA          <=20           S
AZTREONAM             16             I
CEFAZOLIN             >=64           R
CEFTRIAXONE           16             I
CEFEPIME              <=1            S
CIPROFLOXACIN         <=0.25         S
GENTAMICIN            <=1            S
TOBRAMYCIN            <=1            S
AMIKACIN              <=2            S
PIP/TAZO              >=128          R

Collection Date: 10/17/16

> MRSA PCR SCREEN                        Final 10/18/16
        RESULT                           NEGATIVE-NO MRSA DNA DETECTED


              NAME: EFUNNUGA,OLUTOKUNBO           UNIT: F001250247
                                                  ACCT: FA1307223089
              PRINTED:12/07/16 0001               PAGE:  41  ** CONTINUED ON NEXT PAGE **

```
                      MERCY HEALTH SYSTEM LABORATORY
                       MERCY FITZGERALD HOSPITAL
                          1500 LANSDOWNE AVENUE
                     DARBY, PA 19023    (610)237-4742
                    SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                             LABORATORY REPORT
```

| | | |
|---|---|---|
| NAME:EFUNNUGA,OLUTOKUNBO | DOS:  10/07/16 | LOC:FI4PVA |
| AGE/SEX:37/M    DOB:03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN,MARIO, MD | | |

```
KEY H - Abn High   *H - Critical High   * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low    *L - Critical Low    * - Microbiology Abn Result
```

Source Category: RESPIRATORY (continued)


Collection Date: 10/17/16 (continued)


MRSA PCR SCREEN                                                  (continued)
          MRSA colonization unlikely. False negative results can
          occur. Follow hospital policies for repeat monitoring.


Collection Date: 10/13/16


> RESPIRATORY CULTURE                    Final 10/15/16
          GRAM STAIN RESULT               *
                                          RARE EPITHELIAL CELLS
                                          MANY WHITE BLOOD CELLS
                                          FEW GRAM POSITIVE COCCI IN PAIRS
                                          FEW GRAM NEGATIVE RODS

          CULTURE                         NORMAL RESPIRATORY FLORA
          GROWTH                          RARE

        Organism 1                        ENTEROBACTER AEROGENES
          GROWTH                          MODERATE

 1  ENT AEROGE
                      M.I.C.        RX
TRIMET/SULFA         <=20            S
AZTREONAM            <=1             S
CEFAZOLIN           >=64             R
CEFTRIAXONE          <=1             S
CEFEPIME             <=1             S
CIPROFLOXACIN       <=0.25           S
GENTAMICIN           <=1             S
TOBRAMYCIN           <=1             S
AMIKACIN             <=2             S

```

| | | |
|---|---|---|
| NAME: EFUNNUGA,OLUTOKUNBO | UNIT: F001250247 | |
| | ACCT: FA1307223089 | |
| PRINTED:12/07/16 0001 | PAGE:  42  ** CONTINUED ON NEXT PAGE ** | |

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

LABORATORY REPORT

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16          LOC:FI4PVA
AGE/SEX:37/M        DOB:03/06/1979    ACCT: FA1307223089    MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High     *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low      *L - Critical Low     * - Microbiology Abn Result

Source Category: RESPIRATORY

Collection Date: 10/08/16

> RESPIRATORY CULTURE                  Final 10/11/16
        GRAM STAIN RESULT          *
                                   MANY WHITE BLOOD CELLS
                                   RARE EPITHELIAL CELLS
                                   MANY GRAM POSITIVE COCCI IN CLUSTERS
                                   MODERATE GRAM POSITIVE COCCI IN PAIRS
                                   FEW GRAM NEGATIVE RODS

        CULTURE                    NO NORMAL RESPIRATORY FLORA

     Organism 1                    STAPHYLOCOCCUS AUREUS
        GROWTH                     HEAVY

     10/11 UPDATED GROWTH OF STAPH AUREUS

                        ********************************
                        * This is a corrected result. *
                        ********************************
         A prior result that was reported as final has been changed.

1  STA AUREUS
                    M.I.C.        RX
TRIMET/SULFA        <=10           S
CLINDAMYCIN         0.25           S
ERYTHROMYCIN        0.5            S
GENTAMICIN          <=0.5          S
LEVOFLOXACIN        0.25           S
LINEZOLID           2              S
OXACILLIN           0.5            S
TETRACYCLINE        >=16           R
VANCOMYCIN          <=0.5        | S |

Collection Date: 10/07/16

> MRSA PCR SCREEN                  Final 10/07/16
        RESULT                    NEGATIVE-NO MRSA DNA DETECTED

                NAME: EFUNNUGA,OLUTOKUNBO            UNIT: F001250247
                                                    ACCT: FA1307223089
                PRINTED:12/07/16 0001               PAGE:  43  ** CONTINUED ON NEXT PAGE **

```
                    MERCY HEALTH SYSTEM LABORATORY
                     MERCY FITZGERALD HOSPITAL
                       1500 LANSDOWNE AVENUE
                    DARBY, PA 19023    (610)237-4742
                  SAMIA HENIEN, M.D.  MEDICAL DIRECTOR

                         LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16          LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979   ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low     *L – Critical Low     * – Microbiology Abn Result

Source Category: RESPIRATORY (continued)


Collection Date: 10/07/16 (continued)

MRSA PCR SCREEN                                          (continued)
        MRSA colonization unlikely. False negative results can
        occur. Follow hospital policies for repeat monitoring.


Source Category: BODY FLUIDS


Collection Date: 10/08/16

> CSF CULTURE                    Final 10/12/16
        GRAM STAIN RESULT        *
                                 RARE WHITE BLOOD CELLS
                                 NO ORGANISMS SEEN

        CALLED TO/READ BACK BY:  MADHURA BOIIKER,ICU RESIDENT
        DATE CALLED:             10/10/16
        TIME CALLED:             1311
        CALLED BY:               KK

    Organism 1                   STAPHYLOCOCCUS EPIDERMIDIS
        GROWTH                   FROM BROTH ONLY

 1  STA EPIDER
                    M.I.C.      RX
CLINDAMYCIN         0.25         S
ERYTHROMYCIN        >=8          R
GENTAMICIN          <=0.5        S
LEVOFLOXACIN        0.25         S
LINEZOLID           1            S
OXACILLIN           <=0.25       S
TETRACYCLINE        2            S
VANCOMYCIN          2            S

> INDIA INK                      Final 10/09/16
        INDIA INK RESULT         NEGATIVE FOR ENCAPSULATED YEAST
```

NAME: EFUNNUGA,OLUTOKUNBO          UNIT: F001250247
                                   ACCT: FA1307223089
PRINTED:12/07/16 0001              PAGE:  44  ** CONTINUED ON NEXT PAGE **

```
                    MERCY HEALTH SYSTEM LABORATORY
                    MERCY FITZGERALD HOSPITAL
                      1500 LANSDOWNE AVENUE
                  DARBY, PA 19023    (610)237-4742
                SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                         LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16           LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979   ACCT: FA1307223089      MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result

Source Category: WOUND

Collection Date: 10/24/16

> SURGICAL CULTURE                    Final 10/31/16
        GRAM STAIN RESULT            *
                                     MANY WHITE BLOOD CELLS
                                     MANY GRAM POSITIVE COCCI
                                     FEW GRAM POSITIVE BACILLI

        Organism 1                   BETA HEMOLYTIC STREP C
          GROWTH                     MODERATE
        Organism 2                   STAPHYLOCOCCUS AUREUS
          GROWTH                     RARE
        Organism 3                   PREVOTELLA INTERMEDIA
          GROWTH                     RARE
        BETA LACTAMASE               POSITIVE

  2. STA AUREUS
                        M.I.C.        RX
    TRIMET/SULFA        <=10           S
    CLINDAMYCIN         0.25           S
    ERYTHROMYCIN        <=0.25         S
    GENTAMICIN          <=0.5          S
    LEVOFLOXACIN        0.25           S
    LINEZOLID           2              S
    OXACILLIN           0.5            S
    TETRACYCLINE        >=16           R
    VANCOMYCIN          1              S

> SURGICAL CULTURE                    Final 10/27/16
        GRAM STAIN RESULT            *
                                     FEW WHITE BLOOD CELLS
                                     NO ORGANISMS SEEN

        Organism 1                   STAPHYLOCOCCUS SP COAG NEG
          GROWTH                     FROM BROTH ONLY

                 NAME: EFUNNUGA,OLUTOKUNBO          UNIT: F001250247
                                                    ACCT: FA1307223089
                 PRINTED:12/07/16 0001              PAGE:  45  ** CONTINUED ON NEXT PAGE **

```
                           MERCY HEALTH SYSTEM LABORATORY
                            MERCY FITZGERALD HOSPITAL
                              1500 LANSDOWNE AVENUE
                           DARBY, PA 19023    (610)237-4742
                        SAMIA HENIEN, M.D.   MEDICAL DIRECTOR
```

                               LABORATORY REPORT

NAME:EFUNNUGA, OLUTOKUNBO            DOS:  10/07/16           LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979     ACCT: FA1307223089       MR: F001250247
ATTEND DR: LITTMAN, MARIO, MD

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low     *L – Critical Low     * – Microbiology Abn Result

Source Category: WOUND (continued)

Collection Date: 10/24/16 (continued)

SURGICAL CULTURE                                             (continued)
        STAPHYLOCOCCUS SP COAG NEG:Suggestive of skin flora


        NO ANAEROBES ISOLATED

> FUNGUS CULTURE: OTHER            Final 11/21/16
                                  NO FUNGI ISOLATED AFTER 4 WEEKS

> SURGICAL CULTURE                Final 10/27/16
        GRAM STAIN RESULT         RARE WHITE BLOOD CELLS
                                  RARE GRAM NEGATIVE RODS
                                  *

        CULTURE                   NO GROWTH 72 HOURS

        NO ANAEROBES ISOLATED

> ACID FAST STAIN                 Final 10/25/16
        AFB SMEAR                 NO ACID FAST BACILLI SEEN

> AFB CULTURE                     Final 12/05/16
                                  NO ACID FAST BACILLI ISOLATED IN 6 WEEKS

> ACID FAST STAIN                 Final 10/25/16
        AFB SMEAR                 NO ACID FAST BACILLI SEEN

> AFB CULTURE                     Final 12/05/16
                                  NO ACID FAST BACILLI ISOLATED IN 6 WEEKS

> FUNGUS CULTURE: OTHER           Final 11/21/16
                                  NO FUNGI ISOLATED AFTER 4 WEEKS

> ACID FAST STAIN                 Final 10/25/16
        AFB SMEAR                 NO ACID FAST BACILLI SEEN


        NAME: EFUNNUGA, OLUTOKUNBO              UNIT: F001250247
                                               ACCT: FA1307223089
        PRINTED:12/07/16 0001                  PAGE:  46  ** CONTINUED ON NEXT PAGE **

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

LABORATORY REPORT

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16          LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979   ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)   # – Delta Check
    L – Abn Low     *L – Critical Low     * – Microbiology Abn Result

Source Category: WOUND

Collection Date: 10/24/16

> AFB CULTURE                          Final 12/06/16
                                       NO ACID FAST BACILLI ISOLATED IN 6 WEEKS

> SURGICAL CULTURE                     Final 11/04/16
        GRAM STAIN RESULT              *
                                       MANY WHITE BLOOD CELLS
                                       MANY GRAM POSITIVE COCCI
                                       MANY GRAM NEGATIVE RODS

    Organism 1                         BETA HEMOLYTIC STREP C
      GROWTH                           HEAVY
    Organism 2                         STAPHYLOCOCCUS AUREUS
      GROWTH                           RARE
    Organism 3                         ANAEROBIC GRAM POSITIVE ROD
      GROWTH                           RARE

       ANAEROBIC GRAM POSITIVE ROD:
       PLATES WILL BE RETAINED FOR 7 DAYS. PLEASE CONTACT THE
       MICROBIOLOGY DEPARTMENT IF FURTHER TESTING IS REQUIRED.

