

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

Jenna Jankowski
Assistant City Solicitor
Civil Rights Unit
14th Floor
215-683-5433 (phone)
215-683-5397 (fax)
jenna.jankowski@phila.gov

July 11, 2022

**VIA ECF**
The Honorable Paul S. Diamond
United States District Judge for the
Eastern District of Pennsylvania
14614 U.S. Courthouse
601 Market Street, Philadelphia, PA 19106
Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov

    Re:    *Efunnuga v. Farley,* **Civ. No. 18-924**

Dear Judge Diamond:

    I represent the Defendants in the above-referenced matter and I write on behalf of both parties as Plaintiff Olutokunbo Efunnuga, is proceeding *pro se*.

    Mr. Efunnuga has written a letter to me requesting my written consent for him to amend his Complaint to streamline the claims he has brought and to correct defects in his Third Amended Complaint. I do not oppose the amendment of the Complaint. In order to meaningfully respond to the Complaint and conduct any discovery that may be required thereafter, the parties hereby request an extension of sixty (60) days of the deadlines outlined in the Court's June 14, 2022 Scheduling Order.

    The parties thank the Court for its consideration.

    Respectfully submitted,

    *Jenna Jankowski*
    Jenna Jankowski
    Assistant City Solicitor