NSP C-81 (REVISED 6/02)

# NORTHERN STATE PRISON
## 168 FRONTAGE ROAD
## NEWARK, NEW JERSEY 07114-2300

## OUTGOING LEGAL MAIL RECEIPT

CONTROL # _____        DATE: 9-22-22

Olutokunbo Efununga
*(INMATE NAME)*

1192538 / 957866-G
*(STATE #)*   *(SBI #)*

Delta-300-East #406
*(HOUSING UNIT)*

1ST CLASS: X   CERTIFIED: ____   REGISTERED: ____

OTHER: _____

*********************************************************************

ADDRESSEE NAME AND ADDRESS:

U.S District Court
601 Market St.
Phila., PA 19106

INMATE'S SIGNATURE: O. ~~~~~

MAIL SERGEANT OR DESIGNEE: _____

*********************************************************************

_____     _____
*(DATE DELIVERED TO POST OFFICE)*   *(DELIVERING OFFICER)*

ORIGINAL:       MAIL ROOM – INMATE FOLDER
YELLOW COPY:    INMATE – AFTER POST OFFICE DELIVERY
PINK COPY:      INMATE RECEIPT FOR INITIAL PROCESSING

# WE CARE

## US Postal Service

**DEAR VALUED POSTAL CUSTOMER:**

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

**YOUR POSTMASTER**



RECEIVED OCT 17 2022

EP193

