# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OLUTOKUNBO EFUNNUGA,** : : : **Plaintiff,** : : **v.** : : **STEVEN FARLEY, et al.,** : : **Defendants** : : | **CIVIL ACTION** No. 2:18-cv-0924 |

## PAGES 52-53 FROM DESPOSITION OF PLAINTIFF OLUTOKUNBO EFFUNUGA

Pursuant to the oral request of the Court on March 7, 2023, please find attached pages 52 and 53 of Plaintiff Olutokunbo Effunuga's August 12, 2023 deposition, as cited on page 31 of Defendants' Memorandum in Support of their Motion for Summary Judgment.

Date:  March 7, 2023                           Respectfully submitted,


                                               /s/ *Zachary Strassburger*
                                               Zachary Strassburger
                                               Assistant City Solicitor
                                               Pa. Attorney ID No. 313991
                                               City of Philadelphia Law Department
                                               1515 Arch Street, 17th Floor
                                               Philadelphia, PA 19102
                                                    Zachary.strassburger@phila.gov

1   public.
2        Q.    Tell me about the basement?
3        A.    On May 5th I'm replacing the hot water
4   heater and I look up and Officer Farley is standing
5   on top of me.  I didn't call him at that time.  I
6   didn't expect him to be there.  It was a total
7   shock.  It blew my mind.  He said something.  He
8   said stand up.  I stood up.  I'm like what's going
9   on.  I immediately inquired what's going on.  I
10  don't know the exact words.
11             He said stand up.  We have to search
12  you or something along that.  I said what for.  I
13  kind of backed up.  The other officer that was with
14  him, I remember maybe not grabbing my shoulder but
15  placing his hand on my shoulder.  Officer Farley
16  searched me.
17             I asked them multiple times what was
18  going on.  He asked me what I was doing there.  I
19  told him in choice words I was doing whatever I
20  wanted to do there.  He said something that I didn't
21  like and I started losing my cool.  The other
22  officer kind of let his presence known.
23             At this point we were in the third --
24  we were in the rear part of the basement, which
25  houses the hot water heaters, so I was on the ground

1    by the hot water heater.  He ended up kneeling down,
2    shining his light at the hot water heater and the
3    work I was doing in the plumbing area.
4              I do remember saying something about
5    don't we have enough trouble or something like that.
6    And after that we had a little exchange, but I don't
7    recall exactly what happened, but we ended up
8    walking towards the door, which is in the first part
9    of the basement and they leave.
10             I walked back into the basement,
11   because I was kind of blown away.  And I didn't hear
12   anybody outside for a couple of minutes.  I got on
13   the phone -- oh, I walked back in the basement
14   because I received a phone call, a friend of mine
15   drove by and he had asked me if I was all right.
16             I don't think that was just a
17   coincidence but by the time I came back out I seen
18   the police car in front but I didn't approach it.
19        Q.   Did you ever find out why they came?
20        A.   Yes.  I learned during discovery in the
21   case.
22        Q.   What was the reason that was given?
23        A.   A call for a theft in progress or a
24   burglary in progress, something like that.
25        Q.   How many times have you interacted with

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Defendants' "Pages 52-53 from Deposition" was filed via the Court's electronic filing system and is available for downloading.

Date: March 7, 2023                              Respectfully submitted,

                                                 /s/ *Zachary Strassburger*
                                                 Zachary Strassburger