       10/26 GRAM STAIN REVIEWED,MANY GRAM NEGATIVE RODS SEEN ON
          SMEAR NOT RECOVERED FROM CULTURE

  2  STA AUREUS
                        M.I.C.         RX
    TRIMET/SULFA        <=10            S
    CLINDAMYCIN         0.25            S
    ERYTHROMYCIN        <=0.25          S
    GENTAMICIN          <=0.5           S
    LEVOFLOXACIN        0.25            S
    LINEZOLID           2               S
    OXACILLIN           0.5             S
    TETRACYCLINE        >=16            R
    VANCOMYCIN          <=0.5           S

        NAME: EFUNNUGA,OLUTOKUNBO           UNIT: F001250247
                                           ACCT: FA1307223089
        PRINTED:12/07/16 0001              PAGE:  47  ** CONTINUED ON NEXT PAGE **

MERCY HEALTH SYSTEM LABORATORY
**MERCY FITZGERALD HOSPITAL**
**1500 LANSDOWNE AVENUE**
**DARBY, PA 19023    (610)237-4742**
**SAMIA HENIEN, M.D.    MEDICAL DIRECTOR**

**LABORATORY REPORT**

**NAME:EFUNNUGA,OLUTOKUNBO**          **DOS:**  10/07/16          **LOC:FI4PVA**
**AGE/SEX:**37/M      **DOB:**03/06/1979      **ACCT:** FA1307223089      **MR:** F001250247
**ATTEND DR: LITTMAN,MARIO, MD**

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low     *L – Critical Low     * – Microbiology Abn Result

Source Category: WOUND

Collection Date: 10/24/16

> ACID FAST STAIN                           Final 10/25/16
      AFB SMEAR                           NO ACID FAST BACILLI SEEN

> AFB CULTURE                              Final 12/06/16
                                          NO ACID FAST BACILLI ISOLATED IN 6 WEEKS

> FUNGUS CULTURE: OTHER                    Final 11/21/16
                                          NO FUNGI ISOLATED AFTER 4 WEEKS

> FUNGUS CULTURE: OTHER                    Final 11/21/16
                                          NO FUNGI ISOLATED AFTER 4 WEEKS

> ANAEROBIC CULTURE AND SMEAR             Final 10/29/16
      GRAM STAIN RESULT                   *
                                          MODERATE WHITE BLOOD CELLS
                                          NO ORGANISMS SEEN

      CULTURE                             NO ANAEROBES ISOLATED

> SURGICAL CULTURE                         Final 10/27/16
      GRAM STAIN RESULT                   *
                                          FEW WHITE BLOOD CELLS
                                          NO ORGANISMS SEEN

      CULTURE                             NO GROWTH 72 HOURS




                        COLLECTED: Oct 24, 2016 8:45am

> BLOOD TYPE          | O POSITIVE




              **NAME:** EFUNNUGA,OLUTOKUNBO                **UNIT:** F001250247
                                                          **ACCT:** FA1307223089
              **PRINTED:**12/07/16 0001                   **PAGE:**  48  ** CONTINUED ON NEXT PAGE **

```
                          MERCY HEALTH SYSTEM LABORATORY
                           MERCY FITZGERALD HOSPITAL
                              1500 LANSDOWNE AVENUE
                         DARBY, PA 19023    (610)237-4742
                       SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                              LABORATORY REPORT
```

| | | |
|---|---|---|
| NAME:EFUNNUGA,OLUTOKUNBO | DOS: 10/07/16 | LOC:FI4PVA |
| AGE/SEX:37/M    DOB:03/06/1979 | ACCT: FA1307223089 | MR: F001250247 |
| ATTEND DR: LITTMAN,MARIO, MD | | |

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)    # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result

                          COLLECTED: Oct 24, 2016 5:33am

˃ BLOOD TYPE         | O POSITIVE
                     |  OK/ HELEN

                          COLLECTED: Oct 24, 2016 4:50am

˃ BLOOD TYPE         | O POSITIVE
˃ ANTIBODY SCREEN    | NEGATIVE
  IS CROSSMATCH
  PACKED CELLS       | W202216725433 PACKED CELLS O POSITIVE Compatible? Y ⟨N/A⟩
  PACKED CELLS       | W202216741827 PACKED CELLS O POSITIVE Compatible? Y ⟨N/A⟩

                NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                       ACCT: FA1307223089
                PRINTED:12/07/16 0001                  PAGE:  49  ** CONTINUED ON NEXT PAGE **

```
                        MERCY HEALTH SYSTEM LABORATORY
                        MERCY FITZGERALD HOSPITAL
                            1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                    SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                            LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO            DOS:  10/07/16            LOC:FI4PVA
AGE/SEX:37/M        DOB:03/06/1979   ACCT: FA1307223089      MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High   * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low    * - Microbiology Abn Result

                    MERCY FITZGERALD PENDING SPECIMENS

FI1024:BB00004R RES, Coll: 10/24/16-0450 Recd: 10/24/16-0506 (R#01979230) HOWLAND,AMANDA R M
    Ordered: FFP/2, PACKED CELLS/2/-2, TYPE AND SCREEN, IS XMATCH/2
    Pending: FFP:           2 to be issued,  2 to be transfused.
FI1013:BG00001R RES, Coll: 10/13/16-0530 Recd: 10/13/16-0538 (R01965554) MALIK,AMMAR M MD
    Ordered: AEMPNL
    Pending: NA, K, CL, ICARSP, LACRSP

---

NAME: EFUNNUGA,OLUTOKUNBO                    UNIT: F001250247
                                            ACCT: FA1307223089
PRINTED:12/07/16 0001                       PAGE:   50  ** CONTINUED ON NEXT PAGE **

MERCY HEALTH SYSTEM LABORATORY
**MERCY FITZGERALD HOSPITAL**
**1500 LANSDOWNE AVENUE**
**DARBY, PA 19023    (610)237-4742**
**SAMIA HENIEN, M.D.   MEDICAL DIRECTOR**

**LABORATORY REPORT**

**NAME:EFUNNUGA,OLUTOKUNBO**          DOS:  10/07/16          LOC:FI4PVA
**AGE/SEX**:37/M     DOB:03/06/1979   **ACCT:** FA1307223089   **MR:** F001250247
**ATTEND DR:** LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low    * - Microbiology Abn Result

MERCY FITZGERALD CANCELED SPECIMEN LIST

FI1007:BG00018R CAN, Coll: 10/07/16-0816 Recd: - (R01958837) BORIKAR,MADHURA S MD
      Ordered: AEMPNL
      Comment: Auto-cancelled after 3 days.
FI1007:C00179R  CAN, Coll: 10/07/16-0816 Recd: - (R01958837) BORIKAR,MADHURA S MD
      Ordered: (NO REPORTABLE TESTS)
      Comment: Auto-cancelled after 3 days.
FI1007:R00025R  CAN, Coll: 10/07/16-0858 Recd: - (R01958887) BORIKAR,MADHURA S MD
      Ordered: CD4/CD8
      Comment: Auto-cancelled after 3 days.
FI1008:BG00002R CAN, Coll: 10/08/16-0500 Recd: - (R01959320) MALIK,AMMAR M MD
      Ordered: AEMPNL
      Comment: Auto-cancelled after 3 days.
FI1008:BF00001R CAN, Coll: 10/08/16-1254 Recd: - (R01960210) BORIKAR,MADHURA S MD
      Ordered: CSF TOT PROTEIN
      Comment: Cancelled via OE: POM Order Edit
FI1008:R00028R  CAN, Coll: 10/08/16-1254 Recd: - (R01960210) BORIKAR,MADHURA S MD
      Ordered: TOXO CSF PANEL
      Comment: Cancelled via OE: POM Order Edit
FI16:M0021783R CAN, Coll: 10/08/16-1254 Recd: - (R#01960211) BORIKAR,MADHURA S MD
      Ordered: CSF CULTURE
      Comment: Cancelled via OE: POM Order Edit
FI1009:C00157S  CAN, Coll: 10/09/16-1020 Recd: - (R01960958) BORIKAR,MADHURA S MD
      Ordered: (NO REPORTABLE TESTS)
      Comment: Auto-cancelled after 3 days.
FI1010:C00037R  CAN, Coll: 10/10/16-0500 Recd: - (R01961392) BORIKAR,MADHURA S MD
      Ordered: CK
      Comment: Auto-cancelled after 3 days.
FI1010:SC00006R CAN, Coll: 10/10/16-2030 Recd: - (R01962762) BORIKAR,MADHURA S MD
      Ordered: HEP C AB, HB S AG, HB CORE IGM
      Comment: Auto-cancelled after 3 days.
FI1011:C00015R  CAN, Coll: 10/11/16-0500 Recd: - (R01963001) BORIKAR,MADHURA S MD
      Ordered: CK
      Comment: DUPLICATE
FI1011:H00066R  CAN, Coll: 10/11/16-0500 Recd: - (R01963076) MALIK,AMMAR M MD
      Ordered: CBCDIFF
      Comment: Auto-cancelled after 3 days.
FI1011:C00080R  CAN, Coll: 10/11/16-0500 Recd: - (R01963076) MALIK,AMMAR M MD
      Ordered: BMP, PHOS, MG, CK

              **NAME:** EFUNNUGA,OLUTOKUNBO          **UNIT:** F001250247
                                                    **ACCT:** FA1307223089
              **PRINTED:**12/07/16 0001             **PAGE:** 51  ** CONTINUED ON NEXT PAGE **

```
                    MERCY HEALTH SYSTEM LABORATORY
                     MERCY FITZGERALD HOSPITAL
                        1500 LANSDOWNE AVENUE
                     DARBY, PA 19023    (610)237-4742
                  SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                          LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16          LOC:FI4PVA
AGE/SEX:37/M       DOB:03/06/1979   ACCT: FA1307223089   MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High   * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low    * - Microbiology Abn Result

```
      Comment: Auto-cancelled after 3 days.
                    MERCY FITZGERALD CANCELED SPECIMEN LIST

FI1011:SC00001R CAN, Coll: 10/11/16-0500 Recd: - (R01963111) ZHANG,HONGYU MD
     Ordered: HB CORE IGM
     Comment: Auto-cancelled after 3 days.
FI1011:R00006T CAN, Coll: 10/11/16-0500 Recd: - (R01963208) ZHANG,HONGYU MD
     Ordered: CD4/CD8
     Comment: Auto-cancelled after 3 days.
FI1011:SC00002R CAN, Coll: 10/11/16-0500 Recd: - (R01963209) ZHANG,HONGYU MD
     Ordered: HEP C AB, HB S AG
     Comment: Auto-cancelled after 3 days.
FI1011:BG00014T CAN, Coll: 10/11/16-0500 Recd: - (R01963336) OLUBIYI,OLUTAYO I MD
     Ordered: AEMPNL
     Comment: Auto-cancelled after 3 days.
FI1011:BG00002R CAN, Coll: 10/11/16-0600 Recd: - (R01962712) MALIK,AMMAR M MD
     Ordered: AEMPNL
     Comment: Auto-cancelled after 3 days.
FI1011:R00082S  CAN, Coll: 10/11/16-1910 Recd: - (R01964318) GOOCH,JOHN R MD
     Ordered: CD4/CD8
     Comment: Auto-cancelled after 3 days.
FI1013:C00024R  CAN, Coll: 10/13/16-0500 Recd: - (R01965942) MALIK,AMMAR M MD
     Ordered: CK
     Comment: Auto-cancelled after 3 days.
FI1015:BG00005R CAN, Coll: 10/15/16-0500 Recd: - (R01968559) MALIK,AMMAR M MD
     Ordered: AEMPNL
     Comment: Auto-cancelled after 3 days.
FI1015:C00002R  CAN, Coll: 10/15/16-0500 Recd: - (R01968654) MALIK,AMMAR M MD
     Ordered: CK
     Comment: Auto-cancelled after 3 days.
FI1015:C00220S  CAN, Coll: 10/15/16-1138 Recd: - (R01969208) ZHANG,HONGYU MD
     Ordered: CK
     Comment: Auto-cancelled after 3 days.
FI1015:C00221R  CAN, Coll: 10/15/16-1138 Recd: - (R01969209) ZHANG,HONGYU MD
     Ordered: (NO REPORTABLE TESTS)
     Comment: Auto-cancelled after 3 days.
FI1017:R00003R  CAN, Coll: 10/17/16-0600 Recd: - (R01970498) GILBERT,MARK, MD
     Ordered: (NO REPORTABLE TESTS)
     Comment: Auto-cancelled after 3 days.
```

NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                       ACCT: FA1307223089
         PRINTED:12/07/16 0001         PAGE:  52  ** CONTINUED ON NEXT PAGE **

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.    MEDICAL DIRECTOR

LABORATORY REPORT

NAME:EFUNNUGA,OLUTOKUNBO          DOS:  10/07/16          LOC:FI4PVA
AGE/SEX:37/M      DOB:03/06/1979   ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low      *L – Critical Low      * – Microbiology Abn Result

MERCY FITZGERALD CANCELED SPECIMEN LIST

FI1018:BF00001R CAN, Coll: 10/18/16-0822 Recd: – (R01972480) BORIKAR,MADHURA S MD
    Ordered: BODY FLD TP, RATTP
    Comment: Auto-cancelled after 3 days.
FI1018:C00218R  CAN, Coll: 10/18/16-0822 Recd: – (R01972480) BORIKAR,MADHURA S MD
    Ordered: TP
    Comment: Auto-cancelled after 3 days.
FI1018:C00219R  CAN, Coll: 10/18/16-0822 Recd: – (R01972480) BORIKAR,MADHURA S MD
    Ordered: (NO REPORTABLE TESTS)
    Comment: Auto-cancelled after 3 days.
FI1018:R00012R  CAN, Coll: 10/18/16-0822 Recd: – (R01972480) BORIKAR,MADHURA S MD
    Ordered: (NO REPORTABLE TESTS)
    Comment: Auto-cancelled after 3 days.
FI1019:C00328R  CAN, Coll: 10/19/16-1038 Recd: – (R01974248) BORIKAR,MADHURA S MD
    Ordered: (NO REPORTABLE TESTS)
    Comment: Auto-cancelled after 3 days.
FI16:M0022628S  CAN, Coll: 10/19/16-2104 Recd: – (R#01975061) PATEL,SANSKRUTI MD
    Ordered: BLOOD CULTURE
    Comment: Auto-cancelled after 3 days.
FI16:M0022629S  CAN, Coll: 10/19/16-2104 Recd: – (R#01975061) PATEL,SANSKRUTI MD
    Ordered: BLOOD CULTURE
    Comment: Auto-cancelled after 3 days.
FI1019:U00064S  CAN, Coll: 10/19/16-2322 Recd: – (R01975218) PATEL,SANSKRUTI MD
    Ordered: URINALYSIS
    Comment: Auto-cancelled after 3 days.
FI16:M0022665R  CAN, Coll: 10/20/16-1045 Recd: – (R#01975619) MANN,RUPINDER K MD
    Ordered: GS
    Comment: Auto-cancelled after 3 days.
FI1021:BF00001R CAN, Coll: 10/21/16-0014 Recd: – (R01976565) BORIKAR,MADHURA S MD
    Ordered: pH, BODY FLUID, BODY FLD CCDIFF, BODY FLD ALB, GRADALB, BODY FLD TP, FDGLU
    Comment: Auto-cancelled after 3 days.
FI1021:C00106R  CAN, Coll: 10/21/16-0014 Recd: – (R01976565) BORIKAR,MADHURA S MD
    Ordered: ALB
    Comment: Auto-cancelled after 3 days.
FI1021:BF00002R CAN, Coll: 10/21/16-0014 Recd: – (R01976566) MANN,RUPINDER K MD
    Ordered: BODY FLD ALB, GRADALB, BODY FLD TP, BODY FLD AMYL
    Comment: Auto-cancelled after 3 days.
FI1021:C00107R  CAN, Coll: 10/21/16-0014 Recd: – (R01976566) MANN,RUPINDER K MD
    Ordered: ALB

NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                      ACCT: FA1307223089
    PRINTED:12/07/16 0001              PAGE:  53  ** CONTINUED ON NEXT PAGE **

MERCY HEALTH SYSTEM LABORATORY
MERCY FITZGERALD HOSPITAL
1500 LANSDOWNE AVENUE
DARBY, PA 19023    (610)237-4742
SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

## LABORATORY REPORT

NAME:EFUNNUGA, OLUTOKUNBO       DOS:  10/07/16           LOC:FI4PVA
AGE/SEX:37/M     DOB:03/06/1979   ACCT: FA1307223089     MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H - Abn High    *H - Critical High    * - High or Low(Alpha results)   # - Delta Check
    L - Abn Low     *L - Critical Low     * - Microbiology Abn Result

    Comment: Auto-cancelled after 3 days.
                    MERCY FITZGERALD CANCELED SPECIMEN LIST

FI1021:BF00003R CAN, Coll: 10/21/16-0015 Recd: - (R01976567) BORIKAR,MADHURA S MD
    Ordered: BODY FLD LDH, RATLDH
    Comment: Auto-cancelled after 3 days.
FI1021:C00108R CAN, Coll: 10/21/16-0015 Recd: - (R01976567) BORIKAR,MADHURA S MD
    Ordered: LDH
    Comment: Auto-cancelled after 3 days.
FI1021:BF00004R CAN, Coll: 10/21/16-0015 Recd: - (R01976568) MANN,RUPINDER K MD
    Ordered: pH, BODY FLUID, BODY FLD LDH, RATLDH, BODY FLD TRIG
    Comment: Auto-cancelled after 3 days.
FI1021:C00109R CAN, Coll: 10/21/16-0015 Recd: - (R01976568) MANN,RUPINDER K MD
    Ordered: LDH
    Comment: Auto-cancelled after 3 days.
FI16:M0022714R CAN, Coll: 10/21/16-0015 Recd: - (R#01976569) BORIKAR,MADHURA S MD
    Ordered: BODY FLD
    Comment: Auto-cancelled after 3 days.
FI16:M0022715R CAN, Coll: 10/21/16-0015 Recd: - (R#01976570) MANN,RUPINDER K MD
    Ordered: ANAER
    Comment: Auto-cancelled after 3 days.
FI16:A0000178R CAN, Coll: 10/21/16-0015 Recd: - (R#01976570) MANN,RUPINDER K MD
    Ordered: AFBCSM
    Comment: Auto-cancelled after 3 days.
FI16:MM0000966R CAN, Coll: 10/21/16-0530 Recd: - (R#01976646) GEVORGYAN,DAVID MD
    Ordered: LEGUR
    Comment: Auto-cancelled after 3 days.
FI1021:R00001R CAN, Coll: 10/21/16-0700 Recd: - (R01976448) GILBERT,MARK, MD
    Ordered: (NO REPORTABLE TESTS)
    Comment: Auto-cancelled after 3 days.
FI1021:R00064R CAN, Coll: 10/21/16-1459 Recd: - (R01977291) MANN,RUPINDER K MD
    Ordered: (NO REPORTABLE TESTS)
    Comment: Auto-cancelled after 3 days.
FI16:MM0000967R CAN, Coll: 10/21/16-1549 Recd: - (R#01977338) GEVORGYAN,DAVID MD
    Ordered: S.PNEUMO UR AG
    Comment: Auto-cancelled after 3 days.
FI16:M0022939R CAN, Coll: 10/24/16-1502 Recd: 10/24/16-1714 (R#01980039) SHARIFF,HAJI M MD
    Ordered: SURG. CULTURE
    Comment: CANCELLATION REQUEST BY OR/ ORDER OF SPECIMEN WAS OBSERVED

            NAME: EFUNNUGA,OLUTOKUNBO           UNIT: F001250247
                                                ACCT: FA1307223089
            PRINTED:12/07/16 0001               PAGE:  54  ** CONTINUED ON NEXT PAGE **

```
                        MERCY HEALTH SYSTEM LABORATORY
                        MERCY FITZGERALD HOSPITAL
                           1500 LANSDOWNE AVENUE
                        DARBY, PA 19023    (610)237-4742
                    SAMIA HENIEN, M.D.   MEDICAL DIRECTOR

                           LABORATORY REPORT
```

NAME:EFUNNUGA,OLUTOKUNBO            DOS:  10/07/16            LOC:FI4PVA
AGE/SEX:37/M     DOB:03/06/1979     ACCT: FA1307223089       MR: F001250247
ATTEND DR: LITTMAN,MARIO, MD

KEY H – Abn High    *H – Critical High    * – High or Low(Alpha results)    # – Delta Check
    L – Abn Low     *L – Critical Low     * – Microbiology Abn Result

             (BY LAB) AS A DUPLICATE OF SPECIMEN FI16:M0022945 SAME
             SOURCE
                    MERCY FITZGERALD CANCELED SPECIMEN LIST

FI16:A0000179R  CAN, Coll: 10/24/16-1502 Recd: 10/24/16-1728 (R#01980039) SHARIFF,HAJI M MD
     Ordered: AFBCSM
     Comment: DUPLICATE ORDER
              SEE A181 PLEURAL PEEL
FI1025:BG00004R CAN, Coll: 10/25/16-0500 Recd: - (R01980177) IRIARTE OPORTO,BLANCA E MD
     Ordered: AEMPNL
     Comment: Auto-cancelled after 3 days.
FI1025:C00158R  CAN, Coll: 10/25/16-0725 Recd: - (R01980761) IRIARTE OPORTO,BLANCA E MD
     Ordered: (NO REPORTABLE TESTS)
     Comment: Auto-cancelled after 3 days.
FI1026:C00251S  CAN, Coll: 10/26/16-1044 Recd: - (R01982173) REGAN,JOHN E MD
     Ordered: (NO REPORTABLE TESTS)
     Comment: Auto-cancelled after 3 days.
FI1030:H00048R  CAN, Coll: 10/30/16-0628 Recd: 10/30/16-0628 (R01986189) JADHAV,GAURAV P MD
     Ordered: CBC
     Comment: CLOTTED SPEC,C/MARY

                NAME: EFUNNUGA,OLUTOKUNBO              UNIT: F001250247
                                                       ACCT: FA1307223089
                PRINTED:12/07/16 0001                  PAGE:  55  ** END OF REPORT **

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/07/16 |
| Med Rec #: | **F001250247** | | Order #: | 1007-0017 | Status: | REG ER |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 970624.001 | Location: | |
| Phone #: | (000)000-0000 | | Report #: | 1007-0006 | RAD #: | |
| Ordering Physician: | **HALSTEAD,JEFFREY E MD** | | | | | |
| CC: | DOCTOR,NONE (FAMILY); HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/07/16 | | | | | |

**Procedure Reason:** ams

## Exam: CT Brain WO

## *** Signed Status ***

IMPRESSION: 1. No intracranial hemorrhage or acute infarct.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Altered mental status

TECHNIQUE: Unenhanced CT of the head with axial, coronal, sagittal reformats. Comparison: None

FINDINGS:
POSTOPERATIVE CHANGES: None.
BRAIN VOLUME: Normal volume for age.
ACUTE INFARCT:  No focal hypodensity to suggest acute infarct.
CHRONIC INFARCT: None.
MASS LESIONS: None.
WHITE MATTER: White matter is within normal limits.
HEMORRHAGE:  No intracranial hemorrhage.
VASCULATURE: No hyperdense vascular thrombus.  No calcified intracranial plaque.
MSK: No fractures or soft tissue swelling.
SINUSES/MASTOIDS: Visualized paranasal sinuses are clear. Mastoid air cells are clear. Fluid in the nasal cavity and nasopharyngeal airway is presumably related to endotracheal intubation.
OTHER: None.

### Thank you for choosing Mercy Health System

**<Electronically signed by FRASER H BROWN, MD in OV>**          e-Sign Pager: (610)221-1965
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: BROWN, FRASER H MD     Dictated: 10/07/16 0813          Signoff: 10/07/16 0814

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/07/16 |
| Med Rec #: | **F001250247** | | Order #: | 1007-0024 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 970623.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1007-0063 | RAD #: | |
| Ordering Physician: | **HALSTEAD,JEFFREY E MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/07/16 | | | | | |

**Procedure Reason:** ams

## Exam: CR Chest PORTABLE

## \*\*\* Signed Status \*\*\*

IMPRESSION: Endotracheal tube in satisfactory position. No pneumonia.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Altered mental status, unresponsive.

TECHNIQUE: AP chest radiograph. Comparison: None.

FINDINGS:
LUNGS: Low lung volumes No mass, consolidation, pleural effusion, or pneumothorax.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Endotracheal tube is in place with the tip approximately 4.8 cm above carina.
Communication code 0: ED preliminary interpretation was not recorded on PACS at the time of the final report. Final report shows no critical finding.
This study was reviewed with the attending radiologist, Dr. Oleg Teytelboym, who was in agreement.

### Thank you for choosing Mercy Health System

**<Electronically signed by OLEG M TEYTELBOYM, MD in OV>**          e-Sign Pager: (610)221-0257
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: HONARMAND, AMIR R MD   Dictated: 10/07/16 0947          Signoff: 10/07/16 1104

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/08/16 |
| Med Rec #: | **F001250247** | | Order #: | 1008-0017 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 971210.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1008-0043 | RAD #: | |
| Ordering Physician: | | **RUSSELL,DAVID T DO** | | | | |
| CC: | | HALSTEAD,JEFFREY E MD ~ | | | | |
| Order Date: | 10/08/16 | | | | | |

**Procedure Reason:** AMS

## Exam: CT Brain W

# *** Signed Status ***

IMPRESSION: No intracranial hemorrhage, acute infarct or enhancing mass.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Drug overdose. Altered mental status.

TECHNIQUE: CT of the head with and without contrast with axial, coronal, sagittal reformats. IV contrast
(Isovue-370): 100 mL. Comparison: 10/7/2016 head CT.

FINDINGS:
Scout view demonstrates intubated patient.
POSTOPERATIVE CHANGES: None.
BRAIN VOLUME: Normal volume for age.
ACUTE INFARCT:  No focal hypodensity to suggest acute infarct.
CHRONIC INFARCT: None.
MASS LESIONS: No mass or abnormal enhancement. Unchanged bilateral basal ganglia calcifications.
WHITE MATTER: White matter is within normal limits.
HEMORRHAGE:  No intracranial hemorrhage. Lack of concurrently performed unenhanced CT precludes
evaluation of trace subarachnoid hemorrhage.
VASCULATURE: No calcified intracranial plaque.
MSK: No acute fractures or soft tissue swelling.
SINUSES/MASTOIDS: There is minimal paranasal sinus disease. Mastoid air cells are clear.
OTHER: Secretions within the nasal cavity, nasopharynx, oropharynx, presumably on the basis of intubation.
This study was reviewed with the attending radiologist, Dr. Oleg Teytelboym, who was in agreement.

### Thank you for choosing Mercy Health System

**<Electronically signed by OLEG M TEYTELBOYM, MD in OV>**        e-Sign Pager: (610)221-0257
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: STEINBERGER, AMANDA DO            Dictated: 10/08/16 1059            Signoff: 10/08/16 1111

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/08/16 |
| Med Rec #: | **F001250247** | | Order #: | 1008-0002 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 970952.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1008-0072 | RAD #: | |

Ordering Physician:     **MALIK,AMMAR M MD**
CC:                                  HALSTEAD,JEFFREY E MD ~
Order Date:               10/07/16
**Procedure Reason:** y

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION: Orogastric tube placement with sidehole in the stomach.

INDICATION: 37 years old; Male. Drug overdose. Mechanical ventilation.

TECHNIQUE: AP chest radiograph. Comparison: 10/7/2016 chest x-ray

FINDINGS:
LUNGS: Endotracheal tube tip is 5.3 cm above carina.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: Orogastric tube with sidehole in the stomach.

### Thank you for choosing Mercy Health System

**<Electronically signed by OLEG M TEYTELBOYM, MD in OV>**            e-Sign Pager: (610)221-0257
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: TEYTELBOYM, OLEG M MD                    Dictated: 10/08/16 1314                    Signoff: 10/08/16 1315

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/09/16 |
|---|---|---|---|---|---|---|
| Med Rec #: | **F001250247** | | Order #: | 1009-0013 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 971359.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1009-0057 | RAD #: | |
| Ordering Physician: | | **AHANGAR,WASEEM MD** | | | | |
| CC: | | HALSTEAD,JEFFREY E MD ~ | | | | |
| Order Date: | 10/09/16 | | | | | |

**Procedure Reason:** ETT tube placement

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. New patchy opacity within the left lower lobe, which may reflect pulmonary edema given rapid interval development.
2. Endotracheal tube and enteric tube in satisfactory positions.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Endotracheal tube placement. Drug overdose.

TECHNIQUE: AP chest radiograph. Comparison: 10/8/2016 chest radiograph.

FINDINGS:
LUNGS: There is a patchy opacity within the left lower lobe which may reflect pulmonary edema given rapid interval development. Possible trace left pleural effusion. No pneumothorax. Endotracheal tube tip beneath the clavicular heads, 4.9 cm above the carina.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: Enteric tube seen coursing beneath the diaphragm, tip not captured on this exam.
MSK: No acute displaced fracture.
OTHER: None.
This study was reviewed with the attending radiologist, Dr. Oleg Teytelboym, who was in agreement.

**Thank you for choosing Mercy Health System**

**<Electronically signed by OLEG M TEYTELBOYM, MD in OV>**     e-Sign Pager: (610)221-0257
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: STEINBERGER, AMANDA DO          Dictated: 10/09/16 1033          Signoff: 10/09/16 1143

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/10/16 |
| Med Rec #: | **F001250247** | | Order #: | 1010-0009 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 971388.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1010-0215 | RAD #: | |
| Ordering Physician: | | **BORIKAR,MADHURA S MD** | | | | |
| CC: | | HALSTEAD,JEFFREY E MD ~ | | | | |
| Order Date: | 10/09/16 | | | | | |

**Procedure Reason:** Altered mental status

## Exam: MR Brain W WO

### *** Signed Status ***

IMPRESSION: 1. Brain within normal limits.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Change in mental status. Drug overdose. Immunocompromised patient.

TECHNIQUE: Multiplanar MRI brain was performed with and without IV contrast (Gadavist): 10 mL. Comparison: Head CT dated 10/8/2016.

FINDINGS:
POSTOPERATIVE CHANGES: None.
BRAIN VOLUME: Normal volume for age.
DIFFUSION WEIGHTED IMAGES:  No diffusion restriction to suggest acute infarct.
CHRONIC INFARCT: None.
MASS LESIONS: No abnormal intracranial enhancement
WHITE MATTER: White matter is normal in appearance.
HEMORRHAGE:  No intracranial hemorrhage.
FLOW VOIDS: There is normal flow-void in the distal vertebral and basilar arteries as well as the distal internal carotid arteries. This study cannot exclude the presence of an intracranial aneurysm.
BONE MARROW: Bone marrow signal is within normal limits.
SINUSES/MASTOIDS: No abnormal signal in the visualized paranasal sinuses.  There is no abnormal signal within the mastoid air cells.
OTHER: None

#### Thank you for choosing Mercy Health System

**<Electronically signed by MICHAEL L BROOKS, MD in OV>**          e-Sign Pager: (610)221-9213
Clinical Associate Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: BROOKS, MICHAEL L MD    Dictated: 10/10/16 1609          Signoff: 10/10/16 1611

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
**Darby, PA 19023**
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/10/16 |
| Med Rec #: | **F001250247** | | Order #: | 1010-0016 | Status: | ADM IN |
| Date of Birth: | 03/08/1979 | Gender: M | Accession #: | 971605.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1010-0242 | RAD #: | |
| Ordering Physician: | **GOOCH,JOHN R MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/10/16 | | | | | |

**Procedure Reason:** intubated, ett

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION: .
1. Endotracheal tube tip is 5.7 cm above the carina. No pneumothorax.
2. New right lower lobe airspace opacity and increase in left lower lobe airspace opacity, possibly on the basis of pulmonary edema. Loss of left hemidiaphragm may be related to pleural effusion or atelectasis. Could consider mucous plugging in this intubated patient as a cause of atelectasis.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Intubated patient.

TECHNIQUE: AP chest radiograph. Comparison: 10/9/2016 portable chest x-ray, 10/8/2016 portable chest x-ray.

FINDINGS:
LUNGS: New development of patchy opacities in the right lower lobe. Increased left mid and lower lung opacities. Loss of the left hemidiaphragm, which may be related to pleural effusion or atelectasis of the left lower lobe.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: NG tube coursing beneath the hemidiaphragm. The tip is not visualized. Endotracheal tube is in place with the tip 5.7 cm above the carina.
This study was reviewed with the attending radiologist, Dr. Laryssa Hud, MD, who was in agreement.

### Thank you for choosing Mercy Health System

### <Electronically signed by LARYSSA M HUD, MD in OV>        e-Sign Pager: 610-221-9217

Interpreting: HONARMAND, AMIR R MD   Dictated: 10/10/16 1529          Signoff: 10/10/16 1705

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/11/16 |
| Med Rec #: | **F001250247** | | Order #: | 1011-0003 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 972014.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1011-0057 | RAD #: | |
| Ordering Physician: | **MALIK,AMMAR M MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/10/16 | | | | | |

**Procedure Reason:** ett

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. No change in pulmonary edema and left pleural effusion.
2. Endotracheal tube is in place with the tip about 6.1 cm above the carina, repositioning is recommended.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Intubated patient.

TECHNIQUE: AP chest radiograph. Comparison: 10/10/2016, 10/9/2016 portable chest x-rays.

FINDINGS:
LUNGS: Hypoinflated lungs. No change in bilateral diffuse patchy opacities consistent with pulmonary edema. Left pleural effusion.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Endotracheal tube is in place with the tip approximately 6.1 cm above the carina. NG tube coursing beneath the hemidiaphragm, the tip is not visualized in the film.
This study was reviewed with the attending radiologist, Dr. Dr. Michael Brooks, MD, who was in agreement.

### Thank you for choosing Mercy Health System

**<Electronically signed by MICHAEL L BROOKS, MD in OV>**          e-Sign Pager: (610)221-9213
Clinical Associate Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: HONARMAND, AMIR R MD   Dictated: 10/11/16 0952          Signoff: 10/11/16 1022

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hrud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/11/16 |
| Med Rec #: | **F001250247** | | Order #: | 1011-0126 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 972716.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1012-0093 | RAD #: | |
| Ordering Physician: | **MALIK,AMMAR M MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/11/16 | | | | | |

**Procedure Reason:** verify picc tip

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION:
1. Interval placement of a left upper extremity PICC line with its tip in the region of the cavoatrial junction.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Status post PICC line placement.

TECHNIQUE: AP chest radiograph. Comparison: 10/11/2016

FINDINGS:
LUNGS: Mild pulmonary edema unchanged. Small bilateral pleural effusions. There is an endotracheal tube with its tip above the carina in good position.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: There is an NG tube with its tip located below the left hemidiaphragm. There is a left upper extremity PICC line with its tip in the region of the cavoatrial junction.

### Thank you for choosing Mercy Health System

**<Electronically signed by JUSTIN E MACKEY, MD in OV>**          e-Sign Pager: (610)221-9376
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: MACKEY, JUSTIN E MD     Dictated: 10/12/16 1109        Signoff: 10/12/16 1110

**PATIENT IMAGES or REPORTS: (610) 237-4358      SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/12/16 |
| Med Rec #: | **F001250247** | | Order #: | 1012-0001 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 972318.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1012-0094 | RAD #: | |
| Ordering Physician: | **BHARGAVA,SURBHI MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/11/16 | | | | | |

**Procedure Reason:** to look for infiltrates

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. Slight worsening of pulmonary edema.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Looking for infiltrate, history of drug overdose.

TECHNIQUE: AP chest radiograph. Comparison: 10/11/2016, 10/10/2016 portable chest x-rays.

FINDINGS:
LUNGS: No significant change in left lower lobe airspace opacity. Increased right lower lobe airspace opacity. Increased small right pleural effusion. No change in moderate left pleural effusion. No pneumothorax.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Endotracheal tube is in place with the tip 4.6 cm above the carina. NG tube coursing below the hemidiaphragms, side-port overlying the region of the stomach, the tip is not visualized.
This study was reviewed with the attending radiologist, Dr. Laryssa Hud, MD, who was in agreement.

### Thank you for choosing Mercy Health System

### <Electronically signed by LARYSSA M HUD, MD in OV>          e-Sign Pager: 610-221-9217

Interpreting: HONARMAND, AMIR R MD   Dictated: 10/12/16 0926          Signoff: 10/12/16 1111

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

## Mercy Fitzgerald Hospital
### Mercy Health System
### Department of Radiology
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/13/16 |
| Med Rec #: | **F001250247** | | Order #: | 1013-0001 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 973344.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1013-0072 | RAD #: | |
| Ordering Physician: | **MALIK,AMMAR M MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/12/16 | | | | | |

**Procedure Reason:** ETT placement verification

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION:
1. No interval change in pulmonary edema.
2. Endotracheal tube is in place with the tip 6.45 cm above the carina.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Endotracheal tube placement verification.

TECHNIQUE: AP chest radiograph. Comparison: 10/12/2016, 10/11/2016 portable chest x-rays.

FINDINGS:
LUNGS: No interval change in diffuse vascular markings and airspace opacities. Left lower lobe consolidation not excluded. Small bilateral pleural effusion. No mass, consolidation, or pneumothorax.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Endotracheal tube is in place with the tip approximately 6.45 cm above the carina. NG tube coursing below the hemidiaphragm, the tip is not visualized.
This study was reviewed with the attending radiologist, Dr. Dr. Michael Brooks, MD, who was in agreement.

### Thank you for choosing Mercy Health System

**<Electronically signed by MICHAEL L BROOKS, MD in OV>**          e-Sign Pager: (610)221-9213
Clinical Associate Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: HONARMAND, AMIR R MD   Dictated: 10/13/16 1008          Signoff: 10/13/16 1057

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/14/16 |
| Med Rec #: | **F001250247** | | Order #: | 1014-0002 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 974019.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1014-0077 | RAD #: | |

Ordering Physician: **MALIK,AMMAR M MD**
CC: HALSTEAD,JEFFREY E MD ~
Order Date: 10/13/16
**Procedure Reason:** y

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION: Unchanged since last exam.

INDICATION: 37 years old; Male. Drug overdose.

TECHNIQUE: AP chest radiograph. Comparison: 10/13/2016 chest x-ray

FINDINGS:
LUNGS: Endotracheal tube tip is 5.3 cm above carina. Mild pulmonary vascular congestion and small pleural effusions, unchanged.
CARDIOVASCULAR: Left-sided PICC line with tip in right atrium or ventricle
MEDIASTINUM: Orogastric tube with tip below the level of the film.

### Thank you for choosing Mercy Health System

**<Electronically signed by OLEG M TEYTELBOYM, MD in OV>**        e-Sign Pager: (610)221-0257
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: TEYTELBOYM, OLEG M MD              Dictated: 10/14/16 1051              Signoff: 10/14/16 1053

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/14/16 |
| Med Rec #: | **F001250247** | | Order #: | 1014-0047 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 974586.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1014-0224 | RAD #: | |
| Ordering Physician: | **BHARGAVA,SURBHI MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/14/16 | | | | | |

**Procedure Reason:** to r/o DVT

## Exam: US Duplex Venous Study Bilat

## *** Signed Status ***

IMPRESSION: Ultrasound of bilateral lower extremity deep veins shows no DVT.

INDICATION: 37 years old; Male. Symptom/Location/Duration: HIV, glaucoma, unconscious. Drug overdose. Bilateral lower extremity swelling x 10 days. Patient on ventilator.

TECHNIQUE: Ultrasound of bilateral common femoral, superficial femoral, popliteal veins and common femoral/saphenous vein junctions with 2-D grayscale, color Doppler and pulsed Doppler techniques. Comparison: None.

FINDINGS:
Vessels are patent. Normal compressibility and color flow throughout. Normal response to augmentation. Normal respiratory phasicity.

### Thank you for choosing Mercy Health System

**<Electronically signed by DAVID P MAYER, MD in OV>**        e-Sign Pager: (888)966-9716
Clinical Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: MAYER, DAVID P MD        Dictated: 10/14/16 1538        Signoff: 10/14/16 1539

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

| **Mercy Fitzgerald Hospital** | David P Mayer, MD,MS,FACR, Chairman | Fraser Brown, MD | Caroline Ling, MD |
|---|---|---|---|
| **Mercy Health System** | Oleg Teytelboym, MD, Radiology Director | Stanley Chan, MD | Justin Mackey, MD |
| **Department of Radiology** | Gerard Berry, MD | Malgorzata Goralczyk, MD | Scott Rotenberg, MD |
| **1500 Lansdowne Avenue** | Robert Borden, MD | Laryssa Hud, MD | Salmi Simmons, MD |
| **Darby, PA 19023** | Michael Brooks, MD, JD | | |
| **610-237-4358** | | | |

| Patient: | **EFUNNUGA,OLUTOKUNBO** | Acct #: | FA1307223089 | Exam Date: | 10/15/16 |
|---|---|---|---|---|---|
| Med Rec #: | **F001250247** | Order #: | 1015-0008 | Status: | ADM IN |
| Date of Birth: | 03/06/1979    Gender: M | Accession #: | 974821.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | Report #: | 1015-0052 | RAD #: | |
| Ordering Physician: | **MALIK,AMMAR M MD** | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | |
| Order Date: | 10/14/16 | | | | |

**Procedure Reason:** ett placement confirmation

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. Small to moderate right and small left pleural effusions unchanged. Right lower lung consolidation which may be due to atelectasis or pneumonia and is unchanged.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Endotracheal tube evaluation.

TECHNIQUE: AP chest radiograph. Comparison: 10/14/2016

FINDINGS:
LUNGS: Small right pleural effusion unchanged. Right lower lung consolidation unchanged. Small left pleural effusion unchanged. Endotracheal tube tip 6 to 7 cm above the carina unchanged.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: There is a left upper extremity PICC line with its tip in the region of the right atrium. There is an NG tube with its tip located below the left hemidiaphragm.

### Thank you for choosing Mercy Health System

**<Electronically signed by JUSTIN E MACKEY, MD in OV>**      e-Sign Pager: (610)221-9376
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: MACKEY, JUSTIN E MD      Dictated: 10/15/16 1221      Signoff: 10/15/16 1226

**PATIENT IMAGES or REPORTS: (610) 237-4358      SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/16/16 |
| Med Rec #: | **F001250247** | | Order #: | 1016-0003 | Status: | ADM IN |
| Date of Birth: | 03/08/1979 | Gender: M | Accession #: | 975085.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1016-0068 | RAD #: | |
| Ordering Physician: | **AHANGAR,WASEEM MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/15/16 | | | | | |

**Procedure Reason:** right sided consolidation

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. Large loculated right pleural effusion unchanged. Consolidation throughout the right lung which may reflect pneumonia is also unchanged.
2. Interval removal of ET and NG tubes.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Right-sided consolidation for follow-up.

TECHNIQUE: AP chest radiograph. Comparison: 10/15/2016

FINDINGS:
LUNGS: Large loculated right pleural effusion and right lung consolidation unchanged. Left lung is clear.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Interval removal of ET and NG tubes. There is a left upper extremity PICC line with its tip in the region of the right atrium unchanged.

### Thank you for choosing Mercy Health System

**<Electronically signed by JUSTIN E MACKEY, MD in OV>**          e-Sign Pager: (610)221-9376
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: MACKEY, JUSTIN E MD      Dictated: 10/16/16 1221          Signoff: 10/16/16 1227

**PATIENT IMAGES or REPORTS: (610) 237-4358      SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/18/16 |
| Med Rec #: | **F001250247** | | Order #: | 1018-0119 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 976512.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1018-0283 | RAD #: | |

Ordering Physician: **GOOCH,JOHN R MD**
CC: HALSTEAD,JEFFREY E MD ~
Order Date: 10/18/16
**Procedure Reason:** s/p daubav

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION: Dobbhoff tube terminates in stomach. Large right loculated pleural effusion slightly increased from prior imaging. Associated right-sided opacities may reflect atelectasis, however, underlying pneumonia is not excluded.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Dobbhoff tube placement

TECHNIQUE: AP chest radiograph. Comparison: Chest radiograph performed 10/16/2016

FINDINGS:
LUNGS: Large loculated right pleural effusion, mildly increased from prior imaging. No pneumothorax. Additional opacities involve the right mid and lower lung. Left lung is grossly clear.
CARDIOVASCULAR: Heart size is within normal limits.  The left upper extremity PICC likely terminates in the right atrium, however, evaluation is suboptimal given patient obliquity.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: A weighted feeding tube terminates in the stomach.

### Thank you for choosing Mercy Health System

**<Electronically signed by SCOTT E ROTENBERG, MD in OV>**    e-Sign Pager: 610-221-0755
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: ROTENBERG, SCOTT E MD              Dictated: 10/18/16 1634              Signoff: 10/18/16 1636

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/18/16 |
| Med Rec #: | **F001250247** | | Order #: | 1018-0057 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 976548.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1018-0299 | RAD #: | |
| Ordering Physician: | **LITTMAN,MARIO, MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/18/16 | | | | | |

**Procedure Reason:** EVALUATE RT PLEURAL EFFUSION FOR POSSIBLE DRAINAGE

## Exam: US Chest

## *** Signed Status ***

IMPRESSION:
1. Ultrasound examination showed only a small to moderate-sized loculated right pleural effusion.
2. The patient could not remain still. He was somewhat combative and was coughing vigorously. Therefore thoracentesis for this small amount of effusion was deemed unsafe at this time. If still indicated, please reconsult and the procedure can be performed under sedation.

Procedure: Right thoracentesis.

History: 37 years old; Male. Symptom/Location/Duration: HIV, glaucoma, unconscious. Drug overdose. Bilateral lower extremity swelling x 10 days. Patient recently extubated. Chest x-ray showed a loculated right pleural effusion as well as consolidation. Ultrasound-guided diagnostic and therapeutic right thoracentesis has been requested.

Comments: The procedure, risks, benefits and alternatives were explained to the patient's mother (Fheree Mobley) who expressed understanding and gave witnessed, verbal/telephone informed consent.

The patient was identified and placed in the left lateral decubitus position. The patient was noted to be somewhat combative and coughing vigorously. Real-time ultrasound examination was performed over the right hemithorax showing only a small to moderate-sized loculated pleural effusion. In view of the patient's inability to hold still and the small size of the effusion, thoracentesis was not performed. If still indicated, it can be performed with sedation. Permanent ultrasound images were recorded.

### Thank you for choosing Mercy Health System

**<Electronically signed by SALMI SIMMONS, MD in OV>**
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

e-Sign Pager: (610)221-0007

Interpreting: SIMMONS, SALMI MD          Dictated: 10/18/16 1656          Signoff: 10/18/16 1705

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: 10/19/16 |
| Med Rec #: | **F001250247** | | Order #: | 1019-0018 | Status: ADM IN |
| Date of Birth: | 03/08/1979 | Gender: M | Accession #: | 976198.001 | Location: 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1019-0169 | RAD #: |
| Ordering Physician: | **GOOCH,JOHN R MD** | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | |
| Order Date: | 10/18/16 | | | | |

**Procedure Reason:** abd pain, elv lft

## Exam: US Liver

# *** Signed Status ***

IMPRESSION:
1. Technically difficult, bedside study performed in a bright room. There is no sonographic evidence of cholecystitis or gallstones.
2. A subcentimeter echodense lesion within the anterior segment of the right hepatic lobe, probably hemangioma measuring 6 x 7 x 7 mm. This can be confirmed with routine outpatient abdominal MRI.
3. No right hydronephrosis.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Abdominal pain. Elevated LFTs. HIV.

TECHNIQUE: A limited right upper quadrant ultrasound was performed at bedside with real-time 2-D grayscale and color Doppler techniques. COMPARISON: None

FINDINGS:
Right pleural effusion is present.
LIVER: Measures 181 mm in length which is within normal limits. Overall echotexture of the liver is within normal limits.. The liver surface is smooth without nodularity. There is a round echodense lesion in the anterior segment of the right hepatic lobe measuring 6 x 7 x 7 mm. No bile duct dilatation.
GALLBLADDER: Wall- 2 mm (normal is 3 mm or less). No shadowing stone, sludge, or pericholecystic fluid. The performing sonographer reported a negative sonographic Murphy's sign.
Common duct: 2 mm. No filling defect in the visualized CBD.
PANCREAS: No masses are seen in the head or the body of the pancreas. Pancreatic tail not visualized..
RIGHT KIDNEY: Measures 118 x 57 x 44 mm. No hydronephrosis.

#### Thank you for choosing Mercy Health System

#### <Electronically signed by ROBERT F BORDEN, DO in OV>        e-Sign Pager: (610)221-0286

Interpreting: BORDEN, ROBERT F DO    Dictated: 10/19/16 1238        Signoff: 10/19/16 1258

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/19/16 |
| Med Rec #: | **F001250247** | | Order #: | 1019-0153 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 977474.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1020-0133 | RAD #: | |
| Ordering Physician: | PATEL,SANSKRUTI MD | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/19/16 | | | | | |

**Procedure Reason:** dobhoff tube placement

## Exam: CR Chest PORTABLE

# \*\*\* Signed Status \*\*\*

IMPRESSION:
1.Dobbhoff tube coursing below the left hemidiaphragm and projecting along the greater curvature of the stomach with the tip at the pyloric antrum.
2. Unchanged hazy opacities in the right mid and lower lung, likely atelectasis; however underlying pneumonia is not excluded. Both lung apices are not excluded including the field-of-view.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Dobbhoff tube placement.

TECHNIQUE: AP chest radiograph. The apices of both lungs are not included in the field-of-view.
Comparison: Multiple chest radiographs, most recent one dated 10/18/2016.

FINDINGS:
LUNGS: Large loculated right pleural effusion, similar to prior chest x-ray. Hazy opacities in the right mid and lower lung. No pneumothorax in the visualized lung.
CARDIOVASCULAR: Heart size is within normal limits. Left upper extremity PICC line projects over the right atrium.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Dobbhoff tube coursing below the left hemidiaphragm and projecting along the greater curvature of the stomach with the tip at the pyloric antrum.   This is appropriately positioned.
The preliminary results of the study were discussed with intern/resident taking care of the patient in the ICU at 10/19/2016 11:21 PM. The study was reviewed with the attending radiologist Dr. Dr. Michael Brooks, MD, who is in agreement. .

### Thank you for choosing Mercy Health System

**<Electronically signed by MICHAEL L BROOKS, MD in OV>**          e-Sign Pager: (610)221-9213
Clinical Associate Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: SCHULERI, KARL HEINZ MD                 Dictated: 10/20/16 0432              Signoff: 10/20/16 1141

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/20/16 |
| Med Rec #: | **F001250247** | | Order #: | 1020-0008 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 977911.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1020-0305 | RAD #: | |
| Ordering Physician: | **LITTMAN,MARIO, MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/20/16 | | | | | |

**Procedure Reason:** RT PLEURAL EFFUSION

## Exam: Drainage Proc Perc Major

# *** Signed Status ***

Impression: Ultrasound-guided right thoracentesis yielding 2 mL of serous fluid. A small pleural effusion was present and complete drainage is not possible due to loculation.

Procedure: Ultrasound guided right thoracentesis.

History: 37 year-old male patient with right pleural effusion

Comments: The patient was identified. The procedure, risks, benefits and alternatives were explained to the patient who expressed understanding and signed an informed consent.

The patient was placed in the left decubitus position. Timeout verification was performed. Real-time ultrasound examination over the right hemithorax confirmed a small loculated pleural effusion. A permanent ultrasound image was recorded.

Maximum sterile barrier technique including cap, mask, gown and gloves, as well as a large sterile sheath was used. Appropriate hand hygiene was performed. The right side of the posterior chest wall was prepped using 2% chlorhexidine for cutaneous antisepsis and draped in the usual sterile fashion.

2% lidocaine was used for local anesthesia. Under ultrasound guidance, the right pleural effusion was accessed using an 18 gauge Yueh needle. 2 mL of serous fluid were drained. Specimens were submitted for laboratory analysis. The patient tolerated the procedure well.

#### Thank you for choosing Mercy Health System

#### <Electronically signed by GERARD T BERRY, MD in OV>          e-Sign Pager: (610) 221-5967

Interpreting: BERRY, GERARD T MD          Dictated: 10/20/16 1637          Signoff: 10/20/16 1638

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/20/16 |
| Med Rec #: | **F001250247** | | Order #: | 1020-0034 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 977850.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1020-0317 | RAD #: | |
| Ordering Physician: | | CHOWDHURY,JUNAD MD | | | | |
| CC: | | HALSTEAD,JEFFREY E MD ~ | | | | |
| Order Date: | 10/20/16 | | | | | |

**Procedure Reason:** fevers, rule out empyema

## Exam: CT Chest W

### *** Signed Status ***

IMPRESSION:
1. Extensive consolidation throughout bilateral lower lobes most concerning for aspiration.
2. Small cavitary component in left lower lobe. Large cavitary component in superior segment of the right lower lobe measuring up to 6.4 cm. Underlying bronchopleural fistula is not excluded. Recommend short-term follow-up with chest CT.
3. Small to moderate loculated right effusion with underlying hydropneumothorax from recently performed thoracentesis. The pleural effusion could be parapneumonic or could represent empyema. Correlate with the result of recently performed thoracentesis.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Right-sided chest pain and fever, suspect empyema. Past medical history of HIV. Patient is status post right thoracentesis performed today.

TECHNIQUE: CT CHEST; axial, coronal, sagittal, MIP reformats. Contrast IV (Isovue-370): 64 ml.
Comparison: Multiple prior chest x-rays dating back to 10/7/2016, the most recent 10/19/2016.

FINDINGS:
LOWER NECK: No thyroid nodule or adenopathy.
MEDIASTINUM: Right upper paratracheal adenopathy measuring 2.2 x 1.4 cm (series 3 image 16).
PULMONARY ARTERIES: No central PE. Main PA: Normal size, 2.9 cm (normal <3 cm).
THORACIC AORTA: Normal size, 2.2 cm max diameter (normal male ascending <4 cm; descending <3 cm).
Aortic valve: No leaflet calcifications.
HEART: Coronary arteries: No calcified plaque. Left atrium: Normal size, 6 cm transverse diameter (normal <7.3 cm). Trace pericardial effusion. Left-sided PICC line terminates in right atrium.
LUNGS/AIRWAYS/PLEURA: Mild emphysema. Small to moderate right loculated pleural effusion with gas within the pleural space representing hydropneumothorax from recently performed thoracentesis. Extensive consolidation throughout bilateral lower lobes most concerning for aspiration. There is a small cavitary component in left lower lobe measuring 2.6 cm. There is a larger cavitary component involving the superior segment of the right lower lobe measuring up to 6.4 cm. Few scattered nodules throughout both lungs likely part of the same process.
UPPER ABDOMEN: No free air or ascites in visualized abdomen.  Partially visualized feeding tube with the tip below the diaphragm.
MSK: No fracture or malalignment. No lytic or blastic lesions.
This study was reviewed with the attending radiologist Dr. Justin Mackey, who is in agreement.

#### Thank you for choosing Mercy Health System

**<Electronically signed by JUSTIN E MACKEY, MD in OV>**      e-Sign Pager: (610)221-9376
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine
**PATIENT IMAGES or REPORTS: (610) 237-4358**      **SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Frazier Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/20/16 |
| Med Rec #: | **F001250247** | | Order #: | 1020-0034 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 977850.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1020-0317 | RAD #: | |
| Ordering Physician: | **CHOWDHURY,JUNAD MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/20/16 | | | | | |

Interpreting: ZIAI, POUYA MD          Dictated: 10/20/16 1558          Signoff: 10/20/16 1700

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/21/16 |
|---|---|---|---|---|---|---|
| Med Rec #: | **F001250247** | | Order #: | 1021-0044 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 978461.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1021-0137 | RAD #: | |
| Ordering Physician: | **HOWLAND,AMANDA R MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/21/16 | | | | | |

**Procedure Reason:** bilateral puolmonary infiltrate and right pleural effusion

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION: Large partially loculated right pleural effusion with dense consolidation in the right lung and consolidative change of the left lung base.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Pleural effusions and pneumonia

TECHNIQUE: AP chest radiograph. Comparison: 10/18/2016 and CT chest 10/20/2016

FINDINGS:
LUNGS: Large partially loculated right pleural effusion. Described air within the pleural space on CT is not appreciated on this x-ray. There is again consolidative change in the right lung and at the left lung base.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: There is a feeding tube with its tip located below the left hemidiaphragm.
MSK: No acute displaced fracture.
OTHER: None.

### Thank you for choosing Mercy Health System

**<Electronically signed by FRASER H BROWN, MD in OV>**          e-Sign Pager: (610)221-1965
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: BROWN, FRASER H MD      Dictated: 10/21/16 1326      Signoff: 10/21/16 1329

**PATIENT IMAGES or REPORTS: (610) 237-4358      SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/22/16 |
| Med Rec #: | **F001250247** | | Order #: | 1022-0021 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 978935.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1022-0088 | RAD #: | |
| Ordering Physician: | **CHOWDHURY,JUNAD MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/22/16 | | | | | |

**Procedure Reason:** respiratory distress

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. Left-sided PICC line terminates approximately 3.5 cm within the right atrium.
2. Probably moderate right pleural effusion, possible left pleural effusion, and patchy pulmonary infiltrates bilaterally, grossly similar to the most recent previous chest x-ray. Considerations include cardiogenic pulmonary edema, ARDS, multifocal perhaps aspiration pneumonia.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Respiratory distress.

TECHNIQUE: AP chest radiograph. Comparison: Previous day.

FINDINGS:
LUNGS: Patchy bilateral lung infiltrates and probably moderate right pleural effusion, similar to the previous chest x-ray. No pneumothorax. Trachea midline.
CARDIOVASCULAR: Cardiopericardial silhouette appears top normal in size.
MEDIASTINUM: Unchanged.
MSK: No acute displaced fracture.
OTHER: Left-sided PICC line terminates about 3.5 cm within the right atrium. Feeding tube extends into the stomach, below the inferior margin of the film.

### Thank you for choosing Mercy Health System

#### <Electronically signed by ROBERT F BORDEN, DO in OV>          e-Sign Pager: (610)221-0286

Interpreting: BORDEN, ROBERT F DO    Dictated: 10/22/16 1641          Signoff: 10/22/16 1645

**PATIENT IMAGES or REPORTS: (610) 237-4358      SCHEDULING: (610) 237-2525**

## Mercy Fitzgerald Hospital
**Mercy Health System**
### Department of Radiology
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/23/16 |
| Med Rec #: | **F001250247** | | Order #: | 1023-0011 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 979140.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1023-0063 | RAD #: | |
| Ordering Physician: | | THUMMALAPENTA,SIRISHA MD | | | | |
| CC: | | HALSTEAD,JEFFREY E MD ~ | | | | |
| Order Date: | 10/23/16 | | | | | |

**Procedure Reason:** tachypnea

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION: No interval change in bilateral pleural effusions, right greater than left and bilateral patchy airspace opacities, consistent with pneumonia or aspiration.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Tachypnea
TECHNIQUE: AP chest radiograph. Comparison: Multiple prior chest x-rays, most recently on 10/23/2016.
Chest CT on 10/20/2016.

FINDINGS:
LUNGS: There are bilateral pleural effusions, right greater than left, and patchy consolidation in the bilateral lower lobes, similar in appearance to prior exams. There is no pneumothorax.
CARDIOVASCULAR: Heart is enlarged.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: There is a left-sided PICC, which terminates at the superior vena cava. There is a Dobbhoff tube, which courses extends at least to the level of the stomach.

### Thank you for choosing Mercy Health System

**<Electronically signed by CAROLINE M LING, MD in OV>**          e-Sign Pager: 610-221-9333

Interpreting: LING, CAROLINE M MD     Dictated: 10/23/16 1435        Signoff: 10/23/16 1439

**PATIENT IMAGES or REPORTS: (610) 237-4358     SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | |
|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | Acct #: | FA1307223089 | Exam Date: | 10/24/16 |
| Med Rec #: | **F001250247** | Order #: | 1024-0004 | Status: | ADM IN |
| Date of Birth: | 03/06/1979    Gender: M | Accession #: | 979278.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | Report #: | 1024-0053 | RAD #: | |

Ordering Physician:    **RAO,SANDHYA R MD**
CC:            HALSTEAD,JEFFREY E MD ~
Order Date:        10/23/16
**Procedure Reason:** empyema

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION: Again seen are unchanged patchy opacities in the lungs most prominent in the lower lobes reflecting residual pneumonia. The cavitary lesion in the right lung is better seen on the chest CT. A very tiny right-sided pneumothorax seen at the right lung apex is better seen on the chest CT.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Patient with HIV and empyema and history of right-sided thoracentesis

TECHNIQUE: AP chest radiograph. Comparison: Chest CT 10/20/2016 and a chest x-ray 10/23/2016

FINDINGS:
LUNGS: Again seen are unchanged patchy opacities in the lungs most prominent in the lower lobes reflecting residual pneumonia. The cavitary lesion in the right lung is better seen on the chest CT. A very tiny right-sided pneumothorax seen at the right lung apex is better seen on the chest CT.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: There is an enteric tube identified with its distal tip projecting off the film.
MSK: No acute displaced fracture.
OTHER: None.

### Thank you for choosing Mercy Health System

**<Electronically signed by STANLEY U CHAN, MD in OV>**     e-Sign Pager: (610)221-4559
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: CHAN, STANLEY U MD      Dictated: 10/24/16 0935        Signoff: 10/24/16 0940

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/24/16 |
| Med Rec #: | **F001250247** | | Order #: | 1024-0105 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 979798.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1024-0257 | RAD #: | |
| Ordering Physician: | **MARCOE,JEFFREY P MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/24/16 | | | | | |

**Procedure Reason:** Post mini thoracotomy, chest tube placement

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. Placement of 2 right-sided chest tube with improvement in aeration of the right lung. No visible
pneumothorax. Patchy opacities in the upper to mid right lung may be sequela of chest tube placement.
2. Persistent small left-sided pleural effusion.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Thoracotomy and chest tube placement

TECHNIQUE: AP chest radiograph. Comparison: 10/24/2016

FINDINGS:
LUNGS: There are 2 right-sided chest tubes with no visible pneumothorax. Patchy residual opacities in the
right midlung may be related to the chest tube placement. There is a small left-sided pleural effusion.
Endotracheal tube is identified 4 cm above the carina.
CARDIOVASCULAR: Heart size is within normal limits.  There is a left-sided PICC line with its tip in the
superior vena cava.
MEDIASTINUM: No adenopathy. Feeding tube identified with its tip in the distal stomach
MSK: No acute displaced fracture.
OTHER: None.

### Thank you for choosing Mercy Health System

**<Electronically signed by STANLEY U CHAN, MD in OV>**          e-Sign Pager: (610)221-4559
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: CHAN, STANLEY U MD      Dictated: 10/24/16 1531      Signoff: 10/24/16 1534

**PATIENT IMAGES or REPORTS: (610) 237-4358      SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/25/16 |
| Med Rec #: | **F001250247** | | Order #: | 1025-0004 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 979845.001 | Location: | 506-01 |
| Phone #: | (000)000-0000 | | Report #: | 1025-0076 | RAD #: | |

**Ordering Physician:**   **IRIARTE OPORTO,BLANCA E MD**
CC:                HALSTEAD,JEFFREY E MD ~
Order Date:        10/24/16
**Procedure Reason:** INTUBATED

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. No change in right-sided chest tubes. Improvement in right upper lobe consolidation. No gross residual pneumothorax.
2. Decrease without resolution left pleural effusion.
3. Endotracheal tube above the carina.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Intubated.

TECHNIQUE: AP chest radiograph. Comparison: Chest x-ray dated 10/24/2016.

FINDINGS:
LUNGS: Improvement in right upper lobe consolidation and atelectasis. No change in chest tube position on the right. No gross residual pneumothorax is seen. There is improvement without resolution of left pleural effusion.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Endotracheal tube has been advanced. Its tip is now present 3.34 cm above the carina.

### Thank you for choosing Mercy Health System

**<Electronically signed by MICHAEL L BROOKS, MD in OV>**          e-Sign Pager: (610)221-9213
Clinical Associate Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: BROOKS, MICHAEL L MD    Dictated: 10/25/16 1050          Signoff: 10/25/16 1051

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/26/16 |
| Med Rec #: | **F001250247** | | Order #: | 1026-0002 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 980466.001 | Location: | 506-01 |
| Phone #: | (610)622-4387 | | Report #: | 1026-0029 | RAD #: | |
| Ordering Physician: | **IRIARTE OPORTO,BLANCA E MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/25/16 | | | | | |

**Procedure Reason:** lung infiltrates

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION: The endotracheal tube has been removed. There are 2 right-sided chest tubes unchanged in position. No visible pneumothorax. There are patchy opacities in both lungs which are grossly unchanged given smaller lung volumes.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Patient was extubated after drug overdose

TECHNIQUE: AP chest radiograph. Comparison: 10/25/2016

FINDINGS:
LUNGS: The endotracheal tube has been removed. There are 2 right-sided chest tubes unchanged in position. No visible pneumothorax. There are patchy opacities in both lungs which are grossly unchanged given smaller lung volumes.
CARDIOVASCULAR: Heart size is within normal limits. There is a left-sided PICC line with its tip in the superior vena cava.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Enteric tube is identified with its tip projecting off the film.

### Thank you for choosing Mercy Health System

**<Electronically signed by STANLEY U CHAN, MD in OV>**          e-Sign Pager: (610)221-4559
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: CHAN, STANLEY U MD          Dictated: 10/26/16 0859          Signoff: 10/26/16 0904

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**  David P Mayer, MD,MS,FACR, Chairman    Fraser Brown, MD    Caroline Ling, MD
**Mercy Health System**  Oleg Teytelboym, MD, Radiology Director    Stanley Chan, MD    Justin Mackey, MD
**Department of Radiology**  Gerard Berry, MD    Malgorzata Goralczyk, MD    Scott Rotenberg, MD
**1500 Lansdowne Avenue**  Robert Borden, MD    Laryssa Hud, MD    Salmi Simmons, MD
**Darby, PA 19023**  Michael Brooks, MD, JD
**610-237-4358**

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/26/16 |
| Med Rec #: | **F001250247** | | Order #: | 1026-0071 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 981171.001 | Location: | 506-01 |
| Phone #: | (610)622-4387 | | Report #: | 1027-0012 | RAD #: | |
| Ordering Physician: | **MANN,RUPINDER K MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/26/16 | | | | | |

**Procedure Reason:** Chest tube under water seal

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION: Stable position of 2 right-sided chest tubes. Decrease in bilateral pleural effusions. No pneumothorax.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Chest tube underwater seal. Jugular overdose.

TECHNIQUE: AP chest radiograph. Comparison: Chest x-ray dated 10/26/2016. CT chest dated 10/20/2016.

FINDINGS:
LUNGS: 2 right-sided chest tubes are unchanged. Small bilateral pleural effusions, likely decreased. No definite pneumothorax.
CARDIOVASCULAR: Heart size is within normal limits. Left-sided PICC line, tip overlying the right atrium, unchanged.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Dobbhoff tube coursing below diaphragm, tip not visualized.

#### Thank you for choosing Mercy Health System

#### <Electronically signed by LARYSSA M HUD, MD in OV>   e-Sign Pager: 610-221-9217

Interpreting: HUD, LARYSSA M MD    Dictated: 10/27/16 0835    Signoff: 10/27/16 0837

**PATIENT IMAGES or REPORTS: (610) 237-4358     SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**     David P Mayer, MD,MS,FACR, Chairman      Fraser Brown, MD          Caroline Ling, MD
**Mercy Health System**           Oleg Teytelboym, MD, Radiology Director  Stanley Chan, MD          Justin Mackey, MD
**Department of Radiology**       Gerard Berry, MD                         Malgorzata Goralczyk, MD  Scott Rotenberg, MD
**1500 Lansdowne Avenue**         Robert Borden, MD                        Laryssa Hud, MD           Salmi Simmons, MD
**Darby, PA 19023**               Michael Brooks, MD, JD
**610-237-4358**

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/27/16 |
| Med Rec #: | **F001250247** | | Order #: | 1027-0003 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 981177.001 | Location: | 506-01 |
| Phone #: | (610)622-4387 | | Report #: | 1027-0065 | RAD #: | |

Ordering Physician:     **IRIARTE OPORTO,BLANCA E MD**
CC:                     HALSTEAD,JEFFREY E MD ~
Order Date:             10/26/16
**Procedure Reason:** chest tubes

## Exam: CR Chest PORTABLE

## *** Signed Status ***

IMPRESSION: No change in 2 right-sided chest tubes. No pneumothorax. Small bilateral pleural effusions.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Chest tubes. Drug overdose.

TECHNIQUE: AP chest radiograph. Comparison: Chest x-ray 10/26/2016. CT chest 10/20/2016.

FINDINGS:
LUNGS: Low lung volumes. There are 2 right-sided chest tubes, unchanged in position. There is no pneumothorax seen. Small bilateral pleural effusions.
CARDIOVASCULAR: Heart size is within normal limits. Left-sided PICC line, tip overlying the proximal right atrium, unchanged.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Dobbhoff tube coursing below the diaphragm, tip overlying the distal stomach/proximal duodenum.

### Thank you for choosing Mercy Health System

### <Electronically signed by LARYSSA M HUD, MD in OV>          e-Sign Pager: 610-221-9217

Interpreting: HUD, LARYSSA M MD          Dictated: 10/27/16 1017          Signoff: 10/27/16 1019

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
Darby, PA 19023
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: 10/27/16 |
| Med Rec #: | **F001250247** | | Order #: | 1027-0030 | Status: ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 981530.001 | Location: 417-02 |
| Phone #: | (610)622-4387 | | Report #: | 1027-0153 | RAD #: |
| Ordering Physician: | **REGAN,JOHN E MD** | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | |
| Order Date: | 10/27/16 | | | | |

**Procedure Reason:** persistent tachycardia, concern for PE

## Exam: CT Chest Angiography

## *** Signed Status ***

IMPRESSION:
1. No central pulmonary embolus. Evaluation of segmental and subsegmental branches of pulmonary arteries is limited due to suboptimal opacification of the vessels.
2. Bilateral small pleural effusions, right effusion has decreased in volume. Left effusion has mildly increased.
3. Increasing airspace consolidations throughout the right lung. Stable airspace consolidation in the left lower lobe. Decrease in air containing cavitary component of right lung consolidation. Unchanged cavitation in the left lower lung.
4. Following placement of 2 right-sided chest tubes there has been resolution of pneumothorax

INDICATION: 37 years old; Male. Persistent tachycardia, suspicion for pulmonary embolus.

TECHNIQUE: CTA CHEST pulmonary artery phase; axial, coronal, sagittal, MIP, 3-D reformats. Contrast IV (Isovue-370): 56 ml. Comparison: CT scan of the chest on October 20, 2016.

FINDINGS:
LOWER NECK: No thyroid nodule or adenopathy.
MEDIASTINUM: Enlarged right paratracheal lymph node measuring approximately 2.8 x 1.7 cm. Increased in number nonenlarged mediastinal lymph nodes, mildly increasing in size since the prior study.
PULMONARY ARTERIES: No central pulmonary embolus. Evaluation of segmental and subsegmental branches is difficult due to heterogeneous contrast bolus. Main PA: Normal size, 2.7 cm (normal <3 cm).
THORACIC AORTA: Normal size, 2.8 cm max diameter (normal male ascending <4 cm; descending <3 cm). Aortic valve: No leaflet calcifications.
HEART: Coronary arteries: No calcified plaque. Left atrium: Normal size, 4.5 cm transverse diameter (normal <7.3 cm). No pericardial effusion.
LUNGS/AIRWAYS/PLEURA: Small bilateral pleural effusions. The right pleural effusion is partially loculated and has decreased in size since prior study. The left pleural effusion has mildly increased in volume since prior study. The more posterior right-sided chest tube terminates in the air pockets in the right upper lobe. This air component of right-sided consolidation has decreased in size in size since prior study. Worsening consolidation in the right upper and right lower lobes and unchanged consolidation in the left lower lobe with stable cavitary component.. Bronchi are normal.
UPPER ABDOMEN: No free air or ascites in visualized abdomen. Dobbhoff tube terminates in the stomach. Left PICC line terminates in the right atrium. 2 right-sided chest tubes terminate in the right upper lung. The more posterior tube terminates in cavitary component of the right upper lobe consolidation.
MSK: No fracture or malalignment. No lytic or blastic lesions.
Bilateral mildly enlarged axillary lymph nodes. These are likely reactive.
Small amount of air along the right-sided chest wall. Diffuse infiltration of right-sided chest wall, including subcutaneous soft tissues is likely related to placement of chest tubes.

**PATIENT IMAGES or REPORTS: (610) 237-4358    SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Frazier Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/27/16 |
| Med Rec #: | **F001250247** | | Order #: | 1027-0030 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 981530.001 | Location: | 417-02 |
| Phone #: | (610)622-4387 | | Report #: | 1027-0153 | RAD #: | |
| Ordering Physician: | **REGAN,JOHN E MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/27/16 | | | | | |

### Thank you for choosing Mercy Health System

**<Electronically signed by MALGORZATA E GORALCZYK, MD in OV>**          e-Sign Pager:
610-221-9302
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: GORALCZYK, MALGORZATA E MD          Dictated: 10/27/16 1246          Signoff: 10/27/16 1319

**PATIENT IMAGES or REPORTS: (610) 237-4358          SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | Acct #: | FA1307223089 | Exam Date: | 10/28/16 |
| Med Rec #: | **F001250247** | Order #: | 1028-0006 | Status: | ADM IN |
| Date of Birth: | 03/06/1979   Gender: M | Accession #: | 981866.001 | Location: | 417-02 |
| Phone #: | (610)622-4387 | Report #: | 1028-0209 | RAD #: | |

Ordering Physician:   **RAO,SANDHYA R MD**
CC:            HALSTEAD,JEFFREY E MD ~
Order Date:       10/27/16
**Procedure Reason:** pneumothorax

## Exam: CR Chest Routine 2 Views

# *** Signed Status ***

IMPRESSION:
1. Unchanged aeration of the lungs. No pneumothorax.
2. Dobbhoff tube has been discontinued. Unchanged left PICC line.

INDICATION: 37 years old; Male. Follow-up for pneumothorax.

TECHNIQUE: PA and Lateral chest radiographs. Comparison: Chest radiograph on October 27, 2016. Chest CT on October 27, 2016.

FINDINGS:
LUNGS: Unchanged bilateral small pleural effusions. Unchanged opacities at the lung bases. No pneumothorax.
CARDIOVASCULAR: Heart size is within normal limits.
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Dobbhoff tube has been discontinued. Left PICC line projects over the right atrium..

### Thank you for choosing Mercy Health System

**<Electronically signed by MALGORZATA E GORALCZYK, MD in OV>**        e-Sign Pager:
610-221-9302
     Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: GORALCZYK, MALGORZATA E MD        Dictated: 10/28/16 1547        Signoff: 10/28/16 1550

**PATIENT IMAGES or REPORTS: (610) 237-4358        SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
**Darby, PA 19023**
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/27/16 |
| Med Rec #: | **F001250247** | | Order #: | 1027-0119 | Status: | ADM IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 981819.001 | Location: | 417-02 |
| Phone #: | (610)622-4387 | | Report #: | 1028-0210 | RAD #: | |
| Ordering Physician: | **MARCOE,JEFFREY P MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/27/16 | | | | | |

**Procedure Reason:** chest tubes removed

## Exam: CR Chest PORTABLE

# *** Signed Status ***

IMPRESSION:
1. Interval removal of 2 right-sided chest tubes. No pneumothorax.
2. Small bilateral pleural effusions, unchanged.
3. Hazy right lower lobe consolidation better seen on 10/27/2016 chest; consistent with known aspiration pneumonia.

INDICATION: 37 years old; Male. Symptom/Location/Duration: Interval removal of chest tube.   Status post suicide attempt. Aspiration pneumonia.

TECHNIQUE: AP chest radiograph. Comparison: Multiple chest radiograph, most recent one dated 10/27/2016. Chest CT angiography 10/27/2016

FINDINGS:
LUNGS: Interval removal of 2 right-sided chest tubes. No pneumothorax. Small bilateral pleural effusions, unchanged. Hazy right lower lobe consolidation better seen on 10/27/2016 chest CT.
CARDIOVASCULAR: Heart size is within normal limits. Left sided PICC line with tip overlying the proximal right atrium, unchanged
MEDIASTINUM: No adenopathy.
MSK: No acute displaced fracture.
OTHER: Dobbhoff tube coursing below the right hemidiaphragm, unchanged.
The study was reviewed with the attending radiologist Dr. Malgorzata Goralczyk, who is in agreement.

### Thank you for choosing Mercy Health System

**&lt;Electronically signed by MALGORZATA E GORALCZYK, MD in OV&gt;**          e-Sign Pager:
610-221-9302
          Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: SCHULERI, KARL HEINZ MD          Dictated: 10/28/16 0936          Signoff: 10/28/16 1551

**PATIENT IMAGES or REPORTS: (610) 237-4358      SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
**1500 Lansdowne Avenue**
**Darby, PA 19023**
**610-237-4358**

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Fraser Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | |
|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | |
| Med Rec #: | **F001250247** | |
| Date of Birth: | 03/06/1979 | Gender: M |
| Phone #: | (610)622-4387 | |
| Ordering Physician: | **MANN,RUPINDER K MD** | |
| CC: | HALSTEAD,JEFFREY E MD ~ | |
| Order Date: | 10/26/16 | |

Acct #: FA1307223089
Order #: 1027-0001
Accession #: 981114.001
Report #: 1107-0264

Exam Date: 10/27/16
Status: DIS IN
Location: 411-02
RAD #:

**Procedure Reason:** Dysphagia

## Exam: CR Barium Swallow W Video

# *** Signed Status ***

IMPRESSION: Mild-moderate oral dysphagia/moderate-severe pharyngeal dysphagia with silent aspiration with thin liquids.

The attending radiologist Dr. Goralczyk and the radiology resident Dr.Schuleri concurred with the above radiographic findings.
Fluoroscopy time : 6.3 minutes; 2 spot films taken.
Linda Sheehan, CCC-SLP

RECOMMENDATIONS:

1. Moist puree/nectar thick liquid diet level; no ice chips allowed.
2. Strict aspiration/GER precautions with 1:1 assist for verbal cueing to remind patient to place his head down when swallowing all textures, alternate food with liquid and to take a single cup sip of nectar thick liquid-no consecutive sips. Patient with short-term memory cognitive deficit.
3. Speech to follow closely to ensure diet tolerance; will see at dinner tonight.

A videofluoroscopic swallowing function study was conducted jointly by speech pathology and radiology to determine the risk or presence of dysphagia induced aspiration, identify etiology of dysphagia symptoms, and delineate treatment plan as indicated.

HISTORY: This 37 years-old Male I.P.was referred for a video swallow study in order to further assess oral/pharyngeal/esophageal functioning during P.O.intake related to coughing at meals per nursing and probable vocal cord dysfunction characterized by dysphonia.
    Patient with complicated hospital course which included 8 days of intubation secondary to drug overdose, delirium and agitation, R lung empyema status post decortication and drainage with chest tube placement and persistent elevated WBC with recurrent elevated temperature. Other previous medical history includes HIV, glaucoma.
VIEWED PROJECTIONS: The patient was viewed in a seated upright position in the lateral and A-P planes.

SUBSTANCES: The following barium-impregnated consistencies were given: Puree, nectar thick liquid, thin liquids, banana, cake, diced chicken salad.

RESULTS OF TESTING: The following documentation is a summary of the full report placed in Meditech 10/27/2016.

ORAL STAGE: Mild-moderate oral dysphagia characterized by reduced bolus formation with all consistencies with pre-swallow transfer to the pharynx, prolonged mastication with soft solids with piecemeal deglutition, WFL-mild delay in oral transit time and oral residue.

**PATIENT IMAGES or REPORTS: (610) 237-4358     SCHEDULING: (610) 237-2525**

**Mercy Fitzgerald Hospital**
**Mercy Health System**
**Department of Radiology**
1500 Lansdowne Avenue
**Darby, PA 19023**
610-237-4358

David P Mayer, MD,MS,FACR, Chairman
Oleg Teytelboym, MD, Radiology Director
Gerard Berry, MD
Robert Borden, MD
Michael Brooks, MD, JD

Frazier Brown, MD
Stanley Chan, MD
Malgorzata Goralczyk, MD
Laryssa Hud, MD

Caroline Ling, MD
Justin Mackey, MD
Scott Rotenberg, MD
Salmi Simmons, MD

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | **EFUNNUGA,OLUTOKUNBO** | | Acct #: | FA1307223089 | Exam Date: | 10/27/16 |
| Med Rec #: | **F001250247** | | Order #: | 1027-0001 | Status: | DIS IN |
| Date of Birth: | 03/06/1979 | Gender: M | Accession #: | 981114.001 | Location: | 411-02 |
| Phone #: | (610)622-4387 | | Report #: | 1107-0264 | RAD #: | |
| Ordering Physician: | **MANN,RUPINDER K MD** | | | | | |
| CC: | HALSTEAD,JEFFREY E MD ~ | | | | | |
| Order Date: | 10/26/16 | | | | | |

PHARYNGEAL STAGE: Moderate-severe pharyngeal dysphagia with silent aspiration x1 with thin liquid and trace penetration x2 with nectar liquid. Swallow initiation: WFL-mild delay, reduced pharyngeal constriction, and vallecular and pyriform sinus retention with soft solids (moderate-severe and severe) requiring a nectar "chaser" to clear. Pre-swallow leakage to the pyriform sinus and retention in the pyriform sinus were contributing factors of aspiration/penetration on thin and nectar liquids respectively .

During the A-P plane suspected right vocal cord paralysis noted characterized by no adduction to median during phonation of the right vocal fold.

ESOPHAGEAL STAGE: Screening revealed hold up with redirection of soft solid boluses with clearance following a nectar thick liquid "chaser".

**Thank you for choosing Mercy Health System**

**<Electronically signed by MALGORZATA E GORALCZYK, MD in OV>**          e-Sign Pager:
610-221-9302
Clinical Assistant Professor of Radiology, Drexel Univ. College of Medicine

Interpreting: SHEEHAN, LINDA CCC-SLP          Dictated: 11/07/16 1447          Signoff: 11/07/16 1659

## Surgical / Invasive Procedure Site Verification

**Location of Procedure**

☑ Operating Room    ☐ Interventional Radiology    ☐ Endoscopy Suite    ☐ Cardiac Cath Lab    ☐ Other

---

**Verification #1**    ☐ SPU    ☐ Nursing Unit    ☑ ED    ☐ Other _____

Date __10/24/16__    Time __11:A am__    Allergies __N/A__

Verified correct patient

Verified correct site:  ☐ Left    ☑ No Laterality    ☐ Right    ☐ Bilateral    Level _____

Verified correct procedure as stated by patient/family/guardian

Verified operative consent accurately completed and signed

RN/Technician Signature __A. Kulman__    Any discrepancy call physician

---

**Verification #2**    **Site Verification and Marking**
**Holding Area/Pre-Procedure Area**

Date _____    Time _____

Verified correct patient

Verified correct procedure

Verified all relevant documents are available and matched to the patient's identifiers

Verified operative consent accurately completed and signed

Verified correct diagnostic and radiology test results are available and properly labeled

Proceduralist marked: Site _____  ☐ Left    ☐ No Laterality    ☐ Right    ☐ Bilateral Level _____

Verfied blood products, equipment/implants or special equipment are available, labeled and matched to patient's identifiers appropriate

RN/Technician Signature _____    Any discrepancy call physician

---

**Verification #2**    Final Verification (Patient is on procedure table)

Date _____    Time "Final Time Out" _____

Attending Proceduralist verified correct patient

Procedure consent is accurate and signed

Correct side and site marking visible after draping and confirmed

All in agreement of procedure to be done

Correct patient positioning

Radiographic images and results are properly labeled and displayed as appropriate

Antibiotic administered prior to incision as appropriate

Fluids for irrigation available if appropriate

Safety precautions addressed as appropriate (allergies /implants)

Sequential device present as appropriate

Surgical/Procedure Team Confirms - "Does anyone have any questions or concerns before proceeding?" "Is everyone in agreement?"

Signature RN Technician _____    Additional procedure "Time Out" if applicable _____

---

**Mercy Fitzgerald Hospital**
A member of Mercy Health System

**SURGICAL/INVASIVE PROCEDURE SITE VERIFICATION**



Page 1 of 1
Form NS552, Rev. 01/08/09
SUR.X.TIMEOUT

EFUNNUGA, OLUTOKUNBO
DOB: 03/06/1979    37Y    M
Adm: 10/7/2016
Acc: FA1307223089    MR#: F001250247

